*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1667 of 3332

---

**WALTER SCRIBNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLARD SCOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD SCOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1668 of 3332

---

**LEROY SCOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75003**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JON SCOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75004**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JESSIE SCOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75005**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### *Claims Details*

1669 of 3332

---

**DOUGLAS SCOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DENNISE SEIFERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DON SHIPLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

1670 *of* 3332

---

**THOMAS SHINGLETON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM SHIELDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT SHERMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1671 of 3332

---

**HARRY SHERMAN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**DANIEL SHERMAN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**ALEXANDER SHEPHERD**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75014**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1672 of 3332

---

**GEORGE SHEPHARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75015**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELVIN SHEPARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75016**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES SHELDON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75017**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1673 of 3332

---

**HARLEY SHAW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75018**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GLEN SHAW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75019**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DONALD SHAW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75020**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1674 of 3332

---

**DON SHAW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75021**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD SHARP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75022**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARTHA SHARP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75023**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**HERMAN SHARP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75024**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANCIS SHARP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75025**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MELVIN SHAPIRO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75026**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*                                                                  1676 of 3332

---

| **ALLEN SHAPIRO** | **Clm No 75027** | Filed In Cases: 140 |
| --- | --- | --- |
| C/O THE FERRARO LAW FIRM PA | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown |
| MIAMI, FL 33131 | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| **NED SHELBY** | **Clm No 75028** | Filed In Cases: 140 |
| --- | --- | --- |
| C/O THE FERRARO LAW FIRM PA | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown |
| MIAMI, FL 33131 | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| **HOMER SHEHORN** | **Clm No 75029** | Filed In Cases: 140 |
| --- | --- | --- |
| C/O THE FERRARO LAW FIRM PA | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown |
| MIAMI, FL 33131 | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**            Visit us on the Web at www.omnimgt.com            PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 E-mail: claimsmanager@omnimgt.com                FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**ROBERT SHEFFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD SHEFFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS SHEEHAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1678 of 3332

---

**JAMES SHEEHAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**WILLARD SHEDD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**MYLES SHEA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                   E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*                                                                                                    1679 of 3332

---

**JOHN SHEA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75036**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD SHEA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75037**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANDREW SIKOROWICZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75038**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1680 of 3332

---

**MELVIN SIEGEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CARL SIC**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROYAL SIBLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75041**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1681 of 3332

---

**MITCHELL SIBLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES SHORT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75043**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM SHOOK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1682 of 3332

---

**DONALD SHOLTIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75045**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES SHOEMAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75046**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CLEVELAND SHIRLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75047**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 3:18:45 PM

*Claims Details*                                                        1683 of 3332

---

**MOSES SIMS**                           **Clm No 75048**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                    Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**BILL SIMS**                            **Clm No 75049**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                    Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**WAYNE SIMPSON**                        **Clm No 75050**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                    Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**JIMMY SIMPSON**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75051**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EARL SIMPSON**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75052**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN SIMMS**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75053**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1685 of 3332

---

**LEROY SIMMONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75054**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LEROY SIMMONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75055**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HARRY SIMMONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75056**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1686 of 3332

---

**ALLEN SIMMONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75057**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELLSWORTH SIMMONDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75058**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GORDON SIMLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75059**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1687 of 3332

---

**RICHARD SIMKO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75060**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOHN SILVIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75061**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ROBERT SILVIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75062**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1688 of 3332

---

**JOSEPH SILVESTRO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICARDO SILVAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL SILVA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                      1689 of 3332

---

**BRUCE SILVA**                                    **Clm No 75066**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**HUGH SILER**                                     **Clm No 75067**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD VESTUTI**                                 **Clm No 75068**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1690 of 3332

---

**BOB VICARS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75069**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FLOYD VERTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75070**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD VERRIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75071**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1691 of 3332

---

**RICHARD VERONA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 20-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

**ALFREDO VERNUCCI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 20-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

**GENNARO VERGATO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 20-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1692 of 3332

---

**RAYMOND JOSEPH VERNAREC**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75075**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN VERBEEK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75076**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN VEREEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75077**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1693 of 3332

---

**ROE BERT SIRESS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH SIPPEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**GARY SINIBALDI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1694 of 3332

---

**HERMAN SINGLETARY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ERNEST SINGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES SINCLAIR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                              1695 of 3332

---

**DAVID SINCLAIR**                          **Clm No 75084**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount         Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT VINCENT**                          **Clm No 75085**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount         Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RODNEY VINCENT**                          **Clm No 75086**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount         Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              1696 of 3332

---

**WARREN SIMSTAD**                    **Clm No 75087**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class          Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                   Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BRUCE VINCENT**                     **Clm No 75088**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class          Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                   Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES VINCENT**                     **Clm No 75089**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class          Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                   Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1697 of 3332

---

**STEPHEN VICKERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75090**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**EDMUND VIEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75091**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES VILARDEBO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75092**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1698 of 3332

---

**FRED VILLAGRAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75093**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOE VILLATORO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75094**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**WILLIAM VICE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75095**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**BERNARD VICHOT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75096**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES VICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75097**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALECK VAVAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75098**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                          1700 of 3332

---

**RICHARD VASEK**                     **Clm No 75099**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800       UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES VAUGHAN**                     **Clm No 75100**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800       UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WALLACE WALKER**                    **Clm No 75101**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800       UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1701 of 3332

---

**WALLACE WALKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**JOHN VANDERZWALM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**ARINE VANZANT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

| **ROY WALKER** | **Clm No 75105** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **THOMAS WALKER** | **Clm No 75106** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **NORMAN WALKER** | **Clm No 75107** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1703 of 3332

---

**ROLAND WALKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JIMMIE WALKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HENRY WALKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1704 of 3332

---

**MARK WALCZAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**WILLIAM WALDIE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LEO WALDON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1705 of 3332

---

**JOHN WALDROUP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75114**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**CURTIS WALKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75115**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**FLOYD WALKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75116**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1706 of 3332

---

**JOHN VERAKAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75117**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL VENTI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75118**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND VENDITTI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75119**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1707 of 3332

---

**VERNON VELASQUEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 20-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value|             |

---

**ANTHONY VELARDI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 20-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value|             |

---

**JAMES VAUGHN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75122**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 20-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value|             |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1708 of 3332

---

**GLENDA VEGA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75123**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**EVARISTO VEGA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75124**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**WILLIAM VEAZIE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75125**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 1709 *of* 3332

---

**OSCAR VAZQUEZ-DIAZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT VAVRIK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH FISCELLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**THOMAS FIORICA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**FRANCESCO FIORETTI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LOUIS FIORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**ROBERT FIORAVANTI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75132**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANCISCO FIONDA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75133**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RUSSEL FINK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75134**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1712 of 3332

---

**HARVEY FINE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE FLOWER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT FLORES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                1713 of 3332

---

**WILLIAM FLOOD**                          **Clm No 75138**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MARK FLOMENHOFT**                        **Clm No 75139**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM FLINTROP**                       **Clm No 75140**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1714 of 3332

---

**JAMES FLICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**TERRY FLETCHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ARMER FLETCHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1715 of 3332

---

**RAYMOND FLATER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MIKE EVANYO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LARRY EVANUK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**WALTER EVANS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75147**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARK EVANS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75148**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN EVANS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75149**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

---

**JESSE EVANS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75150**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BYRON EVANS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75151**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD EUSTICE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75152**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**DECURTIS EUBANKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM EUBANK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM FLEMING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1719 of 3332

---

**GERALD FLEMING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75156**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN FLEMING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75157**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**AMADO PADRON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75158**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                    1720 of 3332

---

**MAURICE PADOT**                          **Clm No 75159**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROGER PADILLA**                          **Clm No 75160**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ENRIQUE PADILLA**                        **Clm No 75161**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1721 of 3332

---

**THOMAS PACIGA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DWIGHT PACIFIC**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**TERRY TAYLOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1722 of 3332

---

**SARA TAYLOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75165**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROY TAYLOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT TAYLOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

1723 of 3332

---

**ORVILLE TAYLOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES TAYLOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES TAYLOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1724 of 3332

---

**JAMES TAYLOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75171**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**J.C. TAYLOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75172**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT TOTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75173**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1725 of 3332

---

**JACK TOTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75174**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD TORTESSI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75175**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LUIS TORRES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75176**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    1726 of 3332

---

**LINO TORRES**                      **Clm No 75177**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOSE TORRES**                      **Clm No 75178**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**FRANCISCO TORRES**                 **Clm No 75179**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**BASILIO TORRES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75180**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE TORNATORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75181**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR TORLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75182**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1728 of 3332

---

**LYLE TORINE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN TORIELLI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75184**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LUIGI TORCHIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75185**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                        3/20/2018 3:18:45 PM

*Claims Details*                                                                                    1729 of 3332

---

**KENNETH TOOMEY**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**FREDERICK TOOMEY**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75187**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**NICHOLAS SOLANO**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1730 of 3332

---

**ANTHONY SOLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75189**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER SOKOLOSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75190**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH PACENTA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75191**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1731 of 3332

---

**JOSEPH PARINI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**JOHN SLATER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**GEORGE SLATTERY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail:** claimsmanager@omnimgt.com       **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    1732 of 3332

---

**CHARLES SLAVEY**                     **Clm No 75195**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EDWIN SLAWSON**                      **Clm No 75196**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND SLAYMAKER**                  **Clm No 75197**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 1733 of 3332

---

**BILL SLEDGE** | **Clm No 75198** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**STEPHEN SLIVA** | **Clm No 75199** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN SLIWA** | **Clm No 75200** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1734 of 3332

---

**HOWARD SLOAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LYNN SLOAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75202**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH SLUBOWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75203**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1735 of 3332

---

**DOUGLAS SLUSSER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75204**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDGAR SLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE., STE 3800
MIAMI, FL 33131

**Clm No 75205**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN SLYNE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75206**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                         1736 of 3332

---

**STEVEN SMALL**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed             20-Mar-2017

Bar Date

Claim Face Value

---

**JAMES SMELLEY**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed             20-Mar-2017

Bar Date

Claim Face Value

---

**ALBERT SMITH**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75209**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed             20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1737 of 3332

---

**ALLEN SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75210**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BERNARD SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75211**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BILLY SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1738 of 3332

---

**DANIEL SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75213**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75214**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75215**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:18:45 PM

*Claims Details*    1739 of 3332

---

**EDWARD SMITH**                              **Clm No 75216**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD SMITH**                              **Clm No 75217**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**FRANCIS SPENCER**                           **Clm No 75218**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 

3/20/2018 3:18:45 PM

*Claims Details*

1740 of 3332

---

**DAVID SPENCER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DANIEL SPENCER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75220**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARK SPENCE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75221**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1741 of 3332

---

**DOYLE SPENCE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75222**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL SPELMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75223**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SHELLY SPELLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75224**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1742 of 3332

---

**JOHN SPEARMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL SPEAR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75226**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LESLIE SPEAR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1743 of 3332

---

**JOHN SPEAKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN SPARKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CARL SPARKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1744 of 3332

---

**DONALD SPANN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES SPANGLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH SPALLONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                        1745 of 3332

---

**VONNIE SOWELL**                          **Clm No 75234**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD SOWARDS**                         **Clm No 75235**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**HENRY SOUZA**                            **Clm No 75236**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                                            1746 of 3332

---

**JOHN SOUTHARD**                         **Clm No 75237**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**BILLY SOUTH**                           **Clm No 75238**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND SOUSA**                         **Clm No 75239**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**STEVE SOULIOS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT SOULE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD SOTO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**WILLIAM SORACIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**AARON SORENSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS SONGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1749 *of* 3332

---

**KEITH SOLLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75246**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GUADALUPE SOLIZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75247**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD STAFFORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75248**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1750 of 3332

| PHILLIP STAFFORD | **Clm No 75249** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

| RICHARD STAEDTER | **Clm No 75250** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

| RONALD STACK | **Clm No 75251** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1751 of 3332

---

**GEORGE ST. GERMAIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD SQUILLANTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT SPURLOCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 1752 of 3332

---

**CHARLES SPURGEON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75255**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL SPRINGS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75256**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS SPRING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75257**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**NICHOLAS SPINNEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75258**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**DOMINIC SPINELLI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**PHILLIP SPENCER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    1754 of 3332

---

**EDWARD SMITH**                    **Clm No 75261**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ELMER SMITH**                     **Clm No 75262**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**FLOYD SMITH**                     **Clm No 75263**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/20/2018 3:18:45 PM

*Claims Details*                                                                        1755 of 3332

---

**FRANK SMITH**                          **Clm No 75264**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800             UNS                     Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**GEORGE SMITH**                         **Clm No 75265**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800             UNS                     Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**GEORGE SMITH**                         **Clm No 75266**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800             UNS                     Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**HADLEY SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75267**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75268**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75269**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1757 of 3332

---

**JOHN SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**JOHN SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**JOSEPH SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1758 of 3332

---

**JOY SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75273**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JUNIOR SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75274**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1759 of 3332

---

**LANIER SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**LEON SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH STEIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                  E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1760 of 3332

---

**DAVID STEGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75279**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER STEFANIAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75280**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BORDEN STEEVES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75281**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1761 of 3332

---

**CLARK STEERE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75282**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT STEELY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75283**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT STECKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75284**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**           Visit us on the Web at www.omnimgt.com           PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1762 of 3332

---

**LORREN STEARMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT STEAD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT STASKO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1763 of 3332

---

**WILLIAM STAPLETON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM STAPLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KEVIN STANFORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75290**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com      FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 1764 of 3332

---

**HERBERT STANDIFER** | **Clm No 75291** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALGIN STAMPER** | **Clm No 75292** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH STAMP** | **Clm No 75293** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1765 of 3332

---

**CARL STAMM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**VARSER STEPHENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**KERRY STEPHENSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1766 of 3332

---

**JOHN STEPHENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EVERETT STEPHENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLAUDE STEPHENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1767 of 3332

---

**DANIEL STENLI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75300**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD STELTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75301**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HERMAN STEINKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75302**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1768 of 3332

---

**JOSEPH STEINER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75303**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MYRON STAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75304**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHNNY STALLWORTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75305**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                     E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1769 of 3332

---

**ROBERT STALKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM STAGNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARCHIE FIELDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1770 of 3332

---

**BENNY FIDONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75309**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**KELTON FICKLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75310**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MARTIN FICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100        E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1771 of 3332

---

**JAMES FIANE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FERNANDO FIALLOS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THEODORE FETTIG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1772 of 3332

---

**PAUL FERZOCO**                          **Clm No 75315**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID FERZOCO**                         **Clm No 75316**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**LYLE FERRIS**                           **Clm No 75317**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**RUSSELL FILE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWIN FILIPOWICZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**AUBIE FILLINGIM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1774 of 3332

---

**MARCELIN FILS-AIME**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75321**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD FINCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KAREY FINCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1775 of 3332

---

**GEORGE FLASKRUD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75324**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**NELSON FLANIGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75325**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM FLANAGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75326**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 1776 of 3332

---

**EUGENE FLAHERTY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75327**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH FIX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75328**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM FITZGERALD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75329**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**MERLE FISHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75330**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ALLEN FISHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75331**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH FERNICOLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75332**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1778 of 3332

---

**ALFREDO FERNANDEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH FERGUSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN FERGUSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**DENHAM FERGUSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM FERGUS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LEONARD SANTOPOLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1780 of 3332

---

**MANUEL SANTIAGO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FREDERICK SANSOM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75340**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD SANSING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1781 of 3332

---

**LLOYD SANQUIST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FREDRICK SANGUEDOLCE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILBUR SANGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1782 of 3332

---

**CHARLES STOUT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75345**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BILL STOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75346**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM SAXE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75347**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1783 of 3332

---

| **EVERETT SAWYER** | | **Clm No 75348** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **CHARLEY SAWYER** | | **Clm No 75349** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **LOUIS SAVARD** | | **Clm No 75350** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              1784 of 3332

---

**TERRY SAUSMAN**                          **Clm No 75351**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**THEODORE SAUNDERS**                      **Clm No 75352**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT SANDLIN**                         **Clm No 75353**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                              1785 of 3332

---

**MARVIN SANDLER**                    **Clm No 75354**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                      Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**HARRY SANDERSON**                   **Clm No 75355**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                      Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**PHILLIP SANDERS, SR.**              **Clm No 75356**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                      Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1786 of 3332

---

**WILLIAM SANDERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75357**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JULIUS SANDERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75358**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD SASIEWICZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75359**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1787 of 3332

---

**BERNIE SARRETT**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**JOE SARGENT**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**CHARLES SARGENT**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1788 of 3332

---

**ANDREW SARANKO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES SARAGOSSA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT SARAFIAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1789 of 3332

---

**MARR SAPPINGTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75366**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES SAPP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75367**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**CLARENCE STOUT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75368**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1790 of 3332

---

**DON STOUT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN STOWE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JACOB STOYAKOVICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**TOM STRAIGHT**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES STRAM**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DWAINE STRAND**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1792 of 3332

---

**ANTON STRATIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANK STREICHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD STRICKLAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**LARRY STRICKLAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ROBERT STRICKLAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM STRIFFLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1794 of 3332

---

**JOHN STROBEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CLIFFORD STRINGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE STRONG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 1795 of 3332

---

**REESE STROTHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**PRENTICE STROUD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT STROUD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1796 of 3332

---

**GRADY STROY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75387**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ELIZABETH STRUBLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75388**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BRUNO STUART**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75389**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1797 of 3332

---

**PAUL STUART**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JIMMY STUCKMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES STUTTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1798 of 3332

---

**NELLO SUFFREDINI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLAUDE SUGG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD SUGGS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1799 of 3332

---

**ROBERT SUHR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75396**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THELMA SUKEFORTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75397**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN SALEMI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75398**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1800 of 3332

---

**IRMA SALDANA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LEONARD SAGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JULIO SAENZ MANRIQUE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:18:45 PM

*Claims Details*                                                     1801 of 3332

---

**WALTER SADOWSKI**                    **Clm No 75402**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class            Claim Detail Amount       Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800         UNS                     Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**VINCENT SADOSKY**                    **Clm No 75403**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class            Claim Detail Amount       Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800         UNS                     Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**CHESTER SACZAWA**                    **Clm No 75404**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class            Claim Detail Amount       Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800         UNS                     Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1802 of 3332

---

**LIONEL SACON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**CARLTON SAARI**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**RICHARD SABRA**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1803 *of* 3332

---

| ROBERT RYAN | **Clm No 75408** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| RICHARD RYAN | **Clm No 75409** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| RONALD RUSSELL | **Clm No 75410** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1804 of 3332

---

**MELVIN RYAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75411**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH RUSSELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75412**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN SANDERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75413**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1805 *of* 3332

---

**JIMMIE SANDERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANCISCO SANCHEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD SANCHEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1806 of 3332

---

**MILDRED SAMSEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75417**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD SULLIVAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75418**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NATHAN SAMPSON, JR.**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75419**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                              1807 of 3332

---

**OLIN RAY SAMMONS**                          **Clm No 75420**       Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                     Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JESSE SAMMONS**                             **Clm No 75421**       Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                     Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT SAMM**                               **Clm No 75422**       Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                     Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1808 of 3332

---

**JOSEPH SALVATORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CARL SALTZMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS SALTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1809 *of* 3332

---

**WALTER SALONEN**                          **Clm No 75426**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                             UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DON SALINAS**                             **Clm No 75427**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                             UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DAN RUSSELL**                             **Clm No 75428**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                             UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1810 of 3332

---

**GORDON RUSSELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75429**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOANN RUSSELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75430**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**PAUL RUSNAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75431**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    1811 of 3332

---

**WARREN RUSKA**                          **Clm No 75432**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD RUSHLOW**                       **Clm No 75433**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL RUSH**                          **Clm No 75434**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1812 of 3332

---

**MAURICE RUSHING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75435**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOE RUSH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOE RUSH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                      1813 of 3332

---

**BENJAMIN RUOTI**                    **Clm No 75438**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA           Class           Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800            UNS                    Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**WILLARD RUNNERSTROM**               **Clm No 75439**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA           Class           Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800            UNS                    Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**NICK RUIZ**                         **Clm No 75440**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA           Class           Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800            UNS                    Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1814 of 3332

---

**JANET RUNGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75441**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NORMAN RUNIONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75442**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN RUITER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75443**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1815 of 3332

---

**GEORGE RUISI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER RUEGG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALLEN RUEB**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1816 of 3332

---

**LANCE RUBLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75447**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BERNARD RUBEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75448**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES ROZELLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75449**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1817 of 3332

---

**LAFAYETTE ROYAL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD ROY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**REYNOLD ROY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                      E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1818 of 3332

---

**JOSEPH ROY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DARYL ROY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MELVIN ROWLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1819 of 3332

---

**JAMES ROWLAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT ROWE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL TOKISH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1820 of 3332

---

**JAMES TOIGO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75459**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROZZIE TODD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75460**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE TIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75461**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1821 of 3332

---

**ROBERT ROSENBAUM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75462**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM ROSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75463**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**SARAH ROSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75464**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 1822 of 3332

---

**HARRY ROSE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE ROSE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE ROSE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**    Visit us on the Web at www.omnimgt.com    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**    E-mail: claimsmanager@omnimgt.com    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1823 of 3332

---

**ANTHONY ROSATO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LEVI ROPER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75469**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JAMES ROMINE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75470**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**SALOMON ROMERO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PHILLIP ROMERO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TED ROMANO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1825 *of* 3332

---

**EDWARD TOMASYCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75474**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN TOMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75475**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | |

---

**HERBERT ROTHCHILD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75476**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                         1826 of 3332

| JAMES ROTHFELDT | **Clm No 75477** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

| JOPSEPH ROUGEAU | **Clm No 75478** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

| LAWRENCE ROWE | **Clm No 75479** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/20/2018 3:18:45 PM

*Claims Details*                                                                      1827 of 3332

---

**RICHARD ROWE**                          **Clm No 75480**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                    Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**WILBURN ROTEN**                         **Clm No 75481**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                    Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD ROSSWORN**                       **Clm No 75482**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                    Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1828 of 3332

---

**JOHN ROSSETTO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75483**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SYLVESTER ROSS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75484**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR ROSS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75485**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                           1829 of 3332

---

**WALTER ROSKOSKI**          **Clm No 75486**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA    Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131              UNS                     Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NEIL ROSENSON**            **Clm No 75487**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA    Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131              UNS                     Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BETTY TILLMAN**            **Clm No 75488**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA    Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131              UNS                     Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1830 of 3332

---

**JOHN TILLISON**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75489**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS TILDEN**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75490**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CARL TIEDEMANN**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75492**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                    1831 of 3332

---

**SIMON TIDWELL**                          **Clm No 75493**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND TIBERIO**                        **Clm No 75494**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CALVIN TIBBETTS**                        **Clm No 75495**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                  1832 of 3332

---

**CLYDE THURSTON**                          **Clm No 75496**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800          | UNS   | Unknown             |                      |
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**RUSSELL THULEEN**                         **Clm No 75497**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800          | UNS   | Unknown             |                      |
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD THRASHER**                         **Clm No 75498**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800          | UNS   | Unknown             |                      |
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                 1833 of 3332

---

**JOHN THORPE**                          **Clm No 75499**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                 Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM THORP**                        **Clm No 75500**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                 Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES THORNTON**                     **Clm No 75501**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                 Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1834 of 3332

---

**MORRIS THORNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER THOMPSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH THOMPSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1835 of 3332

---

**JAMES THOMPSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDDIE THOMPSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DANIEL THOMPSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1836 of 3332

---

**ARTHUR THOMPSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID TIRCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DELTA TIRABOSCHI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1837 of 3332

---

**TIMOTHY TINKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75511**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT TINDELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75512**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES TIMMONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75513**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1838 of 3332

---

**STANLEY TIMMERMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**TERRY TILLMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HARRY TILLMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1839 of 3332

---

**CARLOS TILLMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75517**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LUIS TERCERO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75518**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CARL TEMPLEMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75519**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1840 of 3332

---

**SHERWOOD TEMKIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75520**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT TEIGEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75521**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HENRY TECCO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75522**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                        1841 of 3332

---

**GLENN TEBO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MANFRED TEACHEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**VICTOR THOMAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1842 of 3332

---

**WILLIAM THOMAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75526**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM THOMAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75527**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PETER THOMAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75528**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    1843 of 3332

---

**RAYMOND THOMAS**                    **Clm No 75529**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |

600 BRICKELL AVE, STE 3800          UNS                        Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**ROBERT THOMAS**                    **Clm No 75530**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |

600 BRICKELL AVE, STE 3800          UNS                        Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**FRED THOMAS**                    **Clm No 75531**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |

600 BRICKELL AVE, STE 3800          UNS                        Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                          1844 of 3332

---

**GAYLE THOMAS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed             20-Mar-2017

Bar Date

Claim Face Value

---

**JEREMIAH THOMAS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed             20-Mar-2017

Bar Date

Claim Face Value

---

**JERRY THOMAS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed             20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1845 of 3332

---

**DUTCH THOMAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NICOLE THERIAULT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHNNY THACKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1846 of 3332

---

**MADOWACHARYA TEWARI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**CASIMIR TESZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75539**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**HERBERT TESTERMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1847 of 3332

---

**ROBERT TESSITORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NED TERVORT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE TERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 

### Claims Details

---

**JAMES TERRIZZI**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL TERRILL**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**FRANK TERRELL**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1849 of 3332

---

**JOSEPH TERRANOVA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75547**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARK FRANKLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75548**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL SKANES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75549**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1850 of 3332

---

**JOE BELCOLORI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CLEOPHUS WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DANIEL WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNK | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1851 of 3332

---

**DAVID WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DONALD WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DUANE WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1852 of 3332

---

**FRANK WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**FREDERICK WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**HENRY WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1853 of 3332

---

**HENRY WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75559**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAMES WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75560**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN GILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75561**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1854 of 3332

---

**HERBERT JEFFERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75562**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD FELTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75563**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JACK FERRAIOLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75564**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1855 of 3332

---

**ROBERT FERRARA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75565**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARIO FERRARI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75566**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRED FERRARO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75567**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*            3/20/2018 3:18:45 PM

*Claims Details*                                                      1856 of 3332

---

**MILTON FERRELL**                   **Clm No 75568**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JACK FISH**                        **Clm No 75569**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT FISCUS**                    **Clm No 75570**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    1857 of 3332

---

**ALFRED FISCUS**                          **Clm No 75571**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**GERALD  SULLIVAN**                       **Clm No 75572**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**GERARD SULLIVAN**                        **Clm No 75573**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1858 of 3332

---

**JAMES SULLIVAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75574**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN SULLIVAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75575**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH SULLIVAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75576**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1859 of 3332

---

**KENNETH SULLIVAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75577**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HENRY PHILLIPS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75578**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE PHILLIPS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75579**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/20/2018 3:18:45 PM

*Claims Details*                                                                    1860 of 3332

---

**KENNETH PHILBRICK**                    **Clm No 75580**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES PHIESTER**                     **Clm No 75581**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**WARREN PHANEUF**                       **Clm No 75582**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1861 of 3332

---

**ALFRED PEZZI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HUBERT PETTY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PETER PETTERSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             1862 of 3332

---

**NICHOLAS PETRILLO**                    **Clm No 75586**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                  Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH PETRILLO**                      **Clm No 75587**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                  Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES PETITT**                         **Clm No 75588**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                  Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1863 of 3332

---

**WAYNE PETERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75589**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT PETERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75590**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**GLEN PETERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75591**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1864 of 3332

---

**JONNY VONHUSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FLOYD VORICE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANK VOYAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1865 of 3332

---

**EDWARD VROMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75595**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM WADSWORTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75596**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLETUS WAGNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75597**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1866 of 3332

---

**DENNIS WAGNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JESSE WAGNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MACK WAGSTAFF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75600**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1867 of 3332

---

**EDWARD WAINSCOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75601**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GABRIEL SCOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75602**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HULIE SCOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75603**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                    1868 of 3332

---

**JEFF PHILLIPS**                              **Clm No 75604**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                       Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH PHILLIPS**                           **Clm No 75605**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                       Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL PHILLIPS**                              **Clm No 75606**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                       Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1869 of 3332

---

**RAYMOND PHILLIPS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75607**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES PINDELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75608**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**ANTONIO PINERO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75609**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:18:45 PM

*Claims Details*                                                                                      1870 of 3332

---

**GARY PINKHAM**                          **Clm No 75610**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class            Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800          UNS                         Unknown

MIAMI, FL 33131

Date Filed                  20-Mar-2017

Bar Date

Claim Face Value

---

**TERRY PINKHAM**                          **Clm No 75611**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class            Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800          UNS                         Unknown

MIAMI, FL 33131

Date Filed                  20-Mar-2017

Bar Date

Claim Face Value

---

**PAUL PINKMAN**                           **Clm No 75612**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class            Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800          UNS                         Unknown

MIAMI, FL 33131

Date Filed                  20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1871 of 3332

---

**MANUEL PINO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT PIPER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIS PIPKINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1872 of 3332

---

**ROBERT PHILLIPS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75616**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS PHILLIPS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75617**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JULE PHILPOT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75618**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1873 of 3332

---

**ERNEST PHIPPS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**AMERICO PICA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LIONEL PICARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1874 of 3332

---

**JOHN PICINICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75622**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD PICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75623**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ELVIS PICKLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75624**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1875 of 3332

---

**DOMINICK PICKLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 20-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

**STANLEY PIECUCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 20-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

**MIKE PIECZEK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 20-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1876 of 3332

---

**HOWARD PIERCE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIS PIERCE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MAURICE PIERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1877 of 3332

---

**CHESTER PIKULA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANTHONY PIPPEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LEOPOLD STERN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                               1878 of 3332

---

**DALE STERLING**                          **Clm No 75634**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          Class            Claim Detail Amount        Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800           UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD STEVENS**                         **Clm No 75635**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          Class            Claim Detail Amount        Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800           UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE SWANSON**                         **Clm No 75636**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          Class            Claim Detail Amount        Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800           UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1879 of 3332

---

**KENNETH SWANSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EARNEST PETERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD PETERSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1880 of 3332

---

**RONALD PETERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HORACE PETERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GERHARD PETER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                           1881 of 3332

---

**RONALD PESCATORE**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**HENRY PERZAN**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**STANLEY PERRY**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75645**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1882 of 3332

---

**RANDALL PERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75646**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2014
Bar Date
Claim Face Value

---

**IVY PERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75647**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDMUND PERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75648**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1883 of 3332

---

**DAVID PERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75649**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES PERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANGELO PERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75651**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    1884 of 3332

---

**FRANK PERROTTA**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75652**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**VINCENT PERRONE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**JAMES PEROUTKA**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75654**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1885 of 3332

---

**JAMES PEREIRA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75655**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS PEREIRA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FELIX PEREZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                    1886 of 3332

---

**JOE PEREZ**                                    **Clm No 75658**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                              UNS                   Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE PERKINS**                              **Clm No 75659**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                              UNS                   Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JERRY PENICK**                                **Clm No 75660**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                              UNS                   Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1887 of 3332

---

**RONALD PENKALSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75661**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ANDREW PENNINGTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75662**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DALE PENROD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1888 of 3332

---

**GREGORY PEOPLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75664**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY PEPE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75665**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MERLE PEREGRINE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75666**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1889 of 3332

---

| **ANTONE PEREIRA** | **Clm No 75667** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| **FRANCIS STEVENS** | **Clm No 75668** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| **LEROY STEVENS** | **Clm No 75669** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1890 *of* 3332

---

**MARCEL TANCREDE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT TALLENT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LEONARD SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75672**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1891 of 3332

---

**LEROY SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LESTER SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LINDA SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    1892 of 3332

---

**MARTIN SMITH**                          **Clm No 75676**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT SMITH**                          **Clm No 75677**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**FRANK SPENCER**                          **Clm No 75678**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1893 of 3332

---

**ROBERT STEVENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT STEVENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM TANNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                            1894 of 3332

---

**ROBERT TANNER**                          **Clm No 75682**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA                Class              Claim Detail Amount       Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800                 UNS                       Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**OLAND TANNER**                           **Clm No 75683**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA                Class              Claim Detail Amount       Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800                 UNS                       Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JACK TANNER**                            **Clm No 75684**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA                Class              Claim Detail Amount       Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800                 UNS                       Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             1895 of 3332

---

**DENNIS TAPP**                          **Clm No 75685**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                 Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GORDON TATRO, SR.**                    **Clm No 75686**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                 Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT TATE**                          **Clm No 75687**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                 Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1896 of 3332

---

**JOHN TATAKIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD TARR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**STEPHEN TARKOWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75690**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1897 of 3332

---

**PASQUALE TARICANI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75691**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES TAPPAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75692**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DANNY TAYLOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75693**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                          1898 of 3332

---

**ANTHONY TAVANI**                          **Clm No 75694**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                  Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KONRAD TAUBER**                           **Clm No 75695**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                  Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ELBERT TAYLOR**                           **Clm No 75696**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                  Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                          1899 of 3332

---

**DOUGLAS TAYLOR**                       <u>Clm No 75697</u>    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA              Class                Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800               UNS                          Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**DONALD SWANN**                         <u>Clm No 75698</u>    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA              Class                Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800               UNS                          Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**EARL SWAN**                            <u>Clm No 75699</u>    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA              Class                Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800               UNS                          Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1900 of 3332

---

**JAMES SUTTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75700**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT SUTTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75701**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID SUPRENANT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75702**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1901 of 3332

---

**BILLY SUMNER**                                    **Clm No 75703**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                        Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**TED SUMMERS**                                     **Clm No 75704**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                        Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD SWINGEL**                                  **Clm No 75705**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                        Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1902 of 3332

---

**LOWELL SWIM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75706**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN SWIFT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75707**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID SWESEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75708**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                              1903 of 3332

---

**RICHARD SWEET**                          **Clm No 75709**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                   Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                             UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM SWEENEY**                        **Clm No 75710**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                   Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                             UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL SWEENEY**                        **Clm No 75711**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                   Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                             UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 1904 of 3332

---

**JOHN SWEENEY**                        **Clm No 75712**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800           UNS                    Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HENRY SWITZER**                       **Clm No 75713**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800           UNS                    Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM SWINYAR**                     **Clm No 75714**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800           UNS                    Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1905 of 3332

---

**ROBERT SWINSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JESSIE SWINSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131(305) 375-0111

**Clm No 75716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM TABELE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1906 of 3332

---

**EDWARD SZYMASZEK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD SZEWCZYK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CHESTER SZAFASZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1907 of 3332

---

**DALE SYVERTSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75721**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WILSON SYKORA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75722**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CARL TALIAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75723**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1908 of 3332

---

**LAVERNE TALBOOM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MATTHEW TAGUE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN TACKETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1909 *of* 3332

---

**ANTHONY TACCONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MERRILL SUMMERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LEWIS SUMMERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    1910 of 3332

---

**SAMUEL OLSEN**                          **Clm No 75730**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                      Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE OLSON**                          **Clm No 75731**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                      Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**LEROY ORTH**                            **Clm No 75732**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                      Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1911 of 3332

---

**BOB ORTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS   | Unknown            |                       |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS ORSINI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS   | Unknown            |                       |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SALVATORE ORLANDO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS   | Unknown            |                       |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                           1912 of 3332

---

**ROBERT ORHAM**                          **Clm No 75736**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM ORCUTT**                        **Clm No 75737**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD ORCHULEK**                      **Clm No 75738**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1913 of 3332

---

**JOSEPH ORBAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75739**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CLAUDE OOMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75740**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**EUGENE O'NEILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75741**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1914 of 3332

---

**CHARLES O'NEILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES O'NEILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN O'NEAL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1915 of 3332

---

**JAMES O'NEAL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN ONCHAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANK OMBOLI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                      1916 of 3332

---

**JOHN O'MARA**                              **Clm No 75748**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**MILES OLSON**                              **Clm No 75749**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH OLSON**                            **Clm No 75750**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1917 of 3332

---

**FRANK OWEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75751**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES OVERSTREET**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75752**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GLENN OVERMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75753**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**MATHEW OSTROWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75754**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES OSTROMECKY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75755**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**WILTON OSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75756**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1919 of 3332

---

**JOHN SUMMERLIN**                          **Clm No 75757**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800              UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**THELMA OSTER**                            **Clm No 75758**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800              UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ERNEST OSBORNE**                          **Clm No 75759**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800              UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1920 of 3332

---

**ROBERT OSBORN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75760**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HARRY ORTTEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75761**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANGEL ORTIZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75762**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1921 of 3332

---

**JACK PACE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75763**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES OZZELLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75764**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LANGLEY OWSLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75765**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1922 of 3332

---

**RUSSELL OWENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75766**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROY OWENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75767**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES OWENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75768**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1923 of 3332

---

**CHARLES OWENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MAURICE OWEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN OWEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1924 of 3332

---

**JAMES OWEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANK OLSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD O'KEEFE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1925 of 3332

---

| **QUINN OLDAKER** | **Clm No 75775** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| **ORVILLE O'LENA** | **Clm No 75776** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| **SAMUEL OLIVE** | **Clm No 75777** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1926 of 3332

---

**LARRY OLIVER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75778**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**CHRISTIAN OLSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75779**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD NIXON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75780**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1927 of 3332

---

**KENNETH NIXON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILEY NOBLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GERARD NOEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com                FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1928 of 3332

---

**RODERICK NOGGLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD NOLEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM NONDORF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1929 of 3332

---

**WILLIAM NORCOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75787**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES NORRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75788**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BOBBY NOTTINGHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75789**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1930 of 3332

---

**HENRY NOVAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75790**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ORVILLE NOVELLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75791**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**AMDREW NOVOSAD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75792**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1931 of 3332

---

**ROY NOWICKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JIMMY NUGENT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RUSSELL NUGENT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1932 of 3332

---

**FREDERICK NULL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**NORMAN NUNEMAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH NYGRA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1933 of 3332

---

**EVERETT OAKES**                                    **Clm No 75799**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EVAN O'BAKER**                                      **Clm No 75800**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**KENDALL OBER**                                      **Clm No 75801**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1934 of 3332

---

**DAVID O'BRIEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75802**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GREGORY O'BRIEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75803**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAMES O'BRIEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75804**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1935 of 3332

---

**JAMES O'BRIEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH O'BRIEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS O'BRIEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1936 of 3332

---

**RALPH OCHS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MARTIN O'CONNELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN O'CONNELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1937 of 3332

---

**GERALD O'CONNELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GERALD O'CONNELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD O'CONNELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              1938 of 3332

---

**JOHNNY PARKER**                    **Clm No 75814**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          Class          Claim Detail Amount    Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800           UNS                  Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**HARRY PARKER**                     **Clm No 75815**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          Class          Claim Detail Amount    Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800           UNS                  Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**GLENN PARKER**                     **Clm No 75816**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          Class          Claim Detail Amount    Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800           UNS                  Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1939 of 3332

---

**JOHN OCHWAT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75817**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**MICHAEL O'GRADY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**ROBERT OGLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1940 of 3332

---

**KENNETH OGLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOUIS OFFUTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**OLLIE ODUM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1941 of 3332

---

**JAMES O'DONOHUE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JEROME ODOM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM O'DELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    1942 of 3332

---

**JAMES O'DELL**                          **Clm No 75826**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**HEBER ODEKIRK**                         **Clm No 75827**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT O'DANIEL**                       **Clm No 75828**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1943 of 3332

| NORBERT O'CONNOR | **Clm No 75829** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

| MICHAEL O'CONNOR | **Clm No 75830** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

| RICHARD O'CONNELL | **Clm No 75831** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1944 of 3332

---

**MICHAEL O'CONNELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75832**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES RAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75833**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LAWRENCE RAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75834**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1945 of 3332

---

**HUGH RAYMOND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EZRA REAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT REARDON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1946 of 3332

---

**CLIFFORD RECTOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75838**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH RECTOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75839**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES RICHARDSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75840**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1947 of 3332

---

**WARREN ROBERTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BERT ROBERTSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES ROBERTSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                 1948 of 3332

---

**WESLEY ROBERTSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**SYLVESTER ROBEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**HENRY ROBIDAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1949 of 3332

---

**A ROBINSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75847**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID ROBINSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75848**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DEAN ROBINSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75849**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                    1950 of 3332

---

**GEORGE ROBINSON**               **Clm No 75850**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                   Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES ROBINSON**                **Clm No 75851**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                   Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN ROBINSON**                 **Clm No 75852**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                   Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**LAWRENCE ROBINSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75853**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**MARION ROBINSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75854**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**PAUL ROBINSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75855**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1952 of 3332

---

**RANDEL ROBINSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**VICTOR ROCCHI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EDMOND ROCHEFORT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy            Visit us on the Web at www.omnimgt.com            PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                  E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1953 of 3332

---

**FOYE ROCKETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWIN RODDA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSE RODRIGUEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75861**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                    E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1954 of 3332

---

**ALEJANDRO RODRIGUEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75862**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ALFREDO RODRIGUEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75863**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CARLOS RODRIGUEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75864**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1955 of 3332

---

**LUCAS RODRIGUEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75865**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**PASTORA RODRIGUEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75866**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE ROESTEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75867**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1956 of 3332

---

**DANIEL ROGERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LUTHER ROGERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**VIRGIL ROGERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75870**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1957 of 3332

---

**BRUNO ROGGIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75871**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN ROHAL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH ROHAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75873**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1958 of 3332

---

**ROY ROHRICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**IRA ROSS ROLLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CECIL ROLLINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1959 of 3332

---

**JOHN ROMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75877**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JIMMIE RICHARDSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75878**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS RICHARDSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75879**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1960 of 3332

---

**BOBBIE RICHMOND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75880**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE RICHTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75881**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAUL RICKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75882**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1961 of 3332

---

**ROBERT RIDDLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BURL RIDDLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RAYMOND RIECK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1962 of 3332

---

**DON RIFE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD RIGSBY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BILLY RILEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1963 of 3332

---

**LEX RILEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM RILEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN RIMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75891**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1964 of 3332

---

**DAVID RING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75892**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LYNN RISER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75893**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**travick risher**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75894**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1965 of 3332

---

**ROBERT RISLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DURWARD RITTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH RITTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                              1966 of 3332

---

**EPIFANIO RIVERA**

<u>Clm No 75898</u>    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JESSE RIVERA**

<u>Clm No 75899</u>    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ANTOINETTE RIVERA**

<u>Clm No 75900</u>    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1967 of 3332

---

**ELROY RIVERA**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75901**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**RONALD RIVORD**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75902**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**JOHN RIZZO**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75903**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                        1968 of 3332

---

**LEO RIZZO**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75904**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**JOHN RIZZUTE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75905**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**JAMES ROACH**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75906**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1969 of 3332

---

**NAMON ROACH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL ROBBINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GILES ROBBINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**ROBERT ROACH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75910**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JESSE ROARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75911**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT ROBBINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75912**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1971 of 3332

---

**STEPHEN ROBBIO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75913**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT ROBERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75914**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALVARO ROBERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75915**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1972 of 3332

---

**CHARLES ROBERTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75916**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**HERMAN ROBERTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**PATRICK ROBERTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

Rust Consulting | Omni Bankruptcy      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100      E-mail: claimsmanager@omnimgt.com      FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*  3/20/2018 3:18:45 PM

*Claims Details*  1973 of 3332

---

**RICHARD ROBERTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75919**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**SPENCER ROBERTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75920**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**TILLIS ROBERTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75921**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1974 of 3332

---

**WALTER ROBERTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75922**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND RECTOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75923**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES REDDINGTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75924**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                     1975 of 3332

---

**CLIFFORD REED**                          **Clm No 75925**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**GARY REESE**                             **Clm No 75926**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**REO REESE**                              **Clm No 75927**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:18:45 PM

*Claims Details*

1976 of 3332

---

**SYLVESTER REESE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75928**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLINT REEVES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75929**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN REEVES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 38001
MIAMI, FL 33131

**Clm No 75930**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1977 of 3332

---

**JOHNIE REEVES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANTHONY REGALADO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES REGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1978 of 3332

---

**ATONE REGO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75934**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROY REGO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALFRED REID**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                       1979 of 3332

---

**FELIX REILLO**                    **Clm No 75937**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                      Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSE RIBAS**                      **Clm No 75938**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                      Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROLAND RIBERDY**                  **Clm No 75939**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                      Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1980 of 3332

---

**JOHN RICE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75940**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MURRAY RICE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75941**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH RICE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75942**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1981 of 3332

---

| TIMOTHY RICE | **Clm No 75943** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| FRED RICH | **Clm No 75944** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| ASTON RICHARDS | **Clm No 75945** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1982 of 3332

---

**CHARLES RICHARDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**LOUIE RICHARDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT RICHARDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1983 of 3332

---

**ARTHUR RICHARDSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75949**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD RICHARDSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DOUGLAS RICHARDSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75951**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1984 of 3332

---

**HARRY RICHARDSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75952**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM RHOADS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75953**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT RHODA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75954**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1985 of 3332

---

**ARTHUR RHEAULT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARGARET REYNOLDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75956**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD REIMEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75957**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1986 of 3332

---

**RICHARD RENFREW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM RENFROW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES RENNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1987 of 3332

---

| JOSEPH REPAY | **Clm No 75961** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| RICHARD RESSER | **Clm No 75962** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| RAYMOND RETHERFORD | **Clm No 75963** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1988 of 3332

---

**SAMUEL RETHERFORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75964**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARNOLD RETTIG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75965**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARLIE REYNOLDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75966**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1989 of 3332

---

**JAMES REYNOLDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75967**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GERALD RAULERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75968**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL RAUCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75969**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1990 of 3332

---

**MATTHEW PRINCE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75970**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**DANIEL PRINDLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75971**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**RANDY PRINZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75972**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1991 of 3332

---

**PAUL PRISON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75973**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HUSTES PRITCHARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE PROCTOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1992 of 3332

---

**LESTER PROCTOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75976**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD PROTO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75977**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | |

---

**ARVEL PRUITT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75978**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1993 of 3332

---

**EUGENE PRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75979**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD PRZYBYLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75980**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HARRY PSAROS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75981**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                              1994 of 3332

---

**JOSEPH PUCCIO**                         **Clm No 75982**   Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800       UNS                   Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**CLYDE PUETT**                           **Clm No 75983**   Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800       UNS                   Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JULIO PULEO**                           **Clm No 75984**   Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800       UNS                   Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1995 of 3332

---

**THOMAS PUNCH**                                    **Clm No 75985**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                              UNS                      Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD PUNCHES**                                **Clm No 75986**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                              UNS                      Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES PUTMAN**                                **Clm No 75987**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                              UNS                      Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1996 of 3332

---

**JOSEPH PYZYNSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARCO QUALLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARIO QUARANTO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              1997 *of* 3332

---

**RICHARD QUINLAN**                    **Clm No 75991**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                   Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD QUINN**                       **Clm No 75992**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                   Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JERRY QUINN**                        **Clm No 75993**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                   Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

1998 of 3332

---

**JOHN QUINN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75994**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM QUINN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75995**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CARLOS QUINONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75996**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1999 of 3332

---

**JOE QUINTANA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75997**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE QUINTANA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75998**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS RACHFORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75999**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2000 of 3332

---

**RILEY RACKSTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MILAN RADAKOVICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD RADCLIFFE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2001 of 3332

---

**JOHN RADFORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GILBERT RADLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL RADOWIECKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:18:45 PM

*Claims Details*

2002 of 3332

---

**EDWARD RADZINSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANK RAFFAELO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT RAFFALO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2003 of 3332

---

**JAMES RAFTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76009**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROY RAINWATERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76010**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES RALSTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76011**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2004 of 3332

---

**DENNIS RAMAZETTI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76012**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOSE RAMIREZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76013**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MARIO RAMIREZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76014**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2005 of 3332

---

**BUDDY RAMSAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BEN RAMSEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76016**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARTHA RAMSEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                   2006 of 3332

---

**KENNETH RANCOURT**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES RANDALL**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN RANDLES**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2007 of 3332

---

**JAMES RANDOLPH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KEITH RANKIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT RANNACHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2008 of 3332

---

**PETER RAPO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES RASBERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES RASCO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76026**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2009 of 3332

---

**FRANK RATHBUN**                    **Clm No 76027**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DAN PRINCE**                       **Clm No 76028**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**NOEL PRESTON**                     **Clm No 76029**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2010 of 3332

---

**ROBERT PRESTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76030**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANK PRESUTTI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76031**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD PRICE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76032**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2011 of 3332

---

**JESSE PRICE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT PRICHARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOUIS PRIM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2012 of 3332

---

**RONALD PRIMMER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76036**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DARRELL PRIMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76037**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR POWERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76038**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2013 of 3332

---

**GILBERT POWERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RICHARD POZZI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JACK PRAGANO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76041**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                    2014 of 3332

---

**GERARD PRAINO**                          **Clm No 76042**       Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800           UNS                    Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**GLENN PRATER**                           **Clm No 76043**       Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800           UNS                    Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**PHILLIP PRATO**                          **Clm No 76044**       Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800           UNS                    Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2015 of 3332

---

**HOMER PRATT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76045**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM PRAZAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LEON PRESSLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2016 of 3332

---

**JAMES POUNDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER POVLINSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GERALD POWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2017 of 3332

---

**ANDRE POUNDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76051**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**GUY POTVIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76052**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS POSEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76053**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2018 of 3332

---

**NEIL POSTEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLARENCE POTTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD POTTINGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2019 of 3332

---

**RAYMOND POTTS**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76057**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WAYMAN PORTER**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76058**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NORMAN PORTER**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76059**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2020 of 3332

---

**JOHN PORTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES PORTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76061**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES PORTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2021 of 3332

---

**ERNEST PORCARO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76063**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JESSIE POPPELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76064**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STEPHEN POPP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76065**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2022 of 3332

---

**DENNIS POPP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76066**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM POPOVICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES STINNETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2023 of 3332

---

**WALLACE STILLWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LENDON STILLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GILBERT STILES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                              2024 of 3332

---

**LAWRENCE STIFLE**                    **Clm No 76072**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**HENRY STIDSEN, JR.**                 **Clm No 76073**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WALLACE STICKELMEYER**               **Clm No 76074**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2025 of 3332

---

**JACOB STICKELMEYER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN STEWART**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76076**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD STEWART**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76077**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                        2026 of 3332

---

**WILLIAM STEVENS**                    **Clm No 76078**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA            Class              Claim Detail Amount       Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800             UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN STOKES**                        **Clm No 76079**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA            Class              Claim Detail Amount       Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800             UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD STOLGITIS**                   **Clm No 76080**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA            Class              Claim Detail Amount       Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800             UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2027 of 3332

---

**FRANCIS STOTLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT STONEBRAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH STONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2028 of 3332

---

| **CHARLES STONE** | **Clm No 76084** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **RONNIE POPE** | **Clm No 76085** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **HARRY STITELER** | **Clm No 76086** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**EMORY STONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76087**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FLOYD COLLINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76088**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN COLLINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76089**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*                                                                                   2030 of 3332

---

**JOHNNIE COLLINS**                         **Clm No 76090**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class                Claim Detail Amount        Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800            UNS                        Unknown
MIAMI, FL 33131                         – – – – –    – – – – – – – – – –    – – – – – – – – – –


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**MATTHEW COLLINS**                         **Clm No 76091**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class                Claim Detail Amount        Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800            UNS                        Unknown
MIAMI, FL 33131                         – – – – –    – – – – – – – – – –    – – – – – – – – – –


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**WILETA COLLINS**                         **Clm No 76092**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class                Claim Detail Amount        Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800            UNS                        Unknown
MIAMI, FL 33131                         – – – – –    – – – – – – – – – –    – – – – – – – – – –


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2031 of 3332

---

**WILLIAM COLLINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76093**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FLOYD COLLINSWORTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76094**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS COLON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76095**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2032 of 3332

---

**GERMANOUS COLOPY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD RAY COMER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES COMINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2033 of 3332

---

**LEEVIE COMMON**

**Clm No 76099**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HARMON COMPTON**

**Clm No 76100**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT COMPTON**

**Clm No 76101**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                     E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                      2034 of 3332

---

**GEORGE COMSTOCK**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**PAUL CONCESSI**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**TALMADGE CONE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2035 of 3332

---

**JOHN CONGROVE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76105**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**REX MOORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76106**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RALPH MOORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76107**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2036 of 3332

---

**MATHER MOORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH MOORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOE MOORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2037 of 3332

---

**JIMMY MOORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JACK MOORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GOLDIE MOORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             2038 of 3332

---

**FRED MOORE**                          **Clm No 76114**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID MOORE**                         **Clm No 76115**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ALFRED MOORE**                        **Clm No 76116**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2039 of 3332

---

**COURTNEY MOONEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**DOMINIC MENNA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH MEOLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                          2040 of 3332

---

**JOE MERCADO**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76120**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**ARTURO MENDIOLA**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76121**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**LOUIS MENDES**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76122**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2041 of 3332

---

**KEITH MELZER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76123**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GRADY MELTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76124**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS MELFI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76125**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2042 of 3332

---

**TIMOTEO MEJIA**                          **Clm No 76126**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                  Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR MEISENBACH**                      **Clm No 76127**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                  Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**VIRGIL MEIER**                           **Clm No 76128**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                  Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2043 of 3332

---

**HARRY MEGERDICHIAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**TED MEESE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**PAT MEEKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2044 of 3332

---

**JESSE MEEKS**                          **Clm No 76132**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA              Class           Claim Detail Amount      Final Allowed Amount

600 BRICKELL AVE, STE 3800            UNS                 Unknown

MIAMI, FL 33131

Date Filed             20-Mar-2017

Bar Date

Claim Face Value

---

**JACKIE MEEKS**                         **Clm No 76133**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA              Class           Claim Detail Amount      Final Allowed Amount

600 BRICKELL AVE, STE 3800            UNS                 Unknown

MIAMI, FL 33131

Date Filed             20-Mar-2017

Bar Date

Claim Face Value

---

**CHARLES MEEHAN**                       **Clm No 76134**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA              Class           Claim Detail Amount      Final Allowed Amount

600 BRICKELL AVE, STE 3800            UNS                 Unknown

MIAMI, FL 33131

Date Filed             20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                          2045 of 3332

---

**ALBERT MEDINA**                    **Clm No 76135**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                        Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD MECHAM**                    **Clm No 76136**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                        Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**BUD MECHAM**                       **Clm No 76137**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                        Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

2046 of 3332

---

| **JOHN MCVEIGH** | **Clm No 76138** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

| **SAMUEL MCQUOID** | **Clm No 76139** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

| **EVERETT MCPHERSON** | **Clm No 76140** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2047 of 3332

---

**DENNIS MCNULTY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76141**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER MOOS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76142**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE MOORHEAD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76143**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2048 of 3332

---

**WILLIAM BUCKNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES BUECHELE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH BUEHLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                     E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2049 of 3332

---

**REABERT BUGGS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD MORAVEC**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LLOYD MORANG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2050 of 3332

---

**CLARENCE MORANG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MARCELINO MORALES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76151**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE MOORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2051 of 3332

---

**WILLIAM MOORE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WARREN MOORE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**AUBURN MCBRIDE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2052 of 3332

---

**VERNON MCBRIDE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANCIS MCCABE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES MCCALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2053 of 3332

---

**MARTIN MCCALLUM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JERRE MCCARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JERRY MCCARLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76161**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2054 of 3332

---

**JOHN MCCARROLL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76162**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD MILLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT MILLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76164**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

## *Claims Details*                                                         2055 of 3332

---

**RALPH MILLER**                              **Clm No 76165**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LLOYD MILLER**                              **Clm No 76166**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES MILLER**                              **Clm No 76167**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:18:45 PM

*Claims Details*    2056 of 3332

---

**HUGH MILLER**  
C/O THE FERRARO LAW FIRM PA  
ATTN: FERNANDO JOSE ULLOA  
600 BRICKELL AVE, STE 3800  
MIAMI, FL 33131

**Clm No 76168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017  
Bar Date  
Claim Face Value

---

**HUGH MILLER**  
C/O THE FERRARO LAW FIRM PA  
ATTN: FERNANDO JOSE ULLOA  
600 BRICKELL AVE, STE 3800  
MIAMI, FL 33131

**Clm No 76169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017  
Bar Date  
Claim Face Value

---

**DENNIS MILLER**  
C/O THE FERRARO LAW FIRM PA  
ATTN: FERNANDO JOSE ULLOA  
600 BRICKELL AVE, STE 3800  
MIAMI, FL 33131

**Clm No 76170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017  
Bar Date  
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2057 of 3332

---

**DANIEL MILLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76171**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CYNTHIA MILLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76172**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CLARENCE MILLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76173**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                2058 of 3332

---

**CHARLES MILLER**                    **Clm No 76174**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                   Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**BOBBIE MILLER**                     **Clm No 76175**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                   Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**BILLY MILLER**                      **Clm No 76176**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                   Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2059 of 3332

---

**ALAN MILLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76177**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD MOON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76178**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL MOOLICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76179**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2060 of 3332

---

**RILEY MOODY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76180**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HERMAN MOODY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76181**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HARRY MONTONEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76182**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2061 of 3332

---

**PAUL MONTMINY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RIGOBERTO MONTIEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**SHIRLEY MONTGOMERY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                2062 of 3332

---

**RICHARD MONTGOMERY**                    **Clm No 76186**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM MONTESANO**                     **Clm No 76187**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MARCELINO MONTEJANO**                   **Clm No 76188**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2063 of 3332

---

**ANDRE MONTEIRO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76189**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALFRED MONTEIRO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76190**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY MONTAGINO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76191**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                     E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2064 of 3332

---

**EDWARD MONROE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GERARD MONFILS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CLIFFORD MONDOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2065 of 3332

---

**RICHARD MONARCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL MONARCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM MONAHAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2066 of 3332

---

**STEPHEN MOLNAR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL MOLLOY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES MOLL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2067 of 3332

---

**JOHN MOLIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WAYNE MOLINA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76202**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT MOJAVE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76203**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2068 of 3332

---

**JOHN MOFFITT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76204**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN MOFFETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76205**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**LELAND MOE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2069 of 3332

---

**FRANK MODGLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76207**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MACK MOCABEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76208**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALDO MOBERLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76209**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2070 of 3332

---

**CHARLES MIZELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76210**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES MIZELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76211**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES MIXSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2071 of 3332

---

**MARVIN MIXON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76213**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT MITTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76214**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STANLEY MITCHELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76215**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                2072 of 3332

---

**PATRICK MITCHELL**                     **Clm No 76216**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MARSHAL MITCHELL**                     **Clm No 76217**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**HARVEY MITCHELL**                      **Clm No 76218**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 2073 of 3332

---

**DAVID MITCHELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76219**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID MITCHELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76220**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ANDREW MITCHELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76221**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2074 of 3332

---

**MILLER MISTILIEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS MIRISOLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**UBALDO MIRANDA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2075 of 3332

---

**ANGELO MIRABELLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WYLEY MINOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76226**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NEAL MINOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2076 of 3332

---

**JOSEPH MINOR**                     **Clm No 76228**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                  Unknown
MIAMI, FL 33131

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**ASHBY MINNICK**                    **Clm No 76229**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                  Unknown
MIAMI, FL 33131

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**JUDITH MINNECI**                   **Clm No 76230**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                  Unknown
MIAMI, FL 33131

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2077 of 3332

---

**CHARLES MINESAL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA MINCEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE MILTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**JOE MILOTA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PATRICK MILLWOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CONNIE MILLWOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2079 of 3332

---

**JAMES MILLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76237**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD NIEMITZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76238**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EULOGIO NIEVES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76239**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2080 of 3332

---

**ROBERT NIEZGORSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STEPHEN NIGRO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM NIELSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2081 of 3332

---

**EDWARD NIELSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76243**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR NIELSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76244**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY NICOLELLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76245**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2082 of 3332

---

**GARRY MILLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**STEVEN MILLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SHERMAN MILLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76248**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2083 of 3332

| **SAM MILLER** | **Clm No 76249** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

| **RUDOLPH MILLER** | **Clm No 76250** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

| **JAMES ANDERSON** | **Clm No 76251** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2084 of 3332

---

**JAMES ANDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76252**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH ANDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76253**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**LAMAR ANDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76254**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2085 of 3332

---

**LAWAYNE ANDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76255**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**MAURICE ANDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76256**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**ROBERT ANDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76257**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    2086 of 3332

---

**ROBERT ANDERSON**                    **Clm No 76258**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount

600 BRICKELL AVE, STE 3800         UNS                    Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**WALLACE ANDERSON**                   **Clm No 76259**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount

600 BRICKELL AVE, STE 3800         UNS                    Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**WILLIS ANDERSON**                    **Clm No 76260**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount

600 BRICKELL AVE, STE 3800         UNS                    Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2087 of 3332

---

**DAVID NICHOLAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76261**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PETER NICHOLAUS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76262**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD NICHOLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76263**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2088 of 3332

---

**GENE NICHOLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76264**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SAMUEL NICHOLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES NICKERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2089 of 3332

---

**PETER NICOLARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76267**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**DENNIS BRILLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76268**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JAMES BRINKMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76269**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2090 of 3332

---

**CURLEY BRISCOE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76270**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ALAN BRISTOL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76271**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CHARLOTTE BRITT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76272**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2091 of 3332

---

**DENNIS BRITT**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76273**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**ROGER BRITTEN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76274**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**STEVE BRKOVICH**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76275**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                 2092 of 3332

---

**THOMAS BROADWATER**                    **Clm No 76276**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM BRODERICK**                    **Clm No 76277**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN BROGAN**                          **Clm No 76278**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2093 of 3332

---

**FRANKLIN BROOKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76279**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ROY BROOKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76280**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**THOMAS BROOKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76281**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2094 of 3332

---

**WILLIAM BROOKSHIRE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM BROUGHTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT BROUSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2095 of 3332

---

**CARL BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76285**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CHARLES BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76286**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CLIFFORD BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76287**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2096 of 3332

---

**DAVID BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76288**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ELBERT BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76289**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ELMER BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76290**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2097 of 3332

---

**ETSEL BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76291**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARY BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76292**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HAROLD BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76293**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2098 of 3332

---

**HENRY BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2099 of 3332

---

| **HOLLIS BROWN** | **Clm No 76297** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| **JAMES BROWN** | **Clm No 76298** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| **JOHN BROWN** | **Clm No 76299** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2100 of 3332

---

**KENNETH BROWN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76300**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**KENNETH BROWN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76301**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**LARRY BROWN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76302**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2101 of 3332

---

**RICKEY BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**SAMUEL BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**SIDNEY BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                              2102 of 3332

---

**SYLVESTER BROWN**                    **Clm No 76306**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER BROWN**                       **Clm No 76307**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE BROWN**                       **Clm No 76308**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2103 of 3332

---

**BILLY BROWNELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76309**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**PHILIP BRUBACHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76310**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**CARL BRUBAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76311**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:18:45 PM

*Claims Details*    2104 of 3332

---

**ALFRED BRUCE**               **Clm No 76312**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800      UNS                   Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DWIGHT BRUCE**               **Clm No 76313**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800      UNS                   Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES BRUNDLE**            **Clm No 76314**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800      UNS                   Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2105 of 3332

---

**RONALD BRUNELLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GROVER BRUNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GALEN BRUSCIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2106 of 3332

---

**PATRICK BRUSDA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES BRUSH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FLOYD BRYAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2107 of 3332

---

**DELMAR BRYANT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76321**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GLEN BUCHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**OLLIS BRYANT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2108 of 3332

---

**MICHAEL BRYNELSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76324**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES BRYSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76325**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NICHOLAS BUA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76326**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2109 *of* 3332

---

**COLEMAN BUCHANAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**COY AUTREY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROSCOE AUSTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2110 of 3332

---

**RAY AUSTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANKLIN AUSTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES AUSTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2111 of 3332

---

**JOSEPH AUGUSTINE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76333**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM AUBIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76334**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND AUBIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76335**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2112 of 3332

---

**ROBERT ATWOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76336**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES ATTAWAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76337**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FREDDIE ATKINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76338**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2113 of 3332

---

**ROBERT ATKIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76339**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE ASKEW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76340**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CAREY ASHWORTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76341**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2114 of 3332

---

**WENDELL ASHLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76342**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT ASHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76343**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN ARZONETTI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76344**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/20/2018 3:18:45 PM

*Claims Details*     2115 of 3332

---

**VERNON ARVISO**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76345**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**RAYMOND ARVILA**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76346**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GEORGE ARTHUR**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76347**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2116 of 3332

---

**DELMAS ARTHUR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**PATRICK ARSENAULT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**VELEON ARNOLD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76350**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**THURMAN ARNOLD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**KENNETH ARMSTRONG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76352**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAMES ARMSTRONG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76353**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2118 of 3332

---

**DUNCAN ARMSTRONG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76354**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LINDA ARMSTEAD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76355**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ERNEST ARMIJO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76356**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2119 of 3332

---

**JOHN ARMIGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76357**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JACK ARMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76358**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT ARDIRE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76359**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2120 of 3332

---

**JOSEPH ARDAGNA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76360**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JERRY ARBOGAST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76361**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**AUGUST ARBEITER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76362**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2121 of 3332

---

**ELOY ARANDA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76363**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM APPERWHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76364**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRED ANTOON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76365**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100       E-mail: claimsmanager@omnimgt.com       FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                      2122 of 3332

---

**EDMUND ANTOON**                          **Clm No 76366**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                      Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY ANTONELLIS**                     **Clm No 76367**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                      Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH ANTHONY**                         **Clm No 76368**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                      Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2123 of 3332

---

**HENRY ANTHOLZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD ANSCHUETZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT ANKIEWICZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100            E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2124 of 3332

---

**LOUIS ANIELLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76372**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JAMES ANDRYSIAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76373**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**WALTER ANDREWS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76374**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2125 of 3332

---

**PETER ANDREWS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES ANDREWS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DWIGHT ANDRES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2126 of 3332

---

**DANA ANDREWS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76378**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT ANDREW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76379**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN BARRETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76380**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 2127 of 3332

---

**NORMAN BARNHOUSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CARL COTTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES COTANT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2128 of 3332

---

**REDMOND COSTELLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76384**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSE COSTA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76385**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CARL COSTA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                      2129 of 3332

---

**RONALD COSS**                              **Clm No 76387**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                    Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                        Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY COSENTINO**                        **Clm No 76388**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                    Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                        Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE COSBY**                             **Clm No 76389**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                    Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                        Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2130 of 3332

---

**ALVIN CORSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76390**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**GEORGE CORRIE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76391**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CECIL CORRELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76392**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2131 of 3332

---

**JOSE CORREIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN CORREIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CELESTINO CORREA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2132 of 3332

---

**DANIEL CORRALES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76396**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SALVATORE CORRADO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76397**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES CORRADO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76398**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2133 of 3332

---

**JOSEPH CORONITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOREN CORNETTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HILRIE CORNETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2134 of 3332

---

**ROBERT COREY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD COREY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76403**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ERNESTO CORDERO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76404**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                              2135 of 3332

---

**DARYL CORDELL**                          **Clm No 76405**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA         Class              Claim Detail Amount         Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800           UNS                      Unknown

MIAMI, FL 33131

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**PEARL CORD**                             **Clm No 76406**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA         Class              Claim Detail Amount         Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800           UNS                      Unknown

MIAMI, FL 33131

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**HENRY CORBIN**                           **Clm No 76407**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA         Class              Claim Detail Amount         Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800           UNS                      Unknown

MIAMI, FL 33131

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2136 of 3332

---

**JOHN ROY COPLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76408**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**WELBURN COOPER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76409**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES BARNHILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76410**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:18:45 PM

*Claims Details*                                                          2137 of 3332

---

**OSCAR BARNHART**                     **Clm No 76411**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                   Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM BARNETT**                    **Clm No 76412**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                   Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**PATRICK BARNETT**                    **Clm No 76413**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                   Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2138 of 3332

---

**E. BARNES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**ANDREW BARNES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN BARNARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2139 of 3332

---

**PERRY BARLAR**                                    **Clm No 76417**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                      UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER BARKER**                                  **Clm No 76418**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                      UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES BARKER**                                    **Clm No 76419**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                      UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                   **E-mail:** claimsmanager@omnimgt.com              **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2140 of 3332

---

**CLYDE BARKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SIDNEY BARFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GRADY BARFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:18:45 PM

*Claims Details*    2141 of 3332

---

**GAYLON BARCOM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DANIEL BARCLAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH BARCHLETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2142 of 3332

---

**ELISEO BARBOSA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**OCTAVIO BARBON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM BARBER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2143 of 3332

---

**DAVID BARBATI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76429**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDO BARBADORA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76430**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH BARAJAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76431**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2144 of 3332

---

**WILLIAM BANTEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76432**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 20-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**CHARLES BANNON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76433**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 20-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**JAMES BANKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76434**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 20-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2145 of 3332

---

**EDWARD BANKOWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76435**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILL BANKHEAD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD BALTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2146 of 3332

---

**GEORGE BALLARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARION BALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN BALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2147 of 3332

---

**GEORGE BALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BLAINE BALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE BALFOUR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2148 of 3332

---

**STANLEY BALDYGA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD BALDWIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM BAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2149 of 3332

---

**ROGER BAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76447**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RAYMOND BAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76448**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WALTER COOPER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76449**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2150 of 3332

---

**WALTER COOPER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLYDE COOPER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM COONEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**JOSEPH COOL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76453**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**STEPHEN COOK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76454**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PETER COOKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76455**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2152 of 3332

---

**FRANK COOK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76456**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID COOK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76457**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CLINT COOK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76458**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                      2153 of 3332

---

**BOBBY COOK**                          <u>Clm No 76459</u>    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM CONWAY**                      <u>Clm No 76460</u>    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD CONWAY**                      <u>Clm No 76461</u>    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 3:18:45 PM

*Claims Details*                                                                 2154 of 3332

---

**SAMUEL CONTRERAS**                    **Clm No 76462**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800              UNS                      Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH CONSIDINE**                    **Clm No 76463**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800              UNS                      Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL CONSENTINO**                     **Clm No 76464**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800              UNS                      Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2155 of 3332

---

**JAMES CONNOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76465**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**TERRENCE CONNOLLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76466**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS CONNOLLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2156 of 3332

---

**JAMES CONNER** | **Clm No 76468** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER CONNELLEY** | **Clm No 76469** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY CONNEELY** | **Clm No 76470** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2157 of 3332

---

**PETER CONLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAMES CONLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**KENNETH CONKRIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2158 of 3332

---

**CARL CAREY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**NORMAN COOK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MELVIN COOK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 2159 of 3332

---

**JAMES COOK**                                    **Clm No 76477**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800                   UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH MIACZYNSKI**                          **Clm No 76478**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800                   UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ANTONIO MICHAELANGELO**                 **Clm No 76479**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800                   UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2160 of 3332

---

**JAMES MICHAUD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76480**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**LUCIEN MICHAUD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76481**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**BERNARD MICHIELS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76482**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2161 of 3332

---

**DANIEL MIDDAUGH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CHESTER MIGUES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**TOMMIE MILAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2162 of 3332

---

**LUIGI MILANO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH MILBY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN MILENDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2163 of 3332

---

**CHARLES MARKHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76489**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT MARKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76490**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID MARLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76491**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2164 of 3332

---

**FRANK MAROVICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76492**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CLEAMON MARSH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76493**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND MARSH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2165 of 3332

---

**CLIFFORD MARSHALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76495**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD MARSHALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76496**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GERARD MARTEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2166 of 3332

---

**LOUIS MARTEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76498**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT MARTEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76499**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN MARTELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76500**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2167 of 3332

---

**WILLIAM MARTELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76501**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR MARTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76502**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BILL MARTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76503**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2168 of 3332

---

**JAMES MARTIN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**KENNETH MARTIN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOSEPH MARTIN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2169 of 3332

---

**LAURENCE MARTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JERRY CASTALDO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD CASSIDY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

2170 of 3332

---

**MICHAEL CASSELBERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HARRY CASSAR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76511**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM CASEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76512**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2171 of 3332

---

**WALTER CASEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HAROLD CASEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DENIS CASEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 3:18:45 PM

*Claims Details*                                                2172 of 3332

---

**NED CASEBIER**                    **Clm No 76516**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                   Unknown
MIAMI, FL 33131

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**EVERETT CARVER**                  **Clm No 76517**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                   Unknown
MIAMI, FL 33131

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH CARUSONE**                 **Clm No 76518**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                   Unknown
MIAMI, FL 33131

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2173 of 3332

---

**WILLIAM CARTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76519**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD CARTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76520**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT CARTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76521**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2174 of 3332

---

**WILLIAM HENRY BRABHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BEULAH BRADLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES BRADLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2175 of 3332

---

**CLAUDE BRADLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAMES BRADLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN BRADLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**ROBERT BRADLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76528**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SHEILA BRADLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76529**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**REYDEL MUNIZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76530**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2177 of 3332

---

**GEORGE MUNK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KELLY BREY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD MUNRO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2178 of 3332

---

**EDWARD MURAWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM MURCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**DON MURDOCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2179 of 3332

---

**BRIAN MURPHY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76537**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MILDRED MALONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76538**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH MALONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76539**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2180 of 3332

---

**JOHN MALUSKA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76540**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL MALVESTUTO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76541**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MELVIN MALVITZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76542**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 2181 of 3332

---

**GEORGE MANCINI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76543**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WARREN MAMLOCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76544**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LARRY MANCIL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76545**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2182 of 3332

---

**THOMAS MADUSKUIE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76546**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS MADIGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76547**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN MAKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76548**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             2183 of 3332

---

**MLADEN MAKSIMOVICH**                     **Clm No 76549**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                   Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KEVIN MALARNEY**                         **Clm No 76550**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                   Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES MALCOM**                           **Clm No 76551**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                   Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2184 of 3332

---

**PHIL MALEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76552**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THEODORE MALINCHAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76553**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CORNELIUS MALLETTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76554**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2185 of 3332

---

**JOHN MALLOY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH MALON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MILTON MALONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2186 of 3332

---

**MICHAEL MAGUIRE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SEAN MAGUIRE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN MAHANEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**DALE MAHLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76561**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES MAHONEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76562**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN MAHONEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76563**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2188 of 3332

---

**RAYMOND MAIDA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**OSCAR MAILLOUX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**STANLEY MAJEWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2189 of 3332

---

**WALTER MAKAROWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS MCNORTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES MCMILLAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2190 of 3332

---

**WILLIE MCMULLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76570**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID MCNAMARA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JEROME MCNEIL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76572**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2191 of 3332

---

**ROBERT MCNEIL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76573**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALBRA MCNIEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76574**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLIE MCNIEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76575**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2192 of 3332

---

**LLOYD MARTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76576**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**LESTER MARTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76577**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**SHIRLEY MANDEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76578**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2193 of 3332

---

**BERNARD MANDEVILLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76579**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RALPH MANGEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76580**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH MANGIO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76581**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2194 of 3332

---

**MARION MANIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76582**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS MANNING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76583**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MARVIN MANNON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76584**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2195 of 3332

---

**HAIG MANOOGIAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**THOMAS MANSFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**EUGENE MANTOVANI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

---

**GEORGE MAPES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76588**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES MAPLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM MARINI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2197 *of* 3332

---

| **ANTHONY MAREK** | | **Clm No 76591** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| **MICHAEL MARION** | | **Clm No 76592** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| **ARTHUR MARION** | | **Clm No 76593** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2198 of 3332

---

**ALLEN MARKHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM MARION**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES MARDEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**JEAN MARBLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76597**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER CAMMACK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76598**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD CALLEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76599**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

2200 of 3332

---

**RAYMOND CALLAWAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76600**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANK CALLAHAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76601**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THARREL CALDWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76602**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2201 of 3332

---

**HERBERT CALDWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76603**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALLEN CALDWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76604**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT CALDON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76605**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2202 of 3332

---

**RAY CALDERWOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76606**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**VICTOR CALDERIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76607**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**JAY CAIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76608**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2203 of 3332

---

**HAROLD CAIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76609**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN CALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76610**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS CAHILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76611**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                    2204 of 3332

---

**WALTER CAGARA**                           **Clm No 76612**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**HARVEY CADLE**                            **Clm No 76613**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**STEPHEN CABRAL**                          **Clm No 76614**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 2205 of 3332

---

**WILLIAM BYRNES**                     **Clm No 76615**   Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class            Claim Detail Amount      Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA           UNS                       Unknown

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**CLARENCE BYRNE**                    **Clm No 76616**   Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class            Claim Detail Amount      Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA           UNS                       Unknown

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**BRUCE BYRNE**                       **Clm No 76617**   Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class            Claim Detail Amount      Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA           UNS                       Unknown

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2206 of 3332

---

**DONNIE BYRD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76618**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS BUZZELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76619**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FREDERICK BUZZELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76620**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2207 of 3332

---

**RUBEN CHAVEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76621**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**TRINIDAD CHAVEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76622**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM CHENEVERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76623**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2208 of 3332

---

**MAURICE CHENIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES CHERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RON CHESLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**JOHN CHESTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76627**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH CHIAVAROLI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76628**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**DON CHICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76629**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2210 of 3332

---

**DELORN CHIDESTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76630**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID BRIDGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76631**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND CHILDERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76632**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2211 of 3332

---

**JAMES CHILDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANCIS BRIDGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT CHILELLI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2212 of 3332

---

**MARION CHILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GUIDO CHIULLI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT CHORMANN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                     2213 of 3332

---

**DENNIS CHRIS**                          **Clm No 76639**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ARLEIGH CHRISTENSEN**                   **Clm No 76640**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES CHRISTENSEN**                   **Clm No 76641**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2214 of 3332

---

**BEN CHRISTIANSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PHIL CHRISTIANSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES CHRISTISON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2215 of 3332

---

**JOHN CHRISTOPHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES CHURCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76646**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LLOYD CHURCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2216 of 3332

---

**FRANK CIERPICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76648**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD BRIESEMEISTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76649**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH CIESIELSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76650**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2217 of 3332

---

**LOUIS CIFONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76651**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN CINNAMON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76652**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROY CASTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                      2218 of 3332

---

**MARY CASTATER**                           **Clm No 76654**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          Class              Claim Detail Amount        Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800           UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JESUS CASTANEDA**                         **Clm No 76655**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          Class              Claim Detail Amount        Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800           UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR CIOTOLI**                          **Clm No 76656**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          Class              Claim Detail Amount        Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800           UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2219 of 3332

---

**FRANK CILENSEK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76657**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD MCCULLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76658**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES MCCREWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76659**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2220 of 3332

---

**RAYMOND MCCORMICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN MCCORKLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS MCCOMBS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2221 of 3332

---

**ISAAC MCCOMBS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EARL MCCOLLOUGH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76664**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANCIS MCCOLGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76665**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2222 of 3332

---

**BARRY MCCLELLAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**LUTHER MCCLANAHAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**LEROY MCCAULEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2223 of 3332

---

**PAUL MCCARTY**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STEPHEN MCCARTHY**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROGER LEFEBVRE**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2224 of 3332

---

**WILMOT LEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76672**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS MCDONOUGH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76673**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT MCDONALD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76674**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2225 of 3332

---

**PAUL MCDONALD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LEWIS MCDONALD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES MCDONALD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2226 of 3332

---

**GEORGE MCDONALD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CLAUDIE MCDONALD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHNNIE MCDANIEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**CARY MCDERMOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**HERBERT MCDANIEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**COLVIN MCDANIEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2228 of 3332

---

**LEE MCCUNE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76684**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EARL MCCUNE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76685**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BURLEY MCCUMBER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76686**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2229 of 3332

---

**HOUSTON MCCULLOUGH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76687**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAUL MCGRADY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76688**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOE MCGOWAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76689**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                        2230 of 3332

---

| **WILLIAM MCGOVERN** | **Clm No 76690** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

| **MICHAEL MCGOVERN** | **Clm No 76691** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

| **JOHN MCGONNELL** | **Clm No 76692** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2231 of 3332

---

**ROY MCGLOTHLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76693**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM MCGIVNEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76694**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**PATRICK MCGINTY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76695**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2232 of 3332

---

**EDWARD MCGILLICUDDY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76696**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SAMUEL MCGILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARGARET MCGILBERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76698**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2233 of 3332

---

**RAY MCGHEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76699**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN MCGHEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76700**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES MCGEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76701**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2234 of 3332

---

**HUBERT MCGEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76702**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ERALD MCKIBBEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76703**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID MCKERLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76704**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2235 of 3332

---

**JOSEPH MCKEOWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76705**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN MCKEOWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76706**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES MCKENNA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76707**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2236 of 3332

---

**LORING MCKENZIE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76708**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**FARRELL MCKENNA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76709**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH MCKEEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76710**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                              2237 of 3332

---

**FRANCIS MCINERNEY**                    **Clm No 76711**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL MCHUGH**                          **Clm No 76712**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH MCHARDY**                        **Clm No 76713**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                      2238 of 3332

---

**RONALD MCGUIRE**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76714**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD MCGUIRE**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76715**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**AUDIS MCGUIRE**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76716**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2239 of 3332

---

**THOMAS MCGRATH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ALLEN BREWSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD MOZINGO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2240 of 3332

---

**KENDALL MUCKEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MERLE BRENT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN BRENNAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2241 of 3332

---

**GARY BRENNAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARNOLD BREITBACH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM BRAVER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2242 of 3332

---

**ADOLF BRAVER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76726**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GRADY BRASWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76727**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOE BRASFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76728**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             2243 of 3332

---

**BILL BRASELL**                        **Clm No 76729**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JOE BRANTLEY**                        **Clm No 76730**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JERRY BRANT**                         **Clm No 76731**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2244 of 3332

---

**MICHAEL BRANHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76732**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT BRANDT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76733**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAUL BRAMER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76734**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2245 of 3332

---

**FREEMAN BRAGDON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES MCMELLON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH MCMAHON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76737**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2246 of 3332

---

**ALLAN MCMAHON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MERVIN MCMAHAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76739**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KEVIN MCLOUGHLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2247 of 3332

---

**RICHARD MCLEOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76741**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MALCOLM MCLEOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAMES MCLEOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2248 of 3332

---

**WILLIAM MCLAUGHLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**DON MCLAUCHLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ROBERT MCKIM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2249 of 3332

---

**BYRON MCKILLICAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76747**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JON MULHAIR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76748**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAMES MULHOLLAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76749**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    2250 of 3332

---

**ROBERT MULLIGAN**                      **Clm No 76750**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN MULLIN**                          **Clm No 76751**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LARRY MULLINS**                        **Clm No 76752**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**RICHARD MULLINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76753**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MARSHALL MUNCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76754**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**FRANK MUNDING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76755**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         Visit us on the Web at www.omnimgt.com         PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2252 of 3332

---

**CHARLES BUXTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76756**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE BUTTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LYMAN BUTTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76758**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2253 of 3332

---

**ROBERT BUTTERFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76759**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MYRON BUTLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76760**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DAVID BUTLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76761**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**CHARLES BUTLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR BUTLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALLEN BUTLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**HAROLD BUSICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76765**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM BUSH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76766**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROMAN BURTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76767**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2256 of 3332

---

**THOMAS BRESHEARS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**CLARENCE BRETHAUER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD BRESKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     Visit us on the Web at www.omnimgt.com     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com     FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2257 of 3332

---

**WALTER BRESLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HARRY BRETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BILLY BREWER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2258 of 3332

---

**BOBBY BREWER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76774**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**LESLIE MOYER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76775**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**KEVIN MOYNIHAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76776**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

---

**ONEAL BREWER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76777**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROLAND BURTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76778**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**OSCAR BURTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76779**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2260 of 3332

---

**CLIFFORD BURTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76780**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID BURNHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76781**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ERNEST BURLEIGH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76782**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2261 of 3332

---

**ROBERT BUROS**                     **Clm No 76783**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ALAN BURRELL**                     **Clm No 76784**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**KEITH BURRELL**                    **Clm No 76785**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2262 of 3332

---

**LEONARD BURRILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76786**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**ROSEVELT BURRS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76787**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**WILLIE BURKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76788**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                       2263 of 3332

---

**DOUGLAS BURKHART**          **Clm No 76789**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA     Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800    UNS                  Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LAWRENCE BURKHARDT**        **Clm No 76790**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA     Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800    UNS                  Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PATRICIA BURKETT**          **Clm No 76791**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA     Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800    UNS                  Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2264 of 3332

---

**WILLIAM BURKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76792**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOSEPH BURKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76793**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**FRANCIS BURKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76794**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2265 of 3332

---

**TED BURIAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**OLLIE BURGANS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**VIRGIL BURDETTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    2266 of 3332

---

**RAY BURDETTE**                          **Clm No 76798**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                       Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM BURCHAM**                       **Clm No 76799**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                       Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN BURCH**                            **Clm No 76800**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                       Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

2267 of 3332

---

**JEROME BURCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76801**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL BUONO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76802**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CURTIS BUNTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    2268 of 3332

---

| **BENNIE BUNKLEY** | **Clm No 76804** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| **LOYAL BULLOCK** | **Clm No 76805** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| **LEAMON BULLOCK** | **Clm No 76806** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2269 of 3332

---

**JAMES BULLOCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES BREWEUR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HELEN MCGEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2270 of 3332

---

**BERNARD MCGEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76810**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT MCGARRELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76811**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**EDDIE MCFERRIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76812**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2271 of 3332

---

**ELDON MCFATE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76813**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LAWRENCE MCFARLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76814**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM MCFADDEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76815**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**JIMMY MCFADDEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76816**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JACOB MCELVIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76817**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**KEVIN MCELLIGOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76818**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2273 of 3332

---

**CHRISTOPHER MURPHY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARA MURPHY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MAURICE MURPHY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                   2274 of 3332

---

**WALDO MURPHY**                         **Clm No 76822**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          Class            Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800           UNS                   Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**CRAWFORD MURRAY**                      **Clm No 76823**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          Class            Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800           UNS                   Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**EDWARD MURRAY**                        **Clm No 76824**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          Class            Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800           UNS                   Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                2275 of 3332

---

**JOHN MURRAY**                    **Clm No 76825**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                     Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM MURRAY**                 **Clm No 76826**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                     Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MELVIN MURRY**                   **Clm No 76827**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                     Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

2276 of 3332

---

**CARLO MUSCARELLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76828**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM MUTTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76829**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DWIGHT MYERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76830**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2277 of 3332

---

**GLENN MYERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES MYERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LEO MYERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                      E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2278 of 3332

---

**WILLIAM MYLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD MYRICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GERALD MYRTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2279 of 3332

---

**MARY NACOSTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76837**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN BUCHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76838**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**JOSHUA BUCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76839**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2280 of 3332

---

**JONAH BUCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BEN BUCHKO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HARLEY BUCHHOLZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2281 of 3332

---

**GERARD MERCIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76843**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SUMNER MEREDITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76844**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILIFRED MERIFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76845**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2282 of 3332

---

**ROGER MERKL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76846**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD MEROLD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76847**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM MERRITT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76848**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2283 of 3332

---

**WILLIAM MERZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RAYMOND MESERVE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LEONARD MESSIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2284 of 3332

---

**GRADY METCALF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76852**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT METCALF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76853**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH METTILLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76854**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                           2285 of 3332

---

**CHARLES METZ**                          **Clm No 76855**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                      Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROGER MEUNIER**                         **Clm No 76856**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                      Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL MEURER**                           **Clm No 76857**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                      Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2286 of 3332

---

**RICHARD MEURER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALFRED MEYER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD MEYER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2287 of 3332

---

**TERRY MEYERHOFF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76861**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RUSSELL MEYRICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76862**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES MAFFEO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76863**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2288 of 3332

---

**HIGHE MAGARIAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD MAGDOS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH MAGLIO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2289 of 3332

---

**MARIO MAGNAVITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL LEDOUX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH MCANDREW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2290 of 3332

---

**ROBERT MCALOON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76870**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN MAZOLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76871**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LESLIE MADDOX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2291 of 3332

---

**PATRICK BUCKLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HUGH BUCKLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES BUCKLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2292 of 3332

---

**THOMAS BUCKLAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**PHILIP BUCKELS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN LEAHY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    2293 of 3332

---

**ROBERT LEAHY**                          **Clm No 76879**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES LEAMING**                       **Clm No 76880**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROGER LEASE**                           **Clm No 76881**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2294 of 3332

---

**ZANE LEATHAM**                    **Clm No 76882**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800         |-------|---------------------|----------------------|
MIAMI, FL 33131                     | UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**FREDERICK LEBLANC**               **Clm No 76883**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800         |-------|---------------------|----------------------|
MIAMI, FL 33131                     | UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD LEBLANC**                  **Clm No 76884**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800         |-------|---------------------|----------------------|
MIAMI, FL 33131                     | UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2295 of 3332

---

**CHARLES LECONCHE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM LECONCHE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES LEDBETTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                        2296 of 3332

---

**HAROLD LAW**                          **Clm No 76888**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                  Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID LAWRENCE**                      **Clm No 76889**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                  Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID LAWRENCE**                      **Clm No 76890**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                  Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                 2297 of 3332

---

**CHARLES LAWSON**                    **Clm No 76891**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800          UNS                    Unknown

MIAMI, FL 33131

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**PAUL LAWSON**                       **Clm No 76892**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800          UNS                    Unknown

MIAMI, FL 33131

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**CHARLES LAYTON**                    **Clm No 76893**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800          UNS                    Unknown

MIAMI, FL 33131

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2298 of 3332

---

**KENNETH LEAB**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**WAYNE LEACH**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES LEAHY**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2299 of 3332

---

**JAMES LEAHY**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT LEIGH**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT LEININGER**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2300 of 3332

---

**WILLIAM LELOUP**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DONALD LEMAY**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ELREE LEMAY**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2301 of 3332

---

**ROSAIRE LEMELIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131MIAMI, FL 33131

**Clm No 76903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY LEMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL LEMLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2302 of 3332

---

**ROBERT LEMOINE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ARNOLD LEMON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DANIEL LEMONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2303 of 3332

---

**HENRY LEMONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD LENNON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH LENTINI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2304 of 3332

---

| **CRISTOBAL LEON** | **Clm No 76912** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed        20-Mar-2017

Bar Date

Claim Face Value

---

| **FELIX LEON** | **Clm No 76913** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed        20-Mar-2017

Bar Date

Claim Face Value

---

| **SIDNEY LEON** | **Clm No 76914** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed        20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2305 of 3332

---

**BARRY LEONARD**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD LEONARD**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES LEONDIKE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2306 of 3332

---

**DUANE LEQVE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MARVIN LERMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DON LESH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2307 of 3332

---

**DAVID LESTER**                          **Clm No 76921**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount         Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**PETER LESTON**                          **Clm No 76922**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount         Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**SOLOMON LEVENSON**                      **Clm No 76923**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount         Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2308 of 3332

---

**MICHAEL LEVESQUE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76924**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM LEVIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76925**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL LEVINE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2309 of 3332

---

**RICHARD LEVITRE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76927**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ALPHONSE LEWIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76928**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CLAYTON LEWIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76929**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    2310 of 3332

---

| **DANIEL LEWIS** | **Clm No 76930** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **FLAVIS LEWIS** | **Clm No 76931** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **FRED LEWIS** | **Clm No 76932** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:18:45 PM

*Claims Details*                                                          2311 of 3332

---

**GEORGE LEWIS**                    **Clm No 76933**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA         Class              Claim Detail Amount    Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800          UNS                      Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE LEWIS**                    **Clm No 76934**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA         Class              Claim Detail Amount    Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800          UNS                      Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE LEWIS**                    **Clm No 76935**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA         Class              Claim Detail Amount    Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800          UNS                      Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2312 of 3332

---

**HAROLD LEWIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ERVIN LEWINSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76937**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LAWRENCE LEWIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2313 of 3332

---

**LONNIE LEWIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**TOM EDWARD LEDUC**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GERALD LEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2314 of 3332

---

**HAROLD LEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76942**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES LEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76943**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOUIS LEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76944**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2315 of 3332

---

**MAXWELL LEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM LEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL MARTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 3:18:45 PM

*Claims Details*                                                              2316 of 3332

---

| RALPH MARTIN | **Clm No 76948** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| ROBERT MARTIN | **Clm No 76949** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| WILLIAM MARTIN | **Clm No 76950** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2317 of 3332

---

**WILLIAM MARTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**WILLIE MARTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**FRANCIS MARTINEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2318 of 3332

---

**LOUIS MARTINEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LUIS MARTINEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD LARSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76956**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2319 of 3332

---

**CHARLES LESANSKA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76957**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LUCKY LASATER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**STEVE LASCOLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2320 of 3332

---

**ROBERT LATAWIEC**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76960**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GERALD LARSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76961**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DONOVAN LARSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76962**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2321 of 3332

---

**BETHEL LARSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76963**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**WALDEMAR LARSEN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76964**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**ROBERT LARSEN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 2322 of 3332

---

**ROBERT LAROSE** | **Clm No 76966** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAUL LAROCHE** | **Clm No 76967** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN LARDNER** | **Clm No 76968** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2323 of 3332

---

**GLEN LAPPEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76969**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN LANNING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76970**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PHILIP MASON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76971**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2324 of 3332

---

**MICHAEL MASON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76972**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**CHARLES MASON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76973**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**GEORGE MASCOLA**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76974**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2325 of 3332

---

**JOSEPH MARVULLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          2-Mar-2017
Bar Date
Claim Face Value

---

**LEWIS MARTINO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NICOLAS MARTINEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2326 of 3332

---

**JOHN LATHROP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76978**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WAI LAU**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76979**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EMANUEL LAUDADIO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76980**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2327 of 3332

---

**RONALD LAURENT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH LAUZE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS LOUIS LAVERTU**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                 2328 of 3332

---

**WILLIAM LAVERY**                          **Clm No 76984**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS LAVETT**                           **Clm No 76985**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT LAVIGNE**                          **Clm No 76986**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2329 of 3332

---

**LOUIS LAVOIE**                          **Clm No 76987**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800               UNS                      Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**BERNARD CHAMBERS**                      **Clm No 76988**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800               UNS                      Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**CORNORVER CHAMBERS**                    **Clm No 76989**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800               UNS                      Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2330 of 3332

---

**HERMAN CHAMBERS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76990**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RONALD CHANCE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76991**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ILA CHANDLER**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76992**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                    2331 of 3332

---

**JIMMY CHANDLER**                  **Clm No 76993**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800        UNS                    Unknown

MIAMI, FL 33131


Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**PAUL CHANDLER**                   **Clm No 76994**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800        UNS                    Unknown

MIAMI, FL 33131


Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**ROBERT CHANDLER**                 **Clm No 76995**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800        UNS                    Unknown

MIAMI, FL 33131


Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2332 of 3332

---

**CECIL CHANEY**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD CHANNELL**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROY CHANNELL**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                           2333 of 3332

---

**AGUSTIN CHAPA**                          **Clm No 76999**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                  Class              Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY CHAPLINSKY**                     **Clm No 77000**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                  Class              Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BOBBY CHAPMAN**                          **Clm No 77001**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                  Class              Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2334 of 3332

---

**WALTER CHAPMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM CHAPMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN CHARLIE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2335 of 3332

---

**RONALD CHARLSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN CHARPENTIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM CHARRON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2336 of 3332

---

**BRADLEY CHASE**

**Clm No 77008**   Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed        20-Mar-2017

Bar Date

Claim Face Value

---

**ROBERT CHASE**

**Clm No 77009**   Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed        20-Mar-2017

Bar Date

Claim Face Value

---

**ROBERT CHATTERTON**

**Clm No 77010**   Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed        20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**ROBERT CHAUBIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77011**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID CHAVEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77012**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NED CHAVEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77013**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2338 of 3332

---

**LUTHER CARTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77014**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**HARLAN CARTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**COLLIN CARTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77016**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2339 of 3332

---

| **A.J. CARTER** | **Clm No 77017** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **RUSSEL CARSON** | **Clm No 77018** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **RALPH CARSON** | **Clm No 77019** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2340 of 3332

---

**PHILIP CARSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM CARRUTHERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT CARROLL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2341 of 3332

---

**PATRICK CARROLL**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL CARROLL**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LEO CARROLL**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2342 of 3332

---

**EARL CARROLL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77026**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES CARRELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77027**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES CARRANO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77028**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2343 of 3332

---

| **GROVER CARR** | **Clm No 77029** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **JAMES CAREY** | **Clm No 77030** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **LEO LEGAULT** | **Clm No 77031** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2344 of 3332

---

**KENNETH LEGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77032**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS LEGRAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77033**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID LEIDEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77034**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                         **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2345 of 3332

---

**RICHARD CAREY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN CARLOW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**HAROLD CARLETON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2346 of 3332

---

| **CARL CARLSON** | | **Clm No 77038** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| **HAROLD CARLSON** | | **Clm No 77039** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| **RICHARD CARLSON** | | **Clm No 77040** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2347 of 3332

---

| **JOHN CARNAROLI** | **Clm No 77041** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **ANTONIO CARNEVALE** | **Clm No 77042** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **DANIEL CARNEY** | **Clm No 77043** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2348 of 3332

---

**GERALD CARON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77044**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**NICHOLAS CARONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77045**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EDIIE CARPENTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77046**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                          2349 of 3332

---

**henry carpenter**                     **Clm No 77047**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ETHERIDGE ADAMS**                     **Clm No 77048**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JACK ADAMS**                          **Clm No 77049**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2350 of 3332

---

**JOHN ADAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LARRY ADAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**STENNETH ADAMSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2351 of 3332

---

**JAMES ADDISON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77053**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JACK ADDLESBERGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LEON BUIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2352 of 3332

---

**MARGARET BULLION**

**Clm No 77056**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**VIRGIL BULLION**

**Clm No 77057**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**GERALD ABEL**

**Clm No 77058**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2353 of 3332

---

**JOHN ABBOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77059**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STEPHEN BRIGGS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT ABEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77061**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2354 of 3332

---

**PHILLIP ABEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**STANLEY ABERNATHY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DOMINIC ACCARPIO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2355 of 3332

---

**ROBERT ABRAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD BRIGANCE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77066**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES ALEXANDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2356 of 3332

---

**DONALD ALEXANDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANK ALBRIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM ALBERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2357 of 3332

---

**KENNETH ALBERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES ALBAUGH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HONORE ACOSTA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2358 of 3332

---

**WILLIAM ACQUAVIVA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARILYN ADAIR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM ACKERMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77076**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2359 of 3332

---

**RAYMOND ACKERMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77077**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**MICHEAL ALB**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN ALAIMO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2360 of 3332

---

**HOUSTON AKRIDGE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CHARLES AKINS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**AVERY AKERS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2361 of 3332

---

**NORMAN AISENBREY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES AHRENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**VERNON AHLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2362 of 3332

---

**ALFONSO AGRO**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES AGNESS**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HERBERT ADKINS**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2363 of 3332

---

**GEORGE ALLYN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DOUGLAS ALLYN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77090**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE ALLRED**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77091**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2364 of 3332

---

**LARRY ALLPORT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77092**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TERRY ALLION**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77093**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PASCHEL ALLEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77094**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2365 of 3332

---

**ORVILLE ALLEN**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JIMMY ALLEN**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CARL ALLEN**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2366 of 3332

---

**JOHN ALLAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77098**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS ALIOTTA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77099**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSE ALFONSO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77100**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**      E-mail: claimsmanager@omnimgt.com      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2367 of 3332

---

**JEAN ALEXIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ANDREW ALEXANDROVICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77102**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER ALEXANDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77103**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2368 of 3332

---

**KEITH ALEXANDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77104**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JEFF ALEXANDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77105**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES ANDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77106**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2369 of 3332

---

**GENE ANDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77107**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND ALVARADO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD ALTOBELLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    2370 of 3332

---

| **ROBERT ALT** | **Clm No 77110** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **JOHN ALSTON** | **Clm No 77111** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **VINCENT ALPINO** | **Clm No 77112** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2371 of 3332

---

**KENNETH ALMEROTH**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**FRANK CARDENAS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**RICARDO ALVARADO**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2372 of 3332

---

**JOSEPH ALVES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PETER AMARI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WAYNE AMBLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2373 of 3332

---

**FLOYD AMBROSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT ANDERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DUANE ANDERSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2374 of 3332

---

**BUNICE ANDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77122**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN CARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77123**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL CARATELLI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77124**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2375 of 3332

---

**PHILIP CAPPELLIERI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD CAPOLDO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT CAPEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2376 of 3332

---

| **THOMAS CANTRELL** | **Clm No 77128** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **LEIGHTON CANOY** | **Clm No 77129** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **SMITH CANNON** | **Clm No 77130** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                2377 of 3332

---

**JERRY CANNON**                              **Clm No 77131**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA              Class                Claim Detail Amount          Final Allowed Amount

600 BRICKELL AVE, STE 3800              UNS                     Unknown

MIAMI, FL 33131

Date Filed                  20-Mar-2017

Bar Date

Claim Face Value

---

**PETER CANNING**                             **Clm No 77132**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA              Class                Claim Detail Amount          Final Allowed Amount

600 BRICKELL AVE, STE 3800              UNS                     Unknown

MIAMI, FL 33131

Date Filed                  20-Mar-2017

Bar Date

Claim Face Value

---

**BARNEY CANNADY**                            **Clm No 77133**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA              Class                Claim Detail Amount          Final Allowed Amount

600 BRICKELL AVE, STE 3800              UNS                     Unknown

MIAMI, FL 33131

Date Filed                  20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2378 of 3332

---

**WILLIAM CANE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**OTTO CAMPSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WAYNE CAMP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2379 of 3332

---

**SALVATORE CAMMARATA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77137**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH BAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77138**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHNNY BAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77139**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2380 of 3332

---

**JOHN BAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77140**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JAY BAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77141**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES BAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77142**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2381 of 3332

---

**JACK BAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77143**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GLEN BAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77144**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT BAIRD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77145**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                        2382 of 3332

---

**WILLIAM BAIR**                          **Clm No 77146**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount         Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES BAIR**                          **Clm No 77147**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount         Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROYCE BAILEY**                          **Clm No 77148**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount         Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                    2383 of 3332

---

**ROBERT BAILEY**                           **Clm No 77149**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                             UNS                      Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**LEE BAILEY**                              **Clm No 77150**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                             UNS                      Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**FRED BAILEY**                             **Clm No 77151**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                             UNS                      Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2384 of 3332

---

**HELMUT BAER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN BAEHR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHRIS BACKSTROM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2385 of 3332

---

**ELTON BACHMEIER**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**EDWARD BACHAND**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**GEORGE BACCUS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2386 of 3332

---

**CHARLES BACCI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MIKE BACA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES BACA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2387 of 3332

---

**JAMES BABBITT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77161**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**QUINTON BABBINI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD AYOUB**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2388 of 3332

---

**LAFAYETTE AYERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77164**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DANIEL AYERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77165**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD AVERY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77166**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2389 of 3332

---

**CHARLES AVERY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77167**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MAX MOROH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77168**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLARD MORRILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77169**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2390 of 3332

---

**CLARENCE MORRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**DON MORRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**JACK MORRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2391 of 3332

---

**PAUL MORRIS**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WENDALL MORRIS**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**BLYTHE MORRISON**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2392 of 3332

---

**JOHN MORRISON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICK MORRISON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT MORRISON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2393 of 3332

---

**ROBERT MORRISON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROY MORRISON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD MORROW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2394 of 3332

---

**SIDNEY MORSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHRISTOPHER MORTENSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM MORTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2395 of 3332

---

**GERALD MOSER**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77185**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ANDREW MOSES**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77186**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**GEORGE MOSS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77187**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2396 of 3332

---

**CLIFFORD MOSTILLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JESSE MOTSENBOCKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES MOTTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**JAMES MOULDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77191**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD MOULTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77192**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR MOXLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77193**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy     Visit us on the Web at www.omnimgt.com     PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100     E-mail: claimsmanager@omnimgt.com     FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2398 of 3332

---

**GEORGE BOULETTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HENRY BOURASSO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT BOUSQUET**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**NORMAND BOUTOT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77197**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE BOUTWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77198**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MILTON BOWEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77199**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2400 of 3332

---

**BOYD BOWERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77200**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KURTIS BOWERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77201**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARIA BOWLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2401 of 3332

---

**JOE BOX**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77203**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BEN BOYD**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77204**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANK BOYD**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77205**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2402 of 3332

---

**EARL BOYER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77206**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL BOYER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77207**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GERALD BOYERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77208**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                 E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2403 of 3332

---

**EROY BOYKEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77209**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EAMONN BOYLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77210**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL BOYLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77211**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2404 of 3332

---

**MICHAEL BOYLE**

**Clm No 77212**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HERTIS BOYLES**

**Clm No 77213**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**STEVEN BOZARTH**

**Clm No 77214**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2405 of 3332

---

**DAVID BOZEMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH BOZICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES CLIFFORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2406 of 3332

---

**JAMES CLEWIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77218**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALBERT CLEVELAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77219**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CARL CLEMENTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77220**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**WILBERT CLEMANS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77221**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILTON CLAYTON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77222**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ERWIN CLAYTON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77223**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2408 of 3332

---

**ALFRED CLAYTON**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77224**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN CLAXTON**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77225**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAMES CLAUDY**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77226**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**SHIRLEY CLAUD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DOUGLAS COLLINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM COLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2410 of 3332

---

**FLOYD COLEMERE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77230**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SAMUEL COLEMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77231**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NATHANIEL COLEMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77232**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2411 of 3332

---

**CECIL COLEMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAN COHN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM COHENOUR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2412 of 3332

---

**LOUIS COHEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77236**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JACK COHEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77237**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**AMOS COGGINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77238**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2413 of 3332

---

**GENE COGDILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CHARLES CLONTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JAMES CLOGHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2414 of 3332

---

**WILLIAM CLINK**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77242**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**PHILIP CLIFTON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77243**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**ARLO MORGAN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77244**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2415 of 3332

---

**MILTON MORGAN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77245**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS MORGAN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77246**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WILLIE MORGAN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77247**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2416 of 3332

---

**DICK MORHARDT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77248**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**BRUCE MORIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77249**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ALCIDE MORNEAULT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77250**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2417 of 3332

---

**ROBERT CLOYD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS CLOUSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD CLUFF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                     2418 of 3332

---

**RICHARD CLUTTER**                          **Clm No 77254**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA                  | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**ROY COCHEFSKI**                            **Clm No 77255**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA                  | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**RAYMOND COEN**                             **Clm No 77256**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA                  | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2419 of 3332

---

**RICHARD COFFMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77257**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HAROLD CLARKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77258**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EUGENE CLARKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77259**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2420 of 3332

---

**BRIAN CLARKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77260**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANDREW CLARK, III**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77261**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77262**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2421 of 3332

---

**WILLIAM CLARK**                    <u>Clm No 77263</u>    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |

600 BRICKELL AVE, STE 3800         | UNS   | Unknown             |                      |

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**SAMUEL CLARK**                     <u>Clm No 77264</u>    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |

600 BRICKELL AVE, STE 3800         | UNS   | Unknown             |                      |

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**STANLEY CLARK**                    <u>Clm No 77265</u>    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |

600 BRICKELL AVE, STE 3800         | UNS   | Unknown             |                      |

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2422 of 3332

---

**RONALD CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ROBERT CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ROBERT CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                         2423 of 3332

---

**ROBERT CLARK**                    **Clm No 77269**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class             Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**OAKLEY CLARK**                    **Clm No 77270**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class             Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LAURENCE CLARK**                  **Clm No 77271**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class             Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2424 of 3332

---

**JUSTICE CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77272**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77273**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77274**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2425 of 3332

---

**JAMES CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HAROLD CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GAINES CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

2426 of 3332

---

**FRANK CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77278**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EARL CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77279**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLYDE CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77280**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                      2427 of 3332

---

**BENJAMIN CLARK**                    **Clm No 77281**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA           | Class | Claim Detail Amount | Final Allowed Amount |

600 BRICKELL AVE, STE 3800          | UNS   | Unknown             |                      |

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**ARTHUR CLARK**                      **Clm No 77282**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA           | Class | Claim Detail Amount | Final Allowed Amount |

600 BRICKELL AVE, STE 3800          | UNS   | Unknown             |                      |

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**RONALD CLARIN**                     **Clm No 77283**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA           | Class | Claim Detail Amount | Final Allowed Amount |

600 BRICKELL AVE, STE 3800          | UNS   | Unknown             |                      |

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2428 of 3332

---

**ANTHONY CIULLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77284**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH CIPOLLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77285**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARMINO CIOTTI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77286**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2429 of 3332

---

**MICHAEL BAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ARCHIE WOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                    2430 of 3332

---

**GERHARDT WOLFGANG**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77290**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FREDERICK WOLFF**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77291**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KENNETH WOLFE**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77292**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2431 of 3332

---

**GERALD WOLD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77293**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN WOLCHESKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77294**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE WOLAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2432 of 3332

---

**PAUL WOERNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77296**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES WNUKOWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PERRY WITWER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77298**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2433 of 3332

---

**DAVID WITTMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77299**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRED WITTLAKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77300**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WATSON WITT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77301**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2434 of 3332

---

**ANDREW WITINSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77302**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE WISNIEWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77303**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES WISHMIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77304**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2435 of 3332

---

**ROBERT WISELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM WISE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARSHALL WISE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/20/2018 3:18:45 PM

*Claims Details*                                                               2436 of 3332

---

**EARL WISE**                          **Clm No 77308**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES WISCHENBART**                **Clm No 77309**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MORGAN WIREMAN**                     **Clm No 77310**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/20/2018 3:18:45 PM

*Claims Details*                                                                        2437 of 3332

---

**JAMES WINSTON**                          **Clm No 77311**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES WINGATE**                        **Clm No 77312**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN WINES**                             **Clm No 77313**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                          2438 of 3332

---

**EARL WINECK**                          **Clm No 77314**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                      Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID WINDHAM**                        **Clm No 77315**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                      Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD WILTZER**                       **Clm No 77316**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                      Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2439 of 3332

---

**ROBERT WILTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77317**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANK WOODFAULK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77318**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ERNEST WOODBURN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77319**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    2440 of 3332

---

**PAUL WYPYCH**                          **Clm No 77320**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                 Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**PATRICK WYNNE**                        **Clm No 77321**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                 Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES WYNN**                         **Clm No 77322**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                 Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2441 of 3332

---

**JOE WYMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALEXANDER WYLLIE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOE WYATT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77325**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2442 of 3332

---

**BOBBY WYATT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77326**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DANIEL WURTHNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77327**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LESLIE WULFF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77328**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                   3/20/2018 3:18:45 PM

*Claims Details*                                                             2443 of 3332

---

**EDWIN WUERTHELE**                   **Clm No 77329**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA             Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800            UNS                      Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**ORVILLE WROLSTAD**                  **Clm No 77330**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA             Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800            UNS                      Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**WILLIAM WRIGHT**                    **Clm No 77331**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA             Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800            UNS                      Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2444 of 3332

---

**FRANKLIN WRIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CLAUDE WRIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES WRIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2445 of 3332

---

**BOBBY WRIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77335**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BALLARD WRIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77336**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STEPHEN WOYTOWICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77337**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2446 of 3332

---

**KENNETH WORMALD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77338**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JESSE WOOTEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77339**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JAMES WOOTEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77340**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**LOUIS WOOSLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77341**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE WOODS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77342**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**LEON WOODS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77343**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2448 of 3332

---

**FRED WOODS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77344**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALBERT WOODMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77345**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TRAVIS WOODHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77346**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2449 of 3332

---

**ADRIAN WOODFORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77347**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WALTER CRUES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77348**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD CROWLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77349**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                    2450 of 3332

---

**JOHN CROWE**                           **Clm No 77350**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA              Class            Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800               UNS                   Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**DOUGLAS CROSSMAN**                     **Clm No 77351**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA              Class            Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800               UNS                   Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**WILLIAM CROSSLEY**                     **Clm No 77352**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA              Class            Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800               UNS                   Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2451 of 3332

---

**JACK CROSLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77353**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS CROSHAW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77354**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KENDALL CROOK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77355**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2452 of 3332

---

**TIMOTHY CRONIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES CROFT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77357**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BRENDA YOUNGBLOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                          2453 of 3332

---

**WILLIE YOUNG**                          **Clm No 77359**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800             UNS                      Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**THOMAS YOUNG**                          **Clm No 77360**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800             UNS                      Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**THERDO YOUNG**                          **Clm No 77361**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800             UNS                      Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

2454 of 3332

---

**MARION YOUNG**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77362**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GERALD YOUNG**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77363**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARY YOUNG**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77364**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2455 of 3332

---

**JIM YOUNCE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77365**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOE YORKO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77366**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NORMAN YORK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77367**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    2456 of 3332

---

**FRANCIS YOLDA**                    **Clm No 77368**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                        Unknown
MIAMI, FL 33131                    — — — — —   —————————   —————————

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ALFRED YESKE**                    **Clm No 77369**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                        Unknown
MIAMI, FL 33131                    — — — — —   —————————   —————————

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ERNEST YEAGER**                    **Clm No 77370**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                        Unknown
MIAMI, FL 33131                    — — — — —   —————————   —————————

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2457 of 3332

---

**ARMANDO YANEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77371**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**VERNON YANCEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77372**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN YAHN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77373**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    2458 of 3332

---

**MARTIN YAFFEY**                    **Clm No 77375**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ARNOLD YAFFE**                     **Clm No 77376**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD WYSZYNSKI**                 **Clm No 77377**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2459 of 3332

---

**ROBERT DEAN**                    **Clm No 77378**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD CUEMAN**                  **Clm No 77379**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT CUDDY**                   **Clm No 77380**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800        UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2460 of 3332

---

**PEDRO CRUZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD CRUZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DENNIS CRUZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2461 of 3332

---

**CARMELO CRUZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77384**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ANGEL CRUZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77385**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOSEPH CRUMP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2462 of 3332

---

**RAY CRUM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77387**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ARNOLD DEMBOWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS GRAY DELONG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2463 of 3332

---

**RICHARD DELISLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77390**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**STEPHEN DELGAUDIO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77391**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EFREN DELGADO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77392**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 3:18:45 PM

*Claims Details*                                                            2464 of 3332

---

**ROBERT DELELLIS**                              **Clm No 77393**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                    Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN DELELLE**                                 **Clm No 77394**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                    Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS DELANEY**                               **Clm No 77395**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                    Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2465 of 3332

---

**RICHARD DELANEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77396**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KEVIN DELANEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77397**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ANTONIO DEHOYOS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77398**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 2466 of 3332

---

**PAUL DEHETRE** | **Clm No 77399** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**KENNETH DEHAN** | **Clm No 77400** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**RICHARD DEGREGORIO** | **Clm No 77401** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2467 of 3332

---

**ANTHONY DEFALCO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHESTER DECOFF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77403**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT DEBOER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77404**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2468 of 3332

---

**RADFORD DEBOARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77405**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ALBERT DEBARBA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77406**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**KENNETH DEARMORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77407**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2469 of 3332

---

**JIMMY GATOS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77408**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**FRANCIS GATTO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77409**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MARGUERITE DENSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77410**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                          2470 of 3332

---

**TROY DENNIS**                          **Clm No 77411**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA              Class            Claim Detail Amount      Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800               UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD DENNIS**                        **Clm No 77412**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA              Class            Claim Detail Amount      Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800               UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN DENNERLEY**                       **Clm No 77413**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA              Class            Claim Detail Amount      Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800               UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**JOSEPH DENAULT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN DEMPSEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ALLEN DEMPS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2472 of 3332

---

**CARL DEMERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77417**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL DEMENKOW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77418**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARY ANN DEMBOWSKI-DEWINTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77419**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2473 of 3332

---

**PAUL GATESMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77420**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HERBERT ELLIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77421**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE ELLIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77422**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2474 of 3332

---

**JAMES ELLIOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77423**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GLENN ELLIOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77424**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DONALD ELLIOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77425**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                    2475 of 3332

---

**LARRY ELLER**                          **Clm No 77426**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                   Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**BENJAMIN ELLAL**                       **Clm No 77427**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                   Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**PERICLES ELIOPOULOS**                  **Clm No 77428**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                   Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2476 of 3332

---

**HERLINDO ELIAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77429**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LEE ELDRIDGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77430**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**EARL ELDERKIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77431**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2477 of 3332

---

**WILLIAM ELDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**WILLIAM ELDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77433**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**RONNELL ELAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2478 of 3332

---

**RUSSELL EHLERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77435**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**GORDAN GATES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH GATES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**RICHARD BEARSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALICE BEARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM BEAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**CAROL BEAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLINE BEAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ADAM BEAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2481 of 3332

---

**HARRY BAYLESS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77444**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARTIN BAYER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77445**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES BAXTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77446**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    2482 of 3332

---

**ROBERT BAUMER**                        **Clm No 77447**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA       Class           Claim Detail Amount       Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800          UNS                     Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**ARTHUR BAUMER**                       **Clm No 77448**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA       Class           Claim Detail Amount       Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800          UNS                     Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**CELEY BAUM**                           **Clm No 77449**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA       Class           Claim Detail Amount       Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800          UNS                     Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2483 of 3332

---

**WILLIAM BAUER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JULIUS BAUER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN BAUER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2484 of 3332

---

**WILLIAM BEEBEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77453**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD BEDNARZYK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77454**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT BECRAFT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77455**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2485 of 3332

---

**JOHN BECKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSE BECERRA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BRYAN BEAVER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2486 of 3332

---

**DOYAL BEAVERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77459**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**SYLVIAN BEAULIEU**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77460**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**EUGENE BEAULIEU**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77461**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**RAYMOND BEAUDOIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID BEATY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM BEASLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2488 of 3332

---

**JESSE BEASLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77465**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ESAW BEASLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77466**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BOBBY BEASLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                               2489 of 3332

---

**ROBERT BASSELL**                    **Clm No 77468**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                   Unknown
MIAMI, FL 33131

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN BASTON**                       **Clm No 77469**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                   Unknown
MIAMI, FL 33131

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD BATCHELOR**                 **Clm No 77470**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                   Unknown
MIAMI, FL 33131

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2490 of 3332

---

**JESSIE BATTLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES BATES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EARL BATES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2491 of 3332

---

**DONALD HARNESS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH HARNEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES HARPER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    2492 of 3332

---

**WILLIAM HARPER**                        **Clm No 77477**        Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount           Final Allowed Amount
600 BRICKELL AVE, STE 3800             UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN HARRELL**                          **Clm No 77478**        Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount           Final Allowed Amount
600 BRICKELL AVE, STE 3800             UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RONNIE HARRELSON**                      **Clm No 77479**        Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount           Final Allowed Amount
600 BRICKELL AVE, STE 3800             UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2493 of 3332

---

**CURTIS HARRINGTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES BATES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARY HARMONY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2494 of 3332

---

**TOLLEF CRAGWICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77483**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM CRAIG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77484**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM CRAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77485**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2495 of 3332

---

**ALAN CRANDALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77486**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROY CRANK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77487**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**SIDNEY CRANK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77488**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2496 of 3332

---

**DAVID CRANOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES CRAPSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES CRAVER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2497 of 3332

---

**MICHAEL CRAWFORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77492**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EVAN CRAWFORTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DARWIN CREASON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77494**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### *Claims Details*

---

**GARY CREWS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77495**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANK CROCE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77496**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES BASS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77497**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2499 of 3332

---

**RICHARD HERLIHY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JEFFREY HERMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES HERMANN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2500 of 3332

---

**VINCENTE HERNANDEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CRECENCIO HERRERA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ERNEST HERRERA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2501 of 3332

---

**FRANK HERRERA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77504**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ALONZO HERRIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**EMORY HERRING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2502 of 3332

---

| **JAMES HERRING** | **Clm No 77507** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| **RALPH HERRINGTON** | **Clm No 77508** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| **FLOYD HERRON** | **Clm No 77509** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2503 of 3332

---

**HENRY HAVERLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GATHOR HAWKINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDDIE HAWTHORNE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                               2504 of 3332

---

**JAMES HAY**                          **Clm No 77513**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                      Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES HAYDEN**                     **Clm No 77514**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                      Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ALONZO HAYES**                       **Clm No 77515**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                      Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**ELESSIE HAYES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77516**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL HAYES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77517**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS HAYES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77518**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:18:45 PM

---

*Claims Details*                                                          2506 of 3332

---

**HAROLD HAZLIP**                      **Clm No 77519**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**LESLIE HEAD**                        **Clm No 77520**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD HEAGY**                       **Clm No 77521**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2507 of 3332

---

**PAUL HEALY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77522**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH HEANEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77523**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR HEBERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77524**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2508 of 3332

---

**CLARENCE HEDGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77525**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JACK HEEMSBERGEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77526**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH HEFTI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77527**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**LAWRENCE HERRON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77528**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES HARRINGTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77529**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT HARRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77530**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2510 of 3332

---

**BENJAMIN HARRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77531**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HENRY HARRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77532**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES HARRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77533**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2511 of 3332

---

**JAMES HARRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77534**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOE HARRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77535**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID HELTSLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77536**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2512 of 3332

---

**EUGENE HENDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77537**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD HENDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77538**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**PINK HENDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77539**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2513 of 3332

---

**WILLIAM HENDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77540**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**BARNELL HENLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77541**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES HENNIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77542**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100        E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2514 of 3332

---

**HOWARD HENRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77543**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RENIS HENSLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77544**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT HENSLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77545**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2515 of 3332

---

**ALFRED HENSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EUGENE HERBERT, SR.**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD HERBON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                          2516 of 3332

---

**EUGENE HELLER**                          **Clm No 77549**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                   Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800                  UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES HEGGEM**                           **Clm No 77550**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                   Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800                  UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CARL HEIBERG**                           **Clm No 77551**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                   Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800                  UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 2517 of 3332

---

**BERNARD HEIKKINEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77552**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES HEINE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77553**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT HEISE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77554**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2518 of 3332

---

**DALE HEISER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES HEITZMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT HELIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**ROBERT DISABELLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77558**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**AMBROSE DISORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77559**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HILMER DITTMAR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77560**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2520 of 3332

---

**JOHN HARTZHEIM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PHILLIP HARRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD HARRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2521 of 3332

---

**RONALD HARRIS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**FRANCIS HARRISON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**FRANK HARRISON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2522 of 3332

---

**ROBERT HARRISON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77567**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS HARRISON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77568**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM HARRYMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2523 of 3332

---

**GEORGE HART**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77570**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES HARTFORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NORMAN HARTFORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77572**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2524 of 3332

---

**JAMES HARTIGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JACK HARTLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWIN HARTMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 3:18:45 PM

*Claims Details*                                                       2525 of 3332

---

**JOHN HARTMAN**                        **Clm No 77576**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**FORREST HARTSON**                     **Clm No 77577**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM HARTWELL**                    **Clm No 77578**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/20/2018 3:18:45 PM

*Claims Details*                                                               2526 of 3332

---

**LARRY HARWOOD**                    **Clm No 77579**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                    Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**ATHANASIOS HASAPIS**               **Clm No 77580**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                    Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH HASCUP**                   **Clm No 77581**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                    Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**EDWARD HASENOHRL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77582**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DANIEL HASLAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77583**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS HASZA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77584**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                      2528 of 3332

---

**JON HATFIELD**                           **Clm No 77585**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**CLINTON HATHORNE**                       **Clm No 77586**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR HAUGAN**                          **Clm No 77587**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2529 of 3332

---

**CHARLES KETTERER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77588**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRITZ KESSELRING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77589**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DANIEL KERWIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77590**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                           2530 of 3332

---

**JACK KERSTETTER**                    **Clm No 77591**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA            Class              Claim Detail Amount       Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800             UNS                       Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**RICHARD KERSCHION**                  **Clm No 77592**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA            Class              Claim Detail Amount       Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800             UNS                       Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**MYRON KERR**                         **Clm No 77593**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA            Class              Claim Detail Amount       Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800             UNS                       Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2531 of 3332

---

**WILLIAM KEOUGH**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LEONARD KEOUGH**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**NEIL KEOPPEN**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2532 of 3332

---

**WILLIAM KENNY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77597**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT KENNEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77598**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES KENNEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77599**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2533 of 3332

---

**GERALDINE KENNEDY-COTSONIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77600**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**VUREL KENNEDY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77601**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD DIONISIO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77602**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**RICHARD DION**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77603**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS DIMOND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77604**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN DIMITRI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77605**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2535 of 3332

---

**ROSARIO DIMIELE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77606**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOUIS DILORENZO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77607**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SALVATORE DILLUVIO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77608**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

## Claims Details

2536 of 3332

---

**WAYNE DILLON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77609**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed 20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN EMERY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77610**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed 20-Mar-2017
Bar Date
Claim Face Value

---

**HENRY ZWETSLOOT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77611**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed 20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367
Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com
PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2537 of 3332

---

**WILLIAM KILLINGSWORTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WALTER KIESZKOWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANCIS KIELY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2538 of 3332

---

**MYRON KIDDLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD KIBBLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH KHOURY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2539 of 3332

---

| **CARLO ZANZERIN** | **Clm No 77618** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

| **VALENTIN ZAMUDIO** | **Clm No 77619** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

| **THEODORE ZAJACK** | **Clm No 77620** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2540 of 3332

---

**MARTIN ZAHARA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77621**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STEPHEN ZADORA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77622**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD ZADORA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77623**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2541 of 3332

---

**CLYDE DIXON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77624**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARCHIE DIXON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77625**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**IRVING BASKIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77626**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2542 of 3332

---

**JAMES BASEMORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77627**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANK BARYS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77628**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARY BARWICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77629**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2543 of 3332

---

**CECIL BARTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77630**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**BOBBY BARTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77631**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GLENN BARTLETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77632**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2544 of 3332

---

**MARION BARSH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PARKER KENNEDY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ORA KENNEDY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2545 of 3332

---

**MATHEW ZUROFSKY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**AUREL ZURA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARLOW ZOOK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2546 of 3332

---

**RONALD ZOBKA**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STANLEY ZIOMKOWSKI**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BRUNO ZIMNY**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                          2547 of 3332

---

**MICHAEL ZIMMERMAN**                    **Clm No 77642**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**FRANK ZIMMERMAN**                      **Clm No 77643**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT ZIESENISS**                     **Clm No 77644**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                           2548 of 3332

---

**KENNETH ZIENCINA**                    **Clm No 77645**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount

600 BRICKELL AVE, STE 3800         UNS                     Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**JURGEN ZIEGLER**                      **Clm No 77646**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount

600 BRICKELL AVE, STE 3800         UNS                     Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**EDWARD ZEMLJAK**                      **Clm No 77647**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount          Final Allowed Amount

600 BRICKELL AVE, STE 3800         UNS                     Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**RICHARD BARRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL BARRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77649**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MELVIN BARRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2550 of 3332

---

**JAMES BARRY**                                  **Clm No 77651**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                   UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM BARRON**                               **Clm No 77652**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                   UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ADAM BARRIENTEZ**                              **Clm No 77653**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                   UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2551 of 3332

---

**THOMAS DILLON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77654**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT DILLON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77655**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DON DILLON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77656**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**LOUIS DILLENBERG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77657**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND DILLARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77658**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER DILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77659**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                  E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                          2553 of 3332

---

| **J.C. DILDY** | **Clm No 77660** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **JOHN DIKUM** | **Clm No 77661** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **THOMAS DIFEDE** | **Clm No 77662** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 2554 of 3332

---

**ANTONIO DICRISTOFORO**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**FRANCIS DICKSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**CLARENCE DICKMAN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2555 of 3332

---

**BILLY DICKERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77666**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH DICICCO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77667**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT DICENSO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77668**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2556 of 3332

---

**PANFILO DICENSO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77669**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VINCENT DICARLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77670**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN DIBENEDITTO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77671**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2557 of 3332

---

**MICHAEL DIBARO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77672**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**SAVINO DIAZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**RICHARD DIANI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2558 of 3332

---

**WILLIAM DIAMOND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**FRANCO DI PIETRANTONIO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JEROME D'HULST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2559 of 3332

---

**STEPHEN GAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**BERNARD GAWRONSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**FLOYD GAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2560 of 3332

---

**JOSEPH GAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77681**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES GARFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77682**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NORBERTO GARCIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77683**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         Visit us on the Web at www.omnimgt.com         PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2561 of 3332

---

**DAVID GARDNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77684**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KENNETH GARFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM GARGIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2562 of 3332

---

**FRANK GARGUILO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77687**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**THOMAS GARLAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77688**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CALVIN GARNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77689**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2563 of 3332

---

**DEWEY GARNER**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77690**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ROBERTO GARRIDO**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77691**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CHARLES GARRISON**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77692**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 2564 of 3332

---

**HERBERT GARRISON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL GARRITY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DAVID GARTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2565 of 3332

---

**JAKE GARTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANTHONY GARTMANN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALFONSO GARZA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2566 of 3332

---

**JUAN GARZA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE GASKIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD GATCHELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2567 of 3332

---

**EDWARD FREW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**MANUEL FRIAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77703**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES FRIED**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2568 of 3332

---

**DONALD FRIEDLEIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77705**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**KENNETH FRIESZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77706**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**PATRICK FRISCHMON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77707**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## *Claims Details*

---

**LEROY GARDNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JORGE GARCIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WALLACE GANTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2570 of 3332

---

**ANTHONY GARCIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANTONIO GARCIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**HECTOR GARCIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2571 of 3332

---

**CHESTER FROST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77714**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LEROY FROST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77715**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD FROSTAD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77716**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2572 of 3332

---

**HAROLD FRUGOLI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN FRYE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GERALD FUCCI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:18:45 PM

*Claims Details*                                                                          2573 of 3332

---

**CHARLES FULLER**                    **Clm No 77720**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class          Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES FULLER**                      **Clm No 77721**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class          Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RODNEY FULLER**                     **Clm No 77722**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class          Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2574 of 3332

---

**FRED FULLWOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**REGIS FULMER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROY FULMER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**THOMAS FUNSTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77726**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES FURLOW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77727**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID FUSSELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77728**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2576 of 3332

---

| **HENRY FUTREAL** | | **Clm No 77729** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **CECIL GABBERT** | | **Clm No 77730** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **WILLIAM GABIANELLI** | | **Clm No 77731** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2577 of 3332

---

**BERKLEY GADWAH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77732**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GARY GAGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77733**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**AUGUSTINO GAGLIARDI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77734**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2578 of 3332

---

**JAMES GAILEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77735**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANDREW GAINER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77736**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GANSON GAINER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77737**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2579 of 3332

---

**LOUIS GALANTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77738**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ONEIDA GALDO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77739**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JAMES GALLAGHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77740**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2580 of 3332

---

**PAUL GALLAGHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77741**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM GALLAGHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77742**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BURNS BOLSTRIDGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77743**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2581 of 3332

---

**JOHN BOLOGA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STANLEY BOLMANSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LARRY BOLLINGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2582 of 3332

---

**WENDELL BOLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HUGH BOLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**J. BOLEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77749**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2583 of 3332

---

**RUSSELL BOIVIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ORSON BOHN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SANDRA BOGARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail:** claimsmanager@omnimgt.com            **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2584 of 3332

---

**JOEL BOELDT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDMUND BODWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH BODNICKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77755**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2585 of 3332

---

**DAVID BODMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77756**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EUTAW BODIE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77757**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWIN BODGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77758**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2586 of 3332

---

**ANTHONY BOBROWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE BLYSTONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM BLUNDELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2587 of 3332

---

**CATHRYNE BLUE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROMEO BLOUIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RAYMOND BLOSSOM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                        2588 of 3332

---

**LELAND BLOHM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77765**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WALTER BLOCKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77766**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CLARENCE BLOCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77767**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 2589 of 3332

---

| **HARVEY LABUS** | **Clm No 77768** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **DAVID LACEY** | **Clm No 77769** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **JOHN LACEY** | **Clm No 77770** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**JAMES LACHAPELLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77771**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD LACY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77772**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JEFFRY LAFFEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77773**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2591 of 3332

---

| NORMAND LAFLEUR | **Clm No 77774** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| ROBERT LAFLEUR | **Clm No 77775** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| VICTOR LAFOND | **Clm No 77776** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

2592 of 3332

---

**JAMES LAGOY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77777**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM LAITI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77778**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND LEWIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77779**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2593 of 3332

---

**RICHARD LEWIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONNIE LEWIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VICTOR LEWIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2594 of 3332

---

**RONALD LALIBERTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77783**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN LALLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77784**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RONALD LAMBERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77785**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                         2595 of 3332

---

**WILLIAM LAMBERT**                    **Clm No 77786**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA            Class              Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800             UNS                    Unknown

MIAMI, FL 33131

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**ROBERT LAMKEN**                      **Clm No 77787**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA            Class              Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800             UNS                    Unknown

MIAMI, FL 33131

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**BENNEY LANDERS**                     **Clm No 77788**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA            Class              Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800             UNS                    Unknown

MIAMI, FL 33131

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2596 of 3332

---

**DANIEL LANDERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LESLIE LANDERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DOUGLAS LANDIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2597 of 3332

---

**JOSE LANDRIAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77792**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MATTHEW LANE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77793**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS LANGDON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77794**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                2598 of 3332

---

**EDWARD LANGE**                          **Clm No 77795**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                   Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL LANGE**                            **Clm No 77796**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                   Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE LANGEL**                         **Clm No 77797**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                   Unknown


Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 2599 of 3332

---

**ROBERT GANCARZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**WILLARD GANGA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77799**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT GANGLOFF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2600 of 3332

---

**JOHN GANNON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77801**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**COY GAYHART**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77802**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM GAYNOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2601 of 3332

---

**JOSEPH GAYTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS GEANEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM GEANEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2602 of 3332

---

**JOHN GEAR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GENE GEIGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD GEIGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2603 of 3332

---

**RUSSELL GELTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77810**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM GELMINI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77811**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND GALLANT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77812**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2604 of 3332

---

**ADELICIO GALLEGOS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77813**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE GALLEGOS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77814**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAY GALLI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77815**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2605 of 3332

---

**FRANCIS GALLO**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77816**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 20-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**JOHN GALLO**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77817**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 20-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**JERRY GALLOWAY**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77818**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 20-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                          2606 of 3332

---

**NANCY GALLUCCI**                           **Clm No 77819**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
600 BRICKELL AVE, STE 3800          | UNS   | Unknown             |                      |

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**JOSEPH GALLUZZO**                          **Clm No 77820**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
600 BRICKELL AVE, STE 3800          | UNS   | Unknown             |                      |

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**GEORGE GAMAS**                             **Clm No 77821**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
600 BRICKELL AVE, STE 3800          | UNS   | Unknown             |                      |

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                   2607 of 3332

---

**JOHN GAMBLE**                          **Clm No 77822**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA           Class              Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800            UNS                      Unknown

MIAMI, FL 33131


Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**HAROLD GAMETT**                        **Clm No 77823**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA           Class              Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800            UNS                      Unknown

MIAMI, FL 33131


Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**DONALD GAMPERL**                       **Clm No 77824**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA           Class              Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800            UNS                      Unknown

MIAMI, FL 33131


Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2608 of 3332

---

**JOHN GATTURNA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT GAUDETTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOE GAVICA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2609 of 3332

---

**SHERIDON CRABTREE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL COYNE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT COX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2610 of 3332

---

**JOHN COX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77831**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**GARNETT COX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77832**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE COX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77833**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**CLAYTON COX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77834**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FREDERICK COWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77835**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE COVERDALE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77836**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2612 of 3332

---

**EUSEBIO COUTO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77837**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARY COUSINO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77838**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES EMERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77839**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2613 of 3332

---

**S. ELY**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JAMES ELY**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CHARLES ELLISON**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2614 of 3332

---

**TERRANCE ELLIS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAUL ELLIS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LESLIE ELLIS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2615 of 3332

---

**JOHN ELLIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JIMMIE ELLIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EMMA COURON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2616 of 3332

---

**STEPHEN COURAGE**                          **Clm No 77849**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                  Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**LONNIE COUNTS**                            **Clm No 77850**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                  Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD COUNTER**                          **Clm No 77851**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                  Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2617 of 3332

---

**JAMES COUNARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77852**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT COULTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77853**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROGER COULOMBE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77854**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                         2618 of 3332

---

**LAWRENCE COUILLARD**          **Clm No 77855**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800      UNS                     Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WARREN COUGHLIN**             **Clm No 77856**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800      UNS                     Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PATRICK COUGHLIN**            **Clm No 77857**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800      UNS                     Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2619 of 3332

---

**JOHN DESIMONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77858**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL DESIMONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77859**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN DESLAURIERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77860**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2620 of 3332

---

**JOHN DERWIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77861**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EUGENE DEROSIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77862**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN DEROSA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77863**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2621 of 3332

---

**SPENCER DERBIDGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77864**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS DEOCA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77865**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DONALD DHEIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77866**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2622 of 3332

---

**JOSEPH DEYOUNG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LESLIE DEWITT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BILL DEWBRE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2623 of 3332

---

**CHARLES DEVOE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77870**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**AMBROSE DEVLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77871**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DAVID DEVITO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**           Visit us on the Web at www.omnimgt.com           PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2624 of 3332

---

**CHARLES DEVEAU**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77873**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FREDERICK DEUTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77874**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROMEO DESMARAIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77875**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2625 of 3332

---

**MICHAEL ZEMLIK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL ZEILIK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOUIS ZEHMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2626 of 3332

---

**CLARENCE ZEALY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER ZDUNCZYK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH S. ZAWISZA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2627 of 3332

---

**JOSEPH ZAWISZA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANK KEYMONT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SAMMIE KEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2628 of 3332

---

**CHARLIE KEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH KETTNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLIE DIONNE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2629 of 3332

---

**PETER HIAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77888**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS HEYWORTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77889**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**ERNEST HEYSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77890**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2630 of 3332

---

| IVAN HEYBURN | **Clm No 77891** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| JAMES HEWITT | **Clm No 77892** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| GERALD HEWARD | **Clm No 77893** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2631 of 3332

---

**STEPHEN HETTMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**NICHOLAS HETTINGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**THEADORIS HESTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2632 of 3332

---

**KENNETH HESTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77897**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES HESTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77898**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BERT HESS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77899**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2633 of 3332

---

**LONNIE HERSEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77900**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LEON HERRON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77901**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES BEEBY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77902**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

2634 of 3332

---

**WILLIAM BEEMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77903**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS BEESLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77904**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**ISADORE BEHAR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77905**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2635 of 3332

---

**DANIEL BEHM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HARRY BEHR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH BEHRENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                    2636 of 3332

---

**ROGER BEILKE**                          **Clm No 77909**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ROGER HICKS**                           **Clm No 77910**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**EDDIE HICKS**                           **Clm No 77911**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2637 of 3332

---

**LEO HICKOX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77912**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LANE HICKMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77913**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN HICKEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77914**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2638 of 3332

---

**JOHN HICKEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS HICKEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STANLEY HIBBINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2639 of 3332

---

**BERNARD HARMON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL HARGROVE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**HAROLD HARGETT**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    2640 of 3332

---

**JACK HARE**                          **Clm No 77921**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**URBAN HARDING**                     **Clm No 77922**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL HARDING**                      **Clm No 77923**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2641 of 3332

---

**GERALD HARDESTY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77924**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**QUINCY HARDEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROGER HARBOUR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77926**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2642 of 3332

---

**JAMES HANSSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77927**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**THOMAS HANSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77928**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**GEORGE HANSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77929**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2643 of 3332

---

**CURTISS HANSEN**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77930**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD HANNON**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77931**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS HANLON**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77932**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*      3/20/2018 3:18:45 PM

---

*Claims Details*      2644 of 3332

---

**JAMES HANLON**      **Clm No 77933**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed      20-Mar-2017

Bar Date

Claim Face Value

---

**WILLIAM HANLEY**      **Clm No 77934**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed      20-Mar-2017

Bar Date

Claim Face Value

---

**AMOS HANEY**      **Clm No 77935**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed      20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2645 of 3332

---

**PETER HAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NOBLE HAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77937**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RAYMOND HANCOCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2646 of 3332

---

**CLYDE HANCOCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARY HAMPTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD HAMPTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2647 of 3332

---

**PETER HAMPSTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77942**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BRUCE HANNIFIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77943**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EARL HANNAWAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77944**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2648 of 3332

---

**WILLIAM HANNAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77945**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN HANNAHS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77946**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**VIRGIL HANNAH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77947**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2649 of 3332

---

**THOMAS GUTHRIE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77948**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN GUSHES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77949**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MAURICE GURNEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                     E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

2650 of 3332

---

**ALEX GURIAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77951**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MARK GUNNING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77952**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOHN GUNN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77953**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2651 of 3332

---

**JESSE GUNN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**VINCENT GUNDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BRUCE GUIMONT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77956**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2652 of 3332

---

**DAVID GUILMET**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77957**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**STEPHEN GUILDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77958**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH GUGLIELMO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77959**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                     E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2653 of 3332

---

| JEFFREY GUEST | **Clm No 77960** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| ROBERT GUERTIN | **Clm No 77961** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| VICTOR GUERNIER | **Clm No 77962** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2654 of 3332

---

**CRISPIN GUAGARDO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77963**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CALVIN HANNA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77964**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ALAN HAKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77965**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2655 of 3332

---

**ROBERT HAHN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MATTHEW HAHN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KEN HAGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2656 of 3332

---

**BERNARD HAFFEY**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH HACKEL**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARVIN HACK**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2657 of 3332

---

**HAROLD HABBE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES ANDREW HAAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77973**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH GYURKO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2658 of 3332

---

**EDWARD GWOZDZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77975**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LORENZO GUYTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77976**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DOUGLAS GUTZMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77977**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                    2659 of 3332

---

**JOHN GRIFFIN**                              **Clm No 77978**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                   Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CEDRIC HAKIAN**                             **Clm No 77979**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                   Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CARROLL HALE**                              **Clm No 77980**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                   Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2660 of 3332

---

**CHESTER HALE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANK HALE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES HALEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2661 of 3332

---

**JOHN HALKO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALTON HALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EARL HALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2662 of 3332

---

**EDWARD HALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**EUGENE HALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**FRANK HALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2663 of 3332

---

**GEORGE HALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES HALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MELVIN HALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2664 of 3332

---

**MILLARD HALL**                            **Clm No 77993**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA         Class                Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA
                                    UNS                      Unknown
600 BRICKELL AVE, STE 3800
                                    — — — — —   — — — — — — —   — — — — — — —
MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**THOMAS HALL**                             **Clm No 77994**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA         Class                Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA
                                    UNS                      Unknown
600 BRICKELL AVE, STE 3800
                                    — — — — —   — — — — — — —   — — — — — — —
MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**WILLIAM HALL**                            **Clm No 77995**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA         Class                Claim Detail Amount        Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA
                                    UNS                      Unknown
600 BRICKELL AVE, STE 3800
                                    — — — — —   — — — — — — —   — — — — — — —
MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2665 of 3332

---

**ULF HALLEBO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77996**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GARY HALLETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77997**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOEWAYNE HALLUM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77998**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2666 of 3332

---

**JOSEPH HALOWICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD HAMERSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES HAMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2667 of 3332

---

**ROBERT HAMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78002**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**STEVE HAMILTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78003**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**EDWARD HAMMOCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78004**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2668 of 3332

---

**LUNNIE HAMMOND**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**MARION HAMMONS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**ROBERT HAMNIK**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2669 of 3332

---

**DONALD GROSS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAY GROOM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CARL GRONBLOM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                          2670 of 3332

---

**JOSEPH GROH**                    **Clm No 78011**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT GROBE**                   **Clm No 78012**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**PRESSLEY GRISSOM**               **Clm No 78013**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 2671 of 3332

---

**HARLEN GRIMM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78014**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HARLEY GRIMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78015**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES GRIGLAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78016**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2672 of 3332

---

**LAWRENCE GRIFFITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78017**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BOB WAYNE GRIFFITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78018**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM GRIFFIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78019**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2673 of 3332

---

**THOMAS GRIFFIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SCOTT GRIFFIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL GRIFFIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2674 of 3332

---

**SALVATORE GREGORY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MAX GREIFF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAUL GRENIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2675 of 3332

---

**JOHN GRESKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78026**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSE GRIEGO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78027**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BOBBIE GRIFFIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78028**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2676 of 3332

---

| **JOHN GRYMKOWSKI** | | **Clm No 78029** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| **EDWARD GRYGA** | | **Clm No 78030** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| **DELBERT GRUNSTEAD** | | **Clm No 78031** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2677 of 3332

---

**EDWARD GRUETER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78032**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ROBERT GRUESNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78033**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ALFRED GRUEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78034**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 2678 of 3332

---

**GEORGE GRUBBE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78035**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN GROVES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78036**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LEO GROSS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78037**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2679 of 3332

---

**ROBERT GIBBONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78038**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**KENNETH GIBBS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LARRY GIBBS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2680 of 3332

---

**STANLEY GIBBS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78041**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CLYDE GIBSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78042**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DONALD GIBSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78043**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2681 of 3332

---

**NEWMAN GIBSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78044**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**SHELBY GIBSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78045**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WINSTON GIBSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78046**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                            2682 of 3332

---

**PAUL GIDDINGS**                          **Clm No 78047**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER GIESE**                           **Clm No 78048**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT GIFFORD**                         **Clm No 78049**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2683 of 3332

**RICHARD GIGSTEAD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**BUD GILBERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**ARCHIE GREGORY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                 2684 of 3332

---

**WILLIAM BLANK**                          **Clm No 78053**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800               UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**TEDDY BLAND**                            **Clm No 78054**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800               UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EARL GENZ**                              **Clm No 78055**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800               UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2685 of 3332

---

**EVERETT GEORGE**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANCIS GEORGE**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD GEORGE**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2686 of 3332

---

**SAMMIE GEORGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT GERSTEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD GERVAIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78061**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                   E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2687 of 3332

---

**DONALD GESSWIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78062**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD GESUALDO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78063**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER GETCHELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78064**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2688 of 3332

---

**ROBERT GETTLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78065**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAMES GHOLSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ANTHONY GIANGIOBBE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78067**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    2689 of 3332

---

**FRANCISCO LOPEZ**                    **Clm No 78068**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                  Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**EVELIO LOPEZ**                       **Clm No 78069**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                  Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DOMINGO LOPEZ**                      **Clm No 78070**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                  Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2690 of 3332

---

**AVONNE LOPEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALEJANDRINO LOPEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOAO LOPES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     Visit us on the Web at www.omnimgt.com          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2691 of 3332

---

**JAMES LOONEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN LONGONI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VICTOR LONG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78076**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2692 of 3332

---

**TOMMY LONG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78077**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROGER LONG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ORVILLE LONG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2693 of 3332

---

**ROBERT DOBSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78080**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD DOBRINDT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78081**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH DOBEK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78082**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2694 of 3332

---

**JOHN DOBBS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARGARET DOBBINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS DOANE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2695 of 3332

---

**JOHN DIXON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALPHONS DE VOS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARTIN DE JONG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                        2696 of 3332

---

**WILLIAM DAY**                          **Clm No 78089**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MARTIN DAY**                           **Clm No 78090**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE DAY**                           **Clm No 78091**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2697 of 3332

---

**RICHARD DAWSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOE DAWSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES DAWSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2698 of 3332

---

**EMORY DAWKINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES DAVIS, SR.**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WAYNE DAVIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2699 of 3332

---

**SAM MAYNARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALEX MAYNARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LEANDER MAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78100**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2700 of 3332

---

**JAMES MAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**LEONARD MAXWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**DANNY MAXWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2701 of 3332

---

**BRAD MAXWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD MAURITZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78105**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DELMA MAULDIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78106**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2702 of 3332

---

**CHARLES MATTHEWS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WILFORD MATTFIELD**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**PAUL MATTEODO**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2703 of 3332

---

**ELMER MATOUSEK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE MATISKA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID MATHIEU**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2704 of 3332

---

**ROY MATHEWS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78114**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES MATHERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78115**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES MATHERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78116**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2705 of 3332

---

**ANTHONY MASTROIANNI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78117**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**SILVIO MASTRIANNI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78118**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAMES MASTEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78119**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                      2706 of 3332

---

**MICHAEL MASSARO**                          **Clm No 78120**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                               UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT MASSA**                             **Clm No 78121**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                               UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM MASON**                            **Clm No 78122**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                               UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2707 *of* 3332

---

**PAUL LOUGHNANE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NORBERT LOUGH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES LOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2708 of 3332

---

**CHARLES LORING, JR.**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HOWARD LORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78127**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ERMA DAMASO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78128**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2709 of 3332

---

**ROBERT DALY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78129**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LYNDA DALY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78130**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CORNELIUS DALY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78131**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2710 of 3332

---

**CARROLL DALTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78132**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PHILLIP DALSKY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78133**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD D'AGOSTINO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78134**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2711 of 3332

---

**VINCENT D'ADDABBO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANK DACATO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAN DACASTELLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2712 of 3332

---

**FRANK DABBS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL CZEKAJ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS CZARKOSKY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2713 of 3332

---

**DANIEL CZAPOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78141**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES CYBULSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78142**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**WOODROW CUTRIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78143**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2714 of 3332

---

**WILLIAM CUTRIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78144**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**KENNETH CUSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78145**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CARL CURTIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78146**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2715 of 3332

---

**ROGER CURRAN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**MAURICE CURRAN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**GLEN CURRAN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    2716 of 3332

---

**BERNARD CURELLA**                        **Clm No 78150**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class                  Claim Detail Amount          Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800            UNS                         Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**JOHN CUNNINGHAM**                        **Clm No 78151**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class                  Claim Detail Amount          Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800            UNS                         Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**HERMAN CUNNINGHAM**                    **Clm No 78152**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class                  Claim Detail Amount          Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800            UNS                         Unknown

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2717 of 3332

---

**CLEMENT CUMMINGS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78153**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALFRED CUMMINGS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78154**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD CULBERTSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78155**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2718 of 3332

---

**ANTHONY CUGGINO**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS CUFFE**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES DAVIS**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100        E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2719 of 3332

---

**HOWARD DAVIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78159**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**HAROLD DAVIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78160**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**FRED DAVIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78161**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2720 of 3332

---

**FLOYD DAVIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**EDSEL DAVIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**EDDIE DAVIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2721 of 3332

---

**DAVID DAVIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78165**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DENNIS DAVIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78166**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LAWRENCE DAVID**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78167**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2722 of 3332

---

**ROY DAVENPORT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PATRICK D'AVELLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES DAUPHINAIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**     **E-mail:** claimsmanager@omnimgt.com     **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2723 of 3332

---

**JIMMY DAUGHERTY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78171**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DONALD DASHNEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78172**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**STEPHEN DARROW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78173**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2724 of 3332

---

**CURTIS DARNELL**                      **Clm No 78174**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE DARBY**                        **Clm No 78175**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**BUDDY DANUEL**                        **Clm No 78176**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2725 of 3332

---

**GEORGE DANOS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78177**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LEROY DANIELS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78178**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN DANIELS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78179**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2726 of 3332

---

**WILLIAM DANIEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78180**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**IVORY DANIEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78181**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DIANE DANAHY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78182**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2727 of 3332

---

**TALMADGE DAMPIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARTIN D'AMICO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78184**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN DAMICO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78185**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2728 of 3332

---

**JOSEPH DAMIANO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78186**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM DAME**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78187**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EVERETT DOW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78188**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2729 of 3332

---

**ROLAND DOSTIE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78189**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ALFRED DORSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78190**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD DOOLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78191**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2730 of 3332

---

**MELVIN DOOGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD DONOVAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT DONOVAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2731 of 3332

---

**EUGENE DONOVAN**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78195**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD DONOVAN**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78196**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES DONOVAN**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78197**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2732 of 3332

---

**JOSEPH DONOHUE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78198**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOE DONOHO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78199**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM DONOGHUE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78200**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2733 of 3332

---

**MARK DONLAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78201**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS DONEGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78202**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STEPHEN DONEGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78203**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                          2734 of 3332

---

**MICHAEL DONATACCI**      **Clm No 78204**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed      20-Mar-2017

Bar Date

Claim Face Value

---

**BYRON DONALDSON**      **Clm No 78205**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed      20-Mar-2017

Bar Date

Claim Face Value

---

**GEORGE DONAHUE**      **Clm No 78206**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed      20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2735 of 3332

---

**JAMES DOMORAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78207**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARMANDO DOMINGUEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78208**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD DOMBROWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78209**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2736 of 3332

---

**STANLEY DOMBROFF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78210**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND DOLYAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78211**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ANDREW DOLICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78212**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2737 of 3332

---

**RICHARD DOLBER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EDMUND DOLATOWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROGER DOIRON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2738 of 3332

---

**ROBERT DOERGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ERNIE DODD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES DUNHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**        E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2739 of 3332

---

**LARNIE DUNCAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARY DUNCAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EUGENE DUNCAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2740 of 3332

---

**ELMER DUNCAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78222**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHNEY DUMAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78223**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES DUKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78224**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2741 of 3332

---

**CLARENCE DUGGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78225**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOSEPH DUFFY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78226**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**DENNIS DUDLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78227**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2742 of 3332

---

**DAVID DUDLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NICHOLAS DUCHINSKY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LIONEL DUBUC**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                    2743 of 3332

---

**SARAH DUBOSE**                          **Clm No 78231**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**BILLY DUBLO**                            **Clm No 78232**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GILMAN DUBE**                            **Clm No 78233**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2744 of 3332

---

**BRADLEY DUBE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS DRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES DRURY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2745 of 3332

---

**SUSAN DRUMMOND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FLOYD DRIGGERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT DREW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2746 of 3332

---

**RAY DREW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ROGER DRESSEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JACOB DRAUS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2747 of 3332

---

**MAURICE DRAPEAU**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78243**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN DOWNS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78244**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BOBBY DOWNS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78245**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2748 of 3332

---

**PATRICK DOWNING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS DOWNING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM EATON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78248**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2749 of 3332

---

**CHARLES EASTWOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78249**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND EASTMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78250**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL EASTERLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78251**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

2750 of 3332

---

**LORENZA EASLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**LLOYD EARLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**TOMMY DYKES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2751 of 3332

---

**DILLARD DYKES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78255**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ROBERT DYJAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78256**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GERALD DYE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78257**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2752 of 3332

---

| **JIMMIE DYCUS** | **Clm No 78258** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **WILLIAM DWYER** | **Clm No 78259** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **STEVEN DWYER** | **Clm No 78260** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                    2753 of 3332

---

**PAUL DWYER**                          **Clm No 78261**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800       UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL DWIGHT**                      **Clm No 78262**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800       UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS DUTCHER**                      **Clm No 78263**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800       UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2754 of 3332

---

**EUGENE DUSZA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78264**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD DUSHAW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT DURBIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**SCOTT DURAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**OLIVER DUPONT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**GARY DUPLEX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2756 of 3332

---

**PETER DUOBA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CLARENCE DUNSTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ROBERT DUNN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2757 of 3332

---

**ROBERT DUNN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78273**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JOHN DUNN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78274**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**EDMUND DUNN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2758 of 3332

---

**GEORGE DUNLEAVY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**LYLE DUNIGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CLIFTON EBARB**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/20/2018 3:18:45 PM

*Claims Details*                                                                      2759 of 3332

---

**FRED EBLER**                    <u>**Clm No 78279**</u>    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                     Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES KING**                    <u>**Clm No 78280**</u>    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                     Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES KING**                    <u>**Clm No 78281**</u>    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                   UNS                     Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2760 of 3332

---

**IKE KING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78282**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HERSCHEL KING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78283**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HENRY KING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78284**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**            Visit us on the Web at www.omnimgt.com            PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2761 of 3332

---

| **BILLIE KING** | **Clm No 78285** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| **ARTHUR KING** | **Clm No 78286** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| **THOMAS KINDLE** | **Clm No 78287** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2762 of 3332

---

**ROBERT KIND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78288**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH KINCAID**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78289**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**CLARENCE KILPATRICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78290**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2763 of 3332

---

**DERRY ZACARELLI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78291**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN ZABOROWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78292**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN YURISH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78293**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2764 of 3332

---

**JORGE YRAYTA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78294**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**EDWIN EGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**PHILLIP EDWARDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78296**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2765 of 3332

---

**ODIS EDWARDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES EDWARDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78298**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EVERETT EDWARDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78299**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2766 of 3332

---

**EDWARD EDWARDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLIE EDWARDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALICE EDISON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2767 of 3332

---

**ROGER EDGERTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID EDGELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD ECKLUND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2768 of 3332

---

**WILLARD ECKHARDT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78306**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM KIRTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78307**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE KLECKNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78308**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2769 of 3332

---

| STEPHEN KOWAK | **Clm No 78309** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| STEPHEN KOVZEL | **Clm No 78310** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| NICK KOVEL | **Clm No 78311** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                   E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                      2770 of 3332

---

**WILLIAM KOVECK**                    **Clm No 78312**        Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM KOVASH**                    **Clm No 78313**        Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH KOVACH**                    **Clm No 78314**        Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2771 of 3332

---

**JOHN KOUTSKY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78315**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LARRY BLEVINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78316**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GENE BLEEMEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78317**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2772 of 3332

---

**JULIUS BLEDSOE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH BLAUM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**VERNON WOODARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2773 of 3332

---

**DOUGLAS WOODARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78321**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CLARK WOODARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78322**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DWIGHT WOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78323**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2774 of 3332

---

**CHARLES WOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78324**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID KITCHENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78325**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JEWEL KITCHEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78326**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2775 of 3332

---

**JOHN KISLUK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JOHN KIRKPATRICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MCCORTIE KIRK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2776 of 3332

---

**WILLIAM KIRCHSTEIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH KIPPENBERGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM KING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2777 of 3332

---

**WILLIAM KING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78333**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS KING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78334**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STEPHEN KING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78335**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2778 of 3332

---

**ROBERT KING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MARLIN KING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BRIAN KOFNETKA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2779 of 3332

---

**JACK KOFF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR KOELLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78340**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSE KOEHLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2780 of 3332

---

**JEROME KOEFERL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CASIMIR KLEMEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALAN KOEBEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2781 of 3332

---

**ALAN KOEBEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN KOCHERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**PAUL KOCHAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2782 of 3332

---

**WILLIAM KOCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78348**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD KNUTSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78349**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GORDON KNUDSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2783 of 3332

---

**DENNIS KNOX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KENNETH KNOWLTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78352**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MAURICE KNOWLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78353**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2784 of 3332

---

**WAYLAND KNOLL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LELAND KNISLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM KNIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2785 of 3332

---

**MATHEL KNIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78357**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CARRIS KNIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78358**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MATTHEW KMIECIK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78359**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2786 of 3332

---

**JAMES KLUZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT KLOMFAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD KLISH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2787 of 3332

---

**FRANCIS KLINKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78363**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**PAUL KLINGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78364**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROSEMARIE KLINE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78365**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

| **BOYD KLIEWER** | | **Clm No 78366** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **CHARLES KLEWIN** | | **Clm No 78367** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **ANTHONY KOLODZIEJ** | | **Clm No 78368** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2789 of 3332

---

**FREDERICK KOKAWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CARL KOHLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**GEORGE KOHL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2790 of 3332

---

**LAVERNE KRAUSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS KUHN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN KUEHNE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2791 of 3332

---

**LAWRENCE KUCHINSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78375**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MALBERT KUBIAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78376**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD KUBIACZYK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78377**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2792 of 3332

---

**VARNUM KRUMM**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78378**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DENNIS KRUGER**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78379**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DANIEL KRUG**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78380**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2793 of 3332

---

**THOMAS KRONICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL KROCHTA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LUIS KRISTMANN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2794 of 3332

---

**JOE KRING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78384**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALAN KRIEGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78385**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM KRAYNICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2795 of 3332

---

**JOSEPH KRAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78387**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN KRAWSHUK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD KRAUT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2796 of 3332

---

**RICHARD KRAUSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD KRAUSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FREDERICK KRAUSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2797 of 3332

---

**RALPH KRAUS**                          **Clm No 78393**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA              Class            Claim Detail Amount        Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800               UNS                    Unknown
MIAMI, FL 33131                          – – – – – –    ————————    ————————

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**KEN KRAMPETER**                        **Clm No 78394**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA              Class            Claim Detail Amount        Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800               UNS                    Unknown
MIAMI, FL 33131                          – – – – – –    ————————    ————————

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES KRAFT**                          **Clm No 78395**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA              Class            Claim Detail Amount        Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800               UNS                    Unknown
MIAMI, FL 33131                          – – – – – –    ————————    ————————

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

2798 of 3332

---

**NORMAN KRAFCHAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**LAWRENCE KOZLIK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**STEVE LINDSAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2799 of 3332

---

**STEPHEN LINDSAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78399**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES LINDSAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78400**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**AUTRY LINDLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78401**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2800 of 3332

---

**GEORGES LIMOGES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78402**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STANLEY LILJEGREN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78403**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROLLIE LIKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78404**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2801 of 3332

---

**CHARLES LIEN**                          **Clm No 78405**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class          Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                  Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH LIEBEL**                         **Clm No 78406**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class          Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                  Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH LEZON**                          **Clm No 78407**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class          Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                  Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2802 of 3332

---

**JAMES LEXNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**STANLEY LEWKOWICZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DOUGLAS LA MOREAUX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2803 of 3332

---

**GREGG LA BONNE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78411**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD KVESET**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78412**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALBERT KURTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78413**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2804 of 3332

---

**RONALD KUNZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NIKOLA KUNAC**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM KULEKOWSKIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2805 of 3332

| NICK KOSTIDIS | **Clm No 78417** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| RUSSELL KOSS | **Clm No 78418** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| KENNETH KOSS | **Clm No 78419** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2806 of 3332

---

**JOHN KORNHAUS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78420**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BRUCE KORENKIEWICZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78421**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DALE KOPF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78422**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2807 of 3332

---

**NORMAN KOOS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**STUART KOON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**KURT KONRADY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2808 of 3332

---

**FRANK KONOLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN KOMARMY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**OBIE LONG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2809 of 3332

---

**DONALD LONG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78429**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BURKE LONG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78430**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD LONDON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78431**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2810 of 3332

---

**MICHAEL LONARDO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SAM LOIACANO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78433**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WAYNE LOHRKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2811 of 3332

---

**ROSE LOGVIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78435**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RUDOLPH LOGUE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78436**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM LOFTUS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78437**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                          2812 of 3332

---

**DAVID LOFTUS**                          **Clm No 78438**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD LOEWEN**                        **Clm No 78439**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES LOEFFELHOLZ**                  **Clm No 78440**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2813 of 3332

---

**LOUIS LOCKLEAR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78441**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE LLOYD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78442**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BRUCE LLOYD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78443**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2814 of 3332

---

**MIGUEL LLANES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78444**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT LIZOTTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78445**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS LIVIDOTI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78446**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2815 of 3332

---

**JOHN LIVERY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES LIVELY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROGER LITTLEFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2816 of 3332

---

**PAUL LITTLEFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN LITTLEFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES LITTLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2817 of 3332

---

**HARRY LITTLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78453**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KENNETH LIPSCOMB**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78454**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DANIEL LIPINSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78455**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2818 of 3332

---

**ARVID LINGAAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78456**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TERRY LINDSEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78457**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LAWRENCE SULLIVAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78458**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2819 of 3332

---

**MARTIN SULLIVAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NORMAN SULLIVAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RAYMOND SULLIVAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2820 of 3332

---

**THOMAS SULLIVAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78462**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT SUMLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78463**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND SWARTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78464**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2821 of 3332

---

**GLENN SWASEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**DAVID SWARINGEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MICHAEL SAMPLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2822 of 3332

---

**EUGENE NORDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**OLLIE TAYLOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT BREWER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2823 of 3332

---

**DONALD BRICKMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS NAEGELI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH CASTIGLIONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2824 of 3332

---

**LOUIS CAVALIERI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**DENNIS CAVALLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**HAROLD CEBULLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2825 of 3332

---

**RICHARD CEDRONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78477**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD CERUOLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78478**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID CESAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78479**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2826 of 3332

---

**GEORGE CHABER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT CHADWICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER DAVIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2827 of 3332

---

**RONALD DAVIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MACK DAVIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BILLY FROST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2828 of 3332

---

**TIMOTHY SULLIVAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STEVE MAZAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**The Travelers Indemnity Company**
Attn: James E. Rocap / Joshua R. Taylor
1330 Connecticut Ave., NW
Washington, DC 20036

**Clm No 78488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2829 of 3332

---

**BILLY DON SHAW**
218 GLEN SPRINGS CIRCLE
CANONSBURG, PA 15317

**Clm No 78489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**HANNA MINING COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES, CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $2,000.00 | |
| | $2,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $2,000.00 |

---

**HANNA MINING COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES, CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $15,000.00 | |
| | $15,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $15,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2830 of 3332

---

**HANNA MINING COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES, CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78492**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $40,000.00 | |
| | $40,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $40,000.00 |

---

**HANNA MINING COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES, CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $5,000.00 | |
| | $5,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $5,000.00 |

---

**HANNA MINING COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES, CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78494**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $30,000.00 | |
| | $30,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $30,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2831 of 3332

---

**HANNA MINING COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES, CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78495**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $20,000.00 | |
| | $20,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $20,000.00 |

---

**HANNA MINING COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES, CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78496**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $5,000.00 | |
| | $5,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $5,000.00 |

---

**TRAVELERS CASUALTY AND SURETY COMPANY**
ATTN: JAMES E. ROCAP & JOSHUA R. TAYLOR
1330 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

**Clm No 78497**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2832 of 3332

---

**INLAND STEEL COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES, CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value     $0.00

---

**INLAND STEEL COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES, CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $75,000.00          |                      |
|       | $75,000.00          |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value     $75,000.00

---

**INLAND STEEL COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES, CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $7,500.00           |                      |
|       | $7,500.00           |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value     $7,500.00

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2833 of 3332

| INLAND STEEL COMPANY | **Clm No 78501** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O RAY, ROBINSON, CARLE & DAVIES, CO. LPA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: SANDRA M. KELLY | | | |
| 6480 ROCKSIDE WOODS BLVD. S. STE. 360 | UNS | $160,000.00 | |
| CLEVELAND, OH 44131-2224 | | $160,000.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $160,000.00 |

| INLAND STEEL COMPANY | **Clm No 78502** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O RAY, ROBINSON, CARLE & DAVIES, CO. LPA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: SANDRA M. KELLY | | | |
| 6480 ROCKSIDE WOODS BLVD. S. STE. 360 | UNS | $15,000.00 | |
| CLEVELAND, OH 44131-2224 | | $15,000.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $15,000.00 |

| INLAND STEEL COMPANY | **Clm No 78503** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O RAY, ROBINSON, CARLE & DAVIES, CO. LPA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: SANDRA M. KELLY | | | |
| 6480 ROCKSIDE WOODS BLVD. S. STE. 360 | UNS | $15,000.00 | |
| CLEVELAND, OH 44131-2224 | | $15,000.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $15,000.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2834 of 3332

---

**INLAND STEEL COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES, CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78504**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**INLAND STEEL COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $107,500.00 | |
| | $107,500.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $107,500.00 |

---

**EDWARD L. BOURKE, JR.**
C/O PATTEN, WORNOM, HATTEN & DIAMONSTEIN, LC
ATTN: DONALD NEAL PATTEN
12350 JEFFERSON AVE. STE. 300
NEWPORT NEWS, VA 23602

**Clm No 78506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### Claims Details

---

**HENRY E. MILLER**
C/O PATTEN, WORNOM, HATTEN & DIAMONSTEIN, LC
ATTN: DONALD NEAL PATTEN
12350 JEFFERSON AVE. STE. 300
NEWPORT NEWS, VA 23602

**Clm No 78507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WILLIE J. TURNER**
C/O PATTEN, WORNOM, HATTEN & DIAMONSTEIN, LC
ATTN: DONALD NEAL PATTEN
12350 JEFFERSON AVE. STE. 300
NEWPORT NEWS, VA 23602

**Clm No 78508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**INLAND LAKES MANAGEMENT, INC.**
C/O RAY, ROBINSON, CARLE & DAVIES CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $30,000.00 | |
| | $30,000.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $30,000.00 |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2836 of 3332

---

**HANNA MINING COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN E. GRAHAM & SONS**
C/O RAY, ROBINSON, CARLE & DAVIES CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78511**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $6,250.00 | |
| | $6,250.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $6,250.00 |

---

**HANNA MINING COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78512**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $25,000.00 | |
| | $25,000.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $25,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2837 of 3332

---

**HANNA MINING COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $50,000.00 |

---

**HANNA MINING COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $185,000.00         |                      |
|       | $185,000.00         |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $185,000.00 |

---

**INLAND STEEL COMPANY**
C/O RAY, ROBINSON, CARLE & DAVIES CO. LPA
ATTN: SANDRA M. KELLY
6480 ROCKSIDE WOODS BLVD. S. STE. 360
CLEVELAND, OH 44131-2224

**Clm No 78515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2838 of 3332

---

**WALTER SAPP**
C/O JULIETTE SAPP
3005 BROADMOOR VIEW
OAKLAND, CA 94605

**Clm No 78516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**IRVIN VOGT**
C/O O'SHEA & REYES, LLC
5599 SOUTH UNIVERSITY DR. SUITE 202
DAVIE, FL 33328

**Clm No 78517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CENTURY INDEMNITY CORPORATION**
C/O CROWELL & MORING LLP
ATTN: MARK D. PELVIN, ESQ
THREE EMBARCADERO CENTER, 26TH FLOOR
SAN FRANCISCO, CA 94111

**Clm No 78518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $19,000,000.00      |                      |
|       | $19,000,000.00      |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $19,000,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2839 of 3332

---

**ENID ROTHENBERG**
C/O JODI A. RICHARDS
6 GASLIGHT LANE
N. EASTON, MA 02356

**Clm No 78519**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 27-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PACIFICORP**
C/O PACIFIC POWER/ ROCKY MOUNTAIN POWER
PO BOX 25308
SALT LAKE CITY, UT 84125

**Clm No 78520**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $67.63 | |
| | $67.63 | |

| | |
|---|---|
| Date Filed | 4-Apr-2017 |
| Bar Date | |
| Claim Face Value | $67.63 |

---

**NORMAN REEVES**
C/O KELLEY & FERRARO, LLP
ATTN: CONSTANTINE VENIZELOS
127 PUBLIC SQUARE, SUITE 2200
CLEVELAND, OH 44114

**Clm No 78521**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2840 of 3332

---

**THE ESTATE OF GLADWYN MCKNIGHT**
C/O KELLEY & FERRARO, LLP
ATTN: CONSTANTINE VENIZELOS
127 PUBLIC SQUARE, SUITE 2200
CLEVELAND, OH 44114

**Clm No 78522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**LEO ORBAN**
C/O KELLEY & FERRARO, LLP
ATTN: CONSTANTINE VENIZELOS
127 PUBLIC SQUARE, SUITE 2200
CLEVELAND, OH 44114

**Clm No 78523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**MICHAEL JACOBS**
C/O LEVIN SIMES, LLP
ATTN: TIMOTHY FRANCES PEARCE
44 MONTGOMERY STREET, 32ND FLOOR
SAN FRANCISCO, CA 94104

**Clm No 78524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2841 of 3332

---

**GORDON TIGCHELAAR**
C/O LEVIN SIMES, LLP
ATTN: TIMOTHY FRANCES PEARCE
44 MONTGOMERY STREET, 32ND FLOOR
SAN FRANCISCO, CA 94104

**Clm No 78525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR RATHBUN**
C/O LEVIN SIMES, LLP
ATTN: TIMOTHY FRANCES PEARCE
44 MONTGOMERY STREET, 32ND FLOOR
SAN FRANCISCO, CA 94104

**Clm No 78526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TIMOTHY GILLSON**
C/O LEVIN SIMES, LLP
ATTN: TIMOTHY FRANCES PEARCE
44 MONTGOMERY STREET, 32ND FLOOR
SAN FRANCISCO, CA 94104

**Clm No 78527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2842 of 3332

| MAURICE CLARK | **Clm No 78528** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O LEVIN SIMES, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: TIMOTHY FRANCES PEARCE | | | |
| 44 MONTGOMERY STREET, 32ND FLOOR | UNS | Unknown | |
| SAN FRANCISCO, CA 94104 | | | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

| Hershel B. Baggett | **Clm No 78529** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Michael B. Serling, PC | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Eric B. Abramson | | | |
| 280 N. Old Woodward Ave, Ste 406 | UNS | Unknown | |
| Birmingham, MI 48009 | | | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

| Frederick L. Becker | **Clm No 78530** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Michael B. Serling, PC | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Eric B. Abramson | | | |
| 280 N. Old Woodward Ave, Ste 406 | UNS | Unknown | |
| Birmingham, MI 48009 | | | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2843 of 3332

---

**Victor E. Borowiak**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Milburn V. Bower**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**James V. Caskey**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2844 of 3332

---

**Lyman J. Chaffee, Jr.**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed    24-Mar-2017
Bar Date
Claim Face Value

---

**Richard C. Cook**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed    24-Mar-2017
Bar Date
Claim Face Value

---

**Malcom J. Detlefs**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed    24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2845 of 3332

---

**James T. Doran**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78537**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Paul T. Dylenski**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78538**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Douglas A. Gillis**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78539**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2846 of 3332

---

**Joseph B. Gulick**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Wayne Hall**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**John F. Irving**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2847 of 3332

---

**Robert R. Ish, Sr.**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Larry H. Lindroth**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Ronald C. Myers**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2848 of 3332

---

**Thomas J. Myers**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78546**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Gilbert P. O'Brien**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78547**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Andrew R. Segedi**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78548**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2849 of 3332

---

**Raymond R. Swistara**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Thomas W. Sylvester**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Parker Thayer**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2850 of 3332

---

**Leslie E. Tollefson**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78552**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Robert L. Trost**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78553**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Robert L. Usher**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78554**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2851 of 3332

---

**Larry J. Varga**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Suzanne M. Dillon, Executrix of the**
Estate of William J. Waker, Deceased and Jean Waker
c/o Kline & Specter PC
Attn: Priscilla Jimenez
1525 Locust St.
Philadelphia, PA 19102

**Clm No 78556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,000,000.00       |                      |
|       | $1,000,000.00       |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

---

**John R. Sweeney and Maryann Sweeney**
c/o Kline & Specter PC
Attn: Priscilla Jimenez
1525 Locust St.
Philadelphia, PA 19102

**Clm No 78557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,000,000.00       |                      |
|       | $1,000,000.00       |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2852 of 3332

| Rose W. Schwartz, Executrix of the | **Clm No 78558** | Filed In Cases: 140 | |
|---|---|---|---|
| Estate of Hertbert A. Schwartz, Deceased | Class | Claim Detail Amount | Final Allowed Amount |
| c/o Kline & Specter PC | | | |
| Attn: Priscilla Jimenez | UNS | $1,000,000.00 | |
| 1525 Locust St. | | $1,000,000.00 | |
| Philadelphia, PA 19102 | | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

| Darla J. Robinson Jacks, Admx. of the | **Clm No 78559** | Filed In Cases: 140 | |
|---|---|---|---|
| Estate of Evelyn Robinson, Deceased | Class | Claim Detail Amount | Final Allowed Amount |
| c/o Kline & Specter PC | | | |
| Attn: Priscilla Jimenez | UNS | $1,000,000.00 | |
| 1525 Locust St. | | $1,000,000.00 | |
| Philadelphia, PA 19102 | | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

| Gerard A. Ritter and Susan R. Norek, Co Executors for the | **Clm No 78560** | Filed In Cases: 140 | |
|---|---|---|---|
| Estate of Gerard H. Ritter, Deceased | Class | Claim Detail Amount | Final Allowed Amount |
| c/o Kline & Specter PC | | | |
| Attn: Priscilla Jimenez | UNS | $1,000,000.00 | |
| 1525 Locust St. | | $1,000,000.00 | |
| Philadelphia, PA 19102 | | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2853 of 3332

| Ethelmae Palmer Executrix of the | **Clm No 78561** | Filed In Cases: 140 | |
|---|---|---|---|
| Estate of Fenton Palmer, Deceased | Class | Claim Detail Amount | Final Allowed Amount |
| c/o Kline & Specter PC | | | |
| Attn: Priscilla Jimenez | UNS | $1,000,000.00 | |
| 1525 Locust St. | | $1,000,000.00 | |
| Philadelphia, PA 19102 | | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

| Diane P. Miletto, Executrix of the | **Clm No 78562** | Filed In Cases: 140 | |
|---|---|---|---|
| Estate of Joseph M. Miletto, Deceased | Class | Claim Detail Amount | Final Allowed Amount |
| c/o Kline & Specter PC | | | |
| Attn: Priscilla Jimenez | UNS | $1,000,000.00 | |
| 1525 Locust St. | | $1,000,000.00 | |
| Philadelphia, PA 19102 | | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

| Finley Marcus | **Clm No 78563** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Kline & Specter PC | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Priscilla Jimenez | | | |
| 1525 Locust St. | UNS | $1,000,000.00 | |
| Philadelphia, PA 19102 | | $1,000,000.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2854 of 3332

---

**Joann Thompson and Susan Gerrity, Co-Administrators of the**

Estate of Edward Libertoski, Deceased

c/o Kline & Specter PC

Attn: Priscilla Jimenez

1525 Locust St.

Philadelphia, PA 19102

**Clm No 78564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,000,000.00 | |
| | $1,000,000.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

---

**Rose Mary Kaska, Executrix of the**

Estate of Edward F. Kaska, Deceased

c/o Kline & Specter PC

Attn: Priscilla Jimenez

1525 Locust St.

Philadelphia, PA 19102

**Clm No 78565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,000,000.00 | |
| | $1,000,000.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

---

**Samuel Iannucci, Executor of the**

Estate of Daniel J. Iannucci, Deceased

c/o Kline & Specter PC

Attn: Priscilla Jimenez

1525 Locust St.

Philadelphia, PA 19102

**Clm No 78566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,000,000.00 | |
| | $1,000,000.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2855 of 3332

| **Mary S. Horak and Thomas Horak, w/h** | **Clm No 78567** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Kline & Specter PC | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Priscilla Jimenez | | | |
| 1525 Locust St. | UNS | $1,000,000.00 | |
| Philadelphia, PA 19102 | | $1,000,000.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

| **Joseph L. DiFelice and Janet DiFelice, h/w** | **Clm No 78568** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Kline & Specter PC | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Priscilla Jimenez | | | |
| 1525 Locust St. | UNS | $1,000,000.00 | |
| Philadelphia, PA 19102 | | $1,000,000.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

| **Mary W. Craft, Executrix of the** | **Clm No 78569** | Filed In Cases: 140 | |
|---|---|---|---|
| Estate of Robert H. Craft | Class | Claim Detail Amount | Final Allowed Amount |
| c/o Kline & Specter PC | | | |
| Attn: Priscilla Jimenez | UNS | $1,000,000.00 | |
| 1525 Locust St. | | $1,000,000.00 | |
| Philadelphia, PA 19102 | | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2856 of 3332

---

**Brett Birgensmith, Executor of the**
Estate of William F. Birgensmith, Deceased
c/o Kline & Specter PC
Attn: Priscilla Jimenez
1525 Locust St.
Philadelphia, PA 19102

**Clm No 78570**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,000,000.00 | |
| | $1,000,000.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

---

**Forest C. Bolner, II, PR, E/O Forest C. Bolner**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Marian Brannock, PR, E/O Thomas B. Brannock**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78572**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2857 of 3332

---

**Elizabeth Butler, PR, E/O Rudolph Butler**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Deborah K. Class, PR, E/O Melva M. Class**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Renee A. Collins-Small, PR, E/O Robert F. Collins**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2858 of 3332

---

**E/O Ralph E. Davis**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Frederick V. Demski, Jr., PR, E/O Theresa V. Demski**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Karen Inez Schaffer, PR, E/O Wayne T. Devenny**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2859 of 3332

---

**Louis J. DiCarlo**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Roslyn Edmonds, PR, E/O Roger Edmonds, Jr.**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Mary Ellen Chisholm, PR, Lucille M. Cook, PR**
E/O John H. Foster
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78581**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2860 of 3332

---

**Joyce N. Galloway, PR, E/O Alfred Galloway**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Anna Marie Christ, PR, E/O Charles J. Hajek**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Marjorie R. Hall, PR, E/O Wilber E. Hall**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2861 of 3332

---

**Jody Leigh Holland, Next of Kin**
E/O Max R. Holland
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Donald Howell, PR, E/O Carroll D. Howell**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Robert J. Hughes**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2862 of 3332

---

**Stephen V. Kasper**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78588**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Floyd T. Martin**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Edward J. Roberts, Jr, PR, E/O Edward J. Roberts**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    2863 of 3332

---

**Scott W. Robinson, PR, E/O Jackson W. Robinson**     **Clm No 78591**     Filed In Cases: 140

c/o Law Offices of Peter G. Angelos, PC

Attn: Paul M. Matheny            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

100 N. Charles St, 22nd Fl        UNS                    Unknown

Baltimore, MD 21201

Date Filed            24-Mar-2017

Bar Date

Claim Face Value

---

**William H. Williams, PR, E/O George D. Williams**     **Clm No 78592**     Filed In Cases: 140

c/o Law Offices of Peter G. Angelos, PC

Attn: Paul M. Matheny            | Class | Claim Detail Amount | Final Allowed Amount |

100 N. Charles St, 22nd Fl        UNS                    Unknown

Baltimore, MD 21201

Date Filed            24-Mar-2017

Bar Date

Claim Face Value

---

**Thomas Allen Allred**     **Clm No 78593**     Filed In Cases: 140

c/o Keahey Law Office

Attn: G. Patterson Keahey        | Class | Claim Detail Amount | Final Allowed Amount |

One Independence Plaza, Suite 612     UNS                    Unknown

Birmingham, AL 35209

Date Filed            24-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2864 of 3332

---

| **Paul C. Smith** | **Clm No 78594** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Keahey Law Office | | | |
| Attn: G. Patterson Keahey | Class | Claim Detail Amount | Final Allowed Amount |
| One Independence Plaza, Suite 612 | UNS | Unknown | |
| Birmingham, AL 35209 | | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **Robert Goodson** | **Clm No 78595** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Keahey Law Office | | | |
| Attn: G. Patterson Keahey | Class | Claim Detail Amount | Final Allowed Amount |
| One Independence Plaza, Suite 612 | UNS | Unknown | |
| Birmingham, AL 35209 | | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **Franklin C. Renfer** | **Clm No 78596** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Keahey Law Office | | | |
| Attn: G. Patterson Keahey | Class | Claim Detail Amount | Final Allowed Amount |
| One Independence Plaza, Suite 612 | UNS | Unknown | |
| Birmingham, AL 35209 | | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2865 of 3332

| William Lawrence Smith | **Clm No 78597** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Keahey Law Office | | | |
| Attn: G. Patterson Keahey | Class | Claim Detail Amount | Final Allowed Amount |
| One Independence Plaza, Suite 612 | UNS | Unknown | |
| Birmingham, AL 35209 | | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| Henry Layton McLeod | **Clm No 78598** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Keahey Law Office | | | |
| Attn: G. Patterson Keahey | Class | Claim Detail Amount | Final Allowed Amount |
| One Independence Plaza, Suite 612 | UNS | Unknown | |
| Birmingham, AL 35209 | | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| Larry Keith Williams | **Clm No 78599** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Keahey Law Office | | | |
| Attn: G. Patterson Keahey | Class | Claim Detail Amount | Final Allowed Amount |
| One Independence Plaza, Suite 612 | UNS | Unknown | |
| Birmingham, AL 35209 | | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2866 of 3332

---

**Clarence O. James**                          **Clm No 78600**    Filed In Cases: 140
c/o Keahey Law Office
Attn: G. Patterson Keahey               Class              Claim Detail Amount       Final Allowed Amount
One Independence Plaza, Suite 612       UNS                     Unknown
Birmingham, AL 35209

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Richard Allen Brown**                       **Clm No 78601**    Filed In Cases: 140
c/o Keahey Law Office
Attn: G. Patterson Keahey               Class              Claim Detail Amount       Final Allowed Amount
One Independence Plaza, Suite 612       UNS                     Unknown
Birmingham, AL 35209

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Ella Mae Pritchett**                        **Clm No 78602**    Filed In Cases: 140
c/o Keahey Law Office
Attn: G. Patterson Keahey               Class              Claim Detail Amount       Final Allowed Amount
One Independence Plaza, Suite 612       UNS                     Unknown
Birmingham, AL 35209

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2867 of 3332

---

**Bryce Tracy**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Walter H. Smith, Jr.**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Ruby M. Williams**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2868 of 3332

---

**John H. Adamson**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78606**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Billie Bilanzich**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78607**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Donald Scott Breed**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2869 of 3332

---

**Charles Corley**                    **Clm No 78609**    Filed In Cases: 140
c/o Keahey Law Office
Attn: G. Patterson Keahey              Class              Claim Detail Amount        Final Allowed Amount
One Independence Plaza, Suite 612      UNS                    Unknown
Birmingham, AL 35209

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Colonel Samuel Kalagian**            **Clm No 78610**    Filed In Cases: 140
c/o Keahey Law Office
Attn: G. Patterson Keahey              Class              Claim Detail Amount        Final Allowed Amount
One Independence Plaza, Suite 612      UNS                    Unknown
Birmingham, AL 35209

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**William H. Kent**                    **Clm No 78611**    Filed In Cases: 140
c/o Keahey Law Office
Attn: G. Patterson Keahey              Class              Claim Detail Amount        Final Allowed Amount
One Independence Plaza, Suite 612      UNS                    Unknown
Birmingham, AL 35209

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2870 of 3332

---

**Charles McLain**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Nyle Norris**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Geraldine Romager**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2871 of 3332

---

**Howard Sortor**     **Clm No 78615**    Filed In Cases: 140

c/o Keahey Law Office

Attn: G. Patterson Keahey

One Independence Plaza, Suite 612

Birmingham, AL 35209

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Mary Standen**     **Clm No 78616**    Filed In Cases: 140

c/o Keahey Law Office

Attn: G. Patterson Keahey

One Independence Plaza, Suite 612

Birmingham, AL 35209

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Percy Thigpen**     **Clm No 78617**    Filed In Cases: 140

c/o Keahey Law Office

Attn: G. Patterson Keahey

One Independence Plaza, Suite 612

Birmingham, AL 35209

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

## *Claims Details*

2872 of 3332

---

**Clyde H. Thomas**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date  |             |
| Claim Face Value | |

---

**Lazio M. Vidak**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date  |             |
| Claim Face Value | |

---

**Emmett Wingfield**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date  |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2873 of 3332

---

**Joseph A. Anderson, Jr.**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78621**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Arvid Armstrong**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78622**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**John A. Schmitz**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78623**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2874 of 3332

---

**Raymond Farrell Barrett**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**James P. Morrison**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**Robert S. Krueger**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2875 of 3332

---

**Vernon Joseph Berga, Jr.**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78627**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Henry Collier**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78628**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**McArthur W. Brewer**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78629**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                              2876 of 3332

---

**Arthur Craig**                              **Clm No 78630**      Filed In Cases: 140
c/o Keahey Law Office
Attn: G. Patterson Keahey          Class                Claim Detail Amount        Final Allowed Amount
One Independence Plaza, Suite 612      UNS                      Unknown
Birmingham, AL 35209

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Fred Junior Cross**                         **Clm No 78631**      Filed In Cases: 140
c/o Keahey Law Office
Attn: G. Patterson Keahey          Class                Claim Detail Amount        Final Allowed Amount
One Independence Plaza, Suite 612      UNS                      Unknown
Birmingham, AL 35209

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Thomas Denton**                             **Clm No 78632**      Filed In Cases: 140
c/o Keahey Law Office
Attn: G. Patterson Keahey          Class                Claim Detail Amount        Final Allowed Amount
One Independence Plaza, Suite 612      UNS                      Unknown
Birmingham, AL 35209

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2877 of 3332

---

**Ervin Eugene Dixon**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78633**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Freeman Ervin**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78634**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Karen Masson**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78635**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2878 of 3332

---

**William Readous**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78636**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Betty R. Finch**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78637**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Paul Forsman**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78638**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**Melton Gray**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78639**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**H. Paul Johnson**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78640**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Thomas Helton**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78641**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

## *Claims Details*                                                     2880 of 3332

---

**Billy Joe Legg**                          **Clm No 78642**    Filed In Cases: 140
c/o Keahey Law Office
Attn: G. Patterson Keahey          Class          Claim Detail Amount       Final Allowed Amount
One Independence Plaza, Suite 612    UNS                      Unknown
Birmingham, AL 35209

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Owen D. Holland**                         **Clm No 78643**    Filed In Cases: 140
c/o Keahey Law Office
Attn: G. Patterson Keahey          Class          Claim Detail Amount       Final Allowed Amount
One Independence Plaza, Suite 612    UNS                      Unknown
Birmingham, AL 35209

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Larry G. Brooks**                         **Clm No 78644**    Filed In Cases: 140
c/o Keahey Law Office
Attn: G. Patterson Keahey          Class          Claim Detail Amount       Final Allowed Amount
One Independence Plaza, Suite 612    UNS                      Unknown
Birmingham, AL 35209

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

---

**Cleveland G. Kite**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William B. Levert**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78646**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Billy Alford Linville**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2882 of 3332

| **William E. Martin** | | **Clm No 78648** | Filed In Cases: 140 | |
| c/o Keahey Law Office | | | | |
| Attn: G. Patterson Keahey | | Class | Claim Detail Amount | Final Allowed Amount |
| One Independence Plaza, Suite 612 | | UNS | Unknown | |
| Birmingham, AL 35209 | | | | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

| **Don Herschel Miles** | | **Clm No 78649** | Filed In Cases: 140 | |
| c/o Keahey Law Office | | | | |
| Attn: G. Patterson Keahey | | Class | Claim Detail Amount | Final Allowed Amount |
| One Independence Plaza, Suite 612 | | UNS | Unknown | |
| Birmingham, AL 35209 | | | | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

| **Martin Truman Mitchell, Jr.** | | **Clm No 78650** | Filed In Cases: 140 | |
| c/o Keahey Law Office | | | | |
| Attn: G. Patterson Keahey | | Class | Claim Detail Amount | Final Allowed Amount |
| One Independence Plaza, Suite 612 | | UNS | Unknown | |
| Birmingham, AL 35209 | | | | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2883 of 3332

| | | |
|---|---|---|
| **Harvey Lee Montgomery** | **Clm No 78651** | Filed In Cases: 140 |
| c/o Keahey Law Office | | |
| Attn: G. Patterson Keahey | Class | Claim Detail Amount | Final Allowed Amount |
| One Independence Plaza, Suite 612 | UNS | Unknown | |
| Birmingham, AL 35209 | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| | | |
|---|---|---|
| **Reuben Morgan** | **Clm No 78652** | Filed In Cases: 140 |
| c/o Keahey Law Office | | |
| Attn: G. Patterson Keahey | Class | Claim Detail Amount | Final Allowed Amount |
| One Independence Plaza, Suite 612 | UNS | Unknown | |
| Birmingham, AL 35209 | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| | | |
|---|---|---|
| **Tobias Effler** | **Clm No 78653** | Filed In Cases: 140 |
| c/o Keahey Law Office | | |
| Attn: G. Patterson Keahey | Class | Claim Detail Amount | Final Allowed Amount |
| One Independence Plaza, Suite 612 | UNS | Unknown | |
| Birmingham, AL 35209 | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2884 of 3332

---

**Hubert Malone Sweatt**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78654**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Elbert Tracy Hale**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78655**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Carolyn Gandy**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78656**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2885 of 3332

---

**Earl Nelson Goad**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**John W. Beard**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Anthony Morrione**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2886 of 3332

| **James Landrum** | **Clm No 78660** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Keahey Law Office | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: G. Patterson Keahey | | | |
| One Independence Plaza, Suite 612 | UNS | Unknown | |
| Birmingham, AL 35209 | | | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

| **Woodrow Crump** | **Clm No 78661** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Keahey Law Office | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: G. Patterson Keahey | | | |
| One Independence Plaza, Suite 612 | UNS | Unknown | |
| Birmingham, AL 35209 | | | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

| **Wallace N. Berry** | **Clm No 78662** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Keahey Law Office | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: G. Patterson Keahey | | | |
| One Independence Plaza, Suite 612 | UNS | Unknown | |
| Birmingham, AL 35209 | | | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2887 of 3332

---

**Joe E. Miera**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Raymond E. Smith**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Gordon Teveldahl**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2888 of 3332

---

**Dawn Patterson**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Dennis Ray Peoples**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Lowell Reese**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

2889 of 3332

---

**Richard White**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Ross T. Smith**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Francia Slade**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2890 of 3332

---

**Dohn Smith**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78672**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Thomas B. Smith**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Thomas Glenn Ray**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2891 of 3332

---

**Dorvan L. Turner**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78675**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**John W. Wells**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Charles E. White**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78677**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2892 of 3332

---

| Lynn A. Wiggs | **Clm No 78678** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Keahey Law Office | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: G. Patterson Keahey | | | |
| One Independence Plaza, Suite 612 | UNS | Unknown | |
| Birmingham, AL 35209 | | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| JUDY A. GEURIN, PERSONAL REPRESENTATIVE FOR | **Clm No 78679** | Filed In Cases: 140 | |
|---|---|---|---|
| GEORGE SIMONS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| JUDY A. DEWEY, PERSONAL REPRESENTATIVE FOR | **Clm No 78680** | Filed In Cases: 140 | |
|---|---|---|---|
| MAX SCHRECKENGOST (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2893 of 3332

---

**IRENE SCOTT, PERSONAL REPRESENTATIVE FOR**

LUSTER HINES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JULIA BETH HARRIS, PERSONAL REPRESENTATIVE FOR**

JAY W. HARRIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GENEA CARTER, PERSONAL REPRESENTATIVE FOR**

CORNELL N. REED (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2894 of 3332

---

**GINENE ANTOINETTE MILLS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78684**    Filed In Cases: 140

JOSEPH DEE HILL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**DEBORAH PURNELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 78685**    Filed In Cases: 140

JOSEPH DANIEL HILL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**PAMELA DURAZO, PERSONAL REPRESENTATIVE FOR**

**Clm No 78686**    Filed In Cases: 140

AUGUST SCHMID (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2895 of 3332

---

**ROBERT CHARLES HIGHTOWER, PERSONAL REPRESENTATIVE FOR**

CHARLES HIGHTOWER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78687**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**SEUSEUIVOA TAMASOAALII, PERSONAL REPRESENTATIVE FOR**

PETER TUIMALIE TAMASOA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JEFFERY A. LIM, PERSONAL REPRESENTATIVE FOR**

RAYMOND GUTHERIDGE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                                                  2896 of 3332

---

**WILLIAM G. GURRY, PERSONAL REPRESENTATIVE FOR**

BILLY SONNER GURRY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| **Clm No 78690** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**PHILLIP DOLZADELLI, PERSONAL REPRESENTATIVE FOR**

RICHARD IRVING PEDRONI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| **Clm No 78691** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**KATHY L. JONES, PERSONAL REPRESENTATIVE FOR**

RALPH F. PYLES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| **Clm No 78692** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2897 of 3332

---

**SHRYL AVRIL, PERSONAL REPRESENTATIVE FOR**
ROBERT D. POWELL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TONY HALL, PERSONAL REPRESENTATIVE FOR**
HENRY HALL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAT GREENLEE, PERSONAL REPRESENTATIVE FOR**
HAROLD PHELPS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                            2898 of 3332

---

**SHARRON LEE LUKENS, PERSONAL REPRESENTATIVE FOR**

EUGENE FREDERICK HERRICK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78696**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**DONNA LORRAINE ROGERS, PERSONAL REPRESENTATIVE FOR**

RICHARD ROGERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78697**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**BETTYE J. LEWIS, PERSONAL REPRESENTATIVE FOR**

ALBERT LEWIS JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78698**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2899 of 3332

---

**AUNOA UIAGALELEI, PERSONAL REPRESENTATIVE FOR**

**Clm No 78699**    Filed In Cases: 140

LAFO M. UIAGALELEI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BETTY J. TAYLOR, PERSONAL REPRESENTATIVE FOR**

**Clm No 78700**    Filed In Cases: 140

J.C. BASS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARLA BURTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 78701**    Filed In Cases: 140

WILLIAM D. TURNER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**GRENNAN WHITFIELD, PERSONAL REPRESENTATIVE FOR**

**Clm No 78702**   Filed In Cases: 140

JESSE TOLES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARIA LAWSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 78703**   Filed In Cases: 140

WILLIAM E. LAWSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARY JANE WIESEMANN, PERSONAL REPRESENTATIVE FOR**

**Clm No 78704**   Filed In Cases: 140

WILLIAM J. WIESEMANN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2901 of 3332

---

**WAUNETA RAMONA VASKO, PERSONAL REPRESENTATIVE FOR**

JOHN JOSEPH VASKO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78705**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**OTILA UIAGALELEI, PERSONAL REPRESENTATIVE FOR**

PINE UIAGALELEI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78706**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BEVERLY B. MEFFERD, PERSONAL REPRESENTATIVE FOR**

KENNETH WAYNE MEFFERD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78707**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2902 of 3332

---

**PEARLINE WILLIAMS, PERSONAL REPRESENTATIVE FOR**

ROBERT J. WILLIAMS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARVIA PROCTOR, PERSONAL REPRESENTATIVE FOR**

MARVIN T. HALL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SHEREE A. OLIVER, PERSONAL REPRESENTATIVE FOR**

LAFAYETTE EDDIE OLIVER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2903 of 3332

---

| BETTY VIVADO, PERSONAL REPRESENTATIVE FOR | **Clm No 78711** | Filed In Cases: 140 | |
|---|---|---|---|
| EDWIN WARTBURG (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| EUGENE WALKER, PERSONAL REPRESENTATIVE FOR | **Clm No 78712** | Filed In Cases: 140 | |
|---|---|---|---|
| JOHNNIE WALKER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| ROBERT TIMM, PERSONAL REPRESENTATIVE FOR | **Clm No 78713** | Filed In Cases: 140 | |
|---|---|---|---|
| JOHN OTTO TIMM (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2904 of 3332

---

**BILLY OWEN RAYFORD, PERSONAL REPRESENTATIVE FOR**

OWEN RAYFORD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78714**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DOUGLAS HUMPHREY, PERSONAL REPRESENATIVE FOR**

MELVIN G. HUMPHREY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78715**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GARY ADAMS JOHNSON, PERSONAL REPRESENTATIVE FOR**

ISAIAH CHOCTAW (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78716**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                                          2905 of 3332

---

**CHRISTOPHER R. BROWN, PERSONAL REPRESENTATIVE FOR**

CHRISTOPHER BROWN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78717**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**BILL L. YANDELL, PERSONAL REPRESENTATIVE FOR**

ARTHUR LLOYD YANDELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78718**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DOROTHY MAE WILSON, PERSONAL REPRESENTATIVE FOR**

ELVIA HAYWOOD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78719**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2906 of 3332

---

**PATRICIA HASSETT, PERSONAL REPRESENTATIVE FOR**

VICTOR J. MCMAHAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78720**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JAMES GEORGE COOK, PERSONAL REPRESENTATIVE FOR**

GEORGE COOK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78721**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CELA F. COIT, PERSONAL REPRESENTATIVE FOR**

THOMAS JEFFERSON COIT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78722**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2907 of 3332

---

**JANICE EDWARDS, PERSONAL REPRESENTATIVE FOR**

THRASHLEY MARTIN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**SUSAN JANET VITTI, PERSONAL REPRESENTATIVE FOR**

DONALD ROBERT GULLION (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALAN D. FONG, PERSONAL REPRESENTATIVE FOR**

LOY FONG (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2908 of 3332

---

**JOHNNIE MAY, PERSONAL REPRESENTATIVE FOR**

**Clm No 78726**      Filed In Cases: 140

OTIS EVERETT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JANICE M. BECVAR, PERSONAL REPRESENTATIVE FOR**

**Clm No 78727**      Filed In Cases: 140

ROBERT PAUL EPPERSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CORA PETTRA DANNER, PERSONAL REPRESENTATIVE FOR**

**Clm No 78728**      Filed In Cases: 140

ALFRED WILBUR PETERSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2909 of 3332

---

| **MATTIE LEE LOVETT, PERSONAL REPRESENTATIVE FOR** | **Clm No 78729** | Filed In Cases: 140 | |
|---|---|---|---|
| JOHN LEWIS LOVETT (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **VERNITA BROWN, PERSONAL REPRESENTATIVE FOR** | **Clm No 78730** | Filed In Cases: 140 | |
|---|---|---|---|
| ALFONSE BROWN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **VENETTA V. GARDNER, PERSONAL REPRESENTATIVE FOR** | **Clm No 78731** | Filed In Cases: 140 | |
|---|---|---|---|
| OLLIE BOLDS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                        2910 of 3332

---

**MARY LOUISE BOCHINO, PERSONAL REPRESENTATIVE FOR**

LAURENCE DOMENIC BOCHINO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78732**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**DARRIE WAYNE BENNETT, PERSONAL REPRESENTATIVE FOR**

WILLIAM BENNETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78733**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**JOSEPHINE AGOSTA, PERSONAL REPRESENTATIVE FOR**

JOE AGOSTA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78734**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2911 of 3332

---

**MEREDITH LYNN GORDON, PERSONAL REPRESENTATIVE FOR**

**Clm No 78735**    Filed In Cases: 140

CLAYBORN ANDERSON ZUBER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GENIE YOUNG FRANKLIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 78736**    Filed In Cases: 140

LONNIE YOUNG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DIANNE WILLIAMS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78737**    Filed In Cases: 140

RALPH WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2912 of 3332

---

**ROBERT ALLAN WINTERS, PERSONAL REPRESENTATIVE FOR**

ROBERT NEIL WINTERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOHN RAMIREZ JR., PERSONAL REPRESENTATIVE FOR**

JOHN RAMIREZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78739**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JIMMIE LEE CROSSLAND JR., PERSONAL REPRESENTATIVE FOR**

JIMMIE LEE CROSSLAND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                      2913 of 3332

---

**THOMAS SCOTT TANNER JR., PERSONAL REPRESENTATIVE FOR**

THOMAS SCOTT TANNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78741**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HORACE DUNKLEY JR., PERSONAL REPRESENTATIVE FOR**

HORACE DUNKLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELIAS OLIVAS JR., PERSONAL REPRESENTATIVE FOR**

ELIAS L. OLIVAS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2914 of 3332

---

**WILFRED MALBREAU JR., PERSONAL REPRESENTATIVE FOR**

WILFRED MALBREAU (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MICHAEL EVERIDGE JR., PERSONAL REPRESENTATIVE FOR**

MICHAEL EVERIDGE SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CHARLES BLALOCK JR., PERSONAL REPRESENTATIVE FOR**

CHARLES BLALOCK SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2915 of 3332

---

**JAMES RAY GRESHAM JR., PERSONAL REPRESENTATIVE FOR**

JAMES RAY GRESHAM SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78747**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JESSIE JAMES DAVIS JR., PERSONAL REPRESENTATIVE FOR**

JESSIE JAMES DAVIS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78748**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN MCDOUGALL JR., PERSONAL REPRESENTATIVE FOR**

JOHN MCDOUGALL SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78749**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2916 of 3332

---

**HAROLD MILLARD JR., PERSONAL REPRESENTAIVE FOR**

**Clm No 78750**    Filed In Cases: 140

HAROLD MILLARD SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**WILLIE HART JR., PERSONAL REPRESENTATIVE FOR**

**Clm No 78751**    Filed In Cases: 140

WILLIE HART (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**VIRGUAL LUCKETT JR., PERSONAL REPRESENTATIVE FOR**

**Clm No 78752**    Filed In Cases: 140

VIRGUAL LUCKETT (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2917 of 3332

---

**ROBERT D. CARTER JR., PERSONAL REPRESENTATIVE FOR**

WOODROW CARTER SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78753**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALTON P. DURAL JR., PERSONAL REPRESENTATIVE FOR**

ALTON PAUL DURAL SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78754**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE C. MOORE JR., PERSONAL REPRESENTATIVE FOR**

GEORGE C. MOORE SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78755**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2918 of 3332

---

**FLO ANN LUCAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78756**    Filed In Cases: 140

TOMMY RAY LUCAS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**VAIMAA VAIFANUA, PERSONAL REPRESENTATIVE FOR**

**Clm No 78757**    Filed In Cases: 140

MOASEGI L. AFO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**PHYLLIS ANN EVANS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78758**    Filed In Cases: 140

CHARLES DAWES EVANS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2919 of 3332

---

**BETTY MIKELL, PERSONAL REPRESENTATIVE**

JESSIE ELLIS EL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78759**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**DEBORAH PORTER, PERSONAL REPRESENTATIVE FOR**

FLOYD EGGLESTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78760**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**LILIA E. CORPUS, PERSONAL REPRESENTATIVE FOR**

JESUS VILORIA CORPUS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78761**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2920 of 3332

---

| **WILLIAM GUNN, PERSONAL REPRESENTATIVE FOR** | **Clm No 78762** | Filed In Cases: 140 | |
|---|---|---|---|
| WADE GUNN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **DARRELL W. HARAWAY, PERSONAL REPRESENTATIVE FOR** | **Clm No 78763** | Filed In Cases: 140 | |
|---|---|---|---|
| CARLOS B. CANNON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **KATHLEEN A. MCLORG, PERSONAL REPRESENTATIVE FOR** | **Clm No 78764** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM MARTIN BRITTING (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                        2921 of 3332

---

**JULIA BOONE, PERSONAL REPRESENTATIVE FOR**       **Clm No 78765**    Filed In Cases: 140

EVERETTE RUSSELL BOONE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARY CHARLES SWASEY, PERSONAL REPRESENTATIVE FOR**       **Clm No 78766**    Filed In Cases: 140

ROY E. SWASEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BOBBIE RUTH OXNAM, PERSONAL REPRESENTATIVE FOR**       **Clm No 78767**    Filed In Cases: 140

MELVIN G. OXNAM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2922 of 3332

| ALAMEDA PUBLIC ADMINISTRATOR, PERSONAL REPRESENTATIVE FOR | **Clm No 78768** | Filed In Cases: 140 | |
|---|---|---|---|
| LOUIS MENDEZ (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| CLIMETTE MILLS, PERSONAL REPRESENTATIVE FOR | **Clm No 78769** | Filed In Cases: 140 | |
|---|---|---|---|
| KYLE RICHMOND (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| LAUREL LEE DUNLAP-OLNEY, PERSONAL REPRESENTATIVE FOR | **Clm No 78770** | Filed In Cases: 140 | |
|---|---|---|---|
| LAWRENCE MADSEN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2923 of 3332

---

**JENNY PENA BROWN, PERSONAL REPRESENTATIVE FOR**

EDGAR J. BROWN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78771**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LORRAINE MARIE YOUNT, PERSONAL REPRESENTATIVE FOR**

GERALD YOUNT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78772**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAISY LENORA DAVIS, PERSONAL REPRESENTATIVE FOR**

CHARLES WISE DAVIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78773**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2924 of 3332

---

**EMILY ELIZABETH DISRAELI, PERSONAL REPRESENTATIVE FOR**

JOHN ROBERT THRONE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TOYA A. ROSEVEARE, PERSONAL REPRESENTATIVE FOR**

STEPHEN AUBREY ROSEVEARE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LILLIAN WON, PERSONAL REPRESENTATIVE FOR**

JULIUS WON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2925 of 3332

---

**DARRYL M. WALLACE, PERSONAL REPRESENTATIVE FOR**

**Clm No 78777**    Filed In Cases: 140

LOUIS VERNON WALLACE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LUPE VARELA, PERSONAL REPRESENTATIVE FOR**

**Clm No 78778**    Filed In Cases: 140

GUSTAVO G. VARELA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MURIEL I. GUSTAVSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 78779**    Filed In Cases: 140

CARL GUSTAVSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*  3/20/2018 3:18:45 PM

*Claims Details*  2926 of 3332

---

**LOLA MCBROOM, PERSONAL REPRESENTATIVE FOR**  **Clm No 78780**  Filed In Cases: 140

BOBBIE MCBROOM (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed 23-Mar-2017
Bar Date
Claim Face Value

---

**IRIS M. MASON, PERSONAL REPRESENTATIVE FOR**  **Clm No 78781**  Filed In Cases: 140

JAMES H. MASON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed 23-Mar-2017
Bar Date
Claim Face Value

---

**SHIRLEY MOISEFF, PERSONAL REPRESENTATIVE FOR**  **Clm No 78782**  Filed In Cases: 140

NICK M. MOISEFF (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed 23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**  Visit us on the Web at www.omnimgt.com  PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**  E-mail: claimsmanager@omnimgt.com  FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2927 of 3332

---

**ANTHONY HUDDLESTON, PERSONAL REPRESENTATIVE FOR**

ROCHESTER HUDDLESTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MERIPA MIA SAIPAIA, PERSONAL REPRESENTATIVE FOR**

MITAI SAIPAIA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LAVONNE MCARTHUR, PERSONAL REPRESENTATIVE FOR**

WALTER MCARTHUR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2928 of 3332

---

| **ALAN DUNCAN HARVEY JR., PERSONAL REPRESENTATIVE FOR** | **Clm No 78786** | Filed In Cases: 140 | |
|---|---|---|---|
| ALAN DUNCAN HARVEY SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **JACK H. GIBSON JR., PERSONAL REPRESENTATIVE FOR** | **Clm No 78787** | Filed In Cases: 140 | |
|---|---|---|---|
| JACK H. GIBSON SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **RAY WELTON PERSON, JR., PERSONAL REPRESENTATIVE FOR** | **Clm No 78788** | Filed In Cases: 140 | |
|---|---|---|---|
| RAY PERSON, SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2929 of 3332

---

**MILTON C. THRASH JR., PERSONAL REPRESENTATIVE FOR**

MILTON THRASH SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78789**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**KERMIT R. PERRY JR., PERSONAL REPRESENTATIVE FOR**

KERMIT PERRY SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78790**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**FRANK SETH PALAGI JR., PERSONAL REPRESENTATIVE FOR**

FRANK SETH PALAGI SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78791**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                           2930 of 3332

---

| **EDWARD LEE MILLER JR., PERSONAL REPRESENTATIVE FOR** | **Clm No 78792** | Filed In Cases: 140 | |
|---|---|---|---|
| EDWARD LEE MILLER SR., (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

| **RUSSELL DANIEL MONROE JR., PERSONAL REPRESENTATIVE FOR** | **Clm No 78793** | Filed In Cases: 140 | |
|---|---|---|---|
| RUSSELL MONROE SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

| **HUMBERT REALINI JR., PERSONAL REPRESENTATIVE FOR** | **Clm No 78794** | Filed In Cases: 140 | |
|---|---|---|---|
| HUMBERT REALINI SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2931 of 3332

---

**STANLEY L. SOWERS JR., PERSONAL REPRESENTATIVE FOR**

**Clm No 78795**    Filed In Cases: 140

STANLEY L. SOWERS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**GEORGE SIPP JR., PERSONAL REPRESENTATIVE FOR**

**Clm No 78796**    Filed In Cases: 140

GEORGE COLLIN SIPP SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JACK CLAPP JR., PERSONAL REPRESENTATIVE FOR**

**Clm No 78797**    Filed In Cases: 140

JACK MELVIN CLAPP SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2932 of 3332

---

| ROBERT SCHNURBUSCH JR., PERSONAL REPRESENTATIVE FOR | **Clm No 78798** | Filed In Cases: 140 | |
|---|---|---|---|
| ROBERT SCHNURBUSCH SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

| ALICE LEANNE SIMAS, PERSONAL REPRESENTATIVE FOR | **Clm No 78799** | Filed In Cases: 140 | |
|---|---|---|---|
| RICHARD WAYNE SIMAS SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

| DARLENE FAAOLA, PERSONAL REPRESENTATIVE FOR | **Clm No 78800** | Filed In Cases: 140 | |
|---|---|---|---|
| LAGOFAATASI FAAOLA SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2933 of 3332

---

| ROWENA ALLEN, PERSONAL REPRESENTATIVE FOR | **Clm No 78801** | Filed In Cases: 140 | |
|---|---|---|---|
| JULIUS LEE BELL SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| BARBARA J. DUNN, PERSONAL REPRESENTATIVE FOR | **Clm No 78802** | Filed In Cases: 140 | |
|---|---|---|---|
| JAMES RICHARDSON JR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| SHAWHEEN KEOMI BRYANT, PERSONAL REPRESENTATIVE FOR | **Clm No 78803** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIE LEE BRYANT JR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2934 of 3332

---

**RAYMOND FITZHUGH, PERSONAL REPRESENTATIVE FOR**

HERMAN FITZHUGH SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MATTIE DISMUKE, PERSONAL REPRESENTATIVE FOR**

ROBERT J. DISMUKE JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JUNE K. HOOVER, PERSONAL REPRESENTATIVE FOR**

HUGH ELIASE HOOVER JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

2935 of 3332

---

**ERIC MCAFEE, PERSONAL REPRESENTATIVE FOR**

SYLVESTER MCAFEE JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SANDRA BERNARD, PERSONAL REPRESENTATIVE FOR**

SAMUEL PETER BERNARD JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LASHA SCRANTON, PERSONAL REPRESENTATIVE FOR**

WILLIAM SCRANTON SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2936 of 3332

---

**RICHARD P. LA ROCCA, PERSONAL REPRESENTATIVE FOR**

VASCO FERNANDEZ SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78810**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LAWRENCE KANE, PERSONAL REPRESENTATIVE FOR**

LAWRENCE KANE SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78811**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOE BLACK SR, PERSONAL REPRESENTATIVE FOR**

FLOYD BLACK SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78812**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2937 of 3332

---

**WARREN CURRIE, PERSONAL REPRESENTATIVE FOR**

THOMAS MCCABE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78813**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND MARTIN ACOSTA, PERSONAL REPRESENTATIVE FOR**

PETER MARTIN ACOSTA III (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78814**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LISA SUMNER, PERSONAL REPRESENTATIVE FOR**

KENNETH WAYNE SUMNER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78815**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2938 of 3332

---

**STEVEN LOUIS REESE, PERSONAL REPRESENTATIVE FOR**

RICHARD C. REESE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DELILA RUCH, PERSONAL REPRESENTATIVE FOR**

WERNER FRANK RUCH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78817**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HETTIE D. MATHIS, PERSONAL REPRESENTATIVE FOR**

HARVEY W. THURSTON SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2939 of 3332

---

**SHARON ROBERSON, PERSONAL REPRESENTATIVE FOR**                    **Clm No 78819**    Filed In Cases: 140

PERRY G. ROBERSON SR. (DECEASED)                    Class           Claim Detail Amount        Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE                                 UNS                  Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**ANN CHRISTINE POTTER, PERSONAL REPRESENTATIVE FOR**              **Clm No 78820**    Filed In Cases: 140

DONALD ROBERT SR. (DECEASED)                        Class           Claim Detail Amount        Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE                                 UNS                  Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**ELIZABETH SNYDER, PERSONAL REPRESENTATIVE FOR**                  **Clm No 78821**    Filed In Cases: 140

PETER A. VELLA SR. (DECEASED)                       Class           Claim Detail Amount        Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE                                 UNS                  Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                2940 of 3332

---

**KATRINA WILEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 78822**     Filed In Cases: 140

WILLIE WILEY SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DELOIS PARIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78823**     Filed In Cases: 140

ALPHONSO PARIS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALFRED C. RICHARDSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 78824**     Filed In Cases: 140

ALFRED JOSEPH RICHARDSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2941 of 3332

---

**GWENDOLYN MARIE AUDA-RAU, PERSONAL REPRESENTATIVE FOR**

THOMAS W. WORTH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78825**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**SHANNON LALAYNE DORTCH, PERSONAL REPRESENTATIVE FOR**

CLIFTON WILLIAMS SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78826**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BETTY YOUNG, PERSONAL REPRESENTATIVE FOR**

HUBERT BENNY MATHEWS SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78827**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2942 of 3332

---

**DENNIS HOBBS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78828**    Filed In Cases: 140

ELZIE RAYMOND HOBBS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**ANNA JEWEL WINGER, PERSONAL REPRESENTATIVE FOR**

**Clm No 78829**    Filed In Cases: 140

RICHARD WINGER JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**JANET MARIE LINDQUIST, PERSONAL REPRESENTATIVE FOR**

**Clm No 78830**    Filed In Cases: 140

RODGER LINDQUIST JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2943 of 3332

---

**SHARON NELSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 78831**    Filed In Cases: 140

VINCENT SIGUENZA JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ALICIA MUELLER, PERSONAL REPRESENTATIVE FOR**

**Clm No 78832**    Filed In Cases: 140

JOSEPH MUELLER JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CLAIR YARBROUGH, PERSONAL REPRESENTATIVE FOR**

**Clm No 78833**    Filed In Cases: 140

FRED YARBROUGH JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2944 of 3332

---

**CLOANNE THOMAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78834**    Filed In Cases: 140

ALPHA MATTHEWS JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CASEY LEIGH MENARD, PERSONAL REPRESENTATIVE FOR**

**Clm No 78835**    Filed In Cases: 140

GEORGE JOHN MENARD JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PATSY ROSS JONES, PERSONAL REPRESENTATIVE FOR**

**Clm No 78836**    Filed In Cases: 140

MARION JONES JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**GLEN JAMES, PERSONAL REPRESENTATIVE FOR**

**Clm No 78837**    Filed In Cases: 140

ALLEN JAMES JR. (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**RAYMOND CHANDLER, PERSONAL REPRESENTATIVE FOR**

**Clm No 78838**    Filed In Cases: 140

OPALEE CHANDLER JR. (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GRACE FRANKLIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 78839**    Filed In Cases: 140

RALPH FRANKLIN JR. (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2946 of 3332

---

| ENETTA N. BREW, PERSONAL REPRESENTATIVE FOR | **Clm No 78840** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM BREW JR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| AARON NGAI MCHENRY, PERSONAL REPRESENTATIVE FOR | **Clm No 78841** | Filed In Cases: 140 | |
|---|---|---|---|
| CHARLIE MCHENRY JR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| JAUNDELL MOORE, PERSONAL REPRESENTATIVE FOR | **Clm No 78842** | Filed In Cases: 140 | |
|---|---|---|---|
| HANDY MOORE JR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2947 of 3332

---

**RUTH GALLON, PERSONAL REPRESENTATIVE FOR**

JOHNNIE WILL GALLON JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CYNTHIA HOEFFER, PERSONAL REPRESENTATIVE FOR**

PHILIP HOEFFER JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SANDRA M. VELEZ, PERSONAL REPRESENTATIVE FOR**

LOUIS MEYER JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2948 of 3332

---

**JUDITH ASHWORTH, PERSONAL REPRESENTATIVE FOR**

**Clm No 78846**     Filed In Cases: 140

HENRY J. ASHWORTH JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JEANNE GARCIA, PERSONAL REPRESENTATIVE FOR**

**Clm No 78847**     Filed In Cases: 140

HILARIO GARCIA JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LORRAINE HALL, PERSONAL REPRESENTATIVE FOR**

**Clm No 78848**     Filed In Cases: 140

AUSSEY HALL JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2949 of 3332

---

**BETTY KEYES, PERSONAL REPRESENTATIVE FOR**

**Clm No 78849**    Filed In Cases: 140

ROBERT HOWARD KEYES JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**YOLANDA MARIA LUNA, PERSONAL REPRESENTATIVE FOR**

**Clm No 78850**    Filed In Cases: 140

EMILIANO LUNA JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAWN MICHELLE PHILLIPS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78851**    Filed In Cases: 140

HENRY LESTER PRICE JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2950 of 3332

---

**DERRICK LEE APPLEBY, PERSONAL REPRESENTATIVE FOR**

LLOYD BRUNSON JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78852**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RUBY VAUGHN, PERSONAL REPRESENTATIVE FOR**

CLARENCE PRATER JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78853**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**REGINA T. GRAVES, PERSONAL REPRESENTATIVE FOR**

BERNARD R. GRAVES JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78854**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**JERI L. JOHNSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 78855**      Filed In Cases: 140

JULIUS JOHNSON JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**INDIA OWENS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78856**      Filed In Cases: 140

ANDERSON BENNETT JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DIANE WILLIAMS-SCOTT, PERSONAL REPRESENTATIVE FOR**

**Clm No 78857**      Filed In Cases: 140

WILL WILLIAMS JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2952 of 3332

---

| **PATRICIA MIZSERRALTA, PERSONAL REPRESENTATIVE FOR** | **Clm No 78858** | Filed In Cases: 140 | |
|---|---|---|---|
| ALFRED B. MARTINEZ JR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **CAROL TURNER, PERSONAL REPRESENTATIVE FOR** | **Clm No 78859** | Filed In Cases: 140 | |
|---|---|---|---|
| OSSIE WHITE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **ROBERT PADGETT, PERSONAL REPRESENTATIVE FOR** | **Clm No 78860** | Filed In Cases: 140 | |
|---|---|---|---|
| OTIS PADGETT (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                          2953 of 3332

---

**ROSS GARSIDE, PERSONAL REPRESENTATIVE FOR**  **Clm No 78861**   Filed In Cases: 140

PAUL E. GARSIDE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**RUBY HURD, PERSONAL REPRESENTATIVE FOR**  **Clm No 78862**   Filed In Cases: 140

PAUL HENRY HURD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DOROTHY MOORE, PERSONAL REPRESENTATIVE FOR**  **Clm No 78863**   Filed In Cases: 140

ANDERSON MOORE JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2954 of 3332

---

**JAMES S. FLOYD, PERSONAL REPRESENTATIVE FOR**

**Clm No 78864**    Filed In Cases: 140

CLAYTON FLOYD JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WENONA HENDERSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 78865**    Filed In Cases: 140

OLIVER HENDERSON JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DOROTHY LUCAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78866**    Filed In Cases: 140

GEORGE JOHNSON LUCAS JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                     2955 of 3332

---

**CAROL FISCHER, PERSONAL REPRESENTATIVE FOR**

**Clm No 78867**     Filed In Cases: 140

WILLIAM FISCHER JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CAROLE J. ODOM, PERSONAL REPRESENTATIVE FOR**

**Clm No 78868**     Filed In Cases: 140

EUGENE DAY SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROGER KNIGHT III, PERSONAL REPRESENTATIVE FOR**

**Clm No 78869**     Filed In Cases: 140

ROGER KNIGHT JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2956 of 3332

---

**DIANE WEBER, PERSONAL REPRESENTATIVE FOR**

**Clm No 78870**   Filed In Cases: 140

ROBERT L. PEABODY (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**KENNETH ROBERT GULLION, PERSONAL REPRESENTATIVE FOR**

**Clm No 78871**   Filed In Cases: 140

KENNETH ALBERT GULLION (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**BETTY JOE CLARK, PERSONAL REPRESENTATIVE FOR**

**Clm No 78872**   Filed In Cases: 140

JOE N. GRIMES (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                    2957 of 3332

---

**LISA STANDLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 78873**      Filed In Cases: 140

PRINCE CLARK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LISA A. EZELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 78874**      Filed In Cases: 140

PAUL PETRIE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARJORIE JULIA CLEEK, PERSONAL REPRESENTATIVE FOR**

**Clm No 78875**      Filed In Cases: 140

DANLEY ROBERT CLEEK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**      E-mail: claimsmanager@omnimgt.com      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2958 of 3332

---

**TODD RIENIETS CUSTER, PERSONAL REPRESENTATIVE FOR**

**Clm No 78876**   Filed In Cases: 140

EUGENE EARL CUSTER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PATRICIA DAVIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78877**   Filed In Cases: 140

BUREL DAVIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARIE T. DEVITA, PERSONAL REPRESENTATIVE FOR**

**Clm No 78878**   Filed In Cases: 140

LEO ROY DEVITA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2959 of 3332

---

**WAYNE WESTPHAL, PERSONAL REPRESENTATIVE FOR**        **Clm No 78879**    Filed In Cases: 140

LESTER EDWARD TOBIN JR. (DECEASED)          Class          Claim Detail Amount        Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                          UNS                   Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH MATAS, PERSONAL REPRESENTATIVE FOR**        **Clm No 78880**    Filed In Cases: 140

MIKE RICHARD MATAS JR. (DECEASED)           Class          Claim Detail Amount        Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                          UNS                   Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**ERNEST WALKER, PERSONAL REPRESENTATIVE FOR**        **Clm No 78881**    Filed In Cases: 140

CARROLL WATSON JR. (DECEASED)               Class          Claim Detail Amount        Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                          UNS                   Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2960 of 3332

---

**EILEEN FOEHN, PERSONAL REPRESENTATIVE FOR**

**Clm No 78882**     Filed In Cases: 140

GEORGE DOKTOR JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**DOROTHY LOUISE BROWN, PERSONAL REPRESENTATIVE FOR**

**Clm No 78883**     Filed In Cases: 140

NATHANIEL BROWN JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ELICIA A. BIANCO, PERSONAL REPRESENTATIVE FOR**

**Clm No 78884**     Filed In Cases: 140

MARCELINO MARTINEZ JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2961 of 3332

---

**KAREN HILL, PERSONAL REPRESENTATIVE FOR**

SHERMAN DREW (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LAWRENCE LEWIS, PERSONAL REPRESENTATIVE FOR**

L.C. LEWIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CHERYL ANN VARGA, PERSONAL REPRESENTATIVE FOR**

STEPHEN VARGA JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                   2962 of 3332

---

**ELIZABETH HARRIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78888**     Filed In Cases: 140

WILLIAM HARRIS JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BRIAN EUGENE MARYMEE, PERSONAL REPRESENTATIVE FOR**

**Clm No 78889**     Filed In Cases: 140

ROBERT EUGENE MARYMEE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BETTY J. JONES, PERSONAL REPRESENTATIVE FOR**

**Clm No 78890**     Filed In Cases: 140

KENNETH D. JONES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              2963 of 3332

---

**GAIL K. DUGGER, PERSONAL REPRESENTATIVE FOR**            **Clm No 78891**   Filed In Cases: 140

ROBERT WILLIAM WILHITE (DECEASED)      Class          Claim Detail Amount        Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                    UNS                    Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LISA MICHELLE CARLTON, PERSONAL REPRESENTATIVE FOR**     **Clm No 78892**   Filed In Cases: 140

JAROLD CARLTON SR. (DECEASED)          Class          Claim Detail Amount        Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                    UNS                    Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CHRISTINE CLOUGH, PERSONAL REPRESENTATIVE FOR**          **Clm No 78893**   Filed In Cases: 140

THOMAS CLOUGH SR. (DECEASED)           Class          Claim Detail Amount        Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                    UNS                    Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2964 of 3332

---

| **JANET ANNE ELLIS, PERSONAL REPRESENTATIVE FOR** | **Clm No 78894** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM JOHN MARTIN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **CARLENE GRUIDL VOSS, PERSONAL REPRESENTATIVE FOR** | **Clm No 78895** | Filed In Cases: 140 | |
|---|---|---|---|
| JESSE CARL HARPER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **MILDRED LOUISE DAVIS, PERSONAL REPRESENTATIVE FOR** | **Clm No 78896** | Filed In Cases: 140 | |
|---|---|---|---|
| ELMER DUPREE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2965 of 3332

| KATHRYN BRANUM, PERSONAL REPRESENTATIVE FOR | **Clm No 78897** | Filed In Cases: 140 | |
|---|---|---|---|
| GUY BRANUM (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| GEORGE BENJAMIN PACKER, PERSONAL REPRESENTATIVE FOR | **Clm No 78898** | Filed In Cases: 140 | |
|---|---|---|---|
| ERNEST BLUNT (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| LINDA LAPIERRE, PERSONAL REPRESENTATIVE FOR | **Clm No 78899** | Filed In Cases: 140 | |
|---|---|---|---|
| FRANK C. AVILA (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2966 of 3332

---

**ELNORA THOMPSON, PERSONAL REPRESENTATIVE FOR**

CHARLIE PIERSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78900**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ANGELA SINGLETON, PERSONAL REPRESENTATIVE FOR**

LAMAR RAYMOND BAY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78901**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES K. JACOBSON, PERSONAL REPRESENTATIVE FOR**

JOHN CHARLES JACOBSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78902**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2967 of 3332

---

**MARY RANGEL, PERSONAL REPRESENTATIVE FOR**

SALVADOR L. RANGEL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78903**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM LEE THOMAS, PERSONAL REPRESENTATIVE FOR**

HARRY N. THOMAS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78904**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RALPH WHITE JR., PERSONAL REPRESENTATIVE FOR**

RALPH W. WHITE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78905**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2968 of 3332

---

**MATTHEW JOHNSON JR., PERSONAL REPRESENTATIVE FOR**

MATTHEW T. JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78906**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD R. ERICKSON JR., PERSONAL REPRESENTATIVE FOR**

EDWARD ERICKSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78907**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LESTER LESLIE TIMS JR., PERSONAL REPRESENTATIVE FOR**

LESTER L. TIMS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78908**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2969 of 3332

---

**CLINTON DICKSON JR., PERSONAL REPRESENTATIVE FOR**

JOHN SAMUEL GREEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH WILLIAMS JR., PERSONAL REPRESENTATIVE FOR**

KENNETH HENRY WILLIAMS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ERNEST JAMES BRYANT, PERSONAL REPRESENTATIVE FOR**

EARNEST BRYANT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2970 of 3332

---

**DONALD ROSS JR., PERSONAL REPRESENTATIVE FOR**

| | **Clm No 78912** | Filed In Cases: 140 | |
|---|---|---|---|

DONALD ROSS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**HENRY A. JOHNSON JR., PERSONAL REPRESENTATIVE FOR**

| | **Clm No 78913** | Filed In Cases: 140 | |
|---|---|---|---|

HENRY A. JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CHARLIE SMITH JR., PERSONAL REPRESENTATIVE FOR**

| | **Clm No 78914** | Filed In Cases: 140 | |
|---|---|---|---|

CHARLIE SMITH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2971 of 3332

---

**ROBERT AUSTIN MANUEL JR., PERSONAL REPRESENTATIVE FOR**

ROBERT A. MANUEL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
| Bar Date          |             |
| Claim Face Value  |             |

---

**ADAM BRITTO JR., PERSONAL REPRESENTATIVE FOR**

DONALD RALPH KAHELE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
| Bar Date          |             |
| Claim Face Value  |             |

---

**WILLIE RISPER JR., PERSONAL REPRESENTATIVE FOR**

WILLIE RISPER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
| Bar Date          |             |
| Claim Face Value  |             |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2972 of 3332

---

**JOHN SILVA JR., PERSONAL REPRESENTATIVE FOR**

**Clm No 78918**     Filed In Cases: 140

JOHN SILVA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**LINDSEY RAYBOURNE, PERSONAL REPRESENTATIVE FOR**

**Clm No 78919**     Filed In Cases: 140

JAMES RAYBOURNE, III (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**DARLENE MCCLURE, PERSONAL REPRESENTATIVE FOR**

**Clm No 78920**     Filed In Cases: 140

JAMES ROBERT MCCLURE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2973 of 3332

---

**MARTHA GLENN, PERSONAL REPRESENTATIVE FOR**

JAMES H. GLENN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**LUCILLE SOUZA, PERSONAL REPRESENTATIVE FOR**

JAMES H. SOUZA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**MARVA KING, PERSONAL REPRESENTATIVE FOR**

JAMES HOUSTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2974 of 3332

---

**MARION SPLENDID, PERSONAL REPRESENTATIVE FOR**

JAMES J. SPLENDID (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78924**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**JAMES CANNON JR., PERSONAL REPRESENTATIVE FOR**

JAMES A. CANNON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**DAVID STARK, PERSONAL REPRESENTATIVE FOR**

JAMES CLIFFORD STARK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78926**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             2975 of 3332

---

**SCOTT MORRIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78927**      Filed In Cases: 140

JAMES DONALD MORRIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JUDY GUZMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 78928**      Filed In Cases: 140

JAMES EDWARD MILLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CHARLES GONDOLA, PERSONAL REPRESENTATIVE FOR**

**Clm No 78929**      Filed In Cases: 140

JAMES P. GONDOLA SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2976 of 3332

---

| **CECELIA YOW, PERSONAL REPRESENTATIVE FOR** | **Clm No 78930** | Filed In Cases: 140 | |
|---|---|---|---|
| HARRY YOW (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed 23-Mar-2017
Bar Date
Claim Face Value

---

| **DOUGLAS LARSEN, PERSONAL REPRESENTATIVE FOR** | **Clm No 78931** | Filed In Cases: 140 | |
|---|---|---|---|
| JERRY LYNN LARSEN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed 23-Mar-2017
Bar Date
Claim Face Value

---

| **SHEILA LEE, PERSONAL REPRESENTATIVE FOR** | **Clm No 78932** | Filed In Cases: 140 | |
|---|---|---|---|
| HELEN ELVIRA FERNANDEZ (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed 23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2977 of 3332

---

**KAREN KRAMER, PERSONAL REPRESENTATIVE FOR**

**Clm No 78933**    Filed In Cases: 140

HENRY KRAMER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MINNIE SMITH, PERSONAL REPRESENTATIVE FOR**

**Clm No 78934**    Filed In Cases: 140

JAMES SMITH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**THOMAS WHITFIELD, PERSONAL REPRESENTATIVE FOR**

**Clm No 78935**    Filed In Cases: 140

JAY WHITFIELD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2978 of 3332

---

**THOMAS CRAWLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 78936**    Filed In Cases: 140

JAZELL CRAWLEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARY MARSHALL, PERSONAL REPRESENTATIVE FOR**

**Clm No 78937**    Filed In Cases: 140

JEREMIAH A. SAUNDERS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**NORA LOUGHRIDGE, PERSONAL REPRESENTATIVE FOR**

**Clm No 78938**    Filed In Cases: 140

JAMES M. LOUGHRIDGE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2979 of 3332

---

**SHARON BROWN, PERSONAL REPRESENTATIVE FOR**

HERBERT L. WHITE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78939**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CAROL DILLENDER, PERSONAL REPRESENTATIVE FOR**

HERBERT DILLENDER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78940**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BETTY YOST,  PERSONAL REPRESENTATIVE FOR**

HENRY STARK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78941**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2980 of 3332

---

**THERESE OWENS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78942**     Filed In Cases: 140

HENRY THEODORE HANSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JUELLE BOYER, PERSONAL REPRESENTATIVE FOR**

**Clm No 78943**     Filed In Cases: 140

HERMAN R. RUPKALVIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GARY YANCEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 78944**     Filed In Cases: 140

HOMER T. YANCEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2981 of 3332

---

**SHARON ROBERTS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78945**     Filed In Cases: 140

HERMAN CRAVO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--------------|-------------|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LINDA BURRAGE, PERSONAL REPRESENTATIVE FOR**

**Clm No 78946**     Filed In Cases: 140

HERMAN BURKETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--------------|-------------|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ARTRIS WISEMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 78947**     Filed In Cases: 140

HOWARD ROSEMONDIA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--------------|-------------|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2982 of 3332

---

**ROBIN PARRISH, PERSONAL REPRESENTATIVE FOR**

HOWARD KENT PARRISH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78948**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MARY GREEN, PERSONAL REPRESENTATIVE FOR**

LAFAYETTE MCFADDEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78949**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CHARLOTTE VERWORN, PERSONAL REPRESENTATIVE FOR**

LARRY JAMES VERWORN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

2983 of 3332

---

**LOUISE GRAY, PERSONAL REPRESENTATIVE FOR**
LARRY L. GRAY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DAN FIELDS, PERSONAL REPRESENTATIVE FOR**
LAWRENCE ARDEN ROSS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**SHERRY THOMAS ELLIS, PERSONAL REPRESENTATIVE FOR**
KENNETH LUCIUS THOMAS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*                                                                                              2984 of 3332

---

**RODNEY ESTES, PERSONAL REPRESENTATIVE FOR**          **Clm No 78954**    Filed In Cases: 140

JOHN ESTES JR. (DECEASED)

C/O BRAYTON PURCELL, LLP          | Class | Claim Detail Amount | Final Allowed Amount |

ATTN: CURT HENNECKE                | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOAN WHEELAN, PERSONAL REPRESENTATIVE FOR**          **Clm No 78955**    Filed In Cases: 140

JOHN FRANCIS WHEELAN JR. (DECEASED)

C/O BRAYTON PURCELL, LLP          | Class | Claim Detail Amount | Final Allowed Amount |

ATTN: CURT HENNECKE                | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**PATRICIA LEWIS, PERSONAL REPRESENTATIVE FOR**          **Clm No 78956**    Filed In Cases: 140

JOE M. LEWIS (DECEASED)

C/O BRAYTON PURCELL, LLP          | Class | Claim Detail Amount | Final Allowed Amount |

ATTN: CURT HENNECKE                | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2985 of 3332

---

**WILLIAM ROBINSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 78957**    Filed In Cases: 140

JOE ROBINSON SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DIXIE CARBAUGH, PERSONAL REPRESENTATIVE FOR**

**Clm No 78958**    Filed In Cases: 140

JOHN ALONZO CARBAUGH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LARRY BARROW, PERSONAL REPRESENTATIVE FOR**

**Clm No 78959**    Filed In Cases: 140

JOHN BARROW (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2986 of 3332

---

**MARY BLANCHARD, PERSONAL REPRESENTATIVE FOR**

**Clm No 78960**    Filed In Cases: 140

LAWRENCE BLANCHARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**SANDRA KOPECKY, PERSONAL REPRESENTATIVE FOR**

**Clm No 78961**    Filed In Cases: 140

LAWRENCE JOSEPH KOPECKY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**EDDY LEWIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 78962**    Filed In Cases: 140

JOE L. LEWIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2987 of 3332

---

**ROSIE CARTER, PERSONAL REPRESENTATIVE FOR**

JOE LOUIS CARTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78963**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JON MCCARTY, PERSONAL REPRESENTATIVE FOR**

KENNETH MCCARTY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78964**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RACHEL WASHINGTON, PERSONAL REPRESENTATIVE FOR**

L.C. GILBERT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78965**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    2988 of 3332

---

**TERRY MOSELY, PERSONAL REPRESENTATIVE FOR**           **Clm No 78966**    Filed In Cases: 140

LACY LATHON (DECEASED)                  Class          Claim Detail Amount        Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                     UNS                  Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JENNIE CLIFTON, PERSONAL REPRESENTATIVE FOR**          **Clm No 78967**    Filed In Cases: 140

LLOYD CLIFTON (DECEASED)                Class          Claim Detail Amount        Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                     UNS                  Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GERALD THORNE, PERSONAL REPRESENTATIVE FOR**          **Clm No 78968**    Filed In Cases: 140

LLOYD J. WADE (DECEASED)                Class          Claim Detail Amount        Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                     UNS                  Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2989 of 3332

---

**EILEEN KUKUCHKA, PERSONAL REPRESENTATIVE FOR**

**Clm No 78969**     Filed In Cases: 140

JOHN KUKUCHKA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOHN K. FONTENBERRY, PERSONAL REPRESENTATIVE FOR**

**Clm No 78970**     Filed In Cases: 140

JOHN L. FONTENBERRY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**SIERRA BRIANO, PERSONAL REPRESENTATIVE FOR**

**Clm No 78971**     Filed In Cases: 140

JOHN P. BRIANO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                              2990 of 3332

---

**RON CHITTOCK, PERSONAL REPRESENTATIVE**  |  **Clm No 78972**  |  Filed In Cases: 140

JACK ZANOLA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOHNNIE BUTLER, PERSONAL REPRESENTATIVE FOR**  |  **Clm No 78973**  |  Filed In Cases: 140

JOHN HAYES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARJORIE ANDERSON, PERSONAL REPRESENTATIVE FOR**  |  **Clm No 78974**  |  Filed In Cases: 140

JOHN HENRY ANDERSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2991 of 3332

---

**DIANA MULLER, PERSONAL REPRESENTATIVE FOR**

JOHN HOHSTADT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78975**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JESSIE SCHAFFER, PERSONAL REPRESENTATIVE FOR**

JOHN J. SCHAFFER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78976**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CHERYL BECKLEY, PERSONAL REPRESENTATIVE FOR**

JOHN DEAN BECKLEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78977**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2992 of 3332

---

**KRISTI SANDBERG, PERSONAL REPRESENTATIVE FOR**

JOHN ELMER WILSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LILA PETERSON, PERSONAL REPRESENTATIVE FOR**

MOYLEE PETERSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID ZITTIN, PERSONAL REPRESENTATIVE FOR**

MYER ZITTIN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2993 of 3332

---

**VIVIAN OARD, PERSONAL REPRESENTATIVE FOR**

RAYMOND K. OARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GERALDINE JONES, PERSONAL REPRESENTATIVE FOR**

RAYHEL FISHER SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT CAMPBELL, PERSONAL REPRESENTATIVE FOR**

GENE CAMPBELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2994 of 3332

---

**ANDREW PATRICK, PERSONAL REPRESENTATIVE FOR**

MILLIE NEVILLE PATRICK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78984**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**PAUL PHILLIPS JR., PERSONAL REPRESENTATIVE FOR**

PAUL PHILLIPS SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78985**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**VELMA RINEARSON, PERSONAL REPRESENTATIVE FOR**

RAY RINEARSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78986**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

2995 of 3332

---

**LAURA CERECEDES, PERSONAL REPRESENTATIVE FOR**

**Clm No 78987**    Filed In Cases: 140

RAYMOND BAKER JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ELLA THOMPSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 78988**    Filed In Cases: 140

RAYMOND BROWN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DOMINIQUE LAWRENCE, PERSONAL REPRESENTATIVE FOR**

**Clm No 78989**    Filed In Cases: 140

LEAMORL HENDERSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                2996 of 3332

---

**ESSIE HERNDON, PERSONAL REPRESENTATIVE FOR**          **Clm No 78990**      Filed In Cases: 140

LEE ERNEST HERNDON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**VERNA SMITH, PERSONAL REPRESENTATIVE FOR**          **Clm No 78991**      Filed In Cases: 140

LEIGH VERNON EVANS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**NANCY DAVIS, PERSONAL REPRESENTATIVE FOR**          **Clm No 78992**      Filed In Cases: 140

LENNARD DAVIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2997 of 3332

---

**LENNIE WATSON, PERSONAL REPRESENTATIVE FOR**

NATHANIEL DANIELS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78993**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MYRTLE EDGERELY, PERSONAL REPRESENTATIVE FOR**

NEVILLE SMITH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78994**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FANNIE SHIRED, PERSONAL REPRESENTATIVE FOR**

NODIE DEROSANS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78995**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2998 of 3332

---

**PAMELA TERCH, PERSONAL REPRESENTATIVE FOR**

LAWRENCE P. TERCH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBBIE THOMPSON, PERSONAL REPRESENTATIVE FOR**

MILTON THOMPSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DIANE MASTER, PERSONAL REPRESENTATIVE FOR**

MINERVA BUNKLEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

2999 of 3332

---

**IRENE PAULSON, PERSONAL REPRESENTATIVE FOR**

KENNETH L. PAULSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78999**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CYNTHIA JOHNS, PERSONAL REPRESENTATIVE FOR**

KENNETH LEROY JOHNS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79000**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOYCE PIGGEE, PERSONAL REPRESENTATIVE FOR**

LEONARD COLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79001**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                    3000 of 3332

---

**BELING GUILKEY, PERSONAL REPRESENTATIVE FOR**          **Clm No 79002**    Filed In Cases: 140

LEROY GRIFFIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**NOAH PEARCE, PERSONAL REPRESENTATIVE FOR**          **Clm No 79003**    Filed In Cases: 140

LILLIAN PEARCE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**BILLIE PURVEY SYKES, PERSONAL REPRESENTATIVE FOR**          **Clm No 79004**    Filed In Cases: 140

LINZLEY SYKES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3001 of 3332

---

**ALLIE HENDERSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79005**    Filed In Cases: 140

LEO AVE HENDERSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**TAMIRA JACKSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79006**    Filed In Cases: 140

LEO O. EDWARDS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RANDOLPH WALLACE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79007**    Filed In Cases: 140

LEON WALLACE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3002 of 3332

---

**THELMA HOUSTON-WHITE, PERSONAL REPRESENTATIVE FOR**

LEON WATERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79008**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MONICA HIGHBAUGH, PERSONAL REPRESENTATIVE FOR**

ISAAC LEWIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79009**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CONNIE BURKLUND, PERSONAL REPRESENTATIVE FOR**

NORBERT L. BURKLUND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79010**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3003 of 3332

---

**CAROL HARGRAVE, PERSONAL REPRESENTATIVE FOR**

JOSEPH PATRICK HARGRAVE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JUDITH YATES, PERSONAL REPRESENTATIVE FOR**

GERALD E. YATES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CATHERINE M. SULLIVAN, PERSONAL REPRESENTATIVE FOR**

PATRICK C. SULLIVAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3004 of 3332

---

**DAWN HOUBRAKEN, PERSONAL REPRESENTATIVE FOR**

DONALD R. MINER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79014**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LORILYN GAYLE BUCKINGHAM, PERSONAL REPRESENTATIVE FOR**

OTTO M. HENKEL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79015**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KIMBERLY DAVIS, PERSONAL REPRESENTATIVE FOR**

CLAYTIS JAMES JACKSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79016**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/20/2018 3:18:45 PM

*Claims Details*                                                                      3005 of 3332

---

**JAMIE TUTTLE, PERSONAL REPRESENTATIVE FOR**    **Clm No 79017**    Filed In Cases: 140

ALFRED JOSEPH TODAK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLIFFORD DEWAYNE TATE, PERSONAL REPRESENTATIVE FOR**    **Clm No 79018**    Filed In Cases: 140

ELMORE WALKER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL DUNNIVAN, PERSONAL REPRESENTATIVE FOR**    **Clm No 79019**    Filed In Cases: 140

JAMES DUNNIVAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**PATRICIA ANN YEAGER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79020**    Filed In Cases: 140

RICHARD YEAGER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARSHA RAE BENGTSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79021**    Filed In Cases: 140

DOROTHY CARLISLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**TIM ANDERSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79022**    Filed In Cases: 140

GERALD W. PAULK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3007 of 3332

---

**SUE CAROL POOLE, PERSONAL REPRESENTATIVE FOR**

CARL G. POOLE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79023**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JOHN D. ROGERS, PERSONAL REPRESENTATIVE FOR**

LAWRENCE KENNETH ROGERS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79024**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DIANA LEWIS, PERSONAL REPRESENTATIVE FOR**

GREGORY MOORE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79025**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3008 of 3332

---

**ANNAH MAE KREPS, PERSONAL REPRESENTATIVE FOR**

DONALD KREPS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79026**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LISA ANNE PRUETT, PERSONAL REPRESENTATIVE FOR**

LAROLD GENE PRUETT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79027**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAWN TINA RUSSO, PERSONAL REPRESENTATIVE FOR**

PAUL T. BUZARD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79028**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3009 of 3332

---

**THEODORE A. O'DELL, PERSONAL REPRESENTATIVE FOR**

ALYS LASZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KERRY ANN SCOPINICH, PERSONAL REPRESENTATIVE FOR**

LEO LUKE SCOPINICH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**TAYLOR VANDEN BROEK, PERSONAL REPRESENTATIVE FOR**

DOUGLAS VANDEN BROEK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3010 of 3332

---

**MAXINE MASTERS, PERSONAL REPRESENTATIVE FOR**

| | | **Clm No 79032** | Filed In Cases: 140 |

ZEDDIE W. MASTERS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT EARL ROBBINS, PERSONAL REPRESENTATIVE FOR**

| | | **Clm No 79033** | Filed In Cases: 140 |

JACK ROBBINS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SHERI WESLYN TALBURT, PERSONAL REPRESENTATIVE FOR**

| | | **Clm No 79034** | Filed In Cases: 140 |

JOHN DEVORE REYNOLDS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3011 of 3332

---

| **JAMES HOWARD PYE, III, PERSONAL REPRESENTATIVE FOR** | **Clm No 79035** | Filed In Cases: 140 | |
|---|---|---|---|
| JAMES HOWARD PYE JR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **TROY ST. MARY, PERSONAL REPRESENTATIVE FOR** | **Clm No 79036** | Filed In Cases: 140 | |
|---|---|---|---|
| ARSENE ST. MARY JR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **LINDA MARIE GUTIERREZ, PERSONAL REPRESENTATIVE FOR** | **Clm No 79037** | Filed In Cases: 140 | |
|---|---|---|---|
| BRUNO GUARNELO JR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3012 of 3332

---

**HOLLY COLLEEN KELLY, PERSONAL REPRESENTATIVE FOR**

ANTHONY DUDICK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79038**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JEFF QUENTMEYER, PERSONAL REPRESENTATIVE FOR**

ROGER FIELDS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD MACLEAN, PERSONAL REPRESENTATIVE FOR**

RODERICK J. MACLEAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3013 of 3332

---

**GREGORY AHERN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79041**     Filed In Cases: 140

WELLESLEY A. MCLAUGHLIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**ANDERSON GIBBS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79042**     Filed In Cases: 140

SYLVESTER NORWOOD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**CAROL LOMBARDI, PERSONAL REPRESENTATIVE FOR**

**Clm No 79043**     Filed In Cases: 140

WARREN NICHOL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3014 of 3332

---

**ROBERT PETTIS SR., PERSONAL REPRESENTATIVE FOR**

WILLIAM PETTIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79044**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JANET LOUIS DOMENICO, PERSONAL REPRESENTATIVE FOR**

JACK R. NOE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79045**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD K. MURRAY, PERSONAL REPRESENTATIVE FOR**

FRANCIS S. MURRAY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79046**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3015 of 3332

---

**LISA M. ESPOSITO, PERSONAL REPRESENTATIVE FOR**

GEORGE PERRY ROGERS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79047**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAMELA WILEY, PERSONAL REPRESENTATIVE FOR**

CHARLES EUGENE FOUTY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79048**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LISA PRICE, PERSONAL REPRESENTATIVE FOR**

DOMINIC A. LUCCHESI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79049**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

3016 of 3332

---

**ANGELA BATIESTE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79050**   Filed In Cases: 140

JOSEPH L. BATIESTE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TONA L. PRINCE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79051**   Filed In Cases: 140

MARLIN J. PRINCE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HOWARD SILVA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79052**   Filed In Cases: 140

ROBERT L. SILVA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3017 of 3332

---

**SHIRLEY BLAIR, PERSONAL REPRESENTATIVE FOR**

CLEO BLAIR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79053**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CONCHITA BALUNSAT, PERSONAL REPRESENTATIVE FOR**

RUDOLFO P. BALUNSAT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79054**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN A. ZONFRELLO, PERSONAL REPRESENTATIVE FOR**

ERCOLE ZONFRELLO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79055**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                           3018 of 3332

---

**GARY AGENS, PERSONAL REPRESENTATIVE FOR** | **Clm No 79056** | Filed In Cases: 140

GARY LOY AGENS (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE | UNS | Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BRIAN W. CHINN, PERSONAL REPRESENTATIVE FOR** | **Clm No 79057** | Filed In Cases: 140

ALBERT CHINN (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE | UNS | Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MAXINE NELSON, PERSONAL REPRESENTATIVE FOR** | **Clm No 79058** | Filed In Cases: 140

BERNARD CAPMAN LAMB (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE | UNS | Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                3019 of 3332

---

**LINDA BOWLES, PERSONAL REPRESENTATIVE FOR**

**Clm No 79059**    Filed In Cases: 140

JULIO CANGA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DAVID MICHAEL JOHNSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79060**    Filed In Cases: 140

IRBY D. JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**HAYLEY LYNN SALAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79061**    Filed In Cases: 140

FRED J. MURRAY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3020 of 3332

---

**MARCILE THOMAS, PERSONAL REPRESENTATIVE FOR**

WOODROW W. DUNKLEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES WILLIAM PRESS, PERSONAL REPRESENTATIVE FOR**

ROBERT JAMES PRESS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLENE SKINNER, PERSONAL REPRESENTATIVE FOR**

LEE ROY LANCE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3021 of 3332

---

**CYNTHIA MARTIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79065**    Filed In Cases: 140

JOHN C. MCGUFFICK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DENISE THOMPSON , PERSONAL REPRESENTATIVE FOR**

**Clm No 79066**    Filed In Cases: 140

WILLARD E. TREFREN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LOIS BUNTE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79067**    Filed In Cases: 140

JOSEPH D. PETITTI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

3022 of 3332

---

**JUSTIN AUSTIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79068**     Filed In Cases: 140

LUTHER J. AUSTIN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GREGORY KORINTHIAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79069**     Filed In Cases: 140

SPIRO KORINTHIAS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**VELL WILLIAMS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79070**     Filed In Cases: 140

JOHN LEWIS CASON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              3023 of 3332

---

| **BARBARA JEANNE PEDRO, PERSONAL REPRESENTATIVE FOR** | **Clm No 79071** | Filed In Cases: 140 | |
|---|---|---|---|
| EDMOND CLARK PEDRO (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **MARY ANN VAN FLEET, PERSONAL REPRESENTATIVE FOR** | **Clm No 79072** | Filed In Cases: 140 | |
|---|---|---|---|
| LOUIE KERMIT HULSEY (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **DONNA VAY GRAHN, PERSONAL REPRESENTATIVE FOR** | **Clm No 79073** | Filed In Cases: 140 | |
|---|---|---|---|
| ROBERT VICTOR GRAHN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3024 of 3332

---

| ROSE NEAL, PERSONAL REPRESENTATIVE FOR | **Clm No 79074** | Filed In Cases: 140 | |
|---|---|---|---|
| JUANITA MANUEL (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| ERLINDA M. GONZALES, PERSONAL REPRESENTATIVE FOR | **Clm No 79075** | Filed In Cases: 140 | |
|---|---|---|---|
| FELIX PASCUAL MARCOS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| GWENDOLYN MARJORIE FIKES, PERSONAL REPRESENTATIVE FOR | **Clm No 79076** | Filed In Cases: 140 | |
|---|---|---|---|
| DEWITT FIKES (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3025 of 3332

---

**CONSONDRA LEE WISDOM, PERSONAL REPRESENTATIVE FOR**

**Clm No 79077**    Filed In Cases: 140

JERRY WISDOM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**EWELL RIDEAU, PERSONAL REPRESENTATIVE FOR**

**Clm No 79078**    Filed In Cases: 140

BURLEIGH EUGENE RIDEAU (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARION COLEMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79079**    Filed In Cases: 140

ROBERT RALPH WILLS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3026 of 3332

---

**LAURIE HANSEN, PERSONAL REPRESENTATIVE FOR**

<span style="color:blue">**Clm No 79080**</span>    Filed In Cases: 140

ROBERT PETER HANSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DENNIE JAMES MILLER, PERSONAL REPRESENTATIVE FOR**

<span style="color:blue">**Clm No 79081**</span>    Filed In Cases: 140

KENNETH SYLVESTER MILLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**EILEEN LOUISE HOWARD, PERSONAL REPRESENTATIVE FOR**

<span style="color:blue">**Clm No 79082**</span>    Filed In Cases: 140

CHARLES MORRIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3027 of 3332

---

**THELMA FERGUSON, PERSONAL REPRESENTATIVE FOR**

ALFRED FERGUSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79083**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**REGINALD D. FOSTER, PERSONAL REPRESENTATIVE FOR**

WILLIAM FOSTER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79084**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SUSAN SOMPS, PERSONAL REPRESENTATIVE FOR**

GALAN E. STEGEMAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79085**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3028 of 3332

---

**DENISE R. BARNARD, PERSONAL REPRESENTATIVE FOR**

LOWELL EARP (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HELENE HUNTER, PERSONAL REPRESENTATIVE FOR**

GEORGE HUNTER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA KALIS, PERSONAL REPRESENTATIVE FOR**

THANO KALIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3029 of 3332

---

**LILLY ROJAS, PERSONAL REPRESENTATIVE FOR**

RICHARD JOSEPH ROJAS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79089**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**GREGORY MURRELL, PERSONAL REPRESENTATIVE FOR**

RACHAEL CALDERON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79090**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DEE DEE MILLAGE, PERSONAL REPRESENTATIVE FOR**

WILLIAM ANDREW SIMMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79091**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3030 of 3332

---

**ELAINE FORSYTHE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79092**      Filed In Cases: 140

ROY E. FORSYTHE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MELDA E. PROST, PERSONAL REPRESENTATIVE FOR**

**Clm No 79093**      Filed In Cases: 140

KENNETH KESTERSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PHYLLIS THOMAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79094**      Filed In Cases: 140

MONROE KELLY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3031 of 3332

---

**DOROTHY GRAHAM, PERSONAL REPRESENTATIVE FOR**

IRVIN GRAHAM (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79095**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PIMA COUNTY PUBLIC FIDUCIARY, PERSONAL REPRESENTATIVE FOR**

DONALD C. KING (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79096**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH A. CORMIER, PERSONAL REPRESENTATIVE FOR**

ALBERT ROYAL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79097**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3032 of 3332

---

**POLLY B. ARZAGA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79098**   Filed In Cases: 140

QUIRINO ARZAGA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WADE ELLIOTT ROWLAND, PERSONAL REPRESENTATIVE FOR**

**Clm No 79099**   Filed In Cases: 140

CHARLES LEE ROWLAND (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MICHELE FELIX, PERSONAL REPRESENTATIVE FOR**

**Clm No 79100**   Filed In Cases: 140

RAYMOND J. FELIX (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

3033 of 3332

---

**DEVIN RABUN, PERSONAL REPRESENTATIVE FOR**

WILLIE RABUN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KELLY ELAINE SHANLEY, PERSONAL REPRESENTATIVE FOR**

DAVID CONNALLY BURTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KIMBRA GOTTSCHALL, PERSONAL REPRESENTATIVE FOR**

ROBERT DALE GOTTSCHALL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

3034 of 3332

---

**LAWRENCE RIGGINS, PERSONAL REPRESENTATIVE FOR**

JAMES CALVIN RIGGINS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79104**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALICE KING, PERSONAL REPRESENTATIVE FOR**

GEORGE WILLIAM TURNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79105**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CATHERINE BRUMFIELD, PERSONAL REPRESENTATIVE FOR**

MILTON BRUMFIELD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79106**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3035 of 3332

---

**JENNIE B. DANOFF, PERSONAL REPRESENTATIVE FOR**

**Clm No 79107**    Filed In Cases: 140

JOHN DANOFF (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TRUDA LEE SINGLETON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79108**    Filed In Cases: 140

WALLACE SINGLETON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LISA ELIZABETH LUNA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79109**    Filed In Cases: 140

LYLE EUGENE SWAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                  3036 of 3332

---

| MISTY DAWN LONG, PERSONAL REPRESENTATIVE FOR | **Clm No 79110** | Filed In Cases: 140 | |
|---|---|---|---|
| RYDAL L.C. PRILLIMAN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

| MARK WAYNE SHALL, PERSONAL REPRESENTATIVE FOR | **Clm No 79111** | Filed In Cases: 140 | |
|---|---|---|---|
| CHARLES RAYMOND SHALL (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

| BARBARA TEODORA USEY, PERSONAL REPRESENTATIVE FOR | **Clm No 79112** | Filed In Cases: 140 | |
|---|---|---|---|
| JAMES JOSEPH USEY (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*                                                                3037 of 3332

---

**DIANNA LEE CARDWELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79113**    Filed In Cases: 140

ALLAN OLIVER CARDWELL (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**KARI MARTINEZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 79114**    Filed In Cases: 140

JAMES DONALD RUFFENACH (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PHYLLIS STREET, PERSONAL REPRESENTATIVE FOR**

**Clm No 79115**    Filed In Cases: 140

JIMMY ROBERT STREET (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3038 of 3332

---

**JANET DORENE COYLE, PERSONAL REPRESENTATIVE FOR**

RICHARD LEONARD COYLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79116**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**SCARLETT VELERIA YOCKEY, PERSONAL REPRESENTATIVE FOR**

CHARLES JERRY YOCKEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79117**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RALPH M. MEYER, PERSONAL REPRESENTATIVE FOR**

WILHELM HERMAN MEYER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79118**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3039 of 3332

---

**DOMINGA C. RODRIGUEZ, PERSONAL REPRESENTATIVE FOR**

PEDRO SALAZAR RODRIGUEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LISA ANN CASTILLO, PERSONAL REPRESENTATIVE FOR**

ABRAHAM CASTILLO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JIM CARL BENNETT, PERSONAL REPRESENTATIVE FOR**

CARL LOUIS BENNETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                    3040 of 3332

---

**CELESTINE C. BENNETT, PERSONAL REPRESENTATIVE FOR**

**Clm No 79122**    Filed In Cases: 140

HENRY BENNETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROGER DUANE DOIG, PERSONAL REPRESENTATIVE FOR**

**Clm No 79123**    Filed In Cases: 140

JAMES DUANE DOIG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CINDY ELENA LINDLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79124**    Filed In Cases: 140

GLORIA MAY STENT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3041 of 3332

---

**JANICE MURPHY CLARK, PERSONAL REPRESENTATIVE FOR**

JOHN MICHAEL MURPHY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79125**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MARY ELIZABETH COLMAN, PERSONAL REPRESENTATIVE FOR**

RAYMOND JOSEPH COLMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JEFFREY VANDERYACHT, PERSONAL REPRESENTATIVE FOR**

CHARLES VANDERYACHT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79127**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**TIMOTHY JOSEPH SANCHEZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 79128**   Filed In Cases: 140

GILBERT CANUTO SANCHEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JANET ROBERTS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79129**   Filed In Cases: 140

GEORGE THOMAS HAGAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**THOMAS NYLUND, PERSONAL REPRESENTATIVE FOR**

**Clm No 79130**   Filed In Cases: 140

GIDEON NELS NYLUND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3043 of 3332

---

**SUSAN KOLER, PERSONAL REPRESENTATIVE FOR**

GLENN DOUGLAS SCHULZ (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARTHA WALDO, PERSONAL REPRESENTATIVE FOR**

GORDON ALLEN WALDO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DONALD HALEY, PERSONAL REPRESENTATIVE FOR**

GEORGE HALEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3044 of 3332

---

**RODNEY LANDRETH, PERSONAL REPRESENTATIVE FOR**

GEORGE JOSEPH SWARS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79134**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LILLIAN BERTNICK, PERSONAL REPRESENTATIVE FOR**

GEORGE M. BERTNICK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79135**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SANDRA RAYFORD, PERSONAL REPRESENTATIVE FOR**

GEORGE RAYFORD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79136**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3045 of 3332

---

**SANDRA CLIFTON, PERSONAL REPRESENTATIVE FOR**

HARMON GENE CLIFTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JULIA BRETT, PERSONAL REPRESENTATIVE FOR**

HAROLD BRETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BRANDON STANLEY, PERSONAL REPRESENTATIVE FOR**

HARRY STANLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3046 of 3332

---

**MICHAEL A. ORNELLAS, PERSONAL REPRESENTATIVE FOR**

IRVIN FEIGELMAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79140**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARILYN PERRY, PERSONAL REPRESENTATIVE FOR**

JOSEPH DUTRA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79141**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DOROTHY J. RANCIFER, PERSONAL REPRESENTATIVE FOR**

WILLIE B. DAVIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79142**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3047 of 3332

---

**EDWINA LANDON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79143**       Filed In Cases: 140

HAROLD C. LANDON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SARA BARNES, PERSONAL REPRESENTATIVE FOR**

**Clm No 79144**       Filed In Cases: 140

HAROLD G. BARNES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SANDRA ROTSCHY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79145**       Filed In Cases: 140

HAROLD HAM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3048 of 3332

---

**DOROTHY HALL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79146**   Filed In Cases: 140

HARRY L. HALL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LOUELLA GRIFFIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79147**   Filed In Cases: 140

GRAY GRIFFIN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KAREN TAYLOR, PERSONAL REPRESENTATIVE FOR**

**Clm No 79148**   Filed In Cases: 140

GUY TAYLOR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3049 of 3332

---

**HOWARD FLECK JR., PERSONAL REPRESENTATIVE FOR**

HOWARD EUGENE FLECK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**DAVID ANEURIN-RHYDDERCH ROBERTS IV**

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CYRILLE WATERMAN JR., PERSONAL REPRESENTATIVE FOR**

CYRILLE WATERMAN SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79151**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3050 of 3332

---

**MARGARET WOODS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79152**     Filed In Cases: 140

ACIE G. WOODS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**MARIANN GWINN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79153**     Filed In Cases: 140

GENO ROCCO DRAGA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**ALTON VAN AUSDAL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79154**     Filed In Cases: 140

IRA VAN AUSDAL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3051 of 3332

---

**PEGGY SINGLETON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79155**    Filed In Cases: 140

ISSAC SINGLETON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARMAIN JONES-FINCHER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79156**    Filed In Cases: 140

J.C. JONES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TWILIA FOGARTY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79157**    Filed In Cases: 140

JACK FOGARTY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3052 of 3332

---

**ANNA MORALES, PERSONAL REPRESENTATIVE FOR**

**Clm No 79158**      Filed In Cases: 140

HORACIO MORALES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DOROTHY KILLINGSWORTH, PERSONAL REPRESENTATIVE FOR**

**Clm No 79159**      Filed In Cases: 140

WALFORD TUCKER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DOMINIC RODRIGUEZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 79160**      Filed In Cases: 140

DONALD M. RODRIGUEZ (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3053 of 3332

---

**KAROL VALLERGA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79161**    Filed In Cases: 140

PETER JOHN VALLERGA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RHONDA K. LAMB, PERSONAL REPRESENTATIVE FOR**

**Clm No 79162**    Filed In Cases: 140

JAY W. BURKS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALICIA N. CANTAVELLA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79163**    Filed In Cases: 140

JOHN JOSEPH BAUM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3054 of 3332

---

**ANNELYN RACHLEY, PERSONAL REPRESENTATIVE FOR**

JERRY RACKLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOIS M. ROCHA, PERSONAL REPRESENTATIVE FOR**

ISAAC VIEGAS ROCHA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79165**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RODNEY DICKENS, PERSONAL REPRESENTATIVE FOR**

RODERICK HARVEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3055 of 3332

---

**IVERNA KATHRYN DICK, PERSONAL REPRESENTATIVE FOR**

DONALD LOUIS DICK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MAYOLA M. LONG, PERSONAL REPRESENTATIVE FOR**

CLARENCE B. WELLS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN MILLER, PERSONAL REPRESENTATIVE FOR**

ANGELO J. ARENA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    3056 of 3332

---

| **GRACE JERNIGAN, PERSONAL REPRESENTATIVE FOR** | **Clm No 79170** | Filed In Cases: 140 | |
|---|---|---|---|
| JAMES JERNIGAN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **STEVEN SIMPSON, PERSONAL REPRESENTATIVE FOR** | **Clm No 79171** | Filed In Cases: 140 | |
|---|---|---|---|
| DOUGLAS EUGENE SIMPSON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **GILBERT LEE MORRIS, PERSONAL REPRESENTATIVE FOR** | **Clm No 79172** | Filed In Cases: 140 | |
|---|---|---|---|
| NAOMI ROSE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3057 of 3332

---

| THERESA WEISZ, PERSONAL REPRESENTATIVE FOR | **Clm No 79173** | Filed In Cases: 140 | |
|---|---|---|---|
| PETER WEISZ (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| DOLLY M. GREEN, PERSONAL REPRESENTATIVE FOR | **Clm No 79174** | Filed In Cases: 140 | |
|---|---|---|---|
| ALBERT THOMAS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| FREMA FAY BYRD, PERSONAL REPRESENTATIVE FOR | **Clm No 79175** | Filed In Cases: 140 | |
|---|---|---|---|
| LEON REALFORD ROOKER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3058 of 3332

---

**PHYLLIS KANE, PERSONAL REPRESENTATIVE FOR**

ELDON KANE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DEBORAH THERESA LEWIS, PERSONAL REPRESENTATIVE FOR**

WALTER LEWIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELSIE STALLINGS, PERSONAL REPRESENTATIVE FOR**

MELVIN STALLINGS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3059 of 3332

---

**NAPOLEAN V. PARAGAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79179**    Filed In Cases: 140

JUAN PARAGAS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**EMMA JACKSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79180**    Filed In Cases: 140

ORA JACKSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**FRANCES M. HENDERSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79181**    Filed In Cases: 140

FRANK LEONARD MCNALLY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3060 of 3332

---

**LAURA JACKSON, PERSONAL REPRESENTATIVE FOR**

| | **Clm No 79182** | Filed In Cases: 140 | |

CHARLIE JACKSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARCIA ANN SINGLETON, PERSONAL REPRESENTATIVE FOR**

| | **Clm No 79183** | Filed In Cases: 140 | |

EUGENE E. BOYD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARY JOHNSON, PERSONAL REPRESENTATIVE FOR**

| | **Clm No 79184** | Filed In Cases: 140 | |

HAROLD JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                     3061 of 3332

---

**LENETTE RUSSELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79185**     Filed In Cases: 140

JOSEPH LOUIS HAMPTON (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

| UNS | Unknown | |
|-----|---------|---|

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CALVIN L. MAHANEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79186**     Filed In Cases: 140

LYNN MAHANEY (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

| UNS | Unknown | |
|-----|---------|---|

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARY C. SANDERS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79187**     Filed In Cases: 140

JOHN E. WALLACE (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

| UNS | Unknown | |
|-----|---------|---|

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3062 of 3332

---

**CRAIG RUSSELL, PERSONAL REPRESENTATIVE FOR**

STANLEY RUSSELL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CAROLINE HOFFMAN, PERSONAL REPRESENTATIVE FOR**

HERMAN HOFFMAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DELIA RODRIGUEZ, PERSONAL REPRESENTATIVE FOR**

RUDOLPH ERADIA GONZALES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3063 of 3332

---

**DONNA REE BUSBY, PERSONAL REPRESENTATIVE FOR**

ROBERT DALE RADNEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79191**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CANDACE A. LEWIS, PERSONAL REPRESENTATIVE FOR**

DONALD C. HANSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79192**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KIMBERLY FRANCIS, PERSONAL REPRESENTATIVE FOR**

GETTICE HOLLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79193**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3064 of 3332

---

**BARBARA ANN WIGGINS, PERSONAL REPRESENTATIVE FOR**

OSCAR K. WIGGINS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JEFFREY MACK, PERSONAL REPRESENTATIVE FOR**

BRUCE ALDOY RICHARDSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**RICHARD PONSETI SR., PERSONAL REPRESENTATIVE FOR**

JOHN CLARK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3065 of 3332

---

**KATIE LIGGINS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79197**    Filed In Cases: 140

JACK E. LIGGINS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD DOVICHI, PERSONAL REPRESENTATIVE FOR**

**Clm No 79198**    Filed In Cases: 140

UBALDO DOVICHI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WYLMA JEAN MORLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79199**    Filed In Cases: 140

HAROLD ANDREW MORLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3066 of 3332

---

**VALERIE WALLACE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79200**   Filed In Cases: 140

TIMOTHY ERNEST CARTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SYLVIA CARRIE HAGGART, PERSONAL REPRESENTATIVE FOR**

**Clm No 79201**   Filed In Cases: 140

RICHARD RAY HAGGART (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KEITH L. MEYER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79202**   Filed In Cases: 140

WILLIAM SLATTER MEYER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3067 of 3332

---

**KIMBERLY GRANT, PERSONAL REPRESENTATIVE FOR**

ALVIN K. WIRICK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79203**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**QUEEN ESTHER COLEMAN, PERSONAL REPRESENTATIVE FOR**

JAMES P. COLEMAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79204**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARK A. MYERS, PERSONAL REPRESENTATIVE FOR**

ROBERT ORVAL MYERS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79205**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

3068 of 3332

---

**CLYDE FRANCKE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79206**    Filed In Cases: 140

RAYMOND JOE GILREATH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JUDITH ELLEN GILFORD, PERSONAL REPRESENTATIVE FOR**

**Clm No 79207**    Filed In Cases: 140

VARTKES KILITZIAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES EDGAR FANNIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79208**    Filed In Cases: 140

HAROLD EMORY FANNIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3069 of 3332

---

**BARBARA MASON HAMPTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79209**    Filed In Cases: 140

WILLIE B. GREGORY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CHARLES JOHNSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79210**    Filed In Cases: 140

HUGH JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LAURA A. STIEGER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79211**    Filed In Cases: 140

PAUL L. STIEGER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3070 of 3332

---

**JUDITH SUSAN SUDDERTH, PERSONAL REPRESENTATIVE FOR**

ROBERT ELLSWORTH JENKIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARIE M. MUSTRA, PERSONAL REPRESENTATIVE FOR**

ELI MUSTRA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DONNA REES, PERSONAL REPRESENTATIVE FOR**

RICHARD S. KOZLOW (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3071 of 3332

---

**DORA JEWEL SMITH, PERSONAL REPRESENTATIVE FOR**

**Clm No 79215**    Filed In Cases: 140

ROSCOE TOWNSEND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EMILY SUSAN BLY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79216**    Filed In Cases: 140

ROY JOSEPH BROWN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FLORA HILBURN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79217**    Filed In Cases: 140

LANDERS A. HILBURN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3072 of 3332

---

**BARBARA MERRIDA, PERSONAL REPRESENTATIVE FOR**

U.T. HILL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CORAZON CRAIG CORTNEY, PERSONAL REPRESENTATIVE FOR**

ROBERT F. CRAIG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MYRTLE SMITH, PERSONAL REPRESENTATIVE FOR**

CHARLES R. SMITH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3073 of 3332

---

**CAROL ALMA GRAVES, PERSONAL REPRESENTATIVE FOR**

HAROLD JAMES DENNIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79221**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DORIS GRABSKI, PERSONAL REPRESENTATIVE FOR**

ADDIS COATS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79222**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ANN MCKAY BOULWARE, PERSONAL REPRESENTATIVE FOR**

WILLIAM NICHOLLS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79223**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3074 of 3332

---

**YVONNE BALL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79224**    Filed In Cases: 140

CARL BURLESON GREGSBY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**HENRY L. CRAWFORD, PERSONAL REPRESENTATIVE FOR**

**Clm No 79225**    Filed In Cases: 140

BURNIS PIERSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**DORIS COLLINS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79226**    Filed In Cases: 140

JOHN COLLINS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3075 of 3332

---

**LACENE WILLIAMS, PERSONAL REPRESENTATIVE FOR**

REGINALD BRUCE WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARY JANE TALORDA, PERSONAL REPRESENTATIVE FOR**

ARTURO HERNANDEZ TALORDA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MICHELLE CHAVEZ, PERSONAL REPRESENTATIVE FOR**

MANUEL CHAVEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3076 of 3332

---

**IMA JEAN GRAY, PERSONAL REPRESENTATIVE FOR**

CALVIN A. GRAY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ROSA RAMIREZ, PERSONAL REPRESENTATIVE FOR**

ATANACIO A. RAMIREZ (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**RICHARD LYNN NILSEN, PERSONAL REPRESENTATIVE FOR**

ARTHUR ALBINE NILSEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3077 of 3332

---

**DONNA HEDGES, PERSONAL REPRESENTATIVE FOR**

**Clm No 79233**     Filed In Cases: 140

LEONARD WILLIAM HEDGES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VIRGINIA ESPOSITO, PERSONAL REPRESENTATIVE FOR**

**Clm No 79234**     Filed In Cases: 140

SAM G. ESPOSITO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GREGORY JOHN RADONICH, PERSONAL REPRESENTATIVE FOR**

**Clm No 79235**     Filed In Cases: 140

JOHN D. RADONICH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 3:18:45 PM

*Claims Details*                                                    3078 of 3332

---

**JAMES SAVAGE, PERSONAL REPRESENTATIVE FOR**          **Clm No 79236**   Filed In Cases: 140

DENNIS SAVAGE (DECEASED)

C/O BRAYTON PURCELL, LLP          Class          Claim Detail Amount          Final Allowed Amount

ATTN: BRYN G. LETSCH          UNS                   Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**REYNALDA TOUNZEN, PERSONAL REPRESENTATIVE FOR**          **Clm No 79237**   Filed In Cases: 140

EDGAR TOUNZEN (DECEASED)

C/O BRAYTON PURCELL, LLP          Class          Claim Detail Amount          Final Allowed Amount

ATTN: CURT HENNECKE          UNS                   Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CATHERINE JUNE LINCHNER, PERSONAL REPRESENTATIVE FOR**          **Clm No 79238**   Filed In Cases: 140

EMMETT E. KELLEY (DECEASED)

C/O BRAYTON PURCELL, LLP          Class          Claim Detail Amount          Final Allowed Amount

ATTN: BRYN G. LETSCH          UNS                   Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3079 of 3332

---

**ROSA LEE O'NEAL, PERSONAL REPRESENTATIVE FOR**

NOY T. O'NEAL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79239**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SHERYLE BARKAT, PERSONAL REPRESENTATIVE FOR**

RAFI BARKAT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79240**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DENNIS OSORIO, PERSONAL REPRESENTATIVE FOR**

GEORGE CARL OSORIO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79241**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3080 of 3332

---

**NORMA JEAN MARQUIS, PERSONAL REPRESENTATIVE FOR**

JAMES N. MARQUIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79242**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA ELSPERMAN, PERSONAL REPRESENTATIVE FOR**

GLENN ELSPERMAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79243**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ANDREA RENEE JOHNSON, PERSONAL REPRESENTATIVE FOR**

JOHN W. JORDAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79244**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3081 of 3332

---

**LINDA SUSAN HUMBERT-RICO, PERSONAL REPRESENTATIVE FOR**

GEORGE D. HUMBERT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79245**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**KAREN LOUISE GAGEL, PERSONAL REPRESENTATIVE FOR**

JOSEPH D. GAGEL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79246**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**NANCY ALGA, PERSONAL REPRESENTATIVE FOR**

VICTOR RUBEN ORTIZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79247**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                          3082 of 3332

---

**DENNIS GREGORY, PERSONAL REPRESENTATIVE**          **Clm No 79248**    Filed In Cases: 140
**FOR**

BILLIE B. BARNES (DECEASED)                    Class              Claim Detail Amount         Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                           UNS                      Unknown
222 RUSH LANDING ROAD                          – – – – –    – – – – – – – – –    – – – – – – – – –
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**SHELLEE KAHELE, PERSONAL REPRESENTATIVE**          **Clm No 79249**    Filed In Cases: 140
**FOR**

JAMES VERNON BENDER (DECEASED)                 Class              Claim Detail Amount         Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                            UNS                      Unknown
222 RUSH LANDING ROAD                          – – – – –    – – – – – – – – –    – – – – – – – – –
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**SANDRA DEE, PERSONAL REPRESENTATIVE FOR**          **Clm No 79250**    Filed In Cases: 140

HARRY AUSTIN THOMAS (DECEASED)                 Class              Claim Detail Amount         Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                            UNS                      Unknown
222 RUSH LANDING ROAD                          – – – – –    – – – – – – – – –    – – – – – – – – –
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3083 of 3332

---

**MARILYN ROGERS-FAROLDI, PERSONAL REPRESENTATIVE FOR**

HAROLD ROGERS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DAVID WARREN, PERSONAL REPRESENTATIVE FOR**

JEFFA WARREN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LISA WILCOX, PERSONAL REPRESENTATIVE FOR**

SYCBERT FAIRCHILD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3084 of 3332

---

**RUBY L. CROCKETT, PERSONAL REPRESENTATIVE FOR**

DAVID LEE CROCKETT SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79254**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DARLENE WATERS, PERSONAL REPRESENTATIVE FOR**

WILLIE REYNOLDS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79255**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**NIKI DILLER, PERSONAL REPRESENTATIVE FOR**

DAVID ARNOLD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79256**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3085 of 3332

---

**HELGA RIVERA, PERSONAL REPRESENTATIVE FOR**

FRANK RIVERA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CORINE THORNTON, PERSONAL REPRESENTATIVE FOR**

JAMES THORNTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79258**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FILOMENA M. KEE, PERSONAL REPRESENTATIVE FOR**

HARRY EUGENE KEE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    3086 of 3332

---

**ROBERT DEAN SMITH, PERSONAL REPRESENTATIVE FOR**            **Clm No 79260**    Filed In Cases: 140

AUGUST G. SMITH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**DONNA BEATY, PERSONAL REPRESENTATIVE FOR**            **Clm No 79261**    Filed In Cases: 140

WILLIAM N. BEATY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**JAMES R. WARD, PERSONAL REPRESENTATIVE FOR**            **Clm No 79262**    Filed In Cases: 140

JIMMIE WARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3087 of 3332

---

**BONITA GRAHN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79263**    Filed In Cases: 140

GERALD ANTHONY GRAHN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**VALERIE BULLOCK, PERSONAL REPRESENTATIVE FOR**

**Clm No 79264**    Filed In Cases: 140

EMEAL BULLOCK SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**GINGER K. ROGERS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79265**    Filed In Cases: 140

GEORGE FRANCIS ROGERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3088 of 3332

---

**HAZEL PATTULLO, PERSONAL REPRESENTATIVE FOR**

**Clm No 79266**     Filed In Cases: 140

DAVID PATTULLO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAHL SHANNON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79267**     Filed In Cases: 140

CHARLES P. SAWYER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANNIE G. CLOSE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79268**     Filed In Cases: 140

DAVID CLOSE SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3089 of 3332

---

**LEEVELL PEOPLES, PERSONAL REPRESENTATIVE FOR**

DANIEL FOOTS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**DONNA RAE TOMLIN, PERSONAL REPRESENTATIVE FOR**

TOMAS LEE TOMLIN SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**SONJA LAVERN SPATES, PERSONAL REPRESENTATIVE FOR**

LARIS SPATES SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:18:45 PM

*Claims Details*                                                                          3090 of 3332

---

**MARIE BALGAS PAGAN, PERSONAL REPRESENTATIVE FOR**                     **Clm No 79272**    Filed In Cases: 140

ANTONE MOSES PAGAN (DECEASED)              Class              Claim Detail Amount        Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE                        UNS                      Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**MARGARITA HERNANDEZ, PERSONAL REPRESENTATIVE FOR**                     **Clm No 79273**    Filed In Cases: 140

ELIAS HERNANDEZ SR. (DECEASED)            Class              Claim Detail Amount        Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE                        UNS                      Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**LAVERA R. CALHOUN, PERSONAL REPRESENTATIVE FOR**                     **Clm No 79274**    Filed In Cases: 140

ERNEST CALHOUN SR. (DECEASED)             Class              Claim Detail Amount        Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE                        UNS                      Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3091 of 3332

---

| THOMAS BURNS, PERSONAL REPRESENTATIVE FOR | **Clm No 79275** | Filed In Cases: 140 | |
|---|---|---|---|
| EARL DENISON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| MILTON HOWARD, PERSONAL REPRESENTATIVE FOR | **Clm No 79276** | Filed In Cases: 140 | |
|---|---|---|---|
| LAIN HOWARD (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| SANORA JEAN SURRELL, PERSONAL REPRESENTATIVE FOR | **Clm No 79277** | Filed In Cases: 140 | |
|---|---|---|---|
| EUGENE ANDREW SURRELL (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

3092 of 3332

---

**ORNA L. MCCANDLISS, PERSONAL REPRESENTATIVE FOR**

WILLIAM MCCANDLISS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79278**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CATHERINE PERRY, PERSONAL REPRESENTATIVE FOR**

MANUEL PERRY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79279**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY LOWERY, PERSONAL REPRESENTATIVE FOR**

MANSFIELD LOWERY JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79280**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

3093 of 3332

---

**HELEN BERRY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79281**    Filed In Cases: 140

LOVERY A. BERRY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**BERNADETTE NELSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79282**    Filed In Cases: 140

EDGAR NELSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**ELIZABETH JOHNSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79283**    Filed In Cases: 140

MILES MELVIN JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3094 of 3332

---

**SAN FRANCISCO COUNTY PUBLIC ADMINISTRATOR, PERSONAL REPRESENTATIVE FOR**

**Clm No 79284**    Filed In Cases: 140

MICHELE CESAREO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL GRAY JR., PERSONAL REPRESENTATIVE FOR**

**Clm No 79285**    Filed In Cases: 140

MICHAEL GRAY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ADELE MAURONI, PERSONAL REPRESENTATIVE FOR**

**Clm No 79286**    Filed In Cases: 140

MERL D. MAURONI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3095 of 3332

---

| DOROTHY RALSTON, PERSONAL REPRESENTATIVE FOR | **Clm No 79287** | Filed In Cases: 140 | |
|---|---|---|---|
| MELVIN LEAL (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| LINDA YOUNG-CARTER, PERSONAL REPRESENTATIVE FOR | **Clm No 79288** | Filed In Cases: 140 | |
|---|---|---|---|
| MARVIN LAWRENCE YOUNG (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| HOMA SMITH, PERSONAL REPRESENTATIVE FOR | **Clm No 79289** | Filed In Cases: 140 | |
|---|---|---|---|
| ODUS MCCLURE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:18:45 PM

*Claims Details* 3096 of 3332

---

| ROBERT CLARK III, PERSONAL REPRESENTATIVE FOR | **Clm No 79290** | Filed In Cases: 140 | |
|---|---|---|---|
| OREN DALE COHEE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| ROSIE LEE WILKINS, PERSONAL REPRESENTATIVE FOR | **Clm No 79291** | Filed In Cases: 140 | |
|---|---|---|---|
| OLIVER LONZIA DAVIS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| DONNA KELLER, PERSONAL REPRESENTATIVE FOR | **Clm No 79292** | Filed In Cases: 140 | |
|---|---|---|---|
| ORENE ROSEMON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              3097 of 3332

---

| CAROLYN PEGG, PERSONAL REPRESENTATIVE FOR | **Clm No 79293** | Filed In Cases: 140 | |
|---|---|---|---|
| ORVILLE R. PEGG (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| LINDA SCHARDINE-EIDNES, PERSONAL REPRESENTATIVE FOR | **Clm No 79294** | Filed In Cases: 140 | |
|---|---|---|---|
| LOUIS LEROY SCHARDINE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| SYLVIA MANLY, PERSONAL REPRESENTATIVE FOR | **Clm No 79295** | Filed In Cases: 140 | |
|---|---|---|---|
| LONNIE DONN MANLEY (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

3098 of 3332

---

**JAMES FROLAND, PERSONAL REPRESENTATIVE FOR**

**Clm No 79296**    Filed In Cases: 140

LON FROLAND (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA CONTI, PERSONAL REPRESENTATIVE FOR**

**Clm No 79297**    Filed In Cases: 140

MARIO CONTI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PEGGY HICKMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79298**    Filed In Cases: 140

MARK K. HICKMAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3099 of 3332

---

**LILLIAN PAOLI, PERSONAL REPRESENTATIVE FOR**

**Clm No 79299**     Filed In Cases: 140

PETER PAOLI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CHERIE WOODS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79300**     Filed In Cases: 140

PHILIP WILSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DORIS HASTINGS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79301**     Filed In Cases: 140

R. D. HASTINGS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:18:45 PM

*Claims Details*                                                                              3100 of 3332

---

**CYNTHIA PACE, PERSONAL REPRESENTATIVE FOR**          **Clm No 79302**     Filed In Cases: 140

RALPH J. KIGHTLINGER (DECEASED)         Class          Claim Detail Amount       Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                     UNS                    Unknown
222 RUSH LANDING ROAD                   - - - - -    - - - - - - - - -      - - - - - - - - -
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**FANNIE NANCE, PERSONAL REPRESENTATIVE FOR**          **Clm No 79303**     Filed In Cases: 140

RALPH LEWIS (DECEASED)                  Class          Claim Detail Amount       Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                     UNS                    Unknown
222 RUSH LANDING ROAD                   - - - - -    - - - - - - - - -      - - - - - - - - -
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**MITSUKO OSADA, PERSONAL REPRESENTATIVE FOR**          **Clm No 79304**     Filed In Cases: 140

RALPH OSADA (DECEASED)                  Class          Claim Detail Amount       Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                     UNS                    Unknown
222 RUSH LANDING ROAD                   - - - - -    - - - - - - - - -      - - - - - - - - -
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3101 of 3332

---

**DIXIE HADLOCK, PERSONAL REPRESENTATIVE FOR**    **Clm No 79305**    Filed In Cases: 140

RALPH UMPHRESS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NANCY CONWAY, PERSONAL REPRESENTATIVE FOR**    **Clm No 79306**    Filed In Cases: 140

RAY L WALSH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES WOODRUFF, PERSONAL REPRESENTATIVE FOR**    **Clm No 79307**    Filed In Cases: 140

NORMAN WOODRUFF (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3102 of 3332

---

**CAROLYN STROBEHN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79308**   Filed In Cases: 140

NORMAN LESTER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**VERONICA LEGGETT, PERSONAL REPRESENTATIVE FOR**

**Clm No 79309**   Filed In Cases: 140

MARVIN L LEGGETT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BERNICE SMITH, PERSONAL REPRESENTATIVE FOR**

**Clm No 79310**   Filed In Cases: 140

MARSHALL SMITH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3103 of 3332

---

| **TILLIE THOMPSON, PERSONAL REPRESENTATIVE FOR** | **Clm No 79311** | Filed In Cases: 140 | |
|---|---|---|---|
| MARK THOMPSON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **MICHAEL WALKER, PERSONAL REPRESENTATIVE FOR** | **Clm No 79312** | Filed In Cases: 140 | |
|---|---|---|---|
| HELEN MARIE WALKER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **DAVID C. ROGGE, PERSONAL REPRESENTATIVE FOR** | **Clm No 79313** | Filed In Cases: 140 | |
|---|---|---|---|
| VICTOR M. BERARDO (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3104 of 3332

---

**PATRICIA KENNEDY-ST. CLAIR, PERSONAL REPRESENTATIVE FOR**

**Clm No 79314**    Filed In Cases: 140

LAWRENCE ST. CLAIR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**MARYANN BRYANT, PERSONAL REPRESENTATIVE FOR**

**Clm No 79315**    Filed In Cases: 140

JAMES JAY EDMONDS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**VENONCIA BRAXTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79316**    Filed In Cases: 140

WARREN WALTER DASTE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3105 of 3332

---

**BRIDGETT HIGGENBOTHAM, PERSONAL REPRESENTATIVE FOR**

JOHN JOSEPH BROPHY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79317**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**YVONNE J. COLLINS, PERSONAL REPRESENTATIVE FOR**

EDWARD COLLINS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79318**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**KAREN NEWHOUSE, PERSONAL REPRESENTATIVE FOR**

BILLY NEWHOUSE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79319**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3106 of 3332

---

**BARBARA PATRICK, PERSONAL REPRESENTATIVE FOR**

DANIEL PATRICK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79320**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JACQUELINE SAYLES, PERSONAL REPRESENTATIVE FOR**

JAMES SAYLES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79321**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOAN AUSTIN-GARRETT, PERSONAL REPRESENTATIVE FOR**

JOE AUSTIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79322**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3107 of 3332

---

**JOAN CIFARELLI, PERSONAL REPRESENTATIVE FOR**
**Clm No 79323**    Filed In Cases: 140

ANGELO J. CIFARELLI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**SHIRLEY ERVIN, PERSONAL REPRESENTATIVE FOR**
**Clm No 79324**    Filed In Cases: 140

JAMES ERVIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ROLAND ROSS FORMICA, PERSONAL REPRESENTATIVE FOR**
**Clm No 79325**    Filed In Cases: 140

JOSEPH FORMICA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                3108 of 3332

---

**ROBERT L. LOGAN, PERSONAL REPRESENTATIVE FOR**    **Clm No 79326**    Filed In Cases: 140

ALLEN WILLIAM JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DEE A SCHAFER, PERSONAL REPRESENTATIVE FOR**    **Clm No 79327**    Filed In Cases: 140

MITCHELL MARR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JUDITH ANNE MARTINEZ, PERSONAL REPRESENTATIVE FOR**    **Clm No 79328**    Filed In Cases: 140

THURMAN PINKERTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                3109 of 3332

---

**EVELYN D. MULDER, PERSONAL REPRESENTATIVE FOR**

COVERTON MULDER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CATHERINE JOHNSON, PERSONAL REPRESENTATIVE FOR**

AUGUSTUS JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**DONNA KALE, PERSONAL REPRESENTATIVE FOR**

ULRICH L. KALE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3110 of 3332

---

**JOHNETT JACKSON MCQUEEN, PERSONAL REPRESENTATIVE FOR**

FLETCHER GRIMES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**DENNIS CLAYTON, PERSONAL REPRESENTATIVE FOR**

DONALD JEROME DAVIES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JEFFREY DAVID BRADSHAW, PERSONAL REPRESENTATIVE FOR**

VERNON OWEN BRADSHAW (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                          3111 of 3332

---

**CYNTHIA ARMSTRONG, PERSONAL REPRESENTATIVE FOR**

**Clm No 79335**      Filed In Cases: 140

BILLY DALE ARMSTRONG (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ANGELO RUSSELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79336**      Filed In Cases: 140

JOSEPH ELLIOT (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ANNETTE ARMENTA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79337**      Filed In Cases: 140

AUGUST TURRICIANO (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3112 of 3332

---

**GEORGIA REESE, PERSONAL REPRESENTATIVE FOR**

SOLOMON JONES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79338**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOYCE ELAINE FORBES, PERSONAL REPRESENTATIVE FOR**

DONALD RAYMOND FORBES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79339**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ROBERT D. FISHER, PERSONAL REPRESENTATIVE FOR**

WILLIAM W. FISHER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79340**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3113 of 3332

---

| **BETTIE F. CAMBA, PERSONAL REPRESENTATIVE FOR** | **Clm No 79341** | Filed In Cases: 140 | |
|---|---|---|---|
| GEORGE G. MILLER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **TYISHA PIERCE, PERSONAL REPRESENTATIVE FOR** | **Clm No 79342** | Filed In Cases: 140 | |
|---|---|---|---|
| L.J. LUSTER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **GINNIE JOHNSON, PERSONAL REPRESENTATIVE FOR** | **Clm No 79343** | Filed In Cases: 140 | |
|---|---|---|---|
| LORETTA J. SHEPHERD (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

---

**ALMA SANDERS, PERSONAL REPRESENTATIVE FOR**
JIMMY SANDERS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79344**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CAROL A. KELLER, PERSONAL REPRESENTATIVE FOR**
MICHAEL L. KELLER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79345**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RUBY PRICE, PERSONAL REPRESENTATIVE FOR**
LEROY PRICE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79346**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3115 of 3332

---

| **MERRY ALOHA DESPAIN, PERSONAL REPRESENTATIVE FOR** | **Clm No 79347** | Filed In Cases: 140 | |
|---|---|---|---|
| FREDRICK L. PAINTER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **VONETA ROSE EHMKE, PERSONAL REPRESENTATIVE FOR** | **Clm No 79348** | Filed In Cases: 140 | |
|---|---|---|---|
| KENNETH R. EHMKE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **SHIRLEY MARGARET KESTER, PERSONAL REPRESENTATIVE FOR** | **Clm No 79349** | Filed In Cases: 140 | |
|---|---|---|---|
| BILL HARLEY KESTER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3116 of 3332

---

**ERNETTA LOUISE GILL, PERSONAL REPRESENTATIVE FOR**

ERNEST ALVIN GILL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANDREA INNOCENTI, PERSONAL REPRESENTATIVE FOR**

ROMEO PETRINI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**FRED JONES, PERSONAL REPRESENTATIVE FOR**

WILLIE JONES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79352**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3117 of 3332

---

**JULIE BRYANT, PERSONAL REPRESENTATIVE FOR**

**Clm No 79353**    Filed In Cases: 140

ALAN P. BENDOWSKI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**RICHARD J. ROMO, PERSONAL REPRESENTATIVE FOR**

**Clm No 79354**    Filed In Cases: 140

JOSEPH ROMO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JAN AGOSTA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79355**    Filed In Cases: 140

LAVERN CHRISTENSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                              3118 of 3332

---

**LETICIA BERDAN, PERSONAL REPRESENTATIVE FOR**     **Clm No 79356**     Filed In Cases: 140

FELINO CATOC BERDAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LAURA C. GOMEZ, PERSONAL REPRESENTATIVE FOR**     **Clm No 79357**     Filed In Cases: 140

MANUEL GOMES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARY CASEY ROE, PERSONAL REPRESENTATIVE FOR**     **Clm No 79358**     Filed In Cases: 140

JAMES W. BARRINGTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3119 of 3332

---

**JACK DOUGLAS SOWERS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79359**     Filed In Cases: 140

JACK DONALD SOWERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID STARR, PERSONAL REPRESENTATIVE FOR**

**Clm No 79360**     Filed In Cases: 140

MELVIN N. STARR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KEVIN PATRICK RYAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79361**     Filed In Cases: 140

BENJAMIN JOSEPH MOULTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3120 of 3332

---

**JOY MAGNA JAMES, PERSONAL REPRESENTATIVE FOR**

**Clm No 79362**    Filed In Cases: 140

SONES EDWARD WATTS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PEGGY A MARKS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79363**    Filed In Cases: 140

DELBERT GAY DAVIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**RICHARD ALLEN GRUENING, PERSONAL REPRESENTATIVE FOR**

**Clm No 79364**    Filed In Cases: 140

MILBURN EUGENE BRISBON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3121 of 3332

---

**DEBORAH A. KOPILOW, PERSONAL REPRESENTATIVE FOR**

JOSEPH MONTEROSSO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79365**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JACQUE M. HALL, PERSONAL REPRESENTATIVE FOR**

DALE HALL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79366**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FAYE LAVERNE DAVIS, PERSONAL REPRESENTATIVE FOR**

MARION LEE DAVIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79367**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3122 of 3332

---

**DORETHA WILSON, PERSONAL REPRESENTATIVE FOR**

ROBERT L. WILSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MICHAEL LOUIS NEMETH, PERSONAL REPRESENTATIVE FOR**

LOUIS NEMETH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARY A HOCUT, PERSONAL REPRESENTATIVE FOR**

ANTONIO LECCE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    3123 of 3332

---

| **TAMARA MORGADO, PERSONAL REPRESENTATIVE FOR** | **Clm No 79371** | Filed In Cases: 140 | |
|---|---|---|---|
| EUGENE ARTHUR HASHMAN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **JOAN NETTLER, PERSONAL REPRESENTATIVE FOR** | **Clm No 79372** | Filed In Cases: 140 | |
|---|---|---|---|
| ALBERT JOHN KISS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **ANNA CLARK, PERSONAL REPRESENTATIVE FOR** | **Clm No 79373** | Filed In Cases: 140 | |
|---|---|---|---|
| CAL JONES (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3124 of 3332

---

**WHITNEY L. DOTSON, PERSONAL REPRESENTATIVE FOR**

RICHARD D. DOTSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79374**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**SHARON HALL, PERSONAL REPRESENTATIVE FOR**

JOHN A WOODWARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79375**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**MARY SALVA, PERSONAL REPRESENTATIVE FOR**

JOHN LAMBERT HOPSTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79376**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### *Claims Details*

3125 of 3332

---

**GINA COOP, PERSONAL REPRESENTATIVE FOR**

MARVIN CLOYD MCALLISTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

**Clm No 79377**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

---

**MICHAEL BRANDON, PERSONAL REPRESENTATIVE FOR**

WILLIAM BRANDON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

**Clm No 79378**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

---

**PRESTON LESLIE JR., PERSONAL REPRESENTATIVE FOR**

PRESTON LESLIE, (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

**Clm No 79379**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3126 of 3332

---

**THOMAS ZIEFFET BERRY JR., PERSONAL REPRESENTATIVE FOR**

THOMAS ZIEFFET BERRY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LOUIS MANDRIGUES JR., PERSONAL REPRESENTATIVE FOR**

LOUIS MANDRIGUES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**EARL ALVIN BOLES JR. PERSONAL REPRESENTATIVE FOR**

EARL ALVIN BOLES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                     3127 of 3332

---

**CALVIN DEAN MERRILL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79383**    Filed In Cases: 140

RONALD DEAN MERRILL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DELORES PONTIFLET, PERSONAL REPRESENTATIVE FOR**

**Clm No 79384**    Filed In Cases: 140

RODNEY JEROME PONTIFLET (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA KEYS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79385**    Filed In Cases: 140

DEWAYNE EARL KEYS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3128 of 3332

---

| **JULIE A TAYLOR, PERSONAL REPRESENTATIVE FOR** | **Clm No 79386** | Filed In Cases: 140 | |
|---|---|---|---|
| ORVILLE EDWARD ZIERMAN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **EILEEN CAREY, PERSONAL REPRESENTATIVE FOR** | **Clm No 79387** | Filed In Cases: 140 | |
|---|---|---|---|
| EDWARD LEO LITTLE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **SARAH MARIE ROWLAND, PERSONAL REPRESENTATIVE FOR** | **Clm No 79388** | Filed In Cases: 140 | |
|---|---|---|---|
| JOHN WILHEM MARTINI (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

3129 of 3332

---

**PAM GILLESPIE, PERSONAL REPRESENTATIVE FOR**

LESLIE C. GILLESPIE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**RAY POLK, PERSONAL REPRESENTATIVE FOR**

CLARENCE POLK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KELLIE VASEN, PERSONAL REPRESENTATIVE FOR**

ALAN G. VASEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3130 of 3332

---

**JAMESY KENDRICK DAVIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79392**    Filed In Cases: 140

JAMES CURTIS CALLOWAY (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

| UNS | Unknown | |
|---|---|---|

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JERILYN M FIFE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79393**    Filed In Cases: 140

ALEXANDER SILVA (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

| UNS | Unknown | |
|---|---|---|

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**NANCY F. PURCELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79394**    Filed In Cases: 140

JOHN PURCELL (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

| UNS | Unknown | |
|---|---|---|

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3131 of 3332

---

**KATHY ANN ALSUP, PERSONAL REPRESENTATIVE FOR**

**Clm No 79395**   Filed In Cases: 140

EMIL ODELL COFFMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JEFFERY SAMPSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79396**   Filed In Cases: 140

BOOKER ELLINGTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**IRIS MAE GREEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79397**   Filed In Cases: 140

HAROLD EUGENE GREEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3132 of 3332

---

| **ANN L. COLEMAN, PERSONAL REPRESENTATIVE FOR** | **Clm No 79398** | Filed In Cases: 140 | |
|---|---|---|---|
| CLARENCE JORGENSEN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **BARBARA GLENN BROWN, PERSONAL REPRESENTATIVE FOR** | **Clm No 79399** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM L. BROWN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **PAUL W. CHANCELLOR, PERSONAL REPRESENTATIVE FOR** | **Clm No 79400** | Filed In Cases: 140 | |
|---|---|---|---|
| ALBERT T. CHANCELLOR (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3133 of 3332

---

| **GARY CHANDLER, PERSONAL REPRESENTATIVE FOR** | **Clm No 79401** | Filed In Cases: 140 |
| MONEY CHANDLER (DECEASED) | | |

| | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | UNS | Unknown | |
| ATTN: CURT HENNECKE | | | |

222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **RONALD CEARLEY, PERSONAL REPRESENTATIVE FOR** | **Clm No 79402** | Filed In Cases: 140 |
| ERVEN CEARLEY (DECEASED) | | |

| | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | UNS | Unknown | |
| ATTN: CURT HENNECKE | | | |

222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **RUSSELL ALLEN LEE, PERSONAL REPRESENTATIVE FOR** | **Clm No 79403** | Filed In Cases: 140 |
| RAYMOND G. LEE (DECEASED) | | |

| | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | UNS | Unknown | |
| ATTN: CURT HENNECKE | | | |

222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

3134 of 3332

---

**PETER LENTINO III, PERSONAL REPRESENTATIVE FOR**

FORREST PEYTON BRISTOW (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79404**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES D. LEONARD, PERSONAL REPRESENTATIVE FOR**

FRED O. LEONARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79405**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELIZABETH A. BROWN, PERSONAL REPRESENTATIVE FOR**

BILLY G. BROWN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79406**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3135 of 3332

---

**SATALO T. LEOTA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79407**    Filed In Cases: 140

TALAVAI LEOTA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DOTTIE BROOKINS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79408**    Filed In Cases: 140

DELBERT G. BROOKINS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**NANCY HALL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79409**    Filed In Cases: 140

MANUEL FREITAS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

3136 of 3332

---

**JANE MAAE, PERSONAL REPRESENTATIVE FOR**

VAELASI TACTUGA MAAE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROSARIO LUSTAN, PERSONAL REPRESENTATIVE FOR**

JOSE M. LUSTAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MURIEL M. FORTES, PERSONAL REPRESENTATIVE FOR**

ALLAN FORTES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79412**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3137 of 3332

---

| **VAIPOU FALEALILI, PERSONAL REPRESENTATIVE FOR** | **Clm No 79413** | Filed In Cases: 140 | |
|---|---|---|---|
| TAULAGI FALEALILI (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **TAMEKA-JOSETTE LOMAX, PERSONAL REPRESENTATIVE FOR** | **Clm No 79414** | Filed In Cases: 140 | |
|---|---|---|---|
| JOSEPH T. LOMAX (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **DARRYL M. BARTLOW, PERSONAL REPRESENTATIVE FOR** | **Clm No 79415** | Filed In Cases: 140 | |
|---|---|---|---|
| ROBERT BARTLOW (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                            3138 of 3332

---

**JEAN WORKS-BENTLEY, PERSONAL REPRESENTATIVE FOR**

WILBERT BENTLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79416**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SHIRLEY RAY WISEMAN, PERSONAL REPRESENTATIVE FOR**

RAYMOND CALDWELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79417**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FLORENCE J. CARSTENSEN, PERSONAL REPRESENTATIVE FOR**

ALFRED CARSTENSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79418**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3139 of 3332

---

**TRAVIS MADISON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79419**    Filed In Cases: 140

JAMES A. MADISON (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PATSY WHITE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79420**    Filed In Cases: 140

JESSIE WHITE (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DIANA JEAN HINES, PERSONAL REPRESENTATIVE FOR**

**Clm No 79421**    Filed In Cases: 140

ROBERT EUGENE CAREY (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3140 of 3332

---

**EDDIE BEATRICE MURE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79422**   Filed In Cases: 140

HAROLD MURE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TOMMY E. CROSS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79423**   Filed In Cases: 140

HENRY MULLEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARY GUY MOSS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79424**   Filed In Cases: 140

MARVIN MOSS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3141 of 3332

---

| JUDITH STAGGS, PERSONAL REPRESENTATIVE FOR | **Clm No 79425** | Filed In Cases: 140 | |
|---|---|---|---|
| GEORGE STAGGS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| CAROLYN A. DAVIS, PERSONAL REPRESENTATIVE FOR | **Clm No 79426** | Filed In Cases: 140 | |
|---|---|---|---|
| ALFONSE PARK (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| SULUIFALEESE PALEGA, PERSONAL REPRESENTATIVE FOR | **Clm No 79427** | Filed In Cases: 140 | |
|---|---|---|---|
| GALUVAE PALEGA (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3142 of 3332

---

**HELEN B. LYONS, PERSONAL REPRESENTATIVE FOR**

ROBERT LYONS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT WARWICK JR., PERSONAL REPRESENTATIVE FOR**

ROBERT C. WARWICK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN WILLIAM GARNER JR., PERSONAL REPRESENTATIVE FOR**

JOHN WILLIAM GARNER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                           3143 of 3332

---

**DEANNE HOLM, PERSONAL REPRESENTATIVE FOR**          **Clm No 79431**   Filed In Cases: 140

JAY A. SARGENT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARDYS TORREY, PERSONAL REPRESENTATIVE FOR**          **Clm No 79432**   Filed In Cases: 140

ARTHUR E. BICKEL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SHAWN C. STANFILL, PERSONAL REPRESENTATIVE FOR**          **Clm No 79433**   Filed In Cases: 140

FLOYD C. STANFILL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                      3144 of 3332

---

**JOHN ANDREW WELLS, PERSONAL REPRESENTATIVE FOR**

JOHN S. WELLS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79434**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LAURA KIDD-PLUMMER, PERSONAL REPRESENTATIVE FOR**

JOE KIDD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79435**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GEORGIA BURGIN, PERSONAL REPRESENTATIVE FOR**

JOE H. BURGIN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79436**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3145 of 3332

---

**VODUS ARCENEAUX, PERSONAL REPRESENTATIVE FOR**

JOE ARCENEAUX (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79437**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**VIRGINIA JOHNSON, PERSONAL REPRESENTATIVE FOR**

JOE A. JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79438**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**DENNIS JAMES MERRIDA, PERSONAL REPRESENTATIVE FOR**

OSCAR MERRIDA JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79439**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3146 of 3332

---

**DEBORAH HOLMES, PERSONAL REPRESENTATIVE FOR**

SAMUEL HOLMES JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JOHN ORSINI JR., PERSONAL REPRESENTATIVE FOR**

WILLIAM NED ORSINI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**THOMAS MILTON BORIS JR., PERSONAL REPRESENTATIVE FOR**

THOMAS BORIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

3147 of 3332

---

**ERMA JUNIEL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79443**       Filed In Cases: 140

JESSIE LOVE JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JACK KARAL JR., PERSONAL REPRESENTATIVE FOR**

**Clm No 79444**       Filed In Cases: 140

JACK KARAL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**OLLIE HIGGINS JR., PERSONAL REPRESENTATIVE FOR**

**Clm No 79445**       Filed In Cases: 140

DONALD SAMUEL ENTERLINE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3148 of 3332

---

**LEROY HOLLAND JR., PERSONAL REPRESENTATIVE FOR**

LEROY HOLLAND (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79446**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JON PETTUS JR., PERSONAL REPRESENTATIVE FOR**

JOHN PETTUS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79447**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES LANKFORD JR., PERSONAL REPRESENTATIVE FOR**

JAMES W. LANKFORD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79448**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3149 of 3332

---

**CLARE BLOMDAL, PERSONAL REPRESENTATIVE FOR**

ARVID BLOMDAL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79449**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CLAUDETTE C. BRYDIE, PERSONAL REPRESENTATIVE FOR**

CURTIS EUGENE JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79450**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GARY LEBOEUF, PERSONAL REPRESENTATIVE FOR**

GREGORY LEBOEUF (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79451**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3150 of 3332

---

**RODDY HERMAN WILSON, PERSONAL REPRESENTATIVE FOR**

GLADYS IVORY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**HUEY D. JACKSON, PERSONAL REPRESENTATIVE FOR**

RUBY SUE JACKSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CAREY JAMES NORD, PERSONAL REPRESENTATIVE FOR**

ROBERT THOMAS JAMES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3151 of 3332

---

**GREGORY AHERN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79455**    Filed In Cases: 140

WALTER BENNETT JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**REGINALD ATTAWAY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79456**    Filed In Cases: 140

LUTHER ATTAWAY JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**MARIETTA CLAIR, PERSONAL REPRESENTATIVE FOR**

**Clm No 79457**    Filed In Cases: 140

LAWRENCE EDWARD CLAIR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3152 of 3332

---

**JEANE WINTER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79458**      Filed In Cases: 140

GEORGE WINTER JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**NORMA PITTSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79459**      Filed In Cases: 140

EDWARD PITTSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**WALTER BAEHR, PERSONAL REPRESENTATIVE FOR**

**Clm No 79460**      Filed In Cases: 140

EDWARD L. BAEHR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3153 of 3332

---

**RUDOLFO SALAZAR, PERSONAL REPRESENTATIVE FOR**

EDWARD DOROTHY SALAZAR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MIKE HARM, PERSONAL REPRESENTATIVE FOR**

EDMUND J. HARM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**NICK QUINTANA, PERSONAL REPRESENTATIVE FOR**

PAUL S. QUINTANA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3154 of 3332

---

**DANIEL MAFFIA, PERSONAL REPRESENTATIVE FOR**

PETE MAFFIA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79464**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGENIA ROSENBAUM, PERSONAL REPRESENTATIVE FOR**

PERCY W. ROSENBAUM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79465**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALAN HENRICKSON, PERSONAL REPRESENTATIVE FOR**

PAUL W. HENRICKSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79466**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

3155 of 3332

---

**ALICE BAUER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79467**   Filed In Cases: 140

PETER ALBERT BAUER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JANA SANGUINETTI, PERSONAL REPRESENTATIVE FOR**

**Clm No 79468**   Filed In Cases: 140

PETER H. SANGUINETTI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**BARBARA WILTZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 79469**   Filed In Cases: 140

JOSEPH AUGUST WILTZ JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

3156 of 3332

---

**WILLIE LEWIS, PERSONAL REPRESENTATIVE FOR**
JOHNNY LEWIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KATHLEAN KIZZIEE, PERSONAL REPRESENTATIVE FOR**
JOHN THOMAS SMITH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GAIL TAYLOR-SMITH, PERSONAL REPRESENTATIVE FOR**
JOHN TAYLOR JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3157 of 3332

---

**MAURICE COOPER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79473**      Filed In Cases: 140

JOHN T. COOPER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**KATHLEEN SLOAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79474**      Filed In Cases: 140

JOHN SLOAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**SHARON LYNCH, PERSONAL REPRESENTATIVE FOR**

**Clm No 79475**      Filed In Cases: 140

JOHN RICHARD O'BRIEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    3158 of 3332

---

**LESSIE REED, PERSONAL REPRESENTATIVE FOR**     **Clm No 79476**    Filed In Cases: 140

JOHN REED (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**GERALD WELDON, PERSONAL REPRESENTATIVE FOR**     **Clm No 79477**    Filed In Cases: 140

JOHN R. WELDON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**RUFAYNE MANNERING, PERSONAL REPRESENTATIVE FOR**     **Clm No 79478**    Filed In Cases: 140

JOHN P. MANNERING (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                    3159 of 3332

---

**REGINALD SHEROW, PERSONAL REPRESENTATIVE FOR**

**Clm No 79479**      Filed In Cases: 140

JOHN OLEN SHEROW (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MANDELL L.WINSTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79480**      Filed In Cases: 140

THEODORE ROOSEVELT COMER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**REX VELASCO, PERSONAL REPRESENTATIVE FOR**

**Clm No 79481**      Filed In Cases: 140

LAVERN THOMAS VELASCO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

3160 of 3332

**DAWN BROWN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79482**      Filed In Cases: 140

ALFRED EUGENE MCKEOWN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**DONNA MURRAY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79483**      Filed In Cases: 140

GARY L. MURRAY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**JAMES CRAWFORD, PERSONAL REPRESENTATIVE FOR**

**Clm No 79484**      Filed In Cases: 140

CLARENCE WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3161 of 3332

---

**VICKIE S. SOLIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79485**     Filed In Cases: 140

JIM SULLIVAN WHINERY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**EDWARD ROMERO, PERSONAL REPRESENTATIVE FOR**

**Clm No 79486**     Filed In Cases: 140

LOUIS ROMERO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**JEANINE JOHNSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79487**     Filed In Cases: 140

JOSEPH MILLER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3162 of 3332

---

**LAURA BOSEL, PERSONAL REPRESENTATIVE FOR**

JOSEPH BOSEL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANNA M. NEUMANN, PERSONAL REPRESENTATIVE FOR**

VALDEMAR E. NEUMANN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PHYLLIS ROBBINS, PERSONAL REPRESENTATIVE FOR**

GORDON HARLEY ROBBINS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3163 of 3332

---

**ANTHONY WILSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79491**      Filed In Cases: 140

BILLY D. WILSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**DEONNE STEPHENS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79492**      Filed In Cases: 140

DELMAR MAURICE STEPHENS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH MICHAEL WOODARD, PERSONAL REPRESENTATIVE FOR**

**Clm No 79493**      Filed In Cases: 140

JOHN FRANCIS YAGER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3164 of 3332

---

**LAURA JOHNSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79494**    Filed In Cases: 140

ARLEN LLOYD BRANSCUM (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**REMUS JACKSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79495**    Filed In Cases: 140

REMUS JACKSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**PATRICIA FARNHAM, PERSONAL REPRESENTATIVE FOR**

**Clm No 79496**    Filed In Cases: 140

FRANK DAVID LAWHON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

3165 of 3332

---

**DONALD E. SWEET, PERSONAL REPRESENTATIVE FOR**

**Clm No 79497**    Filed In Cases: 140

CHRISITAAN LEE VAN BEEK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**RUTH FAIRBANKS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79498**    Filed In Cases: 140

GILBERT E. FAIRBANKS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KATTY FERN ACREE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79499**    Filed In Cases: 140

CHAUNCEY GIBBS ACREE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                   3166 of 3332

---

**EDWARD GARDNER, PERSONAL REPRESENTATIVE FOR**

EDWARD CHARLES GARDNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79500**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SHIRLEY ANN RAFFERTY, PERSONAL REPRESENTATIVE FOR**

LAWRENCE EDWARD RAFFERTY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79501**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARK BARLETTANI, PERSONAL REPRESENTATIVE FOR**

WOODROW J. BARLETTANI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79502**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3167 of 3332

---

**DE TRICE RODGERS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79503**      Filed In Cases: 140

JOHN ROY RODGERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SANDRA D. BOEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79504**      Filed In Cases: 140

LYNN BOYD MAXWELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARY CARPINETA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79505**      Filed In Cases: 140

FREDDIE ROBERTSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:18:45 PM

*Claims Details*    3168 of 3332

---

| **BARBARA JEAN GLADDEN, PERSONAL REPRESENTATIVE FOR** | **Clm No 79506** | Filed In Cases: 140 | |
|---|---|---|---|
| WAYNE ELLIOTT GLADDEN II (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **TAMARA SUE TODD, PERSONAL REPRESENTATIVE FOR** | **Clm No 79507** | Filed In Cases: 140 | |
|---|---|---|---|
| CHARLES O. TODD (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **CELESTE LISTER, PERSONAL REPRESENTATIVE FOR** | **Clm No 79508** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM J. LISTER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3169 of 3332

---

**ETHEL PUGH, PERSONAL REPRESENTATIVE FOR**

JIMMIE PUGH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GLADYS GIBSON, PERSONAL REPRESENTATIVE FOR**

KENNETH GIBSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JULIUS III JENKINS, PERSONAL REPRESENTATIVE FOR**

JULIUS JENKINS JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79511**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3170 of 3332

---

**RENA ALLEN, PERSONAL REPRESENTATIVE FOR**

JULIUS CAESAR MOORE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79512**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JEFFERY PERRY, PERSONAL REPRESENTATIVE FOR**

JULIUS CHARLES PERRY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79513**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CECELIA PERKINS, PERSONAL REPRESENTATIVE FOR**

JOSEPH RANSOM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79514**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                    3171 of 3332

---

**ANNETTE SANCHEZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 79515**    Filed In Cases: 140

JOSEPH R. SANCHEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOAN PASSANANTE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79516**    Filed In Cases: 140

JOSEPH PASSANANTE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL LYNN HARRIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79517**    Filed In Cases: 140

DOLORES HARRIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3172 of 3332

---

| LEE WERNER, PERSONAL REPRESENTATIVE FOR | **Clm No 79518** | Filed In Cases: 140 | |
|---|---|---|---|
| STANLEY WERNER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed             23-Mar-2017
Bar Date
Claim Face Value

---

| MICHAEL W. SHERMAN, PERSONAL REPRESENTATIVE FOR | **Clm No 79519** | Filed In Cases: 140 | |
|---|---|---|---|
| RALPH EUGENE SHERMAN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed             23-Mar-2017
Bar Date
Claim Face Value

---

| RUTH BRADANINI, PERSONAL REPRESENTATIVE FOR | **Clm No 79520** | Filed In Cases: 140 | |
|---|---|---|---|
| RUDOLPH BRADANINI (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed             23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3173 of 3332

---

**PATRICK M. MCKAY, PERSONAL REPRESENTATIVE FOR**

FRANK A. MCKAY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79521**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL GIOVANNINI, PERSONAL REPRESENTATIVE FOR**

DOMINIC GIOVANNINI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79522**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**SHIZUKO MARCO, PERSONAL REPRESENTATIVE FOR**

WILLIAM I. MARCO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79523**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3174 of 3332

---

**CAROL J. MAMOE, PERSONAL REPRESENTATIVE FOR**

TUALATAI HAROLD MAMOE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARNI P. MURPHY, PERSONAL REPRESENTATIVE FOR**

RICHARD ARLEN ANDERSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**STEPHANIE HOLDEN, PERSONAL REPRESENTATIVE FOR**

THEODORE EVANGALOS FELIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3175 of 3332

---

**CHERYL AHRENS, PERSONAL REPRESENTATIVE FOR**

ELLORY ALBERT BUDDLE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79527**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARK SMITH, PERSONAL REPRESENTATIVE FOR**

GEORGE EDWARD REEDER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79528**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ALAN K. NIXON, PERSONAL REPRESENTATIVE FOR**

BEVERLY ANN NIXON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79529**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3176 of 3332

---

**KATHLEEN MARTIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79530**    Filed In Cases: 140

HARRY COOPER DATO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JUSTINE SLACK, PERSONAL REPRESENTATIVE FOR**

**Clm No 79531**    Filed In Cases: 140

STERLING SLACK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BENJAMIN DENMARK JENSEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79532**    Filed In Cases: 140

JEROLD JENSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3177 of 3332

---

**EVANGELINE GARDNER, PERSONAL REPRESENTATIVE FOR**

HENRY LEO HORTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARLENE WILKINS, PERSONAL REPRESENTATIVE FOR**

MARLIN S. EDGELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD C. CHARLES, PERSONAL REPRESENTATIVE FOR**

THEOLUS CHARLES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

3178 of 3332

---

**EILEEN ALANA STEINER, PERSONAL REPRESENTATIVE FOR**

LEWAIN I. BEARD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79536**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MICHELE D. ALLEN, PERSONAL REPRESENTATIVE FOR**

DEAN WILLIAM ALLEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79537**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BELINDA RECTOR, PERSONAL REPRESENTATIVE FOR**

STANLEY STEPHEN LUCIEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79538**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3179 of 3332

---

**RICHARD A. NOLA II, PERSONAL REPRESENTATIVE FOR**

**Clm No 79539**     Filed In Cases: 140

WALTER A. SCHNEIDEWIND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SANDRA ELAINE ROSENTHAL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79540**     Filed In Cases: 140

EDWARD F. KNIGHT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LA VADA ROBINSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79541**     Filed In Cases: 140

CHESTER ROBINSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3180 of 3332

---

**DORIS JURS, PERSONAL REPRESENTATIVE FOR**
ROBERT JURS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANGIE WINSOW, PERSONAL REPRESENTATIVE FOR**
ROBERT VANN WINSOW (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALAN E. YOUNG, PERSONAL REPRESENTATIVE FOR**
RAYMOND GISTARB (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3181 of 3332

---

**JOSIE LERMA, PERSONAL REPRESENTATIVE FOR**
ANDRES J. LERMA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79545**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DANIEL RIVERA, PERSONAL REPRESENTATIVE FOR**
CARLOS RIVERA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79546**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DEBORAH J. VAN HOOMISSEN, PERSONAL REPRESENTATIVE FOR**
CONDON VAN HOOMISSEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79547**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3182 of 3332

---

**DAVID R. SHELTON, PERSONAL REPRESENTATIVE FOR**

WALTER J. SHELTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79548**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**FE GEALON JEFFERS, PERSONAL REPRESENTATIVE FOR**

WILLIAM DEAN JEFFERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79549**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JANET N. ANDREWS, PERSONAL REPRESENTATIVE FOR**

WILLIAM ANDREWS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79550**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3183 of 3332

---

**BARBARA WILLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79551**    Filed In Cases: 140

SAM BARR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BETTY JEAN ATKINS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79552**    Filed In Cases: 140

HENRY WRIGHT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RAYVESTA CROOK, PERSONAL REPRESENTATIVE FOR**

**Clm No 79553**    Filed In Cases: 140

ESTELL FERGUSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3184 of 3332

---

**WILLIE ANTONIO GASTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79554**     Filed In Cases: 140

ERNEST LUNDON BONNER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PATRICIA HEMPHILL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79555**     Filed In Cases: 140

GEORGE FRANKLIN MEFFERD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ALONZO LIDDELL WATTS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79556**     Filed In Cases: 140

ALONZO DUMAS WATTS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3185 of 3332

---

**ICY LEE CRANE, PERSONAL REPRESENTATIVE**          **Clm No 79557**     Filed In Cases: 140

JOHN DAVID CRANE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**ALAN E. YOUNG, PERSONAL REPRESENTATIVE FOR**          **Clm No 79558**     Filed In Cases: 140

GEORGIA ESPREE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**LISA SMALLEY, PERSONAL REPRESENTATIVE FOR**          **Clm No 79559**     Filed In Cases: 140

CHARLES C. HARTLINE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3186 of 3332

---

**JEANNETTE HEREDIA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79560**    Filed In Cases: 140

JOHN HILTON HEREDIA (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**STEVE BERRY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79561**    Filed In Cases: 140

JAMES ELI (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CRYSTAL PATZER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79562**    Filed In Cases: 140

ROBERT PATZER (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3187 of 3332

---

**EDWARD L. THOMAS, PERSONAL REPRESENTATIVE FOR**

A.B. THOMAS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGIA MAY STONEKING, PERSONAL REPRESENTATIVE FOR**

GEORGE PETITTI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STACY MCCARTHY, PERSONAL REPRESENTATIVE FOR**

JOSEPH URAM (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3188 of 3332

---

**ANTONETTE GIOVANETTI, PERSONAL REPRESENTATIVE FOR**

**Clm No 79566**    Filed In Cases: 140

ANDY A. GOMEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT JAKOVINA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79567**    Filed In Cases: 140

MEALO JAKOVINA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANITA L. ABEYTA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79568**    Filed In Cases: 140

NICHOLAS MANUEL ABEYTA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3189 of 3332

---

**CHRISTOPHER WILLIAMSON, PERSONAL REPRESENTATIVE FOR**

FLORENCE WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MILDRED C. WORKMAN, PERSONAL REPRESENTATIVE FOR**

EUGENE WORKMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79570**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOYCE MARIE REISCHENBOCK, PERSONAL REPRESENTATIVE FOR**

ALBERT SIDNEY MAY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**BESSIE GIBSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79572**     Filed In Cases: 140

JAMES MALLARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DOROTHY DOYLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79573**     Filed In Cases: 140

ALBERT CLIFTON JACKSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**STACY GEPHART, PERSONAL REPRESENTATIVE FOR**

**Clm No 79574**     Filed In Cases: 140

EVERETT DICKERMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3191 of 3332

---

**REGINA LARSON, PERSONAL REPRESENTATIVE FOR**

DONALD F. LARSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79575**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LUCIE M. VILLONES, PERSONAL REPRESENTATIVE FOR**

WALTER MIDDLETON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79576**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**PATRICIA CAMERON, PERSONAL REPRESENTATIVE FOR**

IRWIN CAMERON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79577**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3192 of 3332

---

**GERTRUDE DORINDA GREEN, PERSONAL REPRESENTATIVE FOR**

JOSEPH B. GREEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**VALERIE VERZUH, PERSONAL REPRESENTATIVE FOR**

WILLIAM CHARLES VERZUH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DONALD WILLIAM PAGE, PERSONAL REPRESENTATIVE FOR**

DONALD R. PAGE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3193 of 3332

---

**ROBERT BAUGER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79581**   Filed In Cases: 140

HENRY LUCKEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**PAMELA THOMPSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79582**   Filed In Cases: 140

BRIAN THOMPSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MARY JEANNE RONEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79583**   Filed In Cases: 140

MITCHELL J. BEVERLY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3194 of 3332

---

**RICHARD D. MARQUEZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 79584**   Filed In Cases: 140

RICHARD M. MARQUEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**NANCY SHANK, PERSONAL REPRESENTATIVE FOR**

**Clm No 79585**   Filed In Cases: 140

VERNON L. SHANK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KENDRA TAYLOR, PERSONAL REPRESENTATIVE FOR**

**Clm No 79586**   Filed In Cases: 140

KENNETH KUYKENDALL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3195 of 3332

---

**DOROTHY J. KIERNAN, PERSONAL REPRESENTATIVE FOR**

FRANCIS J. KIERNAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79587**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LEONARD COOK SR., PERSONAL REPRESENTATIVE FOR**

ARTHUR COOK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79588**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JAMES R. ALLEN, PERSONAL REPRESENTATIVE FOR**

JOAN ALLEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79589**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3196 of 3332

---

**LINDA MITCHELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79590**    Filed In Cases: 140

FREDDIE R. MITCHELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOE ANDERSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79591**    Filed In Cases: 140

DAVID CLIMONS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MICHAEL KEMPF, PERSONAL REPRESENTATIVE FOR**

**Clm No 79592**    Filed In Cases: 140

MILFORD A. HOUSE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3197 of 3332

---

**JUDY DEGGS, PERSONAL REPRESENTATIVE FOR**
RAY GORDON SUNDBERG (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DENISE SMITH, PERSONAL REPRESENTATIVE FOR**
HOWARD M. MANSFIELD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TODD ALLEN CHISUM, PERSONAL REPRESENTATIVE FOR**
GROVER HARDY CHISUM (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3198 of 3332

---

**MAUREEN STUBBLEFIELD, PERSONAL REPRESENTATIVE FOR**

HILMAN STUBBLEFIELD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**AALIYAH ABDUL, PERSONAL REPRESENTATIVE FOR**

ROSSY E. WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CAROL SALEWSKI, PERSONAL REPRESENTATIVE FOR**

RAYMOND P. SALEWSKI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                              3199 of 3332

---

**DARRELL EUGENE SMITH, PERSONAL REPRESENTATIVE FOR**

JAMES CLAY SMITH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**VICKI BAILEY, PERSONAL REPRESENTATIVE FOR**

CLAVEN JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79600**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DOROTHY S. WONG, PERSONAL REPRESENTATIVE FOR**

CHONG C. WONG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79601**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3200 of 3332

---

**MELVIN EUGENE NORTHERN, PERSONAL REPRESENTATIVE FOR**

RAY EDWARD NORTHERN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DEBORAH RENEE CARDWELL, PERSONAL REPRESENTATIVE FOR**

ROBERT REGINALD DAVIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KATHY ORR, PERSONAL REPRESENTATIVE FOR**

LOUIS FRANKLYN WILLIAMS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3201 of 3332

---

**LARRY CARPENTER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79605**     Filed In Cases: 140

GARY L. INSKEEP (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**NINA MARIE SMITH, PERSONAL REPRESENTATIVE FOR**

**Clm No 79606**     Filed In Cases: 140

JAMES SMITH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**STEVE ROMANO, PERSONAL REPRESENTATIVE FOR**

**Clm No 79607**     Filed In Cases: 140

EDWARD PETER ROMANO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3202 of 3332

---

**NELLIE IRENE TROLARD, PERSONAL REPRESENTATIVE FOR**

PAUL TROLARD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MARCUS ANTHONY SPARROW, PERSONAL REPRESENTATIVE FOR**

ANTHONY SPARROW (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**BEULAH JOHNSON HOOKS, PERSONAL REPRESENTATIVE FOR**

MOSE JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3203 of 3332

---

**RENEA JONES, PERSONAL REPRESENTATIVE FOR**

**Clm No 79611**      Filed In Cases: 140

MACK LEE MCBRIDE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RENE EDDIE SMITH, PERSONAL REPRESENTATIVE FOR**

**Clm No 79612**      Filed In Cases: 140

CHARLES CLIFTON SMITH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARION ELIZABETH GOSNEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79613**      Filed In Cases: 140

CLYDE E. GOSNEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    3204 of 3332

---

**JOYCE KATHERINE BROOKS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79614**     Filed In Cases: 140

JAMES VINCENT GANLY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LILIA R. PALAFOX, PERSONAL REPRESENTATIVE FOR**

**Clm No 79615**     Filed In Cases: 140

HUMBERTO R. PALAFOX (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANCES BEARD, PERSONAL REPRESENTATIVE FOR**

**Clm No 79616**     Filed In Cases: 140

MARLON K. HUNT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              3205 of 3332

---

| **PATSY ANN BULLIN, PERSONAL REPRESENTATIVE FOR** | **Clm No 79617** | Filed In Cases: 140 | |
|---|---|---|---|
| WAYNE EUGENE BULLIN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **SARAH RICHARDSON, PERSONAL REPRESENTATIVE FOR** | **Clm No 79618** | Filed In Cases: 140 | |
|---|---|---|---|
| ANGELO CRAVEA (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **JOCELYN L. WON, PERSONAL REPRESENTATIVE FOR** | **Clm No 79619** | Filed In Cases: 140 | |
|---|---|---|---|
| LEONARD WON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3206 of 3332

---

**FREDERICK LANE III, PERSONAL REPRESENTATIVE FOR**

**Clm No 79620**    Filed In Cases: 140

FRED JORDAN LANE SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARJORIE ELIZABETH KAMBY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79621**    Filed In Cases: 140

ANTON KAMBY SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES VOGRINEC, PERSONAL REPRESENTATIVE FOR**

**Clm No 79622**    Filed In Cases: 140

RICHARD LLEWELYN HANSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3207 of 3332

---

**DONNA WHITE, PERSONAL REPRESENTATIVE**    **Clm No 79623**    Filed In Cases: 140

CHARLES K. MCCONNELL (DECEASED)

| | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BARBARA A. GARDNER, PERSONAL**    **Clm No 79624**    Filed In Cases: 140
**REPRESENTATIVE FOR**

TERRY GARDNER (DECEASED)

| | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ZELMA DANIELS, PERSONAL REPRESENTATIVE**    **Clm No 79625**    Filed In Cases: 140
**FOR**

JAMES DANIELS (DECEASED)

| | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

3208 of 3332

---

| **JAMES C. BRAUD, PERSONAL REPRESENTATIVE FOR** | **Clm No 79626** | Filed In Cases: 140 |
|---|---|---|
| CHARLES L. BRAUD (DECEASED) | | |

| | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **CLARENCE JACKSON, PERSONAL REPRESENTATIVE FOR** | **Clm No 79627** | Filed In Cases: 140 |
|---|---|---|
| W.D. RICHARDS (DECEASED) | | |

| | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **ELIZABETH SYCKS, PERSONAL REPRESENTATIVE FOR** | **Clm No 79628** | Filed In Cases: 140 |
|---|---|---|
| ERNEST LAWRENCE SYCKS (DECEASED) | | |

| | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3209 of 3332

---

| **HELEN REICHSRATH, PERSONAL REPRESENTATIVE FOR** | **Clm No 79629** | Filed In Cases: 140 | |
|---|---|---|---|
| KARL EDWIN REICHSRATH (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **REGINALD OLEJNICZAK, PERSONAL REPRESENTATIVE FOR** | **Clm No 79630** | Filed In Cases: 140 | |
|---|---|---|---|
| HENRY J. OLEJNICZAK (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **KAREN FERRE, PERSONAL REPRESENTATIVE FOR** | **Clm No 79631** | Filed In Cases: 140 | |
|---|---|---|---|
| OLIVER FERRON JOHNSTON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*  3/20/2018 3:18:45 PM

*Claims Details*  3210 of 3332

---

**MARGARET KILPATRICK, PERSONAL REPRESENTATIVE FOR**

JAMES H. KILPATRICK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79632**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ELIZABETH MOORE, PERSONAL REPRESENTATIVE FOR**

KAREL F. WANDERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79633**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**GARY MONTALBANO, PERSONAL REPRESENTATIVE FOR**

ANGELO J. MONTALBANO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79634**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3211 of 3332

---

**CHERYL ANN SEIBERT, PERSONAL REPRESENTATIVE FOR**

BENNY MARSHALL BONDS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ALICE BROOKS, PERSONAL REPRESENTATIVE FOR**

ODIS BROOKS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**AGNES LEE WATSON, PERSONAL REPRESENTATIVE FOR**

JAMES WATSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3212 of 3332

---

| **SCOTT ARDEN LEHMER, PERSONAL REPRESENTATIVE FOR** | **Clm No 79638** | Filed In Cases: 140 | |
|---|---|---|---|
| GENE ARDEN LEHMER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **M.C. WARD, PERSONAL REPRESENTATIVE FOR** | **Clm No 79639** | Filed In Cases: 140 | |
|---|---|---|---|
| CLARENCE WARD (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **BECKY ROWE, PERSONAL REPRESENTATIVE FOR** | **Clm No 79640** | Filed In Cases: 140 | |
|---|---|---|---|
| CLAUDE EUGENE ECHOLS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3213 of 3332

---

**LOUISE JEFFERSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79641**    Filed In Cases: 140

CHARLIE WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALBERTA GUESS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79642**    Filed In Cases: 140

CHESTER T. GUESS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHRISTOPHER RADOVAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79643**    Filed In Cases: 140

CHRIS JOHN RADOVAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3214 of 3332

---

**WILLIAM HILTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79644**     Filed In Cases: 140

CLARENCE HILTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LIVINIA BAKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79645**     Filed In Cases: 140

DAN SUTTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GILBERT CASTILLO, PERSONAL REPRESENTATIVE FOR**

**Clm No 79646**     Filed In Cases: 140

DANIEL FLORES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

3215 of 3332

| | | |
|---|---|---|
| **KEVI SUE GRIER, PERSONAL REPRESENTATIVE FOR** | **Clm No 79647** | Filed In Cases: 140 |
| BILL RAY CAREY (DECEASED) | | |
| C/O BRAYTON PURCELL, LLP | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| | | |
|---|---|---|
| **CATHERINE RAFFAELLY, PERSONAL REPRESENTATIVE FOR** | **Clm No 79648** | Filed In Cases: 140 |
| JOHN LELAND HECK (DECEASED) | | |
| C/O BRAYTON PURCELL, LLP | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| | | |
|---|---|---|
| **JORDONA SANTIAGO, PERSONAL REPRESENTATIVE FOR** | **Clm No 79649** | Filed In Cases: 140 |
| CLIFFORD LOUIS SANTIAGO (DECEASED) | | |
| C/O BRAYTON PURCELL, LLP | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3216 of 3332

---

| **NICOLE MCKNIGHT, PERSONAL REPRESENTATIVE FOR** | **Clm No 79650** | Filed In Cases: 140 | |
|---|---|---|---|
| CORRIE MAE GILBERT (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **ANTHONY STEWART, PERSONAL REPRESENTATIVE FOR** | **Clm No 79651** | Filed In Cases: 140 | |
|---|---|---|---|
| CRAIG LOUIS STEWART (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **MILDRED GEORGE-CARTER, PERSONAL REPRESENTATIVE FOR** | **Clm No 79652** | Filed In Cases: 140 | |
|---|---|---|---|
| CURTIS WILLIAMS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3217 of 3332

---

**CLAUDE HECKMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79653**    Filed In Cases: 140

CLAUDE RAY HECKMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LELA FREEMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79654**    Filed In Cases: 140

CLAUDIE DARRELL FREEMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CYNTHIA CORDELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79655**    Filed In Cases: 140

CLEO EUGENE WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3218 of 3332

---

**SADIE WILLIAMS, PERSONAL REPRESENTATIVE FOR**

CLEOPHAS WILLIAMS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79656**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**ADA LEWIS, PERSONAL REPRESENTATIVE FOR**

CLARENCE LEWIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79657**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**RUTH SHOAF, PERSONAL REPRESENTATIVE FOR**

CLARENCE SHOAF (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79658**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3219 of 3332

---

**FRANCES ENTRIKEN, PERSONAL REPRESENTATIVE FOR**

DAVID W. ENTRIKEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BRIAN MCCOY, PERSONAL REPRESENTATIVE FOR**

DEAN ALLEN MCCOY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DORIS BAUGHMAN, PERSONAL REPRESENTATIVE FOR**

DEAN M. BAUGHMAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

3220 of 3332

---

**EDITH MYERS, PERSONAL REPRESENTATIVE FOR**
DELBERT O. MYERS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**KIMBERLY JONES, PERSONAL REPRESENTATIVE FOR**
DANIEL O. MILLS SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**ELEANOR ATHERSTONE, PERSONAL REPRESENTATIVE FOR**
DAVID ATHERSTONE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3221 of 3332

---

| DAVID CASTRO, PERSONAL REPRESENTATIVE FOR | **Clm No 79665** | Filed In Cases: 140 |
|---|---|---|

DAVID ESQUIVEL CASTRO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| MARLENE RHOADS, PERSONAL REPRESENTATIVE FOR | **Clm No 79666** | Filed In Cases: 140 |
|---|---|---|

DAVID STEWART RHOADS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| SUSAN HAMBLETT, PERSONAL REPRESENTATIVE FOR | **Clm No 79667** | Filed In Cases: 140 |
|---|---|---|

CYRIL ARTHUR HAMBLETT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3222 of 3332

---

| KATHRYN HOKANSON, PERSONAL REPRESENTATIVE FOR | **Clm No 79668** | Filed In Cases: 140 | |
|---|---|---|---|
| DALE R. HOKANSON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| JANET WALKER, PERSONAL REPRESENTATIVE FOR | **Clm No 79669** | Filed In Cases: 140 | |
|---|---|---|---|
| BARTOW THOMAS WALKER JR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| BENITO ZACCARDI, PERSONAL REPRESENTATIVE FOR | **Clm No 79670** | Filed In Cases: 140 | |
|---|---|---|---|
| BENITO CEASAR ZACCARDI (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3223 of 3332

---

**BARBARA BANKS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79671**    Filed In Cases: 140

BENJAMIN HARRISON JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LEROY ELDRIDGE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79672**    Filed In Cases: 140

ARNOLD AUSTIN THOMAS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**PATRICIA GARRISON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79673**    Filed In Cases: 140

ARTHUR E. CARTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3224 of 3332

---

**GLADYS MCGAVERN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79674**     Filed In Cases: 140

ARTHUR J. MCGAVERN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SHIRLEY FORBES, PERSONAL REPRESENTATIVE FOR**

**Clm No 79675**     Filed In Cases: 140

AUDREY PAUL STRATTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MELANIE FISCHER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79676**     Filed In Cases: 140

ANITA ALLENBRAND-PREUETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3225 of 3332

---

**PAUL GARCIA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79677**    Filed In Cases: 140

ANNIE PERAZA GARCIA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ANTOINETTE ASCHETTINO, PERSONAL REPRESENTATIVE FOR**

**Clm No 79678**    Filed In Cases: 140

ANTHONY ASCHETTINO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ELAINE KIMMICH, PERSONAL REPRESENTATIVE FOR**

**Clm No 79679**    Filed In Cases: 140

CARL PHILLIP KIMMICH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3226 of 3332

---

**CARLOS JR. FERNANDEZ, PERSONAL REPRESENTATIVE FOR**

CARLOS ARMANDO FERNANDEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CARMA IZATT, PERSONAL REPRESENTATIVE FOR**

BRUCE BARNEY IZATT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GAYLE DAVIS, PERSONAL REPRESENTATIVE FOR**

BRUCE LAMBERT DAVIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3227 of 3332

---

**GARLAND DELOACH, PERSONAL REPRESENTATIVE FOR**

**Clm No 79683**    Filed In Cases: 140

BRUCE LEONARD DELOACH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JANELLE BROWN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79684**    Filed In Cases: 140

BERNARD LEE JOHNS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DELPHINE TURLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79685**    Filed In Cases: 140

BILLY J. TURLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3228 of 3332

---

| **MONARCH SANDERS, PERSONAL REPRESENTATIVE FOR** | **Clm No 79686** | Filed In Cases: 140 | |
|---|---|---|---|
| BILLY RAY SANDERS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **EARLENE HAGLER, PERSONAL REPRESENTATIVE FOR** | **Clm No 79687** | Filed In Cases: 140 | |
|---|---|---|---|
| BOOKER T. TARVER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **VALERIA ELLIOTT, PERSONAL REPRESENTATIVE FOR** | **Clm No 79688** | Filed In Cases: 140 | |
|---|---|---|---|
| AURELIO JOSEPH CAIME (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3229 of 3332

---

| **CLAUDIA MCALLISTER, PERSONAL REPRESENTATIVE FOR** | **Clm No 79689** | Filed In Cases: 140 | |
|---|---|---|---|
| CHARLES HENRY PHERO (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **JENNIFER LUM-YEE, PERSONAL REPRESENTATIVE FOR** | **Clm No 79690** | Filed In Cases: 140 | |
|---|---|---|---|
| CHARLES LUM (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **HEIDI SULLIVAN, PERSONAL REPRESENTATIVE FOR** | **Clm No 79691** | Filed In Cases: 140 | |
|---|---|---|---|
| CHARLES OVERSTREET (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3230 of 3332

---

**KATHERINE SMITH-GREEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79692**   Filed In Cases: 140

CHARLIE K. SMITH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TRACI FORSE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79693**   Filed In Cases: 140

CARROLL L. LOCKE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NITA DUNN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79694**   Filed In Cases: 140

CECIL WAYNE DUNN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3231 of 3332

---

**ANA CALDERON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79695**     Filed In Cases: 140

CECILIO A. CALDERON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DOROTHY JERNIGAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79696**     Filed In Cases: 140

CHARLES B. JERNIGAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DELORES MCLYMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79697**     Filed In Cases: 140

BURNETTE MCLYMAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3232 of 3332

---

**HELEN ANDRADE, PERSONAL REPRESENTATIVE FOR**

CALVIN BROUSSARD SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79698**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SPARKY HARLAN, PERSONAL REPRESENTATIVE FOR**

THOMAS CLAYTON COLLINS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79699**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**TANYA GRAY, PERSONAL REPRESENTATIVE FOR**

FRENELL GARDNER JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79700**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3233 of 3332

---

**ROSARIO EDGAR, PERSONAL REPRESENTATIVE FOR**

**Clm No 79701**    Filed In Cases: 140

JOHN EDGAR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JEANETTE MARIE WEBB, PERSONAL REPRESENTATIVE FOR**

**Clm No 79702**    Filed In Cases: 140

MILROY L. WEBB (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**WAYNE DAVID PICKENS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79703**    Filed In Cases: 140

DAVID MAYO PICKENS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

3234 of 3332

---

**JUNE ALICE CLARY, PERSONAL REPRESENTATIVE FOR**

MARVIN A. CLARY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ARMISTICE BAILEY, PERSONAL REPRESENTATIVE FOR**

MARY RUTH CRAYTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BEVERLY J. PARKS, PERSONAL REPRESENTATIVE FOR**

PAUL JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3235 of 3332

---

| WARREN HOLLIER, PERSONAL REPRESENTATIVE FOR | **Clm No 79707** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLARD HOLLIER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| DENNIS SOWELS, PERSONAL REPRESENTATIVE FOR | **Clm No 79708** | Filed In Cases: 140 | |
|---|---|---|---|
| JOHN MCDERMOTT (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| PATRICIA TRULL, PERSONAL REPRESENTATIVE FOR | **Clm No 79709** | Filed In Cases: 140 | |
|---|---|---|---|
| ROY NELSON TRULL (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                 3236 of 3332

---

| **SARAH B. CLAYTON, PERSONAL REPRESENTATIVE FOR** | **Clm No 79710** | Filed In Cases: 140 | |
|---|---|---|---|
| VERNON L. PAASCH (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **LARRY LYNN HINTON, PERSONAL REPRESENTATIVE FOR** | **Clm No 79711** | Filed In Cases: 140 | |
|---|---|---|---|
| LYNN HINTON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **BARBARA CABEAL, PERSONAL REPRESENTATIVE FOR** | **Clm No 79712** | Filed In Cases: 140 | |
|---|---|---|---|
| RICHARD W. MELLIN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3237 of 3332

---

**LINDA HARRISON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79713**    Filed In Cases: 140

DALE M. SALER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**HELEN AVERY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79714**    Filed In Cases: 140

WILLIAM R. AVERY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM ANDRE JAMES O'NEIL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79715**    Filed In Cases: 140

WAYNE JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

3238 of 3332

---

**ILA WHEELER, PERSONAL REPRESENTATIVE FOR**
KENNETH WHEELER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILMA HUNSAKER, PERSONAL REPRESENTATIVE FOR**
LEWIS D. HANSAKER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARY HOLOMON-THOMAS, PERSONAL REPRESENTATIVE FOR**
TERRY L. HARLESS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                      3239 of 3332

---

**JAY ANTHONY PURKEY, PERSONAL REPRESENTATIVE FOR**

JAY F. PURKEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79719**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BRAD LEE BATES, PERSONAL REPRESENTATIVE FOR**

LESTER L. BATES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79720**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JEANETTE ANDERSON, PERSONAL REPRESENTATIVE FOR**

GARY PAUL ANDERSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79721**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

3240 of 3332

---

**DON DULIO, PERSONAL REPRESENTATIVE FOR**

JESSE CARTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79722**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JUDY ALHOLM, PERSONAL REPRESENTATIVE FOR**

ASKO JOHN ALHOLM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79723**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOAN H. GRAYBEAL, PERSONAL REPRESENTATIVE FOR**

KENNETH W. GRAYBEAL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79724**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                      3241 of 3332

---

**VELISA JOHNSON-WALKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79725**     Filed In Cases: 140

LEON JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES MONTY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79726**     Filed In Cases: 140

ELDRED J. SPECHT (DECEASED)
C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ERNEST KALER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79727**     Filed In Cases: 140

JACK H. KALER (DECEASED)
C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3242 of 3332

---

**VICTORIA PRETTYMAN, PERSONAL REPRESENTATIVE FOR**

DONALD D. PAOLUCCI

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**AGAFALA RODRIGUEZ, PERSONAL REPRESENTATIVE FOR**

APELU PULEVA POTASI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA A. WILLIAMS, PERSONAL REPRESENTATIVE FOR**

JOHN FITZGERALD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3243 of 3332

---

**BETTYE TAYLOR, PERSONAL REPRESENTATIVE FOR**

SIDNEY HANDY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PATRICK DUTERTE, PERSONAL REPRESENTATIVE FOR**

JAMES R. CRATE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**EUGENIA WASHINGTON, PERSONAL REPRESENTATIVE FOR**

THOMAS FREEMAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3244 of 3332

---

**RACHELLE BOOTH, PERSONAL REPRESENTATIVE FOR**

FRANK HUNTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79734**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ELIZABETH RIGNEY, PERSONAL REPRESENTATIVE FOR**

SANTO FRANK DEGRANDI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79735**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LISA THOMAS, PERSONAL REPRESENTATIVE FOR**

JOHN THOMAS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79736**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3245 of 3332

---

| **GAIL BALDINI, PERSONAL REPRESENTATIVE FOR** | | **Clm No 79737** | Filed In Cases: 140 | |
|---|---|---|---|---|
| JOSEPH M. OBLACZYNSKI (DECEASED) | | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | | |
| ATTN: CURT HENNECKE | | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | | |
| NOVATO, CA 94928-6169 | | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **JASON DENNIS O'REAR, PERSONAL REPRESENTATIVE FOR** | | **Clm No 79738** | Filed In Cases: 140 | |
|---|---|---|---|---|
| JAY DENNIS O'REAR (DECEASED) | | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | | |
| ATTN: CURT HENNECKE | | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | | |
| NOVATO, CA 94928-6169 | | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **RANDALL YEE ESQ., PERSONAL REPRESENTATIVE FOR** | | **Clm No 79739** | Filed In Cases: 140 | |
|---|---|---|---|---|
| ALBERT KALAIKAI (DECEASED) | | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | | |
| ATTN: BRYN G. LETSCH | | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | | |
| NOVATO, CA 94928-6169 | | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

3246 of 3332

---

**ONABELLE TOLEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79740**    Filed In Cases: 140

ALBERT MARION TOLEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**NANCY JENSEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79741**    Filed In Cases: 140

DUANE L. MALLIOT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**CAROL FITZGERALD, PERSONAL REPRESENTATIVE FOR**

**Clm No 79742**    Filed In Cases: 140

RICHARD M. BAUMCHEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3247 of 3332

---

**ANDREA TIGAR, PERSONAL REPRESENTATIVE FOR**

MILTON J. TIGAR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**TORRI BENDEL, PERSONAL REPRESENTATIVE FOR**

RONALD M. BENDEL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**KENNETH JOSEPH KUGELMAN, PERSONAL REPRESENTATIVE FOR**

KENNETH L. KUGELMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100            E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3248 of 3332

---

**GEORGE KIRKLAND, PERSONAL REPRESENTATIVE FOR**

GEORGE KIRKLAND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SHERRY MARIE FERNANDEZ, PERSONAL REPRESENTATIVE FOR**

DUDLEY JOHN CARRIERE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JUDITH LAMBERT, PERSONAL REPRESENTATIVE FOR**

JOSEPH A. LAMBERT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3249 of 3332

---

**ROBERT HIGGINBOTHAM, PERSONAL REPRESENTATIVE FOR**

ALFRED WALLAND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Clm No 79749 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**INEZ BUTTS, PERSONAL REPRESENTATIVE FOR**

ALTON BUTTS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Clm No 79750 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**WILLA YOUNG, PERSONAL REPRESENTATIVE FOR**

ANDERSON YOUNG JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Clm No 79751 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3250 of 3332

---

**AUGUSTA THOMAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79752**       Filed In Cases: 140

ANDREW C. THOMAS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**WILLIAM SCHNEIDER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79753**       Filed In Cases: 140

ALBERT R. MILLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARTIN WONG, PERSONAL REPRESENTATIVE FOR**

**Clm No 79754**       Filed In Cases: 140

ALBERT W.S. WONG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3251 of 3332

---

**MARIA PANGULAYAN, PERSONAL REPRESENTATIVE FOR**

ALFONSO H. TALORDA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79755**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LINDA MOONEY, PERSONAL REPRESENTATIVE FOR**

ALFRED HARLEY MOONEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79756**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DIANA ROJO, PERSONAL REPRESENTATIVE FOR**

AL ROJO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                                3252 of 3332

---

**NOEL SAMUELSON, PERSONAL REPRESENTATIVE FOR**

ALBERT JOHN SAMUELSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79758**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CLAUDIA GREEN, PERSONAL REPRESENTATIVE FOR**

DELMER L. GREEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79759**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CHERYL ENTRIKEN, PERSONAL REPRESENTATIVE FOR**

DENNIS DEAN ENTRIKEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79760**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

3253 of 3332

---

| **LENA PARIOT, PERSONAL REPRESENTATIVE FOR** | **Clm No 79761** | Filed In Cases: 140 | |
|---|---|---|---|
| DENNIS L. PARIOT (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **DEWINA LACEY, PERSONAL REPRESENTATIVE FOR** | **Clm No 79762** | Filed In Cases: 140 | |
|---|---|---|---|
| DEWARD G. CULLUM JR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **JEWELIA MOON, PERSONAL REPRESENTATIVE FOR** | **Clm No 79763** | Filed In Cases: 140 | |
|---|---|---|---|
| DOUGLAS MOON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3254 of 3332

---

**HEATHER MUIR, PERSONAL REPRESENTATIVE FOR**

**Clm No 79764**       Filed In Cases: 140

DOUGLAS PATRICK MUIR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOAN CONNER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79765**       Filed In Cases: 140

DOYLE RAY CONNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DUANE DUGHMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79766**       Filed In Cases: 140

DUANE CARROLL DUGHMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3255 of 3332

---

**LASHAWN WINSTON, PERSONAL REPRESENTATIVE FOR**

EDWARD WINSTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79767**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SHARON JOLENE COFER, PERSONAL REPRESENTATIVE FOR**

ODIE DARRELL PRUITT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79768**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**PAMELA MARTENS, PERSONAL REPRESENTATIVE FOR**

DONALD LEE STOVER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79769**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

3256 of 3332

---

**BEVERLY BEI, PERSONAL REPRESENTATIVE FOR**

**Clm No 79770**    Filed In Cases: 140

DONALD MORRIS BEI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PETER VAN BLARICOM, PERSONAL REPRESENTATIVE FOR**

**Clm No 79771**    Filed In Cases: 140

DONALD VAN BLARICOM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARK COOKE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79772**    Filed In Cases: 140

DONALD WAYNE COOKE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3257 of 3332

---

**KANDI BOUILLON-EDDY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79773**    Filed In Cases: 140

DEWAYNE VIVIAN EDDY (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ESPERANZA ORDONIO, PERSONAL REPRESENTATIVE FOR**

**Clm No 79774**    Filed In Cases: 140

DIONICIO MISLANG ORDONIO (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**PETER SHERMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79775**    Filed In Cases: 140

DONALD BRUCE SHERMAN (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3258 of 3332

---

**SHARON SWEEZEY, PERSONAL REPRESENTATIVE FOR**

DONALD D. SWEEZEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**VIRGINIA WASHINGTON, PERSONAL REPRESENTATIVE FOR**

EARNEST WASHINGTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARISSA MARIE MITCHELL, PERSONAL REPRESENTATIVE FOR**

WILLIAM G. KINZELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    3259 of 3332

---

**ROSA ORNSTEIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79779**    Filed In Cases: 140

ELI ORNSTEIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL REYNOLDS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79780**    Filed In Cases: 140

THEODORE REYNOLDS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SHAUN PAUL SHORT, PERSONAL REPRESENTATIVE FOR**

**Clm No 79781**    Filed In Cases: 140

JETHRO B. SHORT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3260 of 3332

---

**LINDA MARY NOLAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79782**       Filed In Cases: 140

ANTHONY VIDAL (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KATHLEEN SWINNEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79783**       Filed In Cases: 140

JAMES WALTERS (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHERYL M. MOORE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79784**       Filed In Cases: 140

LOWELL E. MOORE (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                          3261 of 3332

---

**ANN E. WILSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79785**     Filed In Cases: 140

RICHARD WILSON (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DAVID MICHAEL BERGSTROM, PERSONAL REPRESENTATIVE FOR**

**Clm No 79786**     Filed In Cases: 140

DONALD L. BERG (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DRUSILLA WOOLEVER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79787**     Filed In Cases: 140

E.V. WOOLEVER (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3262 of 3332

---

**HAZEL HANSEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79788**   Filed In Cases: 140

EARL K. HANSEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DONNA MATHIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79789**   Filed In Cases: 140

JOHN OLIVERA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JUANITA SPAULDING, PERSONAL REPRESENTATIVE FOR**

**Clm No 79790**   Filed In Cases: 140

ROBERT L. SPAULDING (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*                                                            3263 of 3332

---

**LEIZA LORENZ, PERSONAL REPRESENTATIVE FOR**

HAROLD G. SCOTT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARY LUCILLE REGALIA, PERSONAL REPRESENTATIVE FOR**

DOMINIC REGALIA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CORRINE HOOBYAR-BAKER, PERSONAL REPRESENTATIVE FOR**

DAVID HOOBYAR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

3264 of 3332

---

**DANIEL MESKAUSKAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79794**     Filed In Cases: 140

CHARLES MESKAUSKAS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LINDA RODRIGUEZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 79795**     Filed In Cases: 140

JOSEPH MANUEL GONZALEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ELIZABETH WICKERSHAM, PERSONAL REPRESENTATIVE FOR**

**Clm No 79796**     Filed In Cases: 140

JOHN ATLEE WICKERSHAM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3265 of 3332

---

**VINCENT PARKER, PERSONAL REPRESENTATIVE FOR**

DONALD P. PARKER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CARYN LEANNA WHITE, PERSONAL REPRESENTATIVE FOR**

DAVID C. WHITE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANNIE RILEY, PERSONAL REPRESENTATIVE FOR**

TAFT GILLAM (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79799**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3266 of 3332

---

**BARBARA NOVAK, PERSONAL REPRESENTATIVE FOR**

EDWARD J. NOVAK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JENNIFER YVONNE PRYOR, PERSONAL REPRESENTATIVE FOR**

ROBERT E. PRYOR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79801**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LORNA J. REED, PERSONAL REPRESENTATIVE FOR**

ALLEN L. REED (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79802**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3267 of 3332

---

**MARGARET CARLUCCI, PERSONAL REPRESENTATIVE FOR**

**Clm No 79803**     Filed In Cases: 140

WILLIAM PRESCOTT (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LUCILLE WILLIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79804**     Filed In Cases: 140

A.W. WILLIS (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**BRENDA MOONEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79805**     Filed In Cases: 140

JESSE COURTS MOONEY III (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

3268 of 3332

---

**MICHAEL HETTENBACH, PERSONAL REPRESENTATIVE FOR**

**Clm No 79806**      Filed In Cases: 140

HARRY HETTENBACH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GLORIA L. PANGANIBAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79807**      Filed In Cases: 140

EUFRONIO M. PANGANIBAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DENISE LARKINS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79808**      Filed In Cases: 140

JAMES MONTGOMERY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                            3269 of 3332

---

| **CHERYL L. MANNING, PERSONAL REPRESENTATIVE FOR** | **Clm No 79809** | Filed In Cases: 140 | |
|---|---|---|---|
| LOUIE CLIFTON BEALE SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **ROSALIN LOUISE CHURCHILL, PERSONAL REPRESENTATIVE FOR** | **Clm No 79810** | Filed In Cases: 140 | |
|---|---|---|---|
| ROY L. CHURCHILL SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **CAROLYN MINIX HARTFIELD, PERSONAL REPRESENTATIVE FOR** | **Clm No 79811** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM REESE SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3270 of 3332

---

**LORRAINE TRULL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79812**    Filed In Cases: 140

CLARENCE TRULL SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MAMIE JOHNSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79813**    Filed In Cases: 140

ELMOND JOHNSON SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**REGINA QUINTANILLA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79814**    Filed In Cases: 140

GENARO MARTINEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

3271 of 3332

---

**CINDY BASSI, PERSONAL REPRESENTATIVE FOR**

GEORGE N. RIDOUT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79815**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CONCHITA SHILTS, PERSONAL REPRESENTATIVE FOR**

GERALD LEROY SHILTS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79816**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**COLLEEN DYKMAN, PERSONAL REPRESENTATIVE FOR**

ROBERT L. DYKMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79817**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3272 of 3332

---

| **CAROLE WALSH-SCOTT, PERSONAL REPRESENTATIVE FOR** | **Clm No 79818** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM MICHAEL WALSH (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **ADELAIDE GONZALES, PERSONAL REPRESENTATIVE FOR** | **Clm No 79819** | Filed In Cases: 140 | |
|---|---|---|---|
| JESSE F. GONZALES (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **KENNETH KNIEPER, PERSONAL REPRESENTATIVE FOR** | **Clm No 79820** | Filed In Cases: 140 | |
|---|---|---|---|
| CARL ROBERT KNIEPER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3273 of 3332

---

**PATRICIA WHITSON, PERSONAL REPRESENTATIVE FOR**

JAMES WHITSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**JEANETTE COLLIER, PERSONAL REPRESENTATIVE FOR**

KARL WAYNE COLLIER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**DEE WILLIAM BRADY, PERSONAL REPRESENTATIVE FOR**

DALLAS BRADY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3274 of 3332

---

**GREGORY E. MOORE III, PERSONAL REPRESENTATIVE FOR**

**Clm No 79824**    Filed In Cases: 140

ANNAMAE MOORE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA SHATTUN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79825**    Filed In Cases: 140

LEROY SHATTUN SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JACQUETTA MCGOWEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79826**    Filed In Cases: 140

MURRAY MCGOWEN SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

3275 of 3332

---

**EDDIE MAE WRIGHT, PERSONAL REPRESENTATIVE FOR**

**Clm No 79827**     Filed In Cases: 140

ESAW WRIGHT SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARY JOYCE PARKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79828**     Filed In Cases: 140

JERRY EUGENE PARKER SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CAROL ROMO, PERSONAL REPRESENTATIVE FOR**

**Clm No 79829**     Filed In Cases: 140

HENRY ROMO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3276 of 3332

---

**TYRA LENA HAEBE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79830**    Filed In Cases: 140

JAMES DOUGLAS DELASHMUTT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DUANE M. LEONARD ESQ., PERSONAL REPRESENTATIVE FOR**

**Clm No 79831**    Filed In Cases: 140

CYRUS B. COLEMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**BRENDA MEICHT, PERSONAL REPRESENTATIVE FOR**

**Clm No 79832**    Filed In Cases: 140

ROBERT LORAN MEICHT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3277 of 3332

---

**JACK WOMELDORF, PERSONAL REPRESENTATIVE FOR**

**Clm No 79833**    Filed In Cases: 140

JAMES JOSEPH ALLEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|-|-|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**TAMMY MURDOCH, PERSONAL REPRESENTATIVE FOR**

**Clm No 79834**    Filed In Cases: 140

NATHAN VINCENT MURDOCH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|-|-|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**STEVEN LLOYD NUSS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79835**    Filed In Cases: 140

ORVILLE G. NUSS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|-|-|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3278 of 3332

---

**DEBORAH J. SUMMERS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79836**    Filed In Cases: 140

VICTOR W. SPINDLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BERNADINE MAYCOCK, PERSONAL REPRESENTATIVE FOR**

**Clm No 79837**    Filed In Cases: 140

RICHARD BUDGERY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**TRISTEN THOMAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79838**    Filed In Cases: 140

RUSSELL W. THOMAS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3279 of 3332

---

**CLAYTON JUAREZ, PERSONAL REPRESENTATIVE FOR**

ALBERT JUAREZ SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79839**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DEANNA MARIE SHORT, PERSONAL REPRESENTATIVE FOR**

GARY WILLIAM SHORT SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79840**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CATHY WALLACE, PERSONAL REPRESENTATIVE FOR**

ALVIN WILLIAM JACKSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79841**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3280 of 3332

---

**BEVERLY GODMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79842**      Filed In Cases: 140

EDWARD GENE GODMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**HOWARD DIAMOND JR., PERSONAL REPRESENTATIVE FOR**

**Clm No 79843**      Filed In Cases: 140

HOWARD Y. DIAMOND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KENNETH EVANS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79844**      Filed In Cases: 140

WILLARD EVANS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3281 of 3332

---

**SHEILA J. KELL, PERSONAL REPRESENTATIVE FOR**

ROGER HERMAN KELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**THOMAS EGAN, PERSONAL REPRESENTATIVE FOR**

EUGENE E. BULIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**RENE RAYMOND PARENT, PERSONAL REPRESENTATIVE FOR**

RENE ERNEST PARENT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3282 of 3332

---

**HELEN HUNTER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79848**    Filed In Cases: 140

VIRGIL J. HUNTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALICIA ESPERICUETA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79849**    Filed In Cases: 140

RUDOLPH MURILLO SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD L. DEAR, PERSONAL REPRESENTATIVE FOR**

**Clm No 79850**    Filed In Cases: 140

EUGENE DANIEL DEAR SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

3283 of 3332

---

**JANE CLAUS, PERSONAL REPRESENTATIVE FOR**
JOHN H. GASAWAY JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79851**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RUBY L. BRASS, PERSONAL REPRESENTATIVE FOR**
CHARLES BRASS JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79852**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ELBERTA I. HULSEY, PERSONAL REPRESENTATIVE FOR**
ROBERT LYNN HULSEY SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79853**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                               3284 of 3332

---

**BETTY MCPHERSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79854**     Filed In Cases: 140

EARL MCPHERSON SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BRANDI MCGAHEE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79855**     Filed In Cases: 140

WILLIAM EBEN MCGAHEE SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LAURA JEANNE VOIGT, PERSONAL REPRESENTATIVE FOR**

**Clm No 79856**     Filed In Cases: 140

STEPHEN CIUPEK SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                            3285 of 3332

---

**BARBARA JEAN TODD, PERSONAL REPRESENTATIVE FOR**

**Clm No 79857**    Filed In Cases: 140

MASON TODD SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

ATTN: CURT HENNECKE

| UNS | Unknown | |
|-----|---------|---|

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**PAULA VARNELL-SNELLING, PERSONAL REPRESENTATIVE FOR**

**Clm No 79858**    Filed In Cases: 140

CHARLES A. DAVIS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

ATTN: CURT HENNECKE

| UNS | Unknown | |
|-----|---------|---|

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MICHAEL WALKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79859**    Filed In Cases: 140

ROBERT WALKER SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

ATTN: CURT HENNECKE

| UNS | Unknown | |
|-----|---------|---|

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3286 of 3332

---

**GEORGE TRIBBLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79860**    Filed In Cases: 140

LOVELL WATSON SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**EDITH WEST, PERSONAL REPRESENTATIVE FOR**

**Clm No 79861**    Filed In Cases: 140

GARY ROBERT YAEGER SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**IESHIA WIMBISH, PERSONAL REPRESENTATIVE FOR**

**Clm No 79862**    Filed In Cases: 140

JAMES SHEPHARD SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3287 of 3332

---

**CURTIS RHOADES, PERSONAL REPRESENTATIVE FOR**

**Clm No 79863**     Filed In Cases: 140

JOHN BRECKENRIDGE SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**GWENDOLYN ROBERTS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79864**     Filed In Cases: 140

BOOKER ROBERTS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SHARON LEE HUGHES, PERSONAL REPRESENTATIVE FOR**

**Clm No 79865**     Filed In Cases: 140

JERRY DUANE EVANS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                              3288 of 3332

---

**EDWIN T. POOL, PERSONAL REPRESENTATIVE FOR**

THERON C. POOL SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ANGELA REES, PERSONAL REPRESENTATIVE FOR**

EDWIN D. REES SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LEONARD BROWN II, PERSONAL REPRESENTATIVE FOR**

LEONARD BROWN SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**                    Visit us on the Web at www.omnimgt.com
                    E-mail: claimsmanager@omnimgt.com                    PHONE: (818) 906-8300
                    FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3289 of 3332

---

**SANDRA DIETZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 79869**   Filed In Cases: 140

ROBERT LEE DIETZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALLAN PACHECO, PERSONAL REPRESENTATIVE FOR**

**Clm No 79870**   Filed In Cases: 140

GEORGE MILTON PACHECO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PAULA HOUSE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79871**   Filed In Cases: 140

CLARENCE HENRY BURNETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3290 of 3332

---

**MARY E. THOMAS, PERSONAL REPRESENTATIVE FOR**

JAMES S. THOMAS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD J. CALLAHAN, PERSONAL REPRESENTATIVE FOR**

CLARENCE B. CALLAHAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79873**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PETER G. BIANUCCI, PERSONAL REPRESENTATIVE FOR**

MARIO J. BIANUCCI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79874**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                     3291 of 3332

---

**FREDYE ALFORD, PERSONAL REPRESENTATIVE FOR**      **Clm No 79875**    Filed In Cases: 140

MACK HENRY LONG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HELEN PEDRICK, PERSONAL REPRESENTATIVE FOR**      **Clm No 79876**    Filed In Cases: 140

RAYMOND PEDRICK SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HAZEL WILLIAMS, PERSONAL REPRESENTATIVE FOR**      **Clm No 79877**    Filed In Cases: 140

LEE WILLIAMS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3292 of 3332

---

**WILLIE MAE HANIE, PERSONAL REPRESENTATIVE FOR**

LUTHER HANIE SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79878**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LOUISE SIMS, PERSONAL REPRESENTATIVE FOR**

WARREN TUCKER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79879**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DEBORAH RAYMOND, PERSONAL REPRESENTATIVE FOR**

FRANK RAYMOND (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79880**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3293 of 3332

---

**MARY WILSON, PERSONAL REPRESENTATIVE FOR**

OTIS RHINEHART (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**GERTRUDE F. ZELLER, PERSONAL REPRESENTATIVE FOR**

THEODORE ZELLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**KANDIE S. HERNANDEZ, PERSONAL REPRESENTATIVE FOR**

CORNELIUS ROGERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3294 of 3332

---

**LETICIA PENNY MCCOY, PERSONAL REPRESENTATIVE FOR**

LOUIS LAVERNE PENNY II (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**FRANK P. SCHWEITZER, PERSONAL REPRESENTATIVE FOR**

GEORGE SCHWEITZER JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ELISABETH CEIL SHAW, PERSONAL REPRESENTATIVE FOR**

TOXIE HALL MYERS JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3295 of 3332

---

**MAY EVELYN MCBRIDE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79887**    Filed In Cases: 140

EDWARD MCBRIDE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DONALD ORVISS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79888**    Filed In Cases: 140

HILDA E. HAMILTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARC E. METCALF, PERSONAL REPRESENTATIVE FOR**

**Clm No 79889**    Filed In Cases: 140

LINTON HAND FRENCH JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3296 of 3332

---

**CHERYL ANDRA WELLS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79890**   Filed In Cases: 140

BOSTON BANKS JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PATRICK D. MCAVOY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79891**   Filed In Cases: 140

EDWARD CLINTON MCAVOY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GAYLE A. LOUIE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79892**   Filed In Cases: 140

MAY Y. LOUIE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3297 of 3332

---

**GAYLE A. LOUIE, PERSONAL REPRESENTATIVE FOR**

BERTRAND LOUIE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79893**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**STEVEN EASTMAN, PERSONAL REPRESENTATIVE FOR**

CARLYLE EASTMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79894**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**FRED HARRY WILLIAMS, PERSONAL REPRESENTATIVE FOR**

WALTER CORNELIUS OWENS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79895**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3298 of 3332

---

**BEVERLY ANN HUBER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79896**       Filed In Cases: 140

BRUCE HUBER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MAUDINE WILLIAMS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79897**       Filed In Cases: 140

PHILLIP KING WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LINDA TRAMMELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79898**       Filed In Cases: 140

BRUCE EARL JEFFERY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3299 of 3332

---

**IDA BELL ATTAWAY, PERSONAL REPRESENTATIVE FOR**

THURMAN ATTAWAY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOSEPH SOUSA, PERSONAL REPRESENTATIVE FOR**

ALFRED DRYSDALE SOUSA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**HARRY GOODRICH JR., PERSONAL REPRESENTATIVE FOR**

HARRY C. GOODRICH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3300 of 3332

---

**JOHNNY TENNISON, JR., PERSONAL REPRESENTATIVE FOR**

**Clm No 79902**     Filed In Cases: 140

JOHNNY TENNISON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL BARKHURST, PERSONAL REPRESENTATIVE FOR**

**Clm No 79903**     Filed In Cases: 140

EDWARD ARTHUR BARKHURST (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MICAH RIGGS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79904**     Filed In Cases: 140

VICKIE WARREN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3301 of 3332

---

| **CAROL KAY WILLIAMS, PERSONAL REPRESENTATIVE FOR** | **Clm No 79905** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM WILLIAMS (DECEASED) | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed                23-Mar-2017
Bar Date
Claim Face Value

---

| **GERALDINE BARABIN, PERSONAL REPRESENTATIVE FOR** | **Clm No 79906** | Filed In Cases: 140 | |
|---|---|---|---|
| HENRY BARABIN (DECEASED) | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed                23-Mar-2017
Bar Date
Claim Face Value

---

| **DAVID WILLIAM TRULL, PERSONAL REPRESENTATIVE FOR** | **Clm No 79907** | Filed In Cases: 140 | |
|---|---|---|---|
| CLARENCE TRULL JR. (DECEASED) | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed                23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3302 of 3332

---

**TERRI LYNN SWEENEY-SMITH, PERSONAL REPRESENTATIVE FOR**

SAM SWEENEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**OLIANA SAIPAIA, PERSONAL REPRESENTATIVE FOR**

OLOMALU SAIPAIA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DOROTHY MAY HARP, PERSONAL REPRESENTATIVE FOR**

EDWARD LEO HARP (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3303 of 3332

---

**DAVID LYN HARMON, PERSONAL REPRESENTATIVE FOR**

SIDNEY HARMON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MARION PRAXEDES JOHNSON, PERSONAL REPRESENTATIVE FOR**

LARRY RICHARD JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MILO EARNEST WALKER, PERSONAL REPRESENTATIVE FOR**

HUBERT EARNEST WALKER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

3304 of 3332

---

**CLODETTE VEE TURNER, PERSONAL REPRESENTATIVE FOR**

EDWARD O. TURNER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DAMIEN SCHIELE, PERSONAL REPRESENTATIVE FOR**

ROBERT EDWARD MAYFIELD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GLENDA IRENE YOUNG, PERSONAL REPRESENTATIVE FOR**

ALMA JAY YOUNG (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                3305 of 3332

---

**KENNETH MIETCHEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79917**    Filed In Cases: 140

EARL L. MIETCHEN (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JERRY DYRESON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79918**    Filed In Cases: 140

DONALD L. FISSETTE (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PAULA JEANETTE TARJANI, PERSONAL REPRESENTATIVE FOR**

**Clm No 79919**    Filed In Cases: 140

JOHN TROY BALL (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3306 of 3332

---

**GLORIA J. AUGUST, PERSONAL REPRESENTATIVE FOR**

GERALD LEE AUGUST (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79920**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CAROLYN L. ANDREWS, PERSONAL REPRESENTATIVE FOR**

ROBERT L. ANDREWS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79921**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FUMIKO WALSH, PERSONAL REPRESENTATIVE FOR**

CHARLES CALVIN WALSH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79922**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3307 of 3332

---

**DAVID BRIAN MILLER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79923**     Filed In Cases: 140

ROY LEE MILLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOHN ELTON VANN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79924**     Filed In Cases: 140

ELBRIDGE VANN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MILTON THOMAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79925**     Filed In Cases: 140

ALLEN THOMAS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3308 of 3332

---

**KATHRYN MATHER, PERSONAL REPRESENTATIVE FOR**

BURTON SMOTHERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JUANITA PROCTOR-WILLIAMS, PERSONAL REPRESENTATIVE FOR**

THOMAS PROCTOR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LYNDA JEAN BROUSSARD, PERSONAL REPRESENTATIVE FOR**

EDDIE BROUSSARD JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3309 of 3332

---

**GLENDA WOODWARD, PERSONAL REPRESENTATIVE FOR**

LAURA PRICE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL WILLIAM WALSH, PERSONAL REPRESENTATIVE FOR**

JEFFREY WALSH, JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DORIS LOWE, PERSONAL REPRESENTATIVE FOR**

EDMOND T. LOWE, JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

3310 of 3332

---

**NADINE HARDY, PERSONAL REPRESENTATIVE FOR**
JOHN OSCAR HARDY, JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79932**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CAROLE DOSS-ABEL, PERSONAL REPRESENTATIVE FOR**
EUGENE DOSS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79933**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**BONNIE JEAN VASQUEZ, PERSONAL REPRESENTATIVE FOR**
MILES T. HARRISON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79934**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3311 of 3332

---

**NEAL HANSEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79935**    Filed In Cases: 140

HAROLD ELLSWORTH HANSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JOHN LANCE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79936**    Filed In Cases: 140

WESLEY JARRED (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ESTELA M. CARCALLAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79937**    Filed In Cases: 140

FABIAN D. CARCALLAS, JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3312 of 3332

---

**VICKI LYNN JONES, PERSONAL REPRESENTATIVE FOR**

ROBERT JONES, JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79938**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DEBRA M. BENNETT, PERSONAL REPRESENTATIVE FOR**

JOSEPH G. BENNETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79939**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ALMA COX, PERSONAL REPRESENTATIVE FOR**

PETER COX (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79940**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3313 of 3332

---

**SANDRA GEMMET, PERSONAL REPRESENTATIVE FOR**

JAMES LAFAYETTE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS WONG, PERSONAL REPRESENTATIVE FOR**

BING F. WONG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ELIZABETH ANDERSON, PERSONAL REPRESENTATIVE FOR**

ORVAL N. ANDERSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79943**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3314 of 3332

---

**ERSELLE B. GUINS, PERSONAL REPRESENTATIVE FOR**

LEE JOSEPH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79944**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARIA EFREMENKO, PERSONAL REPRESENTATIVE FOR**

EUGENE P. EFREMENKO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79945**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GILBERT FRENCH, PERSONAL REPRESENTATIVE FOR**

MELVIN NEAL FRENCH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79946**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3315 of 3332

---

**REBECCA VOORHEES-GONZALEZ, PERSONAL REPRESENTATIVE FOR**

JAMES R. VOORHEES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LULA MAE II SMITH, PERSONAL REPRESENTATIVE FOR**

ALBERT SMITH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MIRIAM COMPTON, PERSONAL REPRESENTATIVE FOR**

DONALD COMPTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3316 of 3332

---

**MELISSA GREGORY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79950**    Filed In Cases: 140

JAMES OLLIE GREGORY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**GERALDINE COSTELLO, PERSONAL REPRESENTATIVE FOR**

**Clm No 79951**    Filed In Cases: 140

JOE E. COSTELLO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**EVIA THOMAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79952**    Filed In Cases: 140

ROBERT THOMAS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3317 of 3332

---

**ALAMEDA LIGHTFOOT, PERSONAL REPRESENTATIVE FOR**

**Clm No 79953**     Filed In Cases: 140

WILLIAM LIGHTFOOT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LEO WALKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79954**     Filed In Cases: 140

ODELL WRIGHT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KAREN JOHNSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79955**     Filed In Cases: 140

LAWRENCE SAFLY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3318 of 3332

---

**MERCEDES CARMENCITA VALDES, PERSONAL REPRESENTATIVE FOR**

JULIO CESAR VALDES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79956**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MASHAI STOKES GULLEY, PERSONAL REPRESENTATIVE FOR**

ROGER E. GULLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79957**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**PAULETTE COOK, PERSONAL REPRESENTATIVE FOR**

HONORIUS GAGNE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79958**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**SHARON CLAXTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79959**    Filed In Cases: 140

ROBERT BARNES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GLENDA WOODWARD, PERSONAL REPRESENTATIVE FOR**

**Clm No 79960**    Filed In Cases: 140

EURAL L. PRICE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CONNIE L. NEWBORN-PAYNE, PERSONAL REPRESENTATIVE FOR**

**Clm No 79961**    Filed In Cases: 140

HENRY NEWBORN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3320 of 3332

---

**MAXINE BOX, PERSONAL REPRESENTATIVE FOR**
ROBERT JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79962**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SOFIA L. CABAGUA ROSE, PERSONAL REPRESENTATIVE FOR**
MARTIN COBONCE CABAGUA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79963**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BARBARA MCCAUSLAND, PERSONAL REPRESENTATIVE FOR**
IRA WILSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79964**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3321 of 3332

---

**THELMA GOODYEAR, PERSONAL REPRESENTATIVE FOR**

<u>Clm No 79965</u>    Filed In Cases: 140

HARRY GOODYEAR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TERRIS GRIMES, PERSONAL REPRESENTATIVE FOR**

<u>Clm No 79966</u>    Filed In Cases: 140

VERNON JAGGEARS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANNETTE ANDERSON, PERSONAL REPRESENTATIVE FOR**

<u>Clm No 79967</u>    Filed In Cases: 140

SYLVESTER JAMES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3322 of 3332

---

**NORMAN OSTERT, PERSONAL REPRESENTATIVE FOR**

FRED OSTERT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79968**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SHIRLEY WILLIAMS-BOWENS, PERSONAL REPRESENTATIVE FOR**

SAMMIE CHARLES BOWENS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79969**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DONALD D. MAYNARD, PERSONAL REPRESENTATIVE FOR**

WILLIAM E. MAYNARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79970**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3323 of 3332

---

**MARVEL GERTZ, PERSONAL REPRESENTATIVE FOR**

WALTER ROBERT GERTZ (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**IRENE RIGGS-HEWITT, PERSONAL REPRESENTATIVE FOR**

EUGENE RIGGS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH POLINO, PERSONAL REPRESENTATIVE FOR**

SEBASTIAN SAMUEL POLINO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79973**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3324 of 3332

---

**GAYLE CHRISTIAN-DANIELS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79974**    Filed In Cases: 140

ANDREW A. CHRISTIAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**KAREN L. SANSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 79975**    Filed In Cases: 140

GORDON LELAND KOCHER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**RUBY WALLER TYLER, PRESONAL REPRESENTATIVE FOR**

**Clm No 79976**    Filed In Cases: 140

ELI WALLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3325 of 3332

---

**RONALD BROWN, SR., PERSONAL REPRESENTATIVE FOR**

PAUL EDWIN BROWN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**JAMES R. FOX, PERSONAL REPRESENTATIVE FOR**

IVAN DON FREDRICKSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**DEANNA M. KUDRNA, PERSONAL REPRESENTATIVE FOR**

JOSEPH LEAL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3326 of 3332

---

**PATRICIA MAHER, PERSONAL REPRESENTATIVE FOR**

**Clm No 79980**     Filed In Cases: 140

DONALD J. MAHER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JEFFREY MARK CAMPBELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 79981**     Filed In Cases: 140

EARL JOHN CAMPBELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOYCE LORRAINE HAYDEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79982**     Filed In Cases: 140

RICHARD L. ICKES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                      3327 of 3332

---

| **BONNIE BARNES, PERSONAL REPRESENTATIVE FOR** | **Clm No 79983** | Filed In Cases: 140 | |
|---|---|---|---|
| LINWOOD BARNES (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **JANET G. GAYLORD, PERSONAL REPRESENTATIVE FOR** | **Clm No 79984** | Filed In Cases: 140 | |
|---|---|---|---|
| ROBERT J. GAYLORD (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **SHARON KAY LYLES, PERSONAL REPRESENTATIVE FOR** | **Clm No 79985** | Filed In Cases: 140 | |
|---|---|---|---|
| JAMES O. HOPKINS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3328 of 3332

---

**JILL SCARNECCHIA, PERSONAL REPRESENTATIVE FOR**

**Clm No 79986**    Filed In Cases: 140

ADLESS WESTERFELD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JUDY WASCOM, PERSONAL REPRESENTATIVE FOR**

**Clm No 79987**    Filed In Cases: 140

RALPH MIDDLETON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ZELMA E. HINCK, PERSONAL REPRESENTATIVE FOR**

**Clm No 79988**    Filed In Cases: 140

OWEN HINCK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3329 of 3332

---

| **MIRIAN RUBY MALLOY, PERSONAL REPRESENTATIVE FOR** | **Clm No 79989** | Filed In Cases: 140 | |
|---|---|---|---|
| EDWARD MALLOY (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **YVETTE CALDWELL, PERSONAL REPRESENTATIVE FOR** | **Clm No 79990** | Filed In Cases: 140 | |
|---|---|---|---|
| PAUL HAIL (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **JOAN E. TRAINOR, PERSONAL REPRESENTATIVE FOR** | **Clm No 79991** | Filed In Cases: 140 | |
|---|---|---|---|
| DUANE POLLOCK (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3330 of 3332

---

**SANDRA MARIE CARDINALE, PERSONAL REPRESENTATIVE FOR**

ELMER L. WEST (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**GREGORY BARTHOLOMEW, PERSONAL REPRESENTATIVE FOR**

ANTONIO BARROZO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**CLEONIA YVONNE BULLARD, PERSONAL REPRESENTATIVE FOR**

YVONNE WATSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3331 of 3332

---

**FRED SCHWARTZ, PERSONAL REPRESENTATIVE FOR**

ERWIN SCHWARTZ (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79995**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS TOUREK, PERSONAL REPRESENTATIVE FOR**

JAMES TOUREK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOYCE GIORGI, PERSONAL REPRESENTATIVE FOR**

RAY MILFRED GIORGI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

3332 of 3332

---

**JUDITH A. HANGER, PERSONAL REPRESENTATIVE FOR**

WILLIAM MAY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LIBRADO HERNANDEZ, PERSONAL REPRESENTATIVE FOR**

LIBRADO HERNANDEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RITA DANIEL, PERSONAL REPRESENTATIVE FOR**

JOHN H. DANIEL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

1 of 2984

---

**GAIL L. THOMAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80001**      Filed In Cases: 140

VERNON HUGHEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**BRENDA LEE EAST, PERSONAL REPRESENTATIVE FOR**

**Clm No 80002**      Filed In Cases: 140

ANITA MARIE BYRD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DORIS HALL, PERSONAL REPRESENTATIVE FOR**

**Clm No 80003**      Filed In Cases: 140

BYRON HENDERSON HALL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2 of 2984

---

**KAREN L. POTTS, PERSONAL REPRESENTATIVE FOR**

FRANK POTTS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**PATRICIA WILLIAMS, PERSONAL REPRESENTATIVE FOR**

GEORGE WESLEY BENTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOY LEE BREWER, PERSONAL REPRESENTATIVE FOR**

GRANVILLE LEE BREWER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

3 of 2984

---

**SHERILL NELSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80007**    Filed In Cases: 140

RICHARD E. NELSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**VALERIA GOODWIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80008**    Filed In Cases: 140

ROBERT E. GOODWIN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MALCOLM CLARK, PERSONAL REPRESENTATIVE FOR**

**Clm No 80009**    Filed In Cases: 140

RICHARD CLARK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

4 of 2984

---

**LINDA CURTRIGHT, PERSONAL REPRESENTATIVE FOR**

JESSE CURTRIGHT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BETTY CLOUD, PERSONAL REPRESENTATIVE FOR**

JAMES OLEN CLOUD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CARRIE JOLENE PHILLIPS, PERSONAL REPRESENTATIVE FOR**

SHIRLEY A. MCCLURE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

5 of 2984

---

**LNDA LUECK, PERSONAL REPRESENTATIVE FOR**

RAYMOND GOODWIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80013**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**KAREN ANN POHLMAN, PERSONAL REPRESENTATIVE FOR**

ALLEN ANDREW DRISCOLL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80014**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**ELEANOR JOY HURST, PERSONAL REPRESENTATIVE FOR**

GEORGE HERBERT WOODALL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80015**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

6 of 2984

---

**PAULINE H. DARROW, PERSONAL REPRESENTATIVE FOR**

**Clm No 80016**    Filed In Cases: 140

HAROLD R. DARROW (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARIA PEREZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 80017**    Filed In Cases: 140

PEDRO G. PEREZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LORRAINE YVONNE CARR, PERSONAL REPRESENTATIVE FOR**

**Clm No 80018**    Filed In Cases: 140

CHARLES WILLIAM CARR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:42:12 PM

---

*Claims Details*                                                     7 of 2984

---

**ALBERT JOHN TORRI, PERSONAL REPRESENTATIVE FOR**

ALBERT PETER TORRI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80019**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MONICA BLAKE, PERSONAL REPRESENTATIVE FOR**

RICHARD L. WOODCOCK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80020**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**EVANGELINA RODRIGUEZ, PERSONAL REPRESENTATIVE FOR**

C. ALFRED RODRIGUEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80021**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

8 of 2984

---

**SABRINA LAJAUN WILCOX, PERSONAL REPRESENTATIVE FOR**

LADERRIS MCCALL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80022**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BETTY IMOGENE MILLER, PERSONAL REPRESENTATIVE FOR**

JAMES CRAIG MILLER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN:BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80023**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BARBARA FURMAN, PERSONAL REPRESENTATIVE FOR**

LAVERN CLARENCE FURMAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80024**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                          9 of 2984

| | | | |
|---|---|---|---|
| **LINDA JEANNE JONES, PERSONAL REPRESENTATIVE FOR** | **Clm No 80025** | Filed In Cases: 140 | |
| IRWIN L. WARD (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| | | | |
|---|---|---|---|
| **RHONDA TAYLOR, PERSONAL REPRESENTATIVE FOR** | **Clm No 80026** | Filed In Cases: 140 | |
| BILLY JOE POWELL (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN:BRYN G LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| | | | |
|---|---|---|---|
| **LAURA LYNN WOOLVERTON, PERSONAL REPRESENTATIVE FOR** | **Clm No 80027** | Filed In Cases: 140 | |
| GRANT WOOLVERTON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**MARLENE A GREEN, PERSONAL REPRESENTATIVE FOR**

CHARLES RAY MILLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KATHY ANN BUTCHER, PERSONAL REPRESENTATIVE FOR**

HERBERT EARL BRIDGEFORD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**PATRICIA ANN BRADLEY, PERSONAL REPRESENTATIVE FOR**

ROBERT DALE BRADLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

11 of 2984

---

**MARIE A. BIDINOST, PERSONAL REPRESENTATIVE FOR**

**Clm No 80031**    Filed In Cases: 140

ROBERT JOSEPH BIDINOST (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**OLEVA KING OWENS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80032**    Filed In Cases: 140

DARE DONALD OWENS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARTHA ANN LAMBERTS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80033**    Filed In Cases: 140

IRENE DARLENE WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

12 of 2984

---

**REBECCA LOU WYNIA, PERSONAL REPRESENTATIVE FOR**

**Clm No 80034**    Filed In Cases: 140

MILTON ROYAL STEWART (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CAROL L. ATKINSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80035**    Filed In Cases: 140

JAMES MARION ATKINSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LORI M. YODER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80036**    Filed In Cases: 140

CLARENCE PHILIP STEGNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

13 of 2984

---

**MARILYN GOWER, PERSONAL REPRESENTATIVE FOR**

JACK IVAN GOWER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN:BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80037**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LYNNE SAWYER, PERSONAL REPRESENTATIVE FOR**

KENNY ARDEL SAWYER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN:BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80038**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ASTA SHACKLES, PERSONAL REPRESENTATIVE FOR**

DONALD LAWRENCE SHACKLES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN:BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

14 of 2984

---

**DAVID JOHN WITKOWSKI, PERSONAL REPRESENTATIVE FOR**

JOHN JOSEPH WITKOWSKI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80040**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**COLLEEN ZIMMER BOON, PERSONAL REPRESENTATIVE FOR**

NORMAN DALE PELTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80041**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SHIRLEY CRAMER, PERSONAL REPRESENTATIVE FOR**

BRADLEY EDMOND BISHOP (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80042**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

15 of 2984

---

**CANDACE MADENE DEARDEN, PERSONAL REPRESENTATIVE FOR**

JERRY LYLE FULLMER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80043**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**JACQUELINE LINTHECUM, PERSONAL REPRESENTATIVE FOR**

PRESIDENT LINTHECUM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**DEBORAH GALLES, PERSONAL REPRESENTATIVE FOR**

WALLY ALAN FARIA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80045**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                          16 of 2984

---

**SHARON G. MORSE, PERSONAL REPRESENTATIVE FOR**

MONTY MARLIN MORSE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**BEVERLY LEE, PERSONAL REPRESENTATIVE FOR**

FRANK LEE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**LESLIE D. WINSTON II, PERSONAL REPRESENTATIVE FOR**

LESLIE DONALD WINSTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**DOLORES JOSEFA YATES, PERSONAL REPRESENTATIVE FOR**

JAMES ROBERT YATES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN:BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT LESLIE CHESSER, PERSONAL REPRESENTATIVE FOR**

JAMES FLOYD CHESSER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN:BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES D. FREER, PERSONAL REPRESENTATIVE FOR**

SHIRLEY JUANITA FREER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN:BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**THOMAS R. FLANNERY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80052**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed     23-Mar-2017
Bar Date
Claim Face Value

---

**STANLEY FLETCHER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80053**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed     23-Mar-2017
Bar Date
Claim Face Value

---

**NOBLE FLOURNOY JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80054**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed     23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

---

*Claims Details*

---

**LUTHER E. FLOYD**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LARRY C. FOLKMAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JIMMY RAY KING, PERSONAL REPRESENTATIVE FOR**
JACK WESLEY KING (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN:BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

20 of 2984

---

**CHRISTOPHER KORGAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80058**    Filed In Cases: 140

ROBERT SAM KORGAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LISA WARD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80059**    Filed In Cases: 140

RICK D. WARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LAURA JANE PARKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80060**    Filed In Cases: 140

HERBERT C. PARKER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                                    21 of 2984

---

**LISA POWELL DUNLAP, PERSONAL REPRESENTATIVE FOR**

**Clm No 80061**       Filed In Cases: 140

WILLIAM RAY POWELL (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**MARGARET ALYSSE DAVIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80062**       Filed In Cases: 140

JAMES ALLEN DAVIS (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**PATRICIA HENRY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80063**       Filed In Cases: 140

DICKIE R. HENRY (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                    22 of 2984

---

**VICKI JEAN JACQUES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80064**     Filed In Cases: 140

ROLAND OWEN HODGES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**SHIRLEY STAKER-PATELLARO, PERSONAL REPRESENTATIVE FOR**

**Clm No 80065**     Filed In Cases: 140

GERALD BLAINE STAKER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**MARIE ELAINE MCAMIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80066**     Filed In Cases: 140

SABATO SAM SPARACO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**TINA MARIE OWENS, PERSONAL REPRESENTATIVE FOR**

EMMETT OWENS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DAHL GENE CARSWELL, PERSONAL REPRESENTATIVE FOR**

FRANK CARSWELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MELODY BARIBAULT, PERSONAL REPRESENTATIVE FOR**

ERNEST R. BARIBAULT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

24 of 2984

---

**JAMES WALTER AMMONS, PERSONAL REPRESENTATIVE FOR**

JAMES STANLEY AMMONS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80070**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DANIEL KILCREASE SR., PERSONAL REPRESENTATIVE FOR**

HURSHEL KILCREASE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80071**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LORRAINE BECKETT DAY, PERSONAL REPRESENTATIVE FOR**

MARGARET L. BECKETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80072**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

25 of 2984

---

**DOROTHY LYNN SWANK, PERSONAL REPRESENTATIVE FOR**

**Clm No 80073**    Filed In Cases: 140

WILLIAM J. SHERWOOD (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**NARAWANA JEAN TAPPAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80074**    Filed In Cases: 140

STEPHEN W. GOBLE (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANNETTE R. ROBERSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80075**    Filed In Cases: 140

CHARLES B. ROBERSON (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

26 of 2984

---

**LINDA FULLER, PERSONAL REPRESENTATIVE FOR**

LORRAINE AMELIA TALBERT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80076**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ELLEN C BLACK, PERSONAL REPRESENTATIVE FOR**

JOHN BLACK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80077**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARIA CHRISTINA WASSO, PERSONAL REPRESENTATIVE FOR**

GUS MACK WASSO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**FAYRENE HAMMON, PERSONAL REPRESENTATIVE FOR**

EDMUND CARL HAMER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**SHARLA DOLLAR-HANSON, PERSONAL REPRESENTATIVE FOR**

ANTONIO O. SALSEDO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH LESLIE DEISS, PERSONAL REPRESENTATIVE FOR**

ALBERT R. DEISS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

28 of 2984

---

**TARSHA MILLER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80082**     Filed In Cases: 140

THEODORE JACK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARIE MECCHI, PERSONAL REPRESENTATIVE FOR**

**Clm No 80083**     Filed In Cases: 140

ANDREW K. MECCHI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HARRY LEE FOX, PERSONAL REPRESENTATIVE FOR**

**Clm No 80084**     Filed In Cases: 140

JOHN B. POPE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

29 of 2984

---

| **WILLIE NORRIS HOWARD, PERSONAL REPRESENTATIVE FOR** | **Clm No 80085** | Filed In Cases: 140 | |
|---|---|---|---|
| NORRIS HOWARD (DECEASED) | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

| **ZANDRA LEWIS, PERSONAL REPRESENTATIVE FOR** | **Clm No 80086** | Filed In Cases: 140 | |
|---|---|---|---|
| GLADYS MARIE LEWIS (DECEASED) | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

| **JAMES RICHARD RUBIDOUX, PERSONAL REPRESENTATIVE FOR** | **Clm No 80087** | Filed In Cases: 140 | |
|---|---|---|---|
| LEROY T. RUBIDOUX (DECEASED) | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

30 of 2984

---

**KATHLEEN BURKE, PERSONAL REPRESENTATIVE FOR**

STEPHEN V. BURKE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBIN B. FONTENOT, PERSONAL REPRESENTATIVE FOR**

WILLIAM C. ELLIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LEZLIE GARRISON, PERSONAL REPRESENTATIVE FOR**

OLEY GARRISON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80090**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

31 of 2984

---

**JANE KEARNEY MURPHY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80091**    Filed In Cases: 140

JAMES PATRICK KEARNEY (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MYRA WALL, PERSONAL REPRESENTATIVE FOR**

**Clm No 80092**    Filed In Cases: 140

J. C. DILLARD (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARVIN LEE DILLARD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80093**    Filed In Cases: 140

RAY KINNITH DILLARD (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

32 of 2984

---

| **JUDY ANN CRIM, PERSONAL REPRESENTATIVE FOR** | **Clm No 80094** | Filed In Cases: 140 | |
|---|---|---|---|
| CECIL ALLEN CRIM (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **HATTIE JEAN SMITH, PERSONAL REPRESENTATIVE FOR** | **Clm No 80095** | Filed In Cases: 140 | |
|---|---|---|---|
| IVORY J. GRAY (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| **CARMEN AMEZQUITA, PERSONAL REPRESENTATIVE FOR** | **Clm No 80096** | Filed In Cases: 140 | |
|---|---|---|---|
| ZACHARY V. AMEZQUITA (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                          3/20/2018 3:42:12 PM

*Claims Details*                                                                                    33 of 2984

---

**PHYLLIS R. COLWELL, PERSONAL
REPRESENTATIVE FOR**          **Clm No 80097**    Filed In Cases: 140

PHILLIP CLEMENT BURCKHARD (DECEASED)

C/O BRAYTON PURCELL, LLP          Class          Claim Detail Amount          Final Allowed Amount

ATTN: BRYN G. LETSCH          UNS          Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**VALERIO ARMIJO, PERSONAL REPRESENTATIVE
FOR**          **Clm No 80098**    Filed In Cases: 140

FRED ROBERT ARMIJO (DECEASED)

C/O BRAYTON PURCELL, LLP          Class          Claim Detail Amount          Final Allowed Amount

ATTN: BRYN G. LETSCH          UNS          Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**GARY BERTRAM, PERSONAL REPRESENTATIVE
FOR**          **Clm No 80099**    Filed In Cases: 140

HILLIS L. BERTRAM (DECEASED)

C/O BRAYTON PURCELL, LLP          Class          Claim Detail Amount          Final Allowed Amount

ATTN: BRYN G. LETSCH          UNS          Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

34 of 2984

---

**JOSEPH EUGENE HOLCOMB, PERSONAL REPRESENTATIVE FOR**

**Clm No 80100**    Filed In Cases: 140

JOSEPH EDWIN HOLCOMB (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GLADYS FERGUSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80101**    Filed In Cases: 140

LANDON T. FERGUSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LUCRETIA COLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80102**    Filed In Cases: 140

MAURICE COLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                                    35 of 2984

---

**GLENN O WILLIAMS, PERSONAL REPRESENTATIVE FOR**

ELMER CURTIS WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MIDGIE L. PRATT, PERSONAL REPRESENTATIVE FOR**

DANIEL MONIZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**BARBARA MCKENNA LANE, PERSONAL REPRESENTATIVE FOR**

HIRAM LANE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80105**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

36 of 2984

---

**EMILY MARIE VIGUS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80106**      Filed In Cases: 140

LEONARD VIGUS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PATRICIA HAYES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80107**      Filed In Cases: 140

RODNEY LAVERNE BELL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**BETTY FRAZIER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80108**      Filed In Cases: 140

CHARLES L. FRAZIER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

37 of 2984

---

**HOWARD WAYNE JOHNSON, PERSONAL REPRESENTATIVE FOR**

HOWARD BURLEIGH JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80109**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KEVIN YOUNGER, PERSONAL REPRESENTATIVE FOR**

HAROLD R. YOUNGER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80110**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ELISABETH MAYS, PERSONAL REPRESENTATIVE FOR**

FRANK D. MAYS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80111**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                        38 of 2984

---

**MYRA MCDANIEL, PERSONAL REPRESENTATIVE**          **Clm No 80112**     Filed In Cases: 140

GARY M. MCDANIEL (DECEASED)              Class              Claim Detail Amount          Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                      UNS                   Unknown
222 RUSH LANDING ROAD                   – – – – –   – – – – – – – – –    – – – – – – – – –
NOVATO, CA 94928-6169

Date Filed             23-Mar-2017
Bar Date
Claim Face Value

---

**SHEREE LYNN OWENS, PERSONAL**              **Clm No 80113**     Filed In Cases: 140
**REPRESENTATIVE FOR**

WILSON L. OWENS (DECEASED)               Class              Claim Detail Amount          Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                      UNS                   Unknown
222 RUSH LANDING ROAD                   – – – – –   – – – – – – – – –    – – – – – – – – –
NOVATO, CA 94928-6169

Date Filed             23-Mar-2017
Bar Date
Claim Face Value

---

**DOROTHEA ROSE BROWN, PERSONAL**            **Clm No 80114**     Filed In Cases: 140
**REPRESENTATIVE FOR**

DONALD GLEN BROWN (DECEASED)             Class              Claim Detail Amount          Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                      UNS                   Unknown
222 RUSH LANDING ROAD                   – – – – –   – – – – – – – – –    – – – – – – – – –
NOVATO, CA 94928-6169

Date Filed             23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**LAURA EILEEN MORTENSEN, PERSONAL REPRESENTATIVE FOR**

JOHN DELANO MORTENSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80115**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAUL MICHAEL BOUC, PERSONAL REPRESENTATIVE FOR**

EDWARD GERALD BOUC (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80116**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARGIE MUNN, PERSONAL REPRESENTATIVE FOR**

JAMES LEE MUNN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80117**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**BARBARA JOANNE MCCLUSKEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80118**    Filed In Cases: 140

RICHARD A. MCCLUSKEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOHN VIRGIL BURNETT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80119**    Filed In Cases: 140

JACK V. BURNETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CHERYL KELLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80120**    Filed In Cases: 140

WALTER V. KELLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

41 of 2984

---

**JANET L. BLAKLEY, PERSONAL REPRESENTATIVE FOR**

ARTHUR W. BLAKLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80121**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**BRAD LACKEY, PERSONAL REPRESENTATIVE FOR**

OLIVER J. WILLIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80122**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**LYNNETTE Y. ADAMSON, PERSONAL REPRESENTATIVE FOR**

BILLY DEAN KARNES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80123**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:42:12 PM

## Claims Details                                                    42 of 2984

---

**IRVIN D. SINGER, PERSONAL REPRESENTATIVE FOR**        **Clm No 80124**    Filed In Cases: 140

GORDON K. SINGER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARJORIE OLIVIERA, PERSONAL REPRESENTATIVE FOR**        **Clm No 80125**    Filed In Cases: 140

JOHN D. OLIVEIRA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARK E. SWAN, PERSONAL REPRESENTATIVE FOR**        **Clm No 80126**    Filed In Cases: 140

GERALD EUGENE BELL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

43 of 2984

| | | | |
|---|---|---|---|
| **ROBERT BENDER, PERSONAL REPRESENTATIVE FOR** | **Clm No 80127** | Filed In Cases: 140 | |
| DOUGLAS HUGH DAVIS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

| | | | |
|---|---|---|---|
| **CHARLES ROBERT SIMPSON, PERSONAL REPRESENTATIVE FOR** | **Clm No 80128** | Filed In Cases: 140 | |
| MONTY LEE ELLIS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

| | | | |
|---|---|---|---|
| **DEBORAH ANN LEE, PERSONAL REPRESENTATIVE FOR** | **Clm No 80129** | Filed In Cases: 140 | |
| MICHAEL CASPER KOLOSEY (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

44 of 2984

---

**CHERYL RADEL, PERSONAL REPRESENTATIVE FOR**

FRANKIE LEE RADOSEVICH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SUSAN MARIE SMITH, PERSONAL REPRESENTATIVE FOR**

JOHN MARLIN SAATHOFF (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LISSA MARIE SCRIMGEOUR, PERSONAL REPRESENTATIVE FOR**

GORDON SCRIMGEOUR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

| **BEVERLY RUTH ROBERTS, PERSONAL REPRESENTATIVE FOR** | **Clm No 80133** | Filed In Cases: 140 | |
|---|---|---|---|
| MORLEY JUNIOR SEWELL (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **TOSHIYO MAY HARRIS, PERSONAL REPRESENTATIVE FOR** | **Clm No 80134** | Filed In Cases: 140 | |
|---|---|---|---|
| CHESTER F. HARRIS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **ELAINE ROSCHEWSKI, PERSONAL REPRESENTATIVE FOR** | **Clm No 80135** | Filed In Cases: 140 | |
|---|---|---|---|
| WAYNE ROSCHEWSKI (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**  
**5955 De Soto Ave., Suite 100**  
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**  
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**  
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**ANDRE MOSLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80136**    Filed In Cases: 140

ALTHA J. PAGE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JOANNE MARIE DUNNIGAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80137**    Filed In Cases: 140

MICHAEL D. DUNNIGAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARK WINSLOW LITTLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80138**    Filed In Cases: 140

RONALD EDWARD LITTLE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

47 of 2984

---

**GERTRUDE JO BAILEY, PERSONAL REPRESENTATIVE FOR**

ROGER CLAYTON BAILEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80139**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LOUVENIA JOHNSON, PERSONAL REPRESENTATIVE FOR**

WILLIE G. JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80140**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**BEVERLY J. MULL, PERSONAL REPRESENTATIVE FOR**

ROBERT GENE MULL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80141**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

48 of 2984

---

**SANDI WILLIAMS, PERSONAL REPRESENTATIVE FOR**

VERNON WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80142**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VERDA S. PRICE, PERSONAL REPRESENTATIVE FOR**

NEAL W. PRICE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80143**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SUSAN LEE HAZLETT, PERSONAL REPRESENTATIVE FOR**

ROBERT L. HAZLETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80144**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**WILLIAM ALAN WHITTLE, PERSONAL REPRESENTATIVE FOR**

RONALD WHITTLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ZINNA RASHIDA RILEY, PERSONAL REPRESENTATIVE FOR**

MATTIE RILEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**BRANDY ANDERSON, PERSONAL REPRESENTATIVE FOR**

CLAUDE T. ANDERSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

50 of 2984

---

**TIMOTHY KING, PERSONAL REPRESENTATIVE FOR**

FERN D. KING (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JEFFREY TAMRAZ, PERSONAL REPRESENTATIVE FOR**

CYRUS J. TAMRAZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THERESA MAY MOORE, PERSONAL REPRESENTATIVE FOR**

LOUIS KAFADER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

51 of 2984

---

**CARMEN HENLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80151**    Filed In Cases: 140

DAVID L. HENLEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM LEMKE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80152**    Filed In Cases: 140

DONALD ERVIN LEMKE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GAYLE BARKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80153**    Filed In Cases: 140

LESLIE HENRY MAY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              52 of 2984

---

**ARNOLD LEON ROEDELL, PERSONAL
REPRESENTATIVE FOR**                          **Clm No 80154**      Filed In Cases: 140

ARNOLD C. ROEDELL (DECEASED)                   Class           Claim Detail Amount      Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                            UNS                  Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**BILLIE JOYCE HANON, PERSONAL
REPRESENTATIVE FOR**                          **Clm No 80155**      Filed In Cases: 140

LEIGHTON D. HANON (DECEASED)                   Class           Claim Detail Amount      Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                            UNS                  Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**LORRAINE AUGUSTIN, PERSONAL
REPRESENTATIVE FOR**                          **Clm No 80156**      Filed In Cases: 140

WILLARD L. AUGUSTIN (DECEASED)                 Class           Claim Detail Amount      Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                            UNS                  Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

53 of 2984

---

**JOSEPH M. LUJAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80157**    Filed In Cases: 140

JOSEPH O. LUJAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SHIRLEY HAYS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80158**    Filed In Cases: 140

THOMAS HAYS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DONNA LATA, PERSONAL REPRESENTATIVE FOR**

**Clm No 80159**    Filed In Cases: 140

JACK L. FROST (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

54 of 2984

---

**BETTY GAIL LOPEZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 80160**   Filed In Cases: 140

EUGENE CLYDE BARNETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MICHAEL PAULLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80161**   Filed In Cases: 140

PHYLLIS J. PAULLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**BETTY R. WADLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80162**   Filed In Cases: 140

LOUIS ABERCROMBIA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

55 of 2984

---

**GARTH B. MITCHELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 80163**   Filed In Cases: 140

JESSE B. MITCHELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STEPHANIE GAIL FINCH, PERSONAL REPRESENTATIVE FOR**

**Clm No 80164**   Filed In Cases: 140

STANLEY MAX MCCUE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GLORIA B. WILLIAMS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80165**   Filed In Cases: 140

JULES GEORGE WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

56 of 2984

---

**HEIDI C. TURNER, PERSONAL REPRESENTATIVE FOR**

TERRY LEONARD PILLION (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80166**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**JENNIFER DELORES TAYLOR, PERSONAL REPRESENTATIVE FOR**

RON R. ROCHELLE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80167**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**MARY R. BICONDOVA, PERSONAL REPRESENTATIVE FOR**

STEVE J. BICONDOVA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80168**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**DONNA RAE KALAKAUSKIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80169**    Filed In Cases: 140

LAWRENCE KALAKAUSKIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LAVERN FARLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80170**    Filed In Cases: 140

KENNETH FARLEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MIKE CARAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80171**    Filed In Cases: 140

TOM HERNDON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

58 of 2984

---

**RANDALL EDWARD DACUS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80172**    Filed In Cases: 140

GARY EUGENE DACUS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**BEVERLY JEAN WILLITS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80173**    Filed In Cases: 140

JAMES HOMER WILLITTS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**REBECCA LYNNE GORMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80174**    Filed In Cases: 140

MCKINLEY J. DORRELL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

59 of 2984

---

**CHRISTOPHER RETTA, PERSONAL REPRESENTATIVE FOR**

RICHARD JOSEPH RETTA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LINDA KAY WALTY, PERSONAL REPRESENTATIVE FOR**

RICHARD H. RINGGOLD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LYDIA M. JOHNSON, PERSONAL REPRESENTATIVE FOR**

RAYMON EARL JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**KATHY KELLEHER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80178**   Filed In Cases: 140

LINN KELLEHER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL KLOBAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80179**   Filed In Cases: 140

DONALD DALE STEVENSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CHARLES DENNIS MCDEVITT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80180**   Filed In Cases: 140

HARRY MCDEVITT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

61 of 2984

| **DANIEL PATRICK FRANCK, PERSONAL REPRESENTATIVE FOR** | **Clm No 80181** | Filed In Cases: 140 | |
|---|---|---|---|
| GUSTAV JOSEPH FRANCK (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed                 23-Mar-2017
Bar Date
Claim Face Value

| **ROBERT EARL BROWN, PERSONAL REPRESENTATIVE FOR** | **Clm No 80182** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLMORE BROWN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed                 23-Mar-2017
Bar Date
Claim Face Value

| **JAMES O. BOWIE, PERSONAL REPRESENTATIVE FOR** | **Clm No 80183** | Filed In Cases: 140 | |
|---|---|---|---|
| LAMAR STONE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed                 23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                      62 of 2984

---

**LINDA HUANG-WARD, PERSONAL REPRESENTATIVE FOR**

| **Clm No 80184** | Filed In Cases: 140 |

JIMMIE LEE WARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DEBORAH GRIDER, PERSONAL REPRESENTATIVE FOR**

| **Clm No 80185** | Filed In Cases: 140 |

DONALD SAVIN GRIDER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LEE ANNA WARD, PERSONAL REPRESENTATIVE FOR**

| **Clm No 80186** | Filed In Cases: 140 |

MURPHY WARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

63 of 2984

---

**TAMMERA SCOTT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80187**       Filed In Cases: 140

ALFRED BUTLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JACK BERRY KISH, PERSONAL REPRESENTATIVE FOR**

**Clm No 80188**       Filed In Cases: 140

JACK BENJAMIN KISH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DUNCAN ALAN FANE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80189**       Filed In Cases: 140

ANNA BELL D. SESSLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:42:12 PM

*Claims Details*                                                                          64 of 2984

---

**RICHARD MADER, PERSONAL REPRESENTATIVE FOR**          **Clm No 80190**    Filed In Cases: 140

ROBERT JOHN MADER (DECEASED)        Class              Claim Detail Amount        Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                UNS                        Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**LANA SCHULTHEISS, PERSONAL REPRESENTATIVE FOR**       **Clm No 80191**    Filed In Cases: 140

LAWRENCE ELLIOTT (DECEASED)         Class              Claim Detail Amount        Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                UNS                        Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**BRENDA JEAN EDWARDS, PERSONAL REPRESENTATIVE FOR**    **Clm No 80192**    Filed In Cases: 140

ALEXANDER ESPIE (DECEASED)          Class              Claim Detail Amount        Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                UNS                        Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/20/2018 3:42:12 PM

*Claims Details*                                                                    65 of 2984

---

**FUMIKO KURSON, PERSONAL REPRESENTATIVE FOR**          **Clm No 80193**    Filed In Cases: 140

LOUIS J. KURSON (DECEASED)
C/O BRAYTON PURCELL, LLP          Class              Claim Detail Amount        Final Allowed Amount
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD             UNS                        Unknown
NOVATO, CA 94928-6169

   Date Filed            23-Mar-2017
   Bar Date
   Claim Face Value

---

**JAMES ELLISON WILLIS, PERSONAL REPRESENTATIVE FOR**    **Clm No 80194**    Filed In Cases: 140

FREDDIE WILLS (DECEASED)
C/O BRAYTON PURCELL, LLP          Class              Claim Detail Amount        Final Allowed Amount
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD             UNS                        Unknown
NOVATO, CA 94928-6169

   Date Filed            23-Mar-2017
   Bar Date
   Claim Face Value

---

**DOLORES M. SHELDON, PERSONAL REPRESENTATIVE FOR**      **Clm No 80195**    Filed In Cases: 140

ROGER B. SHELDON (DECEASED)
C/O BRAYTON PURCELL, LLP          Class              Claim Detail Amount        Final Allowed Amount
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD             UNS                        Unknown
NOVATO, CA 94928-6169

   Date Filed            23-Mar-2017
   Bar Date
   Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

66 of 2984

---

**BARBARA J. ADAMS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80196**       Filed In Cases: 140

ROBERT LOUIS ADAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**KATHLEEN CLARE MULLEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80197**       Filed In Cases: 140

RICHARD C. MULLEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**BETTY R. WADLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80198**       Filed In Cases: 140

CLAUDIA VERNICE ANDERSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**PAULINE A. DOUCETTE, PERSONAL REPRESENTATIVE FOR**

ROGER DOUCETTE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**DANNY B. GARDNER, PERSONAL REPRESENTATIVE FOR**

CLAUDE BURNETT GARDNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**PEGGIE ANN BADER, PERSONAL REPRESENTATIVE FOR**

ROBERT L. HELLAND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

68 of 2984

---

**TAMMI GREEN, PERSONAL REPRESENTATIVE FOR**

MELVIN EUGENE GREEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CLYDE A. THOMAS, PERSONAL REPRESENTATIVE FOR**

CLYDE DAVID THOMAS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80203**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GLORIA ROBBINS, PERSONAL REPRESENTATIVE FOR**

THOMAS CHARLES ROBBINS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80204**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

---

**ILA JOE KYLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80205**      Filed In Cases: 140

BARRY S. KYLE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RENEE J. VICENS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80206**      Filed In Cases: 140

ALBERT WARREN KELLY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BEATRICE THREATT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80207**      Filed In Cases: 140

ROBERT THREATT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**PAULINE HAMILTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80208**    Filed In Cases: 140

EVAN DEAN HAMILTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CAROL CHAVEZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 80209**    Filed In Cases: 140

NORBERT CHAVEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOYCE HEJLIK, PERSONAL REPRESENTATIVE FOR**

**Clm No 80210**    Filed In Cases: 140

ALBERT A. CHAKNOVA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                        71 of 2984

---

**ALRETTE GILBERT, PERSONAL REPRESENTATIVE FOR**          **Clm No 80211**    Filed In Cases: 140

ARLO BRODERICK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**ESTELLE MEDEIROS, PERSONAL REPRESENTATIVE FOR**          **Clm No 80212**    Filed In Cases: 140

LEROY MEDEIROS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**DOROTHY PHILLIPS, PERSONAL REPRESENTATIVE FOR**          **Clm No 80213**    Filed In Cases: 140

ARTHUR REED (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

72 of 2984

---

**BROOKSIE MILLER, PERSONAL REPRESENTATIVE FOR**

WILLIAM ROBINSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROCHELLE A. CARVER, PERSONAL REPRESENTATIVE FOR**

DANIEL GILBERT CARVER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARYANN CALLERY, PERSONAL REPRESENTATIVE FOR**

THOMAS D. CALLERY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

73 of 2984

---

**PHILOMENA ESCOBAR, PERSONAL REPRESENTATIVE FOR**

DOMINGO ANTONIO ESCOBAR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80217**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VIRGINIA E. WATERS, PERSONAL REPRESENTATIVE FOR**

JOHN H. WATERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80218**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM JOHNSON, PERSONAL REPRESENTATIVE FOR**

REUBEN JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80219**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**ANNETTE HIMMELSBACH, PERSONAL REPRESENTATIVE FOR**

ARTHUR EDWIN KNOWLTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CAROL L. BELDEN, PERSONAL REPRESENTATIVE FOR**

EDWARD BLAIR BELDEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CHRISTAL SPOONER, PERSONAL REPRESENTATIVE FOR**

WILLIAM G. SPOONER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                 75 of 2984

---

**MYRNA M. HAWKINS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80223**    Filed In Cases: 140

THEODORE V. HAWKINS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**AMY AMADAIR WILLIAMS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80224**    Filed In Cases: 140

RAYMOND WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MARY EVELYN NOBLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80225**    Filed In Cases: 140

WILLIAM D. NOBLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

76 of 2984

---

**DONNA L. ARCHULETA, PERSONAL REPRESENTATIVE FOR**

DONALD J. BRUMFIELD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80226**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KAREN VERNALE, PERSONAL REPRESENTATIVE FOR**

JEROME S. VERNALE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARY VALDEZ, PERSONAL REPRESENTATIVE FOR**

GERONIMO M. VALDEZ (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*

---

**WENDY HOWARD NICKLE, PERSONAL
REPRESENTATIVE FOR**

KENNETH LEE HOWARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DONNA CECILIA JOYNER, PERSONAL
REPRESENTATIVE FOR**

MICHAEL JOHN JOYNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**THATCUS CARL RICHARD, PERSONAL
REPRESENTATIVE FOR**

CHARLIE L. DAVIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**SUSAN M. ANDERSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80232**    Filed In Cases: 140

RICHARD ARNOLD ANDERSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ERVA JUNE WILLIFORD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80233**    Filed In Cases: 140

JAMES ANDY WILLIFORD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**VIRGEEN PILTZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 80234**    Filed In Cases: 140

CARL ARTHER PILTZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

79 of 2984

---

**JUDITH LYNN RUFFINO, PERSONAL REPRESENTATIVE FOR**

WARREN J. RUFFINO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MERLENE WILMA RANSDELL, PERSONAL REPRESENTATIVE FOR**

CARL ARTHUR RANSDELL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JUDIE MAE BOURN, PERSONAL REPRESENTATIVE FOR**

WILLIAM P. BOURN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

80 of 2984

---

**JANINE MCFARLAND, PERSONAL REPRESENTATIVE FOR**

CHARLES GRANT HENDERSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80238**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MICHELLE TAYLOR, PERSONAL REPRESENTATIVE FOR**

JIMMY EARL WHITE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80239**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RHONDA L. KOOGLE, PERSONAL REPRESENTATIVE FOR**

RONALD MALANG (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80240**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

81 of 2984

---

**TAWNYA CERISE CARTER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80241**     Filed In Cases: 140

WILLIE L. CARTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DORIS J. MERRIWEATHER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80242**     Filed In Cases: 140

JOHN H. MERRIWEATHER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAMELIN G. MATHEWS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80243**     Filed In Cases: 140

PEBBLE JAMES MATHEWS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**JEANNIE DRENNAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80244**     Filed In Cases: 140

FREDDIE MONTOYA MARTINEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DEBRA ANN LUKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80245**     Filed In Cases: 140

RODNEY R. TRIPLETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELIZABETH A. HALLMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80246**     Filed In Cases: 140

ESCOE D. HALLMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

83 of 2984

---

**SUZANNE HADLAND ABOLD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80247**    Filed In Cases: 140

THOMAS HADLAND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**QUEEN ESTHER PIERCE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80248**    Filed In Cases: 140

RALPH DALENOR PIERCE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHRISTINA TOWNSELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 80249**    Filed In Cases: 140

ULYSSES TOWNSELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                84 of 2984

---

**BRIAN M. GRATE, PERSONAL REPRESENTATIVE FOR**    **Clm No 80250**    Filed In Cases: 140

EDWIN GRATE (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**RAY FERNANDEZ, PERSONAL REPRESENTATIVE FOR**    **Clm No 80251**    Filed In Cases: 140

TOMAS G. FERNANDEZ (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JAN MORRISON ESQ. PERSONAL REPRESENTATIVE FOR**    **Clm No 80252**    Filed In Cases: 140

MARY V. MORRISON (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                                          85 of 2984

---

**SYBIL ARLENE BARGAS, PERSONAL REPRESENTATIVE FOR**

ANNIE JEAN POOLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80253**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**JAMES MICHAEL SMALL, PERSONAL REPRESENTATIVE FOR**

ROY R. BROADWATER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80254**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**JUNE BLOXHAM-NIELSEN, PERSONAL REPRESENTATIVE FOR**

DEAN DAVIS BLOXHAM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80255**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

86 of 2984

---

**MARGARET C. BAUMAN, PERSONAL REPRESENTATIVE FOR**

CARL L. BAUMAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80256**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**VIVIAN MARIE LINDBORG, PERSONAL REPRESENTATIVE FOR**

GERALD CHARLES LINDBORG (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80257**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DIANA WATERSON, PERSONAL REPRESENTATIVE FOR**

JOHN MARSHALL LACY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80258**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

87 of 2984

---

**TONY HOUNE BLACKWELL, PERSONAL REPRESENTATIVE FOR**

ROLAND N. BLACKWELL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80259**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**BEA J. WHITE, PERSONAL REPRESENTATIVE FOR**

EMERSON V. ARCHER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80260**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES E. NAMAULEG, PERSONAL REPRESENTATIVE FOR**

JESUS ESPINOSA NAMAULEG (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80261**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**TONY GARTIEZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 80262**   Filed In Cases: 140

SAMUEL S. THOMPSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**JAMI SUE SIVELLS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80263**   Filed In Cases: 140

FLOYD LEONARD SMITH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**RAMEY CAROL SCARBOROUGH, PERSONAL REPRESENTATIVE FOR**

**Clm No 80264**   Filed In Cases: 140

STANLEY SCARBOROUGH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

89 of 2984

---

| **GRACE E. PUGLIESE, PERSONAL REPRESENTATIVE FOR** | **Clm No 80265** | Filed In Cases: 140 | |
|---|---|---|---|
| AUGUST J. PUGLIESE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **DEBORAH ASHER, PERSONAL REPRESENTATIVE FOR** | **Clm No 80266** | Filed In Cases: 140 | |
|---|---|---|---|
| JAY GORDON GOOKSTETTER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **MICHEAL B. BOGGS, PERSONAL REPRESENTATIVE FOR** | **Clm No 80267** | Filed In Cases: 140 | |
|---|---|---|---|
| PETE ODUM (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

90 of 2984

---

**ODESSA HOBBS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80268**    Filed In Cases: 140

WILLIE L. JENKINS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANDREA L. EDWARDS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80269**    Filed In Cases: 140

LESLIE S. EDWARDS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**NITAYA CLARK, PERSONAL REPRESENTATIVE FOR**

**Clm No 80270**    Filed In Cases: 140

JOHN C. CLARK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

---

**INNA LEVY, PERSONAL REPRESENTATIVE FOR**

ERWIN LEVY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | **Clm No 80271** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DINAH L. STANLAKE, PERSONAL REPRESENTATIVE FOR**

LEROY STANLAKE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | **Clm No 80272** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RANDELL LAYTON OYLER, PERSONAL REPRESENTATIVE FOR**

LAYTON OYLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | **Clm No 80273** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**BONNIE HINTZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 80274**    Filed In Cases: 140

RUTH CONWAY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LINDA ANN VINCENT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80275**    Filed In Cases: 140

CLARENCE GREEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SHANA ROSE SIMPSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80276**    Filed In Cases: 140

JIMMY LEE SMALLWOOD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

93 of 2984

---

**VERASAKDI SAE-UNG, PERSONAL REPRESENTATIVE FOR**

**Clm No 80277**    Filed In Cases: 140

FRED NELSON MANLEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANA MARIA ARGANDAR, PERSONAL REPRESENTATIVE FOR**

**Clm No 80278**    Filed In Cases: 140

JOHN C. ARGANDAR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CAROLINE COTTEN NAKKEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80279**    Filed In Cases: 140

LENLY MARVIN COTTEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

94 of 2984

---

**CATHIE E. ADAMS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80280**   Filed In Cases: 140

VERNON BOYD ADAMS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BETTY RAE FINDER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80281**   Filed In Cases: 140

SCOTT SUMMERS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELAINE FONTES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80282**   Filed In Cases: 140

ROBERT FONTES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**EMMY MULLER, PERSONAL REPRESENTATIVE FOR**

PAUL WILLY MULLER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80283**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THELLIS PAULINE PITTMAN, PERSONAL REPRESENTATIVE FOR**

JIMMY E. PITTMAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80284**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BETTY LOUISE JOHNSON, PERSONAL REPRESENTATIVE FOR**

RICHARD EMIL JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80285**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

96 of 2984

---

**CAROL L. ASKER, PERSONAL REPRESENTATIVE FOR**

ALAN ASKER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80286**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VALERRA POWELL, PERSONAL REPRESENTATIVE FOR**

L.B. BROWN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80287**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MONTE B. BEARD, PERSONAL REPRESENTATIVE FOR**

JOHN LEROY BEARD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80288**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**ANDREA LEE ANN MCCLAIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80289**    Filed In Cases: 140

WILLIAM MCCLAIN (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

ATTN: BRYN G. LETSCH

| UNS | Unknown | |
|-----|---------|--|

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELLEREE PAT JONES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80290**    Filed In Cases: 140

EDWARD A. JONES (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

ATTN: BRYN G. LETSCH

| UNS | Unknown | |
|-----|---------|--|

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**D. VERONICA ARMSTRONG, PERSONAL REPRESENTATIVE FOR**

**Clm No 80291**    Filed In Cases: 140

DONALD W. ARMSTRONG (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

ATTN: BRYN G. LETSCH

| UNS | Unknown | |
|-----|---------|--|

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**GABRIELLE HISE, PERSONAL REPRESENTATIVE FOR**

EVERETT JEROME HISE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80292**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLAUDIA MARIE DAVIS, PERSONAL REPRESENTATIVE FOR**

CHARLES FOUNTAIN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80293**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANKIE J. JENKIS, PERSONAL REPRESENTATIVE FOR**

RAYMOND E. JENKINS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80294**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**GRACE ALICE HILLIARD, PERSONAL REPRESENTATIVE FOR**

JACK G. HILLIARD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**WANDA DORIS HUDSON-MOORE, PERSONAL REPRESENTATIVE FOR**

OTIS C. MOORE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80296**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MARLON JEREL ANDERSON, PERSONAL REPRESENTATIVE FOR**

TAYLOR ANDERSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**CHARLOTTE S. HOLTZCLAW, PERSONAL REPRESENTATIVE FOR**

**Clm No 80298**    Filed In Cases: 140

DALLAS PETERSEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ROSA MARIA TEMPLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80299**    Filed In Cases: 140

GARLAND EDWARD TEMPLE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CHERLYN YOUNG, PERSONAL REPRESENTATIVE FOR**

**Clm No 80300**    Filed In Cases: 140

HAZEL TURNER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

101 of 2984

---

**BARBARA J. POUNDS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80301**    Filed In Cases: 140

GAYLORD D. POUNDS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARCI JO BOLLA, PERSONAL REPRESENTATIVE FOR**

**Clm No 80302**    Filed In Cases: 140

LORI JEAN MCKIBBIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARY I. SANCHEZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 80303**    Filed In Cases: 140

FRANCISCO J. SANCHEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                             102 of 2984

---

**MARGARET SIZELOVE, PERSONAL REPRESENTATIVE FOR**

EDWARD SIZELOVE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80304**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JANICE LEONARD, PERSONAL REPRESENTATIVE FOR**

LETHA TICKNER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80305**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MELODY MEANS, PERSONAL REPRESENTATIVE FOR**

HUGH EDGAR FERGUSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80306**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              103 of 2984

---

**EILEEN R. ANDREWS, PERSONAL REPRESENTATIVE FOR**          **Clm No 80307**   Filed In Cases: 140

PAUL EDWARD ANDREWS (DECEASED)

C/O BRAYTON PURCELL, LLP        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
ATTN: BRYN G. LETSCH            | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**JOLYN JOHNSON, PERSONAL REPRESENTATIVE FOR**             **Clm No 80308**   Filed In Cases: 140

ALLEN LEISHMAN JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
ATTN: BRYN G. LETSCH            | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**JOHN CRAIG, PERSONAL REPRESENTATIVE FOR**               **Clm No 80309**   Filed In Cases: 140

ETHEL CRAIG (DECEASED)            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
C/O BRAYTON PURCELL, LLP         | UNS | Unknown | |
ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

104 of 2984

| **JOANN NANCY CAROZZA, PERSONAL REPRESENTATIVE FOR** | **Clm No 80310** | Filed In Cases: 140 | |
|---|---|---|---|
| ADAM MICHAEL CAROZZA (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **PATTI A. LANCASTER, PERSONAL REPRESENTATIVE FOR** | **Clm No 80311** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM Q. GLASS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **SACHIKO NANCY BURGESS, PERSONAL REPRESENTATIVE FOR** | **Clm No 80312** | Filed In Cases: 140 | |
|---|---|---|---|
| JOSEPH BURGESS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

105 of 2984

---

**MAE ELLEN THREADGILL, PERSONAL REPRESENTATIVE FOR**

LUCY M. PICKENS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80313**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DIANE P. MCFERRIN, PERSONAL REPRESENTATIVE FOR**

JAMES WILSON MCFERRIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80314**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LESLIE COMSTOCK, PERSONAL REPRESENTATIVE FOR**

JOHN ALFRED GANDOLFO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80315**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

106 of 2984

---

**MARY HOBBS, PERSONAL REPRESENTATIVE FOR**

DONALD JESSE HOBBS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80316**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PEDRITO CARAAN MANIBO, PERSONAL REPRESENTATIVE FOR**

PEDRO MANIBO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80317**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN JOSEPH MCALEER III, PERSONAL REPRESENTATIVE FOR**

JOHN JOSEPH MCALEER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80318**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

107 of 2984

---

**GLENN LAPITAN, PERSONAL REPRESENTATIVE FOR**

WINSTON EVERETT LAPITAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**SHELDON SPIROS MANN, PERSONAL REPRESENTATIVE FOR**

WILLIAM S. MANN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**THERESA KETCHUM, PERSONAL REPRESENTATIVE FOR**

HARLAN KETCHUM (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80321**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

108 of 2984

---

**SHEILA BALMER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80322**   Filed In Cases: 140

ARTHUR BENTZ (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KATHY PLANTE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80323**   Filed In Cases: 140

ALTON DONNELL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KATHERINE ANNE JONES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80324**   Filed In Cases: 140

DONALD JONES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**MAXLYN CADLO, PERSONAL REPRESENTATIVE FOR**

ANTHONY JOSEPH CADLO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80325**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**KATHLEEN A. SCHIEBOLD, PERSONAL REPRESENTATIVE FOR**

PAUL OTTO SCHIEBOLD III (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80326**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GEORGE BACHMAN II, PERSONAL REPRESENTATIVE FOR**

GEORGE BACHMAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80327**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

110 of 2984

---

**STANLEY CRAIG WRISTEN, PERSONAL REPRESENTATIVE FOR**

JOYCE RUSSELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LYNNE JENSEN, PERSONAL REPRESENTATIVE FOR**

JULIUS R. WENTRCEK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DEBRA BONEY, PERSONAL REPRESENTATIVE FOR**

CHARLES TERRELL BONEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

111 of 2984

---

**SUSAN MURPHY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80331**    Filed In Cases: 140

TIMOTHY C. MURPHY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ILA SHELLY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80332**    Filed In Cases: 140

DONALD E. SHELLY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TYLER S. SPEARS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80333**    Filed In Cases: 140

LLOYD E. SPEARS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

112 of 2984

---

**GEORGIA LEGRAND, PERSONAL REPRESENTATIVE FOR**

ROBERT J. LEGRAND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80334**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LISA VALLADAO, PERSONAL REPRESENTATIVE FOR**

EDWARD OTIS BROCK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80335**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**SHANNON MCGRIFF-SMITH, PERSONAL REPRESENTATIVE FOR**

EUGENE RONALD SMITH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80336**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

113 of 2984

---

**KRISTOPHER A. HUFF, PERSONAL REPRESENTATIVE FOR**

**Clm No 80337**    Filed In Cases: 140

DEWARD L. HUFF (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**FLORENCE LOUKEDIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80338**    Filed In Cases: 140

JOHN CHRONIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BETTY JANE CIULLA, PERSONAL REPRESENTATIVE FOR**

**Clm No 80339**    Filed In Cases: 140

JOHN V. CIULLA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              114 of 2984

---

**LYNNE RENE JACKSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80340**    Filed In Cases: 140

DONALD TIP JACKSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**YOLANDA N. FAISON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80341**    Filed In Cases: 140

BILLY JOE FAISON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FELICIDAD MISLANG, PERSONAL REPRESENTATIVE FOR**

**Clm No 80342**    Filed In Cases: 140

FELICIANO A. MISLANG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

115 of 2984

---

**JULIEANN ELAINE ORR, PERSONAL REPRESENTATIVE FOR**

**Clm No 80343**    Filed In Cases: 140

JAMES G. ORR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**TROY ROANER DAVIS EVANS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80344**    Filed In Cases: 140

NATHANIEL DAVIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**VIRGINIA G. TAYLOR, PERSONAL REPRESENTATIVE FOR**

**Clm No 80345**    Filed In Cases: 140

BILL EARL TAYLOR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

116 of 2984

---

**ONEIDA R. MARTIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80346**       Filed In Cases: 140

CECIL W. MARTIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MIKE GAINES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80347**       Filed In Cases: 140

DANA GAINES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LUELLA MAK, PERSONAL REPRESENTATIVE FOR**

**Clm No 80348**       Filed In Cases: 140

BENJAMIN MAK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**CONSTANCE DAVIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80349**    Filed In Cases: 140

ERNEST DAVIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**BONNIE WHITAKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80350**    Filed In Cases: 140

MARSHALL S. GOSNELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**JOAN ADAMSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80351**    Filed In Cases: 140

GENE ADAMSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

118 of 2984

---

**SESCILY LAVERNE JACKSON, PERSONAL REPRESENTATIVE FOR**

DUKE A. JACKSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CAROL LORRAINE HARRIS, PERSONAL REPRESENTATIVE FOR**

HAROLD D. HARRIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**VIRGINIA DE STEFANO, PERSONAL REPRESENTATIVE FOR**

CHARLES A. DE STEFANO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

119 of 2984

---

**BARBARA JEANNE FAULKNER, PERSONAL REPRESENTATIVE FOR**

JOHN FAULKNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80355**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**GEOFFREY GIFFORD, PERSONAL REPRESENTATIVE FOR**

RICHARD GIFFORD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80356**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**TANGIE FRISCH, PERSONAL REPRESENTATIVE FOR**

WALTER OSBORN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80357**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

120 of 2984

---

**ANGELINE LYNN BENJAMIN, PERSONAL REPRESENTATIVE FOR**

WILLIAM BENJAMIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80358**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KAY CUNNINGHAM, PERSONAL REPRESENTATIVE FOR**

JOSEPH CUNNINGHAM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80359**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HENRY E. NEEDHAM, PERSONAL REPRESENTATIVE FOR**

WALLACE ALLEN NEEDHAM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80360**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

121 of 2984

---

**DEBORAH S. DARE, PERSONAL REPRESENTATIVE FOR**

BENJAMIN K. DARE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARGARET D. BARNES, PERSONAL REPRESENTATIVE FOR**

LEONARD BARNES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE LEE FRIEL, PERSONAL REPRESENTATIVE FOR**

GEORGE L. FRIEL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                      122 of 2984

---

**RANDAL ELLINGTON, PERSONAL REPRESENTATIVE FOR**

CLAUDE L. ELLINGTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**BARBARA SCHULZE, PERSONAL REPRESENTATIVE FOR**

HUGH C. FITZGERALD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MYRNA J. BORGES, PERSONAL REPRESENTATIVE FOR**

RICHARD J. BORGES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

123 of 2984

| | |
|---|---|
| **JEFFREY ELLIS TUCKER, PERSONAL REPRESENTATIVE FOR** | **Clm No 80367**   Filed In Cases: 140 |
| TOM H. TUCKER (DECEASED) | |
| C/O BRAYTON PURCELL, LLP | |
| ATTN: BRYN G. LETSCH | |
| 222 RUSH LANDING ROAD | |
| NOVATO, CA 94928-6169 | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| | |
|---|---|
| **SHIRLA MULLAN, PERSONAL REPRESENTATIVE FOR** | **Clm No 80368**   Filed In Cases: 140 |
| ARTHUR F. MULLAN (DECEASED) | |
| C/O BRAYTON PURCELL, LLP | |
| ATTN: BRYN G. LETSCH | |
| 222 RUSH LANDING ROAD | |
| NOVATO, CA 94928-6169 | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| | |
|---|---|
| **FRANCES WALKER, PERSONAL REPRESENTATIVE FOR** | **Clm No 80369**   Filed In Cases: 140 |
| JACK W. WALKER (DECEASED) | |
| C/O BRAYTON PURCELL, LLP | |
| ATTN: BRYN G. LETSCH | |
| 222 RUSH LANDING ROAD | |
| NOVATO, CA 94928-6169 | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

---

*Claims Details*                                                                                      124 of 2984

---

**PAMELA JENSEN, PERSONAL REPRESENTATIVE FOR**               **Clm No 80370**    Filed In Cases: 140

ROY LEONARD GUTHERY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ADELE MEYER, PERSONAL REPRESENTATIVE FOR**               **Clm No 80371**    Filed In Cases: 140

ELMER E. MEYER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JAQUELINE C. HEAD-ASSAF, PERSONAL REPRESENTATIVE FOR**               **Clm No 80372**    Filed In Cases: 140

DAVE WHITNEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

125 of 2984

---

**KATHLEEN Y. SIRI, PERSONAL REPRESENTATIVE FOR**

JESSE WILLIAM MILES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**SUSAN MENCHACA, PERSONAL REPRESENTATIVE FOR**

FRANCIS GUSTAFIK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARIETA HANSELL, PERSONAL REPRESENTATIVE FOR**

JAMES GERALD HANSELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

126 of 2984

---

**PHILLIP NASH, PERSONAL REPRESENTATIVE FOR**

**Clm No 80376**    Filed In Cases: 140

JERRY COLLINS NASH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MINTA LYNNE BACHER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80377**    Filed In Cases: 140

REGINALD K. BACHER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BONITA PARRISH, PERSONAL REPRESENTATIVE FOR**

**Clm No 80378**    Filed In Cases: 140

SAMUEL LEE PARRISH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**CHARLENE ANN FIFER, PERSONAL REPRESENTATIVE FOR**

WILLIAM WILLIS FIFER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARK ALLEN UMPHRESS, PERSONAL REPRESENTATIVE FOR**

BILLY DWIGHT UMPHRESS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL SEAN BURR, PERSONAL REPRESENTATIVE FOR**

ROBERT FERGUSON DORAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                          128 of 2984

---

**THERESA ROTOLO, PERSONAL**           **Clm No 80382**    Filed In Cases: 140
**REPRESENTATIVE FOR**

SAM T. ROTOLO (DECEASED)               Class              Claim Detail Amount      Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH                   UNS                      Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**PAUL LANCASTER II, PERSONAL**        **Clm No 80383**    Filed In Cases: 140
**REPRESENTATIVE FOR**

PAUL RICHARD LANCASTER (DECEASED)      Class              Claim Detail Amount      Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH                   UNS                      Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**BEVERLY J. PERRY, PERSONAL**         **Clm No 80384**    Filed In Cases: 140
**REPRESENTATIVE FOR**

CECIL IRA PERRY (DECEASED)             Class              Claim Detail Amount      Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH                   UNS                      Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**FRANCES WILLIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80385**    Filed In Cases: 140

VERNON LOCKETT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LINDA LEE NIELSEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80386**    Filed In Cases: 140

GERALD EINAR NIELSEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA MAYES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80387**    Filed In Cases: 140

HOWARD MAYES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

130 of 2984

---

**PATRICIA JOAN BENSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80388**    Filed In Cases: 140

JAMES EARL BENSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**NANCY REARDON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80389**    Filed In Cases: 140

PATRICK JOSEPH MOONEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JANE ROSEALLA NISWENDER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80390**    Filed In Cases: 140

RONALD LEE NISWENDER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

---

*Claims Details*

131 of 2984

---

**CHRISTINA LYNN PIERCE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80391**    Filed In Cases: 140

RICHARD GARY CAZIER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**HUIMIN QIN WARBUS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80392**    Filed In Cases: 140

RICHARD WARBUS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MICHAEL JOE WILLIAMS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80393**    Filed In Cases: 140

KENNY JOE WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**GARY FITZPATRICK, PERSONAL REPRESENTATIVE FOR**

JULIUS FITZPATRICK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80394**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JAKE ALLEN EAGLESON, PERSONAL REPRESENTATIVE FOR**

LESTER C. EAGLESON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80395**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CECILIA HAMMOND, PERSONAL REPRESENTATIVE FOR**

HERBERT E. HAMMOND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80396**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

133 of 2984

---

**PAMELA L. CENTER, PERSONAL REPRESENTATIVE FOR**

HARVEY LEO CENTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ANNE BURNS, PERSONAL REPRESENTATIVE FOR**

WILLIAM BURNS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CATHERINE A. JEFFREYS, PERSONAL REPRESENTATIVE FOR**

JOHN A. JEFFREYS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

134 of 2984

---

**MARION L. JACKSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80400**    Filed In Cases: 140

LEON JACK JACKSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**BRENDA LONG, PERSONAL REPRESENTATIVE FOR**

**Clm No 80401**    Filed In Cases: 140

JOHN R. HOBBS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RALPH HINTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80402**    Filed In Cases: 140

ROBERT N. HINTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**KEVIN RICHARD HILER M.D., PERSONAL REPRESENTATIVE FOR**

IRVIN W. HILER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80403**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LLOYD HAWKINSON II, PERSONAL REPRESENTATIVE FOR**

LLOYD R. HAWKINSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80404**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JESSICA CRABTREE, PERSONAL REPRESENTATIVE FOR**

ROBERT PENA SR.  (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80405**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**ROSEMARY SULLIVAN, PERSONAL REPRESENTATIVE FOR**

WILLIAM BARRY GRANT SR.  (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VINCENT TAGLIERI, PERSONAL REPRESENTATIVE FOR**

ALEXANDER TAGLIERI SR.  (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FREDDYE CHARLENE JONES, PERSONAL REPRESENTATIVE FOR**

LONNIE JONES SR.  (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

137 of 2984

---

**SHIRLEY LORRAINE YEAGER, PERSONAL REPRESENTATIVE FOR**

RICHARD YEAGER SR.  (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80409**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**TAMMY CANNON, PERSONAL REPRESENTATIVE FOR**

TOMMIE LEE LARKIN SR.  (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80410**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARY LEE, PERSONAL REPRESENTATIVE FOR**

BOB JOE GASAWAY, SR.  (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80411**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

---

**ROSE EFSTRATIOS, PERSONAL REPRESENTATIVE FOR**

JAMES EFSTRATIOS SR.  (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80412**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CHARLES CAMPBELL, PERSONAL REPRESENTATIVE FOR**

PATRICK W. CAMPBELL SR.  (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80413**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**EARLENE MADDEN, PERSONAL REPRESENTATIVE FOR**

THOMAS BEAUREGARD MADDEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80414**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

139 of 2984

---

**MADGE M. TURNER, PERSONAL REPRESENTATIVE FOR**

WILLIAM NATHANIEL TURNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80415**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017

Bar Date

Claim Face Value

---

**CONNIE JO DOW, PERSONAL REPRESENTATIVE FOR**

JOSEPHINE ANN WYMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80416**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017

Bar Date

Claim Face Value

---

**GREG BABOR, PERSONAL REPRESENTATIVE FOR**

JOHN BABOR IV (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80417**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

140 of 2984

---

**SAMUEL LEON BRYSON, PERSONAL REPRESENTATIVE FOR**

STANLEY BRYSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80418**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**BRUCE KENNETH MCGREW, PERSONAL REPRESENTATIVE FOR**

KENNETH E. MCGREW (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80419**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LOIS E. SCHOONMAKER, PERSONAL REPRESENTATIVE FOR**

NELSON L. SCHOONMAKER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80420**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

141 of 2984

---

**ELLA M. RANKIN, PERSONAL REPRESENTATIVE FOR**

JOHN DOUG PEACOCK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80421**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**GAYLENE LOUISE BEGLEY, PERSONAL REPRESENTATIVE FOR**

EDWARD LEE BEGLEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80422**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JAMIE NICOLE YENTES, PERSONAL REPRESENTATIVE FOR**

JOHN F. YENTES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80423**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

142 of 2984

---

**ALFRED PETER GARCIA, PERSONAL REPRESENTATIVE FOR**

**Clm No 80424**     Filed In Cases: 140

ALFONSO GARCIA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**VINNIE SUE WICKERS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80425**     Filed In Cases: 140

ROBERT GALE WICKERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**SUSAN LEE FORD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80426**     Filed In Cases: 140

LELAND KENDALL BALSIGER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

143 of 2984

---

**MICHAEL VILLAVERDE, PERSONAL REPRESENTATIVE FOR**

SALVADOR VILLAVERDE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**BESSIE WILMA NEWMAN, PERSONAL REPRESENTATIVE FOR**

RICHARD WAYNE NEWMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CINDY ELENA LINDLEY, PERSONAL REPRESENTATIVE FOR**

WILLIAM MICHAEL STENT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

144 of 2984

---

**JULIE CLIMENSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80430**    Filed In Cases: 140

LAWRENCE EARL OMAN (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROSEMARY ALLEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80431**    Filed In Cases: 140

ROBERT LAVERNE ALLEN (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BONNIE FAY DIXON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80432**    Filed In Cases: 140

KENNETH GENE DIXON (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

145 of 2984

---

| **MARINA LUDWIG, PERSONAL REPRESENTATIVE FOR** | **Clm No 80433** | Filed In Cases: 140 | |
|---|---|---|---|
| PAUL K. LUDWIG (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **CHARLES DARRYL SWEATT, PERSONAL REPRESENTATIVE FOR** | **Clm No 80434** | Filed In Cases: 140 | |
|---|---|---|---|
| CHARLES LEWIS SWEATT (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **SANDRA LEE KUHN, PERSONAL REPRESENTATIVE FOR** | **Clm No 80435** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM H. KING (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

146 of 2984

| **RUBY ANN JOYNER, PERSONAL REPRESENTATIVE FOR** | **Clm No 80436** | Filed In Cases: 140 | |
|---|---|---|---|
| CLAUDE DARRELL JOYNER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **SHUN HO MCHUGH, PERSONAL REPRESENTATIVE FOR** | **Clm No 80437** | Filed In Cases: 140 | |
|---|---|---|---|
| JOHN JOSEPH MCHUGH (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **KATHRYN EILEEN WILLIAMS, PERSONAL REPRESENTATIVE FOR** | **Clm No 80438** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM LARRY KELLY (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

147 of 2984

---

**PATRICIA C. GOLDSTEIN, PERSONAL REPRESENTATIVE FOR**

PETE C. SORENSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80439**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**SCOTT ANDREW M.D. RULE, PERSONAL REPRESENTATIVE FOR**

GEORGE BRUCE RULE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80440**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**VALERIE L. COZAD, PERSONAL REPRESENTATIVE FOR**

WALTER FRED COZAD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80441**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

148 of 2984

---

**RHONDA MYSHELLE GRANT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80442**     Filed In Cases: 140

DAVID CHARLES GRANT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MAE F. RANDOLPH VAN DYKE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80443**     Filed In Cases: 140

PLEAS RANDOLPH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT MONTENEGRO, PERSONAL REPRESENTATIVE FOR**

**Clm No 80444**     Filed In Cases: 140

MARCELINO MONTENEGRO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

149 of 2984

| **RAYMOND DOYLE DRYER, PERSONAL REPRESENTATIVE FOR** | **Clm No 80445** | Filed In Cases: 140 | |
|---|---|---|---|
| GORDON H. DRYER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **CAROLINE DAISY LUCAS, PERSONAL REPRESENTATIVE FOR** | **Clm No 80446** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM SAMUEL LUCAS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **TERREL WILLIAM BAILEY, PERSONAL REPRESENTATIVE FOR** | **Clm No 80447** | Filed In Cases: 140 | |
|---|---|---|---|
| MORRIS WILLIAM BAILEY (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

150 of 2984

---

**TIMOTHY GENE VANSANDT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80448**    Filed In Cases: 140

VIRGIL EUGENE VANSANDT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**SUSAN CAROL JACOBSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80449**    Filed In Cases: 140

ROBERT DALE FISH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CAROL LEE GARRETT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80450**    Filed In Cases: 140

GERALD L. GARRETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

151 of 2984

---

**KELLI-ANN GARRNCHA, PERSONAL REPRESENTATIVE FOR**

**Clm No 80451**    Filed In Cases: 140

CAROL LYNN SWEENEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**DELORACE M. GRIFFIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80452**    Filed In Cases: 140

RICHARD E. GRIFFIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**SYLVIA SCANDLYN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80453**    Filed In Cases: 140

CHARLES J. SCANDLYN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

152 of 2984

---

**KAREN M. RAMEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80454**     Filed In Cases: 140

JAMES HOWARD RAMEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LORI ANN HOOD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80455**     Filed In Cases: 140

CLAUDE LEON COX (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARY LOU WALLACE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80456**     Filed In Cases: 140

WILLIAM HAROLD WALLACE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

153 of 2984

---

**CARLYN JO MIKITA, PERSONAL REPRESENTATIVE FOR**

**Clm No 80457**    Filed In Cases: 140

FRED CARL YOUNG (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**BERNICE HUNOLD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80458**    Filed In Cases: 140

NOEL RAYMOND HUNOLD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**PATRICIA CLARK, PERSONAL REPRESENTATIVE FOR**

**Clm No 80459**    Filed In Cases: 140

JAMES LYNN CLARK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

154 of 2984

---

**CHARLOTTE L. ELLIS, PERSONAL REPRESENTATIVE FOR**

JOHN C. ELLIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80460**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RICHARD LANE GREEN, PERSONAL REPRESENTATIVE FOR**

GEORGE A. GREEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80461**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOEL P. NIELSEN, PERSONAL REPRESENTATIVE FOR**

PHILIP H. NIELSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80462**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

155 of 2984

---

**JUDITH LEE PERMAN, PERSONAL REPRESENTATIVE FOR**

<u>Clm No 80463</u>    Filed In Cases: 140

DONALD PERMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**IRMA SCHMIDT, PERSONAL REPRESENTATIVE FOR**

<u>Clm No 80464</u>    Filed In Cases: 140

WALLACE SCHMIDT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOHN W. NIELSON, PERSONAL REPRESENTATIVE FOR**

<u>Clm No 80465</u>    Filed In Cases: 140

WALLACE J. NIELSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

156 of 2984

---

**ROBERT ALAN BLAKE, PERSONAL REPRESENTATIVE FOR**

LAWRENCE ANDREW BLAKE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80466**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**WILLIAM PALMA, PERSONAL REPRESENTATIVE FOR**

SAM PALMA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80467**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ZELINDA C. HANSON, PERSONAL REPRESENTATIVE FOR**

LLOYD W. HANSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80468**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              157 of 2984

---

| SILVIA IMELDA DEPREY, PERSONAL REPRESENTATIVE FOR | **Clm No 80469** | Filed In Cases: 140 | |
|---|---|---|---|
| JACK SEVERANCE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| PROBATE BILL, PERSONAL REPRESENTATIVE FOR | **Clm No 80470** | Filed In Cases: 140 | |
|---|---|---|---|
| LEE RHODES. PLATT (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

| CHERYL ANN MCNUTT, PERSONAL REPRESENTATIVE FOR | **Clm No 80471** | Filed In Cases: 140 | |
|---|---|---|---|
| DONALD JAMES MCNUTT (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**BERNICE PENINNAH COX, PERSONAL REPRESENTATIVE FOR**

**Clm No 80472**   Filed In Cases: 140

JACK WALDRON COX (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**TERRI NELSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80473**   Filed In Cases: 140

CARL THOMAS NELSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**TERRY BAKKIE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80474**   Filed In Cases: 140

DAVID ALLEN BAKKIE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              159 of 2984

---

**LOUIS RAZZA, PERSONAL REPRESENTATIVE FOR**     **Clm No 80475**     Filed In Cases: 140

MARTHETTA RUTH RAZZA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MICHELLE CANCILLA, PERSONAL REPRESENTATIVE FOR**     **Clm No 80476**     Filed In Cases: 140

MARCEL ROBERT CASSOU (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KIMBERLY LYNETTE INGRAM, PERSONAL REPRESENTATIVE FOR**     **Clm No 80477**     Filed In Cases: 140

LARON INGRAM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

160 of 2984

---

**JAMES THOMAS CAGLE, PERSONAL REPRESENTATIVE FOR**

ROBERT L. CAGLE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RITA COZZI, PERSONAL REPRESENTATIVE FOR**

CHARLES BASSETT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROSA JOSEPHINE BEARDEN, PERSONAL REPRESENTATIVE FOR**

PRESTON BEARDEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

161 of 2984

---

**BRETT C. HEIM, PERSONAL REPRESENTATIVE FOR**

KENNETH RAYMOND HEIM (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80481**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LINDA K. BRADFIELD, PERSONAL REPRESENTATIVE FOR**

EUGENE HUBERT GREGORY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80482**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**SHELLIE FAYE WALLACE, PERSONAL REPRESENTATIVE FOR**

DAYTON MOORE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80483**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

162 of 2984

---

**ELIZABETH CUNNINGHAM, PERSONAL REPRESENTATIVE FOR**

ALONZO M. SMITH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DONALD L. POPE, PERSONAL REPRESENTATIVE FOR**

LEWIS POPE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CHRISTOPHER J. ATTAWAY, PERSONAL REPRESENTATIVE FOR**

EARL ATTAWAY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

163 of 2984

---

**WILLIAM D. ESQ. VAUGHN, PERSONAL REPRESENTATIVE FOR**

FRED M. POSEDEL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80487**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM D. HARRIS, PERSONAL REPRESENTATIVE FOR**

JAMES WILLIAM HARRIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80488**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BESSIE WALKER, PERSONAL REPRESENTATIVE FOR**

IMOGENE L. TILLIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80489**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

164 of 2984

---

**REBECCA C. PANG, PERSONAL REPRESENTATIVE FOR**

**Clm No 80490**   Filed In Cases: 140

ERNEST VALLES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LULLA BELL BENTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80491**   Filed In Cases: 140

WARREN D. BENTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JACQUELINE BETH MEYER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80492**   Filed In Cases: 140

JACK WALTERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 3:42:12 PM

*Claims Details*                                                                    165 of 2984

---

**EVELYN MARIE MOELLMAN, PERSONAL REPRESENTATIVE FOR**           **Clm No 80493**   Filed In Cases: 140

EMANUEL MOELLMAN (DECEASED)

C/O BRAYTON PURCELL, LLP        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

ATTN: BRYN G. LETSCH            | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**IVON LUCILLE WILLIAMS, PERSONAL REPRESENTATIVE FOR**           **Clm No 80494**   Filed In Cases: 140

GEORGE WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

ATTN: BRYN G. LETSCH            | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JACQUELINE SHAFFER, PERSONAL REPRESENTATIVE FOR**           **Clm No 80495**   Filed In Cases: 140

LONEY MADDEN (DECEASED)

C/O BRAYTON PURCELL, LLP        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

ATTN: CURT HENNECKE            | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

166 of 2984

---

**KENNETH J. MUCHA, PERSONAL REPRESENTATIVE FOR**

JOSEPH M. MUCHA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80496**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CHARLENE BRADLEY, PERSONAL REPRESENTATIVE FOR**

EDWARD YOST (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80497**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**STACEY MOSS, PERSONAL REPRESENTATIVE FOR**

CHARLES HUGH WHITE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80498**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

167 of 2984

---

**JUNE PEAIS, PERSONAL REPRESENTATIVE FOR**

WOODROW W. PEAIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| **Clm No 80499** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LINDA S. KAY, PERSONAL REPRESENTATIVE FOR**

LEONARDO ROBLES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| **Clm No 80500** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA C. LELAND, PERSONAL REPRESENTATIVE FOR**

HARRY LELAND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| **Clm No 80501** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

168 of 2984

---

**STEVEN RUNDLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80502**   Filed In Cases: 140

ROBERT J. RUNDLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**JANE MCGONNELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 80503**   Filed In Cases: 140

JAMES H. MCGONNELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**FLORINE BURCHAM, PERSONAL REPRESENTATIVE FOR**

**Clm No 80504**   Filed In Cases: 140

JOHN O'NEILL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

169 of 2984

---

**SALLY J. COLINDRES, PERSONAL REPRESENTATIVE FOR**

RONALD S. COLINDRES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80505**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LINDA HUDSON, PERSONAL REPRESENTATIVE FOR**

BRUCE MARTIN HUDSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80506**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BIRTHA L. WILDER, PERSONAL REPRESENTATIVE FOR**

GARFIELD WILDER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80507**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

170 of 2984

---

**LORRAINE ROUSSEAU, PERSONAL REPRESENTATIVE FOR**

EDWARD F. ROUSSEAU (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DARNELL ROLLINS, PERSONAL REPRESENTATIVE FOR**

ALLEE ROLLINS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SERENA BAXTER, PERSONAL REPRESENTATIVE FOR**

FLOYD M. MOORE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**JUDITH DRESSLER, PERSONAL REPRESENTATIVE FOR**

DONALD DRESSLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JACQUELYN HARVEY, PERSONAL REPRESENTATIVE FOR**

CLINTON HARVEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**BETTY L. GARRETT, PERSONAL REPRESENTATIVE FOR**

WILBERT GARRETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

172 of 2984

---

**SHARON G. CLARK, PERSONAL REPRESENTATIVE FOR**

FRANK J. CLARK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80514**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LISA ELAINE SEALS, PERSONAL REPRESENTATIVE FOR**

LEE M. DARRINGTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CAROLYN CONWAY, PERSONAL REPRESENTATIVE FOR**

JAMES F. CONWAY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80516**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**VELDA W. CRUNK, PERSONAL REPRESENTATIVE FOR**

**Clm No 80517**     Filed In Cases: 140

CARLTON C. CRUNK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**YOLANDA BAILEY CHILTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80518**     Filed In Cases: 140

JAMES C. CHILTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WALTER LEE GIBSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80519**     Filed In Cases: 140

BETTY DEAN GIBSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

174 of 2984

---

**DOUGLAS GRABINSKY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80520**     Filed In Cases: 140

FRANK RAYMOND GRABINSKY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JI-YUN MOORE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80521**     Filed In Cases: 140

PHILLIP MOORE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROSEMARY BRICE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80522**     Filed In Cases: 140

ODIE SULLIVAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                  175 of 2984

---

**BARBARA JEAN COLSON, PERSONAL REPRESENTATIVE FOR**          **Clm No 80523**    Filed In Cases: 140

KEITH LEROY UTLEY (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH          UNS          Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ELEANOR THOMPSON, PERSONAL REPRESENTATIVE FOR**          **Clm No 80524**    Filed In Cases: 140

DONALD I. THOMPSON (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH          UNS          Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**RONALD MATZEN, PERSONAL REPRESENTATIVE FOR**          **Clm No 80525**    Filed In Cases: 140

ELMER E. MATZEN (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

C/O BRAYTON PURCELL, LLP

ATTN: ATTN: BRYN G. LETSCH          UNS          Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:42:12 PM

*Claims Details*                                                                                         176 of 2984

---

**ALICE PHYLLIS MCMANUS, PERSONAL REPRESENTATIVE FOR**

THOMAS JOHN MCMANUS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80526**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**SILVER LEE RICHMOND, PERSONAL REPRESENTATIVE FOR**

FLETCHER DQ RICHMOND (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80527**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**MARY L. HOLDER, PERSONAL REPRESENTATIVE FOR**

HAROLD R. HOLDER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80528**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**BETTY JEAN MATTISON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80529**    Filed In Cases: 140

VARIAN ALFRED MATTISON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JAN MORRISON ESQ., PERSONAL REPRESENTATIVE FOR**

**Clm No 80530**    Filed In Cases: 140

WESLEY A. MORRISON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**HELEN GONSALVES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80531**    Filed In Cases: 140

FRANK M. GONSALVES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

178 of 2984

---

**LYNETTE DIANE MOECKEL, PERSONAL REPRESENTATIVE FOR**

CHARLES BUSH II (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KELLY LYNN GITTER BYTTON, PERSONAL REPRESENTATIVE FOR**

ROBERT PUSHKIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JAMES HOWARD SODERBERG, PERSONAL REPRESENTATIVE FOR**

GERALD SODERBERG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**STEPHANIE DENISE ESTES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80535**    Filed In Cases: 140

BENJAMIN LEWIS ESTES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LINDA DOLORES CHRIST, PERSONAL REPRESENTATIVE FOR**

**Clm No 80536**    Filed In Cases: 140

MANUEL CORREIA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KAREN B. GOMES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80537**    Filed In Cases: 140

MARIO JOSEPH BONOMI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

180 of 2984

---

**GLEN ALAN CRAMER, PERSONAL REPRESENTATIVE FOR**

KENNETH CRAMER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80538**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**HOLLY LYNN MERRIMAN, PERSONAL REPRESENTATIVE FOR**

DOUGLAS ALLEN TURNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80539**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DAPHNE E. ALLHISER, PERSONAL REPRESENTATIVE FOR**

JESSE RAY ALLHISER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80540**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

181 of 2984

---

**MARY ANNE SANDERS, PERSONAL REPRESENTATIVE FOR**

GERALD LA VAUGHN SANDERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80541**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**KENNETH GENE IRELAND, PERSONAL REPRESENTATIVE FOR**

BERT FRANKLIN IRELAND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80542**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**SANDRA TSAGARES-ALLEN, PERSONAL REPRESENTATIVE FOR**

GENE HERSCHEL ALLEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80543**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

182 of 2984

---

| CHRISTINE LAW, PERSONAL REPRESENTATIVE FOR | **Clm No 80544** | Filed In Cases: 140 | |
|---|---|---|---|
| FRANCIS THOMAS ALLEN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| BEVERLY MONTGOMERY, PERSONAL REPRESENTATIVE FOR | **Clm No 80545** | Filed In Cases: 140 | |
|---|---|---|---|
| IRENE BROWN LEWIS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| MARA CENTERS, PERSONAL REPRESENTATIVE FOR | **Clm No 80546** | Filed In Cases: 140 | |
|---|---|---|---|
| EDWARD ALLEN BYRD (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

183 of 2984

---

**ANGELA MARQUEZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 80547**    Filed In Cases: 140

JAMES ROBERT MARQUEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MARION THERESA CHAPPELLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80548**    Filed In Cases: 140

BENJAMIN CHAPPELLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GUADALUPE RAMIREZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 80549**    Filed In Cases: 140

RAUL LABRADO RAMIREZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

184 of 2984

---

**TRICIA HINCHLIFF, PERSONAL REPRESENTATIVE FOR**

**Clm No 80550**    Filed In Cases: 140

THOMAS ALLEN TROUTMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DARRELL RAY GRIFFIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80551**    Filed In Cases: 140

DAVID ROSS GRIFFIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**RENEE MARIE FLAGGS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80552**    Filed In Cases: 140

SELEEM NABEEH MAHDI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

185 of 2984

---

**CHRISTINE T. DUMAS, PERSONAL REPRESENTATIVE FOR**

AARON THOMAS DUMAS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KELLEY LYNN BRYAN, PERSONAL REPRESENTATIVE FOR**

WILLIAM LEE WILKINS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOANN JEAN KESSEL, PERSONAL REPRESENTATIVE FOR**

WESLEY LOUIS KESSEL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

186 of 2984

---

**VIRGINIA KATHLEEN MOORES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80556**    Filed In Cases: 140

ROBERT EUGENE MOORES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**FREDERICK RICHARD EYNON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80557**    Filed In Cases: 140

CARL RICHARD EYNON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DELORIS ROSETTA TURNER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80558**    Filed In Cases: 140

MILTON EUGENE TURNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              187 of 2984

---

**NORMAN W. RENNER, PERSONAL**
**REPRESENTATIVE FOR**

WARREN S. RENNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MARILYN HARNDEN, PERSONAL**
**REPRESENTATIVE FOR**

VAN RODNEY HARNDEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**TWONNIE STALLWORTH, PERSONAL**
**REPRESENTATIVE FOR**

SAMMIE JAMES BONNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

188 of 2984

---

**JENNIFER HATSELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 80562**    Filed In Cases: 140

JERRY WAYNE KING (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**TAMELA EVE JONES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80563**    Filed In Cases: 140

ARCHIE LEE GREEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LEONA CRAWFORD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80564**    Filed In Cases: 140

NICHOLAS JOSEPH VASSALE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**STEVEN CLARK ADAMSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80565**    Filed In Cases: 140

MILES ORLANDO ADAMSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA DIANE SUTTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80566**    Filed In Cases: 140

JARVIS LUCENE SUTTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CELESTINE W. PARKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80567**    Filed In Cases: 140

EARL ALLEN PARKER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

190 of 2984

---

**SUSAN RENEE ROUSH, PERSONAL REPRESENTATIVE FOR**

**Clm No 80568**    Filed In Cases: 140

HOWARD LEWIS HENDERSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JEANETTE KIEFFER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80569**    Filed In Cases: 140

FRANK DONALD KIEFFER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CATRINA MARIE LIONELLO, PERSONAL REPRESENTATIVE FOR**

**Clm No 80570**    Filed In Cases: 140

FERDY LIONELLO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

191 of 2984

---

**MAURINE LOUISE MARCUM, PERSONAL REPRESENTATIVE FOR**

GARLAND MARCUM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80571**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SUSAN MARIE HARRIS, PERSONAL REPRESENTATIVE FOR**

JOHN WAYLETT NIELSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80572**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**GEORGIA MAE ALLEN, PERSONAL REPRESENTATIVE FOR**

RUFUS WILLIAM ALLEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80573**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

192 of 2984

---

**SCOTT P. ABBOTT, PERSONAL REPRESENTATIVE FOR**

WILLIAM MCGILL ABBOTT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80574**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**BETTY JEAN THOMAS, PERSONAL REPRESENTATIVE FOR**

SHEDDRICK LEON HOWARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80575**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**BRENDA LUNSFORD, PERSONAL REPRESENTATIVE FOR**

WALTER BERT LUNSFORD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80576**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

193 of 2984

---

**YVETTE CARTER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80577**     Filed In Cases: 140

HEZEKIAH CARTER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ARLENE BEVERLY TOWLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80578**     Filed In Cases: 140

EDWARD BAKER TOWLE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CHRIS JAMES ZAIMA, PERSONAL REPRESENTATIVE FOR**

**Clm No 80579**     Filed In Cases: 140

JOHN RICHARD LONG (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

**TRACY LYNN GUTH, PERSONAL REPRESENTATIVE FOR**

ROBERT E. EMANS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80580**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT LOREN ANNECSTON, PERSONAL REPRESENTATIVE FOR**

EARL BERTRUM ANNECSTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80581**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MICHELLE TALBOT, PERSONAL REPRESENTATIVE FOR**

THOMAS LAMANTEA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80582**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

195 of 2984

---

**VALERIE J. HARRAH, PERSONAL REPRESENTATIVE FOR**

**Clm No 80583**    Filed In Cases: 140

RONALD RAY HARRAH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**LILA MAY CAWELTI, PERSONAL REPRESENTATIVE FOR**

**Clm No 80584**    Filed In Cases: 140

WALLACE EVAN CAWELTI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**ESMERALDA LETICIA PARRA, PERSONAL REPRESENTATIVE FOR**

**Clm No 80585**    Filed In Cases: 140

CARLOS RUELAS PARRA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

196 of 2984

| **BRITTIE C. RATEKIN, PERSONAL REPRESENTATIVE FOR** | **Clm No 80586** | Filed In Cases: 140 | |
|---|---|---|---|
| DOUGLAS W. RATEKIN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

| **LYNNE JOHNSON, PERSONAL REPRESENTATIVE FOR** | **Clm No 80587** | Filed In Cases: 140 | |
|---|---|---|---|
| MARK JOHNSON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

| **LYNN SMITH, PERSONAL REPRESENTATIVE FOR** | **Clm No 80588** | Filed In Cases: 140 | |
|---|---|---|---|
| CHARLES OHLENSCHLAGER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**KAREN GRACE JORDAN, PERSONAL REPRESENTATIVE FOR**

JOSEPH JAMES JORDAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80589**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOYCE ELLEN ENDSLEY, PERSONAL REPRESENTATIVE FOR**

MICKEY JACK ENDSLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80590**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BARBARA JEAN SCARBOROUGH, PERSONAL REPRESENTATIVE FOR**

EUGENE SCARBOROUGH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80591**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

198 of 2984

---

**PATRICIA KAY PISTILLI, PERSONAL REPRESENTATIVE FOR**

**Clm No 80592**    Filed In Cases: 140

ALFRED E. PISTILLI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ROMA JEAN SPELLMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80593**    Filed In Cases: 140

MARVON SPELLMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANNE MCMANUS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80594**    Filed In Cases: 140

WILTON C. MCMANUS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

199 of 2984

---

**TIMOTHY L. CULVER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80595**    Filed In Cases: 140

ROBERT A. CULVER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LAUREL WARD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80596**    Filed In Cases: 140

ELAINE MARGARET YAEGER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA JEAN LEWIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80597**    Filed In Cases: 140

JOHN ROBERT LEWIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

---

**LIZABETH RICHBURG, PERSONAL REPRESENTATIVE FOR**

**Clm No 80598**     Filed In Cases: 140

GOLDIE KATHERINE MOLNAR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**NADINE TURNER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80599**     Filed In Cases: 140

ADOLPHURS TURNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**FRANCES FRENCH, PERSONAL REPRESENTATIVE FOR**

**Clm No 80600**     Filed In Cases: 140

JAMES LESLIE FRENCH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**PATRICIA GEIGER, PERSONAL REPRESENTATIVE FOR**

WILLIAM BRUCE GEIGER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80601**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ALICE L. WOODS, PERSONAL REPRESENTATIVE FOR**

ARNETT W. WOODS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80602**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**THEODORA LYNN ADKINS, PERSONAL REPRESENTATIVE FOR**

THEODORE CORNELIUS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80603**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

202 of 2984

| JUDY A GAMBLE, PERSONAL REPRESENTATIVE FOR | **Clm No 80604** | Filed In Cases: 140 | |
|---|---|---|---|
| ROGER THEODORE GAMBLE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| FREDERICK LANE III, PERSONAL REPRESENTATIVE FOR | **Clm No 80605** | Filed In Cases: 140 | |
|---|---|---|---|
| WINNIE LANE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| MICHAEL E. BRESLIN, PERSONAL REPRESENTATIVE FOR | **Clm No 80606** | Filed In Cases: 140 | |
|---|---|---|---|
| DONALD BRESLIN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                          203 of 2984

---

**AUDREY DENSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80607**      Filed In Cases: 140

DON A DENSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**RANNIE NUNELLY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80608**      Filed In Cases: 140

MOSES AUSTIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**STEVEN EARL JONES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80609**      Filed In Cases: 140

WILBERT JAMES JONES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

204 of 2984

---

**CARLENE A. HUNTING, PERSONAL REPRESENTATIVE FOR**

**Clm No 80610**    Filed In Cases: 140

CARL CLIFFORD HAROLDSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ROBERT D. DELCZEG, PERSONAL REPRESENTATIVE FOR**

**Clm No 80611**    Filed In Cases: 140

ROBERT EDWARD DELCZEG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**REBECCA MCDANIEL, PERSONAL REPRESENTATIVE FOR**

**Clm No 80612**    Filed In Cases: 140

LINDA MAE ABERCROMBIE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

205 of 2984

---

**MICHAEL J. KNAPP, PERSONAL REPRESENTATIVE FOR**

MURRAY S. KNAPP (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80613**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CAROL LYNN KARAMI, PERSONAL REPRESENTATIVE FOR**

HENRY J. VOGT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80614**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PATRICK L. WIDGER, PERSONAL REPRESENTATIVE FOR**

FLOYD WILLIAM WIDGER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80615**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                 206 of 2984

---

**FRANK L. RITTIMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80616**    Filed In Cases: 140

GEORGE PETER BOEHLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**KAREN A KLEMANN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80617**    Filed In Cases: 140

ROBERT LAVERN KLEMANN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**KENNETH LEE TAYLOR, PERSONAL REPRESENTATIVE FOR**

**Clm No 80618**    Filed In Cases: 140

THELMA MYLES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

207 of 2984

---

| **LANNY DEE BRIGHT, PERSONAL REPRESENTATIVE FOR** | **Clm No 80619** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIE BRIGHT (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

| **PATRICK LEADERICH, PERSONAL REPRESENTATIVE FOR** | **Clm No 80620** | Filed In Cases: 140 | |
|---|---|---|---|
| JOHN LEADERICH (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

| **MARGIE BAESMAN, PERSONAL REPRESENTATIVE FOR** | **Clm No 80621** | Filed In Cases: 140 | |
|---|---|---|---|
| DARWYN BAESMAN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

208 of 2984

---

**DENNIS JAMES CASTRO, PERSONAL REPRESENTATIVE FOR**

JOHN CASTRO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80622**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JOAN L. TOMASELLO, PERSONAL REPRESENTATIVE FOR**

EDWARD PHILLIPS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80623**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARY C. BOBBIT, PERSONAL REPRESENTATIVE FOR**

MARYLAN D. MACK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80624**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

209 of 2984

---

**TIESHA JOHNSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80625**     Filed In Cases: 140

LINCOLN MRRIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANITA ARMIJO, PERSONAL REPRESENTATIVE FOR**

**Clm No 80626**     Filed In Cases: 140

HENRY TUCKER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ARVELIA D. HOLLAND, PERSONAL REPRESENTATIVE FOR**

**Clm No 80627**     Filed In Cases: 140

WILLIE GRAYS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

---

**ANNE PRICE, PERSONAL REPRESENTATIVE FOR**
PAUL M. BRADLEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80628**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BETTY GLADDEN,  PERSONAL REPRESENTATIVE FOR**
ALFRED CAROL MARSH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80629**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JOHN W. LUBECK, PERSONAL REPRESENTATIVE FOR**
JOHN R. LUBECK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80630**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              211 of 2984

---

**MARIE PAILLET, PERSONAL REPRESENTATIVE FOR**          **Clm No 80631**    Filed In Cases: 140

JOSEPH LADET (DECEASED)

C/O BRAYTON PURCELL, LLP          Class          Claim Detail Amount          Final Allowed Amount

ATTN: CURT HENNECKE               UNS                    Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CONSTANCE CAROLYN JONES, PERSONAL REPRESENTATIVE FOR**          **Clm No 80632**    Filed In Cases: 140

JESSE ALVIN JONES (DECEASED)

C/O BRAYTON PURCELL, LLP          Class          Claim Detail Amount          Final Allowed Amount

ATTN: CURT HENNECKE               UNS                    Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOSEPH PAWLOSKI, PERSONAL REPRESENTATIVE FOR**          **Clm No 80633**    Filed In Cases: 140

JOHN PAWLOSKI (DECEASED)

C/O BRAYTON PURCELL, LLP          Class          Claim Detail Amount          Final Allowed Amount

ATTN: CURT HENNECKE               UNS                    Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                   212 of 2984

---

**NORMA ORPEN, PERSONAL REPRESENTATIVE FOR**          **Clm No 80634**    Filed In Cases: 140

THOMAS W. ORPEN (DECEASED)

C/O BRAYTON PURCELL, LLP          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

ATTN: CURT HENNECKE          | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KIMBERLY NICHOLS, PERSONAL REPRESENTATIVE FOR**          **Clm No 80635**    Filed In Cases: 140

EARL RICHARD MITCHELL (DECEASED)

C/O BRAYTON PURCELL, LLP          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

ATTN: CURT HENNECKE          | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DIANA EDIE, PERSONAL REPRESENTATIVE FOR**          **Clm No 80636**    Filed In Cases: 140

PERINO VARDANEGA (DECEASED)

C/O BRAYTON PURCELL, LLP          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

ATTN: CURT HENNECKE          | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

213 of 2984

---

**HELEN PAXIAO PHILLIPS, PERSONAL REPRESENTATIVE FOR**

GEORGE MARTIN PHILLIPS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT L. CARTER, PERSONAL REPRESENTATIVE FOR**

HAROLD F. CARTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA ANN BURKE, PERSONAL REPRESENTATIVE FOR**

KENNETH G. BIGGERSTAFF (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

214 of 2984

---

**CASEY JAY MCCUAIG, PERSONAL REPRESENTATIVE FOR**

**Clm No 80640**    Filed In Cases: 140

DONALD JOHN MCCUAIG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**PATRESE ESKUE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80641**    Filed In Cases: 140

HANDY H. ESKUE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LURETTA HARVEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80642**    Filed In Cases: 140

CLIFFORD C. BARNHILL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                    215 of 2984

---

**JOANN TEER, PERSONAL REPRESENTATIVE FOR**

JARREL L. JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | | | |
|---|---|---|---|
| **Clm No 80643** | Filed In Cases: 140 | | |
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | Unknown | |

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**JACQUELINE R. JONES, PERSONAL REPRESENTATIVE FOR**

LIONEL MARTIN DEMARTHA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | | | |
|---|---|---|---|
| **Clm No 80644** | Filed In Cases: 140 | | |
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | Unknown | |

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**CATHERINE M. MUHAMMAD, PERSONAL REPRESENTATIVE FOR**

B. B. DANSBY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | | | |
|---|---|---|---|
| **Clm No 80645** | Filed In Cases: 140 | | |
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | Unknown | |

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

216 of 2984

---

| **STEPHEN MIKICH, PERSONAL REPRESENTATIVE FOR** | **Clm No 80646** | Filed In Cases: 140 | |
|---|---|---|---|
| LAWRENCE ANDERSON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | UNS | Unknown | |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **CYNTHIA D. DOWDY, PERSONAL REPRESENTATIVE FOR** | **Clm No 80647** | Filed In Cases: 140 | |
|---|---|---|---|
| DAVE WILLIAM BELLFLOWER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | UNS | Unknown | |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **BOBBY RAY MCCRAY, PERSONAL REPRESENTATIVE FOR** | **Clm No 80648** | Filed In Cases: 140 | |
|---|---|---|---|
| TOMMIE BATCHIE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | UNS | Unknown | |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

217 of 2984

---

**VIVIAN CHIMPKY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80649**    Filed In Cases: 140

HENRY F. CHIMPKY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARGARET BRADFORD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80650**    Filed In Cases: 140

JAMES BRADFORD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NORMA LOUISE BONE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80651**    Filed In Cases: 140

JOSEPH W. BONE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

218 of 2984

---

**ELEANOR BOLLINGER, PERSONAL REPRESENTATIVE FOR**

JACK W. BOLLINGER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80652**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BARBARA J. BELLAH, PERSONAL REPRESENTATIVE FOR**

JAMES G. BELLAH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80653**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHRISTINE FOSTER, PERSONAL REPRESENTATIVE FOR**

WAYNE H. FOSTER, (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80654**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

219 of 2984

---

**SHIRLEY A. FERNANDEZ, PERSONAL REPRESENTATIVE FOR**

VILAS V. DRAKE, (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80655**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SHIRLEY DOYLE, PERSONAL REPRESENTATIVE FOR**

RICHARD T. DOYLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARTHA RACETTE, PERSONAL REPRESENTATIVE FOR**

ALBERT B. CROSS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

220 of 2984

---

**STEPHEN PAUL COFFEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80658**    Filed In Cases: 140

GEORGE W. COFFEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MARY LEA ASH, PERSONAL REPRESENTATIVE FOR**

**Clm No 80659**    Filed In Cases: 140

ROMELL RICHARDSON ASH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BERNICE DEPHILLIP, PERSONAL REPRESENTATIVE FOR**

**Clm No 80660**    Filed In Cases: 140

JOE DEPHILLIP (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

221 of 2984

---

**SIBYLLA FRANSON, PERSONAL REPRESENTATIVE FOR**

CHARLES ELLIOTT FRANSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES ROUSOS, PERSONAL REPRESENTATIVE FOR**

DONALD ELLIOT GRUBB (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL ALBERT LEVEDAHL, PERSONAL REPRESENTATIVE FOR**

JAMES WARREN LEVEDAHL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              222 of 2984

| **RUTHIE MOTA, PERSONAL REPRESENTATIVE FOR** | **Clm No 80664** | Filed In Cases: 140 | |
|---|---|---|---|
| RONALD R. MOTA (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

| **KIMBERLY KOSACH, PERSONAL REPRESENTATIVE FOR** | **Clm No 80665** | Filed In Cases: 140 | |
|---|---|---|---|
| THOMAS GEORGE KOSACH (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

| **ANITA AGUILERA, PERSONAL REPRESENTATIVE FOR** | **Clm No 80666** | Filed In Cases: 140 | |
|---|---|---|---|
| ALBERT C. RAMOS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

223 of 2984

---

**BETTY SUE JANISZEWSKI, PERSONAL REPRESENTATIVE FOR**

ALEX JANISZEWSKI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARY P. DANIELSEN, PERSONAL REPRESENTATIVE FOR**

ROY PAUL DANIELSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BRIAN DAVID AHERN, PERSONAL REPRESENTATIVE FOR**

ROBERT JOSEPH AHERN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

224 of 2984

---

**HARRIET M. CASTELLANI, PERSONAL REPRESENTATIVE FOR**

LOUIS ROY CASTELLANI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80670**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LEANN EMRICK-EAVES, PERSONAL REPRESENTATIVE FOR**

DENNIS EMRICK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80671**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**HELEN WILCOX, PERSONAL REPRESENTATIVE FOR**

RONALD WHALEN WILCOX (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80672**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

225 of 2984

---

**ROBIN MCCOMB, PERSONAL REPRESENTATIVE FOR**

BRIAN MCCOMB (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONNA CARRILLO, PERSONAL REPRESENTATIVE FOR**

CAMILLE ALMADA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DEBORAH ROSE PACHECO, PERSONAL REPRESENTATIVE FOR**

ORACIO P. PACHECO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

226 of 2984

---

**ELLEN BENONE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80676**    Filed In Cases: 140

JON J. BENONE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CAROLYN BOYNTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80677**    Filed In Cases: 140

ROBERT M. PHILLIPS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**PATSY FERN ROOD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80678**    Filed In Cases: 140

NORMAN WILLIAM ROOD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**GLORIA JEAN WING, PERSONAL REPRESENTATIVE FOR**

**Clm No 80679**    Filed In Cases: 140

FRANKLIN JEAN BRUNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**AMPARO TABLAZON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80680**    Filed In Cases: 140

JOHNNY TABLAZON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BRIAN D. SUEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80681**    Filed In Cases: 140

LAWRENCE G. SUEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**ALZETTA BLAKES, PERSONAL REPRESENTATIVE FOR**

SAMUEL BLAKES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80682**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**TERRI L. PRICE, PERSONAL REPRESENTATIVE FOR**

FLOYD BOOKER MCDANIEL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80683**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PATRICIA W. ISSACS, PERSONAL REPRESENTATIVE FOR**

DONALD WAYNE ISAACS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80684**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                        229 of 2984

---

**RAYLENE LUCCHESI, PERSONAL REPRESENTATIVE FOR**

JOAQUIN PACHECO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BETTY JEAN O'LEARY, PERSONAL REPRESENTATIVE FOR**

MICHAEL O'LEARY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BERNICE SCHLUEP, PERSONAL REPRESENTATIVE FOR**

ALLEN SCHLUEP (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80687**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

230 of 2984

---

**SHIRLEY REYNOLDS, PERSONAL REPRESENTATIVE FOR**

ERNEST REYES PADILLA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80688**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**COZETT MACK, PERSONAL REPRESENTATIVE FOR**

WILLIE ARTHUR MACK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80689**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**NORINE GERALD, PERSONAL REPRESENTATIVE FOR**

ROBERT GERALD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80690**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

231 of 2984

---

**ROBIN WILSON, PERSONAL REPRESENTATIVE** | **Clm No 80691** | Filed In Cases: 140

DOUGLAS J. WILSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JINX RUCGUOY, PERSONAL REPRESENTATIVE FOR** | **Clm No 80692** | Filed In Cases: 140

ANDREW L. RUCQUOY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CELELIA MILLER, PERSONAL REPRESENTATIVE FOR** | **Clm No 80693** | Filed In Cases: 140

ELMO OTIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

232 of 2984

---

**PATRICIA JOHNSON-CHESSA, PERSONAL REPRESENTATIVE FOR**

MICHEL J. CHESSA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOY ELLEN MORGAN, PERSONAL REPRESENTATIVE FOR**

WILBUR G. ADAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SHIRLEY FAY TODD, PERSONAL REPRESENTATIVE FOR**

NORRIS TODD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

233 of 2984

---

**SARAH CROSS, PERSONAL REPRESENTATIVE FOR**

WILLIE K. CROSS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KATHERINE L. COLRIDGE, PERSONAL REPRESENTATIVE FOR**

CHARLES H. COLRIDGE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DENISE R. RUDOLPH, PERSONAL REPRESENTATIVE FOR**

AUDREY M. ANDREWS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

234 of 2984

---

**MARY COVINGTON-LEWIS, PERSONAL REPRESENTATIVE FOR**

MAJOR LEWIS III (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80700**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JACK ZIELASKOWSKI, PERSONAL REPRESENTATIVE FOR**

RAYMOND ZIELASKOWSKI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80701**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JESUS SALIMBAO, PERSONAL REPRESENTATIVE FOR**

JOHN G. PAULA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80702**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

235 of 2984

---

**RICHARD MADDOX, PERSONAL REPRESENTATIVE FOR**

RALPH F. MILLER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80703**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LINDA MURSICK, PERSONAL REPRESENTATIVE FOR**

RALPH STERLING HEALY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH DOZIER SR., PERSONAL REPRESENTATIVE FOR**

LULA MAYE DOZIER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

236 of 2984

---

**TORBEN BEGINES, PERSONAL REPRESENTATIVE FOR**

NICHOLAS BEGINES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80706**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CHERYL LYNN NYSTROM, PERSONAL REPRESENTATIVE FOR**

DWIGHT EARL NYSTROM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80707**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**KAREN M. MILLIKIN, PERSONAL REPRESENTATIVE FOR**

ALBERT F. MILLIKIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80708**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

237 of 2984

---

**CECIL BRENT MCDONALD, PERSONAL REPRESENTATIVE FOR**

CECIL MCDONALD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CARYN HANSEN-GEORGEN, PERSONAL REPRESENTATIVE FOR**

JAMES E. HANSEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ELWANDA LEE, PERSONAL REPRESENTATIVE FOR**

PAUL H. LEE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**JANICE TUCKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80712**     Filed In Cases: 140

HAL ARLAND NIELSON (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

C/O BRAYTON PURCELL, LLP

| UNS | Unknown | |
|---|---|---|

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ALVINA LEE PERKINS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80713**     Filed In Cases: 140

THOMAS E. PERKINS (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

C/O BRAYTON PURCELL, LLP

| UNS | Unknown | |
|---|---|---|

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**GRAHAM POLLINGTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80714**     Filed In Cases: 140

WILLIAM POLLINGTON (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

C/O BRAYTON PURCELL, LLP

| UNS | Unknown | |
|---|---|---|

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

239 of 2984

---

**KATHERINE M. HATCH, PERSONAL REPRESENTATIVE FOR**

**Clm No 80715**    Filed In Cases: 140

JOSEPH W. MARCELJA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SKYE BASILE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80716**    Filed In Cases: 140

MICHAEL J. SULLIVAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**PHYLLIS MILLER-HESS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80717**    Filed In Cases: 140

DEAN EARL MILLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

240 of 2984

| KATHERINE HUGHES, PERSONAL REPRESENTATIVE FOR | **Clm No 80718** | Filed In Cases: 140 | |
|---|---|---|---|
| SAMUEL MCGRATH BRUFF (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| CHARLES KIM DEAVER, PERSONAL REPRESENTATIVE FOR | **Clm No 80719** | Filed In Cases: 140 | |
|---|---|---|---|
| CALVIN EDWARD COURTNIER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| DAVID W. FITTS, ESQ., PERSONAL REPRESENTATIVE FOR | **Clm No 80720** | Filed In Cases: 140 | |
|---|---|---|---|
| JOSEPH HINKLEY, ESQ. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

241 of 2984

---

**BEULAH G. SWANSON, PERSONAL REPRESENTATIVE FOR**

HARVEY EARL SWANSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80721**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SHEILA POLK, PERSONAL REPRESENTATIVE FOR**

JAMES K. POLK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80722**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAMELA ROSARIOEREYS, PERSONAL REPRESENTATIVE FOR**

LOUIS H. ROSARIOEREYS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80723**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

242 of 2984

---

**JEANETTE ROBINSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80724**    Filed In Cases: 140

RICHARD MONROE ROBINSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**TERRY SORVICK, PERSONAL REPRESENTATIVE FOR**

**Clm No 80725**    Filed In Cases: 140

RICHARD MILLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DEIDRA PRICE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80726**    Filed In Cases: 140

CHARLES E. BRADLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

243 of 2984

---

**CHERI RENEE KRAEMER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80727**    Filed In Cases: 140

DONALD J. MACKINDER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**HIROKO M. JOLLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80728**    Filed In Cases: 140

GEORGE BUCK JOLLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARIETA D. BUTLER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80729**    Filed In Cases: 140

LEADON BUTLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

244 of 2984

| | | | |
|---|---|---|---|
| **STEVEN BRIAN KURTH, PERSONAL REPRESENTATIVE FOR** | **Clm No 80730** | Filed In Cases: 140 | |
| CHARLES R. KURTH (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed      23-Mar-2017
Bar Date
Claim Face Value

| | | | |
|---|---|---|---|
| **DENISE WINSLOW, PERSONAL REPRESENTATIVE FOR** | **Clm No 80731** | Filed In Cases: 140 | |
| JAMES DEREL DORRIS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed      23-Mar-2017
Bar Date
Claim Face Value

| | | | |
|---|---|---|---|
| **LUCIA BATTS, PERSONAL REPRESENTATIVE FOR** | **Clm No 80732** | Filed In Cases: 140 | |
| CORDELL E. BATTS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed      23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

245 of 2984

---

**HERSHEL OLDEN, SR. PERSONAL REPRESENTATIVE FOR**

**Clm No 80733**   Filed In Cases: 140

DOROTHY MARIE OLDEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JEANETTE MARIE CABLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80734**   Filed In Cases: 140

GALE JAMES BOREM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JANET G. REGUSCI, PERSONAL REPRESENTATIVE FOR**

**Clm No 80735**   Filed In Cases: 140

GLENN ORVILLE REGUSCI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

246 of 2984

---

**STARLET M. GOODWIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80736**    Filed In Cases: 140

EVADNA WILSON MCPHERSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JAMES ALLEN MCEUIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80737**    Filed In Cases: 140

JAMES ARNOLD MCEUIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JEFFREY BARBER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80738**    Filed In Cases: 140

EUGENE BARBER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

247 of 2984

---

**DONNA MARIE BELL, PERSONAL REPRESENTATIVE FOR**

LUKE BROXMEYER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80739**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RUBYLENE MCDUFFIE, PERSONAL REPRESENTATIVE FOR**

ROBERT THOMAS WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80740**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DOLORES EDWARDS, PERSONAL REPRESENTATIVE FOR**

ALLAN DAVID EDWARDS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80741**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                  248 of 2984

---

**EMMA HALL, PERSONAL REPRESENTATIVE FOR**      **Clm No 80742**    Filed In Cases: 140

JOHN R. MANNING (DECEASED)

C/O BRAYTON PURCELL, LLP      Class            Claim Detail Amount        Final Allowed Amount

ATTN: BRYN G. LETSCH          UNS                      Unknown

222 RUSH LANDING ROAD         - - - - -    - - - - - - - - - -    - - - - - - - - - -

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**PATRICIA ANN RAMS, PERSONAL**               **Clm No 80743**    Filed In Cases: 140
**REPRESENTATIVE FOR**

WILLIAM P. RAMS (DECEASED)

C/O BRAYTON PURCELL, LLP      Class            Claim Detail Amount        Final Allowed Amount

ATTN: BRYN G. LETSCH          UNS                      Unknown

222 RUSH LANDING ROAD         - - - - -    - - - - - - - - - -    - - - - - - - - - -

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**ARLENE GAYLE KRYSINSKI, PERSONAL**          **Clm No 80744**    Filed In Cases: 140
**REPRESENTATIVE FOR**

THEODORE KRYSINSKI II (DECEASED)

C/O BRAYTON PURCELL, LLP      Class            Claim Detail Amount        Final Allowed Amount

ATTN: CURT HENNECKE           UNS                      Unknown

222 RUSH LANDING ROAD         - - - - -    - - - - - - - - - -    - - - - - - - - - -

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

249 of 2984

---

**PRISCILLA CAMP, PERSONAL REPRESENTATIVE FOR**

JOHN PERRY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80745**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RYTA MARIA JONES, PERSONAL REPRESENTATIVE FOR**

ROBERT EMMITT JONES, JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80746**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SHERLYNN SUITOR, PERSONAL REPRESENTATIVE FOR**

JOHN DARRELL SUITOR, JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80747**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                        250 of 2984

---

**MARTIN MICHAELS, PERSONAL REPRESENTATIVE FOR**

FELIX SCHNEIDER, JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80748**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JONI RIVAS, PERSONAL REPRESENTATIVE FOR**

KENNETH HIRAM RUTLEDGE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80749**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DUSTIN JONES, PERSONAL REPRESENTATIVE FOR**

ROBERT EARL JONES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80750**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

251 of 2984

---

**SYLVIA YOUNG, PERSONAL REPRESENTATIVE FOR**

**Clm No 80751**       Filed In Cases: 140

CARLSON YOUNG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**STEVEN ROHRS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80752**       Filed In Cases: 140

MARK THOMAS ROHRS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**JENNIFER JOHNSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80753**       Filed In Cases: 140

JEFFRY HARLAN NIELSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

252 of 2984

---

**CONNIE M. LUCAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80754**    Filed In Cases: 140

PHILIP G. LUCAS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KAREN R. LESTER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80755**    Filed In Cases: 140

JAMES GORDON LESTER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CHERYL LYNN JORDAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80756**    Filed In Cases: 140

JAMES LARRY JORDAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

253 of 2984

---

**LANCE DODSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80757**    Filed In Cases: 140

CHARLES C. DODSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SHARLINE DAVIS-ARCE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80758**    Filed In Cases: 140

BOBBY L. DAVIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**WENDY M. VIRAMONTES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80759**    Filed In Cases: 140

JOHN PIERCE CURTIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

254 of 2984

---

**NANCY MCALLISTER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80760**      Filed In Cases: 140

DOYLE LEE COLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**COLLEEN ANN HEGNEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80761**      Filed In Cases: 140

EDWARD JAMES BONHAM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**OFELIA G. JOHNSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80762**      Filed In Cases: 140

TED C. JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

255 of 2984

---

**CEDRIC CURVEY CARTER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80763**       Filed In Cases: 140

ARTHUR G. CARTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**EVELYN L. OWEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80764**       Filed In Cases: 140

JAMES MICHAEL OWEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**GENA BENNETT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80765**       Filed In Cases: 140

JOHN D. BENNETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

256 of 2984

---

**SCOTT THOMAS ABROTT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80766**    Filed In Cases: 140

THOMAS D. ABROTT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**DAWNA V. WRIGHT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80767**    Filed In Cases: 140

ALLEN DALE WRIGHT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**KIMBERLY WHITE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80768**    Filed In Cases: 140

KEVIN COLEMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

257 of 2984

---

**RONALD SANDY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80769**    Filed In Cases: 140

MERLE E. SANDY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MARY JO RODRIGUEZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 80770**    Filed In Cases: 140

MCKAY DAVIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GAIL WATHEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80771**    Filed In Cases: 140

FORREST ELWOOD JACOB (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                       258 of 2984

---

**LINDA STOKES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80772**    Filed In Cases: 140

EARL SISTRUNK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SEAN LEONARD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80773**    Filed In Cases: 140

ROBERT L. O'BRIEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOYCE BOREN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80774**    Filed In Cases: 140

JERRY BOREN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

259 of 2984

---

**DIXIE LEE D. RUEDA, PERSONAL REPRESENTATIVE FOR**

**Clm No 80775**   Filed In Cases: 140

MIGUEL S. RUEDA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DIANE MARTIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80776**   Filed In Cases: 140

DENNY MARTIN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**VICTORIA LEIGH JENSEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80777**   Filed In Cases: 140

RUSSELL R. LANGDON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

260 of 2984

---

**STACEY ADRIANE WRIGHT, PERSONAL REPRESENTATIVE FOR**

JOSEPH W. WRIGHT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80778**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANGELIKA CHRISTENSEN, PERSONAL REPRESENTATIVE FOR**

RICHARD L. HOYT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80779**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LEOLA BLACKMON-TATUM, PERSONAL REPRESENTATIVE FOR**

HUDSON EDWARD TATUM (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80780**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

261 of 2984

| | | |
|---|---|---|
| **BARBARA COATES, PERSONAL REPRESENTATIVE FOR** | **Clm No 80781** | Filed In Cases: 140 |
| ERNEST RANDOLPH COATES (DECEASED) | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

| | | |
|---|---|---|
| **PEGGY LEE MEYER, PERSONAL REPRESENTATIVE FOR** | **Clm No 80782** | Filed In Cases: 140 |
| LEWIS SUNDERMAN (DECEASED) | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

| | | |
|---|---|---|
| **BEVERLY ANN BROWNING, PERSONAL REPRESENTATIVE FOR** | **Clm No 80783** | Filed In Cases: 140 |
| BOYCE W. BROWNING (DECEASED) | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

262 of 2984

---

**PREMA SCOTT KEY, PERSONAL REPRESENTATIVE FOR**

WILLIAM LUTHER HEINICKE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CAROLYN CAREY, PERSONAL REPRESENTATIVE FOR**

DONALD DUANE CAREY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CAROL BROWN, PERSONAL REPRESENTATIVE FOR**

JACOB W. BROWN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**CRYSTAL N. ROSS, PERSONAL REPRESENTATIVE FOR**

AMOS R. ROSS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROSA MURIEL LANGLEY, PERSONAL REPRESENTATIVE FOR**

GORDON C. LANGLEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GAIL T. OUTLAW, PERSONAL REPRESENTATIVE FOR**

CECIL F. OUTLAW (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

264 of 2984

---

**SHIRLEY L. CREWS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80790**   Filed In Cases: 140

BOBBY GENE CREWS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**NORMA QUACKENBOSS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80791**   Filed In Cases: 140

STANLEY M. POTTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**FRANKIE LEE KELLY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80792**   Filed In Cases: 140

ADOLPH KELLY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**JENET MCCAMBRY, PERSONAL REPRESENTATIVE FOR**

JAMES LUTHER SMITH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80793**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**DONNA KAY BURKE, PERSONAL REPRESENTATIVE FOR**

JAMES PATRICK BURKE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80794**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**HOPE H. HERRERA, PERSONAL REPRESENTATIVE FOR**

DAVID J. HERRERA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80795**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

266 of 2984

---

**CORRINE WESSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80796**   Filed In Cases: 140

LAWRENCE G. CAMARON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LEARLINE MARSHALL, PERSONAL REPRESENTATIVE FOR**

**Clm No 80797**   Filed In Cases: 140

THOMAS C. SANDERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALICE MCGLADE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80798**   Filed In Cases: 140

HENRY M. MCGLADE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

267 of 2984

---

**LISA WESTFALL, PERSONAL REPRESENTATIVE FOR**

**Clm No 80799**      Filed In Cases: 140

MABRY D. JONES (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**KENNETH EALY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80800**      Filed In Cases: 140

GEORGE E. EALY (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**NANCY TONELLA, PERSONAL REPRESENTATIVE FOR**

**Clm No 80801**      Filed In Cases: 140

JERRY Y. TONELLA (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

268 of 2984

---

**MERLE RICHARDSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80802**    Filed In Cases: 140

ORMAN L. RICHARDSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WAYNE BRAME, PERSONAL REPRESENTATIVE FOR**

**Clm No 80803**    Filed In Cases: 140

COLIN KEITH BRAME (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BESSIE M. SAVAGE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80804**    Filed In Cases: 140

ROBERT CHARLES SAVAGE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

269 of 2984

---

**JACKIE BELISLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80805**      Filed In Cases: 140

JOHN W. BELISLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DAVID JOSHUA JENNINGS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80806**      Filed In Cases: 140

SONNY JENNINGS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SIMEATAA MISAALEFUA, PERSONAL REPRESENTATIVE FOR**

**Clm No 80807**      Filed In Cases: 140

TAUSULU MISAALEFUA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

270 of 2984

---

**MICHAEL CAUGHEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80808**      Filed In Cases: 140

CURTIS E. THOMPSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**ANTHONY MAZZAMUTO, PERSONAL REPRESENTATIVE FOR**

**Clm No 80809**      Filed In Cases: 140

JOSEPH COOPER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**RICKY WILSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80810**      Filed In Cases: 140

GENE WILSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

271 of 2984

---

**BARBARA EVELYN SAGER, PERSONAL REPRESENTATIVE FOR**

ELWOOD MANLEY SAGER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CRAIG ROZAR, PERSONAL REPRESENTATIVE FOR**

CHARLES W. ROZAR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LUCILLE MARSHALL, PERSONAL REPRESENTATIVE FOR**

LARRY LEE MARSHALL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

272 of 2984

---

**BRYAN LERDA, PERSONAL REPRESENTATIVE FOR**

**Clm No 80814**    Filed In Cases: 140

LAWRENCE EDWARD LERDA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BILLY NEARS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80815**    Filed In Cases: 140

HAYWARD NEARS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CARMEN FOLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80816**    Filed In Cases: 140

RONALD DAN FOLEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

273 of 2984

---

**NORMA J. JOHNSON, PERSONAL REPRESENTATIVE FOR**

BARRY W. JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80817**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARK STEVEN DULLE, PERSONAL REPRESENTATIVE FOR**

THOMAS JAMES DULLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80818**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOAN MCLAIN, PERSONAL REPRESENTATIVE FOR**

RICHARD DANE MCLAIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80819**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**JANE A. TURNER, PERSONAL REPRESENTATIVE FOR**

RICHARD PAGE BITNEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80820**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**NINA LEE AUGHINBAUGH, PERSONAL REPRESENTATIVE FOR**

DAVID AUGHINBAUGH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80821**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**YVONNE BADGLEY, PERSONAL REPRESENTATIVE FOR**

AUGUST D. BANDIERA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80822**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

275 of 2984

---

**RENALD J. GAUTHIER, PERSONAL REPRESENTATIVE FOR**

LEOPOLD GAUTHIER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**VERMA JEAN CHARLES, PERSONAL REPRESENTATIVE FOR**

HERBERT HOOVER BRATCHER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL R. WINKLE, PERSONAL REPRESENTATIVE FOR**

WILLIAM R. WINKLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

276 of 2984

---

**EARLEAN W. HARRIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80826**    Filed In Cases: 140

WILLIE DOUGLAS HARRIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**BONNIE HINTZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 80827**    Filed In Cases: 140

JAMES MATHEW CONWAY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**DOUGLAS CASEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80828**    Filed In Cases: 140

THEODORE EVAN CASEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

277 of 2984

---

**VICKY CARR, PERSONAL REPRESENTATIVE FOR**

RICHARD JAMES CARR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DONNA CARRILLO, PERSONAL REPRESENTATIVE FOR**

ANTHONY J. ALMADA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**BARBARA A. WANN PERSONAL REPRESENTATIVE FOR**

ROBERT WANN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

278 of 2984

---

**GLORIA WILLIAMS, PERSONAL REPRESENTATIVE FOR**

| | |
|---|---|
| EARL R. WILLIAMS (DECEASED) | **Clm No 80832**   Filed In Cases: 140 |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LUCILLE MERCEDES YOUNG, PERSONAL REPRESENTATIVE FOR**

| | |
|---|---|
| JAMES O. YOUNG (DECEASED) | **Clm No 80833**   Filed In Cases: 140 |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JANICE L. VARNEY, PERSONAL REPRESENTATIVE FOR**

| | |
|---|---|
| HERBERT HOWARD ZIMMERMAN (DECEASED) | **Clm No 80834**   Filed In Cases: 140 |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**JEANNE MARIE BLONSKI, PERSONAL REPRESENTATIVE FOR**

**Clm No 80835**     Filed In Cases: 140

VLADISLAW W. BLONSKI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**RAY DALE WALKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80836**     Filed In Cases: 140

DALE WALKER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SHERI SLUSSER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80837**     Filed In Cases: 140

JERRY Z. SAVELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**HARMALENE MATHIAS, PERSONAL REPRESENTATIVE FOR**

ROY A. MATHIAS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80838**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KATHLEEN MARY NIELSEN,PERSONAL REPRESENTATIVE FOR**

RICHARD SOREN SORENSEN (DECEASED

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80839**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CLAUDIA ADDUCI, PERSONAL REPRESENTATIVE FOR**

RICHARD STINE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80840**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

281 of 2984

---

**GAIL KANE, PERSONAL REPRESENTATIVE FOR**

ROBERT A. KANE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80841**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERTA GROVER, PERSONAL REPRESENTATIVE FOR**

ROBERT ALLEN GROVER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80842**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIE BRACKINS, PERSONAL REPRESENTATIVE FOR**

ROBERT BRACKINS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80843**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

282 of 2984

---

**JUDITH STORMO, PERSONAL REPRESENTATIVE FOR**

**Clm No 80844**    Filed In Cases: 140

ROBERT EUGENE STORMO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**MARY MCDONALD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80845**    Filed In Cases: 140

FELIX T. SAVARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**KAYE CHANDLER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80846**    Filed In Cases: 140

FLETCHER SESSION (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

283 of 2984

---

**JAMES MACK, PERSONAL REPRESENTATIVE FOR**

FLOYD SLAUGHTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STEVE SCARDINO, PERSONAL REPRESENTATIVE FOR**

FRANCES SCARDINO WALLAND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL YOUNG, PERSONAL REPRESENTATIVE FOR**

FRANCIS L. YOUNG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

284 of 2984

---

**GLORIA VIAL, PERSONAL REPRESENTATIVE FOR**

FRANK ANTHONY VIDAL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80850**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BETTY DINSDALE, PERSONAL REPRESENTATIVE FOR**

FRANK DINSDALE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80851**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LAWRENCE NEFF, PERSONAL REPRESENTATIVE FOR**

FRANK J. CATERINO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80852**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

285 of 2984

---

**ANN SGROI, PERSONAL REPRESENTATIVE FOR**
FRANK SGROI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DAYO M. DIGGS, PERSONAL REPRESENTATIVE FOR**
RAY EVERETTE DIGGS SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**TREE OLA ROBINSON, PERSONAL REPRESENTATIVE FOR**
EUGENE ROBINSON SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

286 of 2984

---

**KATHIE A. MACK STEWARD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80856**    Filed In Cases: 140

JEWELL HENRY MACK SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**NANCY LEIGH JUNGELS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80857**    Filed In Cases: 140

ALAN ZIOCZEWSKI SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARIE A. SELF, PERSONAL REPRESENTATIVE FOR**

**Clm No 80858**    Filed In Cases: 140

EDWARD E. HARRIS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**LEAMOND MCGRIFF III, PERSONAL REPRESENTATIVE FOR**

**Clm No 80859**    Filed In Cases: 140

LEAMON MCGRIFF SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MYRTLE LEE BRYANT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80860**    Filed In Cases: 140

LAWSON BRYANT SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CATHERIN J. SABADOS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80861**    Filed In Cases: 140

WILLIAM SABADOS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

288 of 2984

| **PATRICIA LYNN HARDIN, PERSONAL REPRESENTATIVE FOR** | **Clm No 80862** | Filed In Cases: 140 | |
|---|---|---|---|
| ALBERT RUTHERFORD SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

| **LOUISE H.HAYNES, PERSONAL REPRESENTATIVE FOR** | **Clm No 80863** | Filed In Cases: 140 | |
|---|---|---|---|
| WALLACE HAYNES SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

| **ANDRE A. BURR, PERSONAL REPRESENTATIVE FOR** | **Clm No 80864** | Filed In Cases: 140 | |
|---|---|---|---|
| GERALD BURR SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

289 of 2984

---

**LORRAINE ROLLINS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80865**    Filed In Cases: 140

GEORGE ROLLINS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LANA L. DONOHO, PERSONAL REPRESENTATIVE FOR**

**Clm No 80866**    Filed In Cases: 140

THOMAS MUZZIO SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**BARBARA PRINCE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80867**    Filed In Cases: 140

BURKE PRINCE SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

290 of 2984

---

**RENEE OLESIAK HAYNES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80868**     Filed In Cases: 140

JOSEPH OLESIAK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ROBERTA LOWE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80869**     Filed In Cases: 140

GEORGE R. LOWE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**NELLIE COLLADO, PERSONAL REPRESENTATIVE FOR**

**Clm No 80870**     Filed In Cases: 140

ERNEST E. COLLADO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

291 of 2984

| **RONALD LEE LANCASTER, PERSONAL REPRESENTATIVE FOR** | **Clm No 80871** | Filed In Cases: 140 | |
|---|---|---|---|
| CECIL LEE LANCASTER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **FRANCES JEAN HINDMAN, PERSONAL REPRESENTATIVE FOR** | **Clm No 80872** | Filed In Cases: 140 | |
|---|---|---|---|
| DELBERT WEST HINDMAN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **BEVERLY M. TUGGLE, PERSONAL REPRESENTATIVE FOR** | **Clm No 80873** | Filed In Cases: 140 | |
|---|---|---|---|
| PATRICK EDWARD DURKING (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

292 of 2984

---

**MARLINE MORTENSEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80874**   Filed In Cases: 140

JOHN DOLLIGAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JEANETTE KORTUM, PERSONAL REPRESENTATIVE FOR**

**Clm No 80875**   Filed In Cases: 140

FRED KORTUM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LYNN COLYER-JARVIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80876**   Filed In Cases: 140

CHARLES MCDONALD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

293 of 2984

---

**DON KAVANAGH, PERSONAL REPRESENTATIVE FOR**

**Clm No 80877**     Filed In Cases: 140

PHILIP R. KAVANAGH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOUISE LINSCOTT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80878**     Filed In Cases: 140

LEONARD J. SCHULLERY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SALLY WHITEHURST, PERSONAL REPRESENTATIVE FOR**

**Clm No 80879**     Filed In Cases: 140

JOE GORDON WHITEHURST (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

294 of 2984

---

**JANNA ARMBRUSTER, PERSONAL REPRESENTATIVE FOR**

ARMOND L. PARENTEAU (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**APRIL LYNNE PASSERETTI, PERSONAL REPRESENTATIVE FOR**

ROBERT A. CARTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**JUDY A. GENTLE, PERSONAL REPRESENTATIVE FOR**

WILLIS G. GENTLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                     295 of 2984

---

**JEFFREY KENDALL ROARK, PERSONAL REPRESENTATIVE FOR**

ORAL JACK ROARK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**BARBARA COSS, PERSONAL REPRESENTATIVE FOR**

WILLIAM ALBERT COSS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CHARLES SIMON, PERSONAL REPRESENTATIVE FOR**

HARRY GEORGE SIMON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

296 of 2984

| **NANCIE CAROL FREEMAN, PERSONAL REPRESENTATIVE FOR** | **Clm No 80886** | Filed In Cases: 140 | |
|---|---|---|---|
| HOWARD E. FREEMAN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| **EMMA L. WARD, PERSONAL REPRESENTATIVE FOR** | **Clm No 80887** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM DEAN WARD (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| **JAMES ANTHONY VICERI, PERSONAL REPRESENTATIVE FOR** | **Clm No 80888** | Filed In Cases: 140 | |
|---|---|---|---|
| CHARLES VICERI (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**LORA LYNN WALKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80889**     Filed In Cases: 140

CHARLES ARCHIE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOHN CRAIG, PERSONAL REPRESENTATIVE FOR**

**Clm No 80890**     Filed In Cases: 140

GEORGE H. CRAIG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MARY JANE FONTENOT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80891**     Filed In Cases: 140

JAMES L. BRISSETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

298 of 2984

---

**GEORGIA RAE HOWDER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80892**    Filed In Cases: 140

GEORGE LESLIE HOWDER (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GAIL ANN PIRO, PERSONAL REPRESENTATIVE FOR**

**Clm No 80893**    Filed In Cases: 140

BERNARD S. WISE (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PARAFINE HALL, PERSONAL REPRESENTATIVE FOR**

**Clm No 80894**    Filed In Cases: 140

OLIVER G. HALL (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

299 of 2984

---

**SHARLINE LOUISE COMPTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80895**   Filed In Cases: 140

MARK ALLEN COMPTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LINDA KAY YATES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80896**   Filed In Cases: 140

RICHARD YATES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RUTH M. GREEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80897**   Filed In Cases: 140

L.C. GREEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

300 of 2984

---

**VERLEANER PEOPLES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80898**     Filed In Cases: 140

JASON PEOPLES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SOPHIE ELLIOTT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80899**     Filed In Cases: 140

ROBERT L. ELLIOTT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ANN R. MATHEWSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80900**     Filed In Cases: 140

ROBERT DURENBERGER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

301 of 2984

---

**CORRINE CATHERINE THOMAS, PERSONAL REPRESENTATIVE FOR**

HAROLD O. ARONSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80901**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STEVEN JOHN SINSEL, PERSONAL REPRESENTATIVE FOR**

ARTHUR JOHN SINSEL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80902**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MITCHELL C. COFFMAN, PERSONAL REPRESENTATIVE FOR**

FLOYD ELBERT COFFMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80903**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

302 of 2984

---

**MARIETTA P. ESTES, PERSONAL REPRESENTATIVE FOR**

WILLIAM R. ESTES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE WRIGHT, PERSONAL REPRESENTATIVE FOR**

JOHN MICHAEL PATTERSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROMANITA BUNTON, PERSONAL REPRESENTATIVE FOR**

DOSSIE LEE BUNTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

303 of 2984

---

**KELLY KATHLEEN ROOKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80907**    Filed In Cases: 140

ARCHIE C. ROOKER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**IRMA YAGER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80908**    Filed In Cases: 140

LYMAN E. YAGER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SHIRLEY WILLIAMS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80909**    Filed In Cases: 140

OTIS DUNN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**LYNN CAROL ROBBINS, PERSONAL REPRESENTATIVE FOR**

ROBERT BLUMENTHAL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH R. MANIFESTO, PERSONAL REPRESENTATIVE FOR**

OMAR JULIUS BARSTAD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID H. BEAN, PERSONAL REPRESENTATVIE FOR**

DOUGLAS SIDNEY BEAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

305 of 2984

---

**VANESSA ANDERSON, PERSONAL REPRESENTATIVE FOR**

MILTON HOWARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80913**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**SANDRA BALBINI, PERSONAL REPRESENTATIVE FOR**

FRANKLIN W. DIRKS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80914**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**ELIZABETH MARIE COLE, PERSONAL REPRESENTATIVE FOR**

KENNETH ARLEN COLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80915**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

306 of 2984

---

**DENICE A. SHULTZ, PERSONAL REPRESENTATIVE FOR**

WILLIAM LESLIE RUDOLPH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80916**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL HOTSENPILLER, PERSONAL REPRESENTATIVE FOR**

ELMER LAWRENCE GUIDOTTI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80917**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**STEVEN CONSTABLE, PERSONAL REPRESENTATIVE FOR**

WILFRED L. CONSTABLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80918**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

307 of 2984

---

**LINDA L. HUNTER, PERSONAL REPRESENTATIVE FOR**

RICHARD MARVIN HUNTER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80919**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARLENE VIVIAN BALL, PERSONAL REPRESENTATIVE FOR**

LARRY L. HELPHAND (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80920**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOIS N. COX, PERSONAL REPRESENTATIVE FOR**

ROLLEN V. COX (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80921**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                       308 of 2984

---

**DEANNE JEAN BROGLIO, PERSONAL REPRESENTATIVE FOR**

EDWARD PETER BROGLIO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80922**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARGARET BORICCHIO, PERSONAL REPRESENTATIVE FOR**

ALFRED J. BORICCHIO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80923**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PATRICIA WRIGHT LAMBERT, PERSONAL REPRESENTATIVE FOR**

JESSIE BROWNER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80924**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

309 of 2984

---

**FAE MARIE BIERIG, PERSONAL REPRESENTATIVE FOR**

ROGER L. BIERIG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80925**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**GLORIA RUDDELL, PERSONAL REPRESENTATIVE FOR**

GEORGE RILEY RUDDELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**RON MONROE GASTON, PERSONAL REPRESENTATIVE FOR**

MONROE GASTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                                310 of 2984

---

**LORENA FROST, PERSONAL REPRESENTATIVE FOR**

MELVIN E. FROST (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARION J. SEGORIA, PERSONAL REPRESENTATIVE FOR**

MARTIN M. SEGORIA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARILYN SMITH ADAMS, PERSONAL REPRESENTATIVE FOR**

JOHN BRISCO ADAMS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

311 of 2984

---

**LINDA SUE HOLMES, PERSONAL REPRESENTATIVE FOR**

**Clm No 80931**    Filed In Cases: 140

WILLIAM C. CLIFT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**PATRICIA S. DOBSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80932**    Filed In Cases: 140

DAN ALLAN DOBSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**RANDY BAREMORE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80933**    Filed In Cases: 140

EARL JEAN BAREMORE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

312 of 2984

---

**CINDY LEE MULLEN, PERSONAL REPRESENTATIVE FOR**

JAMES D. HALL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80934**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANTHONY LOIACONO, PERSONAL REPRESENTATIVE FOR**

JOSEPH J. LOIACONO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80935**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DANIEL J. SCHWAB, PERSONAL REPRESENTATIVE FOR**

FRANK SCHWAB (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80936**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                            313 of 2984

---

**JOAN F. BLANKINSHIP, PERSONAL REPRESENTATIVE FOR**

GEORGE L. SLEEVY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| **Clm No 80937** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CHARLES K. RIVERA, PERSONAL REPRESENTATIVE FOR**

CHARLES MANUEL RIVERA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| **Clm No 80938** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**PAMELA BRAND, PERSONAL REPRESENTATIVE FOR**

PAUL ROACH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| **Clm No 80939** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

314 of 2984

---

**HENRI LEWIS PARRIS, PERSOANL REPRESENTATIVE FOR**

**Clm No 80940**     Filed In Cases: 140

HAROLD PARRIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**SHERYL L. MEJIA, PERSONAL REPRESENTATIVE FOR**

**Clm No 80941**     Filed In Cases: 140

LINDY M. MEIER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**LELIA M. HICKS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80942**     Filed In Cases: 140

ERNEST L. HICKS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

315 of 2984

---

**GREGORY MANOV, PERSONAL REPRESENTATIVE FOR**

**Clm No 80943**    Filed In Cases: 140

ANTHONY R. MANOV (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STEPHANIE LEE LAINO, PERSONAL REPRESENTATIVE FOR**

**Clm No 80944**    Filed In Cases: 140

LEONARD L. LAINO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BEATRICE B. MCCORMICK, PERSONAL REPRESENTATIVE FOR**

**Clm No 80945**    Filed In Cases: 140

GEORGE P. MCCORMICK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

316 of 2984

---

**BETTY JANE MASTERSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80946**       Filed In Cases: 140

MORRIS GEORGE MASTERSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JERRY RONALD DAVIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80947**       Filed In Cases: 140

JOHN RONALD DAVIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL PALADINO, PERSONAL REPRESENTATIVE FOR**

**Clm No 80948**       Filed In Cases: 140

THOMAS JOSEPH PALADRINO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

317 of 2984

---

**PATRICK A. BARR, PERSONAL REPRESENTATIVE FOR**

**Clm No 80949**    Filed In Cases: 140

ELBERT LEON BARR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBIN FRANK MACDONALD, PERSONAL REPRESENTATIVE FOR**

**Clm No 80950**    Filed In Cases: 140

DOUGLAS FRANK MACDONALD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA MARIE CURRIER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80951**    Filed In Cases: 140

ROBERT LYLE CURRIER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

318 of 2984

---

**RANDALL BOWERS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80952**    Filed In Cases: 140

ALTON ROY BOWERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANA MARIA CHAVEZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 80953**    Filed In Cases: 140

RAFAEL HUMBERTO CHAVEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOUISE PELISSIER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80954**    Filed In Cases: 140

LOUIS E. PELISSIER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

319 of 2984

| DENNIS R. BERTAUD, PERSONAL REPRESENTATIVE FOR | **Clm No 80955** | Filed In Cases: 140 | |
|---|---|---|---|
| REDMOND E. BERTAUD (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| LAURIE SAWYER, PERSONAL REPRESENTATIVE FOR | **Clm No 80956** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIE FRANCIS WEEKS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| GEORGE PHILLIPS, PERSONAL REPRESENTATIVE FOR | **Clm No 80957** | Filed In Cases: 140 | |
|---|---|---|---|
| CHARLES PHILLIPS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

320 of 2984

---

**ORLANDO PADILLA, PERSONAL REPRESENTATIVE FOR**

LAWRENCE PUCCIO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80958**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA ANN BROWN, PERSONAL REPRESENTATIVE FOR**

DENNIS W. BROWN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80959**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELIZABETH SCHAFER, PERSONAL REPRESENTATIVE FOR**

IAN THOMPSON ALLISON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80960**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

321 of 2984

---

**MYRTLE EDNA VICTORY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80961**    Filed In Cases: 140

MARVIN V. VICTORY (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DEBRA JO LIPPOLIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80962**    Filed In Cases: 140

JOSEPH WILBERT EMERICH (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOYCE COLLINS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80963**    Filed In Cases: 140

SAMMIE I. KEELE (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

322 of 2984

---

**DEALIE LOREEN BONNER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80964**    Filed In Cases: 140

WARDELL BONNER SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MICHELE GIBSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 80965**    Filed In Cases: 140

CULVER VERNON GIBSON SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JOAN E. SIMMONS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80966**    Filed In Cases: 140

JOHN WALTER STEWART SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                             323 of 2984

---

**MARIE NOTEMAN, PERSONAL REPRESENTATIVE FOR**          **Clm No 80967**      Filed In Cases: 140

FELIX R. NOTEMAN (DECEASED)

C/O BRAYTON PURCELL, LLP              Class          Claim Detail Amount       Final Allowed Amount

ATTN: CURT HENNECKE                  UNS                  Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**JOSEPHINE MONTERO, PERSONAL REPRESENTATIVE FOR**      **Clm No 80968**      Filed In Cases: 140

FEDERICO MONTERO (DECEASED)

C/O BRAYTON PURCELL, LLP              Class          Claim Detail Amount       Final Allowed Amount

ATTN: CURT HENNECKE                  UNS                  Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**DOROTHY JEAN GLAUDE, PERSONAL REPRESENTATIVE FOR**    **Clm No 80969**      Filed In Cases: 140

ROSCOE ROBINSON SR. (DECEASED)

C/O BRAYTON PURCELL, LLP              Class          Claim Detail Amount       Final Allowed Amount

ATTN: CURT HENNECKE                  UNS                  Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

324 of 2984

---

**THOMAS TOMSKY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80970**      Filed In Cases: 140

WILLIAM TOMSKY SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**PHYLLISS PEIFFER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80971**      Filed In Cases: 140

THOMAS G. PEIFFER SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**EUNICE THOMAS MALONE, PERSONAL REPRESENTATIVE FOR**

**Clm No 80972**      Filed In Cases: 140

CHARLES MALONE SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

325 of 2984

---

**LOUISE STEINBERGER, PERSONAL REPRESENTATIVE FOR**

**Clm No 80973**    Filed In Cases: 140

MICHAEL STEINBERGER SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ROGER GOMEZ, PERSONAL REPRESENTATIVE FOR**

**Clm No 80974**    Filed In Cases: 140

SALVADOR D. GOMEZ SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MICKIE WORTHLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80975**    Filed In Cases: 140

RICHARD WORTHLEY SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              326 of 2984

| **CECILIA GUERRERO, PERSONAL REPRESENTATIVE FOR** | **Clm No 80976** | Filed In Cases: 140 | |
|---|---|---|---|
| GUILLERMO GUERRERO SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| **JOYCE ANN GARCIA, PERSONAL REPRESENTATIVE FOR** | **Clm No 80977** | Filed In Cases: 140 | |
|---|---|---|---|
| RUSSELL BRUMMETT SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| **LINDA MARIE DE MARIA, PERSONAL REPRESENTATIVE FOR** | **Clm No 80978** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM BERNAL SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

327 of 2984

---

**DOLORES M. BOUCHER, PERSONAL REPRESENTATIVE FOR**

RICHARD A. BOUCHER SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80979**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CAROLYN BENSON, PERSONAL REPRESENTATIVE FOR**

VERNON FRANK BENSON SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80980**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DEBORAH REED-JACK, PERSONAL REPRESENTATIVE FOR**

CLAUDELL JOSEPH JACK SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80981**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

---

*Claims Details*

328 of 2984

---

**BEVERLY HOUSER, PERSONAL REPRESENTATIVE FOR**

WILLIAM CECIL HOUSER SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80982**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**TERESA LEE FICARRA, PERSONAL REPRESENTATIVE FOR**

LEONARD PAUL FICARRA SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80983**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**SHEILA LYNETTE BELL, PERSONAL REPRESENTATIVE FOR**

BERNIE ADELL BELL SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80984**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

329 of 2984

---

**EDNA JONES, PERSONAL REPRESENTATIVE FOR**

CHARLES A. JONES SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JEAN HARLOW-BILES, PERSONAL REPRESENTATIVE FOR**

RONALD COLE BILES SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA WHEELAN, PERSONAL REPRESENTATIVE FOR**

ROBERT OWEN WHEELAN SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

330 of 2984

---

**KAREN STARKS, PERSONAL REPRESENTATIVE FOR**

STANLEY A. STARKS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LAZANDRA DIAL, PERSONAL REPRESENTATIVE FOR**

ROBERT E. DIAL SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RUBY LEE SANDS, PERSONAL REPRESENTATIVE FOR**

ROOSEVELT SANDS SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

331 of 2984

---

**LUDMILLA BOGART, PERSONAL REPRESENTATIVE FOR**

**Clm No 80991**     Filed In Cases: 140

EFIM D. BOGART (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**HORTENSE WRIGHT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80992**     Filed In Cases: 140

ELBERT F. WRIGHT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARY MAUDE TREAT, PERSONAL REPRESENTATIVE FOR**

**Clm No 80993**     Filed In Cases: 140

STARKEY S. TREAT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

332 of 2984

---

**BENEAVER STEWART, PERSONAL REPRESENTATIVE FOR**

**Clm No 80994**    Filed In Cases: 140

LUKE V. STEWART (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**TERRY SMITH, PERSONAL REPRESENTATIVE FOR**

**Clm No 80995**    Filed In Cases: 140

ARCHIE L. RICHARDSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GLORIA L. COURTNEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 80996**    Filed In Cases: 140

RAMON CUELLAR GARCIA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

333 of 2984

---

**MARGARITA C. FLORES, PERSONAL REPRESENTATIVE FOR**

ANTONIO LUJAN FLORES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80997**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CAROLE KAY DAUGHERTY, PERSONAL REPRESENTATIVE FOR**

JERRY DAUGHERTY SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80998**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**DIANN MARIE STORY, PERSONAL REPRESENTATIVE FOR**

EDDIE HILTON STORY SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80999**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

334 of 2984

---

**EARL R. JOHSON, PERSONAL REPRESENTATIVE FOR**

CHARLES JOHNSON SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MARY JEANNE EVANS, PERSONAL REPRESENTATIVE FOR**

LARRY DOUGLAS EVANS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**KIMALAR K. CARROLL, PERSONAL REPRESENTATIVE FOR**

CHARLES MONETTER SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/20/2018 3:42:12 PM

*Claims Details*                                                                                        335 of 2984

| **SANDRA HUBBARD, PERSONAL REPRESENTATIVE FOR** | **Clm No 81003** | Filed In Cases: 140 | |
|---|---|---|---|
| JAMES  DALE HUBBARD SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **JANICE LYNN THEODOSI, PERSONAL REPRESENTATIVE FOR** | **Clm No 81004** | Filed In Cases: 140 | |
|---|---|---|---|
| GRADY PENDERGRASS SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **MARGARET PATRICK, PERSONAL REPRESENTATIVE FOR** | **Clm No 81005** | Filed In Cases: 140 | |
|---|---|---|---|
| ROGER LEE PATRICK SR. (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

336 of 2984

---

**MARY LETHERMON, PERSONAL REPRESENTATIVE FOR**

GRADY LEE LETHERMON SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81006**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES RANDALL JEANS II, PERSONAL REPRESENTATIVE FOR**

CHARLES JEANS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81007**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CAROL RAY BRUMLEY, PERSONAL REPRESENTATIVE FOR**

WILLIAM BRUMLEY SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81008**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

337 of 2984

---

**BARBARA ANNE BUTLER, PERSONAL REPRESENTATIVE FOR**

JACK H. BUTLER SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81009**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**JOYCE MARIE GOULARTE, PERSONAL REPRESENTATIVE FOR**

JOHN GOULARTE SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81010**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**LORETTA JACK, PERSONAL REPRESENTATIVE FOR**

RAYMOND JACK SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81011**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                              338 of 2984

---

**SANDRA KAY KLAREN, PERSONAL REPRESENTATIVE FOR**            **Clm No 81012**    Filed In Cases: 140

WILLIAM GEORGE HILL SR. (DECEASED)               Class            Claim Detail Amount        Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE                               UNS                     Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**JAMES LISTBERGER, PERSONAL REPRESENTATIVE FOR**            **Clm No 81013**    Filed In Cases: 140

LEROY JOSEPH GEORGE SR. (DECEASED)               Class            Claim Detail Amount        Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE                               UNS                     Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**VIRGINIA MAE PEDEN, PERSONAL REPRESENTATIVE FOR**            **Clm No 81014**    Filed In Cases: 140

WILLIAM PEDEN SR. (DECEASED)                     Class            Claim Detail Amount        Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE                               UNS                     Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

339 of 2984

---

**SHELLEY JUNE WATSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81015**     Filed In Cases: 140

WILLIAM HENRY MUNTON SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LINDA KAYE HUST, PERSONAL REPRESENTATIVE FOR**

**Clm No 81016**     Filed In Cases: 140

DOYLE M. HUST SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAYNE GOSHE, PERSONAL REPRESENTATIVE FOR**

**Clm No 81017**     Filed In Cases: 140

DAN GOSHE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                         340 of 2984

---

**MARY ELIZABETH FOUX, PERSONAL REPRESENTATIVE FOR**

**Clm No 81018**     Filed In Cases: 140

JOHN JAMES FOUX SR. (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARY FINCH DZIAK, PERSONAL REPRESENTATIVE FOR**

**Clm No 81019**     Filed In Cases: 140

JOHN FINCH (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARGARET A. MCKENNEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 81020**     Filed In Cases: 140

PERRY LLOYD WELLS (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

341 of 2984

---

**BRENT MCRAE, PERSONAL REPRESENTATIVE FOR**

KARL MACKAY MCRAE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**GINGER TOMLINSON, PERSONAL REPRESENTATIVE FOR**

LESTER TOMLINSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**BETTY JANE BIRTCHET, PERSONAL REPRESENTATIVE FOR**

RICHARD EARL BIRTCHET (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

342 of 2984

---

**MICHAEL PEPPARS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81024**    Filed In Cases: 140

WEHRLE DELLANO PEPPARS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKEATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARIA A. BOURDON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81025**    Filed In Cases: 140

ALBERT S. BOURDON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DOROTHY M. WHITE, PERSONAL REPRESENTATIVE FOR**

**Clm No 81026**    Filed In Cases: 140

WILBERT WHITE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

343 of 2984

---

**SUSAN FREDRICKSON, PERSONAL REPRESENTATIVE FOR**

ROBERT FREDRICKSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**EULA MAYE LEWIS, PERSONAL REPRESENTATIVE FOR**

BIRDELL LEWIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**VIRGINIA ROMEO, PERSONAL REPRESENTATIVE FOR**

JOHN ANTHONY ROMEO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

344 of 2984

---

**BRETT HOPPER, PERSONAL REPRESENTATIVE FOR**

ROBERT BRUCE MELCHER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81030**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**CHRISTINE L. ROBINSON, PERSONAL REPRESENTATIVE FOR**

JIM EDWARD ROBINSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81031**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**JACQUELINE OSTROM, PERSONAL REPRESENTATIVE FOR**

JACK RUSSELL. BERAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81032**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                    345 of 2984

---

**KELLY JOHN FREEMAN, PERSONAL REPRESENTATIVE FOR**                    **Clm No 81033**    Filed In Cases: 140

JOHN B. FREEMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**GARY GRAHAM GODDARD, PERSONAL REPRESENTATIVE FOR**                    **Clm No 81034**    Filed In Cases: 140

ALFRED RAND GODDARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LARRY GARIBALDI, PERSONAL REPRESENTATIVE FOR**                    **Clm No 81035**    Filed In Cases: 140

BENNIE JOHN GARIBALDI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

346 of 2984

---

**JAYNE MARY BECKER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81036**     Filed In Cases: 140

LAWRENCE A. BECKER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM RINDONE, PERSONAL REPRESENTATIVE FOR**

**Clm No 81037**     Filed In Cases: 140

FRANK J. RINDONE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES EDWARD WAGNER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81038**     Filed In Cases: 140

JAMES RAYMOND WAGNER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

347 of 2984

---

| **MARY MCCRYSTLE, PERSONAL REPRESENTATIVE FOR** | **Clm No 81039** | Filed In Cases: 140 | |
|---|---|---|---|
| CHARLES W. MCCRYSTLE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **CHARLES S. ROWE, PERSONAL REPRESENTATIVE FOR** | **Clm No 81040** | Filed In Cases: 140 | |
|---|---|---|---|
| HOWARD CHARLES ROWE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **BERNARDINA R. MERCADO, PERSONAL REPRESENTATIVE FOR** | **Clm No 81041** | Filed In Cases: 140 | |
|---|---|---|---|
| ROBERT ORTIZ MERCADO (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

348 of 2984

---

**JONI JEAN KARBER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81042**    Filed In Cases: 140

GALEN WOODVINE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**LEAH COHEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 81043**    Filed In Cases: 140

MAURICE W. COHEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**LAURIE FREIHOFNER-THOMPSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81044**    Filed In Cases: 140

MILTON D. THOMPSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

349 of 2984

---

**JERRY BRIAN HOWARD, PERSONAL REPRESENTATIVE FOR**

PAUL SAMUEL HOWARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81045**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA WISNESKI, PERSONAL REPRESENTATIVE FOR**

JOHN GRAHOVAC (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TILDA GLADYS PEARSON, PERSONAL REPRESENTATIVE FOR**

BENIT W. PEARSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

350 of 2984

---

**SCOTT WILLIAM DUNKIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 81048**     Filed In Cases: 140

MORRIE JOE DUNKIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FASITUPE MEAFUA, PERSONAL REPRESENTATIVE FOR**

**Clm No 81049**     Filed In Cases: 140

FAAPITO MEAFUA SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARILYN GOVER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81050**     Filed In Cases: 140

EVERETTE D. GOVER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

351 of 2984

---

**AMY SHELTON-SALADIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 81051**   Filed In Cases: 140

ERNEST EARL SHELTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES MASON JR., PERSONAL REPRESENTATIVE FOR**

**Clm No 81052**   Filed In Cases: 140

EMMIE D. MASON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANCES SMITH, PERSONAL REPRESENTATIVE FOR**

**Clm No 81053**   Filed In Cases: 140

ELVIN SMITH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                      352 of 2984

---

**AMPARO SALAZAR, PERSONAL REPRESENTATIVE FOR**        **Clm No 81054**    Filed In Cases: 140

ELOY SALAZAR (DECEASED)

C/O BRAYTON PURCELL, LLP          | Class | Claim Detail Amount | Final Allowed Amount |

ATTN: CURT HENNECKE              | UNS   | Unknown             |                      |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**FE TAYLOR, PERSONAL REPRESENTATIVE FOR**        **Clm No 81055**    Filed In Cases: 140

ELMER EUGENE TAYLOR (DECEASED)

C/O BRAYTON PURCELL, LLP          | Class | Claim Detail Amount | Final Allowed Amount |

ATTN: CURT HENNECKE              | UNS   | Unknown             |                      |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ELISE GRAVES, PERSONAL REPRESENTATIVE FOR**        **Clm No 81056**    Filed In Cases: 140

ELLIS ELI GRAVES (DECEASED)

C/O BRAYTON PURCELL, LLP          | Class | Claim Detail Amount | Final Allowed Amount |

ATTN: CURT HENNECKE              | UNS   | Unknown             |                      |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

353 of 2984

---

**ELISHA SHELTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81057**     Filed In Cases: 140

EDWARD SHELTON JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CHERYL RAUDELUNAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81058**     Filed In Cases: 140

RICHARD J. BARLOW SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**IVALOO KUISEL, PERSONAL REPRESENTATIVE FOR**

**Clm No 81059**     Filed In Cases: 140

RICHARD GEORGE KUISEL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

---

*Claims Details*

354 of 2984

---

**CAROLE DAVIS, PERSONAL REPRESENTATIVE FOR**

RICHARD FRANCIS HOWE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MAUREEN MESQUITA, PERSONAL REPRESENTATIVE FOR**

RICHARD MESQUITA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81061**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MYRA WELSH, PERSONAL REPRESENTATIVE FOR**

RICHARD LEO WELSH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81062**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                                  355 of 2984

---

**DARLENE NELSON-GASSMANN, PERSONAL REPRESENTATIVE FOR**

RICHARD J. NELSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81063**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MARGARET BAUMAN, PERSONAL REPRESENTATIVE FOR**

RICHARD E. BAUMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81064**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**STELLA PETTIGREW, PERSONAL REPRESENTATIVE FOR**

REX PETTIGREW (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81065**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

356 of 2984

---

**ANNETTE BROUWS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81066**    Filed In Cases: 140

RICHARD CORNELIUS BROUWS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ANDREA GIRTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81067**    Filed In Cases: 140

LEONARD GIRTON SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**EDGIE BARNES, PERSONAL REPRESENTATIVE FOR**

**Clm No 81068**    Filed In Cases: 140

JOHN H. BARNES SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

357 of 2984

---

**SHIRLEY BIRCHETT, PERSONAL REPRESENTATIVE FOR**

MICHAEL LEE BIRCHETT SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81069**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SANDRA LEE FALK, PERSONAL REPRESENTATIVE FOR**

ARTHUR JOHNSON SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81070**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**PEGGY J. TAYLOR, PERSONAL REPRESENTATIVE FOR**

WAYNE G. MILLER SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81071**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

358 of 2984

---

**AMATULLAH BASHIR, PERSONAL REPRESENTATIVE FOR**

**Clm No 81072**    Filed In Cases: 140

JEROME TURNER ALLEN SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**ROMEO SCHNEBLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 81073**    Filed In Cases: 140

CHARLES SCHNEBLE SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**LUANA WILLIAMS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81074**    Filed In Cases: 140

ROBERT L. AITCHISON SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                   359 of 2984

---

**ANNIE FAY LEWIS LARRY, PERSONAL REPRESENTATIVE FOR**    **Clm No 81075**    Filed In Cases: 140

CLIFFORD L. LEWIS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BEVERLY HANSEN, PERSONAL REPRESENTATIVE FOR**    **Clm No 81076**    Filed In Cases: 140

GARY WAYNE HANSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DOROTHY WELLMAN, PERSONAL REPRESENTATIVE FOR**    **Clm No 81077**    Filed In Cases: 140

FRED WELLMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

360 of 2984

---

**CINDY FASSETT, PERSONAL REPRESENTATIVE FOR**

FRANK W. WOKOJANCE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DAVID ROSE, PERSONAL REPRESENTATIVE FOR**

CARL ROSE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LAURA VAZQUEZ, PERSONAL REPRESENTATIVE FOR**

JAMES F. SHANNAHAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

361 of 2984

---

**MARGARET JEAN RIZOR, PERSONAL REPRESENTATIVE FOR**

**Clm No 81081**    Filed In Cases: 140

DAVID RIZOR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**SHARON JENKINS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81082**    Filed In Cases: 140

LEONARD JENKINS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**SANDRA ANN CARRUTH, PERSONAL REPRESENTATIVE FOR**

**Clm No 81083**    Filed In Cases: 140

RONNY RAY CARRUTH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

362 of 2984

| **LINDSEY ANN TODD, PERSONAL REPRESENTATIVE FOR** | **Clm No 81084** | Filed In Cases: 140 | |
|---|---|---|---|
| MICHAEL WILLIAM TODD (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **BARBARA DAVIS, PERSONAL REPRESENTATIVE FOR** | **Clm No 81085** | Filed In Cases: 140 | |
|---|---|---|---|
| EARL DAVIS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **DAWN DARLENE STEADMAN, PERSONAL REPRESENTATIVE FOR** | **Clm No 81086** | Filed In Cases: 140 | |
|---|---|---|---|
| RAYMOND EUGENE STEADMAN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

363 of 2984

---

**VERDA LEWIS, PERSONAL REPRESENTATIVE FOR**

PAUL LEWIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PAULETTE TRUJILLO, PERSONAL REPRESENTATIVE FOR**

PETER B. TRUJILLO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**RUTH CONFER, PERSONAL REPRESENTATIVE FOR**

GERALD E. CONFER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

364 of 2984

---

**JESSIE LEWIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81090**   Filed In Cases: 140

CURTIS PENNINGTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ELEANOR METCALF-WILLIAMS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81091**   Filed In Cases: 140

VALCOUR C. CARROLL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN LOUIS COWDEN, PERSONAL REPRESENTATIVE FOR**

**Clm No 81092**   Filed In Cases: 140

DANNY L. COWDEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

365 of 2984

---

**DENNIS R. LLOYD, PERSONAL REPRESENTATIVE FOR**

**Clm No 81093**    Filed In Cases: 140

EUGENE DAIVD LLOYD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LEE ELLA BOSLEY JOHNSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81094**    Filed In Cases: 140

EDDIE ISIAH BRADY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARLENE FRANK, PERSONAL REPRESENTATIVE FOR**

**Clm No 81095**    Filed In Cases: 140

MICHAEL D. FRANK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

366 of 2984

---

**MARTHA WATSON, PERSONAL REPRESENTATIVE FOR**

OTHA WATSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81096**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DOUG K. SEIBER, PERSONAL REPRESENTATIVE FOR**

MAX AMMONS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81097**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARCELLUS BROWN, PERSONAL REPRESENTATIVE FOR**

LOUIS THOMAS BROWN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81098**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

367 of 2984

---

**KENNETH GILLETTE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JEFFREY J. GOIAS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81100**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN J. GOIAS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

368 of 2984

| | | |
|---|---|---|
| **CLIFFORD GORDON FREEMAN** | **Clm No 81102** | Filed In Cases: 140 |
| C/O BRAYTON PURCELL, LLP | | |
| ATTN: CURT HENNECKE | Class | Claim Detail Amount    Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown |
| NOVATO, CA 94928-6169 | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| | | |
|---|---|---|
| **WILLIE GODBOLD** | **Clm No 81103** | Filed In Cases: 140 |
| C/O BRAYTON PURCELL, LLP | | |
| ATTN: CURT HENNECKE | Class | Claim Detail Amount    Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown |
| NOVATO, CA 94928-6169 | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| | | |
|---|---|---|
| **GLORIA GIVENS** | **Clm No 81104** | Filed In Cases: 140 |
| C/O BRAYTON PURCELL, LLP | | |
| ATTN: CURT HENNECKE | Class | Claim Detail Amount    Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown |
| NOVATO, CA 94928-6169 | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

369 of 2984

---

**SHAWN ROLLINS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81105**    Filed In Cases: 140

CLIFFORD RAY EVANS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD D. GIBSON**

**Clm No 81106**    Filed In Cases: 140

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LONNIE LEE GIPSON**

**Clm No 81107**    Filed In Cases: 140

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

370 of 2984

---

**LAWRENCE GILBERT SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ARDELLA JOYCE FOX**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT ALLEN FOX**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

371 of 2984

---

**EDWARD T. FOY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STEPHEN A. FRANCIS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID L. FRANKLIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

372 of 2984

---

**GEORGE HOWELL FRANKLIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81114**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JERROLD H. FRAZER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81115**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**HENRY J. GILSON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81116**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

373 of 2984

---

**LARRY GILREATH**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81117**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN GILL**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81118**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS COONEY, PERSONAL REPRESENTATIVE FOR**
WILLIAM E. BUCK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81119**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

374 of 2984

---

**JOHN JAY DRAGO, PERSONAL REPRESENTATIVE FOR**

**Clm No 81120**    Filed In Cases: 140

JACK WALTER DRAGO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RODNEY GATES, PERSONAL REPRESENTATIVE FOR**

**Clm No 81121**    Filed In Cases: 140

BURNACE CULBERTSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CATHY ANITA MITCHELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 81122**    Filed In Cases: 140

JULIUS ROLAND GOSSETT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

375 of 2984

---

**CHERYL O'BRIEN , PERSONAL REPRESENTATIVE FOR**

DAN CIRIGLIANO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LAWRENCE FONTENETTE**

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**IRWIN W. FORTIN**

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

376 of 2984

---

**LARRELL DUWAYNE FORTNER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**BILLIE D. FOSTER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81127**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT EVERETT FOUNTAIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81128**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**NICOLE PEARCE, PERSONAL REPRESENTATIVE FOR**  **Clm No 81129**   Filed In Cases: 140

JOHN E. BAGLIETTO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**GLORIA BOCO, PERSONAL REPRESENTATIVE FOR**  **Clm No 81130**   Filed In Cases: 140

MARIANO BOCAR BOCO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**DENNIS MORILLAS, PERSONAL REPRESENTATIVE FOR**  **Clm No 81131**   Filed In Cases: 140

HORTENSE MARY MORILLAS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

378 of 2984

---

**JUANITA TEEPLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 81132**    Filed In Cases: 140

GARTH A. TEEPLE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**RUSSELL JOSEPH MARINES, PERSONAL REPRESENTATIVE FOR**

**Clm No 81133**    Filed In Cases: 140

HERBERT J. MARINES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GREGG DUDICS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81134**    Filed In Cases: 140

DARLENE DUDICS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

379 of 2984

---

**ANNELIE BOGUNOVIC, PERSONAL REPRESENTATIVE FOR**

**Clm No 81135**   Filed In Cases: 140

JOVO BOGUNOVIC (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MAXINE A. FINKELSTEIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 81136**   Filed In Cases: 140

MILTON FINKELSTEIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAULINE SIMMONS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81137**   Filed In Cases: 140

STAFFORD SIMMONS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

380 of 2984

---

**CHARLOTTE RUTH GOMES, PERSONAL REPRESENTATIVE FOR**

**Clm No 81138**       Filed In Cases: 140

BETTY J. BERNDT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARY J. TASTO, PERSONAL REPRESENTATIVE FOR**

**Clm No 81139**       Filed In Cases: 140

HARRY L. TASTO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CLAUDIA ESCALERA, PERSONAL REPRESENTATIVE FOR**

**Clm No 81140**       Filed In Cases: 140

GENE ALLAIN ESCALERA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

381 of 2984

---

**ERIC EISENLAUER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81141**       Filed In Cases: 140

RICHARD EISENLAUER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**STEVEN L. POLLOCK, PERSONAL REPRESENTATIVE FOR**

**Clm No 81142**       Filed In Cases: 140

ROBERT MCDONALD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**STUART HOSMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 81143**       Filed In Cases: 140

JOSEPH D. CHANDLER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

382 of 2984

---

**ELIZABETH HOLTER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81144**    Filed In Cases: 140

ERNEST JAMES HOLTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LINDA C. STATON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81145**    Filed In Cases: 140

SAMUEL ANDERSON HOUSER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JANICE DENISE PEARSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81146**    Filed In Cases: 140

WILLIAM PEARSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

383 of 2984

---

**ORA LORENE SCARBOROUGH, PERSONAL REPRESENTATIVE FOR**

MELVIN SCARBOROUGH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARGARET JO LINDSEY, PERSONAL REPRESENTATIVE FOR**

ROBERT U. LINDSEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JANICE MARIE BRUGMAN, PERSONAL REPRESENTATIVE FOR**

KEITH BRUGMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

384 of 2984

---

**CLEO ANN CONNER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81150**     Filed In Cases: 140

ROBERT CONNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BRENT GOATES, PERSONAL REPRESENTATIVE FOR**

**Clm No 81151**     Filed In Cases: 140

MAX L. GOATES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARGARET LOUISE KERNOUL, PERSONAL REPRESENTATIVE FOR**

**Clm No 81152**     Filed In Cases: 140

GENE AUGUSTA DULL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

385 of 2984

---

**FONA ELIASON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81153**    Filed In Cases: 140

CHARLES E. ELIASON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**SHARON BREWER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81154**    Filed In Cases: 140

TOMMY D. BREWER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**GLORIA MAY DUTTON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81155**    Filed In Cases: 140

JAMES DUTTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

386 of 2984

---

**ROBIN SHROPSHIRE, PERSONAL REPRESENTATIVE FOR**

**Clm No 81156**        Filed In Cases: 140

MICHAEL AARON SHROPSHIRE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CIDALIA M. SILVEIRA, PERSONAL REPRESENTATIVE FOR**

**Clm No 81157**        Filed In Cases: 140

MICHAEL ALLEN MENDOZA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARY FRANCES NELSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81158**        Filed In Cases: 140

CHESTER LEE NELSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

387 of 2984

---

**JOSEPH LEO LEADEM, PERSONAL REPRESENTATIVE FOR**

JOSEPH ANTHONY LEADEM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81159**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**WENDY TYLER JOHNSON, PERSONAL REPRESENTATIVE FOR**

LEROY JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81160**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**BLANKA KURSAR, PERSONAL REPRESENTATIVE FOR**

BOB R. KURSAR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81161**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

388 of 2984

---

**ANNA RUTH STEFONIC, PERSONAL REPRESENTATIVE FOR**

LARRY EUGENE STEFONIC (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81162**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**SHARON RICHARDSON-BROWN, PERSONAL REPRESENTATIVE FOR**

HURLEY RICHARDSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**LINDA KAY GRIFFIN, PERSONAL REPRESENTATIVE FOR**

CRAIG STEADMAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81164**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

389 of 2984

---

**SHIRLEY JEAN CRONIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 81165**    Filed In Cases: 140

RAYMOND CORNELIUS CRONIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**PAULINE LEONARD THOMPSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81166**    Filed In Cases: 140

NORMAN LEE THOMPSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ERIC M. STEWART, PERSONAL REPRESENTATIVE FOR**

**Clm No 81167**    Filed In Cases: 140

JERRY R. STEWART (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

390 of 2984

---

**GWENDOLYN CAROL WISE, PERSONAL REPRESENTATIVE FOR**

DONIS GENE BAILEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81168**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ESTHER M. WOMACK, PERSONAL REPRESENTATIVE FOR**

LEE R. WOMACK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81169**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GENEVA ANN BOLD, PERSONAL REPRESENTATIVE FOR**

DAVID BOLD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81170**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

391 of 2984

| **ELIZABETH ANN BERRY, PERSONAL REPRESENTATIVE FOR** | **Clm No 81171** | Filed In Cases: 140 | |
|---|---|---|---|
| JOHN CHARLES SWEGLES (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed      23-Mar-2017
Bar Date
Claim Face Value

| **DEBRA KAY BEECHTREE, PERSONAL REPRESENTATIVE FOR** | **Clm No 81172** | Filed In Cases: 140 | |
|---|---|---|---|
| LAWRENCE H. BEECHTREE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed      23-Mar-2017
Bar Date
Claim Face Value

| **WILLIAM F. TOWNER, PERSONAL REPRESENTATIVE FOR** | **Clm No 81173** | Filed In Cases: 140 | |
|---|---|---|---|
| ROBERT WILLIAM TOWNER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed      23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

392 of 2984

---

**PATRICK MARK NICHOLSON, PERSONAL REPRESENTATIVE FOR**

JERALDINE NICHOLSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**TERESA SCHWALENBERG, PERSONAL REPRESENTATIVE FOR**

LARANDAL SCHWALENBERG (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LUANN LOUGHTON, PERSONAL REPRESENTATIVE FOR**

JON RAYMOND LOUGHTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                          393 of 2984

---

**FRANCIS FANELLI, PERSONAL REPRESENTATIVE FOR**

FRANK ANTHONY FANELLI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81177**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**CYNTHIA L. STEVENS, PERSONAL REPRESENTATIVE FOR**

ANDREW RAY STEVENS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81178**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**LINDA JEANETTE HELTON, PERSONAL REPRESENTATIVE FOR**

DOLPHUS V. HELTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81179**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

394 of 2984

| **LARRY DWANE KUNTZ, PERSONAL REPRESENTATIVE FOR** | **Clm No 81180** | Filed In Cases: 140 | |
|---|---|---|---|
| CHARLES DUANE KUNTZ (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **REGINA SPONAUGLE, PERSONAL REPRESENTATIVE FOR** | **Clm No 81181** | Filed In Cases: 140 | |
|---|---|---|---|
| KENNETH RAY SPONAUGLE (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **DON PARTIPILO, PERSONAL REPRESENTATIVE FOR** | **Clm No 81182** | Filed In Cases: 140 | |
|---|---|---|---|
| VICTOR PARTIPILO (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

395 of 2984

---

**AMY DIAMOND, PERSONAL REPRESENTATIVE FOR**

STANLEY RICHARD DIAMOND (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARISA LEANDRO, PERSONAL REPRESENTATIVE FOR**

ALVIN ALLISON LEANDRO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81184**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ALLEN WAYNE KENNEDY, PERSONAL REPRESENTATIVE FOR**

CLAUD KENNEDY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81185**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

396 of 2984

---

**JOHN NICHOLAS LACY, PERSONAL REPRESENTATIVE FOR**

PAUL CHARLES LACY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81186**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**SUSAN JEAN LEWIS, PERSONAL REPRESENTATIVE FOR**

JOHN LEONARD RAIMONDO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81187**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**RONALD JAY WHITFORD, PERSONAL REPRESENTATIVE FOR**

QUENTIN WHITFORD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81188**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                    397 of 2984

---

**SANDRA A. MCFARLAND, PERSONAL REPRESENTATIVE FOR**

**Clm No 81189**    Filed In Cases: 140

JACK MCFARLAND (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LAVERNE GLORIA SILVA, PERSONAL REPRESENTATIVE FOR**

**Clm No 81190**    Filed In Cases: 140

STANLEY J. SILVA (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOAN E. WOODS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81191**    Filed In Cases: 140

HERBERT FRANCIS WOODS (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**NORMA LOUISE MACHADO, PERSONAL REPRESENTATIVE FOR**

**Clm No 81192**    Filed In Cases: 140

JOSEPH FERREIRA MACHADO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BARBARA ROUSSEAU, PERSONAL REPRESENTATIVE FOR**

**Clm No 81193**    Filed In Cases: 140

CLAIRE ROUSSEAU (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD NICHOLS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81194**    Filed In Cases: 140

CLYDE PARKER NICHOLS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

399 of 2984

---

**OTHEA MAJOR, PERSONAL REPRESENTATIVE FOR**

OTHA MAJOR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81195**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARGUERITA COSIO, PERSONAL REPRESENTATIVE FOR**

ARMANDO DEL MORAL COSIO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81196**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**IRENE C. SIMMS, PERSONAL REPRESENTATIVE FOR**

HAROLD C. SIMMS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81197**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

400 of 2984

---

**PAUL J. MULDOWN, PERSONAL REPRESENTATIVE FOR**

JOSEPH NEIL MULDOWN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DWAYNE A. FREY**

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MAURICE A. GEERDES**

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

401 of 2984

---

**SERGIO GERIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81201**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LESLIE C. GHIRINGHELLI**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALBERT JOHN GASPAR SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81203**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

402 of 2984

---

**JOHN LOWELL FRITCH**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81204**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**RUDOLPH JASSO GARCIA SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81205**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**LUIZ J. GARCIA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81206**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/20/2018 3:42:12 PM

*Claims Details*                                                                    403 of 2984

---

**BERNARDO GARCIA**                    **Clm No 81207**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD        UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM GALVEZ**                     **Clm No 81208**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD        UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**LAURA CLOTILDE BUSNARDO, PERSONAL**  **Clm No 81209**    Filed In Cases: 140
**REPRESENTATIVE FOR**
FRANK MARIO BUSNARDO (DECEASED)
C/O BRAYTON PURCELL, LLP       Class              Claim Detail Amount       Final Allowed Amount
ATTN: BRYN G. LETSCH          UNS                     Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

404 of 2984

---

**KENDRA WARD-PARKER, PERSONAL REPRESENTATIVE FOR**

JAMES EDWARD WARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81210**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DEE ANNE WILSON, PERSONAL REPRESENTATIVE FOR**

WALLACE C. WILSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81211**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WALTER L. THOMAS, PERSONAL REPRESENTATIVE FOR**

JOHN E. SHEPPARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81212**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

405 of 2984

---

**MARILYN KAY BRADFORD, PERSONAL REPRESENTATIVE FOR**

**Clm No 81213**    Filed In Cases: 140

EARL L. BRADFORD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**BRENDA WEEKS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81214**    Filed In Cases: 140

BURLE NYGAARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**HANNELORE BERGER BASS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81215**    Filed In Cases: 140

DONALD LEE BASS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

406 of 2984

---

**JANETTE DENHAM, PERSONAL REPRESENTATIVE FOR**

**Clm No 81216**     Filed In Cases: 140

CHARLES ANDREW DENHAM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**KAREN L. FRANCK, PERSONAL REPRESENTATIVE FOR**

**Clm No 81217**     Filed In Cases: 140

ALEXANDER W. BRASNYO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CHARLENE ANDERSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81218**     Filed In Cases: 140

CHARLEY ANDERSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

407 of 2984

---

**ANNABEL CHANEY, PERSONAL REPRESENTATIVE FOR**

ROBERT F. CHANEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**ANNA ROUSKA, PERSONAL REPRESENTATIVE FOR**

JOSEPH A. FRASE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**KAREN R. KREISS, PERSONAL REPRESENTATIVE FOR**

RODERICK ANDREW KREISS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

408 of 2984

---

**KRISTINA R. ROGERS, PERSONAL REPRESENTATIVE FOR**

KEITH V. BAUMGARDNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81222**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**HENRY L. FREEMAN**

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81223**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**KENNETH D. FRENCH**

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81224**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                              409 of 2984

---

**WILLIAM A. GIBBONS**                    **Clm No 81225**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class           Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH M. FRENCHWOOD JR.**              **Clm No 81226**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class           Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID RONALD FRESQUEZ**                 **Clm No 81227**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class           Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                        410 of 2984

---

**ANTHONY L. FRETTY SR.**                    **Clm No 81228**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE              Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169           UNS                      Unknown

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**VICKIE E. HAILEY, PERSONAL REPRESENTATIVE**    **Clm No 81229**    Filed In Cases: 140
**FOR**
JAMES H. ANDREWS (DECEASED)
C/O BRAYTON PURCELL, LLP          Class              Claim Detail Amount        Final Allowed Amount
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD            UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**SHELLANEA A. BUSBY, PERSONAL**              **Clm No 81230**    Filed In Cases: 140
**REPRESENTATIVE FOR**
FENTRESS F. ELROD (DECEASED)
C/O BRAYTON PURCELL, LLP          Class              Claim Detail Amount        Final Allowed Amount
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD            UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

411 of 2984

---

**MARGARET TERRY, PERSONAL REPRESENTATIVE FOR**

WALTER W. ROBINSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CONSTANCE BOURKE, PERSONAL REPRESENTATIVE FOR**

DOUGLAS D. LLOYD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DONNA LUNDVALL, PERSONAL REPRESENTATIVE FOR**

JOHN O. IRBY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

412 of 2984

---

**NANCY DULINSKY-GIBBS, PERSONAL REPRESENTATIVE FOR**

RICHARD PAUL DULINSKY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**BETTY MOOSE, PERSONAL REPRESENTATIVE FOR**

CLAUDE C. MOOSE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RYAN E. JOHNSTON, PERSONAL REPRESENTATIVE FOR**

EDWARD DONALD JOHNSTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

413 of 2984

---

**WAYNE GIBBONS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81237**   Filed In Cases: 140

KENNETH J. GIBBONS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**THAIS M. WRIGHT, PERSONAL REPRESENTATIVE FOR**

**Clm No 81238**   Filed In Cases: 140

ROGER L. WRIGHT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**DEBRA JONES, PERSONAL REPRESENTATIVE FOR**

**Clm No 81239**   Filed In Cases: 140

LEONARD JOHN DEMEULE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

414 of 2984

---

**NIKOS LYNCH, PERSONAL REPRESENTATIVE FOR**
JAMES E. LYNCH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81240**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MASONIA POWELL-DAVIS, PERSONAL REPRESENTATIVE FOR**
ARTHUR ABERCROMBIA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81241**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MISAKO MENARD, PERSONAL REPRESENTATIVE FOR**
JOHN THOMAS MENARD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81242**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

415 of 2984

---

**ELIZABETH KEANE, PERSONAL REPRESENTATIVE FOR**

**Clm No 81243**    Filed In Cases: 140

RALPH L. HARDING (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CYNTHIA PAULINE COCHRAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 81244**    Filed In Cases: 140

ROY LEE COCHRAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARK A. BEYER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81245**    Filed In Cases: 140

WALTER BECKER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

416 of 2984

---

**GEARY JACKSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81246**   Filed In Cases: 140

JAMES WILLIE JACKSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**MARGARET SPEED, PERSONAL REPRESENTATIVE FOR**

**Clm No 81247**   Filed In Cases: 140

HAROLD SPEED (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**LINDA RUSH, PERSONAL REPRESENTATIVE FOR**

**Clm No 81248**   Filed In Cases: 140

JOE H. CASTAGNASSO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

417 of 2984

---

**ROBERT L. FRYER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81249**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN J. GALLAGHER III**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81250**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**AIDRON O. GALLAGHER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81251**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

418 of 2984

---

**RAYMOND GAGNE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**NEIL W. FULLER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT BRENT FUGATE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

419 of 2984

---

| **BARBARA JANE MURPHY, PERSONAL REPRESENTATIVE FOR** | **Clm No 81255** | Filed In Cases: 140 | |
|---|---|---|---|
| JOHN ROBERT MURPHY (DECEASED) | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **JACQUELINE SYLVESTER, PERSONAL REPRESENTATIVE FOR** | **Clm No 81256** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIE RUTH WILLIAMS (DECEASED) | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **GUST JOHN PULOS, PERSONAL REPRESENTATIVE FOR** | **Clm No 81257** | Filed In Cases: 140 | |
|---|---|---|---|
| JOHN G. PULOS (DECEASED) | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

420 of 2984

---

**FELICIA R. GRAY, PERSONAL REPRESENTATIVE FOR**

**Clm No 81258**    Filed In Cases: 140

RICHARD ABRAHAM BROWN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TERESA MARIE SMELSER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81259**    Filed In Cases: 140

ROGER WAYNE SMELSER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**YOLANDA ESQUIVEL, PERSONAL REPRESENTATIVE FOR**

**Clm No 81260**    Filed In Cases: 140

ALEJANDRO ROQUE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

421 of 2984

---

**JANIS ARLEEN HEBEBRAND, PERSONAL REPRESENTATIVE FOR**

TED LOUIS HEBEBRAND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**DENISE LEDER, PERSONAL REPRESENTATIVE FOR**

ALLEN GEORGE PINELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**KATHLEEN MACDONALD, PERSONAL REPRESENTATIVE FOR**

ROBERT WALTER MACDONALD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

422 of 2984

---

**LORETTA L. WILSON, PERSONAL REPRESENTATIVE FOR**

EDWIN WILSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81264**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FLORENCE VIVEROS, PERSONAL REPRESENTATIVE FOR**

VINCENT SERAFIN JARVIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81265**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA PAULINE COTTEN, PERSONAL REPRESENTATIVE FOR**

PATRICK JOHN MAHONEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81266**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

423 of 2984

| JENNIFER LORENZEN, PERSONAL REPRESENTATIVE FOR | **Clm No 81267** | Filed In Cases: 140 | |
|---|---|---|---|
| DAVID BRUCE LORENZEN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| MARGARET BRADBURN, PERSONAL REPRESENTATIVE FOR | **Clm No 81268** | Filed In Cases: 140 | |
|---|---|---|---|
| ROBERT MCCLAIN (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| DWAYNE M. BOBBIT, PERSONAL REPRESENTATIVE FOR | **Clm No 81269** | Filed In Cases: 140 | |
|---|---|---|---|
| CLINTON BOBBIT (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

424 of 2984

---

**JUDY OXFORD, PERSONAL REPRESENTATIVE FOR**

**Clm No 81270**     Filed In Cases: 140

CALVIN RAY OXFORD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LINDA REYNOLDS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81271**     Filed In Cases: 140

JAMES L. REYNOLDS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA FREELAND, PERSONAL REPRESENTATIVE FOR**

**Clm No 81272**     Filed In Cases: 140

FLOYD FREELAND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

425 of 2984

---

**RONALD EARL KEISER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81273**   Filed In Cases: 140

MELVIN EARL KEISER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JUDY A. MCBRIDE, PERSONAL REPRESENTATIVE FOR**

**Clm No 81274**   Filed In Cases: 140

GEORGE C. ASHLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**KARA POPICK, PERSONAL REPRESENTATIVE FOR**

**Clm No 81275**   Filed In Cases: 140

GREGORY A. POPICK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

426 of 2984

---

**ALBERT M. SANDOVAL, PERSONAL REPRESENTATIVE FOR**

**Clm No 81276**    Filed In Cases: 140

SAMUEL F. SANDOVAL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JUNE R. DOWNEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 81277**    Filed In Cases: 140

JAMES DOWNEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**VIRGINIA EILEEN DAVIES, PERSONAL REPRESENTATIVE FOR**

**Clm No 81278**    Filed In Cases: 140

JOHN PAUL DAVIES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

427 of 2984

---

**TINA MARION, PERSONAL REPRESENTATIVE FOR**
JACK RAYMOND WALDMANN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81279**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DOLORES DYE, PERSONAL REPRESENTATIVE FOR**
BARNEY R. DYE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81280**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WENDY S. WALKER-ZELLER, PERSONAL REPRESENTATIVE FOR**
JAMES JUNIOR MCDERMOTT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81281**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

428 of 2984

---

**ALICIA E. MITCHELL, PERSONAL REPRESENTATIVE FOR**

ALLEN EDWARD BROWN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81282**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SALLIE TERRILL HOWELL, PERSONAL REPRESENTATIVE FOR**

ELVYN CLIFFORD HOWELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81283**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HERBERT LEVITAN, PERSONAL REPRESENTATIVE FOR**

MEYER LEVITAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81284**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

429 of 2984

---

**ROSE BELL, PERSONAL REPRESENTATIVE FOR**
RAYMOND KRUKOWSKI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**GLORIA C. DUNCAN, PERSONAL REPRESENTATIVE FOR**
JOHN BATISTE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**MARIE FRESCHI, PERSONAL REPRESENTATIVE FOR**
MIKE L. FRANCIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

430 of 2984

---

**JASON ERICKSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81288**     Filed In Cases: 140

JOHN A. ERICKSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**DEBORAH ROBINSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81289**     Filed In Cases: 140

NATHANIEL MCKINNELY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ROBBIN GERNER,PERSONAL REPRESENTATIVE FOR**

**Clm No 81290**     Filed In Cases: 140

ROBERT RATHBUN MCNAMAR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

431 of 2984

---

**VIRGINIA BURD, PERSONAL REPRESENTATIVE FOR**

**Clm No 81291**    Filed In Cases: 140

ANDREW J. REICHERT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**GLENDA LAPOLICE REYES, PERSONAL REPRESENTATIVE FOR**

**Clm No 81292**    Filed In Cases: 140

GLENN E. LOUDERMILK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ADELITA CORNMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 81293**    Filed In Cases: 140

ALFONSO RIVERO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

432 of 2984

---

**MARY LEBLANC, PERSONAL REPRESENTATIVE FOR**

**Clm No 81294**    Filed In Cases: 140

ERNEST LEBLANC (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**INA COYLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 81295**    Filed In Cases: 140

JOHN WALTER COYLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN FENDLER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81296**    Filed In Cases: 140

MATTHEW FENDLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

433 of 2984

---

**TERESA L. HALL, PERSONAL REPRESENTATIVE FOR**

JACK HALL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81297**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**REBECCA JEANNE ALVAREZ, PERSONAL REPRESENTATIVE FOR**

ROBERT ALSTON HAWKINS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81298**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MYNET C. MASSEY, PERSONAL REPRESENTATIVE FOR**

ROGER VANCE MASSEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81299**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

434 of 2984

---

**ARTHUR L. BETTIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81300**    Filed In Cases: 140

JANICE K. BETTIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**IRENE FRANCES REESE, PERSONAL REPRESENTATIVE FOR**

**Clm No 81301**    Filed In Cases: 140

JACK V. REESE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ISABEL A. AMEZCUA, PERSONAL REPRESENTATIVE FOR**

**Clm No 81302**    Filed In Cases: 140

WILLIAM ALVA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

435 of 2984

---

**KENDALL BOYLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 81303**    Filed In Cases: 140

CARL BOYLE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LILLIAN ROSE BROWN, PERSONAL REPRESENTATIVE FOR**

**Clm No 81304**    Filed In Cases: 140

WILLIAM JACKSON BROWN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RONALD SYKORA, PERSONAL REPRESENTATIVE FOR**

**Clm No 81305**    Filed In Cases: 140

FRANK J. SYKORA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

436 of 2984

---

**MICHAEL WAYNE MICHAELIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81306**    Filed In Cases: 140

HAROLD W. MICHAELIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ERNESTINE MILBRY, PERSONAL REPRESENTATIVE FOR**

**Clm No 81307**    Filed In Cases: 140

LEE O. MILBRY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DEBORAH MITCHELL BIGAS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81308**    Filed In Cases: 140

WILLIAM MITCHELL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

437 of 2984

---

**RONDA ALBERTS, PERSONAL REPRESENTATIVE FOR**

<u>Clm No 81309</u>        Filed In Cases: 140

JACKIE GRAY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**GLENDA S. LOGAN, PERSONAL REPRESENTATIVE FOR**

<u>Clm No 81310</u>        Filed In Cases: 140

MARVIN LEE MAY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**BARBARA ORTIZ, PERSONAL REPRESENTATIVE FOR**

<u>Clm No 81311</u>        Filed In Cases: 140

JOSEPH E. VIGIL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

438 of 2984

---

**VIVIAN STEWART, PERSONAL REPRESENTATIVE FOR**

**Clm No 81312**    Filed In Cases: 140

FORDIE W. LAMBETH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MELISSA RONAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 81313**    Filed In Cases: 140

CHARLES MOFFETT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ELAINE THEIS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81314**    Filed In Cases: 140

THOMAS JOSEPH THEIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

439 of 2984

---

**JANICE EL. RIEGER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81315**       Filed In Cases: 140

JAMES MELVIN RIEGER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**JOE PETERS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81316**       Filed In Cases: 140

BERNARD PETERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**ALLAN NETT, PERSONAL REPRESENTATIVE FOR**

**Clm No 81317**       Filed In Cases: 140

LEO NETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/20/2018 3:42:12 PM

*Claims Details*                                                                                               440 of 2984

---

**MALEE HOWARD, PERSONAL REPRESENTATIVE FOR**          **Clm No 81318**      Filed In Cases: 140

DENIS B. HOWARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**FRANK VINCENT RICCO**          **Clm No 81319**      Filed In Cases: 140

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**JERRELL D. RHYNES**          **Clm No 81320**      Filed In Cases: 140

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

441 of 2984

---

**ROOSEVELT RHODES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81321**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**MANUEL REYES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81322**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS REYES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81323**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

442 of 2984

---

**APOLINARIO R. REYES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN E. RICCOBUONO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81325**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DANIEL CECIL RICHARD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81326**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

443 of 2984

---

**MARSHALL RICHMOND**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81327**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROY S. RIO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81328**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**FRANK PERLOW JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81329**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

444 of 2984

---

**ARTHUR L. RITTUE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ISAAC PETTWAY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES D. RISNER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

445 of 2984

---

**ANCIL E. ROARK JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PHILIP A. ROBBINS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOE L. PEARSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

446 of 2984

---

**ROBERT C. PEARSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALBERT PELLONARI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**HECTOR PENA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

447 of 2984

**RAMON SOUZA PENA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81339**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**TITO PENEUETA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81340**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN E. PENN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81341**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

448 of 2984

---

**WILLIAM PETERSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81342**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LARRY ERWIN PETRIE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81343**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT L. PETTIS SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81344**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

449 of 2984

---

**HAROLD D. PHELPS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ALFONZA PHILLIPS SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ARLANDERS PHILLIPS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

450 of 2984

---

**BILLY PHILLIPS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81348**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STACIE LENORE KIRCHNER, PERSONAL REPRESENTATIVE FOR**
ROBERT KIRCHNER JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81349**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BRIGETTA A. GAITER,  PERSONAL REPRESENTATIVE FOR**
JOSEPH GAITER JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81350**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

451 of 2984

---

**MARTHANNE LEITHOLD,  PERSONAL REPRESENTATIVE FOR**

ALBERT A. LEITHOLD JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81351**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**GERTRUDE ROSS,  PERSONAL REPRESENTATIVE FOR**

WALTER WILLIAMS ROSS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOSE PADILLA,  PERSONAL REPRESENTATIVE FOR**

FORTUNATO ROMO PADILLA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

452 of 2984

---

**REVER SLOAN,  PERSONAL REPRESENTATIVE FOR** | **Clm No 81354** | Filed In Cases: 140

JESSE EUGENE SLOAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LAURA PRICCO,  PERSONAL REPRESENTATIVE FOR** | **Clm No 81355** | Filed In Cases: 140

ARTHUR J. PRICCO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GWYNN WHALEN , PERSONAL REPRESENTATIVE FOR** | **Clm No 81356** | Filed In Cases: 140

PAUL GLEN BROWN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

453 of 2984

---

**MICHELE C. BYERS,  PERSONAL REPRESENTATIVE FOR**

CLORA T. CORNISH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81357**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANTHONY HAMPTON,  PERSONAL REPRESENTATIVE FOR**

LOUIS HAMPTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81358**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANTHONY ROGERS,  PERSONAL REPRESENTATIVE FOR**

ALLEN S. ROGERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81359**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

454 of 2984

---

**MARY ANN TRUJILLO,  PERSONAL REPRESENTATIVE FOR**

JOHN LOFTON SPECK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**VIRGINA AVERY,  PERSONAL REPRESENTATIVE FOR**

DOUGLAS T. AVERY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**VENESSA MILLER,  PERSONAL REPRESENTATIVE FOR**

FLOYD NORMAN JOHNSTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**JACKIE GENE JOHN,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81363**    Filed In Cases: 140

JACKIE EUGENE ASHLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CAROL ANN KRAEMER,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81364**    Filed In Cases: 140

JAMES JOSEPH KRAEMER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VIOLA LOREE PINTUR,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81365**    Filed In Cases: 140

CARL PINTUR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

456 of 2984

---

**DAVID MARC SCIARRINO,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81366**    Filed In Cases: 140

ANTHONY JOHN SCIARRINO (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**THEODORA IRMA DOUGLAS,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81367**    Filed In Cases: 140

RICHARD DONALD DOUGLAS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**HELEN LOUISE MITCHELL,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81368**    Filed In Cases: 140

RICHARD ARNOLD BECK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**GENEVA LUCINDA HOWARD,  PERSONAL REPRESENTATIVE FOR**

JACK CAMPBELL HOWARD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81369**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA EMBREY,  PERSONAL REPRESENTATIVE FOR**

WILLIAM ARTHUR EMBREY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81370**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DONNA J. LAVALLEE,  PERSONAL REPRESENTATIVE FOR**

ROGER LAVALLEE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81371**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

458 of 2984

---

**HENRIETTA JUNE PLUNK,  PERSONAL REPRESENTATIVE FOR**

ARTHUR GARLAND PLUNK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARILYN POTTER,  PERSONAL REPRESENTATIVE FOR**

JOSEPH POTTER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JEFFREY NEUSTADT,  PERSONAL REPRESENTATIVE FOR**

ERWIN NEUSTADT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

459 of 2984

---

**STEVEN LAYBOURNE, PERSONAL REPRESENTATIVE FOR**

WILLIAM JOHN LAYBOURNE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**SHARON KAISER ELLIS, PERSONAL REPRESENTATIVE FOR**

PERRY LENDON ELLIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ROGER W. FONKEN**

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

460 of 2984

---

**GILBERT E. FONTANA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81378**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DOROTHY JOHNSON VALDEZ,  PERSONAL REPRESENTATIVE FOR**
VERNON HENRY JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81379**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KATHLEEN WRIGHT, PERSONAL REPRESENTATIVE FOR**
VERNON LEON TAM (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81380**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

461 of 2984

| JEAN BRAXTON, PERSONAL REPRESENTATIVE FOR | **Clm No 81381** | Filed In Cases: 140 | |
|---|---|---|---|
| VICTOR BRAGGINS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| VINCENT RANDOLPH JR., PERSONAL REPRESENTATIVE FOR | **Clm No 81382** | Filed In Cases: 140 | |
|---|---|---|---|
| VINCENT RANDOLPH (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| JOYCE YATCHMENOFF, PERSONAL REPRESENTATIVE FOR | **Clm No 81383** | Filed In Cases: 140 | |
|---|---|---|---|
| WALLACE A. YATCHMENOFF (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

462 of 2984

---

**VIVIAN MENESES,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81384**   Filed In Cases: 140

WARREN E. DRONET (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**VIVIAN DEAN,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81385**   Filed In Cases: 140

WENDELL DEAN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**DEBORAH LONGINO,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81386**   Filed In Cases: 140

WESLEY PATTERSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

463 of 2984

---

**WENDY GEE,  PERSONAL REPRESENTATIVE FOR**

WILBUR Y. GEE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Clm No 81387**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

---

**ARLENE BARNES-ROWE,  PERSONAL REPRESENTATIVE FOR**

WILLIAM BARNES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Clm No 81388**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

---

**KRISTINE BROCK,  PERSONAL REPRESENTATIVE FOR**

WILLIAM BROCK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Clm No 81389**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                                      464 of 2984

---

**AURICE CHOYCE,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81390**      Filed In Cases: 140

WILLIAM CHOYCE SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**CHRISTOPHER CULLUM,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81391**      Filed In Cases: 140

WILLIAM CULLUM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**GREGORY SEARS SR.,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81392**      Filed In Cases: 140

WILLIAM DANIELS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

465 of 2984

---

**VIOLET FINDLAY,  PERSONAL REPRESENTATIVE FOR**

ROBERT FINDLAY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81393**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**BILLIE GOULART,  PERSONAL REPRESENTATIVE FOR**

ROBERT G. GOULART (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81394**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**THOMAS SKINNER,  PERSONAL REPRESENTATIVE FOR**

ROBERT HAROLD SKINNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81395**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

466 of 2984

---

**JEANNE FARROW,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81396**     Filed In Cases: 140

ROBERT LEON LOWRY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CLOTHILDE MURPHY,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81397**     Filed In Cases: 140

ROBERT MURPHY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CHARLES LEWIS,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81398**     Filed In Cases: 140

ROBERT REHLMEYER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

467 of 2984

---

**JAMES RUSSELL, PERSONAL REPRESENTATIVE FOR**

**Clm No 81399**     Filed In Cases: 140

ROBERT RUSSELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**DIANA DOAN- HOTALING, PERSONAL REPRESENTATIVE FOR**

**Clm No 81400**     Filed In Cases: 140

ROBERT W. DOAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**ANNETTE FENDER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81401**     Filed In Cases: 140

ROGER STEWART (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

468 of 2984

---

**FLORENTINA ABAD,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81402**      Filed In Cases: 140

ROLANDO R. ABAD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALVIN QUEEN,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81403**      Filed In Cases: 140

ROMELL QUEEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID HEATON,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81404**      Filed In Cases: 140

RONALD JEANE BONA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

469 of 2984

| BETTY ELARM,  PERSONAL REPRESENTATIVE FOR | **Clm No 81405** | Filed In Cases: 140 | |
|---|---|---|---|
| ROSCOE CONKLIN MCCRARY (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| CHARLENE JENNINGS-HOANG, PERSONAL REPRESENTATIVE FOR | **Clm No 81406** | Filed In Cases: 140 | |
|---|---|---|---|
| ROY JUNIOR JENNINGS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| ANDRETTA MAYFIELD, PERSONAL REPRESENTATIVE FOR | **Clm No 81407** | Filed In Cases: 140 | |
|---|---|---|---|
| ROY PRYOR (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

470 of 2984

---

**HAZEL GOBER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81408**     Filed In Cases: 140

ROY SYLVESTER STANGELAND (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MICHAEL SNIDER, PERSONAL REPRESENTATIVE FOR**

**Clm No 81409**     Filed In Cases: 140

WILLIAM EDDIE SNIDER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**NORMA ENGELS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81410**     Filed In Cases: 140

WILLIAM HESPELER ENGELS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

471 of 2984

---

**DOTTIE WILBANKS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81411**    Filed In Cases: 140

WILLIAM J. WILBANKS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JAMES NOBLE JR., PERSONAL REPRESENTATIVE FOR**

**Clm No 81412**    Filed In Cases: 140

WILLIAM JAMES NOBLE SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JUDY BEAUMONT, PERSONAL REPRESENTATIVE FOR**

**Clm No 81413**    Filed In Cases: 140

WILLIAM JOSEPH MENDOZA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

472 of 2984

---

**BARBARA ISLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 81414**    Filed In Cases: 140

WILLIAM ORLINDO ISLEY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**VERD HANBERRY, PERSONAL REPRESENTATIVE FOR**

**Clm No 81415**    Filed In Cases: 140

WILLIAM P. HANBERRY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JUNE ZULIM, PERSONAL REPRESENTATIVE FOR**

**Clm No 81416**    Filed In Cases: 140

WILLIAM R. ZULIM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 

3/20/2018 3:42:12 PM

## *Claims Details*

473 of 2984

---

**DEBBIE REID,  PERSONAL REPRESENTATIVE FOR**
WILLIAM WASHINGTON REID (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81417**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**TIMOTHY MARCELJA, PERSONAL REPRESENTATIVE FOR**
RICHARD MARCELJA SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81418**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ELAINE WHITEHILL, PERSONAL REPRESENTATIVE FOR**
WILLIAM WHITEHILL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81419**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

474 of 2984

---

**REGINA HOGAN,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81420**     Filed In Cases: 140

WILLIAM WOODS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LAWRENCE CROSS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81421**     Filed In Cases: 140

WILLIE CROSS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**RANDY GILBERT,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81422**     Filed In Cases: 140

WILLIE M. GILBERT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**VELMA RAYMOND,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81423**    Filed In Cases: 140

WILLIE RAYMOND (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SHIRLEY SMITH,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81424**    Filed In Cases: 140

WILLIE SMITH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PAULA BIBBS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81425**    Filed In Cases: 140

WILLIE THOMAS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

476 of 2984

---

**JESSIE BOUTTE, PERSONAL REPRESENTATIVE FOR**

**Clm No 81426**    Filed In Cases: 140

WILMER LEE BOUTTE SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**GAIL PITTS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81427**    Filed In Cases: 140

WINSTON PITTS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**EDDIE MCINTYRE, PERSONAL REPRESENTATIVE FOR**

**Clm No 81428**    Filed In Cases: 140

WYATT C. MCINTYRE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

477 of 2984

---

**RHONDA HAUCK, PERSONAL REPRESENTATIVE FOR**   **Clm No 81429**   Filed In Cases: 140

ZENON ANTHONY KUZMICKY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SAU LEE,  PERSONAL REPRESENTATIVE FOR**   **Clm No 81430**   Filed In Cases: 140

SIC KEW LEE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARCELLA RICE, PERSONAL REPRESENTATIVE FOR**   **Clm No 81431**   Filed In Cases: 140

STANLEY RICE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     Visit us on the Web at www.omnimgt.com     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           E-mail: claimsmanager@omnimgt.com       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

478 of 2984

---

**ALFRED BROWN, PERSONAL REPRESENTATIVE FOR**

SYLVESTER BROWN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81432**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JERALDINE CHAMBERLAIN, PERSONAL REPRESENTATIVE FOR**

TANDY B. CHAMBERLAIN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81433**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DENISE YUKON, PERSONAL REPRESENTATIVE FOR**

THOMAS J. WARNER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81434**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

479 of 2984

---

**SHARON EVANS,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81435**     Filed In Cases: 140

THOMAS JAMES MOORE SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**SEAN PRENDIVILLE, PERSONAL REPRESENTATIVE FOR**

**Clm No 81436**     Filed In Cases: 140

THOMAS PRENDIVILLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LISA OKAMOTO,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81437**     Filed In Cases: 140

THOMAS WONG LEE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

480 of 2984

---

**NONA THOMPSON, PERSONAL REPRESENTATIVE FOR**

**Clm No 81438**    Filed In Cases: 140

TOMMIE LEE DIXON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**WILLIAM E. BRATTON**

**Clm No 81439**    Filed In Cases: 140

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**HERBERT H. BREITZKE**

**Clm No 81440**    Filed In Cases: 140

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

481 of 2984

| | Clm No 81441 | Filed In Cases: 140 | |
|---|---|---|---|
| **LEROY BRAZIEL JR.** | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| | Clm No 81442 | Filed In Cases: 140 | |
|---|---|---|---|
| **CECIL RAY BRAWLEY** | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| | Clm No 81443 | Filed In Cases: 140 | |
|---|---|---|---|
| **JESS FRANK BRAUDRICK** | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

482 of 2984

---

**JOE C. BRADHSAW**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81444**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID L. BRANDON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81445**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT E. BRADLEY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81446**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

483 of 2984

---

**RALPH H. BRADLEY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 23-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

**JIMMY LEE BRADBERRY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 23-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

**WILLIE B. BRACKENS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 23-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                        484 of 2984

---

**DOUGLAS L. BOYUM**              **Clm No 81450**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class            Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD        UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT JACK BOWSER**            **Clm No 81451**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class            Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD        UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**EARL D. BOWMAN SR.**            **Clm No 81452**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class            Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD        UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

485 of 2984

---

**TOM BOWSER**

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81453**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARK PHILLIP BOWDEN**

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81454**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STANLEY A. BOREN**

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81455**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

486 of 2984

---

**ROBERT W. BOOKER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | |

---

**HOWARD BONWELL**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD C. BONETTI**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

487 of 2984

---

**DAVID C. BOLSTAD**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM CHARLES BOLLS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARY D. BOGGS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

488 of 2984

---

**PAUL ANTHONY BOGA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LEWIS JACKSON BLEDSOE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**EULALIO C. BLEA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

489 of 2984

---

**DOYLE L. BLANKENSHIP JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81465**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**AARON BLAND**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81466**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**FRED H. BLANCHARD**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

490 of 2984

---

**HORACE E. BLAKE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81468**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81469**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LESLIE NORMAN BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81470**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

491 of 2984

---

**ROGER R. BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT E. BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**RON D. BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

492 of 2984

---

**SHELBY JEAN BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81474**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SAUL BRUCE JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81475**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LEON BRUMFIELD**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81476**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 3:42:12 PM

*Claims Details*                                                           493 of 2984

---

**PAUL MITCHELL BRUMMET**          **Clm No 81477**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class          Claim Detail Amount          Final Allowed Amount
222 RUSH LANDING ROAD          UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES A. BRUNER**          **Clm No 81478**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class          Claim Detail Amount          Final Allowed Amount
222 RUSH LANDING ROAD          UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**HARVEY L. BRYANT**          **Clm No 81479**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class          Claim Detail Amount          Final Allowed Amount
222 RUSH LANDING ROAD          UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

494 of 2984

---

**CARL E. BROCKMAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81480**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN LESLIE BROKAW**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81481**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE C. BROOKE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81482**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

495 of 2984

---

**ALLEN J. BROOKS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LOYCE DALE BROOKS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BOB JOSEPH BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

496 of 2984

---

**DARLENE D. BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID GEORGE BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID L. BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

497 of 2984

---

**DEWEY BROWN JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**FRED P. BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

498 of 2984

---

**HAROLD T. BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81492**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES C. BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN KENNETH BROWN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81494**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

499 of 2984

---

**PAUL LOUIS BLACKWOOD**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81495**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JACK D. CARTER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81496**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS CARTER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

500 of 2984

---

**ANDREW P. CARRILLO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RONALD J. BARBARIN SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RON L. BANZER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

501 of 2984

---

**OMAR BUCHANAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81501**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES A. BARBOUR**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81502**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY P. BARBER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81503**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 502 of 2984

**DONALD LAWRLESE BARD**  |  **Clm No 81504**  Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

**DANIEL R. BAREMORE**  |  **Clm No 81505**  Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

**EUGENE BARLOW JR.**  |  **Clm No 81506**  Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

503 of 2984

---

**DAVID E. BARNETT**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD K. BARRIE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GARREY R. BARRON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

504 of 2984

---

**JOHN E. BARTELS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LEO J. BATCHELOR**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DREYFUSS CLEM BATES**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

505 of 2984

---

**WILLIE B. BATES JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PAUL B. BATISTE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WINCE BATTON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

506 of 2984

---

**TEDDY O. BAYLEN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81516**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PAUL D. BAYNE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81517**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JIMMY FRANKLIN BEASLEY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81518**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

507 of 2984

---

**JAMES BEAVERS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81519**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID BECK**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81520**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DIANE BECK**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81521**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**ROBERT MICHAEL BECK**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DUANE AMOS BEDDOES**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**TED ALLEN BEESON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

509 of 2984

| **ALTON BELL JR.** | **Clm No 81525** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **DOUGLAS BELL** | **Clm No 81526** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **ANDREW CARRIER** | **Clm No 81527** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

510 of 2984

---

**NOE CARREON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**EMILY F. AVILA JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81529**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GORDON AVERY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

511 of 2984

---

**DOUGLAS FREDERICK AVERY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81531**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**PETER SILVA AVALOS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81532**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**ALVIN L. ATKINSON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81533**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

512 of 2984

---

**OLLIE R. ASHLEY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LAWRENCE F. BERNARD**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH BERRETH**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                             513 of 2984

---

**PLEAS BERRY**                          **Clm No 81537**     Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GREGORY JAMES BEU**                    **Clm No 81538**     Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ALLEN RAY BILES**                      **Clm No 81539**     Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                     514 of 2984

---

**JAMES EDWARD BILLINGSLEA**          **Clm No 81540**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE              Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD            UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RONALD L. BILLIY**                  **Clm No 81541**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE              Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD            UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BILLY J. ASHLEY JR.**               **Clm No 81542**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE              Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD            UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

515 of 2984

---

**CARROLL EUGENE ARTHUR**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM EARL BERGMAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LARRY A. BELLEAU**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                 E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

516 of 2984

---

**LEO F. BELLER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DONALD CRECENE BELMER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LEE BENGE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

517 of 2984

---

**LEA S. BENNETT**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81549**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**ELAINE L. BENSON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81550**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD PAUL BERG**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81551**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

518 of 2984

---

**GERALD J. BERGMAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81552**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**ROGER DANA BELLAMY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81553**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**LARRY L. BELL**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81554**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

519 of 2984

---

**BRUCE A. CARPENTER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES A. CAROTHERS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROY JACK CARNEGIE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

520 of 2984

---

**LARRY MURPHY CARLTON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81558**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL GROVER COLTHARP**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81559**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM RAYMOND COLLINS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81560**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

521 of 2984

---

**ROBERT GRADY CONNELL**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALFRED CONFENTI**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BRUCE C. CONNITT**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

522 of 2984

---

**MINUARD COOK**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81564**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROSS COOK**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81565**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH ALLAN COOKE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81566**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

523 of 2984

---

**CHARLES E. COON SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81567**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD D. COON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81568**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAUL E. BUCKLEY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

524 of 2984

---

**FRANKLIN G. COX**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD W. COX**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81571**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CARL J. COX**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

525 of 2984

---

**JOHN L. BUIE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81573**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEMINIANO RAMOS BULOS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81574**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARRY DEMILLE BULOW**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81575**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

526 of 2984

---

**THOMAS RILEY BUNNER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ORA EVERETT BURCH**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MILTON BURLEY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

527 of 2984

---

**PHILLIP R. CRAIG**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ALFRED C. CRAVER, SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JERRY J. CRISS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81581**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                             528 of 2984

---

**RICHARD ALAN CROUSON**                    **Clm No 81582**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                         Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                       UNS                    Unknown

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**LEON CRUMMIE**                            **Clm No 81583**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                         Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                       UNS                    Unknown

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**DOUGLAS W. CRUTE**                        **Clm No 81584**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                         Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                       UNS                    Unknown

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

529 of 2984

| | | | |
|---|---|---|---|
| **EDGARDO CAWALING CUBOS** | **Clm No 81585** | Filed In Cases: 140 | |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| | | | |
|---|---|---|---|
| **CURTIS CUFFEL** | **Clm No 81586** | Filed In Cases: 140 | |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| | | | |
|---|---|---|---|
| **ERNEST CULLINS** | **Clm No 81587** | Filed In Cases: 140 | |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

530 of 2984

---

**DENNIS M. BUCK**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81588**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed     23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES M. CAMDEN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81589**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed     23-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD C. CAMPBELL**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81590**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed     23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

531 of 2984

| JOE L. CAMPBELL | **Clm No 81591** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| JOEL W. CAMPBELL | **Clm No 81592** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| ROBERT W. CAMPBELL | **Clm No 81593** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

532 of 2984

---

**ROBERT J. CAMPISI**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81594**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 23-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

**DONALD J. CANAVAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81595**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 23-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

**WESLEY CANBY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81596**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 23-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

533 of 2984

---

**JAMES M. CANNON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MONTE E. CANUCCI**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN R. BURNETT, SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

534 of 2984

---

**MICHAEL J. BURNS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81600**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MELVIN O. BURTON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81601**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WAYNE BURTON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

535 of 2984

---

**WILLIAM S. BURTON, SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS M. BUSENIUS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES HENRY BUTLER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

536 of 2984

---

**RICHARD DEAN BUTTZ**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81606**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CARL R. CABALLERO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81607**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD J. CAGLEY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81608**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

537 of 2984

---

**WILLIE CAIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**EUGENE CALABRO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**PHILIP MURILLO CALDERON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

538 of 2984

---

**ROBERTO HERNAN CALDERON MENDOZA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES E. CALHOUN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MATTHEW C. CALLAN III**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

539 of 2984

---

**WILLIAM O. CALVERT**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOUIS RONALD CALVILLO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT EUGENE CALVILLO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

540 of 2984

---

**LUSTER CALVIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS FRANCIS CARLSON, SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LARRY WILLIAM FISH**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

541 of 2984

---

**WILLIAM D. FINNEGAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PAUL FINCH**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES R. FILSTRUP**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

542 of 2984

---

**ROBERT FIELDS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81624**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD FIX**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81625**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN FISTER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81626**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

543 of 2984

---

**CALVIN R. FISK**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81627**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES F. FISHER, III**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81628**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS H. CANUM, SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81629**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

544 of 2984

---

**JAMES R. CARLSON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GERALD E. DUENSING**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS B. FERRO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

545 of 2984

---

**LAWRENCE ELLSWORTH FERSON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**FRED L. FIELDS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN L. DOUGLASS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

546 of 2984

---

**RICHARD E. DOUROS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD L. DOZIER, SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RALPH D. DRUMMER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

547 of 2984

---

**DAVID DRYDEN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ANSELMO S. DUBON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR S. FERRETTI**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

548 of 2984

---

**ANDREW D. FERRARI**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MANUEL Z. FERNANDEZ**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KENNETH R. FENTON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

549 of 2984

---

**LEON J. FERGUSON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DEAN R. FENTON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81646**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**FRED T. FELTES**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              550 of 2984

---

**JOSEPH A. FAZIO, JR.**                  **Clm No 81648**     Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD        UNS                   Unknown
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE AIME CHAMPAGNE, SR.**            **Clm No 81649**     Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD        UNS                   Unknown
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**ARNOLD CHAMPAGNE**                      **Clm No 81650**     Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD        UNS                   Unknown
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           E-mail: claimsmanager@omnimgt.com         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                                551 of 2984

---

**JOHN W. CHAMBERS**                    **Clm No 81651**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD        UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL GARY CECCACCI**               **Clm No 81652**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD        UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES MONROE CAVNESS, III**         **Clm No 81653**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD        UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

552 of 2984

---

**SHERMAN LOUIS CATES**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81654**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SALVADOR CASTRO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81655**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD A. CASSIDY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81656**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

553 of 2984

---

**KENNETH J. CARVER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**EMERSON EDWARD CARVER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CHESTER BLACKMON, JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

554 of 2984

---

**MARCEL BLACKMAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81660**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GAYLORD E. BLACKBURN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81661**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GILBERT E. BIVENS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81662**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

555 of 2984

---

**MICHAEL J. BISCEGLIA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT E. BIRKS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81664**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CAL CORNEL CHRESTENSEN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81665**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

556 of 2984

| JOHNSON CHOW | **Clm No 81666** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| JOHN R. CHIPCHASE | **Clm No 81667** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| BILLY BRYANT CHESSER | **Clm No 81668** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

557 of 2984

---

**LENAIR CHESS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES C. CHERNEY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES E. CHAUVIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

558 of 2984

---

**HENRY CHASE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81672**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS C. CHARLESTON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81673**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RONALD A. CHAPMAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81674**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

559 of 2984

---

**HAROLD DEAN CHANEY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81675**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JACK L. CHANDLER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WALTER CHAMPION, JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81677**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

560 of 2984

---

**PAUL W. CHAMPION**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL L. EGGER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS RICHARD DUPONT SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

561 of 2984

---

**JOSEPH DURAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81681**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JEROME JAMES DURENBERGER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81682**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HAROLD L. DURR**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81683**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

562 of 2984

---

**JACK DUTCHER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81684**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**FRANK P. DUNNEBIER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JIMMIE N. DUNN SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

563 of 2984

---

**MICKEY D. DUGAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81687**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT R. DUNCAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81688**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT PAUL COURTNEY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81689**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

564 of 2984

---

**ERNEST SAUL COWELL**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81690**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD JAMES COWINGS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARCHIE B. COX**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

565 of 2984

**CLABIN GEORGE CHRISTIAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

**DON G. CHRISTIAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

**JAMES F. CHRISTOPHER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                            566 of 2984

---

**JOHN C. CHULICK**                    **Clm No 81696**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD         UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ALVIN CLARK**                        **Clm No 81697**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD         UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LARRY L. CHURCH**                    **Clm No 81698**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD         UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

567 of 2984

---

**ERNEST M. CLARK**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**WALTER CLAY JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**NOLAN CLAY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                    568 of 2984

---

**MICHAEL ALDEN ELDERKIN**           **Clm No 81702**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE           Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD         UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**STEVE ELLINGTON**                  **Clm No 81703**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE           Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD         UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM ERNEST CHRISTENSEN**       **Clm No 81704**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE           Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD         UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com         FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

569 of 2984

---

**DAVID LEVI ELLIS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81705**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM DENNY EASTHAM**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81706**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**STEPHEN R. ECKLEY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81707**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

570 of 2984

---

**FRANK EDWARD**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81708**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD D. COONS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81709**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ELLIS R. COOPER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81710**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

571 of 2984

---

**KENNETH COPPEDGE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81711**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAUL E. CORKREAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81712**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH FELTON CORMIER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81713**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 572 of 2984

---

**ROBERT CORONA SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81714**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PHIL M. CORSETTI**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81715**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GARY N. COSTA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81716**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

573 of 2984

---

**BEVERLY COTTRELL**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DUDLEY COUNCE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID L. CLINE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

574 of 2984

---

**JACK MICHAEL CLUTE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GARY W. COATES**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LAVERNE E. COBURN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100        E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

575 of 2984

---

**GLENN JOSEPH COFER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE C. COLEMAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**REGINALD D. COLEMAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                      E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

576 of 2984

---

**ROBERT C. COLEMAN JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROSIE L. COLEMAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS COLETTA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

577 of 2984

---

**RICHARD L. COLLINS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT COLLINS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MELVYN J. COLBY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

578 of 2984

---

**ROBERT CARLYLE COLLINS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT WILLIAM CLAYTON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**DAMON VIRGIL CLEMENTS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

579 of 2984

---

**LEWIS JOHN CLEMMONS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81735**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN BERNARD CLERKIN JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81736**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RONALD L. CLEMISHIRE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81737**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

580 of 2984

---

**JAMES PEDER CLEVENGER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81738**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH M. DISALVO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81739**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LAWRENCE A. DIRKS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81740**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

581 of 2984

---

**HARRY JAMES DILLON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81741**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD W. DILLMAN II**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81742**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS GLEN DILLARD**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81743**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

582 of 2984

---

**DAVID DOUGLAS DIGGS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81744**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**DIONICIO A. DIAZ**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81745**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**ALPHONSO DIAZ**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81746**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

583 of 2984

---

**FRANK E. DEMOSS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD E. DELUCA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LARRY WAYNE DELLWO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81749**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                    584 of 2984

---

**EDUARDO S. DELEON**          **Clm No 81750**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE       Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169        UNS                Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DON IVAN DELASHAW**          **Clm No 81751**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE       Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169        UNS                Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH B. DELANCY**          **Clm No 81752**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE       Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169        UNS                Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**WALTER JAMES DEKRAAI**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81753**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**ANTONIO F. DEGUZMAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81754**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**WILLIAM HOWARD DEEGAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81755**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

586 of 2984

---

**CHICK DEE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81756**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**WILFRED N. DECOITE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81757**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL JOHN DECILLO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81758**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

587 of 2984

---

**MICHAEL J. DEBUONO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROY RICHARD DEBRAY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL J. DEBATTISTA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

588 of 2984

---

**CHARLIE RICHARD DEBATTISTA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KATIE M. DEAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NICHOLAS A. DE SCALA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

589 of 2984

---

**DELREE DAWSON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RONALD A. DAVISON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**SAM DAVIS JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

590 of 2984

---

**ROY L. DAVIS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR GENE WIDENER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE B. WHITNEY III**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

591 of 2984

---

**THOMAS A. WHITESIDE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SYLVESTER G. WHITE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH R. WHITE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                         3/20/2018 3:42:12 PM

*Claims Details*                                                                          592 of 2984

| **JOHNNY LEE WHITE SR.** | **Clm No 81774** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

| **ALVIN EDWARD WHITE** | **Clm No 81775** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

| **ALBERT JAMES WHITE** | **Clm No 81776** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

593 of 2984

---

**GARY J. WHITCOMB**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81777**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DAVE WHITAKER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81778**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD JAMES WESTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81779**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

594 of 2984

---

**JOSEPH WELLINGTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81780**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LLOYD R. WELCH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81781**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES W. WELCH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81782**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/20/2018 3:42:12 PM

*Claims Details*                                                                595 *of 2984*

| **TED H. WEIPER** | **Clm No 81783** | Filed In Cases: 140 |
|---|---|---|
| C/O BRAYTON PURCELL, LLP | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| **KEVIN L. WEBSTER** | **Clm No 81784** | Filed In Cases: 140 |
|---|---|---|
| C/O BRAYTON PURCELL, LLP | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| **GEORGE LINCOLN WATTS** | **Clm No 81785** | Filed In Cases: 140 |
|---|---|---|
| C/O BRAYTON PURCELL, LLP | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

596 of 2984

---

**FRANK WATTS JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81786**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TIMOTHY WATSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81787**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS LEE WATSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81788**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

597 of 2984

---

**LARRY EUGENE WATSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JASPER WATERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**EARNEST E. WATERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                              598 of 2984

---

**LARRY A. WASS**                    **Clm No 81792**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class          Claim Detail Amount     Final Allowed Amount
222 RUSH LANDING ROAD          UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**EARNEST WASHINGTON**               **Clm No 81793**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class          Claim Detail Amount     Final Allowed Amount
222 RUSH LANDING ROAD          UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CLIFTON WASHINGTON JR.**           **Clm No 81794**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class          Claim Detail Amount     Final Allowed Amount
222 RUSH LANDING ROAD          UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

599 of 2984

---

**THOMAS M. WARREN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81795**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD B. WARREN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81796**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES W. WARREN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81797**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

600 of 2984

---

**ERNEST WILLIAM WARREN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81798**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**OSCAR JACOB JOHANSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ARNOLD L. JOHNSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81800**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

601 of 2984

| **BRENDEN H JOHNSON** | **Clm No 81801** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| **CHARLES E. JOHNSON** | **Clm No 81802** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| **DALE G. JOHNSON** | **Clm No 81803** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

602 of 2984

---

**DAVID JOHNSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81804**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD L. JOHNSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81805**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD MORGAN JOHNSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

603 of 2984

---

**GERALD JOHNSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**GLEN E. JOHNSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**HERMAN D. JOHNSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                604 of 2984

---

**JAMES HERSHAL JOHNSON**            **Clm No 81810**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD            UNS                   Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JEFFERY CHARLES JOHNSON**          **Clm No 81811**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD            UNS                   Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN WALTER JOHNSON**              **Clm No 81812**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD            UNS                   Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                                    605 of 2984

---

**KARL JOHNSON**                         **Clm No 81813**    Filed In Cases: 140

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH                    Class              Claim Detail Amount        Final Allowed Amount

222 RUSH LANDING ROAD                   UNS                    Unknown

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MELVIN C. JOHNSON**                    **Clm No 81814**    Filed In Cases: 140

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH                    Class              Claim Detail Amount        Final Allowed Amount

222 RUSH LANDING ROAD                   UNS                    Unknown

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PAUL JOHNSON**                         **Clm No 81815**    Filed In Cases: 140

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH                    Class              Claim Detail Amount        Final Allowed Amount

222 RUSH LANDING ROAD                   UNS                    Unknown

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

606 of 2984

---

**RICHARD RAY JOHNSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81816**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT JOHNSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81817**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT J. JOHNSON SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81818**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                                          607 of 2984

---

**ROSCOE JOHNSON**                    **Clm No 81819**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD            UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**VICTOR P. JOHNSON**                 **Clm No 81820**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD            UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**GLENN L. HOGG**                     **Clm No 81821**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD            UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

608 of 2984

---

**ROBERT C. HOLBROOK SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LODIS C. HOLDEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS C. HOLDEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

609 of 2984

---

**RAY K. HOLLIS SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**HANS HOOGENDOOM**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID LEROY HOOK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

610 of 2984

---

**WILLIAM H. HOOPER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81828**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GORDON ORVILLE KNUTSON JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81829**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROGER M. KOCH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81830**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

611 of 2984

| **LEO KONTONICKAS** | **Clm No 81831** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

| **PHILLIP L. KOOREMAN** | **Clm No 81832** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

| **JAMES J. KORTAN** | **Clm No 81833** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

612 of 2984

---

**ALLEN KULIKOFF**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WALTER A. KURPIESKI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DALE PATRICK LACELLE SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

613 of 2984

---

**PHILLIP J. LAFRAMBOISE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM BERNARD HUNTER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RUBEN HUTSON SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

614 of 2984

---

**ROBERT J. HYDE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE P. INGLES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**TERRY O. INTERIANO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

615 of 2984

---

**THOMAS M. IRVIN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PERCY IRVING**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**WARREN ISERLOTH JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

616 of 2984

---

**DAVID ISLER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LAMORE C. JACKS SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD ANDERSON JACKSON SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

617 of 2984

---

**SHERMAN JACKSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN I. JAKOVAC**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES EDGAR JAMES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

618 of 2984

---

**LARRY D. JAVIER SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CURTIS JEAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES T. JENKINS SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

619 of 2984

| | | | |
|---|---|---|---|
| **LIU D. JENNINGS** | **Clm No 81855** | Filed In Cases: 140 | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed                23-Mar-2017
Bar Date
Claim Face Value

| | | | |
|---|---|---|---|
| **KEITH EUGENE JESSUP** | **Clm No 81856** | Filed In Cases: 140 | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed                23-Mar-2017
Bar Date
Claim Face Value

| | | | |
|---|---|---|---|
| **JOHN I. JETT** | **Clm No 81857** | Filed In Cases: 140 | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed                23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

620 of 2984

---

**DORIAN DWIGHT JEWETT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**OLIVER R. JONES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PAUL DANA JONES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

621 of 2984

---

**THOMAS BARRETT JONES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81861**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARMANDO A. JOVEL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81862**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANK W. JOY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

622 of 2984

---

**EDWIN T. JULSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**WAYNE M. KANGAS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**TOM KEEL JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

623 of 2984

---

**EARNEST KEFFER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81867**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES W. KELLOGG**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81868**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CALE R. KELLY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81869**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

624 of 2984

---

**PATRICK J. KELLY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81870**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RICKIE KELLY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81871**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM P. KELLY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81872**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

625 of 2984

| GUY S. KENNEDY | **Clm No 81873** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

| WILLIAM D. KERR | **Clm No 81874** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

| VAUGHN ROBERT KESSLER | **Clm No 81875** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

626 of 2984

| | | |
|---|---|---|
| **BORIS V. KHOLODENKO** | **Clm No 81876** | Filed In Cases: 140 |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount    Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | |
| 222 RUSH LANDING ROAD | UNS | Unknown |
| NOVATO, CA 94928-6169 | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

| | | |
|---|---|---|
| **JOHN H. KING JR.** | **Clm No 81877** | Filed In Cases: 140 |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount    Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | |
| 222 RUSH LANDING ROAD | UNS | Unknown |
| NOVATO, CA 94928-6169 | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

| | | |
|---|---|---|
| **SAMMY L. KING** | **Clm No 81878** | Filed In Cases: 140 |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount    Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | |
| 222 RUSH LANDING ROAD | UNS | Unknown |
| NOVATO, CA 94928-6169 | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

627 of 2984

---

**SAMUEL HERMAN KIRSCH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**TOM KITTLIN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH M. KLOSTER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                              628 of 2984

---

**THOMAS M. KNAPP**                        **Clm No 81882**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH            Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169          UNS                    Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH E. KNIGHT**                      **Clm No 81883**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH            Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169          UNS                    Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RONALD J. KNIGHT**                       **Clm No 81884**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH            Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169          UNS                    Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

629 of 2984

---

**MILTON H. KNOLES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**WAYNE L. KNOTTS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**KENYON R. KNOUREK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

630 of 2984

---

**CHARLES A. KNOX**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD W. KNOX**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD JOHN LEBOUEF JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

631 of 2984

---

**WALTER J. LEDBETTER SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81891**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**BRENDA HERNDON, PERSONAL REPRESENTATIVE FOR**
RUBEARL JUNIOUS BARROW (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81892**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**ELAINE TAYLOR, PERSONAL REPRESENTATIVE FOR**
RUFFIN TAYLOR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81893**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

632 of 2984

---

**PAULA FIELDING-CONLEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 81894**    Filed In Cases: 140

RULON WAYNE FIELDING (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**ROBERTA CHINN, PERSONAL REPRESENTATIVE FOR**

**Clm No 81895**    Filed In Cases: 140

SAM YOUNG (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**SAMUEL KAAI JR. PERSONAL REPRESENTATIVE FOR**

**Clm No 81896**    Filed In Cases: 140

SAMUEL KAAI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

633 of 2984

---

**JACQUELINE ODHAMS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81897**    Filed In Cases: 140

SCIPIO WIIGFALL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**MARY MUHARRAM, PERSONAL REPRESENTATIVE FOR**

**Clm No 81898**    Filed In Cases: 140

SHADY WALKER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**LUEVENA ABBISS, PERSONAL REPRESENTATIVE FOR**

**Clm No 81899**    Filed In Cases: 140

SHIBLEY ABBISS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                              634 of 2984

---

**VERD HANBERRY, PERSONAL REPRESENTATIVE FOR**          **Clm No 81900**      Filed In Cases: 140

REOLA DUTY (DECEASED)

C/O BRAYTON PURCELL, LLP          Class            Claim Detail Amount       Final Allowed Amount

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD             UNS                   Unknown

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**LAWRENCE L. LEDFORD**                                 **Clm No 81901**      Filed In Cases: 140

C/O BRAYTON PURCELL, LLP          Class            Claim Detail Amount       Final Allowed Amount

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD             UNS                   Unknown

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**DAVID LEE**                                           **Clm No 81902**      Filed In Cases: 140

C/O BRAYTON PURCELL, LLP          Class            Claim Detail Amount       Final Allowed Amount

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD             UNS                   Unknown

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

635 of 2984

---

**JOE N. LEE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81903**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WALTER G. LEE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81904**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**FRED LEES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81905**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

636 of 2984

---

**WILLIS LEGBAND**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81906**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LAVERN L. LEISER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81907**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROGER W. LELAND**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81908**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

637 of 2984

---

**NIKOLAOS K. LEMBESIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81909**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE INGRAM LEMIRE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81910**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GORDON ERIC LEMOS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81911**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

638 of 2984

**PAUL M LENNARD** | **Clm No 81912** | Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**HENRY LEON** | **Clm No 81913** | Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**MACK M. LEPANI** | **Clm No 81914** | Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

639 of 2984

---

**FRANK K. JOHNSTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PHILLIP C. JOHNSTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**BEAURETTE M. JONES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

640 of 2984

---

**ERSKINE BEATRICE JONES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MONTE REX MANWILL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**STEVE M. MARAL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

641 of 2984

---

**ANTHONY FREDRICK MARCELLI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**FRANK JAMES MARES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**FRANK RICHARD MARKOVICH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

642 of 2984

---

**ARTHUR MARKS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81924**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS FRANK MARQUIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID GORDON MARRS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81926**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

643 of 2984

---

**LEWIS MARSHALL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81927**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GARY L MARTENS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81928**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD MARTIN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81929**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

644 of 2984

---

**EUGENE MARTIN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES R. MARTIN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PHILIP MARTIN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

645 of 2984

---

**ALFRED R. MARTINEZ JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81933**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BEN J. MARTINEZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81934**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDMOND HAROLD NEWMAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81935**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

646 of 2984

---

**ROBERT A. NEWMAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81936** Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LEONARD NICHOLS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81937** Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES R. NICHOLSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81938** Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

647 of 2984

---

**CRAIG A. NIEMEYER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LLOYD NOBLE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GARY L. NORRIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

648 of 2984

| **HAROLD L. NORRIS** | **Clm No 81942** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| **RICHARD LEE NORRIS** | **Clm No 81943** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| **ROBERT MARTINEZ** | **Clm No 81944** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

649 of 2984

---

**STEVE RICHARD MARTIZIA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81945**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ESENEIASO M. MASANIAI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81946**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**FAAMOMOI P. MASANIAI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81947**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

650 of 2984

---

**JOE T. MASON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81948**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DANIEL B. OSTROSKY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81949**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**SAM PHILLIP OSUNA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

651 of 2984

---

**BENNIE LEE OWENS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81951**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**HORACE OWENS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81952**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**MARK D. OWENS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81953**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

652 of 2984

---

**JAMES E. OXFORD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81954**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD LLOYD PHLLIPS JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81955**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY T. PIAZZA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

653 of 2984

---

**BOBBY K. PIERCE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81957**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ORANGE PIERSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN W. PILCHER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

654 of 2984

---

**RICHARD PILLING**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81960**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES PIMENTAL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81961**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOSE A. PINA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81962**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

655 of 2984

---

**JAIME AUSTRIA PINEDA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81963**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**HENRY L. PIPPINS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81964**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**TRAVIS L. PITTS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81965**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

656 of 2984

---

**RICK L. PITTSER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DALE A. PLACE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS D. PLACE SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

657 of 2984

---

**LEONARD PLUMMER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**TALALELEI POASA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD L. POCHOP**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

658 of 2984

---

**JERALD B. POE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81972**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD FRANK POLLARD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81973**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN POLYNIAK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81974**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

659 of 2984

---

**ROBERT L. PONNEQUIN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81975**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**SIOELI J. POOI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81976**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES LOUIS POPEJOY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81977**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

660 of 2984

---

**DENNIS L. PORTER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81978**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHNNIE FRANCIS HALL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81979**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT J. POURIEA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81980**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                661 of 2984

---

**CHARLES THOMAS POWELL JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**DALE CIMBREL POWERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RONALD A. POWERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

662 of 2984

---

**TOMMY T. POWERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**CLYDE J. PRAYTOR**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**CLEMART PRESLEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

663 of 2984

| **CLYDE A. PRICE** | **Clm No 81987** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **JOHN R. PRICE** | **Clm No 81988** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **RONN NORRIS** | **Clm No 81989** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

664 of 2984

---

**DONALD L. NORTHWAY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DANIEL NUNEZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**KARL NYLUND**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

665 of 2984

---

**JOSEPH ANTHONY O'BALLE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81993**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GARY J. O'BRIEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81994**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH OCACIO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81995**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

666 of 2984

---

**MARCELINO OCANA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81996**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES D. O'DELL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81997**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES L. OLLISON JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81998**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

667 of 2984

---

**JEROME OLLISON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81999**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**TAIESE OLOA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82000**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**STANLEY M. OLSEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82001**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

668 of 2984

---

**JEFFREY L. OLSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD PHILLIP OPPERMAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOE ORANGE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

669 of 2984

---

**GERALD ORR**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82005**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GRADY LEE ORR**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82006**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PAUL LAROY ORR JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82007**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:42:12 PM

*Claims Details*                                                                                      670 of 2984

---

**RICHARD ORR**                          **Clm No 82008**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH         Class              Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD        UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARTIN GRANADOS**                      **Clm No 82009**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH         Class              Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD        UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CLEVELAND GRANT**                      **Clm No 82010**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH         Class              Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD        UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

671 of 2984

---

**CHERYL ANN HOSKINS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82011**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**HERBERT J. GRANTHAM**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82012**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY C. GRECH JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82013**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

672 of 2984

---

**BENJAMIN J. GREEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82014**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**HOBBY K. GREEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82015**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD LANE GREEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82016**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

673 of 2984

---

**WILLIAM KENNETH GREEN JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE GREEN JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH GREENFIELD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

674 of 2984

---

**EDWARD H. GREENLAND**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN RUSSELL GREENSTREET**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD GRIFFIN SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

675 of 2984

**DON V. GRIFFITH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

**ARNE ROLF GRIMSTAD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

**LESLIE B. GROOMBRIDGE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

676 of 2984

---

**ELORIS GROVES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82026**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL R. GUDGEL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JACOB I. GUILLORY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

677 of 2984

---

**JOSEPH H. GUILLORY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES L. GUNBY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LESTER J. GUNDERSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

678 of 2984

---

**EDWARD GURULE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**VAHRAM GUZELIAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GARY L. GUZMAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

679 of 2984

---

**RONALD HABERMANN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82035**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD J. HAGAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82036**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CLARENCE J. HAGGER JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82037**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

680 of 2984

---

**RAYBURN L. HALBERT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**HERMAN F. HAZELWOOD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM A. HEARN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

681 of 2984

---

**CHARLES L. HEATH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82041**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CARL G. HEAVENER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT LEWIS HECKART**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82043**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

682 of 2984

---

**RONNIE EDWARD HEINONEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82044**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN HELM**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82045**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES D. HENDERSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82046**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

683 of 2984

---

**ROBERT D. HENDRICKS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82047**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SAMUEL T. HENKE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82048**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD L. HENRY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82049**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

684 of 2984

---

**WILLIAM STEPHEN HENTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT L. HERMAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RAMON HERNDON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

685 of 2984

---

**SAM EARL HERRON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82053**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD H. HERLING**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LARRY EARL HESS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

686 of 2984

---

**DAVID J. HETZEL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82056**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD ALBERT HEVENER SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82057**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**RONNIE P. HIGDON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82058**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

687 of 2984

---

**JAMES L. HILL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82059**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES R. HILL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LESLIE RICHARD HILL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82061**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

688 of 2984

---

**RONALD FRANK HILLS SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82062**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD EDWIN HILL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82063**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT S. HIMEL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82064**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

689 of 2984

---

**RICHARD P. HIRSCHBEK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82065**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**WING J. YEE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT YONAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82067**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**      E-mail: claimsmanager@omnimgt.com      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

690 of 2984

---

**LARRY E. YORK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE HARDEN SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD F. HARMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

691 of 2984

---

**JIM HARMUTH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LARRY HARNAGE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT A. HARRELL JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

692 of 2984

---

**CURTIS V. HARRIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82074**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DANNY R. HARRIS SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82075**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID SCOTT HARRIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82076**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

693 of 2984

---

**DONALD DARRELL HARRIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82077**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**EDWARD RAY HARRIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**SHERMAN HARRIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

694 of 2984

---

**STEPHEN B. HARRIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**VIRGIL H. HARRIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE HARRIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

695 of 2984

---

**EDWARD I. HARRISON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82083**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GLENN A. HARRISON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82084**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**FREMONT HART**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82085**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

696 of 2984

---

**CLEON HARVEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82086**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**JOE CEPHUS HATHORN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82087**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM HAWK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82088**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

697 of 2984

---

**ARTHUR HAWKINS JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**NEVILLE T. HAWKINS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82090**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**SAMUEL HAWKINS III**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82091**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

698 of 2984

---

**ANTHONY S. HAWS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**HENRY HAYDEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GERALD L. HAYES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

699 of 2984

---

**ODUS EDGAR ALVIN HAYES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82095**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed      23-Mar-2017
Bar Date
Claim Face Value

---

**SAMUEL DAVID HAYNES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82096**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed      23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES HARLEN HAYS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82097**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed      23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

700 of 2984

---

**RICHARD E. HAZELTINE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CHALMERS JOSEPH HANSON JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ARTHUR L. HOPKINS JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82100**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

701 of 2984

---

**EARL WESLEY HORN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID FRANCIS HORSLEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**ROY ALVA HOSFORD JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

702 of 2984

---

**LARRY HOSKINS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**BURT GERALD HOWARD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82105**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE NORRIS HOWARD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82106**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

703 of 2984

---

**WILLIAM FRANCIS HOWE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82107**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN WILLIAM HOYT JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82108**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL T. HOYT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82109**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

704 of 2984

---

**JOHN HUBBARD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82110**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**FRANKLIN ROBERT HUDEK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82111**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**AUBREY L. HUNTER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82112**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

705 of 2984

---

**ALEXANDER H. HAMILTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CARL M. HAMILTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD A. HUDGINS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

706 of 2984

---

**WILLIAM HUFFMAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82116**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES A. HUGHES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82117**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID K. HULFORD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82118**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

707 of 2984

---

**ROBERT LEE HULSEBUS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT HUNT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**CLARENCE CHARLES HAMILTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                             708 of 2984

---

**HERB W. HAMILTON**                 **Clm No 82122**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD            UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARLE W. HAMILTON**                **Clm No 82123**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD            UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL HAMILTON**                 **Clm No 82124**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD            UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**ROGER RUSSELL HAMILTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82125**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SOLOMON HAMILTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH ARNOLD HAMM**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82127**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

710 of 2984

---

**CRAIG STEVEN HANSEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**J. C. MASSEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**COSMAS JACK MASSIMINO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

711 of 2984

---

**MICHAEL LARKIN MASTERMAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82131**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROY MASUNAGA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82132**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES DAVIS MATHIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82133**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

712 of 2984

---

**JEROME E. MATTISON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND E. MAXWELL SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LESLIE L. MAY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

713 of 2984

---

**LONNIE H. MCCALLUM**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLIE E. MCCAMBRY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES F. MCCARTHY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

714 of 2984

---

**GEORGE MCCAULEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**WALLACE E. MOSER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**ROY DANIEL MOULTRIE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

715 of 2984

---

**JOSEPH J. MUELLER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD W. MULLINS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROXNIE R. MCGARY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

---

*Claims Details*

716 of 2984

---

| **CLYDE T. MCGHEE** | **Clm No 82146** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

| **JOHN MCGILL JR.** | **Clm No 82147** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

| **THOMAS PAUL MCCOLLUM** | **Clm No 82148** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

717 of 2984

---

**JAMES R. MCCOY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LAVAN MCCREE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ARNOLD C. MCDONALD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82151**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

718 of 2984

---

**KENNETH WAYNE MCDONALD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82152**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES DELANE MCFADDEN JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82153**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KIM R. MCGONIGAL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82154**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

719 of 2984

---

**GARY MCKENNETT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ERNEST MCKENZIE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ERNEST D. MCKINNEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

720 of 2984

---

**FRED MCKINZIE JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LARRY LEE LEWIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD A. V. LEWIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

721 of 2984

---

**LLOYD R. LIDDIARD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82161**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES C. LIESEGANG**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82162**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE LILLIE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy         Visit us on the Web at www.omnimgt.com         PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                                              722 of 2984

---

**TALOLO F. LIMU**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**TED ROBERT LINDSEY JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82165**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LARY DWAYNE LINVILLE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

723 of 2984

---

**JOHN WILBUR LIPTROT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82167**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JERRY LOUIS LITTLE SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82168**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JERRY THOMAS LITTLE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82169**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

724 of 2984

---

**RICHARD P. LITTLE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LONNIE L. LITTLEFIELD SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN WILLIAM LIUBAKKA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

725 of 2984

---

**DARYL LIVICK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82173**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY DUANE LLOYD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82174**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM ALFRED LOBATO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82175**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

726 of 2984

---

**DAN LOEFFLER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM LOFGREN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**VICENTE I. MUNOZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**LEON MURPHY JR.**                                **Clm No 82179**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH            Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169           UNS                   Unknown


Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**SAMUEL A. MURPHY**                               **Clm No 82180**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH            Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169           UNS                   Unknown


Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES DAVIS MURRAY**                             **Clm No 82181**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH            Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169           UNS                   Unknown


Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

728 of 2984

---

**ALBERT MURRY SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82182**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH J. MUSETTI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GARY LLOYD MYERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82184**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

729 of 2984

---

**NORMAN MAURICE NADEAU**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82185**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD D. NALLEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82186**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JESUS M. NAVARRO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82187**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

730 of 2984

---

**JOHNNY O. NEAL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH L. LOMBARD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY JOSEPH LOPEZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

731 of 2984

---

**JAVIER LOPEZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82191**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOE LOZANO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82192**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE DEWAIN LUCAS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82193**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

732 of 2984

---

**JOSEPH A. LUCAS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82194**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL LUJAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82195**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DENNIS RAY LUMSEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82196**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

733 of 2984

---

**MANUEL F. LUNA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL LUNA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MARTIN HELGE LUNDE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

734 of 2984

---

**RONALD LUNSFORD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82200**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD MARC M.D. LUROS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82201**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DALE EUGENE LYALL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

735 of 2984

---

**GARY W. LYALL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82203**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL J. LYNAM**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82204**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PATRICK A. LYNCH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82205**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

736 of 2984

---

**WAYMON C. LYNCH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BARRY RAY MACKENZIE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL D. MACKENZIE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

737 of 2984

---

**RENE E. MADONNA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82209**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD B. MAGEE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82210**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS ERNEST MAILHOT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

738 of 2984

---

**JOHN MALLEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MILLER MALONE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82213**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DALE h. MALQUIST**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82214**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

739 of 2984

---

**EUSEBIO S. MANAOIS JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82215**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES EDWARD MANNING**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82216**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN A. MANSER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82217**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

740 of 2984

---

**WESLEY P. MANUEL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**REGINALD PORTER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES I. PORTERFIELD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

741 of 2984

---

**RAYMOND C. POTTER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82221**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed      23-Mar-2017
Bar Date
Claim Face Value

---

**RAY F. POTTS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82222**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed      23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN A. POUNCEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82223**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed      23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

742 of 2984

---

**LAWRENCE JAY HALL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**NORLEY HALL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JEREMIAH YOUNG**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82226**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

743 of 2984

---

**ROBERT C. YOUNG III**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82227**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JACK ARNOLD YUERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82228**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**BENITO G. GOMEZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82229**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

744 of 2984

---

**JOE RUFUS GOMEZ III**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RODDY MELENDEZ GOMEZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BERNABE GONZALES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

745 of 2984

---

**GEORGE A. GONZALES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82233**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES W. GOODHUE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82234**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT THOMAS GOODMAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82235**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

746 of 2984

---

**CHARLES DELANDO GOROHOFF**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82236**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES ORMAN GOSNEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82237**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**GIL T. PABALINAS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82238**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

747 of 2984

---

**GERALD D. PACHECO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOE L. MOORE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PETER LEE MOORE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

748 of 2984

---

**KIM DOUGLAS MORGAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT F. MORI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES JUNICHI MORIMOTO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

749 of 2984

---

**DOYLE E. MORRIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH D. MORSE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES T. MORTENSEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

750 of 2984

---

**JAMES F. LOGUE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82248**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | Unknown            |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**VICTOR L. PAILLET SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82249**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | Unknown            |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LYLE M. PALMER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82250**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | Unknown            |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

751 of 2984

---

**REFUGIO A. PALOMINO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82251**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES H. PARKER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82252**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DENZIL LEE PARKER JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82253**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

752 of 2984

---

**MARVIN E. PARKER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PAUL CHARLES PARKER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD LEE PARKER JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

753 of 2984

---

**JEFF PARKS JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82257**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLAUDE JAMES PARTRIDGE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82258**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALAN B. PASTEGA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82259**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

754 of 2984

---

**JOHN PATRICK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**BOBBY D. PATTEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**SOLOMONA P. PATU**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

755 of 2984

---

**SIDNEY L. PAUL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82263**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LESTER L. PAYNE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82264**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JERRY CARL PEAL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82265**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

756 of 2984

---

**EILEEN PEARSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82266**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT W. MILLER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82267**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS MILLER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82268**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**CHARLES G. MILLONZI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD MILLS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**STEPHEN FREDERICK MILLS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                                     758 of 2984

---

**CURTISS MINER**                          **Clm No 82272**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class            Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169         UNS                   Unknown

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT W. MINGRAM**                      **Clm No 82273**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class            Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169         UNS                   Unknown

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**VERNON MINOR**                           **Clm No 82274**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class            Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169         UNS                   Unknown

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

759 of 2984

---

**JOHN R. MINSTER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82275**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS BOBBY MONTAG**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82276**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD ANTHONY MONTANO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82277**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

760 of 2984

---

**JAMES E. MOODY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82278**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS C. LEARY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82279**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RESTITUTO SANDOVAL LAYON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82280**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**FOREMAN BILL LAWSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82281**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**HARLEY LAUER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82282**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CLIFFORD CHARLES LASTIRI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82283**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

762 of 2984

---

**HARLAN D. LASLEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82284**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JERRY A. LARSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82285**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LAURENCE LANSING**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82286**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

763 of 2984

---

**ROY G. LANGFORD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES LANGFORD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH GENE LANE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

764 of 2984

---

**FRANK BERNARD LAGODZINSKI SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82290**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**CORDELL SALYERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82291**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**NELSON R. SALUD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82292**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

765 of 2984

---

**RONALD L. SALING**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82293**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN T. SALAS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82294**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RONALD MELVIN RYSER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

766 of 2984

---

**WALLACE WILLIAM RYBURN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**SALVATORE ANTHONY RUSSO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID ROBERT RUOZI SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

767 of 2984

---

**JAMES S. RUMA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ALAN R. RUIZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOE RAYMOND RUBI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

768 of 2984

---

**FELICIANO P. ROZUL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82302**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LESTER CHARLES ROYAL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82303**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LARRY L. ROY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82304**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

769 of 2984

---

**DONALD L. ROUTT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TERRENCE L. RONNINGEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES O. ROOKWOOD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

770 of 2984

---

**LEPOLION L. ROSE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT C. ROBERTS SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82309**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LYLE GEORGE SHIFFER SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82310**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

771 of 2984

---

**GENERAL M. SHEPPARD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82311**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT LEE SHELTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82312**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN A. SHELDEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82313**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

772 of 2984

---

**NORMAN L. SHELLEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DANNY WILLIAM SHAW**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALFRED SHARP**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

773 of 2984

| ROGER SHANKLIN | Clm No 82317 | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed     23-Mar-2017
Bar Date
Claim Face Value

| FRED J. SHAIR | Clm No 82318 | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed     23-Mar-2017
Bar Date
Claim Face Value

| DAVID LEE SEWELL | Clm No 82319 | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed     23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

774 of 2984

---

**CHARLES A. SERVICE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROY GARLAND SENTELL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82321**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN L. SEIBEL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

---

**WILFRED J. SCOTT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**STEVEN LEWIS SCOTT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GARY L. SCHULTZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82325**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

776 of 2984

---

**DAVID STANLEY SCHWABEL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82326**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LYNN SCISM**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PERRY L. SCOTT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

777 of 2984

---

**ROBERT BURGE SCHINDLER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JERRY L. SCHIPPERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN HENRY SCHLEICHER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

778 of 2984

---

**HARLEY D. SCHMUCK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82332**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PETER RICHARD SCHIMPFLE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82333**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM LEWIS SCATTERGOOD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82334**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

779 of 2984

---

**PAUL GERARD SCANNELL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS FRANCIS SAVAGE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JERRY R. SAVAGE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

780 of 2984

---

**ALLEN G. SAUTTER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82338**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PLACIDO P. SANDOVAL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82339**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ENRIQUE A. SANDOVAL SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82340**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

781 of 2984

---

**SAMUEL JULIAN SANCHEZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82341**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**EUSEBIO SANCHEZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82342**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT D. SAN MIGUEL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82343**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

782 of 2984

---

**JOHN D. SAN MIGUEL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DANIEL E. SAMPSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOE F. SAMATUA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

783 of 2984

---

**GARY R. SPECK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82347**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**THOMAS CHARLES SOUZA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82348**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**TONY SOTO JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82349**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

784 of 2984

---

**FRANK R. SORIANO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**FREDERICK W. SORG**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT L. SOMMERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82352**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

785 of 2984

---

**ALBERT P. SOLORZANO JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES JOSEPH SOLBERG**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RONALD ROY SNYDER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

786 of 2984

---

**GERALD R. SNOOK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82356**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LEON THOMAS SMOTHERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82357**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RODGER L. SMITH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82358**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

787 of 2984

---

**PAUL R. SMITH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PAUL SMITH SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JERRY WANE SMITH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

788 of 2984

---

**GERALD LEE SMITH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GARY DAY SMITH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CARDWELL B. SMITH JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

789 of 2984

| **BURL G. SMITH** | **Clm No 82365** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

| **EDWARD CHARLES SMALRIDGE** | **Clm No 82366** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

| **PAUL K. SLACK** | **Clm No 82367** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 3:42:12 PM

*Claims Details*                                                      790 of 2984

---

**CHARLES CLAY SLACK**                    **Clm No 82368**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD         UNS                 Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL P. SKILLERN**                   **Clm No 82369**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD         UNS                 Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JEFFREY W. SIMS**                       **Clm No 82370**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD         UNS                 Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

791 of 2984

---

**HOWARD MAURICE SIMPSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JUANITA C. SIMILY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RONALD W. SILVA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

792 of 2984

---

**JOHNNY SILVA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD SILVA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY SILVA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

793 of 2984

---

**TIMOTHY J. SHORT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82377**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES E. SHIPP**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82378**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HENRY A. TOPOLINSKI JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82379**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

794 of 2984

---

**ZAKAR J. TOOPINIAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KEITH TONKS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DENNIS C. TOMBERLIN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

795 of 2984

---

**ALONZO TOLES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROLAND TOGONON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**SHIRLEY FAY TODD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

796 of 2984

---

**LONNIE FLOYD TODD SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES L. TODD SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82387**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GREGORY N. TODD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

797 of 2984

---

**LAMBERT R. TODAHI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82389**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**REBECCA LYNN TINNON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82390**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LYNDEL JOE TINER SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82391**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

798 of 2984

---

**ARTHUR R. TIDWELL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82392**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID THOMSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82393**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**VINCENT H. THOMPSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82394**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

799 of 2984

---

**RONNIE E. THOMPSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**OLLIE THOMPSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**BEN WILLIAM SWYERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

800 of 2984

---

**LARRY DUANE WALKER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MARK R. WILLIAMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LONNIE M. THOMPSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com                FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

801 of 2984

---

**LEROY M. THOMPSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82401**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LARRY E. THOMPSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82402**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JIMMIE THOMPSON SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82403**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

802 of 2984

---

**JESS D. THOMPSON JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82404**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**FRED A. THOMPSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82405**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ARCHIE DUANE THOMPSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82406**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

803 of 2984

---

**THOMAS M. THOMAS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**OTIS THOMAS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LEON R. THOMAS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:42:12 PM

*Claims Details*                                                                            804 of 2984

---

**JOSEPH DANIEL THOMAS**                    **Clm No 82410**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                        Class            Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD                       UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**J.C. THOMAS**                             **Clm No 82411**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                        Class            Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD                       UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES E. THIBODEAUX JR.**                 **Clm No 82412**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                        Class            Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD                       UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

805 of 2984

---

**JOHNNY WARD TERRY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82413**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN H. TERRY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82414**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**MARCIAL D. TEPORA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82415**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

806 of 2984

---

**DONALD M. TEETER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**VINCENT L. TEBO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**VERNON TAYLOR**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

807 of 2984

| **LEON TAYLOR** | **Clm No 82419** | Filed In Cases: 140 | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| **DAVID A. TAYLOR** | **Clm No 82420** | Filed In Cases: 140 | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| **JOHN HENRY TATEM** | **Clm No 82421** | Filed In Cases: 140 | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

808 of 2984

---

**JERRY E. TATE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT R. TAMAYO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES LEON TAM**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

809 of 2984

---

| **LYLE L. TALBOT** | **Clm No 82425** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

| **BRUCE TALBERT** | **Clm No 82426** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

| **ROBERT L. TACKITT** | **Clm No 82427** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 810 of 2984

---

**FEAGAI TAAMU**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES SYLVESTER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR FREDERICK SWETMAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

811 of 2984

---

**CHRIS R. SUTTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82431**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**CHARLES E. SUMMERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82432**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**TROY R. SULLIVAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82433**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

812 of 2984

---

**VERNON J. SUKUMU**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**MCKINLEY SUBER JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82435**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES L. STUART**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

813 of 2984

---

**LESLIE H. STROTHERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES ARNOLD STRATTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN E. STOCKMAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

814 of 2984

**JOSEPH ERNEST STOCKER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82440**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

**CALVIN R. STINNETT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82441**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

**DEE ROY STILES, JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82442**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

815 of 2984

---

**HILLARD STEWART**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE W. STEWART SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT E. STEMMER JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

816 of 2984

---

**LIONEL LESTER STELCK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82446**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM AUSTIN STEINEBACH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82447**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID G. STEAMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82448**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

817 of 2984

---

**RICHARD A. STACY JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT A. WARNER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT L. WARD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

818 of 2984

---

**NORMAN W. WARD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82452**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NAZAREEN WARD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82453**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES ELBERT WARD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82454**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

819 of 2984

---

**ROBERT A. WALTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DELBERT E. WALLENGREN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**NORRIS WALLACE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

820 of 2984

| JERRY WALLACE | **Clm No 82458** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| OZENE WALKER | **Clm No 82459** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

| EVERETT FREEMAN WAINING JR. | **Clm No 82460** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | Class | Claim Detail Amount | Final Allowed Amount |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

821 of 2984

---

**ROBERT D. WAGNER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82461**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD J. WAGNER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82462**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LEROY WADE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82463**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

822 of 2984

---

**JOHN CARL VOSS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE ERNEST VORPAHL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH VON KRUSZE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

823 of 2984

---

**JAMES MICHAEL VIVAS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL B. VIRAMONTES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN V. VILLARINO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82469**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

824 of 2984

---

**DONNIE E. VIA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN ANDREW VETSCH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GUY J .VETERE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

825 of 2984

---

**JERRY ARTHUR VERWORN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82473**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**ALBERTUS A. VERBEEK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82474**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**LEONARD VENTI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82475**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

826 of 2984

---

**THOMAS LAMAR VAUGHN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LEE W. VAUGHN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH VAUGHN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

827 of 2984

---

**EDMOND L. VAUGHN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82479**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 23-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

**CHARLES EDWARD VASSER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82480**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 23-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

**BAILEY VARNADO JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82481**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 23-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value |            |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

828 of 2984

---

**SIMEON R. VARGAS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE TRIPP**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MAYBARD KEITH WILLIAMSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

829 of 2984

---

**WINSTON D. WILLIAMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE LEE WILLIAMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SAMPSON D. WILLIAMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

830 of 2984

---

**ROBERT MICHAEL WILLIAMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82488**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ROBERT HOYT WILLIAMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82489**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**GARY D. VAN WEGEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82490**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                              3/20/2018 3:42:12 PM

*Claims Details*                                                                                              831 of 2984

---

**CLARENCE W. VAN HOOK**          **Clm No 82491**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH           Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD          UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES E. VALKO**                **Clm No 82492**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH           Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD          UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SHERRILL J. VALENTINE**         **Clm No 82493**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH           Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD          UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

832 of 2984

---

**EMILIO GONZALES VALDIVIA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GARY VAALER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82495**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD L. ULRICH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82496**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100       E-mail: claimsmanager@omnimgt.com       FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

833 of 2984

---

**AUNOA UIAGALELEI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JACK E. UBL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**NICK VARDAKIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

834 of 2984

---

**MIKE FRANK VANDEVOIR**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BRUCE E. VANDERHOOF**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KELSIA RAY TYLER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**