*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                               835 of 2984

---

**DANIEL C. TYLER**                          **Clm No 82503**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD            UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**FRANK TWEEDIE**                            **Clm No 82504**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD            UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD E. TUTTLE**                         **Clm No 82505**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD            UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

836 of 2984

---

**WILLIAM RAY TURNER SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SIMPSON TURNER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT LEE TURNER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

837 of 2984

---

**CLINORT TURNER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BILL S. TURNER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**AARON MATTHEW TURNER SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82511**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

838 of 2984

---

**JERRY R. TURLEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82512**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOSE V. TUGUERO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82513**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GREGORY A. TUCKER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82514**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

839 of 2984

---

**ALFRED LEE TUCKER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82515**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN FIRTH TUCK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82516**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LORRAINE DELORES TRULL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82517**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

840 of 2984

---

**SPENCER N. TRUITT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82518**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD FRANCIS TROMBLEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82519**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**CARL TRINKFASS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82520**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

841 of 2984

---

**DENNIS C. TRESHAM**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82521**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM AUGUSTUS TRACY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82522**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DAN A. TOWERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82523**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

842 of 2984

---

**GERALD DAVID TORRANCE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SHUBERT YEE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GERALD W. YEAGER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

---

*Claims Details*                                                                                      843 of 2984

---

**GLENN W. YARBERRY JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**TOMMY CLAUDE YANDELL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GARY ROBERT YAEGER JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82529**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/20/2018 3:42:12 PM

*Claims Details*                                                                                       844 of 2984

---

**JOHN E. WYSS JR.**                          **Clm No 82530**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                           Class          Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                          UNS                   Unknown


Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH WRIGHT**                              **Clm No 82531**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                           Class          Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                          UNS                   Unknown


Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID F. WRIGHT**                            **Clm No 82532**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                           Class          Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                          UNS                   Unknown


Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                        845 of 2984

---

**MILTON WOODWARD**                          **Clm No 82533**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                          Class          Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD                         UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**PATRICK TIMOTHY WOODS**                    **Clm No 82534**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                          Class          Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD                         UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN ALLEN WOODS**                         **Clm No 82535**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                          Class          Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD                         UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

846 of 2984

---

**JAMES CLETIS WOODRUFF**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82536**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PHILIP A. WOODEND**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82537**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROGER WOMACK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82538**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

847 of 2984

---

**CLARENCE F. WOLFF**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82539**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES P. WOLFE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82540**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT EUGENE WITHEM**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82541**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

848 of 2984

---

**MELVIN T. WINKLE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82542**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RONALD CRANTON WILSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82543**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT WILSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82544**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              849 of 2984

---

**RICHARD MCLEAN WILSON**              **Clm No 82545**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD         UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD D. WILSON SR.**              **Clm No 82546**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD         UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ELDON D. WILSON**                    **Clm No 82547**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD         UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:42:12 PM

**Claims Details**                                                                        850 of 2984

---

**CHARLES E. WILSON**                 **Clm No 82548**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169            UNS                    Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BAZZLE JOHN WILSON**                **Clm No 82549**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169            UNS                    Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM K. AXLEY**                  **Clm No 82550**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE              Class              Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169            UNS                    Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

851 of 2984

---

**LEONARD R. BABB**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**GEORGE WILSON BACHMAN II**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**WILLIAM L. BACK**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

852 of 2984

---

**WALTER BAYARD BAEHR**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GERALD B. BAER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RICK W. BAIRD**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           E-mail: claimsmanager@omnimgt.com       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

853 of 2984

---

**JAMES C. BAISS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DANNY J. BAKER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH BAKER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

854 of 2984

---

**ROBERT JEROME BAKER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT D. BALDWIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE J. BALDWIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**EDWIN ALLAN BALL**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD E. BALLEAUX**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM E. BALLEIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

856 of 2984

---

**JOSEPH HENRY BALOCCA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STANLEY RAY BANDY SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLARK A. BANGSUND**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

857 of 2984

---

**WILLIAM EMONY BANKERT III**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82569**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LAVON BANKS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82570**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT J. BANKS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82571**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

858 of 2984

---

**HAROLD L. BANNON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82572**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**TED O. BANUT JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN C. AASNESS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

859 of 2984

---

**ROBERT ABEL**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH C. ABRAHAM**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**FRANCISCO J. ADAME SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

860 of 2984

---

**CECIL D. ADAMS JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ARNOLD ADVOCATE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID N. AFANA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                              861 of 2984

---

**FRANK PAUL AIELLO**                    **Clm No 82581**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LOWEY ALEXANDER**                      **Clm No 82582**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**NATHANIEL DANIEL ALEXANDER**           **Clm No 82583**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

862 of 2984

---

**DONALD EUGENE ALLEN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM F. ALLEN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CURTIS A. ALLRED**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:42:12 PM

*Claims Details*    863 of 2984

---

**ALAN E. ALGUIST**            **Clm No 82587**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE     Class           Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD     UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BENJAMIN ALTADONNA**        **Clm No 82588**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE     Class           Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD     UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JESSE ALVARADO**            **Clm No 82589**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE     Class           Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD     UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

864 of 2984

---

**DUKE ALVAREZ**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MEL J. AMARAL**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**MERLE A. AMOS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                              865 of 2984

---

**DARWIN L. ANDERSON**          **Clm No 82593**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD        UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE ANDERSON SR.**          **Clm No 82594**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD        UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE A. ANDERSON**          **Clm No 82595**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD        UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                                                866 of 2984

---

**EUGENE L. ANDERSON**                    **Clm No 82596**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                       Class              Claim Detail Amount          Final Allowed Amount
222 RUSH LANDING ROAD                     UNS                        Unknown
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**WARREN L. ANDERSON JR.**                 **Clm No 82597**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                       Class              Claim Detail Amount          Final Allowed Amount
222 RUSH LANDING ROAD                     UNS                        Unknown
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**BETTY R. ANDREWS**                       **Clm No 82598**      Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                       Class              Claim Detail Amount          Final Allowed Amount
222 RUSH LANDING ROAD                     UNS                        Unknown
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

867 of 2984

---

**CHARLES L. ANDREWS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82599**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD M. ANDREWS SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82600**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LARRY ANDREWS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82601**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

868 of 2984

---

**RICHARD D. ANDREWS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM CHAMPION ANDREWS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT J. APODACA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

869 of 2984

---

**JOHN D. ARCHIBALD**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**TOMMY F. ARCHIBEQUE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82606**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES R. ARCHIE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82607**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

870 of 2984

---

**PAUL MABRY ARDOIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82608**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CARLOS ARGUELLES**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82609**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN R. ARMSTRONG SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82610**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

871 of 2984

---

**CLYDE M. PRIEST**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH BERTRUM PROVOST**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**KEITH A. PRUETT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

872 of 2984

---

**THOMAS RUSSELL PRUETT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82614**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RONALD PRUSHKO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82615**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BISHOP PRZESPOLEWSKI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82616**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

873 of 2984

---

**DAVID G. PYLE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82617**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JONATHAN J. QUINLEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82618**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**STEVE W. RAIA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82619**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                        874 of 2984

---

**CURTIS D. RAKESTRAW**               **Clm No 82620**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD            UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT JOHN RAMIREZ**               **Clm No 82621**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD            UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ANTONIO S. RAMOS**               **Clm No 82622**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD            UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                              875 of 2984

---

**WILBERTO C. RAMOS**                    **Clm No 82623**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169            UNS                    Unknown

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**MANUEL G. RAMPOLA**                    **Clm No 82624**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169            UNS                    Unknown

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**CARL O. RAMSEY**                    **Clm No 82625**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169            UNS                    Unknown

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

876 of 2984

---

**WILLIAM R. RAMSEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAMES H. RANSOM**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH RONALD RAPOZO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

877 of 2984

---

**ROBERT L. RATHBURN SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**HERMAN J. RAY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**NICK J. RAZES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                      878 of 2984

---

**WILLIAM E. REECE**                    **Clm No 82632**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class                Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD         UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES EDWARD REED**                   **Clm No 82633**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class                Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD         UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DONNIE RAY REESE**                    **Clm No 82634**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class                Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD         UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 879 of 2984

---

**PHILIP GALE REESE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82635**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS L. REEVES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82636**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**EULOGIO Z. REGALA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82637**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

880 of 2984

---

**GARY C. REID**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82638**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**SHERRIE A. FOMBY, PERSONAL REPRESENTATIVE FOR**
DOROTHY JEAN LOCKETT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82639**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**NORMAN ROSS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82640**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

881 of 2984

---

**JOSEPH ROSSO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82641**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**ORLANDO ROSETE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD D. ROLLER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

882 of 2984

---

**JAMES W. ROGENSKI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT R. RODRIGUEZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82645**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES EDWARD RODGERS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82646**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

883 of 2984

---

**EUGENE THOMAS ROCHA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAIME ROBLES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM M. ROBISON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82649**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

884 of 2984

---

**THOMAS ALBERT ROBINSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**SAMUEL ROBINSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82651**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH L. ROBINSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82652**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

885 of 2984

---

**MAX L. SAUMALU**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES L. SATHRE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82654**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JUN SASAKI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82655**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

886 of 2984

---

**GERALD M. SARVER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82656**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RILEY R. SITTNER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82657**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARY LAWRENCE SISTO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82658**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

887 of 2984

---

**RUDOLPH S. SIMS III**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD L. SIMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**LEONARD F. WILLIAMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

888 of 2984

---

**JOHN LOUIS WILLIAMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82662**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN H. WILLIAMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**FREDRICK C. WILLIAMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82664**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

889 of 2984

---

**OSCAR WILEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82665**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT CARLAND WILDONER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82666**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**CALVIN WILBORN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82667**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

890 of 2984

---

**TYLER WILBON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82668**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**REBECCA ARIAS, PERSONAL REPRESENTATIVE FOR**
JUAN C. FERNANDEZ (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82669**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**GINGER LEE MCLEAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82670**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

891 of 2984

---

**JAMES MCMENAMIN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL HERNDON MCMILLEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82672**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**CLYDE MCMULLEN JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

892 of 2984

---

**BYRON RALPH MCNEALY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82674**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**VICTOR MANEL MEDINA SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82675**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GLENN DEAN MEFFERD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

893 of 2984

---

**WILLIAM MENDEZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**EDUARDO AUSTRIA MENDOZA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MAX MENDOZA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

894 of 2984

---

**JACK LEROY MERRIMAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82680**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DANIEL EUGENE MESKAUSKAS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82681**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD J. MEYER JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82682**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

895 of 2984

---

**EDWARD ALLEN MICHALSKI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**GINO J. MICHELI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82684**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT A. MICHELS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

896 of 2984

---

**FRED MIHOK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD R. MILDEBRANDT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82687**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GEOFFREY W. MILLAR**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

897 of 2984

---

**ALLEN A. MILLER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82689**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**DAVID MILLER SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82690**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD DEAN MILLER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82691**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

898 of 2984

---

**ERNEST T. MILLER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH GERALD MILLER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS F. LESSER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

899 of 2984

---

**JOHN C. LEVINGSTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82695**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ADAM LEWIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82696**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE CLINTON LEWIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

900 of 2984

---

**HUGH LEWIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JACK CECIL LEWIS JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ROSEMARY E. GASPER, PERSONAL REPRESENTATIVE FOR**
RICHARD KENNETH GASPER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

901 of 2984

---

**ESTHER GOOLSBY-BUNDY, PERSONAL REPRESENTATIVE FOR**

**Clm No 82701**    Filed In Cases: 140

OTIS L. GOOLSBY (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**VIRGINIA IACOVETTI, PERSONAL REPRESENTATIVE FOR**

**Clm No 82702**    Filed In Cases: 140

PASQUALE IACOVETTI (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**RACHAEL L. WINDH, PERSONAL REPRESENTATIVE FOR**

**Clm No 82703**    Filed In Cases: 140

RUTH A. SPIEGEL (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

902 of 2984

---

**BILL GENE ESTES**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82704**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**NORMAN CHRISTOPHER ESTES**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82705**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD ESTES**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82706**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 903 of 2984

---

**GARY LEE ETL**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82707**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ARCHIE LEE EVANS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82708**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DONALD R. EVANS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82709**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

904 of 2984

---

**EDWIN EARL EVANS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD D. EVANS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT J. FABIANEK**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                      905 of 2984

---

**MARION D. FABRIQUE JR.**           **Clm No 82713**     Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE             Class            Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169             UNS                   Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SIAKI F. FALAGAI**                 **Clm No 82714**     Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE             Class            Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169             UNS                   Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**STANLEY FARROW**                   **Clm No 82715**     Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE             Class            Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169             UNS                   Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

906 of 2984

---

**JOHN H. ELLIS JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82716**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JAMES ROY ELMORE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82717**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RICHARD R. ELO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82718**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

### Claims Details                                                                907 of 2984

---

**DONALD ROBERT ELY JR.**               **Clm No 82719**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD        UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**SHERMAN A. EMERY**                    **Clm No 82720**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD        UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**KAI ENG**                             **Clm No 82721**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD        UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

908 of 2984

---

**RICHARD B. ENGLEY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82722**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**OLIVER ENGLISH**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82723**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT W. ENYEART**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82724**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

909 of 2984

---

**MARK A. ENZ**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**EMERY S. EPERJESI**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**MARTIN C. EPSTEIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                   E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

910 of 2984

---

**JUNAR E. ESCALANTE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82728**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS ESPINOZA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82729**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**PAUL P. DAVIS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82730**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

911 of 2984

---

**JIMMY DAVIS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JESSE L. DAVIS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES M. DAVIS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

912 of 2984

---

**JAKE DAVIS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82734**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR DAVIS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82735**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LAWRENCE H. DAVIE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82736**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 913 of 2984

---

**DOYLE EUGENE DARNELL**     **Clm No 82737**     Filed In Cases: 140
C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

ATTN: CURT HENNECKE

| UNS | Unknown | |

222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed     23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN T. DARKE**     **Clm No 82738**     Filed In Cases: 140
C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

ATTN: CURT HENNECKE

| UNS | Unknown | |

222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed     23-Mar-2017
Bar Date
Claim Face Value

---

**JAMES V. DANIELS**     **Clm No 82739**     Filed In Cases: 140
C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

ATTN: CURT HENNECKE

| UNS | Unknown | |

222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed     23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

914 of 2984

---

**EARL DANIEL**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RAYMOND A. D'ANGINE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82741**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BASIL BYRON DAHL SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

915 of 2984

---

**JOHN MAX CURTIS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ARLISS JAMES CURRY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE CUNNINGHAM**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                              916 of 2984

---

**JOHN P. DOUGHTY**                    **Clm No 82746**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**JESSE DOTSON**                       **Clm No 82747**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**NORMAN D. DOSTAL**                   **Clm No 82748**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE          Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

917 of 2984

---

**PARIS MITCHELL DOSS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82749**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN EDMOND DORSEY SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82750**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM S. DONOHO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82751**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

918 of 2984

---

**PATROCINIO B. DOMINGUEZ**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**YURY N. DOLZHENKO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD HAROLD DOBLER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

919 of 2984

---

**MICHAEL CHARLES DIXON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82755**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALPHONSE DIXON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82756**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RAY ESSEX**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82757**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

920 of 2984

---

**ANTONIO ESQUEDA SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82758**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**DOMINADOR C. ESPIRITU**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82759**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT LEE NEAL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82760**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

921 of 2984

---

**HENRY HARRISON GRAHAM**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82761**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOHN CECIL GRAHAM**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82762**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**ETHAN E. JONES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82763**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 3:42:12 PM

*Claims Details*                                                          922 of 2984

---

**WILLIAM J. GRACE**                    **Clm No 82764**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH         Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BRETT H. GRAHAM**                     **Clm No 82765**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH         Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**DELANEY GRAHAM**                      **Clm No 82766**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH         Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD        UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

923 of 2984

---

**DENNIS MICHAEL GRAHAM**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES STANLEY NELSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARY ALLAN NETO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

924 of 2984

---

**HOWARD HAROLD GOSS III**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82770**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES GRACE SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82771**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BILLY R. NEARS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82772**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

925 of 2984

---

**MICHAEL EUGENE GOSNEY SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82773**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH A. NEWLAND**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82774**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**JESSE JON HALL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82775**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

926 of 2984

---

**JOSEPH ROBERT MASON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82776**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NANCY PRESTON HUBBARD**
THURMAN PRESTON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82777**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONNA COONEY**
THOMAS COONEY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82778**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

927 of 2984

---

**THURMAN SALTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS ELLIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS JERNAS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

928 of 2984

---

**THOMAS WASHINGTON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82782**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS WILLIAMS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82783**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS DUNN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82784**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

929 of 2984

---

**THOMAS JEFFERS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS HACKETT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS VACLAVIK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

930 of 2984

---

**THOMAS HETRICK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82788**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $10,000.00         |                      |
|       | $10,000.00         |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS POWRZANAS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82789**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $10,000.00         |                      |
|       | $10,000.00         |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS JENNINGS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82790**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $10,000.00         |                      |
|       | $10,000.00         |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

931 of 2984

---

**THOMAS HUESGEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82791**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS HAMM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82792**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS LYNCH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82793**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                        932 of 2984

---

**THOMAS HAYNIE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS NOLAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS MACHAL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

933 of 2984

---

**THOMAS LOCKWOOD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82797**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS DECELLES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82798**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BARBARA DAVIS**
THOMAS HEDGES
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

934 of 2984

---

**MICHELE SCHOOF**
THOMAS LIPPENS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82800**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS RICHARDSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82801**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS SHIREY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82802**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

935 of 2984

**THOMAS CURRY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82803**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed           22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

**THOMAS SOPLANDA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82804**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed           22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

**THOMAS WOODWORTH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82805**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed           22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

936 of 2984

---

**THOMAS MCHENRY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**TERENCE WOODWARD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**TALMADGE SLAUGHTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82808**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

937 of 2984

---

**DONALD SICKLES**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 82809**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BERNICE PRIDE**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 82810**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**MARJORIE LEITNER**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 82811**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

938 of 2984

---

**SHONDRA MCILVENE**
STEPHEN MCILVENE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 82812** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $50,000.00 | |
| | | $50,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**STEPHEN PACHMAYR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 82813** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $35,000.00 | |
| | | $35,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**STANLEY OLKOSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 82814** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $35,000.00 | |
| | | $35,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

939 of 2984

---

**SONNIE FINLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**SIMO BARIC**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**SIDNEY PERKINS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82817**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

940 of 2984

**SHONDA ARMANN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82818**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**SHIRLEY BURNS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82819**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**SHERMAN RANDOLPH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82820**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

941 of 2984

---

**VINCENT SILKO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**VERNON CHESSOR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**VERNIE COLEMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

942 of 2984

| **TROY WALKER** | **Clm No 82824** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| **TOMMY HESS** | **Clm No 82825** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| **TIMOTHY JONES** | **Clm No 82826** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**TIMOTHY MCMAHON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**TIMOTHY CLINE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**TIMOTHY BREHENY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

944 of 2984

---

**TIMOTHY HANSEL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82830**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**TIMOTHY GINTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82831**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**TIMOTHY KING**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82832**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

945 of 2984

---

**TIM BONONNO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82833**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**TIM GILLILAND**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82834**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**TIM CARTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82835**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

946 of 2984

| | | | |
|---|---|---|---|

**TIM OLECHOSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82836**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**SAMUEL THOMPSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82837**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**MARY SEXTON**
RUSSELL SEXTON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82838**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

947 of 2984

---

**HELEN WILKINS**
RUSSELL WILKINS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**JOYCE KIKALOS**
SAM KIKALOS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAMELA JACKSON**
SAMMIE JACKSON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

948 of 2984

---

**SAMMY WARD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82842**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SAM RUSSO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82843**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SAM ARCHER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82844**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

949 of 2984

**SAM TUCKER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82845**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**SALVATORE NUCCIO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82846**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**RUSSELL DEHMEL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82847**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                            950 of 2984

---

**RUSSELL CUNDIFF**                      **Clm No 82848**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328                          UNS                    $10,000.00

                                                                       $10,000.00

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**RUSSELL PIRY**                          **Clm No 82849**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328                          UNS                    $10,000.00

                                                                       $10,000.00

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**RUSSELL PIRY**                          **Clm No 82850**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328                          UNS                    $10,000.00

                                                                       $10,000.00

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

951 of 2984

---

**RUSSELL HAYS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82851**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RUSSELL SOUTHARD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82852**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RUFUS HARRIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82853**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

952 of 2984

**RUDOLPH BADI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**ROBERT MCMURRY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**THOMAS WILLIAMS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

953 of 2984

---

**THOMAS BURHYTE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82857**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS TILLY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82858**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS SAYLOR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82859**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

954 of 2984

---

**THOMAS WALTERS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82860**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS EDGINGTON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82861**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS ARBOGAST**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82862**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

955 of 2984

---

**THOMAS SOWINSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS PAYNE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THEODIS GREEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

956 of 2984

---

**TERRY COLLINSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82866**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**LESTER STUCKMEYER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82867**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**LESTER DEBRIE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82868**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

957 of 2984

---

**LESTER PAGE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82869**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LESSIE M. BUTTS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82870**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LESLIE RITTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82871**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

958 of 2984

---

**LESLIE LEIGH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LESLIE B. ELLET**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82873**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**IRENE LINVILLE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82874**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

959 of 2984

---

**LEROY HARRIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82875**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LEROY HILDRETH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82876**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LEROY BOGARD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82877**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

960 of 2984

---

**LEROY MCCANTS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82878**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LEROY NELSON, JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82879**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LEROY W. HARTMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82880**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

961 of 2984

**LEROY CAMPBELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**SHERMAN TROUTMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**SHEILA WIREMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

962 of 2984

---

**SHEILA POTTS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82884**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**SHEILA ROSS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82885**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SHARON WILLIAMS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82886**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

963 of 2984

---

**SHARON NEWBERN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82887**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SHARON MOORE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82888**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SHARON MOORE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82889**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

964 of 2984

---

**SETH WOODS**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82890**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SANTA DICARLO**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82891**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SAMUEL DAVIES**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82892**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

965 of 2984

---

**SAMUEL DAVIES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**LESLIE MARTIN**
SAMUEL CROSBY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SAMUEL ADAMS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

966 of 2984

---

**SAMUEL TAYLOR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-----------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT EVINGER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-----------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICKY DEAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-----------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

967 of 2984

---

**RICHARD INGLE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD LUMMER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD AITKEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

968 of 2984

---

**RICHARD GILL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD MONTEZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD SAPPER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

969 of 2984

---

**RICHARD BYRD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|-------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD LOKAY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|-------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD CHANDLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|-------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

970 of 2984

---

**RICHARD KONRATH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD MATTHEWS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD JENNINGS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                             971 of 2984

---

**RICHARD COLLINS**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 82911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed            22-Mar-2017

Bar Date

Claim Face Value      $10,000.00

---

**RICHARD MAYERIK**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 82912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed            22-Mar-2017

Bar Date

Claim Face Value      $10,000.00

---

**RICHARD BULLOCK**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 82913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed            22-Mar-2017

Bar Date

Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**         Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

972 of 2984

---

**JANET HARTSOCK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82914**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JANET GABRIEL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82915**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD MCELFISH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82916**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

973 of 2984

---

**SONIA BUTI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**LOUIS EAKES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**LOUIS HARTZOG**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82919**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                        974 of 2984

---

**EDWARD BLANKENSHIP**
LOIS BLANKENSHIP
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 82920** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $100,000.00 | |
| | | $100,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**LLOYD RUMOLD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 82921** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FREDDIA MILLER**
LLOYD MILLER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 82922** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

975 of 2984

---

**ALAN HUTCHINS**
LLOYD E. HUTCHINS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 82923** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LINDA COLVIN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 82924** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LEWIS MCDONALD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 82925** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**      **E-mail:** claimsmanager@omnimgt.com      **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

976 of 2984

| LEWIS CRAIG | **Clm No 82926** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | | | |
| ATTN: DANIEL F. O'SHEA | Class | Claim Detail Amount | Final Allowed Amount |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

| THOMAS NETHERY | **Clm No 82927** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | | | |
| ATTN: DANIEL F. O'SHEA | Class | Claim Detail Amount | Final Allowed Amount |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

| THOMAS SCHINDLER | **Clm No 82928** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | | | |
| ATTN: DANIEL F. O'SHEA | Class | Claim Detail Amount | Final Allowed Amount |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

977 of 2984

---

| **THOMAS MCCONNELL** | **Clm No 82929** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **THOMAS MCKEOWN** | **Clm No 82930** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **THOMAS HOLT SR.** | **Clm No 82931** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

978 of 2984

---

**THOMAS JOHNSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS FOLSOM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS DACQUINO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82934**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

979 of 2984

---

**THOMAS LATHROP**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82935**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS ROOT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82936**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS METCALF**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82937**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

980 of 2984

---

**DORIS DUFFY**
THOMAS DUFFY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82938**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**KIMBERLY DOVER**
THOMAS WINGATE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82939**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ESTHER LIKES**
THOMAS LIKES
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82940**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

981 of 2984

---

**NANCY MANSKE**
THOMAS MANSKE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82941**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**WILLIAM FARNHAM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82942**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**WILLIAM MCKISSICK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82943**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

982 of 2984

---

**WILLIAM LANCASTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WARREN HANSEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WAYNE SCHULTZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

983 of 2984

---

**WAYNE HUNTZINGER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WAYNE HUESKE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WAYNE POTTS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

984 of 2984

---

**WAYNE OOSTERHOFF**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WAYNE HEIMROTH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82951**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WAYNE KULICK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82952**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                                      985 of 2984

---

**WAYNE JOHNSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THOMAS MARSH**
WALTER MARSH
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LAUREEN KHANZADIAN**
WALTER M. ARMSTRONG
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

986 of 2984

---

**ERMA LEWIS**
WARREN LEWIS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82956**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT POWELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82957**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT RUNZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

987 of 2984

---

**VINCENT JAMES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82959**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARGARET CADDO**
VERNON CADDO
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82960**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**SANDRA HIGHLAN**
VERNON HIGHLAN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82961**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

988 of 2984

---

**TAMMY MARTIN**
VIRGIL ANGLETON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82962**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**WADE HODGES III**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82963**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**WALKER FIFIELD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82964**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

989 of 2984

---

**WALLACE HANDLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82965**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WALTER COOPER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82966**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BARBARA INGRAM**
RICK INGRAM
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82967**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

990 of 2984

---

**GLORIA STEELE**

ROBERT STEELE

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

| Clm No 82968 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**STEPHANIE PONTIUS**

ROBERT PONTIUS

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

| Clm No 82969 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARY ANDERSEN**

ROBERT ANDERSEN

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

| Clm No 82970 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

991 of 2984

| ROBERT TARGOSZ | **Clm No 82971** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| JUDY PRICE | **Clm No 82972** | Filed In Cases: 140 | |
|---|---|---|---|
| ROBERT PRICE | Class | Claim Detail Amount | Final Allowed Amount |
| C/O O'SHEA & REYES, LLC | | | |
| ATTN: DANIEL F. O'SHEA | UNS | $10,000.00 | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | | $10,000.00 | |
| DAVIE, FL 33328 | | | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| ROBERT KLANECKY | **Clm No 82973** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

992 of 2984

---

**ROBERT WICHERT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82974**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT COMER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82975**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**ROBERT ROSENZWEIG**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82976**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

993 of 2984

---

**KATHLEEN CHRUMA**
ROBERT CHRUMA
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LYNN BEARUP**
ROBERT ROSSMAN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**ROBERT VAN ZANDT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

994 of 2984

---

**ROBERT STANLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82980**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT REYNOLDS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82981**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT QUARTARARO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82982**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

995 of 2984

---

**ROBERT RADOVICH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82983**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**ROBERT WILLIAMS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82984**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**ROBERT LYNN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82985**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

996 of 2984

---

**ROBERT WOLFE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**ROBERT SCOTT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**ROBERT BUGERT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

997 of 2984

---

**ROBERT LASATER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DALE MILLER**
ROBERT MILLER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT LEHMANN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

998 of 2984

---

**ROBERT TIPOLD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82992**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT GIBSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82993**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT MILLS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82994**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

999 of 2984

---

**BILLY JEAN MCCALL**
ROBERT MCCALL
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82995**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 22-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**DARTHA GAMBLE**
ROBERT GAMBLE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 22-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**ROBERT LANDRY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 22-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1000 of 2984

---

**ROBERT LAVERY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT RYAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT KUCHAREK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1001 of 2984

---

**INA POGAR**
ROBERT POGAR
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83001**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT TANZINI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83002**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT WYMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83003**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1002 of 2984

---

**ROBERT PHILLIPS**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 83004**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT WILLIAMS**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 83005**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT OAKES**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 83006**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1003 of 2984

---

**ROBERT MILSAP**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT MCDONALD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT REDLARK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1004 of 2984

---

**ROBERT WILLIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT MAPLES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL NICHOLS**
ROBERT NICHOLS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1005 of 2984

---

**ROBERT ALFRED BROWN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT E. MILLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83014**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT DOUGHTY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                          1006 of 2984

---

**ROBERT L. BROWN**                    **Clm No 83016**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA               Class              Claim Detail Amount       Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202    UNS                    $10,000.00
DAVIE, FL 33328                                             $10,000.00

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**ROBERT STULL**                      **Clm No 83017**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA               Class              Claim Detail Amount       Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202    UNS                    $10,000.00
DAVIE, FL 33328                                             $10,000.00

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**ROBERT WHEELER**                    **Clm No 83018**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA               Class              Claim Detail Amount       Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202    UNS                    $10,000.00
DAVIE, FL 33328                                             $10,000.00

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1007 of 2984

---

**ROBERT SPANGENBERG**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83019**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT SOSA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83020**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT ROCKWELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83021**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1008 of 2984

---

**ROBERT PASCHENKO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83022**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT PREATER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83023**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT PRUE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83024**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1009 of 2984

---

**VERA MYERS**
ROBERT MYERS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83025**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT PHELPS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83026**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**SONIA JACKSON**
ROBERT HOBDY JR.
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83027**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1010 of 2984

---

**ROBERT LAVELLE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**ROBERT WITHERSPOON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT MASON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1011 of 2984

| **ROBERT VANWINKLE** | | **Clm No 83031** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O O'SHEA & REYES, LLC | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | | $10,000.00 | |
| | | | | |
| Date Filed | 22-Mar-2017 | | | |
| Bar Date | | | | |
| Claim Face Value | $10,000.00 | | | |

| **RONALD BENT** | | **Clm No 83032** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O O'SHEA & REYES, LLC | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | | $10,000.00 | |
| | | | | |
| Date Filed | 22-Mar-2017 | | | |
| Bar Date | | | | |
| Claim Face Value | $10,000.00 | | | |

| **RONALD HOOVER** | | **Clm No 83033** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O O'SHEA & REYES, LLC | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | | $10,000.00 | |
| | | | | |
| Date Filed | 22-Mar-2017 | | | |
| Bar Date | | | | |
| Claim Face Value | $10,000.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1012 of 2984

---

**RONALD ALLCOCK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83034**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RONALD ANDREWS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83035**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RONALD DUNCAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83036**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1013 of 2984

---

**MARY WEISS**
ROLAND WEISS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83037**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LAVONNE TENNEY**
ROGER TENNEY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83038**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT KERSTETTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1014 of 2984

---

**ROBERT TUCKER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT CORY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83041**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BARBARA BELL**
ROBERT BELL
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

1015 of 2984

---

**BEVERLY WIEGAND**
ROBERT WIEGAND
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83043**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HEIDI COLEE**
ROBERT HARRISON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT GATES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83045**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1016 of 2984

---

**ROBERT DIAZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83046**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT RAMEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83047**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT MONROE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83048**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1017 of 2984

---

**RHODA FREEMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83049**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**REX LEWIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83050**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**REX POPE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83051**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1018 of 2984

---

**WENDY PENTON**

REX PENTON

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 83052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**REX PITZER**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 83053**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RENFRO MCCUBBIN**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 83054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1019 of 2984

---

**REGINALD WELLS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83055**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PATRICK MORGAN**
REESE MORGAN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83056**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**REGENA SMITH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83057**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1020 of 2984

---

**HEIDI HERRING**
ROGER MANN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Clm No 83058 | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RONALD HENSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Clm No 83059 | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RONALD BUTTS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Clm No 83060 | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1021 of 2984

| RONALD TAYLOR JR. | | **Clm No 83061** | Filed In Cases: 140 | |
|---|---|---|---|---|
| RONALD TAYLOR | | Class | Claim Detail Amount | Final Allowed Amount |
| C/O O'SHEA & REYES, LLC | | | | |
| ATTN: DANIEL F. O'SHEA | | UNS | $50,000.00 | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | | | $50,000.00 | |
| DAVIE, FL 33328 | | | | |
| Date Filed | 22-Mar-2017 | | | |
| Bar Date | | | | |
| Claim Face Value | $50,000.00 | | | |

| SHARON CROCKETT | | **Clm No 83062** | Filed In Cases: 140 | |
|---|---|---|---|---|
| RONALD CROCKETT | | Class | Claim Detail Amount | Final Allowed Amount |
| C/O O'SHEA & REYES, LLC | | | | |
| ATTN: DANIEL F. O'SHEA | | UNS | $10,000.00 | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | | | $10,000.00 | |
| DAVIE, FL 33328 | | | | |
| Date Filed | 22-Mar-2017 | | | |
| Bar Date | | | | |
| Claim Face Value | $10,000.00 | | | |

| CASEY SCHREIBER | | **Clm No 83063** | Filed In Cases: 140 | |
|---|---|---|---|---|
| RONNIE SCHREIBER | | Class | Claim Detail Amount | Final Allowed Amount |
| C/O O'SHEA & REYES, LLC | | | | |
| ATTN: DANIEL F. O'SHEA | | UNS | $35,000.00 | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | | | $35,000.00 | |
| DAVIE, FL 33328 | | | | |
| Date Filed | 22-Mar-2017 | | | |
| Bar Date | | | | |
| Claim Face Value | $35,000.00 | | | |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1022 of 2984

---

**JOYCE PURKIS**
ROSS PURKIS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**JUDI GARDNER-GATES**
ROY GARDNER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**ROY ASHBY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83066**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1023 of 2984

---

**ROY YOUNG**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83067**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BETTY LEHMAN**
ROY LEHMAN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83068**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GERRI LUNA**
ROY HUDSON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83069**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1024 of 2984

---

**ROY YOUNG**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROYCE KEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WAYNE MCNABB**
RUEL MCNABB
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1025 of 2984

---

**ROZELL COBB**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83073**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RUBY FULLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83074**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WALTER NIETO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83075**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1026 of 2984

---

**ROBERT ALATORRE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83076**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD FLOWERS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83077**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SHERRY PARSONS**
RICHARD PARSONS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83078**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                      1027 of 2984

---

**RICHARD EDWARDS**                          **Clm No 83079**   Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202      UNS              $10,000.00
DAVIE, FL 33328                                         $10,000.00

Date Filed          22-Mar-2017
Bar Date
Claim Face Value    $10,000.00

---

**RICHARD KIMBLE**                           **Clm No 83080**   Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202      UNS              $10,000.00
DAVIE, FL 33328                                         $10,000.00

Date Filed          22-Mar-2017
Bar Date
Claim Face Value    $10,000.00

---

**RICHARD FIEN**                             **Clm No 83081**   Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202      UNS              $10,000.00
DAVIE, FL 33328                                         $10,000.00

Date Filed          22-Mar-2017
Bar Date
Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1028 of 2984

---

**RICHARD BUGAJ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD KEHRLI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD BATES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1029 of 2984

---

**RICHARD KOWAL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83085**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD COLLIER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83086**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD DESORBO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83087**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1030 of 2984

---

**RICHARD PIETROCOLA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83088**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD LEBLANC SR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83089**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD SMULLEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83090**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1031 of 2984

---

**JULIUS ZEIGLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83091**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JULIUS NAJZER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83092**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JULIUS E. MOORE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83093**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1032 of 2984

---

**JUVENAL ANGUIANO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**KATHY BOYD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**KEITH STEBBINS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1033 of 2984

---

**BARBARA DEETER**

KEITH DEETER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**KEITH CARTER**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**KEITH TIMMONS**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1034 of 2984

---

**KEITH KOSKY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**KEITH MCBRANNON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**KENNETH J. HARRISON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83102**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1035 of 2984

---

**MORNA HEATH**
KENNETH HEATH
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83103**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**KENNETH FRITZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83104**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**KENNETH BYRD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83105**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1036 of 2984

---

**KENNETH BOLAS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83106**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**KENNETH BROCKWAY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83107**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**KENNETH HARVEY JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1037 of 2984

---

**KENNETH HORTON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83109**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**KENNETH CAPPS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83110**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ALETHA BARNES**
KENNETH HODGENS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83111**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1038 of 2984

---

**LORI BANKS**
LARRY PRITCHARD
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83112** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $50,000.00 | |
| | | $50,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**LARRY KLANDERUD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83113** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOYCE K. PATTERSON**
LARRY PATTERSON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83114** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $50,000.00 | |
| | | $50,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

1039 of 2984

---

**LARRY ALLEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LAWRENCE ANDERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LAWRENCE PINK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1040 of 2984

---

**LAWRENCE ROBBINS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES COFIELD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES BALLAS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1041 of 2984

---

**JAMES LARSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83121**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES MCGEE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83122**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES ALTGILBERS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83123**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                    1042 of 2984

---

**JAMES ONDRAS**                       **Clm No 83124**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          Class              Claim Detail Amount         Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202    UNS                  $10,000.00
DAVIE, FL 33328                                                $10,000.00

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**JIM RUTLEDGE**                       **Clm No 83125**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          Class              Claim Detail Amount         Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202    UNS                  $10,000.00
DAVIE, FL 33328                                                $10,000.00

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**JILLES HOFMAN**                      **Clm No 83126**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          Class              Claim Detail Amount         Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202    UNS                  $10,000.00
DAVIE, FL 33328                                                $10,000.00

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1043 of 2984

---

**BARBARA CHAPMAN-POWELL**
JESSIE CHAPMAN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $100,000.00 | |
| | $100,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**SANDRA LEETH**
JERRY LEETH
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JUDITH GEORGE**
JERRY GEORGE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

1044 of 2984

---

**JEANIE TANKSLEY**
JERRY HOHENSTEIN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83130**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JERRY KINGSLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83131**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JERRY RICHARDSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83132**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 3:42:12 PM

*Claims Details*                                                              1045 of 2984

**LINDA STOWELL**                          **Clm No 83133**   Filed In Cases: 140
JERRY STOWELL
C/O O'SHEA & REYES, LLC              Class              Claim Detail Amount        Final Allowed Amount
ATTN: DANIEL F. O'SHEA               UNS                  $10,000.00
5599 SOUTH UNIVERSITY DR, STE 202                         $10,000.00
DAVIE, FL 33328

    Date Filed            22-Mar-2017
    Bar Date
    Claim Face Value       $10,000.00

**JERRY TAYLOR**                           **Clm No 83134**   Filed In Cases: 140
C/O O'SHEA & REYES, LLC              Class              Claim Detail Amount        Final Allowed Amount
ATTN: DANIEL F. O'SHEA               UNS                  $10,000.00
5599 SOUTH UNIVERSITY DR, STE 202                         $10,000.00
DAVIE, FL 33328

    Date Filed            22-Mar-2017
    Bar Date
    Claim Face Value       $10,000.00

**JERAMIAH AUER**                          **Clm No 83135**   Filed In Cases: 140
C/O O'SHEA & REYES, LLC              Class              Claim Detail Amount        Final Allowed Amount
ATTN: DANIEL F. O'SHEA               UNS                  $10,000.00
5599 SOUTH UNIVERSITY DR, STE 202                         $10,000.00
DAVIE, FL 33328

    Date Filed            22-Mar-2017
    Bar Date
    Claim Face Value       $10,000.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1046 of 2984

---

**JEFFREY BOLAND**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83136**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**EDDIE SENIOR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83137**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**JOHN GALVIN**
ED GALVIN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83138**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1047 of 2984

---

**DURL ANDERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83139**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DOUGLAS WALKER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83140**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DOUGLAS PAGACH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83141**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1048 of 2984

---

**DOUGLAS MARVEL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DOUGLAS KRETZER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**JOHNNY LYONS**
DORIS LYONS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1049 of 2984

---

**DONALD CROCKROM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83145**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD RAY PALMER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83146**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD MONTGOMERY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83147**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1050 of 2984

**DONALD HESS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

**DONALD AUSTIN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

**KATHIE EMERSON**
GILBERT EMERSON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                                      1051 of 2984

| RUTH LARSON | Clm No 83151 | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| GILBERT LARSON | | | |
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

| GERALD THARP | Clm No 83152 | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

| MARY AINSWORTH | Clm No 83153 | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| GERALD AINSWORTH | | | |
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1052 of 2984

---

**GERALD LUCEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GERALD HAGA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GERALD PEARMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1053 of 2984

---

**GEORGE ALEX**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GEORGE ANTHONY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GEORGE HOWARD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1054 of 2984

---

**GEORGE CULIG**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GEORGE GAY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83161**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GEORGE WIGGINS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1055 of 2984

---

**GEORGE DIXON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RENEE WAGNER**
GEORGE WAGNER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**GEORGE KATKE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83165**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1056 of 2984

---

**BETTY LOEFFLER**
GEORGE HALE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GEORGE JENKINS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HAZEL GILES**
GEORGE GILES
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1057 of 2984

---

**GEORGE BUSHEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HAROLD SMITH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HAROLD WEESNER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1058 of 2984

---

**HAROLD DAUT JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83172**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HAROLD WALTERS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83173**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HAROLD NELSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83174**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1059 of 2984

---

**HAROLD FAST**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83175**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAMELA NEAL**
HAROLD NEAL
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83176**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HAROLD JOHANSSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83177**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1060 of 2984

---

**KATHRYN HARRELL**
HAROLD SCHOFIELD
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83178**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HAROLD HUDSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83179**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARJORIE KELLEY**
HAROLD MCDADE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83180**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $100,000.00         |                      |
|       | $100,000.00         |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1061 of 2984

---

**HELENA HILL**
HAROLD MCKENZIE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83181**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BRIAN LOVELY**
HAROLD LOVELY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83182**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GUY SACKETT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1062 of 2984

---

**MARY REINTJES**
GORDON REINTJES
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Clm No 83184 | Filed In Cases: 140 | |
| --- | --- | --- |
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GLENN REGISTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Clm No 83185 | Filed In Cases: 140 | |
| --- | --- | --- |
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $100,000.00 | |
| | $100,000.00 | |

| Date Filed | 22-Mar-2017 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**GIUSEPPE COLACINNO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Clm No 83186 | Filed In Cases: 140 | |
| --- | --- | --- |
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1063 of 2984

---

**HENRY BOYD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83187**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HENRY WITTMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JUDITH KROENING**
HENRY KROENING
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1064 of 2984

---

**PATRICIA VOTTERO**
HELEN VANDIVER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HEINZ MEIER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83191**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HECTOR MCBRIDE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1065 of 2984

---

**HECTOR GONZALEZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83193**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $50,000.00 |

---

**HAZEL GIBBS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83194**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**HARVEY HOBBS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83195**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1066 of 2984

---

**HARVEY RISCHLING**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HARRY GASPARETT JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JEFFREY DAVIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1067 of 2984

---

**JEFFREY PAULSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JEFFERY RONCIAK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JEFFERY LEONARD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1068 of 2984

---

**JEFFERY SHOTTS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JEANNIE STURGELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83203**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JEAN ANNE POTTS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83204**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1069 of 2984

---

**KATHIE ROOP**
JAY ROOP
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83205**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**JANNIE SICKLES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**JAN GENTRY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                          1070 of 2984

---

**JAMES W. JOHNSON**                    **Clm No 83208**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          Class          Claim Detail Amount        Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202        UNS              $10,000.00
DAVIE, FL 33328                                           $10,000.00

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**JAMES LAYTON**                         **Clm No 83209**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          Class          Claim Detail Amount        Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202        UNS              $10,000.00
DAVIE, FL 33328                                           $10,000.00

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**JAMES HENNEN JR.**                     **Clm No 83210**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          Class          Claim Detail Amount        Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202        UNS              $10,000.00
DAVIE, FL 33328                                           $10,000.00

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1071 of 2984

---

**JAMES FROONJIAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ELIZABETH HAMILTON**
JAMES MELVIN HAMILTON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $100,000.00         |                      |
|       | $100,000.00         |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**DIANNE WOODS**
JAMES WOODS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1072 of 2984

---

**JAMES CROUCH JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83214**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES HALL JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83215**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES WALLACE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83216**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1073 of 2984

---

**JAMES BAREFIELD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES WEIGLE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**BARBARA COSTER**
JAMES COSTER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***                    3/20/2018 3:42:12 PM

*Claims Details*                                                                 1074 of 2984

---

**JAMES WIGGINS**                          **Clm No 83220**    Filed In Cases: 140

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017

Bar Date

Claim Face Value      $10,000.00

---

**JAMES MATTHEWS**                         **Clm No 83221**    Filed In Cases: 140

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017

Bar Date

Claim Face Value      $10,000.00

---

**JAMES OWENS**                            **Clm No 83222**    Filed In Cases: 140

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017

Bar Date

Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1075 of 2984

---

**JAMES RAYFORD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83223**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES O'REILLY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83224**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES SMITH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83225**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1076 of 2984

---

**JAMES REILLY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83226**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN MANIGOLD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN LINDLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1077 of 2984

---

**JOHN CIANCIDO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JEANINNE BUSECK**
JOHN JARNEVIC
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JUDY WEEMS**
JOHN WEEMS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1078 of 2984

---

**JOHN BOWEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $35,000.00         |                    |
|       | $35,000.00         |                    |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $35,000.00

---

**JOHN BELLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**JOHN GARNER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1079 of 2984

---

**JOHN RANGEL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN DONNELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN BATES III**
JOHN BATES JR.
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1080 of 2984

---

**JOHN ERNEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83238**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN LAFFEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83239**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RAYMOND KAMPSEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83240**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1081 of 2984

---

**RAYMOND MILLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RAYMOND DILUCCHIO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RAYMOND OSBORN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1082 of 2984

---

**RAYMOND POLCZAK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RAYMOND HERMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ADELLE MATZDORFF**
RALPH MATZDORFF
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1083 of 2984

---

**RALPH BUTTS JR.**
RALPH BUTTS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value    $10,000.00

---

**VIRGINIA A. COURTNEY**
R.J. ROWELL
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83248**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value    $50,000.00

---

**BARBARA ECHOLS**
R.J. ECHOLS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value    $50,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1084 of 2984

---

**RAYMOND NICHOLS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83250**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RAY LANDWEHR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RANDY VAN HOUTEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1085 of 2984

---

**RAFAEL SANTIESTEBAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $100,000.00         |                      |
|       | $100,000.00         |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**PROPHET COATS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL BUTLER**
PEGGY BUTLER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1086 of 2984

---

**RICHARD WAGGONER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83256**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HARRY GRUPE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83257**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HARRY HOLDING**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83258**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1087 of 2984

---

**HARRY LEON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83259**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HARRY CULLISON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83260**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HARRY HALL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83261**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1088 of 2984

---

**HARRY SCHRAMM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HARRY CAMPBELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HARRY SMITH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83264**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1089 of 2984

---

**HARRY WESOLOWSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83265**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARTHUR BROWN**
HARRY BROWN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83266**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FREDDIE COOK**
HARRISON COOK
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83267**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1090 of 2984

---

**HARRIS BURCHELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83268**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HAROLD SCHMELZER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83269**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HAROLD PHILLIPS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83270**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**HAROLD NIPPLE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83271**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value    $10,000.00

---

**HAROLD HOLMES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83272**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value    $10,000.00

---

**JOHN WINTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83273**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1092 of 2984

---

**JOHN ALLEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83274**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|--------------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN LUCKHURST**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83275**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|--------------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN CUSTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83276**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|--------------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1093 of 2984

---

**JOHN BAILEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83277**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN LYONS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83278**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN MOSS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83279**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1094 of 2984

---

**JOHN LOWE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83280**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CURTIS HALL**
JOHN JUDKINS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83281**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN MANN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83282**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1095 of 2984

---

**JOHN BATEMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83283**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN ENGLISH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83284**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN ROACHE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83285**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1096 of 2984

---

**JOHN MITCHELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83286**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN GENTRY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83287**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ODELLA WILSON**
JOHN WILSON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83288**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1097 of 2984

---

**JOHN MOSLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN JACOBS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83290**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HEATHER LIEBERMAN**
JOHN GARREN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83291**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1098 of 2984

---

**JOHN CONNER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**LINDA PHILLIPS**
JOHN PHILLIPS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**JOE OGLESBY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1099 of 2984

---

**KAREN DILLON KING**
JOE WATSON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOE MERRELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83296**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOE JAMES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1100 of 2984

---

**JOE SCHNEIDERWIND**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83298**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOE GERSNA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83299**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOE MCCULLOCH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83300**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1101 of 2984

---

**JOE MOSS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**JOE HENDERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOANNA RUSS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1102 of 2984

---

**JINX BEASLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JIMMY SIMPSON JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JIMMY BOOKER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1103 of 2984

---

**JIMMY WALLACE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83307**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JIMMY HAM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83308**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JIM MCINTOSH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83309**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1104 of 2984

---

**EDWARD BOHLING**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83310**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARYANN WITEK**
EDWARD WITEK
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CORWIN HICKS**
EDGAR HICKS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1105 of 2984

---

**EDDIE JOHNSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83313**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EDDIE NORWOOD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83314**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD LAWSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83315**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1106 of 2984

---

**SHAWANDA BENNETT**
EDDIE KINCAID
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83316**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD HUTCHINSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83317**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD RAGLAND**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83318**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1107 of 2984

---

**DONALD MARLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD SOWINS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD RAINEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83321**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1108 of 2984

---

**DONALD NEWCOMB**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD LUCAS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $100,000.00 | |
| | $100,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**DONALD PETTICHORD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1109 of 2984

---

**DONALD JONES**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 83325**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROXANNE BLESSENT**

DONALD BLESSENT

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 83326**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARY MORLEY**

DONALD MORLEY

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 83327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 1110 of 2984

---

**DONALD FANNIN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD PITTS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD DECKARD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1111 of 2984

---

**DONALD FLAXBEARD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD WALTERS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD MCCORMICK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*       3/20/2018 3:42:12 PM

*Claims Details*       1112 of 2984

---

**DONALD FREEMAN JR.**

DONALD FREEMAN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $100,000.00         |                      |
|       | $100,000.00         |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**JANET UPTON**

DONALD UPTON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**DONALD WORDEN**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1113 of 2984

---

**JEANETTE LALONDE**
DONALD LALONDE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**DONALD PATRICK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**DONALD WELLS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1114 of 2984

---

**DONALD STEWART**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83340**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 22-Mar-2017  |
|-------------------|--------------|
| Bar Date          |              |
| Claim Face Value  | $10,000.00   |

---

**WINIFRED CHAPLIN**
DONALD CHAPLIN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83341**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 22-Mar-2017  |
|-------------------|--------------|
| Bar Date          |              |
| Claim Face Value  | $10,000.00   |

---

**BARBARA ADAMS**
DONALD ADAMS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83342**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 22-Mar-2017  |
|-------------------|--------------|
| Bar Date          |              |
| Claim Face Value  | $10,000.00   |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1115 of 2984

---

**MARY ELAINE HARRISON**
DONALD HARRISON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83343**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $100,000.00 | |
| | $100,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**DONALD SNELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83344**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD COOPER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83345**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1116 of 2984

---

**JOHN MOURANI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**DONALD BOOTHE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**DONALD MORGAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1117 of 2984

---

**DONALD MCFARLAND**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SANDRA QUICK**
WAYNE FORCUM
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83350**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $100,000.00         |                      |
|       | $100,000.00         |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**JEANETTE STITES**
WESLEY STITES
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83351**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1118 of 2984

---

**WILBER SETH MCCULLOUGH**

WILBER MCCULLOUGH
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**WILBERT CONN**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILBUR HUMMEL**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1119 of 2984

---

**WILBUR METHENEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83355**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILFORD JOY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83356**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLARD BOYER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83357**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1120 of 2984

---

**WILLIA ARMSTRONG**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM DANIEL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM HAMMOND**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1121 of 2984

---

**WILLIAM BARNHART**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM ELLENBERGER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM GLADE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1122 of 2984

---

**DONALD BUFFORD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**DONALD CAIN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**DONALD NEHRING**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:42:12 PM

*Claims Details*                                                                                    1123 of 2984

---

**DONALD SALMELA**                    **Clm No 83367**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**ROBERT CROSIER**                    **Clm No 83368**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**ROBERT ZIMMERMAN**                    **Clm No 83369**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1124 of 2984

---

**ROBERT WOOLSEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**VIRDIE WATTS SULLIVAN**
ROBERT WATTS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT KEGEBEIN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1125 of 2984

---

**ROBERT COLLINS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83373**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT MOORE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83374**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT FULLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83375**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

1126 of 2984

---

**ROBERT BRODIE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83376**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BARRY HELSEL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83377**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**THETUS COX**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83378**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1127 of 2984

---

**PATRICK HENRY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83379**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $35,000.00

---

**PATRICK E. ALFARO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83380**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**PATRICK O'HARA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83381**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1128 of 2984

---

**WES DEBARDELABEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAUL ERLEWINE JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JUANITA MURRAY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1129 of 2984

---

**DOROTHY MCKENZIE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83385**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD MCRORIE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PATRICK OLIVIA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83387**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1130 of 2984

---

**PATRICK DUNCAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PATRICK DELVEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAUL BRUTOUT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 1131 of 2984

---

**PAUL BALAS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAUL ROWE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAUL DANNIELS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1132 of 2984

---

**PAUL CURRIER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAUL CARPENTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAUL KEENAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1133 of 2984

---

**PAUL HURLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83397**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAUL HOHOS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83398**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MELVIN SINER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83399**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1134 of 2984

---

**MELVIN MAGEE JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL L. SMITH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**KATHRYN KISER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $100,000.00         |                      |
|       | $100,000.00         |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1135 of 2984

---

**MICHAEL HOLLOWAY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83403**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL BROWN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83404**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL ADAMS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83405**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1136 of 2984

---

**MICHAEL HOLLAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83406**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JUDITH JOHNSTON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83407**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GARY WULFERT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83408**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1137 of 2984

---

**GARY BLACZIENSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83409**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-|-|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GENE DENNIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83410**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-|-|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GENE ALBERS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83411**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-|-|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1138 of 2984

---

**GENE BROWN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83412**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GENE NOTHAKER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GENE KORNMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1139 of 2984

---

**OREA HOWARD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83415**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**JEWELL WILSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83416**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BARBARA JEAN PATTERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83417**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1140 of 2984

---

**GEORGE CARRICO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83418**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CAROL CHRISTIANSEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83419**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SCOTT EGGLEFIELD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83420**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $100,000.00         |                      |
|       | $100,000.00         |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1141 of 2984

---

**GEORGE CURRAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83421**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GEORGE FLEISCHEMANN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83422**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GEORGE DENMARK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83423**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1142 of 2984

---

**EDWARD ERWAY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83424**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EDWARD HARDISON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83425**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HERBERT PETERS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83426**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1143 of 2984

---

**HENRY WINFREY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83427**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**HENRY POSPYCHAIA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83428**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HENRY TYSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83429**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1144 of 2984

---

**HENRY HILL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**HENRY ALLEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**HENRY SCHMIDT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1145 of 2984

---

**HENRY VAUGHN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83433**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HENRY HERSHMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83434**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BENJAMIN BURNS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83435**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1146 of 2984

---

**ANN WILLIAMS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**FREDERICK ROBINSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID ROBERTSON**
Edward Flinn
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1147 of 2984

---

**EDWARD PUSKAR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83439**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**GALE JOHNSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83440**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**GALE ADRED SWILLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83441**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1148 of 2984

---

**GALEN POTTS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GALEN BENGSTON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GALEN MYERS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1149 of 2984

---

**GARA MOODY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GARRETT ELLIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL FOSTER**
Garry Foster
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1150 of 2984

---

**GARRY HALE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83448**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GARY SHORT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83449**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JUDY CROUCH**
Gary Crouch
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83450**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1151 of 2984

---

**CAROL PADGETT**
Gary Padgett
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83451** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GARY KIRSCH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83452** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CINDY DYKE**
Gary Dyke
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83453** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1152 of 2984

---

**GARY DREW**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83454**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GARY HUSBAND**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83455**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GARY WYMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83456**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1153 of 2984

---

**GARY FENLONG**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GARY SOLTYS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GARY JOHNSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1154 of 2984

---

**GARY BLEDSOE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83460**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GARY FLOTT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83461**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GARY SPENCE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83462**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1155 of 2984

---

**CATHY BRANSON**

Gary Branson
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GARY KEYS**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GARY KROSECKY**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1156 of 2984

---

**GARY BELUE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EMERSON FISKE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EMERY BRAZIL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1157 of 2984

**EMIL KRAMPEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83469**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EMMETT DUSTIN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83470**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MAXINE HEIN**
Enos Hein
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83471**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1158 of 2984

---

**ERIC TRIMBLE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ERIC SEELY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FRANK DICESARE JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

1159 of 2984

---

**MEREDITH WILMATH**

Frank Wilmath
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Clm No 83475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

---

**FRANK ROBERTS**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Clm No 83476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

---

**FRANK LERMA**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Clm No 83477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1160 of 2984

---

**CYNTHIA GABLE**

Frank Kripal
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83478**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JUANITA BOTKIN**

Frank Botkin
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83479**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PATRICIA ANAYA**

Frank Schuette
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83480**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1161 of 2984

---

**ANN MARIE LO PORTO**

Frank Lo Porto
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83481** | Filed In Cases: 140 |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAULINE WORREL**

Fred Worrel
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83482** | Filed In Cases: 140 |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ANN MARIE MILEY**

Fred Minard
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83483** | Filed In Cases: 140 |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1162 of 2984

---

**JESSIE WILSON**

Fred Wilson

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

| | Clm No 83484 | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FRED WUKICH**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

| | Clm No 83485 | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FRED EDWARDS**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

| | Clm No 83486 | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1163 of 2984

---

**FRED WORLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83487**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GAYLE DEAL**
Freddie Deal
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83488**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FREDDIE SEALS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83489**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1164 of 2984

---

**GLORIA ATKINS**

Freddie Atkins
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83490**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FREDERICK PECK**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83491**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FREDERICK MERRELL**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83492**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1165 of 2984

---

**FREDERICK KEPHART**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83493**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FREDERICK GIBBONS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FREDERICK KATZER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83495**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1166 of 2984

---

**FREDERICK GALLOWAY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83496**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EDWARD POISSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EDWARD SMITH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1167 of 2984

---

**EDWARD PALCZYNSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83499**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JULIE SMITH**
Edward Furr II
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83500**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ELMER STUDLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83501**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1168 of 2984

---

**ELMER MANNEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $50,000.00

---

**ELMER KASINGER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**KIMBERLY MASTERSON**
Elmo Mitchell
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1169 of 2984

---

**ELVIN LYNN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ADNAN AFIF**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LEAH CRAMER**
Alan Cramer
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

1170 of 2984

---

**EDWARD OSWALD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EDWARD OWENS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EDWARD TINDALL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1171 of 2984

---

**SAMANTHA WHITE JONES**
Edward Davis
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83511**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EDWIN HERMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83512**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EDWIN HAM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83513**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1172 of 2984

---

**EDWIN EDWARDS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**EDWINA GREGORY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**ELDON DAVIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

**ELI ROKNICH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83517**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**ELIJAH JOHNSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83518**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**ELISEO OROPESA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83519**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1174 of 2984

**ELISHA THOMPSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83520**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**SHAWN BROWN**
Elizabeth Brown
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

**ELIZABETH WATKINS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1175 of 2984

---

**ELLIOT PEDROZA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ELLSWORTH GOOD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ELMER MCATEE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1176 of 2984

---

**ELMER HANCOCK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARTHUR NEWBERN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARTHUR BYRD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1177 of 2984

---

**ARTHUR MERRIFIELD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83529**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARTHUR RICHA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83530**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**ARTHUR GREENLAW**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83531**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1178 of 2984

---

**ARTHUR THOMPSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83532**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARTHUR JONES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83533**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARTHUR BOGASH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83534**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1179 of 2984

---

**ARTIS MACON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83535**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ASBERRY WHITING**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83536**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**AUGUSTINE AMAYA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83537**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1180 of 2984

---

**AUSTIN LOWERY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed             22-Mar-2017
Bar Date
Claim Face Value       $10,000.00

---

**BARBARA FISHER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83539**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed             22-Mar-2017
Bar Date
Claim Face Value       $10,000.00

---

**BARRY THOMPSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed             22-Mar-2017
Bar Date
Claim Face Value       $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1181 of 2984

---

**CHARLES DEEMER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES AKINS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES WILL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1182 of 2984

---

**BENJAMIN THOMPSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARY JAMES**
BENNETT JAMES JR.
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BENNIE MACK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1183 of 2984

---

**BENNIE PRICHETT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83547**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DOMINICK LAPARNE**
BENNY LAPARNE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83548**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BENTON PRINCE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83549**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1184 of 2984

---

**BERNARD BRENNER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ESTHER BOGDANOFF**
BERNARD BOGDANOFF
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BERNARD STATILE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1185 of 2984

---

**BERNARD CLERMONT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83553**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BERNARD CUNNINGHAM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83554**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $35,000.00         |                    |
|       | $35,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**BERNICE WATSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83555**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1186 of 2984

---

**BERNICE ASPINWALL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83556**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ALBERT AHMED**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83557**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JEANETTE SINGLETARY**
ALBIE SINGLETARY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83558**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1187 of 2984

---

**SHEILA SLIGER**
ALFRED SLIGER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**ALLEN MADISON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ALLEN PARKER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1188 of 2984

---

**JORDAN RUSS**
ALTON GOBBELL
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAULINE CARLISLE**
AMOS CARLISLE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**MARIE TURNBULL**
ANDREW TURNBULL
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1189 of 2984

---

**ANDREW CHAMBERS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SALLE PAEZ**
ANGEL ORTIZ-RIVERA
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $100,000.00 | |
| | $100,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**ANSELMO ORTIZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1190 of 2984

---

**ANTHONY SCHAFF**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARCHIE LEE WALKER JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARDELL HOWELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83570**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1191 of 2984

---

**DON MACKENZIE**
ARDEN SHIRO
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83571** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $100,000.00 | |
| | | $100,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**ARGUSTA JOHNSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83572** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARLENE THOMAS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83573** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1192 of 2984

---

**LUCY DUBOIS**
ARLON DUBOIS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARMANDO FERNANDEZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**ARMSTEAD JAMERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 1193 of 2984

---

**ARNOLD RUECKER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83577**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARY GRUNING**
ARNOLD GRUNING
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83578**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**ARTHUR BRADFORD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83579**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

## *Claims Details*                                                                    1194 of 2984

---

**TAMARA BARTH**                        **Clm No 83580**    Filed In Cases: 140
ARTHUR MILLER
C/O O'SHEA & REYES, LLC              | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: DANIEL F. O'SHEA               |-------|---------------------|----------------------|
5599 SOUTH UNIVERSITY DR, STE 202    | UNS   | $10,000.00          |                      |
DAVIE, FL 33328                      |       | $10,000.00          |                      |

| Date Filed       | 22-Mar-2017 |
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**ARTHUR MOORHEAD**                     **Clm No 83581**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA               | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202    |-------|---------------------|----------------------|
DAVIE, FL 33328                      | UNS   | $10,000.00          |                      |
                                     |       | $10,000.00          |                      |

| Date Filed       | 22-Mar-2017 |
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**ARTHUR CYPHERS**                      **Clm No 83582**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA               | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202    |-------|---------------------|----------------------|
DAVIE, FL 33328                      | UNS   | $10,000.00          |                      |
                                     |       | $10,000.00          |                      |

| Date Filed       | 22-Mar-2017 |
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1195 of 2984

---

**ARTHUR MORA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83583**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**EASTER GRAY**
ARTHUR GRAY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83584**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**BERTHA DOTSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83585**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1196 of 2984

**ARTHUR GARRISON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83586**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**ERWIN ZIEGLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83587**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**ETHEL DUBOSE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83588**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1197 of 2984

---

**EUGENE SHOWS**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EUGENE BOYD**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EUGENE BARNES**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1198 of 2984

---

**BARBARA DUCHAC**
EUGENE DUCHAC
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EUGENE BROCK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CATHY EICHENSEHR**
EUGENE DELONG
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1199 of 2984

---

**MARY JOYCE MYERS**
EUGENE MYERS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GAYLE RIECKEN**
HORST RIECKEN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**HORACE GLENN JR.**
HORACE GLENN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $100,000.00         |                      |
|       | $100,000.00         |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

---

*Claims Details*

1200 of 2984

---

**HESHLA WATSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $100,000.00 | |
| | $100,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**HERSCHEL DICKERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HERSCHEL SPITZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83600**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1201 of 2984

---

**HERMAN CARSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83601**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HERMAN LUCAS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83602**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HERBERT RASHADA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83603**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1202 of 2984

---

**LONNA GRANTLEN**
HERBERT PINKNEY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**HERBERT WEBER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $35,000.00 |

---

**HERBERT PARSONS III**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83606**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                    1203 of 2984

---

**SHARRY MURAWSKI**                     **Clm No 83607**    Filed In Cases: 140
HERBERT KUEHN
C/O O'SHEA & REYES, LLC               | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: DANIEL F. O'SHEA                |-------|---------------------|----------------------|
5599 SOUTH UNIVERSITY DR, STE 202     | UNS   | $10,000.00          |                      |
DAVIE, FL 33328                       |       | $10,000.00          |                      |

        Date Filed            22-Mar-2017
        Bar Date
        Claim Face Value       $10,000.00

---

**RICHARD COLLINS**                     **Clm No 83608**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA                | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202     |-------|---------------------|----------------------|
DAVIE, FL 33328                       | UNS   | $10,000.00          |                      |
                                      |       | $10,000.00          |                      |

        Date Filed            22-Mar-2017
        Bar Date
        Claim Face Value       $10,000.00

---

**RICHARD COOGAN**                      **Clm No 83609**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA                | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202     |-------|---------------------|----------------------|
DAVIE, FL 33328                       | UNS   | $10,000.00          |                      |
                                      |       | $10,000.00          |                      |

        Date Filed            22-Mar-2017
        Bar Date
        Claim Face Value       $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1204 of 2984

---

**RICHARD ALDRICH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD JACKO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD CUMMINS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1205 of 2984

---

**RICHARD JACKSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83613**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAUL CROWELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83614**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAUL SOBKOWICZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83615**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1206 of 2984

---

**PAUL HASHIGUCHI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83616**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**LEON WARD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83617**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**LEONARD HILL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83618**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1207 of 2984

---

**LEONARD TONES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83619**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LEONARD WYSKOWSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83620**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARK ONDRACEK**
LEONARD ONDRACEK
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83621**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1208 of 2984

---

**LEONARD FRECKS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LEONARD BOLHAFNER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**CAROL POSAVAC**
LEONARD POSAVAC
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1209 of 2984

---

**LEONARD BLAGOJEVICH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**LEONARD JONES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**LEONARD KAROLCZAK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                          1210 of 2984

---

**LEONARD GRAF**                          **Clm No 83628**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202     UNS            $10,000.00
DAVIE, FL 33328                                       $10,000.00

Date Filed          22-Mar-2017
Bar Date
Claim Face Value       $10,000.00

---

**JULIAN BROAEN SR.**                     **Clm No 83629**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202     UNS            $10,000.00
DAVIE, FL 33328                                       $10,000.00

Date Filed          22-Mar-2017
Bar Date
Claim Face Value       $10,000.00

---

**KATHERINE CLARK**                       **Clm No 83630**    Filed In Cases: 140
ERNEST CLARK
C/O O'SHEA & REYES, LLC          Class          Claim Detail Amount      Final Allowed Amount
ATTN: DANIEL F. O'SHEA                 UNS            $35,000.00
5599 SOUTH UNIVERSITY DR, STE 202                     $35,000.00
DAVIE, FL 33328

Date Filed          22-Mar-2017
Bar Date
Claim Face Value       $35,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**FRANCES STEPHENS**
ERNEST STEPHENS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**ERIC LANGFORD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**ERIC BURNETT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1212 of 2984

---

**PATRICIA HARRIS**
ERNEST HARRIS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83634**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $35,000.00 |

---

**ERNEST RISKE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83635**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**ERNEST HATTERY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83636**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1213 of 2984

---

**EUGENE JOHNS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83637**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EUGENE HARPER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83638**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**EUGENE DZWONKOWSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83639**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1214 of 2984

---

**EUGENE PAVLACK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EVERETT NIGHTINGALE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EZRA ROSCOE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

**JOYCE LEAMY**
FRANCIS LEAMY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed         22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

**FRANCIS SENOVIC**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed         22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

**FRANK BUTTRAM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83645**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed         22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1216 of 2984

---

**ERNEST STRANKOSKY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83646**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ERNEST SAKO JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ERNESTO GONZALEZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1217 of 2984

---

**ERNST GARUS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83649**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MILLARD ROBERTS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83650**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SHIRLEY KARASEK**
MILO KARASEK
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83651**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1218 of 2984

---

**GLORIA SIMMONS**
MITCHEL E. SIMMONS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Date Filed | 22-Mar-2017 |
| | Bar Date | |
| | Claim Face Value | $100,000.00 |

**Clm No 83652**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $100,000.00 | |
| | $100,000.00 | |

---

**MORGAN WHITE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Date Filed | 22-Mar-2017 |
| | Bar Date | |
| | Claim Face Value | $10,000.00 |

**Clm No 83653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

---

**MYRON HURST**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Date Filed | 22-Mar-2017 |
| | Bar Date | |
| | Claim Face Value | $10,000.00 |

**Clm No 83654**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1219 of 2984

---

**MOSES KNOTT III**
MOSES KNOTT
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83655**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LINDA KIGER**
MYRON BRIZENDINE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83656**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**NATHANIEL JONES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83657**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1220 of 2984

---

**NICHOLAS MACIOCIA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**NINA KIZER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**NOLAND MCINTOSH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 1221 of 2984

**NORA HARRIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**NORM VANWORMER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**NORMA SCHUBERT**
NORMAN BRASHERE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**NORMAN MAPLE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83664**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**NORMAN HOGAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83665**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SHEREE ROSS**
LAWRENCE MCINTOSH
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83666**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1223 of 2984

---

**LISA STUBECK**
LEE VARIAN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $100,000.00 | |
| | $100,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**LEE HUMBOLT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LEE PATTERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1224 of 2984

---

**LEE ROY JONES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83670**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LELAND RILEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83671**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LENNIE THOMAS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83672**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1225 of 2984

---

**LEO HUSE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 22-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**NAOMI BARR**
LEO BARR
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 22-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**LEO MCDOWELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 22-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1226 of 2984

---

| **LEO HOUCK** | **Clm No 83676** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **MICHAEL BARNES** | **Clm No 83677** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **MICHAEL DUERR** | **Clm No 83678** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1227 of 2984

---

**MICHAEL DUFFIELD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83679**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARY KENNEDY**
MICHAEL W. KENNEDY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83680**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL HABURA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83681**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1228 of 2984

---

**MICHAEL MCALLISTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL HASKINS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**MICHAEL KELLY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83684**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1229 of 2984

---

**MICHAEL HARNESS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83685**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL KILET**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83686**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL RILEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83687**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1230 of 2984

---

**MICHAEL BAIN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARY BURNLEY**
MICHAEL BURNLEY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL COOPER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83690**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

1231 of 2984

---

**MICHAEL DYWAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL KALMAR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL BOYD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1232 of 2984

---

**MARVIN STRONG**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARVIN HAASE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARVIN SMITH SR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1233 of 2984

---

**MARVIN SOWELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARVIN WRIGHT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83698**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARY JOHNSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83699**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1234 of 2984

---

**MARY SIMMONS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83700**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARY BISHOP**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83701**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ANNIE BRYANT**
MATTHEW BRYANT
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83702**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1235 of 2984

---

**CONNIE JO DIAMOND**
MAURICE LEE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83703**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOYCE BAILEY**
MAURICE BAILEY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MAXINE HARRIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1236 of 2984

---

**MAXINE MAYS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MAYNARD LACLAIR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83707**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID WARD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1237 of 2984

---

**DAVID SULTZER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83709**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID HUSS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83710**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DALE SENKOVIC**
DAVID SENKOVIC
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83711**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1238 of 2984

---

**DAVID CANNON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LYDIA JONES**
CARSON JONES
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**SERENA FLOWERS**
CECIL FLOWERS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1239 of 2984

---

**SHARON CHISHOLM**
CECIL CHISHOLM
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83715**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $100,000.00 | |
| | $100,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $100,000.00

---

**JOANNA ANGLETON**
CECIL ANGLETON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83716**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**CECIL TUCKER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83717**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1240 of 2984

---

**CECIL MILES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**CECIL WRIGHT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**CECIL THOMAS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value        $50,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**CECIL MANN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83721**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CECIL WIREMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83722**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CEDRIC HALL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83723**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1242 of 2984

---

**CEPHUS MCGEE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83724**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CARMEN NORMET**
CESAR RODRIGUEZ DAMAS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83725**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GENEVA CARPENTER**
CHARLES CARPENTER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83726**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $100,000.00 | |
| | $100,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1243 of 2984

---

**SARA RICKARD**
CHARLES RICKARD
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83727**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**VIRGINIA WILSON**
CHARLES WILSON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83728**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**CHARLES ROSSELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83729**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1244 of 2984

---

**CHARLES GEHR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES BECHTOLD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES RAGON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1245 of 2984

---

**WILLIAM HILL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83733**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**WILLIAM BRUMFIELD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83734**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM HAROLD WILKERSON JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83735**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1246 of 2984

---

**WILLIAM J. LOWE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83736**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**WILLIAM GUILD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83737**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BETTY BROWN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83738**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

**Claims Details**

1247 of 2984

---

**BEVERLY EARL HARDY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83739**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**BILLIE RICHARDSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83740**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**SHELBY TINDLE**
BILLY TINDLE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83741**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1248 of 2984

---

**BILLY TODD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83742**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BILLY FISHER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83743**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JEANETTE ROBERTS**
BILLY ROBERTS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83744**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1249 of 2984

---

**SHIRLEY HANDLEY**
BILLY HANDLEY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BOB GAJDIK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JACQUELINE JONES**
BOBBY JONES
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1250 of 2984

---

**BOBBY BOYETTE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83748**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LINDA DODRIDGE**
BRADY COX
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83749**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CINDA GUILLAUM**
BRUCE GUILLAUM
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83750**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1251 of 2984

---

**FRED WIESEMANN**
BRUCE WIESEMANN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83751**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $100,000.00         |                      |
|       | $100,000.00         |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**VICTORIA PLEBANKSI**
BRUNO PLEBANSKI
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83752**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DANIEL YACKUS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83753**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1252 of 2984

| **DANNY SONATY** | **Clm No 83754** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| **DANNY WEST** | **Clm No 83755** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| **DANNY HARNESS** | **Clm No 83756** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1253 of 2984

---

**DANNY MCDOWELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DANNY RADINSKY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83758**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DARREL FYOCK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1254 of 2984

---

**DARREL RUTTGEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**DARREL REINHARDT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**DARREL COTTOM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1255 of 2984

---

**DARWIN PISANKA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DARYL COX**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DOROTHY HARRIS**
DAVID HARRIS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1256 of 2984

---

**CHERYL  MARTIN**
DAVID STOCKY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID RINCK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EMMA JOHNSON**
JAMES JOHNSON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1257 of 2984

---

**PATRICIA MITCHELL**
JAMES MITCHELL
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $50,000.00 |

---

**JAMES WILSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**ALTA POTTS**
JAMES POTTS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1258 of 2984

---

**JAMES KOPECKY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83772**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES BLOCK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83773**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES MICHALAK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83774**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1259 of 2984

---

**LINDA SCHUMAN**

JOHN SHUMAN

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 83775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN UNDERWOOD**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 83776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN BURNARD**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 83777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1260 of 2984

---

**JOHN FREEMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BARBARA CONSTANZA**
JOHN CONSTANZA
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN CARTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1261 of 2984

---

**JOHN NOORDAM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN FITZGERALD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN TORCIA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1262 of 2984

---

**JENNIFER HIGGINS**
JOHN SCHOLZ JR.
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83784**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 22-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**BEATRICE MEYER**
JOHN MEYER
ATTN: DANIEL F. O'SHEA
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83785**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 22-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**JOHN JENNINGS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83786**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 22-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1263 of 2984

---

**JOHN MCELLIGOTT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN CRISCONE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN BARNES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1264 of 2984

---

**MICHAEL J. SMITH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83790**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL DOWNES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83791**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL DRUTHER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83792**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1265 of 2984

---

**MICHAEL MURPHY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL CHITWOOD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MICHAEL MIZE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:42:12 PM

*Claims Details*    1266 of 2984

---

**MICHAEL D. SANDERS**      **Clm No 83796**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA      Class        Claim Detail Amount    Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202    UNS            $10,000.00
DAVIE, FL 33328                         $10,000.00

Date Filed        22-Mar-2017
Bar Date
Claim Face Value    $10,000.00

---

**MICHAEL KRAWEAK**      **Clm No 83797**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA      Class        Claim Detail Amount    Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202    UNS            $10,000.00
DAVIE, FL 33328                         $10,000.00

Date Filed        22-Mar-2017
Bar Date
Claim Face Value    $10,000.00

---

**WILLIAM COLLINS**      **Clm No 83798**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA      Class        Claim Detail Amount    Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202    UNS            $10,000.00
DAVIE, FL 33328                         $10,000.00

Date Filed        22-Mar-2017
Bar Date
Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1267 of 2984

---

**WILLIAM MALACKOWSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM CONNOR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83800**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM BERRY SR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83801**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1268 of 2984

---

**WILLIAM BERRY JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83802**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**REECE HORTON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83803**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RAYMOND LAWSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83804**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1269 of 2984

---

**GREG PATTERSON**
RAYMOND PATTERSON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RAYMOND RODRIGUEZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RAYMOND PATTERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1270 of 2984

---

**SHIRLEY BARTON**
WILLIAM BARTON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83808**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROSE ALTMAN**
WILLIAM CLENNEY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83809**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**WILLIAM LYNCH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83810**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1271 of 2984

---

**WILLIAM MCCONNELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83811**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM FERGUSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83812**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM DAVIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83813**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1272 of 2984

---

**WILLIAM CUNNINGHAM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83814**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM GILLESPIE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83815**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM MALY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83816**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1273 of 2984

---

**WILLIAM KRAEGER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83817**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM CASLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM INCE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1274 of 2984

---

**SHIRLEY PALMER**
RICHARD PALMER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD SPEARS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DULCE HOLT**
RICHARD HOLT
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                             1275 of 2984

---

**RICHARD BELIN**                    **Clm No 83823**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA        | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328               | UNS   | $10,000.00 |  |
                                       $10,000.00

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**RICHARD MYNATT**                   **Clm No 83824**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA        | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328               | UNS   | $10,000.00 |  |
                                       $10,000.00

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**BARBARA RAUGHTON**                 **Clm No 83825**    Filed In Cases: 140
RICHARD RAUGHTON
C/O O'SHEA & REYES, LLC       | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $50,000.00 |  |
DAVIE, FL 33328                        $50,000.00

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $50,000.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1276 of 2984

---

**RICHARD EVANS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|----------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHRISTINE BAKER**
WILLIAM BAKER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|----------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARGARET KLUTH**
WILLIAM KLUTH
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|-------|----------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1277 of 2984

---

**JEANNE MARIE LABELLE**
WILLIAM MCCLELLAN JR.
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $100,000.00         |                      |
|       | $100,000.00         |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**CHRISTOPHER HARE**
WILLIE HARE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**KEITH WILLIAMS**
WILLIE WILLIAMS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1278 of 2984

---

**EMMA WINNINGHAM**
WILLIE WINNINGHAM
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**KARA GRIFFIN**
WILLIE MCCLINON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**WILLIE KELLY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1279 of 2984

---

**LOUIS HOSPODKA JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**LOUIS BLONDIN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**LEOLA TOMCAK**
louis tomcak
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1280 of 2984

---

**LOUIS ARLOTTA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83838**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LOUIS BARLOW**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83839**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LUNA BLACKWELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83840**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1281 of 2984

---

**LYLE FASSETT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83841**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LINDA COUCH**
LYLE COUCH
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83842**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**KATHY LORTON**
LYLE LORTON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83843**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1282 of 2984

---

**MAGGIE SMITH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83844**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MALEK NADRAWS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83845**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MANUEL FRANCO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83846**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1283 of 2984

---

**DONALD EDLESTON**
MARGIE EDLESTON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**TERRY BROWN**
MARION BROWN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $100,000.00         |                      |
|       | $100,000.00         |                      |

| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**GINA SUMMER**
MARTHA WILLIAMS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**MARKOS KRITIKOS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARLIN BOYD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BRENT VAN SCOY**
MARTHA JANE VANSCOY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1285 of 2984

---

**CHARLES BAILEY**
MARTIN BAILEY JR.
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DOROTHY HOLLOWAY**
MARTIN HOLLOWAY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARTY WIMBERLY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1286 of 2984

---

**MARVET GARNER**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM COLLAZO**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM FLEMING**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1287 of 2984

---

**WILLIAM CALDERONE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83859**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM GWILT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83860**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM MORRIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83861**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

1288 of 2984

---

**WILLIAM MORRIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83862**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM CAMPBELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83863**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM HERN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83864**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1289 of 2984

---

**WILLIAM BRACKETT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83865**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**KERI DODD**
BURLE DEAN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83866**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CARL BLANK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83867**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1290 of 2984

---

**DONALD COONE**
CARL COONE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83868**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $50,000.00 |

---

**CARROL BRENT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83869**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**CARROL COOPER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83870**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1291 of 2984

---

**A.J. LINDSEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83871**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LINDA HARPER**
AARON HARPER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN HORNE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83873**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:42:12 PM

*Claims Details*    1292 of 2984

---

**JOHN C. BERENDZEN**                     **Clm No 83874**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN D. VENTRE**                     **Clm No 83875**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN PILENAK JR.**                     **Clm No 83876**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1293 of 2984

---

**JOHNNIE DEWITT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHNNY MORRIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPH STRAUB**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1294 of 2984

---

**JOSEPH RENNO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPH BOOTH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPH MERSCH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1295 of 2984

---

**JOSEPH LEMOND**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**JOSEPH WELDON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**JOSEPH KUPIEC**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1296 of 2984

---

**JOSEPH KULIKOSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83886**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES DENTON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83887**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PATRICIA CASTRO**
JACQUELINE CASTRO
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83888**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1297 of 2984

---

**PAUL THARP**
JACKIE THARP
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| **Clm No 83889** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $35,000.00 | |
| | $35,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**JACKIE MARROW**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| **Clm No 83890** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JACK KSIONZYK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| **Clm No 83891** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1298 of 2984

---

**JOYCE CORLEY**

JACK CORLEY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Clm No 83892 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JASON SMITH**

JACK SMITH
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Clm No 83893 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $50,000.00 | |
| | $50,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**JACK MILLER**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Clm No 83894 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**JACK HARRISON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83895**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**ISABEL BROWN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83896**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**ISAAC FULLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83897**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1300 of 2984

---

**IRVIN FRICK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83898**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**IRVIN BOSARGE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83899**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**IRENE DUMAS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83900**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1301 of 2984

---

**IRA DONALD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83901**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PATRICIA HANNAH**
IRA HANNAH
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83902**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**INEZ ZANE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83903**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                 1302 of 2984

---

**JARRELL HILL**                          **Clm No 83904**    Filed In Cases: 140

IKE HILL
C/O O'SHEA & REYES, LLC              | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: DANIEL F. O'SHEA               | UNS   | $10,000.00          |                      |
5599 SOUTH UNIVERSITY DR, STE 202    |       | $10,000.00          |                      |
DAVIE, FL 33328

     Date Filed          22-Mar-2017
     Bar Date
     Claim Face Value    $10,000.00

---

**IDA SAIN**                              **Clm No 83905**    Filed In Cases: 140

C/O O'SHEA & REYES, LLC              | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: DANIEL F. O'SHEA               | UNS   | $10,000.00          |                      |
5599 SOUTH UNIVERSITY DR, STE 202    |       | $10,000.00          |                      |
DAVIE, FL 33328

     Date Filed          22-Mar-2017
     Bar Date
     Claim Face Value    $10,000.00

---

**HUSTON JACKSON**                        **Clm No 83906**    Filed In Cases: 140

C/O O'SHEA & REYES, LLC              | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: DANIEL F. O'SHEA               | UNS   | $10,000.00          |                      |
5599 SOUTH UNIVERSITY DR, STE 202    |       | $10,000.00          |                      |
DAVIE, FL 33328

     Date Filed          22-Mar-2017
     Bar Date
     Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1303 of 2984

---

**HURON BEDROYA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HULET HOPE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**HUGH RANDALL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1304 of 2984

---

**HOWARD FARRAR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83910**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HOWARD RITCHIE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83911**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HOSEA WILSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83912**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1305 of 2984

---

**AMY HIGGINS**
JAMES HIGGINS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**KENNETH GALBERAITH**
JAMES GALBERAITH
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $100,000.00         |                      |
|       | $100,000.00         |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**JAMES VICTOR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1306 of 2984

---

**RICHARD GAGNA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83916**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID AVERY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID DVORAK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1307 of 2984

---

**DAVID MELLO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|-------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID ALLMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|-------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID DICKSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|-------|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1308 of 2984

---

**DAVID ESPICH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83922**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID BRIAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83923**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**DAVID COLLIER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83924**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1309 *of* 2984

---

**DAVID SLAZAS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID CRENSHAW**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83926**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID FERRELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83927**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1310 of 2984

---

**DAVID HUGHEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83928**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID CONNELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83929**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JEANETTE SMITH**
DAVID SMITH
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83930**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1311 of 2984

---

**DAVID  BEHRENS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID  FREIBURGHAUS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID  LEHMKUHL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1312 of 2984

---

**DAVID DUDZAK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83934**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID CARTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID SULLIVAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1313 of 2984

---

**DAVID SILVERTHORN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83937**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID FENNELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83938**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID BULLOCK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83939**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1314 of 2984

---

**TAVIS AYERS-HEARRELL**
DAVID AYERS-HEARRELL
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**DAVID BATEMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID CORLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1315 of 2984

---

**DAVID NEWCOM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83943**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES SMIHULA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83944**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES HEYNE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83945**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1316 of 2984

---

**JAMES MITZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPH PARAGI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPH POTRZEBA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1317 of 2984

---

**JOSEPH MICEK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83949**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPH ROBERTI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83950**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPH RANDAZZO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83951**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1318 of 2984

---

**JOSEPH MURPHY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83952**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPH WIERCINSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83953**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPH PARSONS SR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83954**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1319 of 2984

---

**JOSEPH OLEARY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83955**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAIME JO-DYNE KIEFER**
JOSEPH MCCORMICK
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPH MASTALSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83957**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1320 of 2984

---

**JOSEPH LUJAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPH NOBOA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**KENARD POUCHIE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1321 of 2984

---

**JOSEPH TUZINSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83961**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPH ZAKUTANSKY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83962**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPH WILLIAMS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83963**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1322 of 2984

---

**JOSEPH TOMSITS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83964**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOYCE FIFIELD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN TINSLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1323 of 2984

---

**JOHN BISHOP**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**THERESA TAGG**
JOHN POMARANSKI
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**JOHN JOHNSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1324 of 2984

---

**JOHN BURTON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN HUTCHINSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN EARLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1325 of 2984

---

**SUSAN CRABTREE**
JOHN CRABTREE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Date Filed | 22-Mar-2017 |
| | Bar Date | |
| | Claim Face Value | $10,000.00 |

**Clm No 83973**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

---

**JOHN HOLMES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Date Filed | 22-Mar-2017 |
| | Bar Date | |
| | Claim Face Value | $10,000.00 |

**Clm No 83974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

---

**MARY SPENCER**
JOHN SPENCER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Date Filed | 22-Mar-2017 |
| | Bar Date | |
| | Claim Face Value | $10,000.00 |

**Clm No 83975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1326 of 2984

---

**DAVID ERWIN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES TINDALL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES WINBORN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1327 of 2984

---

**CHARLES HOLDERBAUGH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83979**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES GIBSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83980**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LINDA MAVRONICLES**
Charles Mavronicles
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83981**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $100,000.00 | |
| | $100,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1328 of 2984

---

**CHARLES STRICKLAND**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES GREGORY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES FRANKLIN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 1329 of 2984

---

**CHARLES TURNER JR.** **Clm No 83985** Filed In Cases: 140

CHARLES TURNER

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**CHARLES EASDON** **Clm No 83986** Filed In Cases: 140

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES BEDFORD** **Clm No 83987** Filed In Cases: 140

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**CHARLES RUSSO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83988**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES STIMLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83989**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES SCHAEFFER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83990**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1331 of 2984

---

**CHARLES POLLAK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83991**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**TAMMY SMITH**
CHARLES ENGLER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83992**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**CHARLES OWENS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83993**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1332 of 2984

---

**CHARLES STEMLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83994** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CLARA MCIIVENNA**
CHARLES MCLLVENNA
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83995** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES ALLAMON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83996** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                          1333 of 2984

---

**CHARLES RYAN**                    **Clm No 83997**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328                  UNS          $10,000.00

                                             $10,000.00

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**CHARLES TROUP**                   **Clm No 83998**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328                  UNS          $10,000.00

                                             $10,000.00

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**WILLIE FILES**                    **Clm No 83999**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328                  UNS          $10,000.00

                                             $10,000.00

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1334 of 2984

---

**WILLIE BARNES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIE WOODS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIE LYLES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1335 of 2984

---

**ZOLTAN KIRALY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**NORMAN NELSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**NORMAN TRESSMER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**NORMAN SHERWOOD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**NORMAN PHILLIPS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ODELL MOORE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1337 of 2984

---

**OLIVER MONTGOMERY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**OLLIE SANDERS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**OLLIE BARNES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1338 of 2984

---

**OMER STONE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84012**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ORA FIELDS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84013**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**OSCAR HARMON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84014**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

### *Claims Details*                                                          1339 of 2984

---

**OSCAR REEVES**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 84015**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**EDNA CLARY**

OTIS CLARY

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 84016**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $50,000.00 |

---

**OTTO B. JACKSON**

OTTO JACKSON

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 84017**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1340 of 2984

---

**OWEN ENDRIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PABLO ONDAR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PATRICIA JENNINGS**
OZ JENNINGS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1341 of 2984

---

**PASCHAL LABOUNTY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAT KING**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PATRICIA MOSES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1342 of 2984

---

**LARENE HARDY**
WILLIAM HARDY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MAUREEN DEWITT**
WILLIAM DEWITT
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**NORMA FINK**
WILLIAM FINK
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84026**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1343 of 2984

---

**MARY COON**

WILLIAM COON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM KEHOE**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM MALUVAC**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1344 of 2984

---

**WILLIAM WIMP**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM BURNETT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM BUCK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1345 of 2984

---

**WILLIAM SCHAFFER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM HALL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**WILLIAM GASSION**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1346 of 2984

---

**WILLIAM KOZEL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM KEMPF**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES BURGE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1347 of 2984

---

**JAMES FORTUNE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES THOMPSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES WILTERMOOD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84041**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1348 of 2984

---

**JAMES SULLIVAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES LEE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84043**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES MARSHALL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**JAMES THOMPSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84045**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES ROBRAHN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAMELA SMITH**
JAMES SMITH
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1350 of 2984

---

**JAMES SPILLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES OSTRUM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES MYRICK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              1351 of 2984

---

**JAMES RUNYAN**                    **Clm No 84051**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202    UNS              $10,000.00
DAVIE, FL 33328
                                                     $10,000.00

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**JAMES LORENCE**                   **Clm No 84052**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202    UNS              $10,000.00
DAVIE, FL 33328
                                                     $10,000.00

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**JAMES PALADINO**                  **Clm No 84053**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202    UNS              $10,000.00
DAVIE, FL 33328
                                                     $10,000.00

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1352 of 2984

---

**ELIZABETH RIPA**

JAMES RIPA

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 84054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES KUEHN**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 84055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES VAN ABS**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 84056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1353 of 2984

---

**JAMES LINDBLAD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PATRICIA HOLLMER**
JAMES SPURLOCK
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JEANETTE PIERCE**
JAMES PIERCE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1354 of 2984

---

**JAMES CHANDLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 22-Mar-2017  |
|------------------|--------------|
| Bar Date         |              |
| Claim Face Value | $10,000.00   |

---

**KIMBERLY HAMILTON**
JAMES STALION
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84061**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 22-Mar-2017  |
|------------------|--------------|
| Bar Date         |              |
| Claim Face Value | $10,000.00   |

---

**DARLENE GOODRICH**
JAMES GOODRICH
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84062**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 22-Mar-2017  |
|------------------|--------------|
| Bar Date         |              |
| Claim Face Value | $10,000.00   |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1355 of 2984

---

**KATHLEEN HADLEY**
JAMES RICE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JANICE LONG**
JAMES REED
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID MITCHELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1356 of 2984

---

**MELODY LAFRANCE**
DENNIS LAFRANCE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DENNIS DORAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84067**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DENNIS ALDERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84068**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1357 of 2984

---

**DENNIS QUINN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DENNIS EVANS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ELIZABETH O'KULA**
DENNIS O'KULA
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                    1358 of 2984

---

**DENNIS KIEVIT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BRIAN RILEY**
DENNIS RILEY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DENNIS ROBINSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1359 of 2984

---

**DERECK SAGO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DIMITRI MIZIMAKOSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84076**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**KATHRYN TUCKER**
DOLA TUCKER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84077**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1360 of 2984

---

**DOLPHUS PRUETT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DON HANSEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DON BROWN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1361 of 2984

---

**DON HOLLINGSHEAD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84081**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**DON DONALD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84082**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**BARBARA WILSON**
DONAL WILSON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84083**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1362 of 2984

---

**DONALD WILSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONALD RIDLEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GLENNA SICKLES**
DONALD SICKLES
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1363 of 2984

| **CARL WIMBERLY** | **Clm No 84087** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| **DAVID CRETTON** | **Clm No 84088** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| **DAVID RACHEL** | **Clm No 84089** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1364 of 2984

---

**FREDERICK CESTA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84090**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**CHARLES TEAMER JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84091**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**CHARLES HINTZEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1365 of 2984

---

**CHARLES NEWCOMB JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES HUBER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLIE SCOTT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1366 of 2984

---

**CHARLIE HILL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84096**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHESTER FERRELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84097**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LAWRENCE KAJKOWSKI**
CHESTER KAJKOWSKI
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84098**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1367 of 2984

---

**CHRIS HENRY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84099**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHRIS BINKOWSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $100,000.00 | |
| | $100,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**LINDA COLEMAN**
CLARENCE GRAY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1368 of 2984

---

**CLAUDE JONES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CLEMENT GORSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LORI ROY**
CLIFFORD ROY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1369 of 2984

---

**CLYDE RITCHIE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84105**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**TERRELL EVANS**
COLUMBUS EVANS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84106**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**CONLEY SMITH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84107**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1370 of 2984

---

**CURTIS NISWONGER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CYNTHIA NELSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CYRUS HARRIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1371 of 2984

---

**DALBERT AMEIL JR.**
DALBERT AMEIL
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**DALE ROSENOW**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DALE PATTERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1372 of 2984

---

**DALE CONKLING**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DALE YONNING**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DALE WOLFE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1373 of 2984

---

**DALE MISSEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DALE STEVENSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DALLAS ALSMAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1374 of 2984

---

**DALTON MONKS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DANIEL SISCO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DANIEL EVANS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84122**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1375 of 2984

---

**MARTHA LATTY**
DANIEL LATTY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 84123** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**LORENE PAPE**
DANIEL PAPE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 84124** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**JACOB WILLIAMS**
DANIEL WILLIAMS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 84125** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

**DANIEL BEATTIE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**DANIEL CARNINE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84127**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**DANIEL SLINKER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84128**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1377 of 2984

---

**DANIEL LEWIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DANIEL NOLAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DANIEL ZIEGLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1378 of 2984

---

**DANIEL DUNSFORD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DANIEL O'BRIEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DANIEL OBRADOVICH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1379 of 2984

---

**SHARON RHYNE**
DANIEL EDWIN RHYNE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $50,000.00         |                    |
|       | $50,000.00         |                    |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**VICKIE YANCY DOVER**
PATRICIA COLE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $50,000.00         |                    |
|       | $50,000.00         |                    |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**PATRICIA PHIPPS**
PATRICK O. PHIPPS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1380 of 2984

---

**PATRICK ALFANO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84138**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PATRICK JAMES BACON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84139**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PATRICK KORITKO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84140**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1381 of 2984

---

**PATRICK RENDON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84141**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PATRICK O'NEILL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84142**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**PAUL GAFFIN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84143**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1382 of 2984

---

**PAUL HUBBARD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-----------------|-------------|
| Date Filed      | 22-Mar-2017 |
| Bar Date        |             |
| Claim Face Value| $10,000.00  |

---

**PAUL HEBERT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-----------------|-------------|
| Date Filed      | 22-Mar-2017 |
| Bar Date        |             |
| Claim Face Value| $10,000.00  |

---

**KATHRYN MILKO**
PAUL MILKO
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-----------------|-------------|
| Date Filed      | 22-Mar-2017 |
| Bar Date        |             |
| Claim Face Value| $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

1383 of 2984

---

**SEVERA MCKNIGHT**
PEDRO FORTUNA
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84147**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD MCDONNELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84148**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LEON HUNTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84149**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1384 of 2984

---

**DOMINIQUE CHERRY**
LEON CHERRY
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**EDWINA BUTTS**
LEON BUTTS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84151**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LEON CROSS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1385 of 2984

---

**ARTHUR FIELDS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**MAYNARD LACLAIR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $50,000.00

---

**MCKINLEY WILKERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1386 of 2984

**MELFORD HUMPHREY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84156**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**MELVIN KOLAR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84157**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**WILLIAM J. DOUGLAS**
MELVIN ANGLETON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84158**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1387 of 2984

---

**MELVIN BIGGER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84159**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MELVIN MORRISS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84160**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MELVIN KING**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84161**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1388 of 2984

---

**MELVIN GRANDERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84162**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**JOHN BENNETT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**JOHN KOVALAN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84164**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1389 of 2984

---

**JOHN BARNEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84165**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**JOHN BIFFLE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84166**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**JOHN GIBSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84167**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1390 of 2984

---

**CHARLES AUTRY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84168**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES ROBERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84169**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES MCWILLIAMS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84170**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1391 of 2984

---

**CHARLES CUNNINGHAM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES CHANEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHERRI PEARSON**
CHARLES PEARSON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              1392 of 2984

---

**CHARLES SUMMERS**                    **Clm No 84174**   Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA                  Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202      UNS                 $10,000.00
DAVIE, FL 33328
                                                           $10,000.00

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**CHARLES GREEN**                      **Clm No 84175**   Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA                  Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202      UNS                 $10,000.00
DAVIE, FL 33328
                                                           $10,000.00

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**CHARLES WOODARD**                    **Clm No 84176**   Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA                  Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202      UNS                 $10,000.00
DAVIE, FL 33328
                                                           $10,000.00

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1393 of 2984

---

**KATHLEEN TINKER**

CHARLES TINKER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Clm No 84177 | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**CHARLES BURGE**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Clm No 84178 | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**CHARLES BALL**

C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | Clm No 84179 | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1394 of 2984

---

**LOIS JEAN BULLER**
CHARLES BULLER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 84180** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES MAGUIRE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 84181** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GLORIA FULLER**
CHARLES FULLER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 84182** | Filed In Cases: 140 | |
|---|---|---|---|
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1395 of 2984

---

**CHARLES THOMPSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DANIEL DAY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84184**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DANIEL MONROE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84185**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

1396 of 2984

---

**JAMES PETERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT KRUGER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84187**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT LORENCZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**ROBERT RUSHING**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**GEORGE AARON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**IMOGENE AARON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84191**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1398 of 2984

---

**DORIS NELL ABBOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JIMMY AARON ABBOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**MARY ANN ABERCRUMBIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1399 of 2984

---

**MONROE LEWIS ABERNATHY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JOHN LEWIS ABRAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**WILMER OLANDA ABRAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

**MARGARET L. ACKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**IRVING BRAXTON ACTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**RUTHY LEE ADAIR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1401 of 2984

---

**HOBSON ADAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84201**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JODIE BRYCE ADAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**TERESA LANUS ADAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84203**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1402 of 2984

---

**VIRGIL ELLIS ADAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84204**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JEWEL ADCOX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84205**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUBREY ROSS ADEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1403 of 2984

---

**RICHARD T. ADERHOLT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84207**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THEDORE ROOSEVELT AGEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84208**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY NELL AGNEW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84209**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1404 of 2984

---

**JAMES DOUGLAS AGNEW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84210**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN HENRY AGNEW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNIE LEE AGNEW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1405 of 2984

---

**LAWRENCE AGNEW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OLA MAE AGNEW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THOMAS LEE AGNEW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1406 of 2984

---

**VIVIAN FOWLER ALBRIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**EDWARD ALDRIDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**JERRY EDWARD ALDRIDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1407 of 2984

---

**JEWELL EDWARD ALDRIDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MAGGIE JANE ALDRIDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84220**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY JEAN ALEXANDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84221**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1408 of 2984

---

**IRA JAMES ALEXANDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84222**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JUNIOR ED ALEXANDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84223**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LUCILLE ALEXANDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84224**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1409 of 2984

---

**NEWMAN HOUSTON ALEXANDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WILLIE ALEXANDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84226**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JOYCE MARY ALFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1410 of 2984

---

**CHRISTOPHER ALLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ERNESTINE ALLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EULA VIRGINIA ALLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1411 of 2984

---

**JAMES LEE ALLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84231**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES LEROY ALLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84232**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOE LEE ALLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84233**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1412 of 2984

---

**JOHN DANIEL ALLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84234**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LINARD ALLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84235**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARGARET KATHRYN ALLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84236**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1413 of 2984

---

**RALPH BLOIS ALLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84237**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ROBY WAYNE ALLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84238**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**THOMAS CALVIN ALLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84239**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1414 of 2984

---

**THOMAS E. ALLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WANDA FAY ALLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JOE ALLEN JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1415 of 2984

---

**JERRY ALLISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELVIE R. ALLRED**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ALICE ALLRED**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1416 of 2984

---

**PAUL DOUGLAS ALLRED**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84246**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**STEPHEN HUGH ALLUMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84247**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERRY WAYNE AMBERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84248**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

**WYATT EDWIN AMOS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84249**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**MORRIS AMOUS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84250**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**DENNIS LEE ANDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84251**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1418 of 2984

---

**DONALD MARELL ANDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ETHEL ANDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**HELEN MARIE ANDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1419 of 2984

---

**LOIS IRENE ANDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84255**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ELIZABETH ANDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84256**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD ANDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84257**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:42:12 PM

*Claims Details*                                                                1420 of 2984

---

**HELEN CURTAIN ANDREWS**                 **Clm No 84258**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            |-------|---------------------|----------------------|
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**LINNIE B. ANDREWS**                      **Clm No 84259**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            |-------|---------------------|----------------------|
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**MERVIN ANDREWS**                         **Clm No 84260**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            |-------|---------------------|----------------------|
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1421 of 2984

---

**ROBERT JAMES ANDREWS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84261**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ROSA MAE ANDREWS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84262**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ROSIE LEE ANDREWS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84263**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1422 of 2984

---

**RAYMOND ELLIS ANGEL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84264**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SARAH ANTHONY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JEWERLENE ARBUTHNOT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1423 of 2984

---

**ROBERT ARBUTHNOT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84267**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VIRGINIA ARBUTHNOT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84268**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE BELL ARMSTRONG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84269**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1424 of 2984

---

**CHARLES ARTHUR ARMSTRONG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FARRIE JEAN ARMSTRONG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES HENRY ARMSTRONG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1425 of 2984

---

**JUANITA ARMSTRONG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84273**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**STEVE LYNN ARMSTRONG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84274**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE ARMSTRONG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1426 of 2984

---

**WOODROW WILSON ARMSTRONG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84276**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELIZABETH M. ARNOLD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84277**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMY ARNOLD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84278**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1427 of 2984

---

**JOHNNIE MERL ARNOLD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PHILLIP WAYNE ARNOLD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SIDNEY LANERE ARNOLD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1428 of 2984

---

**BRUCE EDWARD ASHELY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 24-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**FANNIE LILLIAN ASHLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 24-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**JOSEPH MARION ASHLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 24-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1429 of 2984

---

**ARTIE ATKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LELA MAE ATKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LENA ADELLE ATKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1430 of 2984

---

**HERBERT REED ATTAWAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD LEWIS AULTMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CURTIS AUSTIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84290**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1431 of 2984

| **JOHNNIE MORRIS AUSTIN** | **Clm No 84291** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **LAWRENCE DANIEL AUSTIN** | **Clm No 84292** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **JOHN BEN AVERETT** | **Clm No 84293** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1432 of 2984

---

**HOBERT LLOYD AVERTHART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84294**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THELMA FRANKLIN AYERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNICE LOUISE BABB**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84296**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1433 of 2984

---

**CLYDE BACON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBURN ERVIN BAGWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84298**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DARWIN CLARK BAILEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84299**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1434 of 2984

---

**ESSIE MAE BAILEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.D. BAILEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RALPH LAFETT BAILEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1435 of 2984

---

**ROBERT JULIAN BAILEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT LEWIS BAILEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WAYDEAN R. BAILEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1436 of 2984

---

**WILLIAM BAILEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEROY BAILS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUNDREA JORDAN BAKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***                     3/20/2018 3:42:12 PM

---

*Claims Details*                                                          1437 of 2984

---

**BOBBY BAKER**                          **Clm No 84309**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                             UNS                  $1.00

                                                  $1.00

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAISY MAE BAKER**                       **Clm No 84310**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                             UNS                  $1.00

                                                  $1.00

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GARFIELD BAKER**                        **Clm No 84311**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                             UNS                  $1.00

                                                  $1.00

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              1438 of 2984

---

**ISAAC ANDERSON BAKER**                    **Clm No 84312**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class          Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**JAMES FRANK BAKER**                       **Clm No 84313**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class          Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**JOHN HENRY BAKER**                        **Clm No 84314**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class          Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1439 of 2984

---

**JOHN MARSHALL BAKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84315**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES DONALD BALDWIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84316**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT RAY BALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84317**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1440 of 2984

---

**ALLEN BALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CAROLYN VIRGINIA BALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANIEL HARRISON BALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1441 of 2984

---

**RANDALL WAYNE BALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84321**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SHIRLEY RUTH BALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE EDWARD BALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1442 of 2984

---

**WILLIE G. BALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84324**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JENNIE FRANCIS BALLARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84325**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CHARLES ADAM BANKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84326**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1443 of 2984

---

**MARY ETTA BANKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84327**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BERTHA LEE BAKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84328**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**CHARLES MARVIN BARBER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84329**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                1444 of 2984

---

**JAMES CHARLES BARBER**           **Clm No 84330**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                   UNS                $1.00
                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**BOBBY NATHANIEL BARBOUR**        **Clm No 84331**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                   UNS                $1.00
                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**CHARLES DOUGLAS BARDON**         **Clm No 84332**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                   UNS                $1.00
                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1445 of 2984

---

**RAY BARGER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**GEORGE ALVIN BARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**HUBERT BARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1446 of 2984

---

**MARY DELL BARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AGNES LOUISE BARNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY LEE BARNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1447 of 2984

---

**DOUGLAS WAYNE BARNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84339**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUGUSTA MAE BERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84340**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GERTRUDE BROOKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84341**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1448 of 2984

---

**JODIE SAMUEL BROOKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**REVA THOMAS BROOME**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**DORETHA BROWDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1449 of 2984

---

**ALEX LEE BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JO BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BONNEY LESTER BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1450 of 2984

---

**CAMELIA ANN BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**CHARLES ALLEN BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**CHARLES D. BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84350**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1451 of 2984

---

**CHARLES E. BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY LEE BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84352**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDDIE JAMES BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84353**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1452 of 2984

---

**ELLA LOUISE BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84354**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELMER DANIEL BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84355**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EMMA JEAN BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84356**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1453 of 2984

---

**EUGENE CARTER BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84357**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FREDDIE MARSH BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1454 of 2984

---

**GEORGE E. BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84360**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE EDWARD BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84361**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HERMAN WESCOTT BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84362**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1455 of 2984

---

**JAMES SHED BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84363**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERRY LEE BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84364**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIM HENRY BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84365**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

1456 of 2984

---

**JOHN BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84366**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed       24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**JOHN DAVID BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84367**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed       24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**JOHNNY L. BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84368**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed       24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1457 of 2984

---

**JOHNNY MARSHALL BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L. D. BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LELA MAE BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1458 of 2984

---

**MARVIN ROBERT BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84372**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**OSCAR WADE BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84373**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**RICKEY JOE BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84374**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1459 of 2984

---

**TOM BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VEANITTER BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WAYNE BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1460 of 2984

---

**WILLIE LEE BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84378**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES QUAY BROWNING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84379**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JEWELDINE BROWNING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84380**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1461 of 2984

---

**SIDNEY LONICE BROWNING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84381**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SHIRLEY MAE BROWNLOW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84382**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH EVERETT BRYAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84383**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1462 of 2984

---

**LEON WALTER BRYANT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ERSTON GORDON BRYSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**LEWIS HAROLD BRYSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              1463 of 2984

---

**CORSIT LEE BUCHANAN**                    **Clm No 84387**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            |-------|---------------------|----------------------|
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value    $1.00

---

**IREY GENE BUCHANAN**                     **Clm No 84388**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            |-------|---------------------|----------------------|
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value    $1.00

---

**JENNIE LOU BUCHANAN**                    **Clm No 84389**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            |-------|---------------------|----------------------|
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1464 of 2984

---

| LILLIAN LOUISE BUCHANAN | **Clm No 84390** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| TOBE VASTOR BUCHANAN | **Clm No 84391** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| THOMAS BUCKNER | **Clm No 84392** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                      1465 of 2984

---

**VIOLET PAULINE BUCKNER**          **Clm No 84393**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201
                                            UNS                  $1.00
                                                                 $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**RONALD T. BUDD**          **Clm No 84394**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201
                                            UNS                  $1.00
                                                                 $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**G. V. BUFKIN**          **Clm No 84395**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201
                                            UNS                  $1.00
                                                                 $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/20/2018 3:42:12 PM

*Claims Details*                                                                                              1466 of 2984

---

**LEROY BUFORD**                              **Clm No 84396**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                           Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                              UNS                  $1.00
                                                                   $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**EULYS ODENE BULLOCK**                       **Clm No 84397**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                           Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                              UNS                  $1.00
                                                                   $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JOHN WINSLOW BULLOCK**                      **Clm No 84398**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                           Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                              UNS                  $1.00
                                                                   $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1467 of 2984

---

**THELMA ADCOCK BUNN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA SUE BUNT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD LYNN BURCH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1468 of 2984

---

**CHARLES JOSEPH BURCHFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CECIL W. BURDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84403**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ESTER BURGESS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84404**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1469 of 2984

---

**RAYMOND HAROLD BURGETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84405**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEROY BYERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84406**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HENRY WALLACE BURTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84407**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

1470 of 2984

---

**JOHN LORENZO DOWELL BURTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**ROGER BURTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**ROLAND DALE BURTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1471 of 2984

---

**JAMES ARNOLD BUSBY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84411**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MORRIS BUSBY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84412**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR FRANKLIN BUSH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84413**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1472 of 2984

---

**CLYDE A. BUSH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84414**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMY DAN BUSH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84415**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NOAH LUTHER BUSH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84416**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1473 of 2984

---

**BILLY WAYMON BUTLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84417**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ISAAC BUTLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84418**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES THURSTON BUTLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84419**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1474 of 2984

---

**JESSE BUTLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84420**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY EUGENE BUTLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84421**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SHERWOOD R. BUTLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84422**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1475 of 2984

---

**VILAS GENE BUTLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84423**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**ROBERT EDWIN BUTTNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84424**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**EDWARD LAMAR BUTTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84425**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1476 of 2984

---

**DENNIS WAYNE BUXTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84426**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICKY WAYNE BURK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84427**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LESTER EARL BURKES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84428**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1477 of 2984

---

**JIM BOB BURKHEAD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AGION BURKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FLORENCE E. BARNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1478 of 2984

---

**GEORGE GARY BARNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES LOUIS BARNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84433**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMIE LOU BARNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

**MABLE DELOIS BARNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84435**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**PRESTON BERNELL BARNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**CHARLES RAYMOND BARNETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1480 of 2984

---

**HOWARD VICTOR BARNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84438**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GEORGE HENRY BARNETTE, JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84439**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALTER M. BARNHILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84440**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1481 of 2984

---

**JEANETTE BARRENTINE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLEN GENE BARRON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THOMAS LEON BARRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1482 of 2984

---

**MARY LOUISE BARTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HERMAN BARTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARICE MARVIN BASHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1483 of 2984

---

**BENJAMIN BASKIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84447**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOYLE VESTER REED BATES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84448**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM STEVE BATEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84449**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1484 of 2984

---

| **JESSIE MAE BATTLE** | | **Clm No 84450** | Filed In Cases: 140 | |
| C/O JOHN ARTHUR EAVES | | | | |
| 101 NORTH STATE ST. | | Class | Claim Detail Amount | Final Allowed Amount |
| JACKSON, MS 39201 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **JIMMY BATTLE** | | **Clm No 84451** | Filed In Cases: 140 | |
| C/O JOHN ARTHUR EAVES | | | | |
| 101 NORTH STATE ST. | | Class | Claim Detail Amount | Final Allowed Amount |
| JACKSON, MS 39201 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **HAROLD JERRY BAUCUM** | | **Clm No 84452** | Filed In Cases: 140 | |
| C/O JOHN ARTHUR EAVES | | | | |
| 101 NORTH STATE ST. | | Class | Claim Detail Amount | Final Allowed Amount |
| JACKSON, MS 39201 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1485 of 2984

---

**CHARLES L. BAUGH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALLACE THOMAS BAUGHN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY LOIS BAXTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1486 of 2984

---

**JEFF MORRIS BEAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VERNER LOUIS BEAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEONARD BEAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1487 of 2984

---

**VON BEARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84459**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLYDE TRAVIS BEASON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84460**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY W. BEENE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84461**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1488 of 2984

---

**JOHN WEBSTER BEENE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ROY ELLIS BEENE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**TISHA MAE BEENE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1489 of 2984

---

**POLLY FERELL BELFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENSON REGGIE BELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELOTIS BELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1490 of 2984

---

**ENOCH BELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**FRANK BELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84469**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**HELEN MAE BELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84470**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1491 of 2984

---

**HERMAN LEE BELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARTHA FAYE BELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PERCY LEE BELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1492 of 2984

---

**SALLIE MAE BELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LUCILLE CALLEN BENDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONALD WARD BENNETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1493 of 2984

---

**FAYE BENNETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84477**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**JAMES DAVID BENNETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84478**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**JESSIE WILLIAM BENNETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84479**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1494 of 2984

---

**JOHN DAVID BENNETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84480**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROGER STERLING BENNETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84481**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SAMMIE LEE BENNETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84482**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1495 of 2984

---

**ALLEN CHARLES BENSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CATHERINE G. BENSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARA J. BENSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1496 of 2984

---

**EMOGENE JEAN BENSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JIMMY LANG BENTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ERA OLIVIA BERNARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1497 of 2984

---

**ALVIS BERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ROBERT G. BLACKMON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**RUDOLPH ROGER BLACKMON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 3:42:12 PM

*Claims Details*                                                    1498 of 2984

---

**LARRY DEWAYNE BLACKSTON**              **Clm No 84492**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                         UNS                  $1.00
                                                              $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**EDDIE DEAN BLACKWELL**                 **Clm No 84493**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                         UNS                  $1.00
                                                              $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**RICHARD BLACKWOOD**                    **Clm No 84494**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                         UNS                  $1.00
                                                              $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1499 of 2984

---

**GARRETTE TILLMAN BLAILOCK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84495**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MAE BLAIR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84496**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GERALDINE BLAKNEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1500 of 2984

---

**NORRIS LEE BLANCHARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84498**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE RUTH BLANCHARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84499**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID BLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84500**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1501 of 2984

---

**FLORA BELL BLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALMA JEAN BLANKENSHIP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILSON EUGENE BLANKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1502 of 2984

---

**BEN BLANSOR, JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ELIZABETH BLAYLOCK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNIE MAE BLEVINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1503 of 2984

---

**BOBBY JOE BOATRIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOYCE MAXINE BOATWRIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PHILLIP Q. BOAZMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1504 of 2984

---

**SPURGEION BODDIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**CLYDE LEE BOGA**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84511**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**MALISSA JANE BOGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84512**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1505 of 2984

---

**DOUGLAS BOGARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84513**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELMER BOGGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84514**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID HERMAN BOHANNAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1506 of 2984

---

**PEGGY JOYCE BOHANNAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84516**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NORMA JUNE BOLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84517**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM JESSE BOLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84518**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1507 *of* 2984

---

**CHARLES MCKINLEY BOLDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84519**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**LAURA BERTHA BOLDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84520**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**MILDRED ANN BOLDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84521**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1508 of 2984

---

**PERRY BOLDEN**                          **Clm No 84522**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

JACKSON, MS 39201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**SHIRLEY BOLDEN**                        **Clm No 84523**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

JACKSON, MS 39201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**TOMMIE CAL BOLDEN**                     **Clm No 84524**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

JACKSON, MS 39201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1509 of 2984

---

**DONNA MARIE BOLING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84525**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GUY ROBERT BOLTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84526**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ISSAC BOLTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84527**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1510 of 2984

---

**SAMMIE LEE BOLTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WRIGHT MCKINLEY BONEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84529**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED LEE BONHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1511 of 2984

---

**LAVONIA BONNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84531**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIAM CLYDE BONNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84532**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**EARLY MACK BOOTH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84533**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1512 of 2984

---

**EDDIE ROY BOOTH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84534**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**GURLEY JACK BOOTH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84535**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**MARTHA BOOTH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84536**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1513 of 2984

---

**TRAVIS LEON BOOTH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERRY REESE BORDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PORTIA LINDSEY BORDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84539**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1514 of 2984

---

**HERRELL KENNETH BOREN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROSCOE ROY BORNTRAGER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARNOLD KEITH BOSTICK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**GREGORY BOSTWICK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84543**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARD RAY BOTELER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84544**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEON BOUNDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84545**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              1516 of 2984

---

**VILER ANNETTE BOUTWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEE EMERY BOWDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALMA JEAN BOWDRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**CHRISTINE BOWEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84549**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ANNIE BOWENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84550**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**MARY IRENE BOX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84551**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1518 of 2984

---

**CHARLES ROBERT BOYD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DIANE L. BOYD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NANCY BOYD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1519 of 2984

---

**RUBY JEWEL BOYD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|----------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THOMAS AUBREY BOYD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|----------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES RAYFORD BOZEMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|----------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**DABNEY MARLIN BRACKEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES EDWARD BRADDOCK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KATHY DIANNE BRADDOCK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1521 of 2984

---

**LARRY WAYNE BRADDOCK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84561**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MATTIE FRANCES BRADDOCK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84562**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELVIN EUGENE BRADLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84563**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              1522 of 2984

---

**FONCELLE LECHESTER BRADLEY**          **Clm No 84564**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                        UNS                 $1.00
                                                            $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JAMES THOMAS BRADLEY**                **Clm No 84565**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                        UNS                 $1.00
                                                            $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JESSIE LEE BRADLEY**                  **Clm No 84566**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                        UNS                 $1.00
                                                            $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1523 of 2984

---

**WILLIAM JONES BRANDON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GARY MAX BRANNON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MOLLIE SUE BRASHER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    Visit us on the Web at www.omnimgt.com    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**    E-mail: claimsmanager@omnimgt.com    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1524 of 2984

---

**RONALD SIMMS BRASHER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PAUL FREDERICK BRAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84571**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA BRENGETTSY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1525 of 2984

---

**CLIFFORD HOLLOWAY BREWER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84573**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**DWIGHT BREWER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84574**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JOHNNY BREWER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84575**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1526 of 2984

---

**LONNIE BREWER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84576**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value     $1.00

---

**FRANK BREWSTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84577**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value     $1.00

---

**SOLOMAN LEE BREWSTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84578**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1527 of 2984

---

**CLARA BELL BREWTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84579**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A.D. BRIDGES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84580**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE LEE BEW BRIDGES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84581**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1528 of 2984

---

**SHIRLEY BRIDGES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84582**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES TYRONE BRIGGINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84583**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CAREY MIKE BRIGHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84584**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 1529 of 2984

---

**CHARLES WAYNE BRIGMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84585**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES WILLIAM BROCK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84586**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MATTIE BROCK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84587**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1530 of 2984

---

**SHIRLEY ANN CATHEY**

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84588**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**BEULAH MAE CATLIN**

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**LUCILLE CAUSEY**

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1531 of 2984

---

**PATRICIA ANN CAVENDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84591**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NORAH JAMES CAVES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84592**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT CAVETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84593**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1532 of 2984

---

**JAMES M. CAYSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84594**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MAMIE L. CAYSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84595**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES R. CHALMERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84596**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1533 of 2984

---

**IRMA EARLINE CHAMPION**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84597**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-----------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARTIN VANBUREN CHAMPION**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84598**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-----------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CARL COLLINS CHANCE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84599**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-----------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              1534 of 2984

---

**BERLIE MAURINE CHANDLER**          **Clm No 84600**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class          Claim Detail Amount     Final Allowed Amount
JACKSON, MS 39201                    UNS                   $1.00

                                                           $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**DONALD MORRIS CHANDLER**           **Clm No 84601**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class          Claim Detail Amount     Final Allowed Amount
JACKSON, MS 39201                    UNS                   $1.00

                                                           $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**ELOISE CHANDLER**                  **Clm No 84602**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class          Claim Detail Amount     Final Allowed Amount
JACKSON, MS 39201                    UNS                   $1.00

                                                           $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1535 of 2984

---

**RUBY RHEUDINE CATCHINGS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84603**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**ROY ALLEN CATES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84604**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**J. RUBY CATHEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84605**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1536 of 2984

---

**CHARLES WILLIAM BERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84606**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLIFFORD BERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84607**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH WAYNE BERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84608**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1537 of 2984

---

**RAYMOND BERDELL BERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84609**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THEODORE BERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84610**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WALLACE BERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84611**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:42:12 PM

*Claims Details*    1538 of 2984

---

**GLORIA DEAN BESTER**          **Clm No 84612**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                 UNS                 $1.00
                                                     $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**WILLIAM GERALD BETHANY**       **Clm No 84613**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                 UNS                 $1.00
                                                     $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**CHARLES CHIVES BETHUNE**       **Clm No 84614**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                 UNS                 $1.00
                                                     $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              1539 of 2984

---

**EFFIE LOUISE BETTS**                    **Clm No 84615**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       Class        Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                          UNS              $1.00
                                          ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                           $1.00

Date Filed           24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**FRITZ GERALD BETTS**                    **Clm No 84616**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       Class        Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                          UNS              $1.00
                                          ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                           $1.00

Date Filed           24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**MCGRADY BETTS**                         **Clm No 84617**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       Class        Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                          UNS              $1.00
                                          ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                           $1.00

Date Filed           24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1540 of 2984

---

**HAROLD GAYLORD BEUNK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84618**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT HOWARD BEVILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84619**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY IRENE BIDDLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84620**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/20/2018 3:42:12 PM

*Claims Details*                                                                        1541 of 2984

---

**RICHARD LEON BIGGS**                    **Clm No 84621**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                          UNS                    $1.00
                                                                 $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**WILLIAM HOWARD BIGGS**                  **Clm No 84622**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                          UNS                    $1.00
                                                                 $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JACK BIGHAM**                           **Clm No 84623**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                          UNS                    $1.00
                                                                 $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1542 of 2984

---

**CLEVELAND BILLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**BILLY GRANT BING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**SALLIE EARL BINION**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1543 of 2984

---

**ROBERT JUNIOR BIRKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANK CHARLES BISHOP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE EDWARD BISHOP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1544 of 2984

---

**MARK ALLEN BISHOP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**MARY VIRGINIA BISHOP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JACK BIZZELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 1545 of 2984

---

**HERMAN RAYFORD BLACK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84633**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**STEVE BLACKBURN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84634**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONALD HOMER BLACKMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84635**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

1546 of 2984

---

**CLARA DEAN BLACKMON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84636**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HUGH WAYNE BLACKMON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84637**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY LEWIS BLACKMON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84638**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/20/2018 3:42:12 PM

*Claims Details*                                                                    1547 of 2984

---

**MELVYNE JEANE BLACKMON**              **Clm No 84639**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                       $1.00

                                                                  $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**INEZ J. CHANDLER**                    **Clm No 84640**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                       $1.00

                                                                  $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**LUTHER CHANDLER**                     **Clm No 84641**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                       $1.00

                                                                  $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1548 of 2984

---

**HIRAM CHANEY, JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANKIE MARIE CHANNELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH ROBERT CHAPLAUSKE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1549 of 2984

---

**JOE RICHARD CHAPMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84645**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY DEAN CHAPPEL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84646**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONALD RAY CHAPPELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84647**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1550 of 2984

---

**TERRY DEAN CHAPPELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84648**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SARA CORRINE CHASE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84649**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUSSELL ANTHONY CHEATWOOD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84650**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1551 of 2984

---

**W. C. CHEATWOOD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84651**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARNICE CHERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84652**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES L. CHERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1552 of 2984

---

**RALPH N. CHESTANG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84654**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN WAYNE CHESTNUT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84655**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUTHER MAE CHEWE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84656**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1553 of 2984

---

**CLIFFORD LEE CHILDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANKIE LAMAR CHILDRESS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HUBERT ARTHUR CHILDRESS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1554 of 2984

---

**LEONARD H. CHILDRESS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLANNIE G. CHILDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDGAR LEE CHILES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1555 of 2984

---

**JACKIE DALE CHISM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**CALVIN BURNETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84664**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JOHN ELSTON BURNHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84665**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1556 of 2984

---

**HAROLD BURNS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84666**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERRY ERNEST BURNS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84667**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN DAVID BURNS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84668**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1557 of 2984

---

**RONALD VERBON BURNS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY LOU BOUTWELL BURNSIDE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CATHERINE E. BURROUGHS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1558 of 2984

---

**SAMMIE LEE BURROUGHS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84672**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**RALPH BURT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84673**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WILLIAM EDWARD BURT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84674**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

**JAMES CHARLIE BYNUM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84675**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**RUTH ANN BYNUM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ELIZABETH BYRD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84677**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1560 of 2984

---

**ROBERT LEE BYRD, SR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DORA LEE CAGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY RUTH CAGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1561 of 2984

---

**ROBERT BARNETT CAGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84681**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROOSEVELT CAGE, JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84682**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JULIA EVELYN CAGER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84683**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1562 of 2984

---

**GLENN EUGENE CAGLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84684**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JIMMIE DORSEY CAIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84685**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**LONNIE LEWIS CAIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84686**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1563 of 2984

---

**ONZELL VICK CAIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84687**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES LAMAR CALCOTE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84688**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ESTHER PEARL CALDWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84689**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1564 of 2984

---

**LOLA EVELYN CALDWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84690**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**THOMAS MARION CALDWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84691**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BETTY GAY CALLAHAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84692**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1565 of 2984

---

**THOMAS PAUL CALLAHAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84693**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWIN WARWICK CALLICUTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84694**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALTER CALMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84695**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1566 of 2984

---

**BOBBY GENE CALTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**NORMA JEAN CAMMON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ORBIE CAMP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1567 of 2984

---

**DORIS JEANETTE CAMPBELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY DALE CAMPBELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MATTIE OLYCE CAMPBELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1568 of 2984

---

**ERNEST CANADA, JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**MARTHA CANNON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84703**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**MARY ELIZABETH CANNON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1569 of 2984

---

**THOMAS LUTHER CANOY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84705**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAROLD JUNIOR CANTRELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84706**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOANN CANTRELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84707**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1570 of 2984

---

**MAGALINE R. CANTRELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84708**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BRADLEY RAY CARLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84709**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RAY KEMPER CARLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84710**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1571 of 2984

---

**DAVID JAMES CARLISLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84711**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH CARPENTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84712**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VISTIE CARPENTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84713**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                             1572 of 2984

---

**FRANCES CARR**                          **Clm No 84714**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                          UNS                  $1.00

                                                               $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**HENRIA JOLLA CARR**                     **Clm No 84715**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                          UNS                  $1.00

                                                               $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JEWELL MARGARET CARRELL**               **Clm No 84716**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                          UNS                  $1.00

                                                               $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1573 of 2984

---

**JAMES NOEL CARROLL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**ROBERT EARL CARROLL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**W. C. CARROLL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 3:42:12 PM

*Claims Details*                                                        1574 of 2984

---

**WONZIE JUANITA CARSLEY**          **Clm No 84720**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 Class          Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                    UNS                 $1.00
                                                        $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**ADDIE CARTER**                    **Clm No 84721**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 Class          Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                    UNS                 $1.00
                                                        $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**ARTHUR LEE CARTER**               **Clm No 84722**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 Class          Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                    UNS                 $1.00
                                                        $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

### *Claims Details*                                                1575 of 2984

---

**AVA NELL WHITAKER CARTER**          **Clm No 84723**   Filed In Cases: 140

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**BERTHA DELORISE CARTER**            **Clm No 84724**   Filed In Cases: 140

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**ERNESTINE CARTER**                  **Clm No 84725**   Filed In Cases: 140

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1576 of 2984

---

**GLADYS CARTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84726**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMIE SUE CARTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84727**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY LOUISE CARTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84728**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1577 of 2984

---

**MELDRA LEE CARTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84729**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN RAYMOND LABORDE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84730**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CATHERINE MARGARET LACY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84731**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/20/2018 3:42:12 PM

*Claims Details*                                                    1578 of 2984

---

**CALVIN THOMAS LAGRONE**        **Clm No 84732**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201               |-------|---------------------|----------------------|
                                | UNS   | $1.00               |                      |
                                |       | $1.00               |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**WILLIS CARL LAIRD**           **Clm No 84733**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.             | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201               |-------|---------------------|----------------------|
                                | UNS   | $1.00               |                      |
                                |       | $1.00               |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**MAUDIKI LAKE**                **Clm No 84734**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.             | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201               |-------|---------------------|----------------------|
                                | UNS   | $1.00               |                      |
                                |       | $1.00               |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1579 of 2984

---

**RUSSELL REED LAMB**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84735**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEO JEROME LANE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84736**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN ROY LANGLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84737**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 3:42:12 PM

*Claims Details*                                                    1580 of 2984

---

**JAMES DAVIDE LANSDELL**          <u>**Clm No 84738**</u>   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                             UNS                  $1.00
                                                  $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JOAN LARK**          <u>**Clm No 84739**</u>   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                             UNS                  $1.00
                                                  $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**RONNIE LEE LASHLEY**          <u>**Clm No 84740**</u>   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                             UNS                  $1.00
                                                  $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1581 of 2984

---

**FANNIE LOU LATHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84741**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY REE LATHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84742**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES ALVIN LAUDERDALE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84743**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 3:42:12 PM

## *Claims Details*                                                1582 of 2984

---

**JIMMIE WADE LAUDERDALE**          **Clm No 84744**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                   |-------|---------------------|----------------------|
                                    | UNS   | $1.00               |                      |
                                    |       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value    $1.00

---

**L. B. LAUDERDALE**                **Clm No 84745**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                   |-------|---------------------|----------------------|
                                    | UNS   | $1.00               |                      |
                                    |       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value    $1.00

---

**WILLIE ROY LAW**                  **Clm No 84746**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                   |-------|---------------------|----------------------|
                                    | UNS   | $1.00               |                      |
                                    |       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1583 of 2984

---

**MICKEY RAY LAWLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84747**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JERRY EDWIN LAWLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84748**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JAMES WALTER LAWRENCE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84749**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1584 of 2984

---

**MARY ELENOR LAWRENCE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84750**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERTHA LAWSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84751**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHESTER WAYNE LAWSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84752**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1585 of 2984

---

**JERRY ALLEN LAWSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84753**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN LAWSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84754**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OLLIE MILTON LAWSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84755**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1586 of 2984

---

**OLA MAE LAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84756**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SMITH LAYFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84757**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT BURTON LEATH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84758**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1587 of 2984

---

**RICHARD G. LEBEDIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84759**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LORETHA KINCAID**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84760**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNICE KING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84761**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### Claims Details

**CHARLIE KING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84762**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**DOYLE WAYNE KING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84763**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JAMES MURRAY KING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84764**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1589 of 2984

---

**LUDIE JAMES KING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84765**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PAULINE PUGH KING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84766**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SYLVESTER KING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84767**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1590 of 2984

---

**WILLIAM D. KING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84768**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**CHARLOTTE ANN KINGSLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84769**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**CLEVELAND R. KINGSLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84770**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                               1591 of 2984

---

**SAMUEL DAVID KIRK**                    **Clm No 84771**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class         Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                         UNS                  $1.00
                                                              $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**BERTHA MAE KIRKLAND**                  **Clm No 84772**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class         Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                         UNS                  $1.00
                                                              $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ELLA FAYE KIRKPATRICK**                **Clm No 84773**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class         Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                         UNS                  $1.00
                                                              $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1592 of 2984

---

**SALLIE C. KIRKWOOD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NORMAN NATHANIEL KISER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY B. KIZZIAH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1593 of 2984

---

**TERRY WAYNE KIZZIAH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARNOLD T. KNIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GRATIE MAE KNIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1594 of 2984

---

**ROGER DALE KNIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAROLD LEONARD KNUTSEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TERRY KOMINITSKY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1595 of 2984

---

**TINNIE MAE KONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84783**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CATHERINE KOON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84784**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARTHA LOUISE KOON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84785**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1596 of 2984

---

**LARRY EUGENE KORNEGAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84786**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARENCE OSCAR KREIDEL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84787**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EMMA CORENIA KYLES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84788**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1597 of 2984

---

**J. L. KYLES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES HENRY JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES RICHARD JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1598 of 2984

---

**JERRY RODGERS JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84792**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOC DONALD JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84793**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN WESLEY JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84794**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1599 of 2984

---

**JOHNNY LEE JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84795**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY WEBSTER JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84796**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH WALLACE JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84797**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1600 of 2984

| **LEE WALTER JONES** | **Clm No 84798** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | | | |
| 101 NORTH STATE ST. | Class | Claim Detail Amount | Final Allowed Amount |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **LIZA JANE JONES** | **Clm No 84799** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | | | |
| 101 NORTH STATE ST. | Class | Claim Detail Amount | Final Allowed Amount |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **LOUISA JONES** | **Clm No 84800** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | | | |
| 101 NORTH STATE ST. | Class | Claim Detail Amount | Final Allowed Amount |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1601 of 2984

---

**MARVIN CURLEE JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84801**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84802**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY DARNETTA JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1602 of 2984

---

**MARY RUTH JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84804**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ORA LEE JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84805**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PATSY RUTH JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              1603 of 2984

---

**PEARLEAN JONES**                   **Clm No 84807**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                     UNS                     $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**PETER JONES**                      **Clm No 84808**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                     UNS                     $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**ROBERT LEE JONES**                 **Clm No 84809**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                     UNS                     $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1604 of 2984

---

**ROBERT LEE JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SALLIE BELL JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**STEVE JUNIOR JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1605 of 2984

---

**VIRGINIA JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84813**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VIVIAN YVONNE JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84814**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WANDA CAROL JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84815**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1606 of 2984

---

**WILLIE FRANK JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**EDWARD DANIEL JORDAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84817**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIAM JORDAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1607 of 2984

---

**FREDDIE MAE JOYNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84819**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROY LEE JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84820**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SENNIE EUGENE JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84821**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1608 of 2984

---

**SUSIE JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84822**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SYLVEN HAL JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84823**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALTER JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1609 of 2984

---

**WILBERT J. JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1610 of 2984

---

**WILLIAM HAROLD JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIAM MCKINLEY JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIE B. JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1611 of 2984

---

**WILLIE LEE JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE LEON JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED NORMAN JOHNSON, SR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1612 of 2984

---

**JOCIE CARMAN JOHNSTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDDIE LEE JOINER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE LEE JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1613 of 2984

---

**ANTHONY JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY MAE JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                             1614 of 2984

---

**CLARA BIBBS HARRIS JONES**                    **Clm No 84840**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                             Class           Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                                UNS                  $1.00
                                                                     $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CLOTE JONES**                                 **Clm No 84841**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                             Class           Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                                UNS                  $1.00
                                                                     $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**DOROTHY WHITE JONES**                         **Clm No 84842**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                             Class           Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                                UNS                  $1.00
                                                                     $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1615 of 2984

---

**EARNESTINE D. JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EMMITT JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ESTER JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1616 of 2984

---

**ESTHER LEE JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HATTIE LEE JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES EARL JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1617 of 2984

---

**JAMES GILBERT JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DESTER THOMAS JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARLIE JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 3:42:12 PM

*Claims Details*                                                    1618 of 2984

---

**EDDIE LEE JOHNSON**                **Clm No 84852**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class         Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                     UNS              $1.00
                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**ELAINE R. JOHNSON**                **Clm No 84853**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class         Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                     UNS              $1.00
                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**EUGENE JOHNSON**                   **Clm No 84854**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class         Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                     UNS              $1.00
                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1619 of 2984

---

**FREDDIE LEE NORMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84855**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HENRY LOUIS JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84856**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**IVY JEAN JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84857**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              1620 of 2984

---

**JAMES PURDY JOHNSON**                  **Clm No 84858**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class              Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201            UNS                     $1.00
                                                    $1.00

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN THOMAS JOHNSON**                  **Clm No 84859**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class              Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201            UNS                     $1.00
                                                    $1.00

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES DALE JOHNS**                   **Clm No 84860**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class              Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201            UNS                     $1.00
                                                    $1.00

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1621 of 2984

---

**JUDY ANN JOHNS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84861**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THELMA POLAND JOHNS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84862**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MICHAEL WILLIAM JOHNSEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1622 of 2984

---

**BEATRICE H. JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CADE JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CHARLES DOUGLAS JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1623 of 2984

---

**CHARLES ROY JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLIE JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANNY WAYNE JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1624 of 2984

---

**KATHERINE JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84870**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**LARRY JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84871**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**LARRY EUGENE JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1625 of 2984

---

**LOUIS HAROLD JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84873**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY FRANCES MELTON JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84874**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NANCY LOUISE JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84875**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1626 of 2984

---

**NATHANIEL JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84876**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ODDIE IRENE JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84877**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROLAND THOMAS JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84878**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                    1627 of 2984

---

**ROSALENE JOHNSON**                    **Clm No 84879**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                 $1.00
                                                             $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**RANDALL LOUIS LINDSEY**               **Clm No 84880**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                 $1.00
                                                             $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**RONNYE TYRONE LINEBARGER**            **Clm No 84881**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                 $1.00
                                                             $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1628 of 2984

---

**EDGAR LING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84882**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**GEORGE H. LINLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84883**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**DOROTHY ANN LINTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84884**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1629 of 2984

---

**MARTHA ANN LIPHAM**                          **Clm No 84885**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                            Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                               UNS                    $1.00

                                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CENIANAN RUTH LIPSEY**                       **Clm No 84886**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                            Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                               UNS                    $1.00

                                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**IDELLA LITTLE**                              **Clm No 84887**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                            Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                               UNS                    $1.00

                                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1630 of 2984

---

**NICK JUNIOR LITTLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84888**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE BEE LITTLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84889**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLOTTE GAIL LIVINGSTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84890**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1631 of 2984

---

**OTHAL WAYNE LIVINGSTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84891**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THOMAS JOSEPH LOCASTRO**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84892**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOY ANN LOCKE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84893**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1632 of 2984

---

**SYBLE LUCILLE LOCKRIDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERALD QUITMAN LOFTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH THOMAS LOGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1633 of 2984

| **MARTHA FAYE LOLLAR** | **Clm No 84897** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

| **LILLIE LOLLIS** | **Clm No 84898** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

| **DONALD JULIAN LONG** | **Clm No 84899** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1634 of 2984

---

**JIM MONROE LONG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84900**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONALD DALE LONG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84901**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY JOE LOPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84902**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1635 of 2984

---

**WILLIAM LAMAR LOPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SADIE MAE LOPEZ**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR DANIEL LOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1636 of 2984

---

**BILL LOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84906**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES HENRY LOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84907**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE RALPH LOUGHNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84908**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1637 of 2984

---

**JERRIE LEE LOVE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERRY C. LEDBETTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERRY ANDREW LEDET**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                          1638 of 2984

---

**ANDREW O. LEE**                    **Clm No 84912**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.               Class              Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201
                                   UNS                      $1.00

                                                            $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**ANNIE LEE**                        **Clm No 84913**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.               Class              Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201
                                   UNS                      $1.00

                                                            $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**BILLY RAY LEE**                    **Clm No 84914**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.               Class              Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201
                                   UNS                      $1.00

                                                            $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1639 of 2984

---

**CHARLES A. LEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84915**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DELMER RAY LEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84916**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY EDWARD LEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1640 of 2984

---

**LELA MAE LEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE PEARL LEFTWICH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84919**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OPAL GERALDINE LEHR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84920**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1641 of 2984

---

**ROBERT MERCIER LEMASTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANK RICHARD LEMLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GRACIE LEMONDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1642 of 2984

---

**A.D. LENOIR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84924**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JAMES GYRTHEL LEONARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JAMES RICHARD LESLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84926**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1643 of 2984

---

**JOHN CALVIN LESLIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84927**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARNEST LESURE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84928**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY HAROLD LETSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84929**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1644 of 2984

---

**CLARA SUE LEVERETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84930**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY FAYE LEWIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84931**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EUNICE DELL LEWIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84932**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 3:42:12 PM

*Claims Details*                                                       1645 of 2984

---

**LAWRENCE LEWIS**                    **Clm No 84933**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201                     UNS                   $1.00
                                                            $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**THOMAS BENTON LEWIS**               **Clm No 84934**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201                     UNS                   $1.00
                                                            $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**EDDIE LEWIS, JR.**                  **Clm No 84935**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201                     UNS                   $1.00
                                                            $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1646 of 2984

---

**TIM FRANK LEZOTTE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84936**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WALTER RAY LINDEMANN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84937**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**LINDYBURG LINDSEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84938**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

1647 of 2984

---

**MATTIE SUE LINDSEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**LUCILLE JENKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**MOSE JENKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1648 of 2984

---

**ROSIE MARIE JENKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84942**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**DONALD ALLEN JENNINGS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84943**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**MONROBIE P. JENNINGS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84944**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1649 of 2984

---

**JOHN WAYNE JERNIGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84945**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PAUL EVANS JERNIGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84946**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SAMUEL RANDOLPH JETER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84947**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1650 of 2984

**ELLIS J. JETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84948**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JAMES JIMISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84949**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SAMUEL HERSHEL JAMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1651 of 2984

---

**WILLIS JAMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**ALEAN SEBREAND JARVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**BOBBY JEAN JARVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1652 of 2984

---

**JERRY LAMAR JARVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84954**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ORA LEE JARVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84955**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MAE JARVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 1653 of 2984

---

**JAMES JAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84957**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**MARVIN AUBREY JAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84958**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value     $1.00

---

**ROBERT EARL JAYNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84959**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1654 of 2984

---

**DORIS JEAN JEBELES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84960**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARVIN JEFFERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84961**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NATHANIEL JEFFERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84962**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1655 of 2984

---

**FREDDIE LOU JEFFREYS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84963**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LONNIE ALTON JEFFREYS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84964**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GOLLIE JEFFRIES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84965**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1656 of 2984

---

**ISAAC LARRY DONNAIL JEFFRIES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84966**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**SAM JEFFRIES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84967**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CLARENCE JENKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84968**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1657 of 2984

---

**GRACE JENKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84969**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES EDWARD JENKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84970**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CELIA JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84971**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1658 of 2984

---

**CLAYTON MOSE JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84972**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDNA JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84973**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ERIC JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84974**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1659 of 2984

---

**HENRY MILFORD JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JAMES HENRY JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JOE BILLY JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1660 of 2984

---

**JOHN WILLIE JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**LEONARD JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**MARY E. JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**MARY FAYE JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84981**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PATSY LYNN JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84982**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT ANDERSON JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84983**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1662 of 2984

---

**ROBERT DELANO JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ROLLEN JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**SARAH ANN JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1663 of 2984

---

**SHELLY B. JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84987**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 24-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**VERLEE JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84988**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 24-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**WILLIE LEE JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84989**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 24-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1664 of 2984

---

**JAMES HENRY JACOBS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHRISTINE JAMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EMMA LEE JAMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

**HAROLD HILLARD JAMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84993**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**INELLA JAMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84994**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JO ANNE JAMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84995**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1666 of 2984

---

**JOHN ROBERT JAMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LILLIE JAMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MACKIE RAY JAMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1667 of 2984

---

**MARTHA LEE JAMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OSSIE JAMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**STEPHEN DANIEL HURST**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 1668 of 2984

---

**MARY GRACE HURT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY LEE HUTCHENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BROUDICE LESLEY HUTCHERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1669 of 2984

---

**PATRICIA ANN HUTCHERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CARLTON EARL HUTCHINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JANET SUE HYCHE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1670 of 2984

---

**MARJORIE ANN HYCHE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**CURTIS BARRY HYDE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**CIARA INGRAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**DOROTHY MAE INGRAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85011**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED LOUIS INGRAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85012**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAZEL LOUISE INGRAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85013**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1672 of 2984

---

**MARLEAN FRANKLIN INGRAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85014**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARILYN INMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85015**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES EDWARD IRONS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85016**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**GRANTLAND HILL IRWIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85017**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS   | $1.00               |                     |
|       | $1.00               |                     |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOE NATHAN ISAAC**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85018**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS   | $1.00               |                     |
|       | $1.00               |                     |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES OLLIE ISBELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85019**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS   | $1.00               |                     |
|       | $1.00               |                     |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1674 of 2984

---

**BERTHA KATE ISHMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES HAWTHRONE ISOM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES IVEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1675 of 2984

---

**CAROL DEAN BOYD IVRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85023**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA LOUISE IVY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85024**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EUGENE IVY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85025**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1676 of 2984

---

**JAMES BILBO IVY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85026**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**RICKEY GENE IVY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85027**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**TOMMIE LEE IVY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85028**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1677 of 2984

---

**ARTHUR JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BUFFUS JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT LOUIS HUDSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1678 of 2984

---

**JOHN EARL HUFFMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85032**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOOKER T. HUGHES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85033**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID JORDAN HUGHES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85034**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1679 of 2984

---

**EARNEST HUGHES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85035**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD  EUGENE HUGHES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85036**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES HUGHES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85037**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1680 of 2984

---

**LEE HUGHES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85038**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEONARD HUGHES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEROY HUGHES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1681 of 2984

---

**MANVILLE HUGHES**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 85041**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RANDY DEAN HUGHES**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 85042**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM JASPER HUGHES**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 85043**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1682 of 2984

---

**WILLIE HUGHES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85044**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JAMES HUGHES, III**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85045**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HUBERT LEE HULSEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85046**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

---

*Claims Details*

1683 of 2984

---

**MARY HUMPHREYS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85047**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DON KENNETH HUMPHRIES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85048**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAROLD PORTER HUMPHRIES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85049**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                  1684 of 2984

---

**JAMES EDWARD HUMPHRIES**      **Clm No 85050**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.             Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                UNS                  $1.00

                                                     $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**HERMAN LEE HUNT**             **Clm No 85051**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.             Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                UNS                  $1.00

                                                     $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**MITTIE BELL HUNT**            **Clm No 85052**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.             Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                UNS                  $1.00

                                                     $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1685 of 2984

---

**CHARLOTTE HUNTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85053**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID HUNTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85054**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELLEN NORRIS HUNTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85055**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1686 of 2984

---

**ODESSA HUNTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85056**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ROBERT LEE HUNTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85057**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**SAMEUL CARLTON HUPPERICH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85058**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:42:12 PM

*Claims Details*                                                                1687 of 2984

---

**JAMES RAY HURSH**                     **Clm No 85059**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201                       UNS                    $1.00
                                                               $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**ANDREW TERRY HURST**                  **Clm No 85060**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201                       UNS                    $1.00
                                                               $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**MARSHALL ELDON JOYNER, SR.**          **Clm No 85061**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201                       UNS                    $1.00
                                                               $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1688 of 2984

---

**ORLAN WAYNE JUSTICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85062**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**FRANK KALAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85063**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value         $10,000.00

---

**JAMES RONALD KALOC**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85064**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1689 of 2984

---

**FRANKIE KEENE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85065**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE H. KEENUM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID KEETON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85067**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1690 of 2984

---

**ROGER DALE KEETON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85068**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMY DAVID KELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85069**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SHELIA ANN KELLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85070**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1691 of 2984

---

**JOHNNIE WILLIE KELLIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85071**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW KELLY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85072**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES FRANKLIN KELLY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85073**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1692 of 2984

---

**REBECCA GERTRUDE KELTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85074**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**DONALD NATHEL KEMP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85075**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**RACHEL LYNETTE KENDALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85076**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1693 of 2984

---

**STANLEY DARRELL KENDRICK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85077**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONALD KENNARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CARL B. KENNEDY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1694 of 2984

---

**LUVENIA KENNEDY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**STENNIS KENNEDY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY RAY KEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**ORA LEE KEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY FRANCES KEYS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUBY LEE KEYS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1696 of 2984

| **JEAN DELOUISE KIDD** | **Clm No 85086** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **JESSIE LENARD KIDD** | **Clm No 85087** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **GEORGE CLINTON KILGORE** | **Clm No 85088** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**MARTHA KILGORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85089**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARNEST LEE CLARK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85090**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**E.C. CLARK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85091**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1698 of 2984

---

**ALBERT THOMAS CLARK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85092**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM EDWARD CLAPHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85093**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE SUE CHURCHILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85094**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1699 of 2984

---

**WILLIAM JOSEPH CHURCH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85095**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GERALD NEWTON CHUNN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85096**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT EDWARD CHRISTIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85097**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1700 of 2984

---

**CARRIE LEE CHRISTIAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85098**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN DENNIS CHISOLM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85099**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OLIVIA CARTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1701 of 2984

---

**SAMMIE GENE CARTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EVA BELL CARTWRIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85102**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DELOIS CARUTHERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85103**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**JUDY KAY CARVER HARDIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85104**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VIOLET ROBERTA CARVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85105**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RALPH LAVELLE CASE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85106**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1703 of 2984

---

**JOHN EDLEY CASEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85107**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PAUL ANTHONY CASONE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85108**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MARY CASTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85109**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1704 of 2984

---

**ESSIE CLAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**DANIEL MICHAEL CLAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**CURTIS CLAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                     1705 of 2984

---

**BILLY JOE CLAY**                     **Clm No 85113**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    Class              Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                       UNS                        $1.00
                                                                  $1.00

Date Filed           24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**BENNY CLAY**                         **Clm No 85114**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    Class              Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                       UNS                        $1.00
                                                                  $1.00

Date Filed           24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**WILLIE L. CLARK**                    **Clm No 85115**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    Class              Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                       UNS                        $1.00
                                                                  $1.00

Date Filed           24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1706 of 2984

---

**WENDELL LAMAR CLARK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85116**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**MAMIE CLARK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85117**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**LILLIAN MARIE CLARK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85118**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1707 of 2984

---

**JAMES BENNIE CLARK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**IRVING R. COLEMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ROGER COLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1708 of 2984

---

**FANNIE COLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85122**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLIE COLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85123**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE DEAN COLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85124**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1709 of 2984

---

**ALMETA COLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85125**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES CLIFTON COLBURN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HARRY RAY COKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85127**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1710 of 2984

---

**BILLY BAXTER COFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JACK W. COCHRAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**NORMAN HERMAN CLEVELANDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1711 of 2984

**JANICE MARIE CLEVELAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85131**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE LEE CLEVELAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85132**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MATTIE MAE CLAYBORN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85133**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                          1712 of 2984

---

**EMMON CLAYBORN**                    **Clm No 85134**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class              Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                      UNS                     $1.00
                                                              $1.00

Date Filed             24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**ALONZO CLAYBORN**                   **Clm No 85135**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class              Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                      UNS                     $1.00
                                                              $1.00

Date Filed             24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**STEPHEN FRED CLAY**                 **Clm No 85136**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class              Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                      UNS                     $1.00
                                                              $1.00

Date Filed             24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1713 of 2984

---

**LULA BELL CLAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN EDDIE CLAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELIZABETH CLARK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1714 of 2984

---

**EVELYN EARLE COCHRAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85140**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BETTY SUE COCHRAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85141**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**PARILEE COBBS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85142**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 1715 of 2984

---

**JAMES DONALD COBB**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85143**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNIE MACK COBB**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85144**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE F. COBB**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85145**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1716 of 2984

---

**JOHNNIE B. COATS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85146**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES JOSEPH CLYDE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85147**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PAUL RAY CLINE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85148**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1717 of 2984

---

**SAMUEL CLEVELAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY HELEN COLLINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY DAVIS COLLINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85151**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1718 of 2984

---

**HENRY CLAY COLLINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85152**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAROLD RAY COLLINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85153**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARNEST LEE COLLINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85154**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1719 of 2984

---

**DOROTHY COLLINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85155**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONNA MARRIANNA COLLINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85156**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MATTHEW COLES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85157**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1720 of 2984

---

**WILLIE I. COLEMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TOMMY DALE COLEMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SARAH PAULINE COLEMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1721 of 2984

---

**ARLIN CONN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85161**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY LOIS CONLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85162**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES ELBERT CONLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1722 of 2984

---

**ROBERT L. COMER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85164**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**COOLIDGE COMER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85165**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY EUGENE COMBS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85166**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1723 of 2984

---

**WILLIE EARL COLVERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANKLIN DELANA COLSTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARLIN COLLUM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                          1724 of 2984

---

**MARY BELL COLLINS**        **Clm No 85170**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| JACKSON, MS 39201 | | |
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ISABELLA CONWAY**        **Clm No 85171**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| JACKSON, MS 39201 | | |
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JULIA M. CONRAD**        **Clm No 85172**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| JACKSON, MS 39201 | | |
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 1725 of 2984

---

**ELSIE CONRAD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85173**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MACK CONNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85174**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERRY WAYNE CONNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85175**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1726 of 2984

---

**ISAIAH CONNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE WASHINGTON CONNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDMA PEARL CONNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1727 of 2984

**DONALD RAY CONN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85179**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID JAMES CONN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85180**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLYDE NEVELS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85181**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1728 of 2984

---

**DOROTHY D. NEWCOMB**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGIA LEE NEWSOME**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY LEE NEWSOME**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1729 of 2984

---

**PEARLIE JEAN NEWSOME**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GRACE ONEIDA NEWTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK MELVIN NEWTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85187**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1730 of 2984

---

**JAMES EUGENE NEWTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN WINFRED NEWTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH WAYNE NICHOLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1731 of 2984

---

**JAMES FRANKLIN NICHOLSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85191**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SARAH BREWER NICKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUBREY AMOS NIX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

1732 of 2984

---

**NANCY LEE NIX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85194**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ALICE NIXON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85195**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MURRAY NOBLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85196**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1733 of 2984

---

**ROBERT L. NORMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85197**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**EDNA BROWN NORRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85198**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**HAROLD CLARENCE NORRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85199**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1734 of 2984

---

**MITCHELL NORRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEE ROY NORTHINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MATTIE LOU NORTHINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85202**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1735 of 2984

---

**BENNY LEE NORTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85203**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**IVER NORWOOD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85204**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PHIL NORWOOD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85205**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1736 of 2984

---

**ROY LEON NUNN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KERRY NELSON NUNNALLY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SARAH EVELYN OAKES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1737 of 2984

---

**PHILLIP PAUL OATSRALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85209**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLOTTE LANE O'BRIANT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85210**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARVEL GENE MOUNCE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85211**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1738 of 2984

---

**ALLEN MULKY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY WILSON MULKEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85213**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT NORMAN MULLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85214**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                                          1739 of 2984

---

**JOE A. MULLINS**                    **Clm No 85215**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class              Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                      UNS                     $1.00
                                                              $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**VIRGINIA GAYLE MULLIS**             **Clm No 85216**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class              Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                      UNS                     $1.00
                                                              $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**FLENTRUS L. MURDOCK**               **Clm No 85217**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class              Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                      UNS                     $1.00
                                                              $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1740 of 2984

---

**PEGGY ANN MURPHY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TERRY WAYNE MURPHY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH MURRELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1741 of 2984

---

**PAUL MURRY DOLLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN H. ODOM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNIE JO ODOM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

1742 of 2984

---

**YVONNE DAVIS OLDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85224**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANCES LOUISE OLIVE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85225**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JULIUS HENRY OLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85226**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**CHARLES ROY O'MARY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**ALBERT O'NEAL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**MARY OLA O'NEAL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1744 of 2984

---

**WILLIE ANTHONY O'NEAL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85230**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAWRENCE DAVID ORR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85231**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SHIRLEY JEAN OSBORN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85232**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1745 of 2984

---

**CHARLES EDWARD OSLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85233**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JAMES STEVEY OSWALT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85234**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JAMES OLIVER OTTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85235**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1746 of 2984

---

**PRESTON ALVIS DUSLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85236**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**FRITZ PATRICK OWEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85237**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**CONNIE LEE OWENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85238**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1747 of 2984

---

**CORNELIA CORNET OWENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNA LEE MYERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CRAYTON TOMMY MYERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1748 of 2984

---

**KATIE GLENDA NELL MYERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LOUIE MYERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ANGELEEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1749 of 2984

---

**JANNIE P. MYLES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85245**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LULA MAE MYLES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85246**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY TRAMMEL NABORS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85247**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1750 of 2984

---

**HARVEY MONROE NABORS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85248**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GERALD BERNARD NAHRSTEDT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROY MONROE NAILS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85250**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1751 of 2984

---

**HOWARD CLAYTON NALLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85251**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**PHILLIP LANE NANCE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85252**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**SHARON ROSE NARAMORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85253**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1752 of 2984

---

**DAVID EARL NEAL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85254**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ESTELLE NEAL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85255**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FORREST BAXTER NEAL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85256**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1753 of 2984

---

**LEROY NEELY SR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85257**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY CHARLES NELSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85258**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY LINSEY NELSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85259**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1754 of 2984

---

**LOTTIE C. NELSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WILLIE RAY NELSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**VIRGIL LEE NESBIT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1755 of 2984

---

**MARVIN EARNEST NESMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICKY AARON NESMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85264**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT JOSEPH NESMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**WILLIE JEAN NESMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85266**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**CONNIE MARIE NETHERY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85267**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JAMES ROBERT NETHERY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85268**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1757 of 2984

---

**VANCE DOUGLAS NETHERY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85269**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE VIRGINIA PARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85270**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONALD EUGENE PARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85271**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1758 of 2984

---

**GENE WASHINGTON PARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GENEVA PARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85273**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAVERN SELLERS PARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85274**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1759 of 2984

---

**LULA MAE PARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85275**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARVLENE PARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85276**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROY GORDON PARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85277**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1760 of 2984

---

**THOMAS DALE PARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TOMMY PARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE ALBERT PARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1761 of 2984

---

**OTIS PARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FARRIS LEO PARKERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH DALE PARKHURST**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1762 of 2984

---

**GLENN RUSSELL PARKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD PARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LORENZO PARRISH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                          1763 of 2984

---

**JAMES HARRY PARROTT**                     **Clm No 85287**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                            UNS                  $1.00

                                                                 $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**MARY ELIZABETH PATE**                     **Clm No 85288**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                            UNS                  $1.00

                                                                 $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**BILLY PAUL PATTERSON**                    **Clm No 85289**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                            UNS                  $1.00

                                                                 $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1764 of 2984

---

**HERMAN BERNARD COUCH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85290**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES EDWIN PATTERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85291**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MALCOLM DEWEY PATTERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85292**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1765 of 2984

---

**BOOKER T. PATTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SAM THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VONIE M. PATTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1766 of 2984

---

**COSTAS E. PAVLOU**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85296**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM LOUIS PAYNE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM T. PAYNE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85298**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1767 of 2984

---

**CLYDE LAVELL PEACOCK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85299**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**ROBERT EARL OWENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85300**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**LAGRONE PACK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85301**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1768 of 2984

---

**MARY LOUISE PAIGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85302**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOAN JEANETTE PAIR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85303**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CORA LEE PALMER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85304**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1769 of 2984

---

**GLADYS MERL PALMER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85305**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOE WELCH PALMER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85306**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SOLOMAN STANFORD PALMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85307**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1770 of 2984

---

**CHARLES WILLIAM PANNELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**WILLIAM ROBERT PANNELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85309**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**ALBERT JOSEPH PARADISE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85310**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**MATTIE IRENE PETTY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85311**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CORDELL PHILLIPS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85312**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK ALTON PHILLIPS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85313**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

**JAMES HOWARD PHILLIPS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JEWEL DEAN PHILLIPS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**LIZZIE PHILLIPS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1773 of 2984

---

**RONALD CLAY PHILLIPS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SAM HENRY PHILLIPS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JEWEL PHILLIPS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*  3/20/2018 3:42:12 PM

*Claims Details*  1774 of 2984

---

**CHARLES DAVID PICKARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85320**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EMMA JANE PICKENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85321**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J. C. PICKENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85322**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1775 of 2984

---

**MARY LEE PICKENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85323**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GARY DALE PICKETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85324**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD KENNETH PICKETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85325**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1776 of 2984

---

**EARL PIGG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85326**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDITH PIKE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85327**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RALPH JAMES PILGRIM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85328**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1777 of 2984

---

**HENRY WILLIE PINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY EVELYN PITTMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ENOS CLARENCE PITTMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1778 of 2984

---

**ROSETTA PITTMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85332**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**HERMAN LEWIS PITTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85333**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CASSIE MAE PLEDGER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85334**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1779 of 2984

---

**GARY LEE PLEDGER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85335**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DALE PLEDGER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85336**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE ADAM PLIER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85337**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1780 of 2984

---

**LEONARD ALLEN POE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85338**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WEMBERLY LEE POGUE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85339**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONALD LEE POOLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85340**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1781 of 2984

---

**WAYNE STEVE POOLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HERBERT ARNETT POOLE, JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DORIS ANN POPE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1782 of 2984

---

**JAMES POPE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY J. PORTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNYE MAE PORTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1783 of 2984

---

**KEITH WADE PORTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85347**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LUTHER ANDERS PORTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85348**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MAGGIE PORTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85349**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1784 of 2984

---

**DELENE IRENE POSEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85350**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**STANLEY DWIGHT POTMESIL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85351**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID WAYNE POWE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1785 of 2984

---

**JOSEPH JAMES POWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LOUISE B. JOHNSON POWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ELIZABETH POWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1786 of 2984

---

**GLORIA DEAN PRATER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WILLIAM JOEL PRATT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85357**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**DWIGHT WAYNE PRESCOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1787 of 2984

**MARVIN RONALD PRESTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**GIBSON PREWITT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JIMMY TRAMUEL PRICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1788 of 2984

---

**JOE D. PRICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85362**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY EARL PRICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85363**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH PRICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85364**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1789 of 2984

---

**LARRELL HENRY PRICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**LUTHER GERALD PRICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**PEGGY LEE PRICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1790 of 2984

---

**VERLEE PRICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85368**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES MORGAN PRICKETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85369**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HERBERT G. PRIDDY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85370**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1791 of 2984

---

**THOMAS PRIDMORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85371**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE CECIL PRITCHARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85372**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MOLLIE FAY PROFIT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85373**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1792 of 2984

---

**EARNEST PROTHRO**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85374**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EULA GAYTHEL PROTHRO**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85375**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HELEN ANNE PRUITT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85376**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1793 of 2984

---

**MONA ESTLENE PRIUTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT EDWARD PRUITT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN CULLEY PRYOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1794 of 2984

---

**LARRY DEAN PUGSLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ZORETTA M. PULLIAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**PAUL RAY PURIFOY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1795 of 2984

---

**CLINTON PYE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAROLD LEE QUINN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSE RAY QUIRK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**J. L. RAGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY JOE RAGLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85387**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH LEE RAGLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85388**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1797 of 2984

---

**JAMES DONALFORD PRICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85389**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE LUE PEARSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85390**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELDRIDGE EUGENE PEARSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85391**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1798 of 2984

---

**WILLIE B. PEARSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RAY SINCLAIR PEASANT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEETTA PECK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:42:12 PM

## *Claims Details*

1799 of 2984

---

**GARY PEGUES**                          **Clm No 85395**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**HENRY WESLEY PEGUES**                  **Clm No 85396**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**MARVIN EDGAR PENDLEY**                 **Clm No 85397**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1800 of 2984

---

**MARY MARTHA PENDLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NANCY WONDA PENDLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES WALLACE PENNINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1801 of 2984

---

**MARY ADELLE PENNINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85401**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PINK GREEN PENNINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85402**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM KINDOL PENNINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85403**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1802 of 2984

---

**LULA BEULAH PENROSE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85404**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ILANDER PENSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85405**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CECIL WILSON PEPPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85406**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1803 of 2984

---

**ESTELLE MARIE PERKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85407**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EUNICE PERKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85408**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN PERKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85409**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1804 of 2984

---

**JOHNNY DELTON PERKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85410**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNIE RAY PERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85411**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY R. PETERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85412**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1805 of 2984

---

**GRACE ROSE PETERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS   | $10,000.00         |                     |
|       | $10,000.00         |                     |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROSIE L. PETERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS   | $1.00              |                     |
|       | $1.00              |                     |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MAE PETTAWAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS   | $1.00              |                     |
|       | $1.00              |                     |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1806 of 2984

---

**GORDON G. PETTIT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BERLIN THOMAS PETTY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**CLAUDE KENNETH PETTY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1807 of 2984

---

**HAZZIE OWENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85419**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**RACHAEL ANN RAGLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WILLIAM CLIFTON RAGLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1808 of 2984

---

**TOMMY LEE RAMBUS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LUCILLE RANDALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ODIE LEE RANDLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1809 of 2984

---

**THOMAS RANDLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85425**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMY KEITH RANKIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85426**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TROY LEE RANSOM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85427**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1810 of 2984

---

**WILLIAM DEREK RATTIFF**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OSCAR ODELL RAUGHTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OSCAR ODELL RAUGHTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1811 of 2984

---

**RONALD ELLIOTT RAWLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85431**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE LOU RAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85432**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY JOE RAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85433**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1812 of 2984

---

**CLOYCE MARCELLE RAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANNEL RAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85435**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACKIE MALCOLM RAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1813 of 2984

---

**JAMES REGINALD RAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85437**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOYCE NELL RAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85438**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MACON RAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85439**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1814 of 2984

---

**PEGGY JONES RAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85440**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARION JUNE RAYNOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85441**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELMER LEE REA**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85442**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1815 of 2984

---

**OWEN GARNER REDDING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85443**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OPAL FAYE REESE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85444**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDDIE LEE REED**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85445**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1816 of 2984

---

**FRANKIE ELAINE REED**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85446**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**GEORGE HENRY REED**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85447**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**GWENDOLYN DIANNE REED**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85448**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1817 of 2984

---

**JAMES TERRILL REED**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY LOUISE LOVE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUBY NELL LOVE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1818 of 2984

---

**LINKTON O. LOVELESS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85452**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OLEN EVON LOVETTE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85453**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE MAE LOVING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85454**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1819 of 2984

---

**HARVEY EDWARD LOVING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLAUDIE LEON LOWE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GILBERT BARRON LOWE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              1820 of 2984

---

**JAMES F. LOWE**                    **Clm No 85458**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201               |-------|--------------------|-----------------------|
                                | UNS   | $1.00              |                       |
                                |       | $1.00              |                       |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**JIMMY LOWE**                       **Clm No 85459**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201               |-------|--------------------|-----------------------|
                                | UNS   | $1.00              |                       |
                                |       | $1.00              |                       |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**VICTORIA LOWE**                    **Clm No 85460**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201               |-------|--------------------|-----------------------|
                                | UNS   | $1.00              |                       |
                                |       | $1.00              |                       |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1821 of 2984

---

**ROBERT LEE LOWERY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85461**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADDIE JOSEPHINE LOWMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85462**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CECIL WAYNE LOYD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85463**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:42:12 PM

*Claims Details*    1822 of 2984

---

**BRUCE LUCAS**                         **Clm No 85464**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

JACKSON, MS 39201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**GEORGE WESLEY LUCAS**               **Clm No 85465**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

JACKSON, MS 39201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JACK LUCAS**                          **Clm No 85466**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

JACKSON, MS 39201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

1823 of 2984

---

**RONNIE K. LUCAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**WILLIE LUCAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**ARLEAN LUELLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1824 of 2984

---

**JOE EDWARD LUELLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY IRVIN LUKE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE RUTH LUKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1825 of 2984

---

**NORMAN RAY LUX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85473**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GLORIA JEAN LYLES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85474**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARICE BAKER MABRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85475**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1826 of 2984

---

**ROBERT HOWARD MABRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85476**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROSEMERRY MABRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85477**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MACK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85478**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1827 of 2984

---

**DELORIS P. MACKEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85479**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARGARET RUTH MACON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85480**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES LEE OPAL MADDOX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85481**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1828 of 2984

---

**JAMES WALTER MADDOX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JAMES RILEY MADISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BERNARD W. MAGEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1829 of 2984

---

**JAMES WADE MAHAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85485**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE VESTER MALLORY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85486**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DON JACK MANLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85487**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1830 of 2984

---

**ANDY LEE MANN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR TROY MANN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN WILLIAM MANN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1831 of 2984

---

**CHARLES T. MANNING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85491**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.T. MARBLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85492**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES OLAN MARCHBANKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85493**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1832 of 2984

---

**WILLIAM ROSS MARCRUM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85494**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MABLE H. MARION**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85495**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY MARSHALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85496**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1833 of 2984

---

**MARY LOUISE MARSHALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85497**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLEN MARTIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85498**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARNEST ROBERT MARTIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85499**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1834 of 2984

---

**JAMES EDWARD MARTIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85500**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES ROBERT MARTIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85501**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES THOMAS MARTIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85502**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1835 of 2984

**LARRY CALVIN MARTIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85503**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**OLLIE MAE MARTIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85504**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**STEVE EDWIN MARTIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1836 of 2984

---

**WILLIAM HARRY MARTIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YOUMAN MARTIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HESTER MARTINO**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1837 of 2984

---

**ELLIS LOUIS MASHBURN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELIZABETH OLEVIA OWENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD GENE REED**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85511**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1838 of 2984

---

**GEORGE ERE REEDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85512**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EVELYN REESE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85513**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FLOYD DIMPSON REESE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85514**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1839 of 2984

---

**JESSIE MAY REESE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**SAMUEL LEWIS REESE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85516**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**LARRY EVERETT REEVES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85517**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1840 of 2984

---

**ROY CURLESS REEVES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85518**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**DAVID AERON REID**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85519**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**DAVAMPERT REYNOLDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85520**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1841 of 2984

**LEWIS LEE REYNOLDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**LINDA GAIL REYNOLDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**DORA MAE RHEA**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1842 of 2984

---

**IMOGENE RHODES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85524**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**WILMA DEAN RHUDY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85525**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**BOBBY RICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85526**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1843 of 2984

---

**CHARLES WILL RICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANNY LEE RICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES MICHAEL RICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85529**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1844 of 2984

---

**JUSTER RICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**KENNEDY RICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**DANIEL M. RICHARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1845 of 2984

---

**ALFONZIA RICHARDSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85533**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOOKER T. RICHARDSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85534**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY JEAN RICHARDSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85535**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1846 of 2984

---

**DOROTHY ODEAN RICHARDSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAWRENCE PURVY RICHARDSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RAYMOND RICHARDSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1847 of 2984

---

**BILLY EDWARD DANFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85539**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERTA DANGERFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85540**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT HENRY DANIEL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85541**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                                    1848 of 2984

---

**TERRY LEE DANIEL**                    **Clm No 85542**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class           Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                  $1.00
                                                             $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**BERNICE DANIELS**                     **Clm No 85543**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class           Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                  $1.00
                                                             $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**MARCIA HOGAN DANIELS**                **Clm No 85544**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class           Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                  $1.00
                                                             $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1849 of 2984

---

**SHERMAN DANIELS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85545**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DENNIS CALVIN DANSBY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85546**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KING DAUFEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85547**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1850 of 2984

---

**JAMES LEROY DAVENPORT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85548**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD F. DAVIDSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85549**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LONZA DAVIDSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85550**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1851 of 2984

---

**MICKEY RAY DAVIDSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85551**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ALFRED DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85552**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CHARLOTTE LOUISE DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85553**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1852 of 2984

---

**CHRISTOPHER PETE DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELIZABETH MAE DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ERSKINE DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1853 of 2984

---

**FREDDIE LEE DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85557**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE WALTER DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85558**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GLADYS DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85559**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           E-mail: claimsmanager@omnimgt.com       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1854 of 2984

---

**HENRY DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85560**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES E. DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85561**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES WELTON DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85562**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1855 of 2984

---

**JERRY LEE DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85563**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**JESSE J. DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85564**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**JEWELENE DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85565**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1856 of 2984

---

**CLIFFORD TALLENT SPARKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85566**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN SPEARS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85567**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN ATWELL SPEARS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85568**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1857 of 2984

---

**JOYCE GAIL SPEARS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NANCY MAE SPEARS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JOE SPENCE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85571**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1858 of 2984

**JIMMY SPENCER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROSIE L. SPENCER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85573**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EVIA DESSIE SPIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85574**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1859 of 2984

---

**JOHN LEE SPIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85575**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JAMES ORVILLE SPRADLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85576**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**DON MACKEY SPRADLING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85577**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1860 of 2984

---

**WILLIAM ALLEN SPRADLING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85578**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TONY LEE SPRINGER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85579**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ANNE SPRINKLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85580**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1861 of 2984

---

**RAYFORD CLINTON SPROUSE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85581**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARION LACY SPRUILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DELORES SPURLOCK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1862 of 2984

---

**EARL SQUARE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY STAFFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARVIN D. STAGNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

---

*Claims Details*                                                              1863 of 2984

---

**TOMMY DAVID STAGNER**                 **Clm No 85587**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class              Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                        UNS                    $1.00
                                                               $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**LIZZIE MAE STALLINGS**                **Clm No 85588**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class              Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                        UNS                    $1.00
                                                               $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**KATIE GERTRUDE STALLWORTH**           **Clm No 85589**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class              Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                        UNS                    $1.00
                                                               $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1864 of 2984

---

**HOWARD STANDIFER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85590**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARVIN STANDRIDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85591**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANIEL STANFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85592**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1865 of 2984

---

**GLADYS V. STANFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT EARL STANLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LILLIAN STANWOOD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1866 of 2984

---

**ANNIE LEE STAPLES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VICTOR THOMAS STARK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MILDRED KATHRYN STARKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1867 of 2984

---

**WILLIAM STARKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85599**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILL FRED STARNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85600**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALTER THOMAS STARTLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85601**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1868 of 2984

---

**ANNIE LOU STEELE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**EDD WILLIS STEELE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JOHN STEELE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                             1869 of 2984

---

**LAURA MAE STEELE**                    **Clm No 85605**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class           Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201                       UNS                  $1.00

                                                             $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**MILTON STENNIS**                      **Clm No 85606**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class           Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201                       UNS                  $1.00

                                                             $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**RUBY CAROLYN BEARDEN STEPHENS**       **Clm No 85607**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class           Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201                       UNS                  $1.00

                                                             $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1870 of 2984

---

**WILBURN LAROYCE STEPHENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LENORA STERLING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSIE RODGERS STEVENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1871 of 2984

---

| **BESSIE STEWART** | **Clm No 85611** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **CHARLOTTE JUSTINE STEWART** | **Clm No 85612** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **CLARA V. STEWART** | **Clm No 85613** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1872 of 2984

---

**GLORIA DEAN STEWART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85614**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HARRY BORDEN STEWART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85615**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN WALTER STEWART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85616**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1873 of 2984

---

**JOHN WAYNE STEWART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85617**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JOHN WILLIAM STEWART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85618**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**LOUIS C. STEWART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85619**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1874 of 2984

---

**LUCIUS STEWART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85620**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**LARRY DUDLEY STODDARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85621**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**CHARLES OTIS STOKES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85622**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1875 of 2984

---

**CURTIS STOKES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85623**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GENETTE STOKES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85624**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK DONALD STOKES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85625**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1876 of 2984

---

**BOBBY EARNEST STONE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE WESLEY STONE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HANSFORD STONE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1877 of 2984

---

**IRA LEE STONE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85629**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**WILBUR STONE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85630**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JOHN ALVIS STOREY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85631**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1878 of 2984

---

**WILLIAM ELL STOREY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOE LEE STOUDIMIRE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE LEE STOVALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1879 of 2984

---

**YOUINGOI STOVALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE EDWARD STOVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES MICHEAL STRICKLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1880 of 2984

---

**JOHN CLYDE STRICKLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85638**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAURA FRANCES STRICKLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85639**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ANN STRICKLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85640**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1881 of 2984

---

**ROGER GLEN STRICKLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85641**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CORA LEE STRINGER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNY FRED STRINGFELLOW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

1882 of 2984

**BETTY JOYCE STRONG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**HENRY BEN STUBBS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85645**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**PETE DAVIS STUBBS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85646**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1883 of 2984

---

**NADINE STUCKEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUDOLPH STUCKEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID BRUCE STUDDARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85649**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1884 of 2984

---

**ROCK STUDEMIRE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAROLD HASKELL STUDDITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85651**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOE ROBERT SULARIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85652**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1885 of 2984

---

**MYRA LANELL SULARIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CARLOS MCCOWIN SULLIVAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85654**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SAMMY WAYNE SULLIVAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85655**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

---

**SHIRLEY ANN SULLIVAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85656**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TERETHA SULLIVAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85657**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELAINE RUTH SUMMERLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85658**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1887 of 2984

---

**CAREY LYNN SUMMERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**VONDELL SUMRALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**PHYLLIS SURRATT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1888 of 2984

---

**TALMADGE SURATT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85662**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MACKIE MAE SURRETTE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THEODORE ROOSEVELT SWAIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85664**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1889 of 2984

---

**CLARENCE SWAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LLOYD CARL SWARTZ**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERTIE SUE SWEDENBURG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1890 of 2984

---

**JOE ATON SWEDENBURG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85668**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE SUE SWINDLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85669**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HUBERT LYNN SWINDLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85670**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                 1891 of 2984

---

**RICHARD DANIEL SWINDLE**          **Clm No 85671**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class          Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                     UNS                     $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**ENON ALTON SWINK**                 **Clm No 85672**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class          Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                     UNS                     $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**DOROTHY SYKES**                    **Clm No 85673**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class          Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                     UNS                     $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1892 of 2984

---

**EMMIE TAYLOR SYKES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT HAL STEWART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROOSEVELT STEWART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1893 of 2984

---

**CHARLIE CUNNINGHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85677**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY WAYNE CURBOW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85678**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ERNESTINE CURRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85679**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1894 of 2984

---

**MOZELL CURRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OSCAR ROZELL CURRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE CLIFTON CURTIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

1895 of 2984

---

**DANIEL EUGENE CUSHION**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85683**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH CUSTARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85684**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY FRANCES DAHLEM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85685**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

1896 of 2984

---

**SARAH ANN DALE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**EUGENE DALLAS, JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85687**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**ROBERT DANDRIDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1897 of 2984

---

**SADIE LEE STEWART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SELVIN STEWART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85690**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WINNIE RUTH STEWART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1898 of 2984

---

**JAMES L. STEWMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85692**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**PAUL HUELL STIDHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85693**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ELOISE STILES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85694**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1899 of 2984

---

**MONROE STINE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**ANNIE LEE STINES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**JOSEPH CARL STINNETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                   1900 of 2984

---

**FELIX STINSON**                         **Clm No 85698**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       Class           Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                          UNS                  $1.00
                                                               $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**LEPORA STEWART STIRGUS**                **Clm No 85699**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       Class           Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                          UNS                  $1.00
                                                               $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**ROBERT VENSON STIRGUS**                 **Clm No 85700**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       Class           Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                          UNS                  $1.00
                                                               $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1901 of 2984

---

**BARBARA SUE STOCKMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85701**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY JOE STOCKMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85702**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SYDNEY RAY STOCKMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85703**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1902 of 2984

---

**WILLIE JAMES TABBS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85704**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN LOUIS TABER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85705**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WOODROW E. TALLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85706**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1903 of 2984

---

**EMANUEL CORNEIL TAPIA**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85707**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**CLIFFORD WAYNE TAPLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85708**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**HEBERT MACK TARVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85709**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1904 of 2984

---

**JOE LEWIS TATE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALTER TATE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DWIGHT W. TATUM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1905 of 2984

---

**JAMES MELVIN TATUM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85713**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERLINE TATUM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85714**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES CLARENCE TAWBUSH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85715**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1906 of 2984

---

**WILLIE JOE TAWBUSH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANITA FAITH TAYLOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JO TAYLOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1907 of 2984

---

**SANDRA RICHIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**ROBERT RICHMOND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JAMES H. RIDDLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1908 of 2984

---

**MYRTLE EVON RIDDLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES OLEN RIDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NOAH STANLEY RIDGEWAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1909 of 2984

---

**JOE H. RIDINGS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85725**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MALCOLM RAY RIGBY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85726**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELMER B. RILEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85727**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              1910 of 2984

---

**JESSIE MILDRED RILEY**                    **Clm No 85728**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                            UNS                  $1.00
                                                                 $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**WILLIE CLIFFORD RILEY**                   **Clm No 85729**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                            UNS                  $1.00
                                                                 $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**NEWELL RIVERS**                           **Clm No 85730**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                            UNS                  $1.00
                                                                 $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1911 of 2984

---

**WESLEY CLENTON RIVERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LESSIE ROBBINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GILLARD MARTIN ROBERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1912 of 2984

---

**JOHN WAYNE ROBERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**MABLE LEE ROBERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**WILLIAM HOWARD ROBERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

### *Claims Details*

1913 of 2984

---

**CHARLES R. ROBERTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85737**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES STANLEY ROBERTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85738**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARENCE HARLON ROBERTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85739**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1914 of 2984

---

**CLIFTON EDGAR SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DENNIS WILLIAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85741**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDDIE LEE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1915 of 2984

---

**EDDIE LEE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDMON GLENN SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELLIS RAY SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1916 of 2984

---

**ERSKINE LEON SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85746**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ETHEL LEE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85747**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAROLD GOREE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85748**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1917 of 2984

---

**HAROLD RAY SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85749**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HATTIE AGUILLA SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**INEZ SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1918 of 2984

---

**IZOLA SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85752**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**JAMES C. SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85753**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JAMES LOYD SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85754**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1919 of 2984

**JAMES WILLIS SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85755**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JOE WESLEY SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85756**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JOHN DAVID SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1920 of 2984

---

**JOHN ELLIS SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85758**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|-------|--------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSIE L. SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85759**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|-------|--------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JUDY BELLE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85760**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|-------|--------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1921 of 2984

---

**JULIUS PATRICK SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85761**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**KATHLEEN SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85762**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**LEMUEL SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85763**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1922 of 2984

---

**LEONARD SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEROY SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LOVIS JEAN SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1923 of 2984

**MARGARET JANE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85767**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARSHALL DOUGLAS SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85768**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ALICE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85769**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1924 of 2984

---

**MARY BEATRICE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85770**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY LEE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85771**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NELLIE MARIE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85772**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

1925 of 2984

---

**NORA GWENITH SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85773**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OLIVER T. SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85774**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OULA AGNES SMTIH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85775**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1926 of 2984

---

**ROBERTA SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85776**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONALD DEAN SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85777**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROY MILTON SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85778**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1927 of 2984

---

**RAY O'DEL SMTIH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85779**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUFUS DELANE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85780**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VERA MAE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85781**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1928 of 2984

---

**WILLIAM LEVON SMTIH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY JOE SMITHERMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LINDA LOUISE SMITHERMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1929 of 2984

**ESSIE M. SNOW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85785**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JOHN SNOW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85786**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**SIDNEY HAROLD SNOW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85787**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1930 of 2984

---

**JAMES EARL SNYDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85788**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PATRICK WILLIE SNYDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85789**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MITCHELLE DALE SOBLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85790**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1931 of 2984

---

**DONALD AUTHUR SPACHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85791**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JESSIE CONWAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85792**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BERNICE H. COOK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85793**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1932 of 2984

---

**JOHN LEON COOK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85794**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**LURA MARGARET COOK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85795**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**RICHARD LEE COOK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85796**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1933 of 2984

---

**RICKY DON COOK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85797**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONALD LEE COOK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85798**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SHIRLEY IRENE COOK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1934 of 2984

---

**THOMAS EUGENE COOK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE COOK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85801**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE ROY COOK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85802**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1935 of 2984

---

**JERRY JOE COOLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BOBBY RAY COOPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**CHARLES HENRY COOPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1936 of 2984

---

**JEANETTE COOPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMY COOPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN EARL COOPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85808**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1937 of 2984

---

**BILLY REX COPELAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85809**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMIE GARLAND COPELAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85810**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LLOYD JUNIOR CORBIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85811**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1938 of 2984

---

**FREEMAN CORK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**NELLIE OPHELIA CORK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ELLIS MCCORMACK CORN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85814**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1939 of 2984

| JOE STANLEY COSHATT | **Clm No 85815** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| MILDRED INEZ COTNEY | **Clm No 85816** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| JAMES EDWARD COTTEN | **Clm No 85817** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1940 of 2984

---

**DEWEY DEEK COTTON**                    **Clm No 85818**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class            Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201                        UNS                  $1.00
                                                              $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**JUDY MARY COTTON**                     **Clm No 85819**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class            Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201                        UNS                  $1.00
                                                              $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**FAYE COTTRELL**                        **Clm No 85820**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class            Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201                        UNS                  $1.00
                                                              $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              1941 of 2984

---

**BERNARD SARRELL COUCH**                    **Clm No 85821**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                          Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                             UNS               $1.00
                                                               $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**DAVID HENRY COURTNEY**                     **Clm No 85822**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                          Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                             UNS               $1.00
                                                               $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**PEGGY ANN COWLEY**                         **Clm No 85823**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                          Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                             UNS               $1.00
                                                               $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

### Claims Details

1942 of 2984

---

**CHARLES BURTON COX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**EDDIE CHARLES COX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**FARRIS LEE COX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1943 of 2984

---

**MCARTHUR CRABB**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85827**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SYLVESTER CRADDIETH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85828**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CRAFT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85829**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1944 of 2984

---

**GEORGE THOMAS CRAIG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMIE EARL CRAIG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ORVILLE EUGENE CRAIG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1945 of 2984

---

**RONALD CRAIG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85833**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VELMA HARTLEY CRAIG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85834**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERRY EUGENE CRANE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85835**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1946 of 2984

**RUBY JEWEL CRAPPS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**MELTON LEMAR CRAVEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ROY WAYNE CRAVEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1947 of 2984

---

**DAVID ROGERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HENRY ROGERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES A. ROGERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1948 of 2984

---

**JAMES O'NEAL ROGERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85842**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERRY ROGERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85843**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARCE CHRISTOPHER ROGERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85844**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

1949 of 2984

---

**MABLE ALICE ROGERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PATSY IRENE ROGERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROY ROGERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1950 of 2984

---

**ARNEY FAYE ROLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM OLIVER ROLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBURN DAVID ROLLINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1951 of 2984

---

**BARBARA NELL ROLLO**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85851**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARNOLD RAY ROOKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85852**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANIEL ROOKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85853**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1952 of 2984

---

**BILLY ROPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85854**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD ROPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85855**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GRAMEL ROSELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85856**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1953 of 2984

---

**HARRY J. ROSENTHAL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85857**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**VINCENT WILLIAM ROSS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85858**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ELMO ROSS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85859**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1954 of 2984

---

**GERALDINE ROSS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**IDA LEE ROSS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85861**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES ELLARD ROTHE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85862**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1955 of 2984

---

**SAMUEL ROTHE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PEGGY LOU ROWAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY JEAN ROWE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1956 of 2984

---

**SMITH ROWE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JEROME ROWSER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGETTA ROY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1957 of 2984

---

**MARVIN JESSE ROYCE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85869**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM STEWART RUDDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85870**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEN C. RUFF**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85871**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1958 of 2984

**JAMES PERRY RUFF**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**RUBY LOUISE RUFF**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85873**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**RUFUS RUFF**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85874**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1959 of 2984

---

**GEORGIA INEZ RUSH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE EDDIE RUSSELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.T. RUSSELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1960 of 2984

---

**ODESSA RUSSELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85878**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PEGGY ANN RUSSELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85879**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE LOIS CARTER RUTLEDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85880**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1961 of 2984

---

**EVERETT RUTLEDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85881**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ELIZABETH RUTLEDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85882**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT C. RUTLEDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85883**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1962 of 2984

**ROBERT ALLAN RYAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**HARRY LOYD RYE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**MUHSiNAH WALLA SABREE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1963 of 2984

---

**JOSEPH WILLIAM SACHS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85887**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ISRAEL SAFFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85888**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALEXANDER SALLES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85889**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:42:12 PM

### Claims Details

1964 of 2984

**ROBERT LEE SALLAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JUANITA W. SALTERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85891**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**DAVID LEE SAMUEL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85892**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1965 of 2984

---

**FANNIE LEE SAMUEL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTURO LOPEZ SANCHEZ**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE OPHELIA SANDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1966 of 2984

---

**DOT FAY SANDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**HAROLD LOYD SANDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JAMES DURWOOD SANDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1967 of 2984

---

**JERRY RAY SANDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LILLIE A. SANDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LILLIE NIXON SANDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1968 of 2984

---

**LUEVINIA SANDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY LOUISE SANDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MAXCINE SANDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1969 of 2984

---

**PAUL EDWARD SANDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROGER FLOYD SANDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TED ELLIS SANDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1970 of 2984

**WILLIAM BURIE SANDERSON JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ELIZABETH ELAINE SANDLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ELIZABETH ERNESTINE SANDLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1971 of 2984

---

**JESSIE TOMMY SANDLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JENEL DEAN SANDLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOANNE SANDLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1972 of 2984

---

**HARLON RAY USHER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85914**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE ARTHUR USHER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85915**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROY MALLARD USSERY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85916**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1973 of 2984

---

**ANTHONY VALAKIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PRINCE ALBERT VANCE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PETER W. VANDERBOSCH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1974 of 2984

---

**EARL MICHAEL VAN HORN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85920**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ALMA NETTIE VAN NORMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85921**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**LEROY VANVICKLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85922**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                      1975 of 2984

---

**JOHN CLIFF VARNER**                    **Clm No 85923**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

JACKSON, MS 39201

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JOSEPH FREDERICK VARNER**              **Clm No 85924**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

JACKSON, MS 39201

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**CURTIS VAUGHN**                        **Clm No 85925**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

JACKSON, MS 39201

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1976 of 2984

---

**ANNIE RUTH VAUGHN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**MABLE LEE VAUGHN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**SAMUEL THOMAS VAUGHN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1977 of 2984

---

**BOOKER T. VAUGHN, JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSIE LEE VEAL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMY WAYNE VEAL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1978 of 2984

---

**NOLAN VEAL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY MAE VEALS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PRESTON VEALS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85934**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1979 of 2984

---

**WILMA DENE VENABLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85935**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CAROLYN MAVIE VICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85936**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDDIE R. VICK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85937**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1980 of 2984

---

**HOWARD R. VILLERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR WAYNE VINES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FLORA MAE VINING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1981 of 2984

---

**BILLY JEROME VINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELSIE VINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY ALLEN VINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85943**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

1982 of 2984

---

**MATTIE LOUISE WADE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85944**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK EDWARD WADSWORTH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85945**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEWIS MONROE WAID**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85946**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1983 of 2984

**JOHN DAVID WAKEFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID WAYMON WALDROP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NELL MARIE WALDROP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1984 of 2984

---

**CHESTER ARTHUR WALKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD WALKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85951**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD EUGENE WALKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85952**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                          1985 of 2984

---

**JERRY LAVONE WALKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**JUNIOR LEON WALKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**LEE RUSSETT WALKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              1986 of 2984

---

**LENA MAE WALKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**LOUISE WALKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85957**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**MAMIE LEE WALKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85958**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1987 of 2984

---

**JOE LOUIS WARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONALD RAYMOND WALKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THERMAN DEVON WALKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85961**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1988 of 2984

---

**WHITNEY EDWARD WALKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85962**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ETHEL WALLACE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85963**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAL LEE WALLACE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85964**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1989 of 2984

---

**HENRY PERNELL WALLACE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH WAYNE WALLACE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NELSON OWEN WALLACE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1990 of 2984

---

**OSCAR RAY WALLACE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85968**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY LEE WALLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85969**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PEGGY HIGH WALLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85970**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1991 of 2984

**RUBY NELL WALTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85971**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**RICHARD LEE WALLERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85972**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**J.C. WALTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85973**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

1992 of 2984

---

**JEREMIAH WALTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85974**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JOHN WILLIAM WARBINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85975**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JAMES PAUL WARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85976**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1993 of 2984

---

**JEANETTE WARD** | **Clm No 85977** | Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH DANIEL WARD** | **Clm No 85978** | Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEE DALE WARD** | **Clm No 85979** | Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                    1994 of 2984

---

**MARLIN ZACHARY WARD**          **Clm No 85980**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class           Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                 UNS                  $1.00
                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**WILLIE WARD**                  **Clm No 85981**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class           Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                 UNS                  $1.00
                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**BOOKER T. WARE**               **Clm No 85982**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class           Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                 UNS                  $1.00
                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1995 of 2984

**CLYD ROGER WARE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85983**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**HAY WOOD WARE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85984**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**LAWRENCE WARE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85985**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

Rust Consulting | Omni Bankruptcy      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com      FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1996 of 2984

---

**RUBEN HENRY WARE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EMMA MYRTLE WARLICK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSIE L. WARMACK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1997 of 2984

---

**JOHNNIE MAY THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**LAURA NELL THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**LINDA THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1998 of 2984

---

**LOIS THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85992**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LOIS CERETHIA THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85993**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PINKIE THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85994**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

1999 of 2984

---

**ROBERT LEE THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85995**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROSIE THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85996**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SAMUEL THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85997**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2000 of 2984

---

**SYLVESTER THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE LEE THOMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE RIE THOMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2001 of 2984

---

**CARLEY THOMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86001**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARNEST LEE THOMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86002**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HUNTER THOMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86003**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2002 of 2984

---

**JAMES CHARLES THOMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86004**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD BRUCE THOMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86005**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VIRGINIA THOMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86006**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2003 of 2984

---

**WILLIAM B. THOMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WILLIE NELL THOMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BESSIE LEE THORNTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                             2004 of 2984

---

**ULYSES GRANT THORNTON**          **Clm No 86010**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                   UNS                    $1.00
                                                          $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**DOYLE WILLIE LEE THRASH**        **Clm No 86011**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                   UNS                    $1.00
                                                          $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**JERRY DONALD THRASH**            **Clm No 86012**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                   UNS                    $1.00
                                                          $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2005 of 2984

---

**LARRY JAMES THREATT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WARREN RAY THREATT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86014**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FREDRICK MERLE THROGMORTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### Claims Details

**WILLIAM JACKSON THURSTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86016**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**MARLENE TIDWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**VERA MAE TIDWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2007 of 2984

---

**VIOLA EARNESTINE TIDWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALTON ALEX TIERCE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY JO TILLERY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2008 of 2984

---

**ROBERT RAYMOND TIMM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES CURTIS TITTLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES SANFORD TITTLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2009 of 2984

---

**RADINE TITTLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86025**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAVERNE CAMIEL TOBIAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86026**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JUANITA C. TODD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86027**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2010 of 2984

---

**CLYDE WILLIAM TODOROFF**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BUELL KIMBRELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BRADY HOLLIS TOLBERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2011 of 2984

---

**CAROLYN THEODRIA TOLBERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HENERY LEE TOLBERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SARAH LOIS TOLBERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/20/2018 3:42:12 PM

## Claims Details

2012 of 2984

| FRANK STEPHEN TOLLISON | **Clm No 86034** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| AGNES TOLLIVER | **Clm No 86035** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| BETTY JEAN TOLLIVER | **Clm No 86036** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**      E-mail: claimsmanager@omnimgt.com      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2013 of 2984

---

**CINDERELLA TOLLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86037**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DORETHA TOLLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86038**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARNES TOLLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2014 of 2984

---

**HATTIE TOLLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HENRY TOLLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86041**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES HENRY TOLLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2015 of 2984

---

**LINDA DARNELL TOLLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86043**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MALLARD WILLARD TOLLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86044**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MILLER TOLLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86045**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2016 of 2984

---

**WADE TOLLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM TOLLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARVESTER TOWNSEND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

2017 of 2984

---

**KATIE LOIS TOWNSEND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GERTIE MAY TRAMMELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VERNON L. TRAMMELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              2018 of 2984

---

**PETER AUDREY TRASK**                    **Clm No 86052**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class          Claim Detail Amount     Final Allowed Amount
JACKSON, MS 39201
                                 UNS                 $1.00
                                                     $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**CLELLAN MARSTON TRAVIS**                 **Clm No 86053**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class          Claim Detail Amount     Final Allowed Amount
JACKSON, MS 39201
                                 UNS                 $1.00
                                                     $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**JAMES LEE TRAYLOR**                      **Clm No 86054**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class          Claim Detail Amount     Final Allowed Amount
JACKSON, MS 39201
                                 UNS                 $1.00
                                                     $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2019 of 2984

---

**JAMES ROOSEVELT TRAYLOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86055**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT LOUIS TREMBLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86056**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PAUL D. TRENIER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86057**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2020 of 2984

---

**BRENDA SUE TRENTHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86058**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID EDWARD TRENTHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86059**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CARL HANNER TRICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2021 of 2984

---

**CHARLES E. TRIMBLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86061**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DWIGHT TRIMBLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86062**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NORMA JEAN TRIMBLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86063**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2022 of 2984

---

**SAVAGE LEE TRIPLETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86064**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JAMES H. TROTTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86065**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**LLOYD RAY TRULL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

**LARRY MILTON TRUSS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86067**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CHARLES EDWARD TUBBS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86068**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**DARREL FORD TUBBS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86069**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2024 of 2984

**ROY NOLEN TUBBS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**AUDRIE EARNEST TUCKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**GLENDA CAROL TUCKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                    2025 of 2984

---

**HARRY CLIFTON TUCKER**                **Clm No 86073**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            |-------|--------------------|--------------------|
                             | UNS   | $1.00              |                    |
                             |       | $1.00              |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JAMES H. TUCKER**                     **Clm No 86074**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            |-------|--------------------|--------------------|
                             | UNS   | $1.00              |                    |
                             |       | $1.00              |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JERRY LLOYD TUCKER**                  **Clm No 86075**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            |-------|--------------------|--------------------|
                             | UNS   | $1.00              |                    |
                             |       | $1.00              |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2026 of 2984

---

**JOHN TUCKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86076**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**LEON TIPLER TUCKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86077**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**LOUIS ELBERT TUCKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86078**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

**VERNON TUCKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86079**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**DAVID TURLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86080**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**NAOMI RUTH TURMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86081**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2028 of 2984

---

**RUFUS TURMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86082**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID ROSCOE TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86083**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY MAE TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86084**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2029 of 2984

---

**EDWARD PINK TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FLORENE MARTIN TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HENRY TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2030 of 2984

---

**JAMES WALTER TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSIE TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEVOY TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86090**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2031 of 2984

---

**MAMIE ROSE TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86091**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARTHA TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86092**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PAULETTE TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86093**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2032 of 2984

---

**PERLINA TURNER**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 86094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUBY LEE TURNER**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 86095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUTH ODESSA TURNER**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 86096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                    2033 of 2984

---

**T.R. TURNER**                          **Clm No 86097**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                | UNS | $1.00 | |
                                              | | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**WILLIAM TURNER**                      **Clm No 86098**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                | UNS | $1.00 | |
                                              | | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**WILLIAM EARL TURNER**                 **Clm No 86099**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                | UNS | $1.00 | |
                                              | | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2034 of 2984

---

**WILLIE EARL TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE V. TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TOMMY LEE TYES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86102**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2035 of 2984

---

**C.J. TYLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86103**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT DWIGHT TYLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86104**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES LARRY ROBERTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86105**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2036 of 2984

---

**JAMES LEE ROBERTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86106**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LOUIS ROBERTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86107**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LULA JANE ROBERTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86108**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2037 of 2984

---

**MARTHA LOUISE ROBERTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86109**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RAY COMER ROBERTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86110**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TONY O. ROBERTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86111**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2038 of 2984

---

**MARION DANNY ROBERTSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THOMAS GASTON ROBERTSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VERNON GUTHRIE ROBERTSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2039 of 2984

---

**WILLIAM PAUL ROBERTSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ARDEAN M. ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BERT O'NEAL ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2040 of 2984

---

**BILLY WAYNE ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**DAMON DAVID ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ERVIN SYLVESTER ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2041 of 2984

---

**FREDERICK AUVENE ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86121**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GENNENE MILLER ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86122**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE LEWIS ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86123**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2042 of 2984

---

**HAROLD GLEN ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES ARTHUR ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2043 of 2984

---

**LEE ESTER ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEONARD WELCH ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LOWELL ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2044 of 2984

**LUELLON ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**MARY ALLIENE ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**MELVIN GEORGE ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                         2045 of 2984

| **VELMA LEE ROBINSON** | **Clm No 86133** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value        $1.00

| **BESSIE ROBY** | **Clm No 86134** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value        $1.00

| **Y.C. ROCKETT** | **Clm No 86135** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2046 of 2984

---

**GLENN KENNETH RODGERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86136**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TERRY DONALD RODGERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86137**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALAN ERNEST ROGERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86138**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2047 of 2984

---

**ROBERT LEE CRAWLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L. C. CRAYTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DON LANE CREASON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2048 of 2984

---

**DEARTHUR CREWS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed              24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**LAWRENCE EUGENE CROCKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed              24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**DOUGLAS GLENN CROSBY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed              24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2049 of 2984

---

**WILLIE CURTIS CROTHERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FREDERICK HUEY CROWSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MALVIN CECIL CROWSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2050 of 2984

---

**ROBERT DENNIS CROWSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86148**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**AMY MAE CRAWFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86149**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ARCHIE DALFORD CRAWFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86150**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2051 of 2984

---

**JEANELLE CRAWFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86151**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN MACEDWARD CRAWFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86152**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY NELL CRAWLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86153**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2052 of 2984

---

**LEXIE LEAVERL CROWSON, JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86154**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**STEWART CRUMBLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86155**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOE LEWIS CRUMP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86156**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

2053 of 2984

---

**ROBBIE NELL BABB CRUMP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86157**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT MURRAY CRUMP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86158**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BROOKSIE ANN CRUSE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86159**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2054 of 2984

---

**JIMMY RAY CRUSE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86160**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY MAE CRUSHFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86161**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CLINTON CULPEPPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86162**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**  **Visit us on the Web at www.omnimgt.com**  **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**  **E-mail: claimsmanager@omnimgt.com**  **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2055 of 2984

---

**LOIS ODELL CULVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE CULVER, JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86164**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLAUDE CUMMINGS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86165**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2056 of 2984

---

**GERALD WAYNE CUMMINGS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAWRENCE EDWARD CUMMINGS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PEGGY JEAN GREEN CUMMINGS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2057 of 2984

---

**CHARLIE TAYLOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FLOYD TAYLOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANKLIN PEARCE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2058 of 2984

---

**GINGER NAOMI TAYLOR**            **Clm No 86172**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.            Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201            UNS                $1.00

                                                $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JOHN MONROE TAYLOR**            **Clm No 86173**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.            Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201            UNS                $1.00

                                                $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JOHNNIE CURTIS TAYLOR**            **Clm No 86174**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.            Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201            UNS                $1.00

                                                $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2059 of 2984

---

**LARRY GEORGE TAYLOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS   | $1.00              |                       |
|       | $1.00              |                       |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MICHAEL WAYNE TAYLOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS   | $1.00              |                       |
|       | $1.00              |                       |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PAULINE D. TAYLOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS   | $1.00              |                       |
|       | $1.00              |                       |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2060 of 2984

---

**ROBERT LEE TAYLOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**TOMMY JAMES TAYLOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**WALTER DAVID TAYLOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2061 of 2984

---

**KATTIE LEE TEDFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED TEMPLETON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE A. TEMPLETON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2062 of 2984

---

**BOBBIE TENNANT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VIVIAN LYNN TENNYSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD WESLEY TERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2063 of 2984

---

**PATRICIA ANN TEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86187**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JAMES T. THACKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**BESSIE FLORENCE THAXTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2064 of 2984

---

**BESSIE FLORENCE THAXTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86190**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86191**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE JEAN THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86192**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2065 of 2984

---

**BENJAMIN ELI THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86193**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNICE C. THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86194**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ETHEL MAE THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86195**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                              2066 of 2984

---

**EVA LOUISE THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**GEORGE WILLIS THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**JOHNNIE THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              2067 of 2984

---

**DUANE WARREN**                    **Clm No 86199**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                    UNS                     $1.00
                                    ─ ─ ─ ─ ─    ─ ─ ─ ─ ─ ─ ─ ─    ─ ─ ─ ─ ─ ─ ─ ─
                                                            $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JOHN BILLY SANDLIN**              **Clm No 86200**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                    UNS                     $1.00
                                    ─ ─ ─ ─ ─    ─ ─ ─ ─ ─ ─ ─ ─    ─ ─ ─ ─ ─ ─ ─ ─
                                                            $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**WILLIAM GLEN SANSING**            **Clm No 86201**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                    UNS                     $1.00
                                    ─ ─ ─ ─ ─    ─ ─ ─ ─ ─ ─ ─ ─    ─ ─ ─ ─ ─ ─ ─ ─
                                                            $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2068 of 2984

---

**QUIN ANTHONY SANTOS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT MANUEL SAPPINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86203**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN SARGENT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86204**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2069 of 2984

---

**LEE FORD SATTERWHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86205**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SANTHA SAUCEMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEWIS HOWELL SAUCIER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2070 of 2984

---

**JAMES LLOYD SAUJON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86208**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED RAY SAVAGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86209**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLIE BERTHA SAYLES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86210**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2071 of 2984

---

**CHARLES RAY SCALES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GLENN ALLEN SCALES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONALD SCALES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2072 of 2984

---

**JESSIE PEARL SCARBROUGH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MELVIN FRANKLIN SCARBROUGH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE LEE SCHMITZ**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

---

**DORA ETHEL SCOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86217**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ESTELL SCOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86218**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HARRY SCOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/20/2018 3:42:12 PM

*Claims Details*                                                                 2074 of 2984

---

**HERBERT JOYCE SCOTT**                   **Clm No 86220**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                           UNS               $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**HILDA ELOIS SCOTT**                     **Clm No 86221**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                           UNS               $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**J. C. SCOTT**                           **Clm No 86222**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                           UNS               $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2075 of 2984

---

**JAMES CHARLES SCOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ESTELLA SCOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TOLLY RUTH SCOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2076 of 2984

| WILLIE SCOTT | **Clm No 86226** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | | | |
| 101 NORTH STATE ST. | Class | Claim Detail Amount | Final Allowed Amount |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

| FREDDIE LEE SCRIVNER | **Clm No 86227** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | | | |
| 101 NORTH STATE ST. | Class | Claim Detail Amount | Final Allowed Amount |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

| MARCUS SCRUGGS | **Clm No 86228** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | | | |
| 101 NORTH STATE ST. | Class | Claim Detail Amount | Final Allowed Amount |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2077 of 2984

---

**MAUDE LEE GOODSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86229**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ROY GENE GOODRICH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86230**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**MARY ANN GOODRICH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86231**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2078 of 2984

---

**ROBERT WEYMAN GOODMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86232**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNETTE GOODLOE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86233**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANIEL B. GOODE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86234**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2079 of 2984

**BARBARA ANN GOODE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**EMMA DORA GOOCH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BER GOLLIDAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2080 of 2984

---

**DON GOLDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES GOLDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RALPH RANDEL GOGGINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2081 of 2984

---

**BONNIE JUNE GODDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**SIMON GLOVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**SHERMAN GLOVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2082 of 2984

---

**LINDA NELL GLOVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ELMER GLOVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ELLIS GLOVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2083 of 2984

---

**JAMES AUBREY GLASS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86247**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAROLD BUCHANAN GLADNEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86248**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELMER EARL GLADNEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86249**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2084 of 2984

---

**MARJORIE NADENE GLADDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86250**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBBIE FAYE GILSTRAP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86251**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT CLEO GILSTRAP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86252**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2085 of 2984

---

**PHYLLIS GILPIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MAC GAULDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT WADE GATLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2086 of 2984

---

**JOHN GATEWOOD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86256**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JEFF EVANS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86257**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES ALLEN EVANS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86258**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2087 of 2984

**LEE DAVID GILPIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86259**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**EDDIE JAMES GILPIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86260**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**HATTIE GILMORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86261**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2088 of 2984

---

**GEORGE RUFUS GILMER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86262**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JULIUS GILLESPIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86263**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES A. GILLESPIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86264**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**  **Visit us on the Web at www.omnimgt.com**  **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**  **E-mail: claimsmanager@omnimgt.com**  **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**ROBERT EARL GILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 24-Mar-2017 |
| Bar Date        |             |
| Claim Face Value | $1.00      |

---

**PAULINE GILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 24-Mar-2017 |
| Bar Date        |             |
| Claim Face Value | $1.00      |

---

**LAWRENCE GILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 24-Mar-2017 |
| Bar Date        |             |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2090 of 2984

---

**ELL GILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED GILKEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HENRY GILBREATH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

2091 of 2984

---

**WILLIE FRANK GILBERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAURA LOUISE GILBERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KATIE BELL GILBERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86273**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2092 of 2984

---

**JAMES RANSOM GIEGER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86274**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAVERNE GIBSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86275**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE GIBSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86276**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2093 of 2984

---

**CHARLES LAVERNE GIBSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86277**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FORREST GIBBS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86278**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PHYLLIS ANN GETER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86279**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2094 of 2984

---

**JOHN C. GERMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86280**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM JOSEPH GEORGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86281**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CURTIS GEORGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86282**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2095 of 2984

---

**MAE ANNA GEORGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLIE O'NEAL GEESLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MITTIE VADIE GEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2096 of 2984

---

**HERBERT JOSHUA GAYLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86286**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN RICHARD GAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86287**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH WILLIAM GAVAGHAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86288**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2097 of 2984

---

**WILLIE B. GATES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LUCILLE GASTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86290**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOE NATHAN GASSAWAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86291**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2098 of 2984

---

**ROSIE MAE GARTH**

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**EARLIE LEE GARTH**

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WENDELL CORNELIUS GARRISON**

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2099 of 2984

---

**MACK RODNEY GARRISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN LEE GARRISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86296**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JAMES GARRETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2100 of 2984

---

**R.C. WINDELL GARRETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86298**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**PEARLIE VON GARRETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86299**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**LILA SMILEY GARRETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86300**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2101 of 2984

---

**J. E. GARRETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86301**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED LAWSON GARRETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86302**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM COLEMAN GARNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86303**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2102 of 2984

---

**WIILBURN EARLY GARNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86304**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARLINE GERTRUDE GARNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86305**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY LINCOLN GARNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86306**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2103 of 2984

---

**SHIRLEY CLEVE GARMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86307**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**VICTOR ROLAND GARDNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86308**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**CHRISTINE GARDNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86309**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2104 of 2984

---

**JOSEPH ORLANDO GARCIA**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86310**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**POWELL GANDY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86311**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LOUISE GANDY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86312**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2105 of 2984

---

**JESSIE JAMES GANDY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES EUGENE FREEMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HOWARD STEPHEN FREEMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2106 of 2984

**ROBERT W. EVANS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JOHN WILEY EVANS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JOAN EVANS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

**WADE ALLEN GAMBREL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86319**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**OSCAR JUNIOR GAMBLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86320**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**EDWARD PRESLEY GAMBLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86321**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

2108 of 2984

| **DONALD RAY GAMBLE** | **Clm No 86322** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **PATRICIA ANN GALLOWAY** | **Clm No 86323** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **FRANK DAVID GALLOWAY** | **Clm No 86324** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2109 of 2984

---

**GEORGE JUNIOR GALLAHAR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86325**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SADIE IRENE GALE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86326**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSIE EARL GALE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2110 of 2984

---

**RAYMOND DALE GALBREATH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROOSEVELT GAINES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANCES OPHELIA GAINES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2111 of 2984

---

**WILLIAM FRANKLIN GABLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86331**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CAROL GERALDINE GABLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86332**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY RAY GABLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86333**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2112 of 2984

**WILLIAM ELTON FULTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86334**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JIMMY RAY FULTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86335**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**LUCY CHRISTINE FULMER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86336**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2113 of 2984

---

**GEORGE FULMER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PAUL EDWARD FULLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ISAIAH FULLENWILEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

2114 of 2984

---

**PAUL D. FULGHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86340**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JOHNNIE FROST**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86341**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**ALLENTON EUGENE FRIERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86342**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                           2115 of 2984

---

**BARBARA NAOMI FRIDAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LONNIE FRENCH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOEL FRENCH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2116 of 2984

---

**EARLIE FRENCH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86346**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**CHARLES MARION FREEMAN, JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86347**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JOHN HENRY FREEMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86348**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2117 of 2984

---

**SOLOMON FRAZIER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86349**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**K.C. FRAZIER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**FROZENE FRAZIER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2118 of 2984

---

**DOROTHY MAY FRAYSER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86352**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE B. FRANKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86353**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES FRANKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86354**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2119 of 2984

---

**WILLIE VAN FRANKLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86355**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUEBEN FRANKLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86356**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY LUCILLE FRANKLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86357**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

**ELLEN JANE FRANKLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BETTY L. FRANKLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**THEODIS FRANCIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

## Claims Details

2121 of 2984

---

**WILLIE JAMES FOXX**                    **Clm No 86361**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                      |-------|---------------------|----------------------|
                                       | UNS   | $1.00               |                      |
                                       |       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**WALTER FOUNTAIN**                     **Clm No 86362**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                      |-------|---------------------|----------------------|
                                       | UNS   | $1.00               |                      |
                                       |       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**MYRTIS FOUNTAIN**                     **Clm No 86363**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                      |-------|---------------------|----------------------|
                                       | UNS   | $1.00               |                      |
                                       |       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2122 of 2984

---

**MATTIE MARIE FOUNTAIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ETTA LEE FOUNTAIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MIKE FOTI**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2123 of 2984

---

**RENA FOSTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAURA DELL FOSTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERRY LEE FOSTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2124 of 2984

---

**JAMES REED FOSTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86370**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARNEST LYNN FOSTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86371**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLIE M. FOSTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86372**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2125 of 2984

---

**HELTON FORTENBURY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86373**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERRY WAYNE FORTENBERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86374**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLIFTON DALE FORTENBERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86375**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2126 of 2984

---

**BETTY JEAN FORTENBERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNICE BARDLEY FORTE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FREDDIE LEE EVERETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2127 of 2984

---

**JAMES EARL FORRESTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86379**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AGNES S. FORREST**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86380**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LORRAINE M. FORMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86381**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2128 of 2984

---

**HOWARD FORMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86382**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THOMAS EDWARD FOREMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86383**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ALICE FORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86384**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2129 of 2984

---

**MAGGIE BEATRICE FORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86385**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES MELVIN FORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLYNELL B. FORBES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86387**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2130 of 2984

---

**LARRY FONDREN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86388**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**DOROTHY LOUISE FONDREN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86389**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**AUTRINIECE BURTON FOLSOM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86390**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2131 of 2984

---

**MICHAEL RODNEY FLYNN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHRISTINE FLYNN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROY FLY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2132 of 2984

---

**YDELL FLOYD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HATTIE DELL FLOYD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELEANOR ELIZABETH FLOYD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2133 of 2984

---

**GREEN FLIPPO**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MABLE LEE FLEMING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADA B. FLEMING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2134 of 2984

---

**EARL FLANNIGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86400**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACKIE L. FLANAGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86401**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JEAN FITZPATRICK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86402**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2135 of 2984

---

**GERTRUDE FITTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86403**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L.C. FISHER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86404**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA JEAN FAILS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86405**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2136 of 2984

---

**DONALD COLEMAN EZELLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**COLLICE T. EWING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLEOTHA RICHARDSON EWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2137 of 2984

---

**GRACE MARIE FISHER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES ISAAC FISHER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**IRENE FILES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2138 of 2984

---

**CHARLES WILLIAM FILES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86412**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY DELOYDE FILES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86413**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TRAVIS FIELDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86414**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2139 of 2984

---

**ROYCE O'DEAN FIELDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86415**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**ROBERT FIELDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86416**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**EARL RAY FIELDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86417**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              2140 of 2984

---

**CALVIN COOLIDGE FIELDS**          **Clm No 86418**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 Class            Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                    UNS                   $1.00
                                                          $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**BROOKS SAVELLE FIELDS**           **Clm No 86419**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 Class            Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                    UNS                   $1.00
                                                          $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**HOMER FERRELL**                   **Clm No 86420**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 Class            Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                    UNS                   $1.00
                                                          $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2141 of 2984

---

**RUTHIE LEE FERGUSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86421**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES DENNY FERGUSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86422**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONALD DHU FERGUSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86423**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2142 of 2984

---

**CHARLES HENRY FERGUSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86424**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CARL FERGUSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86425**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILBO FERGUSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86426**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2143 of 2984

---

**RUTH SINKFIELD FEAGIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86427**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARENCE ANDREW FEAGIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86428**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BYRON FAULKNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86429**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2144 of 2984

---

**HAROLD FARROW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LONNY FANNING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LINDA GAYLE FANCHER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2145 of 2984

---

**GERALD FALZ SR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86433**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLAYTON FALKNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONDA DARRELL FAIR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86435**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

2146 of 2984

---

**RICHARD SHERRILL FAIR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY EARL FAIR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEULAH CAROLYN FAILS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2147 of 2984

---

**WILEY THOMAS DEMPSEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86439**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD WADE DEMPSEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86440**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOE ARTHUR DELOACH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86441**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2148 of 2984

---

**CURTIS DELOACH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SIDNEY DELANEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES RAY DEES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2149 of 2984

---

**ORVILLE SIMON HUBBARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86445**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY LEAN MCKENZIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86446**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CELESTE MCKENZIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86447**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2150 of 2984

---

**CHARLES OLIVER MCKEITHEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SAMUEL WALTER MCKEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**M. B. MCKEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2151 of 2984

---

**FLOYD TRUMAN MCKEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86451**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**AGNES MARIE MCKAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86452**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CHARLES EDWARD ELSTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86453**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2152 of 2984

---

**THOMAS ELLISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86454**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**LOUISA ELLISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86455**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**RICHARD EARL ELLIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86456**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2153 of 2984

---

**RICHARD DOUGLAS ELLIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86457**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LIZZIE ELLIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86458**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE CLYDE ELLIOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86459**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2154 of 2984

---

**TOMMY ELLIOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOE GENE ELLIOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSIE ELLEN ELLIOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2155 of 2984

---

**EDDIE WILMER EIDSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86463**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|----------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIS HOMER EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86464**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|----------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE L. EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86465**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|----------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2156 of 2984

---

**VIRGINIA EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86466**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VICTORIA G. EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES LUTHER MCGREW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2157 of 2984

---

**ROLAND DELAINE MCGREGOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JULIA MCGLOTHIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEA ILLA MCCREARY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2158 of 2984

---

**FLORA ARLEANA MCCREARY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JESSIE T. MASON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JAMES EDWARD MASON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2159 of 2984

---

**PATRICIA ANN EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

Clm No 86475    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**MARY LOU EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

Clm No 86476    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**LUCIUS BREWSTER EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

Clm No 86477    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

2160 of 2984

---

**LINDA CEIL EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES CARROLL EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DECATUR LEE EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2161 of 2984

---

**BILLY MORRIS EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86481**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALVIN EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86482**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLYE RUTH EDGIL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86483**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

2162 of 2984

---

**JERRY MILTON EDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86484**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ANNIE MAE EDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86485**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**J. C. ECHOLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86486**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2163 of 2984

---

**FRANK ECHOLES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86487**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**RODGER EAVES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86488**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JOE MELVIN EAVES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86489**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2164 of 2984

---

**WILLIAM EATON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86490**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**NORMAN EUGENE EATON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86491**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JIMMY WAYNE EATON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86492**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2165 of 2984

---

**GEORGE EDWARD EATON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86493**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES WADE EASTERLING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY S. EASTERLING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86495**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2166 of 2984

---

**MARTHA LOUISE EASLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86496**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MADELINE EARNEST**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN LEE EARNEST**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2167 of 2984

---

**WILLIAM FLOYD DUBOSE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86499**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONALD MARCELL DUBOSE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86500**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID LEE DIXON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86501**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### Claims Details

**ELLA MAE MCINTOSH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLINE LOYD MCINTOSH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES O'NEAL MCINTOSH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2169 of 2984

---

**ALBERT GRAY EARNEST**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DORA LEE EARLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOYCE GAIL EARLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2170 of 2984

---

**JOHN WILLIAM EARLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**FREDDIE GLENN EADY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**EARL RAY EADS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2171 of 2984

---

**JOHNNY RHANDEL DYSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86511**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONALD R. DYKES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86512**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TERRY O. DYER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86513**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                            2172 of 2984

---

**SHIRLA JEAN DYER**                    <u>Clm No 86514</u>   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                    $1.00
                                                               $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**JOHN BOOTH DUTTON**                   <u>Clm No 86515</u>   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                    $1.00
                                                               $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**PERLENA DURR**                        <u>Clm No 86516</u>   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                    $1.00
                                                               $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                 2173 of 2984

---

**MARY LOUISE DURGIN**                     **Clm No 86517**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                           UNS                 $1.00
                                                               $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**MARVIN HENDRIX DUPASS**                  **Clm No 86518**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                           UNS                 $1.00
                                                               $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**DANNY LEE DUNTON**                       **Clm No 86519**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                           UNS                 $1.00
                                                               $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2174 of 2984

---

**MARY DUNN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86520**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEON COURTNEY DUNN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86521**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SHERMAN LEON DUNHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86522**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2175 of 2984

---

**JAMES DUNCAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**LOUIS DUNBAR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JESSIE MAE DUNBAR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                             2176 of 2984

| **HENRY DUNBAR** | **Clm No 86526** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

| **CHARLIE MAE DUNBAR** | **Clm No 86527** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

| **ENOCH OTTO DUNAWAY** | **Clm No 86528** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2177 of 2984

---

**RUBIN EDWARD DUKE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86529**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**CHARLES RAYBORN DUKE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**MARY ELIZABETH DUFOUR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2178 of 2984

---

**ROBERT EARL DUFFEL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86532**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED LEE DUDLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86533**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LILLIAN DUCK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86534**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2179 of 2984

---

**JOE WILLIE DRAINE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86535**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BLUIT ARNOLD DRAIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86536**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HOWARD LEE DOWNEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86537**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2180 of 2984

---

**PATRICIA DOUGLASS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86538**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**DAVID DOUGLASS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86539**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**WILLIAM OTIS DOUGLAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86540**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2181 of 2984

---

**JERRY FRANK DOUGLAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANCIS BESSIE DOUGLAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LUE JEAN DOSS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2182 of 2984

---

**JOHN EDDIE DOSS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86544**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES DAVID DOSS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86545**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED LESTER DOSS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86546**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2183 of 2984

---

**CHARLES LEE DOSS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WOODROW WADE DOROUGH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JURNAL HUDSON DOROUGH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2184 of 2984

---

**JAMES CRAWFORD DOROUGH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**CHARLES HENRY DOROUGH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**CARLTON ELMORE DOROUGH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2185 of 2984

---

**JAMES HENRY DORA**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ROY EDWIN DONOVAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**RICHARD THOMAS DONAHOO**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2186 of 2984

**BENJAMIN FRANKLIN DONAHOO**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86556**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**WILLIAM LOYD DOGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86557**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**KENNETH LEON DOGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86558**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2187 of 2984

---

**PRESTON DODDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86559**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD LEWIS DOBY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86560**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WENDELL ARRIE DOBBINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86561**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2188 of 2984

---

**ORLANDO DOBBINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86562**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**IRINE DIXON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86563**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDDIE RAY DIXON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86564**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2189 of 2984

---

**DAISY MAE DIXON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86565**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE FRANK DILWORTH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86566**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NORMA JEAN DILWORTH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86567**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2190 of 2984

---

**LONNIE WALTER DILWORTH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**SAM DILLASHAW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JAMES DILLASHAW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86570**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2191 of 2984

---

**EDWARD MONROE DILLASHAW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86571**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLOVIS AUBREY DILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES WINSOR DICKINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86573**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2192 of 2984

---

**THOMAS BASIL DICKEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD DEPRIEST**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUTH ANN DENNIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

2193 of 2984

---

**ROOSEVELT DENNIS**          **Clm No 86577**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201
                            UNS                    $1.00
                                                   $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JERRY HOUCK DENNIS**          **Clm No 86578**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201
                            UNS                    $1.00
                                                   $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**MICHAEL DWAYNE DENMAN**          **Clm No 86579**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201
                            UNS                    $1.00
                                                   $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2194 of 2984

**WILLIAM HAMLIN DEMPSEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86580**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**LARRY ESHEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86581**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**SUSIE LEE ESCHER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86582**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2195 of 2984

---

**LOTTIE MAE ERWIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86583**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ORDEMESE EPTING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86584**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RURIC HAROLD EPPERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86585**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2196 of 2984

---

**EVERETT ENGLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ALTON WAYNE ENGLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OTHA ELSTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86588**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                             2197 of 2984

---

**KENNETH EDWARD DEASON**                 **Clm No 86589**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                             UNS                 $1.00
                                                 $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**BENNY DEASON**                          **Clm No 86590**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                             UNS                 $1.00
                                                 $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**LARRY DARNELL DEAN**                    **Clm No 86591**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                             UNS                 $1.00
                                                 $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2198 of 2984

---

**JIMMY FRANKS DEAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT ANDREW DAWSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARLIE GENE DAWSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2199 of 2984

---

**SYLVESTER DAVIS, SR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SYLVESTER DAVIS, JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM LEE DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2200 of 2984

**WILLIAM DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**WILBURN EMMETT DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**THOMAS CHARLES DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86600**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2201 of 2984

---

**TERRY DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86601**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**SUSIE MAE DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**SHIRLEY JUNE DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2202 of 2984

---

**RONNIE DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86604**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PERCY MILTON DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86605**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PAULINE RIVERS DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86606**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2203 of 2984

---

**MARY LOUISE DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86607**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY LOIS DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86608**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARSHALL C. DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86609**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

2204 of 2984

---

**MARGARET ANN DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86610**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LUCILLE DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86611**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LOIS JEAN DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86612**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2205 of 2984

---

**ROBERT LEWIS HUDSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86613**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GERALDINE HUDSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86614**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELLA JANE HUDDLESTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86615**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2206 of 2984

---

**FREDRICK HUCKABEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86616**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONALD LEWIS HUBNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86617**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM TELL HUBBARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86618**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2207 of 2984

**LUCY LEE HUBBARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86619**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAWRENCE HUBBARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86620**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANK HUBBARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86621**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2208 of 2984

---

**EVERETT HUBBARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86622**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELNORA HUBBARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86623**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BRUCE FINNELL HUBBARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86624**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2209 of 2984

---

**CATHERINE HRECKO**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**WILLIE ISAAC HOYLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**RANDAL HOWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2210 of 2984

---

**KATTIE MAE HOWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**SOLINA HOWARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**MADDIE HOWARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2211 of 2984

---

**LEE DANIEL HOWARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNIE B. HOWARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.B. HOWARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2212 of 2984

---

**THEOTIE BOSWELL MCLEOD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ERNIE LOUISE MCLEMORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES MCLAURIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                    2213 of 2984

---

**JIMMY RAY MCLAIN**                    **Clm No 86637**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                 $1.00
                                        ————————    ——————————————    ——————————————————
                                                            $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**HELEN MCKINNEY**                      **Clm No 86638**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                 $1.00
                                        ————————    ——————————————    ——————————————————
                                                            $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**DOROTHY ANN MCKINNEY**                **Clm No 86639**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                 $1.00
                                        ————————    ——————————————    ——————————————————
                                                            $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2214 of 2984

**MELVIN MCKINLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86640**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**BETTY JOYCE MCKIMM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86641**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**CECIL NOAL MCKEOWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86642**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2215 of 2984

---

**MORRIS MCKENZIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HANNAH LEE MCKENZIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CEORGE HENRY MCKENZIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86645**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2216 of 2984

**FLORENCE GILMORE MCKENZIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86646**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EMMA DAVIS MCKENZIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86647**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELMO MCKENZIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86648**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2217 of 2984

| **JOHN A. MCGLAUN** | | **Clm No 86649** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O JOHN ARTHUR EAVES | | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | | |
| JACKSON, MS 39201 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 24-Mar-2017 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **HARLON LOUIS MCGHEE** | | **Clm No 86650** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O JOHN ARTHUR EAVES | | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | | |
| JACKSON, MS 39201 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 24-Mar-2017 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **HATTIE PAULINE MCGEHEE** | | **Clm No 86651** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O JOHN ARTHUR EAVES | | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | | |
| JACKSON, MS 39201 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 24-Mar-2017 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2218 of 2984

---

**WILLIAM ROGER MCGEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86652**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEWIS MCGEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KATHLEEN MCGEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86654**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2219 of 2984

---

**EDDIE MCGEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86655**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUDRY B. MCGEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARCHIE LEE MCGEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2220 of 2984

---

**RONALD MCGAHEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86658**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MELVIN MCGAHA**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86659**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN MCGAHA**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86660**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2221 of 2984

---

**FRANKLIN MCGAHA**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**STANLEY MCFADDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GENE EARL MCFADDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2222 of 2984

---

**MARILYN AMY MCELROY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86664**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JAMES PHILLIP MCELROY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86665**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JOHNNY RONALD MCDUFFIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86666**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2223 of 2984

---

**PEARLINA MCDOWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MATTIE VIRGINIA MCDONALD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LURA NELL GREGORY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2224 of 2984

---

**LAWRENCE MCDONALD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86670**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KATHRYN DELANE MCDONALD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86671**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GUSSIE MARY MCDONALD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86672**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com                FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2225 of 2984

---

**CHARLOTTE ANN MCDONALD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLIFTON DAVID MCDANIEL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEM EDWARD MCCRUTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2226 of 2984

---

**CARL MCCROSKEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES MECKLIN MCCRORY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANIEL MOORE MCCRIMMON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2227 of 2984

---

**DAVID MCCRAW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86679**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLEVELAND O'NEIL MCCRAW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86680**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SYLVESTER MCCRARY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86681**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                           2228 of 2984

---

**FRANCES MELVILLE MCCRARY**          **Clm No 86682**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                       UNS                  $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**BOBBY LEE MCCRARY**                 **Clm No 86683**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                       UNS                  $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**VIOLET MCCOY**                      **Clm No 86684**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                       UNS                  $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2229 of 2984

---

**ANNIE LILLIAN MCCOY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLENE M. MCCOOL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES EARL MCCOOL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86687**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2230 of 2984

---

**ETHEL FAYE MCCOOL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86688**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY WAYNE MCCOOL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86689**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JIM MCCLENDON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86690**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2231 of 2984

---

**PERRY WELTON MCCAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOYCE INEZ MCCAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN L. MCCAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2232 of 2984

---

**RONALD MCCAULEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86694**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**WILLIE CURRY MCBRIDE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86695**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JAMES WILLIAM MAYNE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86696**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2233 of 2984

---

**ROBERT LEE MAYFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN MAYFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARGLE GRADY MAYFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2234 of 2984

---

**AMOS MAYFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALLACE MAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FREEMAN MAXWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2235 of 2984

---

**ELSIE MAXWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86703**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GARY LEON MAXCY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86704**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR LEE MAULDIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86705**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              2236 of 2984

---

**ROY FAKHAR MATEEN**                    **Clm No 86706**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                         UNS                $1.00
                                                            $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JERRY MASSEY**                         **Clm No 86707**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                         UNS                $1.00
                                                            $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**VARLEY ARNOLD MASON**                  **Clm No 86708**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                         UNS                $1.00
                                                            $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2237 of 2984

---

**MAUDE LEE MASON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86709**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES BENOIT HARVEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86710**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY RAY HARVEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86711**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2238 of 2984

---

**FAREST AUBREY HARTSFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86712**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNIE LOUIS HARRISTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86713**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LACY CLYDE HARRISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86714**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2239 of 2984

---

**EDNA LEE HARRISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86715**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY HARRISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86716**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMA HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86717**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2240 of 2984

**VIOLA M. HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86718**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**SYLVESTUS HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86719**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**SONNY JOE HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86720**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2241 of 2984

---

**SERESS HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86721**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**DONALD D. HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86722**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**ROBERT LEE HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86723**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2242 of 2984

---

**REBECCA VAUGHN HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**OSCAR FRANKLIN HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**LEVO HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

2243 of 2984

---

**KATHLEEN HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86727**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIM HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86728**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERRY ALLEN HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86729**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2244 of 2984

---

**JAMES GORDON HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**JAMES EDD HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**GERALD MILLARD HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2245 of 2984

---

**FLORENCE HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ESSIE MAE HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**EDDIE HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2246 of 2984

---

**RUTHIE MAE MOTLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD MOSTELLA**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86737**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JULIUS EDDIE MOSS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2247 of 2984

| JOHN CHARLES MORRIS | **Clm No 86739** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| JERRY EDMOND MORRIS | **Clm No 86740** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| JAMES OTIS MORRIS | **Clm No 86741** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2248 of 2984

---

**BUDDY LOYAL MORRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**RICHARD YOUNG MORMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**WALTER MORGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

## Claims Details

**MILLER RUBERT MORGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JANIE MARIE MORGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JAMES WILLIE MORGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2250 of 2984

---

**BILLIE JEAN MORGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86748**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ANDREW MORGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86749**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**THOMAS LEE MORAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86750**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

2251 of 2984

---

**ROY ANTHONY MORAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN WILSON MOORHEAD, III**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY LEE MOORER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

### Claims Details

2252 of 2984

---

**WILLIE DELANE MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TROY CLINTON MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86755**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT LEE MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86756**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2253 of 2984

---

**RAYBURN HENRY MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LESLIE EARL MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86758**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY LEE MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2254 of 2984

---

**JIMMY CHARLES MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES MANUEL MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES DALE MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2255 of 2984

---

**JAMES AARON MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK THOMAS MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2256 of 2984

---

**HOOVER LEE MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE WASHINGTON MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES LEON MIDDLETON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2257 of 2984

---

**GEORGE MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ETHEL JEANETTE MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELIZABETH MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2258 of 2984

---

**EGAR HOLLAND MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLIFFORD MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOAN MOONEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2259 of 2984

---

**THOMAS RALPH MOON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86775**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT REYNOLDS MONTGOMERY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86776**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSIE RAY MONTGOMERY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86777**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2260 of 2984

---

**JAMES EDWARD MONTGOMERY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ETHA LEE MONTGOMERY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HOWARD LEE MONROE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2261 of 2984

---

**EVA MONROE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALTER ELLIS MONK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAROLD BENTON MOBLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2262 of 2984

---

**LARRY EUGENE MIZE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MITCHELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SAMUEL MITCHELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2263 of 2984

---

**VIOLA MITCHELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SHELBY CARROLL MITCHELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LENA MITCHELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2264 of 2984

---

**JUSTIN MCARTHUR MITCHELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMY LEE MITCHELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES ERSKINE MITCHELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2265 of 2984

---

**GEORGE E. MITCHELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELIZABETH INEZ MITCHELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MICHAEL LEE MINYARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2266 of 2984

**ALLEN MINYARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SHELBY DEAN MINOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEE EARNEST MIDDLETON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2267 of 2984

---

**BORIE NATRINA MINOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**BINFORD LAMAR MINOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86800**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**SPENCER HAMLET MIMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86801**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2268 of 2984

---

**MARY ELIZABETH YEAGER MILLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86802**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ERMA LEE MILLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WILLIE JAMES MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2269 of 2984

**WILLIAM EARL MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86805**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ROY LEE MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**MILTON MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2270 of 2984

---

**MARY MAGDALENE MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86808**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**J.W. MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86809**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**I. DANIEL MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86810**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2271 of 2984

---

**HENDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GARY ALAN MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EMMA JEAN MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2272 of 2984

---

**AUDREY AURELALIA MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86814**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALVIE O. MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE FAYE MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2273 of 2984

---

**MARGARET MILINER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86817**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE EDWARD MILHOUSE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86818**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAWSON MILHOUSE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86819**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2274 of 2984

---

**WILLIE JAMES MILES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNIE LEE MILES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDNA DELORES MILES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:42:12 PM

## Claims Details

2275 of 2984

**CHARLES MILES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86823**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**BILL MILES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**MARGARET BRYANT MILAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86825**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2276 of 2984

---

**HARVEL MILAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86826**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY JOE MILAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86827**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NAOMI BERNICE MIDDLETON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86828**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2277 of 2984

---

**BETTY JEAN BETHUNE MERCHANT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86829**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**W.C. HOUSTON MELTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86830**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**HELEN LOUISE MELTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86831**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                        3/20/2018 3:42:12 PM

*Claims Details*                                                                                    2278 of 2984

---

**GARY MIKEL MEEKS**                         **Clm No 86832**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                          Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                             UNS                    $1.00
                                                                    $1.00

Date Filed           24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**DONALD LEE MEEKS**                         **Clm No 86833**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                          Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                             UNS                    $1.00
                                                                    $1.00

Date Filed           24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**KENNETH RAY MEECE**                        **Clm No 86834**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                          Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                             UNS                    $1.00
                                                                    $1.00

Date Filed           24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2279 of 2984

---

**ROGER DALE MEDLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARENCE EDWARD MEDDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERTHA MAE MEARDIE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2280 of 2984

---

**DOROTHY ANN MEADOWS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86838**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**MARVIN JACKSON MCWHORTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86839**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JAMES EARL MCVAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86840**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2281 of 2984

---

**ARGEANT ELIZABETH MCVAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86841**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT ANTHONY MCRINA**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86842**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM EARL MCRATH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86843**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2282 of 2984

---

**ISIAH MCQUIRTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**ELIZABETH MCQUIRTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**BESSIE MCQUIRTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2283 of 2984

---

**SAM MCQUARTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROSA MAE MCQUARTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GLORIA DEAN MCQUARTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

2284 of 2984

---

**DOROTHY MCQUARTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN ALLEN MCPHERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT DANIEL MCNUTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2285 of 2984

---

**LUCIOUS MCNEAL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86853**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES RAYBURN MCNAIR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86854**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY MCMURRAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86855**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2286 of 2984

---

**DAVID MCMORRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86856**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JOHN ROBERT MCMILLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86857**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ESTER VIRGINIA ETRESS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86858**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2287 of 2984

**DONALD RAY HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86859**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

**DAVID GRAGG HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86860**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

**CLETUS HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86861**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2288 of 2984

---

**CHARLIE JAMES HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86862**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES LEE HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86863**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNICE HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86864**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2289 of 2984

---

**BARBARA ELAINE HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86865**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AGNES MATILDA HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86866**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MINNIE RUTH HARPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86867**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

2290 of 2984

---

**CHARLES R. HARPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES ROBERT HARMON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GERALD LEE HARMON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86870**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2291 of 2984

---

**CARL WILLIAM HARLESS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86871**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICKEY EUGENE HARE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID EDMUND HARE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86873**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2292 of 2984

---

**JAMES MARVIN HARDY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86874**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES LLOYD HARDY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86875**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RANDALL EARL HARDIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86876**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2293 of 2984

---

**PETER WADE HARDIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALTER HARDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OLIVIA JENKINS HARDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2294 of 2984

| **LELIA B. HANKINS** | **Clm No 86880** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **JAMES EARL HAGGERTY** | **Clm No 86881** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **HARVEY HARRIS GWIN** | **Clm No 86882** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2295 of 2984

---

**MASSEY GOODWIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86883**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**MARZELL GOODWIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86884**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**HAROLD WAYNE GOODWIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86885**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2296 of 2984

---

**HENRY EVANS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BAXTER WILSON EVANS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARRY ALLEN EVANS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                    2297 of 2984

---

**EUGENE HAMPTON**                          **Clm No 86889**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value             $1.00

---

**LARRY GENE HAMMOCK**                       **Clm No 86890**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value             $1.00

---

**CHARLES DAVID HAMMAC**                     **Clm No 86891**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2298 of 2984

---

**D.B. HAMILTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86892**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOE EOLD HAMILTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELAINE LOVE HAMILTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                     2299 of 2984

---

**EFFIE MAE HAMER**                      **Clm No 86895**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class            Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201                        UNS                     $1.00
                                                                 $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**WILLIAM FITTS HAMBRICK**               **Clm No 86896**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class            Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201                        UNS                     $1.00
                                                                 $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**LEAMON B. HALLMARK**                   **Clm No 86897**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class            Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201                        UNS                     $1.00
                                                                 $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2300 of 2984

---

**JERRY WAYNE HALLMARK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JEAN HALLMARK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2301 of 2984

---

**WILLIAM HALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86901**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALTER GENE HALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86902**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TRAVIS BILLY HALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86903**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2302 of 2984

---

**JOHNY HALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86904**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOE MELVIN HALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86905**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE WASHINGTON HALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86906**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              2303 of 2984

---

**CAROL RAY HALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86907**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLIE HALES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86908**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEO HANEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86909**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2304 of 2984

---

**ROBERT JOSEPH HAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MILEY EDNA HAMRIC**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RAYMOND HAMPTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2305 of 2984

---

**M. H. HAMPTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JULIUS EXER HALE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK TRUITT HALE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2306 of 2984

---

**JOHN MOSLEY HAIRSTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86916**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARLINE HAIRSTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAWRENCE EDWARD HAIRE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2307 of 2984

---

**MARY PAULINE GUYTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**RAYMOND LEWIS GUY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**DANIEL LLOYD GUTHANS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2308 of 2984

---

**ROBERT MCCOY GUNN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86922**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEE DAVIS GULLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86923**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOYCE PRICE GUIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86924**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2309 of 2984

---

**GEORGE EDD GUILTY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARA FAY GRYDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86926**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN LEROY GROOM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86927**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2310 of 2984

---

**ANNIE LEE GROOM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86928**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OLA JOANN GRIMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86929**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSIE MAE GRIMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86930**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2311 of 2984

---

**JAMES EIRT GRIGGS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE RAY GRIFFIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROSA GRIFFIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2312 of 2984

---

**MARY LOIS GRIFFIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86934**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LINDA ALICE GRIFFIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86935**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FLORENCE JEANNETTE GRIFFIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86936**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            E-mail: claimsmanager@omnimgt.com         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2313 of 2984

---

**CLEO HAYES GRIFFIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86937**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE GERTRUDE GRIFFIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE GRIFFIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2314 of 2984

---

**JERRY WAYNE GRIFFICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMIE LEE GRACE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WARDELL GOREE, JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2315 of 2984

---

**WARDELL GOREE, SR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86943**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MICHAEL GORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86944**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES EDWARD GORDON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86945**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2316 of 2984

---

**JOHN FRANK GOODYEAR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86946**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VERNON AARON GOODWIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86947**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PEGGY LOUISE GOODWIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86948**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2317 of 2984

---

**VIRGINIA LOUISE GRICE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86949**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY BEATRICE GREGORY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DENNY R. GREGG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86951**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2318 of 2984

---

**EUGENE GREENFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**W. T. GREEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**STANLEY MORGAN GREEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2319 of 2984

---

**RUTHIE MAE GREEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86955**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY EDNA GREEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARIE GREEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86957**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2320 of 2984

---

**LORA NELL GREEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86958**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J. C. GREEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86959**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDDIE WADE GREEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86960**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2321 of 2984

---

**VIRGINIA FAYE GRAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86961**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY BEE GRAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86962**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MADINE MARIE GRAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86963**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

2322 of 2984

---

**LEONARD GRAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86964**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**LATHA GRAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**FREDRICK JOSEPH GRAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2323 of 2984

---

**DARMON GRAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86967**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**COLUMBUS GRAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86968**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNA B. GRAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86969**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2324 of 2984

---

**CARRIE LEE GRAVES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SAMUEL LEE GRANT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT DEAL GRANT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2325 of 2984

---

**FRANCIS GRANGER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86973**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY LEE GRANDBERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86974**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT GRAHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86975**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2326 of 2984

**MARY RUTH GRAHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86976**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BILLY JOE GRAHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86977**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ALBERT SIDNEY GRAGG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86978**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2327 of 2984

---

**NOBLE BARRIET SHUMPERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROYCE SHUMPERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HARRY S. SHUTTLESWORTH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2328 of 2984

---

**GLADYS SIDDELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 24-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**WANNIS DARRELL SIDDELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 24-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**HOWARD EUGENE SIDES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 24-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2329 of 2984

---

**ALEX SILAS**

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLAUDINE SILAS**

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONALD FRANKLIN SILVA**

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

2330 of 2984

---

**JAMES NATHAN SIMMONS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY RAY SIMMONS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RACHEL SIMMONS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2331 of 2984

---

**ROBERT LEE SIMMONS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WATSON SIMMONS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JOE SIMMONS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2332 of 2984

---

**SAM POSTER SIMON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**LUCILLE LEMON SIMONDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86995**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**DORTHY SIMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2333 of 2984

---

**LINDA FAYE SIMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PEARLIE MAE SIMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FAY LENE SIMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2334 of 2984

---

**VIRGINIA SIMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87000**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RALPH EDWARD SINCLAIR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87001**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN SINGLETON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87002**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2335 of 2984

---

**TOMMY D. SINGLETON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID ALAN SINN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FLOYD THOMAS SIZEMORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2336 of 2984

---

**JAMES ELDRIDGE SKELTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMY EARL SKELTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PHILLIP HUGH SKEWES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2337 of 2984

---

**ELMER LEE SKINNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87009**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MCCOY SKINNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87010**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AMY H. SLAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87011**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2338 of 2984

---

**ANNIE MARY SLAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ALICE SLAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANK SLAUGHTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87014**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**DEWITT SMART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87015**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RALPH LINDY SMELLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87016**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE BELLE SMILEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87017**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2340 of 2984

---

**GLADYS OPHELIA SMILEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87018**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87019**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEATRICE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87020**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2341 of 2984

---

**BILLY GILLESPIE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY WAYNE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDNA MAE WOODARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

2342 of 2984

---

| **LARRY EUGENE WOODARD** | **Clm No 87024** | Filed In Cases: 140 |
| --- | --- | --- |
| C/O JOHN ARTHUR EAVES | | |
| 101 NORTH STATE ST. | | |
| JACKSON, MS 39201 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **ROBERT LEE WOODARD** | **Clm No 87025** | Filed In Cases: 140 |
| --- | --- | --- |
| C/O JOHN ARTHUR EAVES | | |
| 101 NORTH STATE ST. | | |
| JACKSON, MS 39201 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **JOHNNIE LEE WOODFORK** | **Clm No 87026** | Filed In Cases: 140 |
| --- | --- | --- |
| C/O JOHN ARTHUR EAVES | | |
| 101 NORTH STATE ST. | | |
| JACKSON, MS 39201 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2343 of 2984

---

**EUGENE WOODS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HARRY BARTLEY WOODS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEATHA MAE WOODS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2344 of 2984

---

**WILLIAM GLADYS WOODS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUBREY WOODSIDE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALVIN LEON WOODWARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2345 of 2984

---

**ALVIS WOOLRIDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ERVIE LEE WORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DALLAS WORTHY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2346 of 2984

---

**ANNIE BERNICE WOOLDRIDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MERRITT WAYNE WRAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY ELAINE WRIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2347 of 2984

---

**EDWARD HOLLINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEWIS TAYLOR HOLLINGSWORTH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT R. HOLLINGSWORTH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87041**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2348 of 2984

---

**ALBERT ARNOLD HOLLINGSWORTH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87042**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JAMES HOLLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87043**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VERNON HOLLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87044**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

2349 of 2984

---

**OZZIE LEE HOLLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87045**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARGUERITE HOLLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN HENRY HOLLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2350 of 2984

---

**JESSIE HOLLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOB LUCKIE HOLLADAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OTIS GERALD HOLIFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2351 of 2984

---

**MILTON JOSEPH HOLIFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87051**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JOHN C. HOLIDAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87052**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**THOMAS MELVIN HOLESOME**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87053**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2352 of 2984

---

**THOMAS JAMES HOLDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87054**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONALD HOLDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87055**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NEAL EDWIN HOLDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87056**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2353 of 2984

---

**EDWARD BURRELL HOLBROOK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY JOE HOGELAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TERRY MONROE HOGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2354 of 2984

| HENRY JEFF HOGAN | **Clm No 87060** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed                24-Mar-2017
Bar Date
Claim Face Value          $1.00

| ELEANOR MAY HODGES | **Clm No 87061** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed                24-Mar-2017
Bar Date
Claim Face Value          $1.00

| HOWARD LESLIE HJELM | **Clm No 87062** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed                24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2355 of 2984

---

**TRAVIS HISAW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87063**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**DELORES HINTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87064**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**HENRY HINES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87065**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2356 of 2984

---

**CHARLES MICHAELS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOOKER T. MERRITT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87067**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAROLD AUSTIN MERIDITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87068**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2357 of 2984

---

**GARY RUSSELL HOWARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**EDWARD CARL HOWARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ROBERT GAMBRELL HOUSTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2358 of 2984

---

**FREDRICK R. HOUSEMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH H. HOTCHKISS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEVONIA JOHN HOSKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2359 of 2984

| ISAAC HORSLEY | **Clm No 87075** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| JASPER EUGENE HOPKINS | **Clm No 87076** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| JAMES HENRY HOOVER | **Clm No 87077** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2360 of 2984

---

**THELMA VIRGINIA HOOPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SAMMIE LEE HOOPER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARVIN HOOKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2361 of 2984

---

**MAUDEAN HOOD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARTHA ANN HOOD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FENNIE CONELL HOOD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2362 of 2984

---

**ADRON WAYNE HOOD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87084**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**FANNIE ANN HONOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87085**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**MACK ARTHUR HONEYCUTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87086**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2363 of 2984

---

**JAMES WILLIAM HOLTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87087**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID MILTON HOLT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87088**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARENCE HOLSTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87089**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2364 of 2984

---

**JIMMIE C. HOLOMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87090**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FLORINE HOLMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87091**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CORRINE SMITH HOLMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2365 of 2984

---

**GARVER HOLMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLINNON HOLLOWAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERTHA P. HOLLOMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2366 of 2984

| VIOLET RUTH HOLLIS | **Clm No 87096** | Filed In Cases: 140 |
|---|---|---|

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

| CHARLES WILLIAM HOLLIS | **Clm No 87097** | Filed In Cases: 140 |
|---|---|---|

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

| CHARLES LEE HOLLIS | **Clm No 87098** | Filed In Cases: 140 |
|---|---|---|

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2367 of 2984

---

**JOSEPH FERRELL HINDMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87099**　　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NELLIE LEE HILLMER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87100**　　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HARVEY HILLIARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87101**　　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**　　**Visit us on the Web at www.omnimgt.com**　　PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**　　E-mail: claimsmanager@omnimgt.com　　FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2368 of 2984

---

**THOMAS FLOYD HILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87102**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUBEN THOMAS HILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87103**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NORA C. HILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87104**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2369 of 2984

---

**MARTHA SUE HILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87105**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**MAE FRANCES HILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87106**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**JOE NATHAN HILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87107**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2370 of 2984

---

**JOE D. HILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**J.C. HILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**EDWARD CHARLES HILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2371 of 2984

---

**BRENDA LUCILLE HILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87111**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE HILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87112**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALTON HILDRETH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87113**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2372 of 2984

---

**MAMIE LOU HIGH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87114**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES VERNON HIGGINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87115**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MARTIN HICKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87116**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2373 of 2984

---

**WILLIAM H. HICKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LOWELL EUGENE HICKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK BALOS MORROW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2374 of 2984

---

**LEO MORRISSETTE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87120**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RODNEY LEE MORRISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87121**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT LEWIS MORRISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87122**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2375 of 2984

---

**REX MORRISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87123**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEE MORRISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87124**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TERRY LANE MORRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87125**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2376 of 2984

---

**STELLA VONDELL MORRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**MARTHA ANN MORRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87127**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**CALLIE MAE CURRY WHITE MICKENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87128**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2377 of 2984

---

**LEROY HICKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSIE MILDRED HICKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JEFFIE CAROLYN HICKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2378 of 2984

---

**HUGH JOE HICKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**AUTRY HICKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**ALLEN JUNIOR HICKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

**SAMUEL HICKMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87135**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JESSE CLEVELAND HESTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87136**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**FRED O'BRYAN HESTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87137**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2380 of 2984

---

**ELLA REACE HERSEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87138**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES R. HERRON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87139**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE HERRON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87140**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2381 of 2984

---

**ALBERT HERRON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD J. HERRERO**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES MARION HERREN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2382 of 2984

---

**MINNIE ALBERTA HENYARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87144**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLEO HENYARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87145**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MAE HENLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87146**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2383 of 2984

---

**ALBERT COOK HENLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87147**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALTER RAY HENDRIX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87148**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELSIE MAE HENDRICKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87149**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2384 of 2984

---

**MORRIS DENNIS HAWKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87150**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JULIA EUVONNE HAWKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87151**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOE MACK HAWKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87152**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2385 of 2984

---

**DAISY MAE HAWKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87153**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY ROGERS HAWKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87154**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES CURTIS HAVENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87155**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2386 of 2984

---

**JAMES WATSON HATHCOX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NORMAN DAVID HATCH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MAE LOIS MORROW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2387 of 2984

---

**OLLIE HENDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87159**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY LOUISE HENDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87160**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KATIE HENDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87161**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

2388 of 2984

---

**JOSEPH RAYMOND HENDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87162**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY MICHAEL HENDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FANNIE MAE HENDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87164**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2389 of 2984

---

**BRENDA DEE HENDERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87165**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LOYD WAYNE HEMPHILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CAROLYN A. HELTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2390 of 2984

---

**JAMES B. HELMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87168**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SARAH GRACE HEAVNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87169**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WADE F. HEATH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87170**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2391 of 2984

---

**EDWARD HEATH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87171**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUDREY WESLEY HEATH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87172**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FLORA JANE HEAD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87173**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2392 of 2984

---

**LILLIE BELL HAYS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DILLON RUFUS HAYS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE CLARENCE HAYNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2393 of 2984

---

**ROBERT HAYNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87177**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RALPH CURTIS HAYNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87178**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**OLIVER HAYNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87179**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2394 of 2984

---

**OATHER ODELL HAYNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**LOYCE THOMAS HAYNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**CAROLYN ANN HAYNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2395 of 2984

---

**BARBARA ANN HAYNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TOMMY DUNN HAYES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANKIE EARLEAN HAYES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2396 of 2984

---

**THEODORE ROOSEVELT HAYDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87186**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**HILBERT CECIL HAYDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87187**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**RONALD BENFORD HAWKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87188**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2397 of 2984

---

**MARY DEAN SCURLOCK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87189**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE RUSSELL SEALS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87190**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VERTIS GERALD SEALLY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87191**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2398 of 2984

---

**HARVEY JUNIOR SEARS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**MORRIS DALE SEARS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**MARVIN ERSKIN SEAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2399 of 2984

---

**AUTHUR LEE SELLERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 24-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**BILLY NORMAN SELLERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 24-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**CHARLES SELLERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 24-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2400 of 2984

---

**ERNEST REEVES SELLERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87198**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JAMES EUGENE WARREN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87199**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JOYCE LAVERNE WARREN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87200**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

2401 of 2984

---

**MURRY W. WARREN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87201**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**STEVE RAY WARREN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**TROY HUBBARD WARREN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87203**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2402 of 2984

---

**ISIAH WASHINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87204**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY ED WASHINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87205**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MACK MORRIS WASHINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2403 of 2984

---

**TILLMAN WASHINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87207**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE C. WASHINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87208**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELWOOD WATERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87209**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2404 of 2984

---

**LUCILLE WATERS**                    **Clm No 87210**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                      UNS                    $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**GARY OSE WATKINS**                  **Clm No 87211**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                      UNS                    $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**JAMES WATKINS**                     **Clm No 87212**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                      UNS                    $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2405 of 2984

---

**LEVI WATKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY THERESA WATKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SUSIE P. WATKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2406 of 2984

---

**ALFRED A. WATSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA GAIL WATSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES OSCAR WATSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2407 of 2984

---

**HULET E. WATSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JEFFERSON LEE WATSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JAMES WATTS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2408 of 2984

---

**ELTON RANDALE WAYCASTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87222**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMY GLENN WEATHERLY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87223**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ESTELLA WEATHERSLY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87224**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2409 of 2984

---

**HENRY PAUL WEATHERSBY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87225**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY MACK WEAVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87226**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RAMONA WEAVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87227**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2410 of 2984

---

**RONALD MORGAN WEAVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87228**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARENCE WEBB**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87229**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OLLIE MAY WEBB**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87230**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2411 of 2984

---

**MARSHALL WEBBER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87231**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE D. WEBBER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87232**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN RUBIN WEBSTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87233**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2412 of 2984

---

**REGINALD JAMES WEBSTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BRYON HUGH WEEKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSIE ELIZABETH WEEKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2413 of 2984

---

**MARVIN L. WEEMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87237**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**ROBERT FREDRICK WEIDEMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87238**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**JACK DAVID WEIR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87239**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2414 of 2984

---

**RAY JUNIOR WELCH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87240**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TIMOTHY JOE WELCH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87241**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARENCE C. WELDON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87242**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2415 of 2984

---

**GEORGE ARNOLD WELDON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY J. WELLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**IRENE WELLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2416 of 2984

---

**JEWEL L. WELLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RIDY FRANCE SELLERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANCES NADINE SELMON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87248**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                         2417 of 2984

---

**EDGAR HAROLD SHAW**                    **Clm No 87249**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                         UNS                   $1.00
                                                               $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**FRED SHAW**                            **Clm No 87250**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                         UNS                   $1.00
                                                               $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**LEROY SHAW**                           **Clm No 87251**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                         UNS                   $1.00
                                                               $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                2418 of 2984

---

**DANCY SHEFFIELD**                 **Clm No 87252**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

JACKSON, MS 39201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**JOE HOWARD SHEFFIELD**            **Clm No 87253**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

JACKSON, MS 39201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ALICE RUTH SHELL**                **Clm No 87254**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

JACKSON, MS 39201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2419 of 2984

---

**DELORES SHELLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EUGENE SHELLY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES L. SHELLY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2420 of 2984

---

**LINDA SUE SHELLY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87258**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CECIL SHELTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLIE DAVID SHELTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2421 of 2984

---

**CURTIS EARL SHELTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87261**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OTIS SHELTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87262**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT MAX SHELTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87263**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2422 of 2984

---

| **MARY L. SHEPHARD** | **Clm No 87264** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **ROSIE SHEPHERD** | **Clm No 87265** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **ROSIE LEE SHEPHERD** | **Clm No 87266** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2423 of 2984

---

**ARNOLD CLEVELAND SHEPPARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87267**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**IMOGENE SHEPPARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87268**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OTIS LEE SHERMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87269**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2424 of 2984

---

**BERNICE F. SHERROD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LUEVINUE SHERROD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLITTIE U. SHERROD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2425 of 2984

---

**ALMA JEAN SHEILDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87273**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSIE L. SHINE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87274**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICKY DAVID SHIPP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87275**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2426 of 2984

---

**DILLARD SHIRLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87276**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARGIE SHOCKLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87277**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES DAVID SHORES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87278**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2427 of 2984

---

**JAMES THOMAS SERVISS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87279**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY ANN SEXTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87280**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BRENDA SHACKELFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87281**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2428 of 2984

---

**DANNY SHACKELFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87282**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOLLY WELLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87283**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THELMA ELIZABETH WELLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87284**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2429 of 2984

---

**DAVID EARL WERNETH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87285**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FLOY ANN WESLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87286**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GARY T. WEST**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87287**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:42:12 PM

*Claims Details*                                                                2430 of 2984

---

**HOSEA WEST**                                **Clm No 87288**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                           | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                             | --- | --- | --- |
                                              | UNS | $1.00 | |
                                              | | $1.00 | |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**ROY L. WESTBROOK**                          **Clm No 87289**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                           | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                             | --- | --- | --- |
                                              | UNS | $1.00 | |
                                              | | $1.00 | |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**ROBERT ELZIE WHALEN**                       **Clm No 87290**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                           | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                             | --- | --- | --- |
                                              | UNS | $1.00 | |
                                              | | $1.00 | |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2431 of 2984

---

**JOE MCKINLEY WHEELER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87291**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JESSIE DALTON WHIRLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**DEWEY ARNOLD WHISENANT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2432 of 2984

---

**ANNIE FAYE WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY M. WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARNEST WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2433 of 2984

---

**EVELYN FAYE WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**FLORIDA MAE WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**FRANCES MARIE WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2434 of 2984

---

**GRACE L. WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HENRY WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES DEWEY WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2435 of 2984

---

**JENNIE V. WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87303**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY MARTHA WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87304**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERTA WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87305**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2436 of 2984

---

**THOMAS BOYD WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87306**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CLIFTON WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87307**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE L. WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87308**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2437 of 2984

---

**JOE JOHN WHITE SR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87309**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES WAYNE WHITEHEAD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87310**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACOB WHITEHEAD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87311**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2438 of 2984

---

**MABRON MURPHY WHITEHEAD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN FRANKLIN WHITFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ERTHA JAMES WHITFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2439 of 2984

---

**FLOYD FRANCES WHITFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|---------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH MCARTHUR WHITTAKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|---------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY AVERY WHITTEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|---------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2440 of 2984

---

**CHARLES RAY WIGGINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87318**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DORA MAGLINE WIGGINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87319**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY FRANKLIN WIGINTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87320**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2441 of 2984

---

**CHARLES WAYNE EUBANKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87321**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARLENE WILBOURN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87322**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH L. WILBURN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87323**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2442 of 2984

**JIMMY DARRELL WILKERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87324**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE WILKES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87325**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNA JONES WILKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87326**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2443 of 2984

---

**ALEX WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ALINE WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ANNIE RUTH WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2444 of 2984

---

**AUBREY ZACK WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY MALONE WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY GENE WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2445 of 2984

---

**CARROLL E. WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CELIA D. WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES ANDREW WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2446 of 2984

---

**CLEVELAND WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87336**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CLIFTON WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87337**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CLINTON WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87338**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2447 of 2984

---

**ROBERT JACKSON MERCHANT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87339**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELLIS RANDALL ETRESS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87340**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARTHA LADERAL ESHEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87341**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2448 of 2984

---

**DORIS JEAN MASON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87342**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARGARET ANNETTE HICKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87343**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID BRAXTON MASON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87344**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:42:12 PM

*Claims Details*                                                                        2449 of 2984

---

**VERNON DOW MOSES**                    **Clm No 87345**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            | --- | --- | --- |
                            | UNS | $1.00 | |
                            | | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**MARION MORROW**                        **Clm No 87346**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            | --- | --- | --- |
                            | UNS | $1.00 | |
                            | | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**STEPHEN PERKINS SHATTUCK**             **Clm No 87347**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            | --- | --- | --- |
                            | UNS | $1.00 | |
                            | | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2450 of 2984

---

**BILLY SAMUEL SHORT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87348**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAMAR SHORT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87349**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SCOTT NEAL SHORT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2451 of 2984

---

**BESSIE MAE SHORTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GARY SHOULTZ**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87352**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VELMA MARIE SHUBERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87353**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2452 of 2984

---

**EARNEST SHUMPERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CECIL WALDEMAR SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**CARRIE ROSALIND SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2453 of 2984

---

**CECIL LUM SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87357**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CARL LEE YEALOCK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87358**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES RAYMOND YOUNG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87359**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2454 of 2984

---

**HAROLD WOMACK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID LEE WAYNE WOOD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY WOOD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2455 of 2984

---

**BOBBIE JEAN WOODALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DENNIS WOODARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDDIE YOUNG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2456 of 2984

---

**FLETCHER YOUNG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JAMES DONALD YOUNG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JOE WILLIE YOUNG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2457 of 2984

---

**LEE EARNEST YOUNG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MURL THOMAS YOUNG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALDO YOUNG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2458 of 2984

---

**WALTER LEE YOUNG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM YOUNG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HARRIS ZIMMERMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2459 of 2984

---

**FRANK MARTIN SHUMPERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87375**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HERMAN SHUMPERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87376**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES EARL SHUMPERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87377**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2460 of 2984

---

**LOLA WAYNE SHUMPERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MAE AUTHUR SHUMPERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARTHA LOUISE SHUMPERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2461 of 2984

---

**MINNIE BEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87381**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**CATHERINE WRIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87382**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**HUBERT WRIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87383**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2462 of 2984

---

**JIMMY LEE WRIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87384**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEONARD RAGLAND WRIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87385**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**POLLY ELIZABETH JORDAN WRIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2463 of 2984

---

**SAMUEL PAYNE WRIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87387**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED WYATT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87388**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JEROME WYATT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87389**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2464 of 2984

---

**THOMAS WYNN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TONY BRADFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES FREEMAN YARBER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2465 of 2984

---

**BARBARA JEAN YARBROUGH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87393**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WADE YARBROUGH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87394**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WRAY ELLIE YARBROUGH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87395**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2466 of 2984

---

**BERTIE MAY YATES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GLENDON YATES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEWIS WILLIAMS WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2467 of 2984

---

**WILLIAM HERSHELL YATES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JOHN FAIR YEAGER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**DAVID WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2468 of 2984

---

**DEAN WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87402**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DORIS WILLINE WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87403**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELIZABETH WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87404**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2469 of 2984

---

**ELIZABETH WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELMORE WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EVER TOLLIVER WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2470 of 2984

---

**FRANK ALBERT WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GLADYS WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HERMAN WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2471 of 2984

---

**JAMES WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87411**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES BOYCE WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87412**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES EDWARD WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87413**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              2472 of 2984

---

**JERRY MICHAEL WILLIAMS**          **Clm No 87414**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class           Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                     UNS                  $1.00
                                                          $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**JOHN LESTER WILLIAMS**            **Clm No 87415**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class           Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                     UNS                  $1.00
                                                          $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**JUANITA M. WILLIAMS**             **Clm No 87416**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class           Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                     UNS                  $1.00
                                                          $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2473 of 2984

---

**L. K. WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LANDER MARSHALL WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAWRENCE DONELL WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87419**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2474 of 2984

| | | | |
|---|---|---|---|
| **LEON WILLIAMS** | **Clm No 87420** | Filed In Cases: 140 | |
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **MARCUS IRA WILLIAMS** | **Clm No 87421** | Filed In Cases: 140 | |
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **MATILDA WILLIAMS** | **Clm No 87422** | Filed In Cases: 140 | |
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2475 of 2984

---

**NELSON ROGER WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SAMUEL WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SARAH FAY WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2476 of 2984

---

**SYLVESTER WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THOMAS LEWIS WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THOMAS NATHAN WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**VIRGINIA ANN WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE BOB WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACKIE E. WILLIAMSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2478 of 2984

---

**WILLIE ALBERT WILLIAMSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87432**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MATTIE A. WILLINGHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87433**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROLAND WILLINGHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87434**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2479 of 2984

---

**CALVIN EARL WILLIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87435**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANNY NEIL WILLIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAWRENCE WILLIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2480 of 2984

---

**ROSIE WHITE WILLIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SHELVY RAY WILLIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARBIE BENNETT WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2481 of 2984

---

**ARTHUR MAE WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87441**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CALLIE FRANCES WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87442**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANNY WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87443**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

### Claims Details                                                                 2482 of 2984

---

**EDDIE EARNEST WILSON**          **Clm No 87444**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.               Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                  UNS                 $1.00
                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**ELNORA WILSON**                 **Clm No 87445**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.               Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                  UNS                 $1.00
                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**EMBRY KENNETH WILSON**          **Clm No 87446**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.               Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                  UNS                 $1.00
                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2483 of 2984

---

**FRANCES LOUISE WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87447**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RODNEY GRADY WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87448**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HARRIETTE LAVONNE WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87449**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2484 of 2984

---

**HARRISON JORDAN WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87450**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**HELEN FRANCES WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87451**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**J. C. WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87452**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2485 of 2984

---

**JAMES R. WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87453**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 24-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value | $1.00      |

---

**JAMES WOODROW WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87454**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 24-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value | $1.00      |

---

**JOHN HENRY WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87455**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 24-Mar-2017 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2486 of 2984

---

**KATHLEAN WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87456**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**LAWRENCE DANIEL WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87457**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**R. C. WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87458**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2487 of 2984

---

**SIMS WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VIRLIE JEANETTE WILSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES BRADY WIMBERLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2488 of 2984

---

**SAVANNAH MAE WINDHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANCES GRACE WINDLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID WINFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              2489 of 2984

| **FREEMAN HENRY WINSETT** | **Clm No 87465** | Filed In Cases: 140 |
|---|---|---|

C/O JOHN ARTHUR EAVES

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

101 NORTH STATE ST.

JACKSON, MS 39201

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **GARY OTIS WINSLETT** | **Clm No 87466** | Filed In Cases: 140 |
|---|---|---|

C/O JOHN ARTHUR EAVES

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

101 NORTH STATE ST.

JACKSON, MS 39201

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **JAMES TRAVIS WINTER** | **Clm No 87467** | Filed In Cases: 140 |
|---|---|---|

C/O JOHN ARTHUR EAVES

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

101 NORTH STATE ST.

JACKSON, MS 39201

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2490 of 2984

---

**ARTHUR C. WINTERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DORA MAE WINTERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES THOMAS WITT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2491 of 2984

---

**WILLIE LOU WAFFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87471**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NY State Department Taxation and Finance**
Attn: Pugliese/ Cucchi
P.O. Box 5300
Albany, NY 12205-0300

**Clm No 87472**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| PRI | $784.12 | |
| UNS | $100.00 | |
| | $884.12 | |

| | |
|--|--|
| Date Filed | 6-Apr-2017 |
| Bar Date | |
| Claim Face Value | $884.12 |

---

**PacifiCorp**
c/o Pacific Power/ Rocky Mountain Power
P.O. Box 25308
Salt Lake City, UT 84125

**Clm No 87473**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $67.63 | |
| | $67.63 | |

| | |
|--|--|
| Date Filed | 4-Apr-2017 |
| Bar Date | |
| Claim Face Value | $67.63 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2492 of 2984

---

**CLAUDINE PITTMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**FREDDIE JOE PINKERTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PAUL HENRY PILKINGTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2493 of 2984

---

**JOYCE M. PIGGEE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87477**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EARLINE TYLER PIGGEE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87478**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MABLE DELOIS PICKETT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87479**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2494 of 2984

---

**ROBERTA PHILLIPS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LARRY CHARLES PEYTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOYCE ANN PETTUS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2495 of 2984

---

**DIANE FAY PETTUS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**TRUMAN WATSON**
FOR THE ESTATE OF MURIEL C. WATSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JEAN LOIS WATSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2496 of 2984

---

**ELIZABETH WILSON WATSON**          **Clm No 87486**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                     | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201               | UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SHIRLEY MAE WATKINS**              **Clm No 87487**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                     | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201               | UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JUENETIA LOUISE WATKINS**          **Clm No 87488**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                     | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201               | UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2497 of 2984

---

**GOLESTER WATKINS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**FAYE BRENDA WATKINS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**WILLIAM LAMONT WASHINGTON SR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2498 of 2984

---

**EMMA DOLLY (JACOBS) PERRY**
FOR THE ESTATE OF SARAH BERNICE HUGGINS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87492**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BERNICE HENDERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MARY F. PITTMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87494**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                2499 of 2984

---

**SHARON DEAN PITTMAN**                    **Clm No 87495**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                     Class            Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                     UNS                   Unknown


Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**VERLINE PITTMAN**                        **Clm No 87496**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                     Class            Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                     UNS                   Unknown


Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA F. PROFIT**                        **Clm No 87497**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                     Class            Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                     UNS                   Unknown


Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2500 of 2984

---

**CURTIS L. PRUITT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87498**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SANDRA GAIL PRUNTY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87499**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ROSE MARILYN JACKSON PRYOR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87500**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2501 of 2984

---

**LOIS MARIE PULCE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87501**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CAROLYN JUANITA QUICK**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87502**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**OLLIE W. QUIRE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87503**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**   E-mail: claimsmanager@omnimgt.com   FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2502 of 2984

---

**MARIA R. RAMIREZ**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ORA L. RADFORD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CAROLYN A. RAGLIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2503 of 2984

---

**BRENDA JOYCE RAINEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LILLIAN CHATWOOD RALLINGS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOSE MARIA RAMOS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2504 of 2984

---

**GLORIA MAE RAMSEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**L.C. RANDOLPH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TOMMY CLYDE RANSOM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2505 of 2984

---

**DOROTHY SABBS NEELY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ANNIE M. NELSON**
FOR THE ESTATE OF DAVID NELSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA ANN ROGERS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2506 of 2984

---

**PATRICIA A. ROGERS (GOODE)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND ROGERS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**WILMA ROGERS**
FOR THE ESTATE OF WILLIAM C. ROGERS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2507 of 2984

---

**ANNIE RUTH ROMES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87519**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**DARRELL LAMONT ROMES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87520**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**REBECCA JOHNSON**
FOR THE ESTATE OF LAWRENCE GENE ROSE
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87521**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2508 of 2984

---

**BILLY WALTER PAGE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**VERDETTE PAGE**
FOR THE ESTATE OF CLAUDETTE PAGE
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**KELLEY LOFTIN**
FOR THE ESTATE OF HENRY EDWARD PAGE
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2509 of 2984

---

**CAROLYN L. PALMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87525**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HENRY GENE PARKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87526**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DOROTHY SCAIFE PARKS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87527**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2510 of 2984

---

**PEGGY SUE PARRISH** | **Clm No 87528** | Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LADONNA PARSON** | **Clm No 87529** | Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GLORIA JEAN PATILLO** | **Clm No 87530** | Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2511 of 2984

---

**EVELYN JEAN PATRICK**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87531**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES EDWARD PATROM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87532**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LEE PATTERSON**
FOR THE ESTATE OF BEVERLY ANN PATTERSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87533**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2512 of 2984

---

**MARY LOU MOSES**
FOR THE ESTATE OF ELMER DAVID PATTERSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LUCIUS FARRIS PATTERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MACK G. PATTERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                      E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2513 of 2984

---

**TANNA K. EVANS**
FOR THE ESTATE OF NORMA G. PATTERSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GLORIA DEAN PATTON (GAYNOR)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD EDWARD PEARSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87539**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2514 of 2984

---

**WALTER PHILLIPS PELT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87540**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARGARET BROWN PERKINS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87541**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALICE MARIE PERRY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87542**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2515 of 2984

---

**EARNEST WILLIS PERRY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FLORA JEAN POUNCY PERRY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MOZETTA PERRY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2516 of 2984

---

**SHIRLEY PERRY**
FOR THE ESTATE OF PERCY PERRY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87546**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MELINDA Y. MOBLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87547**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GLADYS EVELINE MOLDEN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87548**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2517 of 2984

---

**LEWRENCE E. MOLDEN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**KAREN ROBERSON**
FOR THE ESTATE OF BETTY JEAN MOMPHREY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**JAMES ARTHUR MONTAGUE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2518 of 2984

---

**AZAR MONTGOMERY JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87552**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CAROLYN LAVERNE MONTGOMERY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87553**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**FELICIA JOYCE MONTGOMERY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87554**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2519 of 2984

---

**PRECILLA ANN MONTGOMERY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VIDA H. MONTGOMERY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ANITA JUNE MOODY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2520 of 2984

---

**DORIS MARIE ADAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAMES ADAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JERALDINE TURNER ADAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2521 of 2984

---

**LILLIE MAE ADAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MELBA C. ADAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PETTY DELLA**
FOR THE ESTATE OF PHILLIP PAUL ADAMS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2522 of 2984

---

**JENNIFER COOK**
FOR THE ESTATE OF ROBERTA ADAMS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**EVON C. ADDISON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SHIRLEY CRAIG**
FOR THE ESTATE OF RUTHIE MAE  BELCHER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2523 of 2984

---

**RALPH CROFTON**
FOR THE ESTATE OF VERNA MARIE BELCHER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87567**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**BRENDA WOMACK**
FOR THE ESTATE OF BARBARA JEAN BELL
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87568**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**BENNIE BELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87569**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2524 of 2984

---

**CLYDIA D. BELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87570**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOYCE ANN BELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALFREDA FRANKLIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87572**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2525 of 2984

---

**DORIS K. FRANKLIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HONORINE P. FRANKLIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DEBBIE FRANKS**
FOR THE ESTATE OF DAVID RAY FRANKS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

---

*Claims Details*

2526 of 2984

---

**BETTY E. FREEMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LARRY EARL FREEMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PHYLLIS ANN FREEMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2527 of 2984

---

**LINDA SUE FRENCH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87579**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**JUANITA TAYLOR FULLER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87580**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**HERMAN FULTZ**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87581**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2528 of 2984

---

**TOMMY WAYNE FUNDERBURG**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LARRY JAMES GABRIEL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**FRANCES COLEMAN GAFFORD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2529 of 2984

---

**ALEXANDER ROBERT GAMEZ**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**RONALD KEITH GANT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DIANA P. GARCIA**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                                      2530 of 2984

---

**ARLINE GARDNER**                          **Clm No 87588**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                      | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201                 | UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LEON GARDNER**                            **Clm No 87589**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                      | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201                 | UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CARL GARLAND**                            **Clm No 87590**   Filed In Cases: 140
FOR THE ESTATE OF SULA E. GARLAND
C/O EDWARD O. MOODY, PA               | Class | Claim Detail Amount | Final Allowed Amount |
801 WEST 4TH ST.                      | UNS | Unknown | |
LITTLE ROCK, AR 72201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2531 of 2984

---

**ARMELIA GARMON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS LYNN GARNER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DOROTHY JEAN GARRETT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2532 of 2984

---

**VELMA LEE GARRETT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**RUBY LEE GARTH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SEGIO GARCIA**
FOR THE ESTATE OF TIBURCIA C. GARZA
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2533 of 2984

---

**JIMMIE GATES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**ROBBIE M. GAULT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**MINNIOLA P. GEIGER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2534 of 2984

---

**LESLIE A. BLAIR**
FOR THE ESTATE OF DEANA LUMPKIN O'BIER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87600**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PAMELA DIANNE SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87601**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SARAH ANN SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87602**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                    2535 of 2984

---

**SHARON KAY SMITH**                      **Clm No 87603**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                          Class            Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                          UNS                  Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**WAYNE L. SMITH**                        **Clm No 87604**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                          Class            Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                          UNS                  Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MACIE SNOW**                            **Clm No 87605**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                          Class            Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                          UNS                  Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2536 of 2984

---

**LELAND B. SNOWDEN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87606**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**ESTA M. SNYDER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87607**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**LAVERNE TAROLEY SOLOMON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2537 of 2984

---

**CHARLES E. SONTAG, II**
FOR THE ESTATE OF CHARLES EDWIN SONTAG
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**GLADYS CORRINA SORIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**BETTYE P. SOUTHALL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2538 of 2984

---

**LAURA MARIE SOWELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87612**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SHARON KEY SPARKS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87613**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**NOLA SPEARS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87614**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2539 of 2984

---

**SCOTT D. SPRADLING**
FOR THE ESTATE OF LARRY GLENN SPRADLING
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOYCE B. STANDRIDGE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM ROSS STANDRIDGE JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2540 of 2984

---

**CAROLYN ANN STANFORD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DEBRA HENDERSON STARKS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**STEPHEN JOHN STASCH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2541 of 2984

---

**ETHEL JEAN STEGALL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR LEE STENHOUSE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**NAPOLEAN VICTOR HATTEN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2542 of 2984

---

**JAMES KEITH CURRY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87624**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**NANCY ANN JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87625**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT EARL JONES, JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87626**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2543 of 2984

---

**MICHAEL WAYNE KENNEDY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87627**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**TIM PAUL KEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87628**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES RAY LOWERY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87629**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2544 of 2984

---

**ELVERIA ELAINE MCDUFFY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ERNESTINE ALEXANDER COBB**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOUIS COBB**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2545 of 2984

---

**SHERRY COBB**
FOR THE ESTATE OF THURLO COBB
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87633**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SHIRLEY RUTH COCKRELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87634**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WALCE MAE COGSHELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87635**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2546 of 2984

---

**LAURA MAE COLE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87636**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**MARY LEE COLE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87637**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**PHILLIP LUTHER COLE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87638**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2547 of 2984

---

**WENDELL KEVIN COLE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANTHONY O. COLEMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID BIDDLE**
FOR THE ESTATE OF BETTY MAE COLEMAN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2548 of 2984

---

**JERREL DEAN COLEMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PERCY COLEMAN, JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VIVIAN MARIE COLEMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2549 of 2984

---

**MARGARET M. COLLIER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VIRGINIA J. COLLIER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87646**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LOIS JEAN CONLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2550 of 2984

---

**MARICE WALKER CONLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BETTY JOE CONNER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87649**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JO ANNE COODY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2551 of 2984

---

**RUTH ELLEN COOK**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87651**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**TERRI LAVERN COOK**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87652**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL LEE COOLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

## Claims Details

2552 of 2984

---

**JUANITA TARVIN**                    **Clm No 87654**    Filed In Cases: 140
FOR THE ESTATE OF ARTHUR DWAYNE TARVIN

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ELIZABETH ANN COOPER**                    **Clm No 87655**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

801 WEST 4TH ST.
LITTLE ROCK, AR 72201

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GRACIE D. COOPER**                    **Clm No 87656**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

801 WEST 4TH ST.
LITTLE ROCK, AR 72201

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2553 of 2984

---

**MARGAREE H. COOPER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DENNIS WAYNE CORDELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CARRIE ETTA COTTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                      2554 of 2984

---

**SANDRA BROOKS**                    **Clm No 87660**    Filed In Cases: 140
FOR THE ESTATE OF TREVA LOU COTTON
C/O EDWARD O. MOODY, PA              Class              Claim Detail Amount       Final Allowed Amount
801 WEST 4TH ST.                    UNS                    Unknown
LITTLE ROCK, AR 72201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ROSE LEE TUCKER**                  **Clm No 87661**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA              Class              Claim Detail Amount       Final Allowed Amount
801 WEST 4TH ST.                    UNS                    Unknown
LITTLE ROCK, AR 72201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SANDRA KAY GILLIAM**               **Clm No 87662**    Filed In Cases: 140
FOR THE ESTATE OF GLORIA DEAN TURNER
C/O EDWARD O. MOODY, PA              Class              Claim Detail Amount       Final Allowed Amount
801 WEST 4TH ST.                    UNS                    Unknown
LITTLE ROCK, AR 72201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2555 of 2984

---

**JOHN CORWIN TURNER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LEATHA MAE TURNER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MAUDIES TURNER**
FOR THE ESTATE OF LEON TURNER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                      2556 of 2984

---

**MINNIE A. TURNER**                    **Clm No 87666**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                        Class               Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                        UNS                 Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD LEE TURNER**                  **Clm No 87667**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                        Class               Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                        UNS                 Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**JAMES CARL TYLER**                    **Clm No 87668**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                        Class               Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                        UNS                 Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2557 of 2984

---

**MILDRED A. TYLER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARMAYONNE D. TYNER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CECILIA ANNE ULM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2558 of 2984

---

**BARBARA MARIE UNDERWOOD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87672**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LYDIA SOLIVAS UNDERWOOD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DWIGHT USREY**
FOR THE ESTATE OF MARTHA ANN USREY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2559 of 2984

---

**JAMES DAVID RUSSELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87675**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**YOLANDA R. VALDEZ**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DONNIE W. VALUE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87677**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2560 of 2984

---

**ARTAMESA VANZANDT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87678**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT ERVIN CLINKSCALE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87679**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANNIE L. CLOIRD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87680**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2561 of 2984

---

**JAMES LYNN CLOIRD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES GLENNON CLUCK**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PHYLLIS MARIE WOODELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                                          2562 of 2984

---

**LINDA FAYE WOODLEY**                          **Clm No 87684**      Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                                Class              Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                                UNS                     Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**SHIRLEY RUSSELL WOODS**                       **Clm No 87685**      Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                                Class              Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                                UNS                     Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**ARVEL WOODWARD**                              **Clm No 87686**      Filed In Cases: 140
FOR THE ESTATE OF AREDITH MAXINE
WOODWARD                                        Class              Claim Detail Amount        Final Allowed Amount
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                                UNS                     Unknown
LITTLE ROCK, AR 72201

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2563 of 2984

---

**FRANCES M. WOOLVERTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87687**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MARGARET LEE WORDLOW**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87688**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BARBARA WHITE**
FOR THE ESTATE OF EULA ESTELLE WORKS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87689**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2564 of 2984

---

**WILLIE JO WREN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87690**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**LINDA DIANE WRIGHT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MATTIE PEARL WRIGHT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2565 of 2984

---

**ROSA MAE WRIGHT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELIZABETH ANN WYATT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LEO WYNNE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2566 of 2984

---

**LUTHER FRED WYNNE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87696**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JANICE MARIE TAYLOR YATES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ELMA BURDER YOUNG**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87698**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2567 of 2984

---

**DEWEY H. TOLL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BRENDA SUE TOMLIN (DAVIS)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CAROLYN G. TORRENCE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2568 of 2984

---

**JAIME E. TORRES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87702**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PAMELA DEANGELO**
FOR THE ESTATE OF JAMES BRUCE TOSH
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87703**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CARL ALLEN TOWNSEND**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87704**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2569 of 2984

---

**THEODIS W. TOWNSEND**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**AMOS W. TREADWELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**EMMA JEAN TRIMBLE-WADDY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87707**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2570 of 2984

---

**JEANELL TROTTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES EDWARD TUCKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LIONELL GRIFFIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2571 of 2984

---

**ALEX RAY SANDERS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LEWIS SANDERS**
FOR THE ESTATE OF ALEX SANDERS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CAROLYN E. LOGAN (REAM)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2572 of 2984

---

**RUBY JEAN LOMAX**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87714**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MELVIN ROGER LONG**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87715**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARY A. RUSSELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87716**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2573 of 2984

---

**MICHAEL HENRY RUSSELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**BETTY FRAZIER**
FOR THE ESTATE OF SELMA C. SABBS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**RUTHIE LEE SALLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2574 of 2984

---

**ELIZABETH ANN SAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87720**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MILLIE B. SAMUELS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87721**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LEPOLEN SANDERS, JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87722**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2575 of 2984

---

**LEWIS EDWARD SANDERS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DEBORAH KAY MOORE SANKEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE JEAN SAWYER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2576 of 2984

---

**CORINTHIA COLLINS SCALES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH THOMAS SCHAFER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLINTON SCOTT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2577 of 2984

---

**DEBORAH MARIE SCOTT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87729**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ROSIE KELLEY SCOTT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87730**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**WALTER EUGENE SCROGGS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87731**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2578 of 2984

---

**WILLIE ANN SCURLARK (MCGEE)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES B. SEIGRIST**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARTHA ANN SEAMSTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2579 of 2984

---

**BETTY JO SHAFER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA P. SHANNON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SARI B. SHANNON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87737**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

2580 of 2984

---

**JO ANNA SHAW**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONNA JEAN SHEFFIELD (ANGELBECK)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87739**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BETTY M. SHELLS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2581 of 2984

---

**KELLY ANN MOBBS**
FOR THE ESTATE OF DORA MAE SHELTON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87741**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**ELIZABETH B. SHELTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87742**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**SHARON YOUNG SHELTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87743**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2582 of 2984

---

**RUBY J. SHEPHERD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87744**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**NANCY LEE SHERIDAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87745**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WANDA FAYE SHOFNER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87746**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2583 of 2984

---

**MARY LEE SHOOK**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87747**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PATSY T. SHUFFIELD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87748**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ESTELLA SIMMONS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87749**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2584 of 2984

---

**FERRY D. SIMMONS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MELVIN LEROY SIMMONS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VERMA JEAN SIMMONS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2585 of 2984

---

**NINA JEARLEAN SIMON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87753**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MITCHELL SIMPSON JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87754**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**THELMA LUCILLE SIMPSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87755**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2586 of 2984

---

**FOREST MONROE SIMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87756**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VEDA L. SIMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87757**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LEE ROY SLAIGHT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87758**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2587 of 2984

---

**EVELYN MARIE SLAIN (COOPER)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JESSIE PHIPPS SLOAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**PAULA EBARB HALL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2588 of 2984

---

**TONI L. HALL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87762**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BILLY S. HAMILTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87763**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOHNNIE F. HAMILTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87764**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2589 of 2984

---

**IRENE HAMMOND**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BETTY HAMPTON**
FOR THE ESTATE OF HUBERT DOYAL HAMPTON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARCILLA MAE HAMPTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2590 of 2984

---

**DAVID R. HAUK**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87768**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA TYLER HAYES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87769**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**RITA WILLIAMS**
FOR THE ESTATE OF CARRENTHIA GRACE HAYES
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87770**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2591 of 2984

---

**ERNESTINE HAYES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**JOE LOUIS HAYES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**LORINE HAYES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2592 of 2984

---

**RAY CHARLES MCGHEE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87774**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**VIRGINIA LEE MCGHEE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87775**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JUANITA MCGINISTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87776**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2593 of 2984

---

**DORIS JEAN MCGOWAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JANICE MARIE MCGRAW**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ROY LEE MCGRAW**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2594 of 2984

---

**LORENE MCKAY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PAULINE C. MCKEEVER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD L. MCKEEVER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2595 of 2984

---

**SLYVIA MCKINZIE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87783**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRED MCMILLAN**
FOR THE ESTATE OF CARROLL L. MCMILLAN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87784**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BARBARA T. OAKE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87785**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2596 of 2984

---

**CRYSTAL NIGH OGLE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**NARCISSUS OLDEN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM KAVANAUGH OLDHAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2597 of 2984

---

**BOBBIE M. OLIVER**                          **Clm No 87789**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                              Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                              UNS                  Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**HELEN B. OLIVER**                           **Clm No 87790**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                              Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                              UNS                  Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**ALBERTHA ONEIL**                            **Clm No 87791**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                              Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                              UNS                  Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2598 of 2984

---

**RANDY WILLIAM OREAR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87792**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**RICK OWENS**
FOR THE ESTATE OF BETTY LOU OWENS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87793**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LOVETTA OWENS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87794**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2599 of 2984

---

**MAUREEN OWENS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87795**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RUTH ANN PACE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87796**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EULA DEAN MARLAL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87797**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2600 of 2984

---

**ORETHA DIANE MARSENBURG**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87798**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD MARSHALL JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JAMES GARFIELD MARSHALL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87800**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2601 of 2984

---

**DAVID KEITH MARTIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87801**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**GWENDOLYN EVELYN MARTIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87802**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**JIMMIE LEE MARTIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2602 of 2984

---

**JUDY LYNN MARTIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARK DEWAYNE MARTIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DEBORAH JEAN MASON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2603 of 2984

---

**JOHN HENRY MATHIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87807**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MAXINE MATHIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87808**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LORETHA MATTHEWS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87809**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                    2604 of 2984

---

**DONNA BRIDGES MATTINGLY**          **Clm No 87810**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.               Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201          UNS                   Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SHERRY R. GAGE**                    **Clm No 87811**    Filed In Cases: 140
FOR THE ESTATE OF NETTIE RUTH MAULDIN
C/O EDWARD O. MOODY, PA        Class          Claim Detail Amount      Final Allowed Amount
801 WEST 4TH ST.               UNS                   Unknown
LITTLE ROCK, AR 72201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOYCE L. WALKER**                   **Clm No 87812**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.               Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201          UNS                   Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2605 of 2984

---

**PATRICIA HATCHETT MAYS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CARL MAYWEATHER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87814**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BETTY A. MCBRIDE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2606 of 2984

---

**GEORGE L. MCBRIDE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA SUE ALLEN**
FOR THE ESTATE OF KELLY V. MCBRIDE
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87817**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VILOUS REE MCBURNETT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2607 of 2984

---

**MELVIN MCCAA**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**ALVIN CARROLL MACCANN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**EVA PITCOCK MCCANN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                  2608 of 2984

---

**CURTIS ANDREW ADGER**                    **Clm No 87822**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                           Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                           UNS                  Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**IDA FAYE LATIN ADGER**                   **Clm No 87823**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                           Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                           UNS                  Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**FRANCES MAE ADROW**                      **Clm No 87824**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                           Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                           UNS                  Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2609 of 2984

---

**ETHEL MAE ADWAY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87825**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**RONNIE AKINS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87826**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**RAVIS E. ALEXANDER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87827**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2610 of 2984

---

**TULSA MAE ALEXANDER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JESSICA PIGGEE**
FOR THE ESTATE OF GLORIA JEAN ALLEN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HORACE ALLEN JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2611 of 2984

---

| **OLA MAE ALLEN** | **Clm No 87831** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **LOIS JEAN ALLISON** | **Clm No 87832** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **MICHAEL K. HEARD** | **Clm No 87833** | Filed In Cases: 140 | |
|---|---|---|---|
| FOR THE ESTATE OF GRACE IMOGENE ALLMAN | Class | Claim Detail Amount | Final Allowed Amount |
| C/O EDWARD O. MOODY, PA | | | |
| 801 WEST 4TH ST. | UNS | Unknown | |
| LITTLE ROCK, AR 72201 | | | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

OldCo, LLC, successor by merger to Coltec Industries Inc                    3/20/2018 3:42:12 PM

*Claims Details*                                                             2612 of 2984

---

**MARGIE LEE AMES**                     **Clm No 87834**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                        Class            Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                        UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOE AMOS JR.**                        **Clm No 87835**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                        Class            Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                        UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**KAMESHA BROOKS**                      **Clm No 87836**    Filed In Cases: 140
FOR THE ESTATE OF PATRICIA ANN ANAEKI
C/O EDWARD O. MOODY, PA                  Class            Claim Detail Amount        Final Allowed Amount
801 WEST 4TH ST.
LITTLE ROCK, AR 72201                    UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                         2613 of 2984

---

**EARNESTINE P. ANDERSON**          **Clm No 87837**     Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                    Class              Claim Detail Amount          Final Allowed Amount
LITTLE ROCK, AR 72201
                                    UNS                        Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ELLA LOUISE ANDERSON**            **Clm No 87838**     Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                    Class              Claim Detail Amount          Final Allowed Amount
LITTLE ROCK, AR 72201
                                    UNS                        Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HARRIETT RAYE ANDERSON**          **Clm No 87839**     Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                    Class              Claim Detail Amount          Final Allowed Amount
LITTLE ROCK, AR 72201
                                    UNS                        Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2614 of 2984

---

**JESSE JAMES ANDERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87840**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JESSE ANDERSON JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87841**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARCIE ANDERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87842**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2615 of 2984

---

**MARIE ANN ANDERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87843**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CONNIE ATTERBERRY**
FOR THE ESTATE OF GEORGE W. ANDREWS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87844**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**PEGGY JEAN ANDREWS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87845**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2616 of 2984

---

**LOUIS E. ANKTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87846**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARY APPLEBY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87847**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PARTHENIA MARGIE LOU ARIKAWE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87848**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2617 of 2984

---

**LESSIE FAYE ARMSTRONG (LISTER)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87849**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BETTY MAPLE ASHLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87850**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MELVIN DWIGHT ATCHLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87851**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2618 of 2984

---

**LYDIA ATKINS**
FOR THE ESTATE OF WILLIAM EDWARD ATKINS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**EZRA LEE MOODY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**NEAOMI MOONEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2619 of 2984

---

**EVELYN RENEE MOORE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87855**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HAROLD MOORE SR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87856**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HELEN C. MOORE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87857**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2620 of 2984

---

**HENRY CRAYTON MOORE JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LARRY G. MOORE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PEARLIE MAE MOORE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2621 of 2984

---

**SHIRLEY B. MOORE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87861**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**WANDA JO MOORE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87862**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA DIANE MORING**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87863**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2622 of 2984

---

**CAROL ANN MORRIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87864**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL A. MORRIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87865**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SHARON MORRIS**
FOR THE ESTATE OF WILLIAM LOYD MORRIS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87866**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2623 of 2984

---

**LINDA SUE MORRISON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87867**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ROBERTA R. MOSES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87868**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CLYDE MOSS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87869**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2624 of 2984

---

**JEANNE MOSS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87870**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**EARL MAURICE MOTEN SR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87871**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**AUDREY LUCILLE MOZINGO**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87872**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2625 of 2984

---

**KHALEELAH MUHAMMAD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87873**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JAMES M. MULDROW**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87874**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VERLENE MUNNS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87875**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2626 of 2984

---

**CHARLES RICHARD MURPHY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DEBRA JEAN MURPHY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VERLA MURPHY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                2627 of 2984

---

**WANDA STROUD MURPHY**                    **Clm No 87879**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                           Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                           UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BERDIA B. MURRAY**                       **Clm No 87880**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                           Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                           UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA G. MURRAY**                        **Clm No 87881**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                           Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                           UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2628 of 2984

---

**MYRA DIANE MURRAY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87882**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JUANITA MURRY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87883**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MCSERY FARR ROBINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87884**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2629 of 2984

---

**MELVIN ROBINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ROSIE M. ROBINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SARAH ANN ROBINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2630 of 2984

---

**SHARON KAY ROBINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MITCHELL ROBINSON**
FOR THE ESTATE OF THEOPLIS HUBERT ROBINSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RACHEL D. ROCHA**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2631 of 2984

---

**SIRIA LIBIA RODRIGUEZ**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87891**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PAT J. HOPSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87892**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PAT J. HOPSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2632 of 2984

---

**LINDA A. TAPLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87894**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**BETTY JEAN TAYLOR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87895**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**BRUCE EDWARD TAYLOR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87896**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 3:42:12 PM

---

*Claims Details*                                                      2633 of 2984

---

**MARILYN LEOLA COTTRELL**         **Clm No 87897**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                   Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                   UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SAMMIE JEAN COUCH**              **Clm No 87898**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                   Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                   UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PORTER JAMES COUVILLION**        **Clm No 87899**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                   Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                   UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2634 of 2984

---

**LOLA P. COVELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87900**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DONNA SUE COX**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87901**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MAXINE COX**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87902**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2635 of 2984

---

**RITA CAROL COX**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**RUBY LEE COX**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**MARY A. CRAIG**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2636 of 2984

---

**LEWIS EDWARD CRAIN JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87906**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | Unknown            |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIE LEE CRAWFORD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87907**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | Unknown            |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VERLEAN CREDIT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87908**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | Unknown            |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2637 of 2984

---

**RUBY MAE CROSSLAND**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOYCE WILLIS CULLUM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BONFERLON CUMMINGS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2638 of 2984

---

**BETTY J. CUNNINGHAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87912**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA K. JOLLY**
FOR THE ESTATE OF NELLIE F. CURTIS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87913**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**DANIEL DAVID CUSLIDGE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87914**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2639 of 2984

---

**BRENDA MCKEEVER**
FOR THE STATE OF ARETHA DABNEY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOHN WHITE, JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MILDRED DALE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2640 of 2984

---

**MARVA JEANETTE ADAMS DANFORT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARGIE CAROL DANIEL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA SUE DANIELS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2641 of 2984

---

**HAROLD WAYNE DARNER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87921**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PATSY K. DARTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87922**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DEBORAH T. DAUGHERTY**
FOR THE ESTATE OF DAN DAUGHTERY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87923**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2642 of 2984

---

**MARIE ELIZABETH JORDAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87924**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARY JANE JORDAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87925**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES LEE JOSEPH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2643 of 2984

---

**LEON JOSEPH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87927**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**MARIA S. JUAREZ**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87928**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**W.C. JUNIEL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87929**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2644 of 2984

---

**DENNIS L. JUNIOR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DEBORAH JOELLEN KATILLIUS (BAKER)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA R. KEEN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2645 of 2984

---

**PATRICIA LOVE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87933**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**AVA MARIA LOVELACE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87934**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**DOROTHY MAE LOVELACE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87935**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2646 of 2984

---

**DORIS CURRENT**
FOR THE ESTATE OF SARAH LOVELACE
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JEANNETTE KAY LOVETTE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87937**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BERTHA L. LOWE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2647 of 2984

---

**PATSY P. LUMPKIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PEGGY TANNER LUX**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CARMEN T. LYONS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2648 of 2984

---

**KATHARINE JANEY MABRY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87942**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VERA M. DUREL**
FOR THE ESTATE OF LILLIE MAE MACKEY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87943**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOHNNIE EDWARD MADISON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87944**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2649 of 2984

---

**SALVADOR MALDONADO**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GWENDOLYN MALLORY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SONNY LEON MALONE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2650 of 2984

---

**RUBY JEAN MANGUS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HELEN MIRANDA MANN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VIOLA MANNING**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87950**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                     E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2651 of 2984

---

**ROBERT RUSSELL MANSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87951**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**JAMES LLOYD MARCOTTE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87952**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**JOHN GORDON KING**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87953**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2652 of 2984

---

**THELMA WARE KING**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87954**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**FRANKIE SHANKLES KINSER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87955**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CRISTINA AGUILAR KIRCHMEYER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2653 of 2984

---

**ALFONZO KITCHEN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87957**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BETHENE KITCHENS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87958**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ELAINE JEANETTE KNOX**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87959**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                         2654 of 2984

---

**DIETRA LAFAY LA GRONE**                      **Clm No 87960**      Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                               Class              Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                               UNS                      Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**JACQUELYN JAYE LACY**                        **Clm No 87961**      Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                               Class              Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                               UNS                      Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT JOE LACY**                            **Clm No 87962**      Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                               Class              Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                               UNS                      Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2655 of 2984

---

**JESSIE DEAN LAIRY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87963**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CLOTIEL MACK LAKE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87964**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CHALESETTA LAMBERT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87965**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2656 of 2984

---

**DOROTHY J. LAMPKIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GENE NEAL LANCASTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MAE ANN CARRIGAN**
FOR THE ESTATE OF CHARLES WILLIAM
CARRIGAN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2657 of 2984

---

**WARREN DEWAYNE CARTER**
FOR THE ESTATE OF BARBARA SUE CARTER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87969**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDITH MARGERINE CARTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87970**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOE C. CARTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87971**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2658 of 2984

---

**OMA LEA CASEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**RANDELL SMITH CASEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87973**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**ALMA LEE CASH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                      2659 of 2984

---

**PETE T. CASSITY**                    **Clm No 87975**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                       | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201                  | --- | --- | --- |
                                       | UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**CARMEN M. CASTILLEJA**               **Clm No 87976**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                       | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201                  | --- | --- | --- |
                                       | UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**FANNIE R. CASTLEBERRY**              **Clm No 87977**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                       | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201                  | --- | --- | --- |
                                       | UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2660 of 2984

---

**SHEILA FULLER**
FOR THE ESTATE OF PHYLLIS A. CAULDWELL
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87978**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JUDITH W. CAVENDER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87979**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BARBARA PHILLIPS**
FOR THE ESTATE OF ALMA LOUISE CHAMBERS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87980**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2661 of 2984

---

**BETTY JO CHAMP**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**BETTY RUTH CHARLES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**GLORIA DEAN CHARLESTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2662 of 2984

---

**MAE LOU CHATMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**KATHLEEN MCDONALD**
FOR THE ESTATE OF WOODY BARDEN MCDONALD
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**OLLIE MCELRATH**
FOR THE ESTATE OF GEORGE O. MCELRATH
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2663 of 2984

---

**KIMBERLY MCFADDEN**
FOR THE ESTATE OF ANNIE MAE MCFADDEN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87987**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SHARON TURNER**
FOR THE ESTATE OF ADEAN MCFALL
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87988**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CARL ELMER MCGHEE, JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201
LITTLE ROCK, AR 72201

**Clm No 87989**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2664 of 2984

---

**CAROLYN SUE MCGHEE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201
LITTLE ROCK, AR 72201

**Clm No 87990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**FRANKLIN LEE FORTNEY, SR.**
FOR THE ESTATE OF JOAN LOUISE FORTNEY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SANDY FOSTER**
FOR THE ESTATE OF GLENDA ANN FOSTER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2665 of 2984

---

**MARILYN SUE FOUNTAIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BETTY JO FRALEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DARRYL A. HARRISON**
FOR THE ESTATE OF SALLY JEAN HARRISON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87995**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2666 of 2984

---

**BEVERLY L. HARSHAW**     **Clm No 87996**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed     24-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH ANTHONY HART**     **Clm No 87997**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed     24-Mar-2017
Bar Date
Claim Face Value

---

**OTIS HART**     **Clm No 87998**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed     24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2667 of 2984

---

**CHARLENE DICKEY**                          **Clm No 87999**    Filed In Cases: 140
FOR THE ESTATE OF BENNY CARLTON HARTWICK
C/O EDWARD O. MOODY, PA     | Class | Claim Detail Amount | Final Allowed Amount |
801 WEST 4TH ST.
LITTLE ROCK, AR 72201        UNS                Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DONALD HARVEY**                            **Clm No 88000**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.             | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201        UNS                Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DAISY MAE HATCHETT**                       **Clm No 88001**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.             | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201        UNS                Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2668 of 2984

---

**LOIS JEAN HATFIELD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88002**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARSHA PARHAM**
FOR THE ESTATE OF MARVIN DALE HATFIELD
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88003**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOE NATHAN MCCRAY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88004**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2669 of 2984

---

**JOHN HENRY MCCROTTY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ELESIE MCCULLOR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LAURA ELAINE MCDONALD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2670 of 2984

---

**RUTH GREEN SMAILL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ARITHIA SMITH FRANKLIN**
FOR THE ESTATE OF ALICE ANN SMITH
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA A. SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2671 of 2984

---

**BARBARA LEE SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BEVERLY KAY SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BOBBIE LEE SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2672 of 2984

---

**CARRYE C. SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88014**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DAISY MAE SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DIANNA SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88016**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2673 of 2984

---

**E.E. GENE SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FAYE LOIS SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHNNY BAILEY, JR.**
FOR THE ESTATE OF FREDDIE MAE SMITH
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2674 of 2984

---

**GERALD BELL SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA FAYE LAWS SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARIA MARTINEZ SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 2675 of 2984

---

**MARY LEE SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88023**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**NAPOLEON SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88024**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MALVIN KEITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88025**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2676 of 2984

---

**HERMUS JEAN KELLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88026**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CAROLYN LEE KELLY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88027**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LEOLA WRIGHT KELLY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88028**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2677 of 2984

---

**FLOYD TIM KEMP**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELOISE FRANKLIN KENDRICK**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JO ANN KENDRICK**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2678 of 2984

---

**JOSEPHINE KENNEDY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88032**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**ESSIE LEE KEYS (JOHNSON)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88033**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**ROMA A. KIDD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88034**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2679 of 2984

---

**LOIS S. KIMBLE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BERTHA MARIE WARD KINCHEN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LEVELL KINCHEN**
FOR THE ESTATE OF EDDIE KINCHEN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2680 of 2984

---

**EDSEL FORB KINDLE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BARBARA ANN KING**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CECILE KING**
FOR THE ESTATE OF JACKIE RAY KING
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                     2681 of 2984

---

**JAMES EDWARD KING**                    **Clm No 88041**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                   Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**LUVENIA MARIE HARRIS**                 **Clm No 88042**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                   Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**MARY LOUISE HARRIS**                   **Clm No 88043**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                   Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2682 of 2984

---

**PATRICIA ANN HARRIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88044**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD HARRISON**
FOR THE ESTATE OF DOROTHY B. HARRISON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88045**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LAURA MAE HARRISON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88046**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2683 of 2984

| **BETTY J. LANE** | **Clm No 88047** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **GLORIA M.LANE** | **Clm No 88048** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **ADALBERTO LARA** | **Clm No 88049** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                         **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2684 of 2984

---

**SYBIL NADINE LARKIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LUISA D. LATORRES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HARRY GENE LATTIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2685 of 2984

---

**KAREN JEAN LAWRENCE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88053**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOHN TERRYS LEATHERS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CLAUDIA MAE LEE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2686 of 2984

---

**DOROTHY M.LEE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88056**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GAIL E. LEE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88057**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**OTHA A. LEE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88058**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2687 of 2984

---

**KAREN H. JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88059**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**KATHERINE JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GARY JONES**
FOR THE ESTATE OF LAWRENCE W. JONES
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88061**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2688 of 2984

---

**MILDRED H. JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88062**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PATTI LAVERN JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88063**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ROSE BRISCOE JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88064**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2689 of 2984

---

**RUBY JEAN JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SHERRY G. JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88066**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**TAMARA KAY JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy     Visit us on the Web at www.omnimgt.com     PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100     E-mail: claimsmanager@omnimgt.com     FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/20/2018 3:42:12 PM

*Claims Details*                                                                2690 of 2984

---

**VIVIAN YVONEE JONES**                  **Clm No 88068**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class              Claim Detail Amount       Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                      Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**DARIN JONES**                          **Clm No 88069**    Filed In Cases: 140
FOR THE ESTATE OF WILLIAM HENRY JONES
C/O EDWARD O. MOODY, PA                   Class              Claim Detail Amount       Final Allowed Amount
801 WEST 4TH ST.
LITTLE ROCK, AR 72201                     UNS                      Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**BRENDA JEAN JORDAN**                   **Clm No 88070**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class              Claim Detail Amount       Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                      Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2691 of 2984

---

**DEBBIE ANN JORDAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**FRANKIE B. JORDAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**JOYCE C. JORDAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2692 of 2984

---

**BETTY J. JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88074**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BRENDA BYRDSONG**
FOR THE ESTATE OF MELBA R. JOHNSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88075**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MAYREAN STUART JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88076**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2693 of 2984

---

**BETTY LOUISE ROBINSON**          **Clm No 88077**     Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                   Class            Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                   UNS                    Unknown

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA MARIE ROBINSON**         **Clm No 88078**     Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                   Class            Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                   UNS                    Unknown

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**AUDREY LORIE ROBINSON**          **Clm No 88079**     Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                   Class            Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                   UNS                    Unknown

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2694 of 2984

---

| **ARNOLD LEE ROBINSON** | **Clm No 88080** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

| **HELEN JEAN NOBLE** | **Clm No 88081** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

| **BOBBIE M. NOBLE** | **Clm No 88082** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2695 of 2984

---

| WILLIAM OLDHAM | **Clm No 88083** | Filed In Cases: 140 | |
| C/O EDWARD O. MOODY, PA | | | |
| 801 WEST 4TH ST. | Class | Claim Detail Amount | Final Allowed Amount |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

| RHENA JULIA BLUNDELL | **Clm No 88084** | Filed In Cases: 140 | |
| C/O EDWARD O. MOODY, PA | | | |
| 801 WEST 4TH ST. | Class | Claim Detail Amount | Final Allowed Amount |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

| LINDELL BLOUNT | **Clm No 88085** | Filed In Cases: 140 | |
| C/O EDWARD O. MOODY, PA | | | |
| 801 WEST 4TH ST. | Class | Claim Detail Amount | Final Allowed Amount |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2696 of 2984

---

**SAMELLA BLOOD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PEARLIE MAE BLEVENS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LOYCE ANN HILLIARD BLAIR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2697 of 2984

---

**LEE ANDREW BLAIR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88089**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DEBORAH WILLOUGHBY**
FOR THE ESTATE OF JOHN W. BLAIR
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88090**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JAYNORA LEE BLACK**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88091**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2698 of 2984

---

**MARILYN UNDINE BLACKMON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**EARL WAYNE TABOR**
FOR THE ESTATE OF EULENE TABOR
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL J. BOUSQUET**
FOR THE ESTATE OF WILMA JEAN BOUSQUET
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                            2699 of 2984

---

**DEBORAH DYEANN BOULWARE**                    **Clm No 88095**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                               Class            Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                              UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**EVELYN SCOTT BOSTON**                        **Clm No 88096**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                               Class            Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                              UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LATONIA BOSLEY & SANDRA MCCLURE**            **Clm No 88097**    Filed In Cases: 140
FOR THE ESTATE OF CARRIE GEAN BOSLEY
C/O EDWARD O. MOODY, PA                         Class            Claim Detail Amount        Final Allowed Amount
801 WEST 4TH ST.
LITTLE ROCK, AR 72201                          UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2700 of 2984

---

**ANNABELL BORDERS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DORTHA MAE BOOKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GRACYE MARIE BONET**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88100**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2701 of 2984

---

**SAMUEL LEE BONE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LELA T. BOND**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88102**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VERA G. BOGGAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88103**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2702 of 2984

---

**DARREL SUMNER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88104**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROSIE BEE SUMMONS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88105**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ETHEL JEAN LOVE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88106**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2703 of 2984

---

**BOBBIE JEAN LOVE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88107**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANNIE RUTH LOVE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**KAREN BRADLEY**
FOR THE ESTATE OF ALICE MARIE BRADLEY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2704 of 2984

---

**ROYCE BOYKIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88110**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CHARLES HENRY BOYCE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88111**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**EVALOU BOWLES**
FOR THE ESTATE OF ROBERT B. BOWLES
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88112**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2705 of 2984

---

**KEVIN PAUNELL BOWENS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|----------|-------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PAMELA CAMPBELL-JOHNSON**
FOR THE ESTATE OF SYLVESTER JOHNSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|----------|-------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PEGGY L. JONES JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|----------|-------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2706 of 2984

---

**SHIRLEY R. JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MILDRED DEAN JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MAX ELWOOD SWAYZE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2707 of 2984

---

**COLUMBUS SUTTON JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ELNORA SUTTLE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOHN AUSTIN SUTHERLAND**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2708 of 2984

---

**MARIAN K. SURRETT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88122**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**FEAY T. SURRATT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**BETTY T. JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2709 of 2984

---

**BENJAMIN LOUIS JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA JEAN JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALFRED WAYNE JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2710 of 2984

---

**ALICE M. JOINTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JUDY ANN JOHNSTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**WALTER JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2711 of 2984

---

**VIRDELL JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88131**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**VERMERDELL JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88132**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**TONNIE LAVON JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88133**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2712 of 2984

---

**CONSTANCE LEE BELLRINGER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**MELBA REE BELLINGER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**WANDA FAYE BELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2713 of 2984

---

**SANDRA KAYE BELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88137**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MAMIE LEE BELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88138**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHNNY HOWARD ROBINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88139**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2714 of 2984

---

**JERRY ROBINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**JAMES E. ROBINSON**
FOR THE ESTATE OF HENRY LEE ROBINSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**DOROTHY JENENDEL ROBINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2715 of 2984

---

**CHARLES EDWARD ROBINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88143**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ODELL GRANT SR.**
FOR THE ESTATE OF MAE (MARY) KATHERINE
GRANT
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88144**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BERNITA ELAINE GRANT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88145**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2716 of 2984

---

**DWANNA VIONNE BLACK**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LARRY DON BERRY**
FOR THE ESTATE OF FLORENCIE NELL BERRY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LARRY BERRY**
FOR THE ESTATE OF ALVIE BERRY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2717 of 2984

---

**PATRICIA ANN BEREL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88149**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS EDWIN BERAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88150**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**EDDIE LEE BENTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88151**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2718 of 2984

---

**SHIRLEY MARIE H. BENAT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SANDRA HENRY BENAT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MATTIE LEE JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2719 of 2984

---

**GLORIA ISABEL FORMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BILLY WAYNE REDDING**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CATHERINE WINFREY REDDELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2720 of 2984

---

**KATHRYN R. ROBBINS**
FOR THE ESTATE OF VIRGINIA PAULINE RAY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88158**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARY LOU RAWLINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88159**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CORA MAE RATTLER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88160**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2721 of 2984

---

**GLORIA SHELBY RAPHIEL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88161**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**EVA NELL GRAVES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88162**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BERNICE GRAVES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2722 of 2984

---

**REGINALD PENNY**
FOR THE ESTATE OF DOROTHY JEAN JARRETT (MASON)
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BRENDA JOYCE WILSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88165**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LORINE WILLIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2723 of 2984

---

**MILDRED WILLIS**
FOR THE ESTATE OF JAMES LEWIS WILLIS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88167**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LOTT JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88168**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**GIDGET J. HUDSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88169**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2724 of 2984

---

**LINDA FAYE HUCKABY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD HUBBARD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**AUDREY D. HUGHES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2725 of 2984

---

**L.C. YOUNG**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JIMMY TODD JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ELLA J. TISDON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2726 of 2984

---

**DOROTHY JEAN WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88176**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DEXTER WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88177**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DEWELL ARDIS WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88178**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2727 of 2984

---

**BETTY C. WILLIAMS**          **Clm No 88179**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.          Class          Claim Detail Amount          Final Allowed Amount
LITTLE ROCK, AR 72201
                              UNS                      Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE ALFONSO HARMON**          **Clm No 88180**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.          Class          Claim Detail Amount          Final Allowed Amount
LITTLE ROCK, AR 72201
                              UNS                      Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ELMIRA VIRGINIA HARMON**          **Clm No 88181**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.          Class          Claim Detail Amount          Final Allowed Amount
LITTLE ROCK, AR 72201
                              UNS                      Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2728 of 2984

---

**LINNIE MAXINE HARGROVE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GRADY CURTIS HARDIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BEVERLY JEAN HARDIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2729 of 2984

---

**TARI LYNNE MCGINTY HANSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88185**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**RETHA H. HANSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88186**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**INEZ ROBBINS HANEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88187**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2730 of 2984

---

**CARLOS E. HAMRIC**
FOR THE ESTATE OF OLA MAE HAMRIC
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88188**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       24-Mar-2017
Bar Date
Claim Face Value

---

**KATHERINE HELEN WINDON HOLMES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88189**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       24-Mar-2017
Bar Date
Claim Face Value

---

**DELLA RENE WILLIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88190**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2731 of 2984

---

**ANNIE B. WILLIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88191**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**TROY WILLIETT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**DORIS WILLIAMS BRIGGS**
FOR THE ESTATE OF LAVATRICE ANITA WILLIAMS-LEWIS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2732 of 2984

---

**WILLIE CLAUDETTE HOWARD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88194**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BERNICE HOWARD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88195**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DELORIS M. HORTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88196**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2733 of 2984

---

**CECIL ELWOOD HORTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88197**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**NANCY HOPSON**
FOR THE ESTATE OF R.G. HOPSON JR.
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88198**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DELORIS W. HOOKS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88199**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2734 of 2984

---

**JAMES EDWARD HOOD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88200**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HARLEM A. HOOD**
FOR THE ESTATE OF BETTY ANN (STRAIN) HOOD
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88201**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**FLORA JO JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:42:12 PM

*Claims Details*

2735 of 2984

---

**EULA FAYE JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88203**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**EARNESTINE W. JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88204**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BRANDY JOHNSON**
FOR THE ESTATE OF DWAIN A. JOHNSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88205**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2736 of 2984

---

**DORISTINE JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BETTY JO JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BENNY RAY JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2737 of 2984

---

**ANNIE LEE JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88209**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ANNIE J. JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88210**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALICE M. JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88211**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2738 of 2984

---

**ALICE J. JOHNSON (BOONE)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL EDWARD JENKINS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88213**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DOROTHY JEAN JENKINS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88214**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2739 of 2984

---

**DORIS LEE SANSON JENKINS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CEDRIC JENKINS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAYSON FORD**
FOR THE ESTATE OF CARNELL P. JEFFERY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2740 of 2984

---

**LENARD REE JEFFERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88218**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CAROLYN A. JEFFERS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BETTY DEARING JAY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88220**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2741 of 2984

| | | |
|---|---|---|
| **PEGGY M. JARRETT** | **Clm No 88221** | Filed In Cases: 140 |
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

| | | |
|---|---|---|
| **GEORGE LEE JARRETT** | **Clm No 88222** | Filed In Cases: 140 |
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

| | | |
|---|---|---|
| **BETTY A. HUGHES** | **Clm No 88223** | Filed In Cases: 140 |
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2742 of 2984

---

**JO ANN WHITE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88224**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANDREW LEE TISDON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88225**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLOTTE TIPTON**
FOR THE ESTATE OF BOBBY D. TIPTON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88226**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2743 of 2984

---

**CHARLOTTE TINSLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88227**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**FREDDIE VINSON TIEUEL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88228**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LESLIE H. THURMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88229**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2744 of 2984

---

**TERRI WRIGHT**
FOR THE ESTATE OF MICHAEL WAYNE WRIGHT
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RUTHIE MAE DILLAHUNTY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SANDRA K. DICKERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2745 of 2984

---

**OLA MAE DICKERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JODIE R. DICKERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**SALLY LOUISE DEWEESE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2746 of 2984

---

**JEANIE H. DEWBERRY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PATSY RUTH DESSENT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**KAREN LIZABETH DELAROSBIL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2747 of 2984

---

**NANCY ANN DEDMON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARY ALLENE DEAVER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**THEODORE MICHAEL WHITE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2748 of 2984

---

**TRACY B. HAYNES**
FOR THE ESTATE OF SARAH ELIZEBETH WHITE
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**PEGGY JO WHITE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**DAVID G. WHITE**
FOR THE ESTATE OF MARY L. WHITE
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2749 of 2984

---

**LAVERNE HAMPTON**
FOR THE ESTATE OF MAE LOIS WHITE
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88245**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA MAE WHITE**
FOR THE ESTATE OF LINDA MAE WHITE
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88246**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**THENA ELIZABETH DEAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88247**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2750 of 2984

---

**SANDRA MONTGOMERY DAVIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88248**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD E. DAVIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88249**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JAMES THEO DAVIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88250**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/20/2018 3:42:12 PM

*Claims Details*                                                                                            2751 of 2984

---

**ALLENE DAVIS**                          **Clm No 88251**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                          Class                Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                          UNS                       Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**DEBORAH ELIZABETH DAUGHTERY**           **Clm No 88252**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                          Class                Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                          UNS                       Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**RASHONDA CRUTCHFIELD-FORTE**            **Clm No 88253**    Filed In Cases: 140
FOR THE ESTATE OF ELIZABETH YOUNG
C/O EDWARD O. MOODY, PA                    Class                Claim Detail Amount        Final Allowed Amount
801 WEST 4TH ST.
LITTLE ROCK, AR 72201                     UNS                       Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                 2752 of 2984

---

**CECIL ARTHUR BUTLER**                    **Clm No 88254**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                    | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201              | UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA TOKI**                    **Clm No 88255**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                    | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201              | UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**TONI DENEISE DOWNS**                    **Clm No 88256**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                    | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201              | UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2753 of 2984

---

**EDWARD LEON DOUGHERTY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88257**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GLADYS DOTSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88258**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LONNIE BROWN DORSEY JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88259**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2754 of 2984

---

**ERIE DIANE WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88260**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DUANE ALAN WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88261**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOHNNY HOMER DORSEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88262**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2755 of 2984

---

**HAZEL MARIE DORSEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88263**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**FLOYD DORSEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88264**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DOROTHY WHITE DORSEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88265**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2756 of 2984

---

**JAMES RAY DOGGETT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SANDRA JOYCE DODD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ROSE MARY DIXON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2757 of 2984

---

**BERTHA LEE DISHMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88269**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DONALD DILLARD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88270**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GLENDA DRAUGHN**
FOR THE ESTATE OF MERKLE W. DRAUGHN SR.
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88271**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2758 of 2984

---

**BOBBY CARL SCOTT JR.**
FOR THE ESTATE OF BOBBY CARL SCOTT SR.
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88272**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANNIE BELL WHALE**
FOR THE ESTATE OF SAMUEL LEE WHALE SR.
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88273**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANGIE MCKINNEY**
FOR THE ESTATE OF ANNIE C. MCLIN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88274**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2759 of 2984

---

**VIVIAN RUTH WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SALLY MARTIN WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ROGER DALE WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2760 of 2984

---

**REYNELL WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**O'KELLY FAYE WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MINNIE MAE WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2761 of 2984

---

**LULA MAE WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88281**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA FAYE WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88282**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH ERVIN WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88283**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2762 of 2984

---

**KAREN LUCILLE WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOYCE MARIE WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JEANNE DE SHANNON WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2763 of 2984

---

| **HOSEA LEE WILLIAMS** | **Clm No 88287** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **HELEN MARIE WILLIAMS** | **Clm No 88288** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **GLADYS MARIE WILLIAMS** | **Clm No 88289** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2764 of 2984

---

**FELIX WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88290**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EVELYN WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88291**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BETTY SUE NEAL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88292**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2765 of 2984

---

**RAYMOND L. NATION**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BERTHA MAE NATHANIEL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**EFFIE BELL NASH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                              2766 of 2984

---

**DIANNA KAYE NASH**                      **Clm No 88296**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                          Class            Claim Detail Amount       Final Allowed Amount
LITTLE ROCK, AR 72201
                                          UNS                    Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**LOUELLA FORD TAMMEN**                   **Clm No 88297**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                          Class            Claim Detail Amount       Final Allowed Amount
LITTLE ROCK, AR 72201
                                          UNS                    Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**ALLEN RODNEY TALLEY**                   **Clm No 88298**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                          Class            Claim Detail Amount       Final Allowed Amount
LITTLE ROCK, AR 72201
                                          UNS                    Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2767 of 2984

---

**EULA ROLAND JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**DOROTHY NELL JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**MELISSA CARTER**
FOR THE ESTATE OF DOROTHY ANN JONES
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2768 of 2984

---

**IN-YOL CAIN (MOORE)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS ALAN CAGLE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**OPAL C. BUTLER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2769 of 2984

---

**OTIS LEE BUSH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88305**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HAZEL JEANETTE BURNS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88306**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ANGELA BURNAM**
FOR THE ESTATE OF JOHN BURNAM
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88307**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2770 of 2984

---

**GLENDA FAY BURDETT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88308**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**FANNIE MAE BULL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88309**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JAMES EDWARD BUFFINGTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88310**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2771 of 2984

---

**JOHN LEE NEAL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88311**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**REBECCA MAULDIN**
FOR THE ESTATE OF ULAH MARIE MCCLURE
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88312**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DOROTHY JEAN MCCLURE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88313**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2772 of 2984

---

**FABIAN D. WALKER**
FOR THE ESTATE OF CHRISTINE MCCLINA
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES EDWARD MCCLENDON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARILYN  SLAY MCCAULEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2773 of 2984

---

**BETTY MATTHEWS**
FOR THE ESTATE OF WALTER CANADA
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CLARICE DELORES CAMPBELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CATHERINE I. CAMPBELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### *Claims Details*

2774 of 2984

---

| CATHERINE T. CALLOWAY | **Clm No 88320** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

| CHARLIE CALDWELL | **Clm No 88321** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

| PHYLLIS ANN WILDER | **Clm No 88322** | Filed In Cases: 140 | |
|---|---|---|---|
| FOR THE ESTATE OF JACK DALTON WILDER | Class | Claim Detail Amount | Final Allowed Amount |
| C/O EDWARD O. MOODY, PA | | | |
| 801 WEST 4TH ST. | UNS | Unknown | |
| LITTLE ROCK, AR 72201 | | | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2775 of 2984

---

**JUANITA WILBURN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88323**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**SARAH BELLE WILBOURN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88324**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LULA MAE WILBERT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88325**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2776 of 2984

---

**BILLY EUGENE WIGGINTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88326**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALICE MARIE WIDEMON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DAVID DANIEL WHITT**
FOR THE ESTATE OF LYDIA A. WHITT
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2777 of 2984

---

**MARTINA WHITLOCK & JACQUELINE WHITLOCK**
FOR THE ESTATE OF FANNIE E. WHITLOCK
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88329**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ARTILDA JAMES WHITEMON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88330**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GLADYS KINSEY JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88331**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**   E-mail: claimsmanager@omnimgt.com   FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2778 of 2984

---

**GEORGIA WHATLEY**
FOR THE ESTATE OF GEORGE WHATLEY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES LEWIS YANCY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOHNNIE MAE JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                              3/20/2018 3:42:12 PM

*Claims Details*                                                                                          2779 of 2984

---

**HANK MASHBURN**                          **Clm No 88335**    Filed In Cases: 140
FOR THE ESTATE OF HOMER LEON MASHBURN
C/O EDWARD O. MOODY, PA              Class              Claim Detail Amount        Final Allowed Amount
801 WEST 4TH ST.                          UNS                    Unknown
LITTLE ROCK, AR 72201

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**JOYCE ANN WILSON**                        **Clm No 88336**    Filed In Cases: 140
FOR THE ESTATE OF TAROYAL SIMS
C/O EDWARD O. MOODY, PA              Class              Claim Detail Amount        Final Allowed Amount
801 WEST 4TH ST.                          UNS                    Unknown
LITTLE ROCK, AR 72201

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**C.B. BLOCK**                               **Clm No 88337**    Filed In Cases: 140
FOR THE ESTATE OF MARY LEE THOMPSON
C/O EDWARD O. MOODY, PA              Class              Claim Detail Amount        Final Allowed Amount
801 WEST 4TH ST.                          UNS                    Unknown
LITTLE ROCK, AR 72201

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                                      2780 of 2984

---

**MARGARET LEE THOMPSON**                    **Clm No 88338**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                             Class              Claim Detail Amount    Final Allowed Amount
LITTLE ROCK, AR 72201
                                             UNS                   Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**MARGARET ANN THOMPSON**                    **Clm No 88339**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                             Class              Claim Detail Amount    Final Allowed Amount
LITTLE ROCK, AR 72201
                                             UNS                   Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**ARULA WILLIAMS**                           **Clm No 88340**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                             Class              Claim Detail Amount    Final Allowed Amount
LITTLE ROCK, AR 72201
                                             UNS                   Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                              2781 of 2984

---

| **SAM DAVID WILEY** | | **Clm No 88341** | Filed In Cases: 140 |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | | | |
| 801 WEST 4TH ST. | | Class | Claim Detail Amount | Final Allowed Amount |
| LITTLE ROCK, AR 72201 | | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **PATRISHA K. TAYLOR** | | **Clm No 88342** | Filed In Cases: 140 |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | | | |
| 801 WEST 4TH ST. | | Class | Claim Detail Amount | Final Allowed Amount |
| LITTLE ROCK, AR 72201 | | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **LANICE TAYLOR** | | **Clm No 88343** | Filed In Cases: 140 |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | | | |
| 801 WEST 4TH ST. | | Class | Claim Detail Amount | Final Allowed Amount |
| LITTLE ROCK, AR 72201 | | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2782 of 2984

---

**JUANITA ANDERSON TAYLOR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88344**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**FREDA GERALDINE TAYLOR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88345**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**ETHELRINE E. TAYLOR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88346**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2783 of 2984

---

**ELMER LEE TAYLOR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**BARBARA MCNEESE**
FOR THE ESTATE OF DORIS L. TAYLOR
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**ETHEL B. ROBERSTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2784 of 2984

---

**ROSIE B. WHITAKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ISAAC L. WHIMPER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ARLONZO EUGENE CHILDRESS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88352**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2785 of 2984

---

**CHARLENE CHEATHAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88353**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE FAYE MITCHELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88354**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**THEODORE MITCHELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88355**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2786 of 2984

---

**KELLY LYNN EWING**
FOR THE ESTATE OF SUMMER LYNN MITCHELL
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GERALDINE H. MITCHELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88357**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VALERIE JONES**
FOR THE ESTATE OF JAMES F. JONES
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2787 of 2984

---

**KATIE M. BELLE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88359**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**THELMA L. JONES**
FOR THE ESTATE OF JAMES JONES
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88360**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOHNNIE JOYCE JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88361**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2788 of 2984

---

**HORACE JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88362**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES HAGAN WHITE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88363**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARY E. CLINKSCALE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88364**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2789 of 2984

---

**LARRY CLEMMONS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JEANETTE CLEMENTS**
FOR THE ESTATE OF WILLIAM EUGENE
CLEMENTS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DONNA SUE CLAY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2790 of 2984

---

**WALTER LEE CHUKES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GLORIA JEAN BROOKS CHUKES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE CHRISTOPHER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2791 of 2984

---

**GLORIA JEAN CHISM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88371**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DORIS J. CHILDRESS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88372**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MALACHI CARLTON WHITLOW**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88373**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2792 of 2984

---

**WILMA WHITE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ICEMAREE ROS EZINE BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HELEN LOUISE BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2793 of 2984

---

**DORIS JANETTE BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88377**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CINDY OWEN**
FOR THE ESTATE OF DORIS A. BROWN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88378**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CLAYTON TODD BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88379**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2794 of 2984

---

**CHARLIE MAE BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CARTHEL WILLIAM BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**CARL EDWIN BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2795 of 2984

---

**JOSEPH BROWNLEE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**REGENIA H. BROWNING**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VICKIE JO BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2796 of 2984

---

**SYLVIA H. BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**TAMMY SIMS**
FOR THE ESTATE OF SPENCER BROWN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88387**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALFREDA BROWN**
FOR THE ESTATE OF PRISCILLA J. BROWN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2797 of 2984

---

**NEASHALL BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARY BOOTH BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JERRY EDWARD BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2798 of 2984

---

**KEITH BARNES**
FOR THE ESTATE OF IRMA JEAN BROWN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CAROLYN GILMORE SAULSBERRY**
FOR THE ESTATE OF GARRY GILMORE
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MAGNOLIA S. GILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2799 of 2984

---

**PATRICIA H. GILL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**WILLENE T. GILBERT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**ANNIE M. GIDDENS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2800 of 2984

---

**RUBY L. GIBSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ADRIAN K. GIBBS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLEASTER BRYANT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2801 of 2984

---

**ALICE W. BRYANT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PAMELA ANN BRUMMETT (HERRINGTON)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOYCE LOUISE LEHMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88403**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2802 of 2984

| **MARY L. LEGGS** | **Clm No 88404** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed          24-Mar-2017

Bar Date

Claim Face Value

| **LINDA BRANCH** | **Clm No 88405** | Filed In Cases: 140 | |
|---|---|---|---|
| FOR THE ESTATE OF T. ROYAL LEE | Class | Claim Detail Amount | Final Allowed Amount |
| C/O EDWARD O. MOODY, PA | | | |
| 801 WEST 4TH ST. | UNS | Unknown | |
| LITTLE ROCK, AR 72201 | | | |

Date Filed          24-Mar-2017

Bar Date

Claim Face Value

| **JOSEPHINE ROBINSON** | **Clm No 88406** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed          24-Mar-2017

Bar Date

Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

### Claims Details

2803 of 2984

---

**MARVA LOU ROBINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CHERYL ANN LEWTER (COOK)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SHARON ANTOINETTE LEWIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2804 of 2984

---

**LARRY LEWIS**
FOR THE ESTATE OF PATRICIA ANN LEWIS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN SINATRA LEWIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HELEN LEWIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88412**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2805 of 2984

---

**GEORGE EDWARD LEWIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ERMA JEAN LEWIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD LAVERNE LEWIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                          2806 of 2984

---

**EDNA EARL LEWIS**                 **Clm No 88416**     Filed In Cases: 140

C/O EDWARD O. MOODY, PA          Class              Claim Detail Amount        Final Allowed Amount

801 WEST 4TH ST.

LITTLE ROCK, AR 72201            UNS                      Unknown

Date Filed            24-Mar-2017

Bar Date

Claim Face Value

---

**CHARLIE MAE LEWIS**               **Clm No 88417**     Filed In Cases: 140

C/O EDWARD O. MOODY, PA          Class              Claim Detail Amount        Final Allowed Amount

801 WEST 4TH ST.

LITTLE ROCK, AR 72201            UNS                      Unknown

Date Filed            24-Mar-2017

Bar Date

Claim Face Value

---

**MISTY LEWIS**                     **Clm No 88418**     Filed In Cases: 140

FOR THE ESTATE OF CATHERINE V. LEWIS     Class          Claim Detail Amount        Final Allowed Amount

C/O EDWARD O. MOODY, PA

801 WEST 4TH ST.                UNS                      Unknown

LITTLE ROCK, AR 72201

Date Filed            24-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2807 of 2984

---

**BEVERLY ANN LEWIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88419**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GREGORY LEWIS**
FOR THE ESTATE OF BARBARA J. LEWIS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88420**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GLORIA D. LEVTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88421**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy    Visit us on the Web at www.omnimgt.com    PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100    E-mail: claimsmanager@omnimgt.com    FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2808 of 2984

---

**JESSIE BELL LESLIE (COOPER)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**LELA MAE BELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**TILLIE L. LOCKETT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2809 of 2984

---

**PEGGY ANN LOCKETT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88425**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**HENRY LEE LLOYD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88426**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**REVA DIANE LITTRILL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88427**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2810 of 2984

---

**DOROTHY JANE LIPSCOMB**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88428**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MONTA DENE LINZ**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88429**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GLENDORA BEATRICE LINEAR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88430**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2811 of 2984

---

**JAMES THERON LILLY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARNOLD LEE LILLEY SR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LINDA CANTRELL BAKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88433**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2812 of 2984

---

**LILLIAN BAKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CYNTHIA ANN BAKER**
FOR THE ESTATE OF HAROLD EVERETT BAKER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88435**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CAROLYN FAYE BAKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2813 of 2984

| **MARTHA LOUISE BAILEY** | **Clm No 88437** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed 24-Mar-2017
Bar Date
Claim Face Value

| **JAMES DOUGLAS BAILEY** | **Clm No 88438** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed 24-Mar-2017
Bar Date
Claim Face Value

| **THOMAS EUGENE BAIER** | **Clm No 88439** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed 24-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                                             2814 of 2984

---

**ELLA F. AUSTIN**                          **Clm No 88440**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                            Class           Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                            UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GLORIA W. ATKINSON**                      **Clm No 88441**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                            Class           Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                            UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA MARIE NOWDEN**                      **Clm No 88442**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                            Class           Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                            UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2815 of 2984

---

**WINCIE K. RIDLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88443**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PAUL SAMUEL RIDLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88444**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BRENDA JOYCE RIDDLE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88445**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2816 of 2984

---

**FLORIDA MAE STERLING RICKS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88446**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**TIMOTHY LEE RICHIE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88447**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SHIRLEY FAYE RICHARDSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88448**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2817 of 2984

---

**MYRTLE JEAN RICHARDSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**SHARON NAOMI RICE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LENA R. RICE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2818 of 2984

---

**DORIS FERGUSON**
FOR THE ESTATE OF DOROTHY EVELYN BALLARD
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88452**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BENTLEY F. ROBERTSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88453**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BESSIE HELMS ROBERTSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88454**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2819 of 2984

---

**ETTA IRENE POSKEY ROBERTS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88455**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BERTHA LEE ROBERTS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88456**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JACKIE WAYNE ROBERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88457**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2820 of 2984

---

**JUDITH ELIZABETH ROARK**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ROSETTA RIVERS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JUAN C. RIVERA**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2821 of 2984

---

**REMONA L. WATSON**
FOR THE ESTATE OF JUANITA C. RIMMER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88461**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ATLEAN RILEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88462**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NANCY C. BARTLETT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88463**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2822 of 2984

---

**WILLIE BARRETT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**RUBY JEWEL BARNWELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**NAOMI J. BARNES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2823 of 2984

---

**LAVERNE BARKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**PEGGY SUE BARDLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**SANDRA ANN BANKS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88469**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2824 of 2984

---

**GLADIES CEOLA BANKS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BRENDA LEE BANKS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLOTTE BANKS**
FOR THE ESTATE OF BILLY JOE BANKS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2825 of 2984

---

**CHERYL KAY REEVES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CAROLYN GENEVA REESE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PATRICIA ANN REED**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/20/2018 3:42:12 PM

*Claims Details*                                                                            2826 of 2984

---

**CHARLES MIKE REED**                    **Clm No 88476**      Filed In Cases: 140
FOR THE ESTATE OF DIANA FAY REED
C/O EDWARD O. MOODY, PA                   Class            Claim Detail Amount      Final Allowed Amount
801 WEST 4TH ST.
LITTLE ROCK, AR 72201                     UNS                    Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**BONNIE M. REED**                       **Clm No 88477**      Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                          Class            Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                          UNS                    Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**WALTER REED**                          **Clm No 88478**      Filed In Cases: 140
FOR THE ESTATE OF ADELL REED
C/O EDWARD O. MOODY, PA                   Class            Claim Detail Amount      Final Allowed Amount
801 WEST 4TH ST.
LITTLE ROCK, AR 72201                     UNS                    Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2827 of 2984

---

**CARRIE L. REDDING**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SUMRIENG A. BAUER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**RUBY LEAN BATTS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2828 of 2984

---

**DORA PAULINE BASCUE**
FOR THE ESTATE OF BOBBY JOE HARRISON BASCUE
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**HELEN LEIGH RICE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**MAJOR F. RHODES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2829 of 2984

---

**CLARENCE CARROLL RHOADES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DAVID RAY BROCKMAN**
FOR THE ESTATE OF ROBERT ELMO RHEA
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOANN REYNOLDS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2830 of 2984

---

**LINNEA REVIS**
FOR THE ESTATE OF JOHN H. REVIS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LINDA SUE RENFROW**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MILDRED E. RENDA**
FOR THE ESTATE OF BOBBIE P. RENDA
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2831 of 2984

---

**EVA DAWN LANDRY**
FOR THE ESTATE OF NORMA OVERFELT REID
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88491**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HELEN JUDY REGO**
FOR THE ESTATE OF ROBERT REGO
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88492**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA L. BROADWAY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88493**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2832 of 2984

---

**BRENDA BRANTLEY**
FOR THE ESTATE OF DELMA PAUL BRIGGS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88494**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**CALLIE M. BRIGGS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88495**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**HAROLD JONES ZUMWALT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88496**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2833 of 2984

---

**PATSY MORRIS**
FOR THE ESTATE OF FRED MORRIS JR.
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CLAUDE LEE MIZE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PEARL W. WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2834 of 2984

---

**CAROL B. ADAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**TIBURCIA GARZA**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA MILLER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2835 of 2984

---

**NANCY JANE GLASPER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88503**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GERTRUDE M. GLADNEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88504**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LEROY GIPSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2836 of 2984

---

**ALMA T. GIPSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALZIE BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALICE JEWEL STARKS BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2837 of 2984

---

**ZEFFERINE BROOMSEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**TERRY RAY BROOKS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PHYLLIS ANN BROOKS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88511**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 3:42:12 PM

*Claims Details*                                                   2838 of 2984

---

**EBONY MONIQUE BROOKS**
FOR THE ESTATE OF CHARLES EDWARD BROOKS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88512**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MINNIE LEA GRAHAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88513**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**INEZ GRAHAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88514**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2839 of 2984

---

**ELLA M. GRAHAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**JANET MERE GORE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**CHEROYL D. GORDON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2840 of 2984

---

**LINDA BALLENTINE**
FOR THE ESTATE OF MAXINE CORA GOODNIGHT
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**TERESITA G. GONZALES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88519**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ROY DEAN GLOVER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88520**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2841 of 2984

---

**MAYNORA LOUISE GLENN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88521**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value

---

**EDNA D. GLENN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88522**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value

---

**IRENE JOYCE BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88523**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2842 of 2984

---

**IMA JEAN BROWN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOHN AARON JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**KEITH JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2843 of 2984

---

**LEALER JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88527**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**LORETTA DENNIS JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88528**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**PATRICIA FAYE JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88529**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2844 of 2984

---

**WILLIE MAE JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT JAMES JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BENJAMIN JAMES JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2845 of 2984

---

**BETTYE JEAN JAMES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES CURTIS JAMES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SAMUEL LEE JAMES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:42:12 PM

*Claims Details*                                                                2846 of 2984

---

**LINDA FAYE HARPER**                    **Clm No 88536**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                  Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VERINE HARPER**                        **Clm No 88537**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                  Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DAVID B. HARRINGTON**                  **Clm No 88538**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                  Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2847 of 2984

---

**JAMES WILLIAM HARRINGTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88539**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JESSIE B. HARRIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LENORA HARRIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2848 of 2984

---

**LEONARD FRANKLIN HARRIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SARAH JEAN HARRIS (PARIS)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROXANNE H. CATLETT**
FOR THE ESTATE OF BOBBY D. HUGHES
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2849 of 2984

---

**JUDY ANN HUGHES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARVIN LOUIS HUGHES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PEARL TURNER HUGHES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2850 of 2984

---

**WYVONNIA JORDAN HUGHES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JERRY DONNIE HUGHEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LARRY DOUGLAS HUMPHREY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2851 of 2984

---

**EDDIE MAE HUNLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88551**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JERRY RAY HUNT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88552**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PAMELA WEBB HUNT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88553**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2852 of 2984

---

**BEVERLY VIRGINIA HUNTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**TODD A. ROSEBERRY**
FOR THE ESTATE OF LINDA LU ROSEBERRY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**CHESTER RONALD BEENE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2853 of 2984

---

**SHERRIE TUCKER**
FOR THE ESTATE OF REBA D. BECK
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**FLOYD HOSEA BEAVERS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PAMELA FAULK**
FOR THE ESTATE OF DORIS L. BEATY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2854 of 2984

---

**SANDRA P. JONES**
FOR THE ESTATE OF ANDREW E. BEARDEN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SANDRA J. DRAYER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JESSE DOYNE JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2855 of 2984

---

**ROY M. VAUGHN JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88563**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**FREDERICK DONLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88564**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**IMOGENE TAYS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88565**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2856 of 2984

---

**ROBERTO FORMOSO**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PEGGY NIGH FORMOSO**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JAMES THOMAS DOERING**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2857 of 2984

---

**VICKY OWENS ZUMWALT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**GARFIELD BRIDGES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**JACK L. BRICKELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88571**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2858 of 2984

---

**PATTY ROSE BRAXTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DOROTHY J. BRANCH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88573**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**RICKEY C. BRAGG**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88574**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2859 of 2984

---

**RODNEY DWAYNE BRADY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FLORA ELLEN BRADSHAW**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIE CHARLES BRADLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2860 of 2984

---

**JANICE M. GREEN**
FOR THE ESTATE OF BILLY JOE BRADLEY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BETTY JEAN BRADLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARLA BARBER**
FOR THE ESTATE OF CAROL DEAN RUSSELL
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2861 of 2984

---

**JESSIE J. RUNELS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88581**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**BERTHA LEE RUDLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**SHIRLEY H. ROSS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2862 of 2984

---

**GLENDA FAYE ROSEBURROW**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CARL CECIL BEAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA FAYE BEALER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2863 of 2984

---

**BETTY J. BEALER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88587**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VIOLA BAUGH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88588**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LENORA JOHNSON**
FOR THE ESTATE OF LARRY J. JOHNSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88589**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2864 of 2984

---

**JOHNNIE LEE JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**JEANETTE JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE EARL JOHNSON SR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2865 of 2984

---

**TIMOTHY JOHNSON**
FOR THE ESTATE OF GAYLAN ANN JOHNSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**EDWARD ALLEN VINYARD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANNA J. VICTORY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2866 of 2984

---

**LEROY VICKNAIR**
FOR THE ESTATE OF SANDRA CHARLENE VICKNAIR
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELIZABETH VERSER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DORIS JOHNSON**
FOR THE ESTATE OF RUTH MARIE VERNON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2867 of 2984

---

**A.B. VAUT JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88599**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**COURTNEY L. WASHINGTON**
FOR THE ESTATE OF MARTHA JEAN WASHINGTON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88600**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**FRANKIE MAE WASHINGTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88601**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2868 of 2984

---

**BOBBIE TATE WASHINGTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88602**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA GAIL WARREN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88603**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JUANITA WARREN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88604**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2869 of 2984

---

**JEFFREY DWAYNE WARREN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88605**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JACQUELYN DENISE SHELTON**
FOR THE ESTATE OF ALICE FAYE WARREN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88606**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM ERNEST WARD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88607**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2870 of 2984

---

**JANEST M. WELLS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**KAREN L. WELCH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**IRENE T. WEBSTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2871 of 2984

---

**E.C. WEBB**
FOR THE ESTATE OF HELEN E. WEBB
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JACKIE D. DUNN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARY RUTH RICHARDSON DRISKILL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2872 of 2984

---

**MARGIE LEE DREW**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH LAWRENCE WARD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELIJAH JAMES WARD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2873 of 2984

---

**WILLIE MAE WALPOOL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**TERESA JOY WALLACE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**SAME ALICE WALLACE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2874 of 2984

---

**LEONA WALLACE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**EARMA P. WALLACE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SYLVIA LAVON WALKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2875 of 2984

---

**SHIRLEY FRITZ WALKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88623**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**LINDA JOYCE BARBEE WALKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88624**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**MILDRED WALKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88625**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2876 of 2984

---

**JEAN A. WALKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GENEVA RUTH WALKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ESTER LEE WALKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2877 of 2984

---

**DOROTHY ANN WALKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**CATHERINE WALKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**CAROLYN LOUISE WALKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2878 of 2984

---

**CAROL S. WALKER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88632**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**RUTHIE LEE WAGSTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88633**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SHIRLEY BEATRICE WADE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88634**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2879 of 2984

---

**KESTRA SUE WAGNER (DAUGHERTY)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88635**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**KRISTI ERIN NULTY**
FOR THE ESTATE OF PATRICIA ANN VINYARD
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88636**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**NICK ROACH**
FOR THE ESTATE OF NANCY D. HUDSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88637**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2880 of 2984

---

**PERCY LEE WEST**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HELEN CRISWELL WEST**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BRENDA WESSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2881 of 2984

---

**STEVEN BROWN**
FOR THE ESTATE OF BERNICE BROWN WESSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**BRODERICK MARTIN**
FOR THE ESTATE OF ERMALENE WESLEY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**DOROTHY J. WESLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2882 of 2984

---

**LUCILLE WEBB**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ESTORIA WAYNE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MINNIE LOUISE WATTS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88646**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2883 of 2984

---

**JAMES L. WATTS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BLAKE R. WATTS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SHERRY K. WATSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88649**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2884 of 2984

---

**SARAH INEZ WATSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88650**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**NORMA JEAN WATSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88651**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**SHERMAN EARNEST**
FOR THE ESTATE OF GLORIA DEAN EARNEST
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88652**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2885 of 2984

---

**DEBORA L. DOUGLASS**
FOR THE ESTATE OF JERRY V. DOUGLASS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88653**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ROBERT E. GREEN**
FOR THE ESTATE OF DOROTHY LEE GREEN DOUGLAS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88654**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CHRISTOPHER DENNY**
FOR THE ESTATE OF DAVID WAYNE DENNY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88655**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2886 of 2984

---

**CASANDRA L. SIMS**
FOR THE ESTATE OF BARBARA JEAN DODSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DEBORAH G. ROBERSON**
FOR THE ESTATE OF WANDA LEE DEAN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM DELUCA**
FOR THE ESTATE OF AGNES RUTH DELUCA
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2887 of 2984

---

**JOYCE DOBBINS**
FOR THE ESTATE OF RAYMOND LONNIE DOBBINS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DEBORA DOUGLASS**
FOR THE ESTATE OF BARBARA C. DOUGLASS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JIMMY WAYNE BIRDSONG**
FOR THE ESTATE OF NOVALEE EASTTUM
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2888 of 2984

---

**MCSERY ROBINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value

---

**LAQUINTALYN SHAMON POLK**
FOR THE ESTATE OF JIMMY RILEY STRADFORD JR.
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value

---

**CARL EDWARD KIRKLAND**
FOR THE ESTATE OF O.D. KIRKLIN SR.
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2889 of 2984

---

**MONICA PICKARD**
FOR THE ESTATE OF WILLIAM PATRICK PICKARD III
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88665**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**REJENIA CALLICUTT**
FOR THE ESTATE OF JIMMY KING JR.
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88666**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CAROLYN P. EASTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88667**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2890 of 2984

---

**MARY LOU EASON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88668**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOHN WALTER DYER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88669**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM WAYNE DWYER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88670**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2891 of 2984

---

**TERRY LEE DWYER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARIA E. DURAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88672**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MARY HELEN DUNN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:42:12 PM

*Claims Details*                                                                              2892 of 2984

---

**LOVETTA JEAN FORT**          **Clm No 88674**     Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.               Class          Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                               UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARY A. NELSON**             **Clm No 88675**     Filed In Cases: 140
FOR THE ESTATE OF MAXWELL HENRY NELSON
C/O EDWARD O. MOODY, PA        Class          Claim Detail Amount        Final Allowed Amount
801 WEST 4TH ST.
LITTLE ROCK, AR 72201          UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MAE D. NELSON**              **Clm No 88676**     Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.               Class          Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                               UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2893 of 2984

---

**TINNIE NELSON**
FOR THE ESTATE OF JOHN HENRY NELSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88677**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GLORIA JEAN NELSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88678**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DENNIS WAYNE NELSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88679**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2894 of 2984

---

**LOUISE TAYLOR FORD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DOROTHY L. FORD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VIVIAN M. FLOYD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2895 of 2984

---

**EVERETT LAYTON FLOWERS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88683**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SANJUANA R. FLORES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88684**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DEXTER BERNARD PORCHIA**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88685**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2896 of 2984

---

**NATHANIEL POLITE JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**LORETHA R. POINTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88687**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**FREDDIE LEE PLATT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2897 of 2984

---

**JO ANN STEWART PITTS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JANICE MARIE PITTS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88690**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CAROLYN JOAN PITTS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2898 of 2984

---

**BARBARA ANN NICHOLS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88692**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOAN PATRICIA NEWMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88693**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ROLLIE L. NELSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88694**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2899 of 2984

---

**LINDA SLAUGHTER**
FOR THE ESTATE OF VERA RUSSELL PRICKETT
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CAROL JEAN MITCHELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MILDRED MILLERDEN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     Visit us on the Web at www.omnimgt.com     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**     E-mail: claimsmanager@omnimgt.com     FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2900 of 2984

---

**WILMA JEAN MILLER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SHIRLEY F. MILLER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARCUS CURTIS PRINCE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2901 of 2984

---

**ANDREW LEE PREE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SANDRA MARIE PRATT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**RAYANN POWELL (WILKINSON)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88703**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2902 of 2984

**BILLY J. POTTS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALVIN EARL GRAY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GLORIA FORD GRAY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2903 of 2984

---

**IRA W. THOMPSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88707**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JERRY LEE THOMPSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88708**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**WILMA FAYE THOMAS (CLARK)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88709**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2904 of 2984

---

**PATSY TUCKER THOMAS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HELEN SCOTT MCCRAY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DIANA O. JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/20/2018 3:42:12 PM

*Claims Details* 2905 of 2984

---

**DEBORAH LAURICE JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88713**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES WESLEY JONES JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88714**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA ANN EMMONS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88715**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2906 of 2984

---

**JULIA CECIL ELLIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88716**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NATHALIA VIOLEEN EDWARDS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88717**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MILDRED JEAN EDWARDS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88718**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2907 of 2984

---

**JERRY W. EDWARDS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**JEANNIE S. EDWARDS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**ELIZABETH L. EDWARDS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2908 of 2984

---

**GWEN FREEMAN**
FOR THE ESTATE OF CLARA LOUISE EDDY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed     24-Mar-2017
Bar Date
Claim Face Value

---

**MELVIN LYNN GRAY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed     24-Mar-2017
Bar Date
Claim Face Value

---

**JESSIE GRAY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed     24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2909 of 2984

---

**SUNDRA H. ESTERS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88725**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ANNIE R. ESTER (COCHRAN)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88726**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOHN ESKRIDGE**
FOR THE ESTATE OF EULA LEE ESKRIDGE
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88727**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2910 of 2984

---

**RALEIGH BROWN**
FOR THE ESTATE OF LINDA DIANE ESKEW
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GILBRETO ROLANDO ESCAMILLA**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MARY ALICE ESAU**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2911 of 2984

---

**HATTIE MARIE YORK ERVIN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**NETTIE ELLA EPPS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LEWIS RITCHEY**
FOR THE ESTATE OF LEARTIS ENOCH
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2912 of 2984

---

**SHERRY ANN EPPERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL JAMES HOLLAND**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value

---

**MARIANA FAYE HOLLAND**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2913 of 2984

---

**JOANN HOLLAND**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88737**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**THERESA V. HOLLOWAY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88738**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DAVID STEWART**
FOR THE ESTATE OF EDWARD STEWART
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88739**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2914 of 2984

---

**DONALD WAYNE STEWART**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88740**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**KENNY STEVENS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88741**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARY LEE STEPPS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88742**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2915 of 2984

---

**SHIRLEY R. STEPHENS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88743**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GLORIA ANN STENHOUSE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88744**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BEVE TAYS JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88745**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2916 of 2984

---

**DEANNE TAYLOR**
FOR THE ESTATE OF WILLIAM REX TAYLOR
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TOMMIE LEE WARE TAYLOR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**STANLEY TAYLOR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2917 of 2984

---

**HELEN V. HOLMES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88749**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**EVELYN HOLMES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88750**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BERTHA L. HOLMES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88751**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2918 of 2984

---

**EVA JEAN HOLLINS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JEANNIE ATKINS HOLLINGSWORTH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANITA G. COPELAND**
FOR THE ESTATE OF NATHAN OTTO HOLLAND
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2919 of 2984

---

**OPAL JEAN THOMAS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88755**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MILLICENT J. THOMAS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88756**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARY JEAN THOMAS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88757**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## Claims Details

2920 of 2984

---

**BOOKER T. THOMAS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88758**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**J.W. THOMAS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88759**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BEATRICE SEAY THOMAS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88760**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2921 of 2984

---

**BARBARA ANN THOMAS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88761**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LEONA TERRELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88762**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**RUBY IRENE TEER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88763**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2922 of 2984

---

**EDDY TEER**
FOR THE ESTATE OF BROSE DEE TEER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RUBY EMMALINE HENSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MELVIN MILLER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2923 of 2984

---

**MARILYN MORRIS BOSTON MILLER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**BRIAN STOCKER**
FOR THE ESTATE OF JUANITA STOCKER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**QUEEN ESTER STEWART**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2924 of 2984

---

**JOSEPHINE STEWART**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88770**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**JAMES WALTER STEWART**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88771**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**IRMA LEE STEWART**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88772**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2925 of 2984

---

| **LEONARD HATLEY** | | **Clm No 88773** | Filed In Cases: 140 | |
| C/O EDWARD O. MOODY, PA | | | | |
| 801 WEST 4TH ST. | | Class | Claim Detail Amount | Final Allowed Amount |
| LITTLE ROCK, AR 72201 | | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **FORREST RECTOR STEWART JR.** | | **Clm No 88774** | Filed In Cases: 140 | |
| C/O EDWARD O. MOODY, PA | | | | |
| 801 WEST 4TH ST. | | Class | Claim Detail Amount | Final Allowed Amount |
| LITTLE ROCK, AR 72201 | | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **JAMES TAYLOR HILL** | | **Clm No 88775** | Filed In Cases: 140 | |
| C/O EDWARD O. MOODY, PA | | | | |
| 801 WEST 4TH ST. | | Class | Claim Detail Amount | Final Allowed Amount |
| LITTLE ROCK, AR 72201 | | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2926 of 2984

---

**GEORGIA ELIZABETH HILL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BRENDA FOSTER**
FOR THE ESTATE OF FUTURE MAE HILL
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BETTY ANN HIGGINS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2927 of 2984

---

**KATHRYN DENISE HIGGINBOTHAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BERNICE EVELYN HICKMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BOBBIE ELLEN HESLIP**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         Visit us on the Web at www.omnimgt.com         PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2928 of 2984

---

**LILLIAN EDWINA HERNDON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**FERNANDO A. HERNANDEZ**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BRENDA GAIL HERNANDEZ**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2929 of 2984

---

**GLORIA JEAN HOLLAND**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88785**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CLARA JANE HOLDEN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88786**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARTHA MAE HOBSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88787**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2930 of 2984

| **RUTHIE HINTON** | **Clm No 88788** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed          24-Mar-2017

Bar Date

Claim Face Value

| **RUTH R. HINTON** | **Clm No 88789** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed          24-Mar-2017

Bar Date

Claim Face Value

| **THOMAS CARROLL HINES** | **Clm No 88790** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed          24-Mar-2017

Bar Date

Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2931 of 2984

---

**NANCY LEE HINES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88791**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**MARIE LUSTER HILLIARD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88792**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**ALMA LOIS HILLIARD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88793**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2932 of 2984

---

**JIMMY N. HILL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**IONE B. STUDDARD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DALE EDWARD STRINGFELLOW**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2933 of 2984

---

**JAMES TILLMAN STRAYHORN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88797**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**GORA MAE STRATFORD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88798**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**FLO ALLEN STRAIT**
FOR THE ESTATE OF SAMUEL OLEN STRAIT
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2934 of 2984

---

**LITHA L. STRADFORD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PAULA ANN STONESIFER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88801**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARIAN D. STONE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88802**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2935 of 2984

---

**LINDA CARTER STONE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GUSSIE MARIE STOKES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LONNIE L. MILES**
FOR THE ESTATE OF ALBERTA J. MILES
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

## *Claims Details*

2936 of 2984

---

**EDITH D. MIDDLETON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JAMES L. MIDDLEBROOK**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**TERRY JAMES MESSER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88808**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2937 of 2984

---

**NALENCIA S. MERRIWEATHER**
FOR THE ESTATE OF NATHANIEL MERRIWEATHER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD S. ROBERTS**
FOR THE ESTATE OF MILDRED BERNICE MERRITT
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARY LEE MCNAMEE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100        E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2938 of 2984

---

**PATRICIA H. MCMILLAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88812**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**VELVA EUVON SUMBLES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88813**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SCOTT CRAIG SUMBLES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88814**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2939 of 2984

---

**MATTIE WATKINS**
FOR THE ESTATE OF FRANKI JO MILLER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88815**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**EUNICE R. MILLER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88816**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**TANYAH JONES**
FOR THE ESTATE OF BETTY JEAN MILLER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88817**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2940 of 2984

---

**BARBARA MARIA MILLER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LILLIAN JOHNSON CARR**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANNIE J. CARO**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**CAROLYN J. CAPLEANER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88821**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALVA SUE MILLER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88822**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FREDDIE L MILLENDER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88823**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2942 of 2984

---

**WILLIE LAMAR MILES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**CARLA ESTES**
FOR THE ESTATE OF DORIS L. ESTES
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**CASSANDRED G. JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2943 of 2984

---

**NEVA HICKMAN**
FOR THE ESTATE OF BENNIE RAY JONES
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALICE MARIE FIELDS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GEORGIA W. FERRELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2944 of 2984

---

**BONNIE FENTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**TEOLA FAVORS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**BILLY JACK FARMER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2945 of 2984

---

**LINDA MARIE FARLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JOHNNIE MAE FARISH**
FOR THE ESTATE OF KENNETH WAYNE FARISH
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LOIS L. FANTROY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2946 of 2984

---

**CHARLES A. FAGAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88836**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**MARGIE REE EVANS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88837**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**DAVID FLORES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88838**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2947 of 2984

---

**BETTIE WRIGHT FLORES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL JOSEPH FLETCHER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JO ANNE FLETCHER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2948 of 2984

---

**ALICE RILEY**
FOR THE ESTATE OF WILLIE C. FLEMING
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MAPLE LEE FINLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ERNEST NATHANIEL FINLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2949 of 2984

---

**ARTHUR LEE FINDLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88845**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MELODY ANN FIELDS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88846**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ARDEALURE FIELDS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88847**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*                                                                                          2950 of 2984

---

**ALICE D. GREEN**                    **Clm No 88848**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                      Class              Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                      UNS                Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD GREEN**                      **Clm No 88849**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                      Class              Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                      UNS                Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MILDRED DIANN GREEN**               **Clm No 88850**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                      Class              Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                      UNS                Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:42:12 PM

*Claims Details*    2951 of 2984

---

**PEGGY G. GREEN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed    24-Mar-2017
Bar Date
Claim Face Value

---

**VERA GREEN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed    24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA ANN RILEY GREENE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed    24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2952 of 2984

---

**PAMELA DEVOSE**
FOR THE ESTATE OF BOBBIE JEAN GREENLAW
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MILDRED RUTH HEIGHT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BERNICE HENDERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

---

**GLORIA HENDERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**SANDRA R. HENDERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES D. HENNING**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2954 of 2984

---

**C.W. HENRY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**THELMA HENRY**
FOR THE ESTATE OF CHARLES EDWARD HENRY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88861**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SADIE A. HENRY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88862**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2955 of 2984

---

**CARVIN L. HENRY**
FOR THE ESTATE OF VIRGINIA HENRY
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**FRANCES DEMPSEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**CALVIN JAMES RUSSELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2956 of 2984

---

**HOWARD DONALD SHELTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DEWEY LEE SIMMONS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MELFORD LEROY SLAUGHTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2957 of 2984

---

**CARRIE LEE SPENCER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WAUNITA PEARL MCGAUGH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88870**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT DALE RUNYAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2958 of 2984

---

**GWENDOLYN GAIL MORRIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**CARLETTA NEAL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**AMPARO R. ORNELAS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2959 of 2984

---

**DARREL GENE RIDGON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARY ANNE TANNER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**RAFAELA MULLIS**
FOR THE ESTATE OF SANFORD M. MULLIS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2960 of 2984

---

**OWETA LEA THOMPSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BESSIE HATTIE THROWER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LACEL IRENE THURBER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2961 of 2984

---

**TAWANA SIMS**
FOR THE ESTATE OF EDNA L. WILSON
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88881**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**EFFIE J. WILSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88882**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ERNESTINE ORADELL WILSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88883**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2962 of 2984

---

**GLADYS MARIE WILSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88884**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOYCE NORMA LEE WILSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88885**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LEVANNA MILDRED WILSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88886**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2963 of 2984

---

**MARTHA L. WILSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88887**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**PATSY RUTH WILSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88888**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**WANDA N. WILSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88889**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2964 of 2984

---

**WOODROW PHILLIP WILSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88890**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CAROLYN DIANE WINFREY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88891**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MILTON H. WISE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88892**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2965 of 2984

---

**ALICE FAYE WITHAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88893**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**SHIRLEY ANN WITHERS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88894**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DORIS M. WOLFF**
FOR THE ESTATE OF THOMAS JAMES WOLFF
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88895**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2966 of 2984

---

**GLORIA JEAN WOMACK**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JANICE M. CLARK**
FOR THE ESTATE OF FLORA VIOLA WOOD
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**HELEN JUNE WOOD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2967 of 2984

---

**GLENDA DONELLA HUNTER**
FOR THE ESTATE OF GREGORY LOUIS HUNTER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88899**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**JEFFREY EARL HUNTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88900**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**JOANN LINA HUNTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88901**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**         PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2968 of 2984

---

**TERRY LEE HUNTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88902**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**RITCHLEY P. HURVEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88903**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARY LOUISE HUTCHINS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88904**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2969 of 2984

---

**LILLIE N. HUTCHINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88905**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TROCKY HUDSON IBERT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88906**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EARNESTINE INGRAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88907**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2970 of 2984

---

**BETTY LEE GRIGGS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88908**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**CYNTHIA KAY GRIGGS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88909**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**SHIRLEY JEAN GRINNIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88910**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2971 of 2984

---

**ISABELL M. SCOTT GRISWOLD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**GARY RAY GROSS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**JANET C. GROSS (HEATHCOCK)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2972 of 2984

---

**BERNEST GULLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LEMON L. GULLY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**LINDA GEAN GUPTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2973 of 2984

---

**CECILIA R. GURRIERI**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARGIE ELLEN GUTHRIE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**RONY L. GWIE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88919**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2974 of 2984

---

**MARY ALICE HADLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**LETA O. HALEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BERTHA B. HALL (STUMON)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2975 of 2984

---

**DELORES GORDON HALL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88923**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**JACQUELINE B. HALL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88924**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**EDDIE FAYE INGRAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2976 of 2984

---

**JUNIOUS INGRAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88926**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**REAHLENE RUCKER INGRAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88927**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**NETTIE ANN IRBY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88928**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2977 of 2984

---

**EVA PEARL ISBY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88929**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|-------|-----|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CAROLYN CELESTINE ISLAND**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88930**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|-------|-----|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ODESSA B. ISOM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88931**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|-------|-----|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2978 of 2984

---

**EVELYN JEAN IVERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88932**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**MARGARET L. IVORY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88933**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALICE FAYE JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88934**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:42:12 PM

*Claims Details*

2979 of 2984

---

**ANNIE MARIE JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA HOWARD JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CAROLYN SUE JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88937**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2980 of 2984

---

**CONNIE MARIE JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**COVELLAR JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**CURTIS WAYNE JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2981 of 2984

---

**DOROTHY MAE JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88941**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE JACKSON JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88942**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GUSSIE W. JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88943**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2982 of 2984

---

**ISOPHENE JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ONETA C. GREENWOOD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**DONALD GREER**
FOR THE ESTATE OF HELEN MARIE GREER
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2983 of 2984

---

**HARRY HAYMAN**
FOR THE ESTATE OF LORETTA JUANITA HAYMAN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88947**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JOEL BARREIRO**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88948**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Waste Management - Bankruptcy Department**
Attn: Alyssa Chavez
2625 W Grandview Rd, Suite 150
Phoenix, AZ 85023

**Clm No 88949**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $4,889.94 | |
| | $4,889.94 | |

| | |
|---|---|
| Date Filed | 1-May-2017 |
| Bar Date | |
| Claim Face Value | $4,889.94 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:42:12 PM

*Claims Details*

2984 of 2984

**Nelson Walton**
9100 Creek View Estates
Louisville, KY 40291

**Clm No 88950**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $2,000,000.00       |                      |
|       | $2,000,000.00       |                      |

| | |
|---|---|
| Date Filed | 7-Jul-2017 |
| Bar Date | |
| Claim Face Value | $2,000,000.00 |

**New York State Dept. of Taxation & Finance**
Attn: David Pugliese
Bankruptcy Section, PO Box 5300
Albany, NY 12205

**Clm No 88951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| PRI   | $1,534.12           |                      |
| UNS   | $100.00             |                      |
|       | $1,634.12           |                      |

| | |
|---|---|
| Date Filed | 14-Jul-2017 |
| Bar Date | |
| Claim Face Value | $1,634.12 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**